Case 4:98-cr-00012   Document 246   Filed in TXSD on 04/18/11   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON)

United States District Court
Southern District of Texas
FILED

Re:  United States of America v. Carmelo Martinez,
     NO. 4:98CR00012-004

APR 1 8 2011

David J. Bradley, Clerk of Court

Dear Clerk:

    I hope this letter finds you in great health and spirits. I am writing to request a copy of my docket record. I am planning to mount a collateral challenge based on my continued incompetence to accept a guily plea, and to be sentenced.

    I have a plethora of medical records that illustrate my undeniable incompetence to accept a guilty plea, and thus, I will file a late 28 U.S.C. § 2255 motion through the aid of an inmate assistant. In light of my illness, I would have never been able to file such a motion.

    Please. mail me a copy of my docket entries as soon as possible. In anticipation of your cooperation I thank you.

Truly yours,

Carmelo Martinez
Carmelo Martinez
No. 79574-079
MVCC D-6
555-I Geo Drive
Philipsburg, Pa 16866

4/13/11
Dated

EXHIBIT 12 Page 001



EXHIBIT 12 Page 002