UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ORIGINAL**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 23 1998 JS
MICHAEL N. MILBY, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § | CR-H-98-12 |
| **CARMELO MARTINEZ** | § § | |

### MOTION FOR PSYCHIATRIC EXAMINATION

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, J.C. CASTILLO**, Attorney for Defendant, and respectfully moves the court to order the Harris County Sheriff's Office to allow Dr. Fred Fason to examine Defendant, Carmelo Martinez.

Attorney for Defendant has reason to believe that a psychiatric examination is necessary to determine if Defendant is competent.

Arrangements have been made for Dr. Fason to see Defendant in the Harris County Jail.

**WHEREFORE PREMISES CONSIDERED**, Movant respectfully prays that the Harris County Sheriff's Office be ordered to allow Dr. Fason to conduct the examination.

Respectfully submitted,

_____
**J.C. CASTILLO**
909 Fannin, Suite 1500
Houston, Texas 77010
(713)655-1515 Fax (713)655-0314
SBN: 03986500   Fed Id. 911

EXHIBIT 13 Page 001

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was delivered to the Assistant United States Attorney in charge of this case on the ___23rd___ day of ___Jul_____, 1998.

_____
J.C. CASTILLO

EXHIBIT 13 Page 002