IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL - 6 1998

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CR NO. H-98-12 |
| | § | |
| CARMELO MARTINEZ | § | |

ORDER

Pending before the Court is the motion of Carmelo Martinez to be examined in the Harris County Jail by a psychiatrist, Dr. Fred Fason, to determine his mental competence. The United States does not oppose the examination, but does not waive its right to have Martinez examined by its own psychiatrist. The motion states that arrangements have been made to have Martinez examined by Dr. Fason in the Harris County Jail. The Court has not been made aware of the nature of the arrangements and can only assume that the Harris County Jail authorities have agreed to co-operate with Dr. Fason, Martinez, and Counsel to provide a place and adequate security for such an examination within the confines of the jail. If these are the particulars of the "arrangements," then it is hereby

ORDERED that defendant Carmelo Martinez be examined by Dr. Fred Fason at the Harris County Jail.

Signed at Houston, Texas, this 3rd day of July, 1998.

Melinda Harmon
United States District Judge

EXHIBIT 14 Page 001