PAGE THREE DE FBIHO 0001 UNCLAS

NOT TO BE CONNECTED WITH THE ABDUCTION. ▮  b6 b7C

THROUGH INVESTIGATIONS CONDUCT BY THE HOUSTON POLICE DEPARTMENT AND THE HOUSTON FBI IT IS BELIEVED THAT OBEL JULIAN CRUZ-GARCIA, AKA CHICO, IS BEHIND THE KIDNAPPING OR KNOWS THE IDENTITIES OF THE INDIVIDUALS WHO COMMITTED THE KIDNAPPING. ▮ THROUGH INTERVIEWS IT WAS DETERMINED THAT ▮ BECAUSE OF THIS, IT IS BELIEVED THAT CHICO TOOK ANGELO ▮  b6 b7C

THE SECOND THEORY, INVOLVES A DRUG RIP-OFF COMMITTED BY CHICO ▮ APPROXIMATELY FIVE MONTHS AGO. ▮  b6 b7C

SINCE THE KIDNAPPING, CHICO'S WHEREABOUTS HAVE BEEN UNKNOWN AND ON 10/8/92 CHICO FAILED TO APPEAR FOR A PENDING

EXHIBIT 16 Page 001