```
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
Incident no. 105758592 X    CURRENT INFORMATION REPORT              PAGE 2.075
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
      585698      CHICO.....
      616109      ANGELITA RODRIGUEZ....WIFE OF CHICO..MAIN PLAYER
      432474      LEONARDO GERMAN...COUSIN OF CHICO
      651879      CANDIDO LEBRON.....FLUNKY OF CHICO
      210560      DIANA GARCIA
      403348      ARTURO RODRIGUEZ....BOYFRIEND OF DIANA..
      616100      JOSE NORBERTO-GOMEZ...COMPL IN ANOTHER DOPE RIP
      524429      JOSE VALDEZ...UNK
      630331      JAVIER GALINDO...BURGLAR FROM PASADENA PD AND ATF
```

AS OF THIS DATE THERE HAS ONLY BEEN ONE RAP ON THE PRINTS AND THAT RAP WAS TO ARTURO RODRIGUEZ OFF OF PAPERWORK FROM THE PURSE. WE WILL CONTINUED TO ADD NAMES TO THE LIST FOR COMPARISON PURPOSES. INV HERNANDEZ ALSO GOT ELIMINATION PRINTS FROM SOME OF THE FAMILY MEMBERS OF DIANA GARCIA. SEE THE SUPPLEMENT BY INV HERNANDEZ FOR THE NAMES OF THE FAMILY MEMBERS.

WE HAVE ALSO OBTAINED BLOOD SAMPLES FROM SEVERAL MALES TO BE COMPARED WITH THE RAPE KIT OBTAINED FROM DIANA GARCIA.


THE BLOOD THAT HAS BEEN SUBMITTED AS OF THIS DATE IS THAT OF:

```
      ARTURO RODRIGUEZ.....BOYFRIEND OF DIANA
      LEONARDO GERMAN......ASSOCIATE OF DIANA AND ARTURO AND BOYFRIEND OF
                                  LINDA SHRADE
      BIENVENIDO MELO......DOPE DEALER THAT SELLS FOR CHICO
      JAVIER GALINDO.......BURGLAR WHO WAS ARRESTED
      CANDIDO LEBRON.......FLUNKY OF CHICO...ARRESTED AT CHICO'S APARTMENT
      JAVIER GALINDO.......BURGLAR FROM PASADENA PD
```


WE WILL ADD TO THIS LIST AS THE INVESTIGATION CONTINUES. SPOKE WITH DEE WALLACE OF THE CRIME LAB ON NOVEMBER 6TH AND SHE SAID THAT SHE SENT THE SEMEN FROM THE RAPE KIT AND THE BLOOD SAMPLES TO BE COMPARED VIA DNA.

ONE OF THE CLUES WE OBTAINED IN THIS CASE CAME FROM THE ATF AND PASADENA PD IN REFERENCE TO TWO BURGLARS. THOMAS THOMS AND JAVIER GALINDO ARE BURGLARS THAT WERE UNDER INVESTIGATION BY A TASK FORCE INCLUDING ATF, PASADENA, AND THE TACT TEAM FROM MAGNOLIA SUBSTATION. TO MAKE A LONG STORY SHORT, WE CHECKED OUT THOMS AND GALINDO AND FEEL THAT THEY ARE NOT INVOLVED IN THE ABDUCTION MURDER. HOWEVER, THOMS AND HIS GIRLFRIEND, TRACY PRESSLY, GOT SOME COCAINE FROM DIANA GARCIA ON THE NIGHT ANGELO WAS ABDUCTED. ACCORDING TO PRESSLY DIANA FRONTED AN EIGHT BALL TO THOMS AND HE SAID THAT HE WOULD LIKE TO GO BACK AND RIP HER OFF ONE DAY. THOMS IS A WHITE MALE WITH TATOOS ALL OVER HIM. GALINDO IS HISPANIC BUT IS NOT VERY DARK. GALINDO WAS INTERVIEWED EXTENSIVELY AND THOMS WAS UNDER ADVISEMENT OF AN ATTORNEY. IT IS OUR BELIEF THAT THEY ARE NOT INVOLVED IN THE ABDUCTION MURDER AN THAT THEY WERE BURGLARIZING A HOUSE IN LIVINGSTON ON THE NIGHT ANGELO DISAPPEARED.

PRESSLY CONTRADICTS DIANA GARCIA IN THAT GARCIA CLAIMS TO HAVE NOT BEEN SELLING DOPE ON THE NIGHT OF THIS INCIDENT. PRESSLY DESCRIBES THE TRANSACTION THAT OCCURRED BETWEEN DIANA AND THOMS AND PRESSLY SAID THAT SHE USED PART OF THE COCAINE THOMS GOT FROM DIANA. PRESSLY'S STORY IS CORROBORATED BY ANITA DORR, THE RELATIVE THAT WAS OVER AT ARTURO AND DIANA'S UNTIL APPROXIMATELY 9:00PM ON THE NIGHT ANGELO WAS TAKEN. THOMS WAS IN A

EXHIBIT 24 Page 001

BLUE TRUCK AND WAS DESCRIBED IN DETAIL BY DORRS. DIANA ALSO ADMITS SELLING TO THOMS ON A REGULAR BASIS BUT CLAIMS TO HAVE NOT SOLD TO HIM ON THE NIGHT OF THIS INCIDENT.

WE ALSO HAD DIANA GARCIA AND ARTURO RODRIGUEZ TAKE POLYGRAPHS. WHEN THEY TOOK THE POLYGRAPHS AT THE HOUSTON POLICE DEPARTMENT, ARTURO FAILED AND DIANA GARCIA SHOWED DECEPTION. THEY WERE POLYGRAPHED FOR A SECOND TIME AT THE FBI. IN THOSE POLYGRAPHS DIANA GARCIA WAS DEEMED TRUTHFUL ABOUT HER KNOWLEDGE CONCERNING THIS ABDUCTION AND ARTURO STILL SHOWED SOME DECEPTION.

WE HAVE BEEN WORKING IN CONJUNCTION WITH THE FBI ON THIS INVESTIGATION. WE HAVE BEEN ATTEMPTING TO LOCATE CHICO FROM DAY ONE. HE HAD A COURT DATE SET FOR A POSSESSION CASE AND HE FAILED TO SHOW UP FOR THIS SCHEDULED COURT DATE. A WARRANT WAS ISSUED FOR CHICO....OBEL GARCIA....AND HE IS PRESENTLY WANTED. ANGELITA GARCIA ALSO HAS A POSSESSION CASE IN THE SAME COURT AS CHICO. SHE WAS AROUND FOR COURT AND ON ONE OCCASION WE FOLLOWED HER FROM THE MOTEL ON HIGHWAY 225 TO THE HARRIS COUNTY COURTHOUSE. SEE THE SUPPLEMENT BY SWAIM FOR THE ACTIONS AROUND THE MOTEL PRIOR TO THE MOVING SURVEILLANCE. THE FBI CONTINUED THE SURVEILLANCE ON ANGELITA ONCE SHE ARRIVED AT COURT AND SHE WAS EVENTUALLY FOLLOWED TO AN ADDRESS ON WESTOVER. ANGELITA STAYED AT THIS LOCATION FOR A SHORT TIME AND THEN LEFT.

WE EVENTUALLY WENT TO THE LOCATION ON WESTOVER....7523....THERE WAS A GOLD COLORED DELTA 88...LICENSE HWG83C PARKED BEHIND THE APARTMENT. THIS VEHICLE WAS FOUND TO BELONG TO CHICO AND ANGELITA. WE, STEPHENS, SHIRLEY, WENDELL, AND AGENTS FROM THE FBI, JOHNSON, TAMMY, AND TWO UCS.... WENT TO THE APARTMENT AND LEARNED THAT IT WAS OCCUPIED BY LINDA HERNANDEZ AND FRED FERRER. HERNANDEZ STATED SHE MET FERRER SEVERAL MONTHS AGO AND HE WAS THE PERSON WHO WAS ASSOCIATED WITH CHICO AD ANGELITA. WE FELT THAT FERRER KNEW MORE THAT HE INDICATED AND BROUGHT HIM TO THE HOMICIDE OFFICE FOR AN ADDITIONAL INTERVIEW. HE DID NOT SPEAK ENGLISH AND HE WAS INTERVIEWED BY STEPHENS AND INV. AVILA. FERRER DENIED ANY INVOLVEMENT IN ABDUCTING ANGELO GARCIA. HE STATED THAT HE DID SELL DOPE FOR CHICO BUT THAT HE HAD NOT SEEN CHICO FOR SOME TIME.

WE LATER LEARNED FROM LINDA HERNANDEZ THAT ON THE NIGHT THAT ANGELO DISAPPEARED, CHICO CALLED FERRER FROM BAYTOWN AND SAID THAT HE NEEDED THE OLDSMOBILE. SHE ADDED THAT THE CAR BELONGS TO CHICO AND ANGELITA BUT THAT HE WAS LETTING FERRER DRIVE THE CAR. HERNANDEZ STATED THAT FERRER REFUSED TO GO AND GET CHICO BUT HE TOLD CHICO THAT HE COULD HAVE THE CAR IF HE CAME AND GOT IT. ACCORDING TO HERNANDEZ, THE CALLS CAME IN AROUND MIDNIGHT OR SHORTLY THEREAFTER. SHE ADDED THAT AROUND 1:00AM TO 2:00AM CHICO AND RUDY CAME TO THE APARTMENT ON WESTOVER. SHE STATED THAT CHICO WAS CALM BUT THAT RUDY WAS VERY, VERY NERVOUS. HERNANDEZ SAID THAT THEY STAYED FOR A SHORT TIME AND THEN RUDY AND CHICO LEFT IN THE OLDSMOBILE. SHE ALSO SAID THAT RUDY BROUGHT THE CAR BACK THE NEXT DAY OR SO. SHE SAID THAT SHE HEARD FERRER TALKING TO CHICO ON THE PHONE AND THAT FERRER TOLD HER THAT CHICO TOLD HIM THAT CHICO WAS LEAVING THE COUNTRY FOR A WHILE. WHEN FERRER ASKED CHICO WHY HE WAS LEAVING, CHICO TOLD FERRER THAT HE WOULD TELL HIM WHEN HE RETURNED.

WHEN WE GOT FERRER TO THE OFFICE WE LEARNED THAT HIS REAL NAME WAS BIENVENIDO MELO, DOB ███████. WE ALSO LEARNED THAT HE WAS WANTED ON A PROBATION VIOLATION FOR DELIVERY UNDER THAT NAME...HE WAS PLACED IN JAIL UNDER THAT OUTSTANDING WARRANT. HE WAS ALSO REINTERVIEWED AT A LATER DATE BY INV HERNANDEZ AND SGT ALONZO. SEE THEIR SUPPLEMENT FOR DETAILS...

EXHIBIT 24 Page 002

NOVEMBER 5TH        BODY DISCOVERED
*************************

TH. COMPL'S BODY WAS DISCOVERED IN BAYTOWN ON NOVERMBER 5TH. WE WENT TO THE MORGUE AND OBSERVED THE BODY....OR WHAT WAS LEFT OF IT. IT SHOULD BE NOTED THAT IT APPEARED THAT THE BODY HAD BEEN IN THE WATER FOR A LONG TIME. DR. PARUNGAO STATED THAT HIS OPINION WAS THAT THE BODY WAS IN THE WATER FOR 10 PLUS DAYS. SEE THE SUPPLEMENT BY ELLIOTT FOR DETAILS OF THE DISCOVERY OF THE BODY.

FOLLOWING THE DISCOVERY OF THE COMPL'S BODY, WE SET OUT TO FIND RUDY AND ANGELITA AGAIN. SINCE CHICO IS STILL ON THE RUN AND WE HAVE BEEN UNABLE TO INTERVIEW HIM, RUDY AND ANGELITA ARE THE NEXT BEST THING. EARLIER IN THE INVESTIGATION WHEN ANGELITA WAS LOCATED SHE HAD A NOTE PINNED TO HER SHIRT WHICH AUTOMATICALLY INVOKED HER 5TH AND 6TH AMENDMENT RIGHTS BY HER ATTORNEY, J.C. CASTILLO. SHE WAS LATER INTERVIEWED IN THE PRESENCE OF HER ATTORNEY, J. C. CASTILLO. SEE THE SUPPLEMENT BY ALONZO AND HERNANDEZ FOR DETAILS.

WE FOUND THAT RUDY WAS IN THE COUNTY JAIL. HE WAS INTERVIEWED AGAIN BY INV HERNANDEZ AND ALONZO AND AGAIN MAINTAINED THAT HE KNEW NOTHING ABOUT THE MURDER. HE ADDED THAT AS FAR AS HE KNEW CHICO WAS IN AERO PIERDRA PUERTO RICO.

THERE HAS BEEN TALK OF A "RIP OFF" WHERE CHICO, RUDY, ANGELITA, DIANA, ARTURO, AND CESAR GOT A LARGE SUM OF MONEY. RUDY WAS ASKED ABOUT THIS RIP OFF IN THE EVENT THAT IT TIED INTO THE ABDUCTION AND MURDER OF ANGELO GARCIA. HE CONFIRMED THAT IT OCCURRED, HOWEVER, HE HAD LITTLE INFORMATION TO ADD. AGAIN, SEE THE SUPPLEMENT BY HERNANDEZ AND ALONZO. RUDY DOESN'T SPEAK ENGLISH.

DUE TO THE FACT THAT WE KNOW THAT CHICO AND ANGELITA HAVE TIES TO PASADENA....THEY STAYED AT THE PASADENA MOTOR INN LOCATED AT 225 AND THE BELTWAY.....WE ATTEMPTED TO CHECK THE PHONE LOGS FROM THE MOTEL TO SEE IF THERE WAS A CALL PLACED TO LINDA HERNANDEZ'S HOUSE ON THE NIGHT ANGELO DISAPPEARED. AS NOTED EARLIER, HERNANDEZ STATED THAT CHICO CALLED FROM BAYTOWN ON THE NIGHT OF THIS INCIDENT AND ASKED TO USE THE CAR. SWAIM AND BROWN WENT TO THE MOTEL AND LEARNED THERE HAD BEEN NO LONG DISTANCE CALLS PLACED FROM THE MOTEL ROOM BY CHICO OR ANGELITA. WE ALSO CHECKED TO SEE IF THERE WAS A CAB TAKEN TO THE LOCATION ON WESTOVER AND LEARNED THAT THE DEPARTURE LOCATION IS MANDATORY FOR SUCH A CHECK. SINCE WE HAD NO ADDRESS IN BAYTOWN THIS WAS NOT DONE.

WE THEN SET OUT TO FIND ANGELITA AGAIN. SGT ELLIOTT LEARNED THE BONDING COMPANY THAT MADE BOND ON ANGELITA AND WENT TO THIS COMPANY AND OBTAINED A COPY OF THE APPLICATION. IT SHOULD BE NOTED THAT IN NOVEMBER OF 1991, ANGELITA LISTED HER ADDRESS AS ███████████  ███████████████. A COPY OF THIS APPLICATION IS ATTACHED TO THE CASE FILE.

WE ALSO LEARNED THAT THERE WAS ANOTHER CASE INVOLVING A DOPE RIP OFF IN THE SAME AREA OF TOWN AS THIS INCIDENT. IN THIS SECOND INCIDENT, TWO MALES WERE KILLED AND THE SUSPECTS WERE SUPPOSED TO BE JAMAICAN. WE CALLED DIANA BACK TO AGAIN GO OVER THE ACCENT THAT SHE SAID THE SUSPECTS USED WHEN THEY WERE IN THE APARTMENT. SHE CLAIMS THAT THE SUSPECTS WERE NOT AMERICAN BLACKS, NOT MEXICAN, AND NOT CHICANO. SHE SAID THAT THE ACCENT WAS DEFINITELY HISPANIC BUT WAS LIKE SOMEONE FROM PUERTO RICO OR COLUMBIA. THERE IS ONE SUSPECT ARRESTED IN THIS JAMAICAN CASE AND SEVERAL OTHERS IDENTIFIED. OBTAINED THE

EXHIBIT 24 Page 003

HPD NUMBERS OF THE IDENTIFIED SUSPECTS AND SENT THEM TO SALDIVAR IN LATENT PRINTS. THE HPD NUMBERS ARE :651078Z(THOMAS), 651096(NELSON), 536088(SIMON).

CALLED CRIME STOPPERS AND TALKED TO SGT GILBERT. SGT GILBERT WAS ASKED IF THE REWARD IN THIS CASE COULD BE ENHANCED DUE TO THE AGE OF THE COMPL AND THE NATURE OF THE CRIME. GILBERT CALLED SOME OF THE BOARD MEMBERS FOR CRIME STOPPERS AND RAN THE IDEA PAST THEM. HE THEN CALLED BACK AND SAID THAT THEY WOULD ASK FOR $5000 DURING A SPECIAL MEETING ON TUESDAY. HE WILL LET US KNOW.

CALLED MEDIA RELATIONS AND SET UP A NEWS CONFERENCE FOR TUESDAY AFTERNOON. THIS WILL BE TO ANNOUNCE THE REWARD AND TO PUBLICIZE THE CASE ONE MORE TIME IN HOPES THAT THE MONSTERS THAT KILLED THIS SMALL CHILD WILL TALK OR WILL HAVE TOLD SOMEONE WHO WILL BE PROMPTED TO CALL.

GOT A CALL FROM A FEMALE WHO REFUSED TO GIVE HER NAME. SHE SAID THAT SHE IS CLOSE TO THE FAMILY AND WANTED US TO KNOW THE FOLLOWING INFORMATION.
 SHE STATED THAT DIANA AND ARTURO WERE SELLING DRUGS FROM THE APARTMENT UP UNTIL THE NIGHT OF THIS INCIDENT. THE CALLER ADDED THAT THE DAY ANGELO WAS TAKEN, DIANA AND ARTURO HAD TAKEN THE DOPE AND THE MONEY OUT OF THE APARTMENT BECAUSE THEY WERE AFRAID THAT THEY WERE ABOUT TO BE BUSTED BY SOME PEOPLE THEY SUSPECTED AS POLICE WHO HAD BEEN SITTING ACROSS THE STREET FROM THE APARTMENTS. IT SHOULD BE NOTED THAT WE LEARNED THAT THE MAJOR OFFENDER'S UNIT WAS WATCHING A "FENCE" LOCATED ON THE NEXT STREET OVER AND HAD BEEN DOING SO FOR APPROXIMATELY A WEEK. THE CALLER SAID THAT DIANA'S COUSIN NAMED RUBEN WENT AND WROTE DOWN THE LICENSE PLATE NUMBER TO ONE OF THE VEHICLES OCCUPIED BY THE SUSPECTED NARCOTICS OFFICERS. THE CALLER ALSO SAID THAT RUBEN STAYS IN THE APARTMENTS ON WINFREE WHERE DIANA AND ARTURO USED TO LIVE. IT SHOULD BE NOTED THAT THE DIRECTIONS THE CALLER GAVE TO RUBEN'S APARTMENT LEAD TO THE APARTMENT OCCUPIED BY LINDA SHRADE. THIS IS ALSO THE SAME APARTMENT WHERE WE LOCATED LEONARDO GERMAN....

I ASKED THE CALLER HOW MUCH DOPE DIANA AND ARTURO WOULD SELL. SHE STATED THAT THEY SOLD MOSTLY 20S IN POWDER FORM. SHE ALSO SAID THEY WOULD OFTENTIMES TAKE PROPERTY AS WELL AS MONEY.

DURING THE EARLY STAGES OF THIS INVESTIGATION WE LEARNED ABOUT THE SURVEILLANCE CONDUCTED BY MAJOR OFFENDERS. WE INITIALLY TALKED TO SGTS SITZ AND THOMAS AS THEY WERE ON THE SURVEILLANCE PARKED BY BARNETT STADIUM. WE ALSO LEARNED THAT THE INVESTIGATION WAS HEADED BY SGT CULLAR AND I TALKED TO **HIM** BRIEFLY. AFTER THE DISCOVERY OF THE BODY, I CALLED CULLAR BACK AND **REIN**TERVIEWED HIM CONCERNING THE INFORMATION HE NOTED AS HE WAS ON **SURVE**ILLANCE.

CULLAR STATED THAT HE WAS ON THE SURVEILLANCE ON THE NIGHT OF THIS INCIDENT, 9-30-92. HE ADDED THAT AROUND 10:30 TO 11:00PM HE MOVED HIS SURVEILLANCE FROM THE PARKING AREA OF BARNETT STADIUM TO A LOCATION ON THE GULF FREEWAY SERVICE ROAD. HE ALSO SAID THAT PRIOR TO MOVING HIS SURVEILLANCE, HE NOTED A SMALL VAN, EITHER A FORD AEROSTAR OR A CHEVY ASTRO VAN, PARKED OVER BY THE APARTMENTS (WHERE DIANA AND ARTURO LIVE) ON FAIRWAY. ACCORDING TO CULLAR, THE VAN WAS PARKED HEADED TOWARD BROAD STREET ON THE APARTMENT SIDE OF THE STREET. HE ADDED HAT HE CAN'T BE SURE OF THE EXACT TIME THE VAN WAS PARKED AT THE APARTMENTS, BUT HE THINKS IT WAS AROUND 9:30PM TO 10:30PM. SGT CULLAR DESCRIBED THE VAN AS SILVER AND MAROON BUT HE COULD BE WRONG. HE ALSO STATED

EXHIBIT 24 Page 004

```
THAT HE DID NOT NOTICE THE OCCUPANTS OF THE VAN.

ASKED SGT CULLAR IF THERE WERE ANY VEHICLES THAT PULLED ALONGSIDE OF HIM
WHILE HE WAS ON SURVEILLANCE.  HE STATED THAT HE DOES NOT REMEMBER ANY AND HE
THINKS THIS WOULD HAVE GOTTEN HIS ATTENTION ENOUGH FOR HIM TO MOVE.  HE ALSO
SAID THAT HE DID NOT FLASH HIS LIGHTS AT ANYONE THAT NIGHT.  THIS WOULD
INDICATE THAT THE VEHICLE OBSERVED BY ISABEL MARTINEZ WAS PROBABLY THE
SUSPECT VEHICLE.  AS NOTED IN HIS STATEMENT THERE WAS A TALL BLACK MALE
STANDING BY THE VAN AND A SMALLER CAR.

WE THEN WENT AND INTERVIEWED A C.I. WITH WHOM WE SPOKE EARLIER.  SEE THE
SUPPLEMENT BY SGT SWAIM FOR DETAILS.


FOLLOWING THE INTERVIEW WE WENT TO BAYTOWN TO SEE THE AREA WHERE THE BODY WAS
FOUND.  WE NOTED THERE WAS AN APARTMENT COMPLEX LOCATED SEVERAL HUNDRED YARDS
FROM THE WATER.  WHEN WE RETURNED TO THE OFFICE WE GOT WITH ELLIOTT AND
LEARNED THAT THE OFFICER THAT SUPPOSEDLY HAS SECURITY FOR THE COMPLEX IS
NAMED ROGER CLIFFORD.  CALLED THE NUMBER OBTAINED BY ELLIOTT AND TALKED WITH
THE MANAGER OF THE COMPLEX, KELLY......422-3214......HM#..427-0123.......
KELLY WAS ASKED IF THERE WERE ANY COLUMBIAN OR PUERTO RICAN PEOPLE LIVING AT
THE COMPLEX.  SHE SAID THAT SHE WAS NOT FAMILIAR WITH ANY BUT THAT SHE WOULD
CHECK HER FILES.  THEN ASKED HER IF THERE WERE ANY OCCUPANTS THAT DROVE A
MINI VAN.  AT FIRST SHE SAID THAT SHE DIDN'T KNOW OF ANY, THEN SHE CALLED
BACK A SHORT TIME LATER AND SAID THAT THERE IS ONE THAT FREQUENTS THE
APARTMENT LATE AT NIGHT.  SHE ALSO SAID THAT THERE IS AN APARTMENT ON THE
BAYSIDE OF THE COMPLEX THAT THE VAN SEEMS TO VISIT, AND THIS APARTMENT IS
OCCUPIED BY SEVERAL HISPANIC MALES.  WE WILL GO TO BAYTOWN AND MEET WITH
KELLY AND GET THE INFORMATION ON THESE MALES.....




I N V E S T I G A T I O N     T O     C O N T I N U E   :::




       SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER   VER-2.05
       ****************************************************************
       *  ENTRY DEVICE: AST 386SX 105011 HJM/HJN                       *
       *  ENTRY FROM DATE-110992 TIME-1318  TO  DATE-110992 TIME-1320  *
       *  TRANSFER DEVICE: AST 386SX 105011 HJM/HJN                    *
       *  TRANSFER DATE-110992 TIME-1321   LOAD DATE-110992 TIME-1326  *
       *  LOCATION OF OFFENSE: POLICE DISTRICT-CONFIDENTIAL   DIST-CO  *
       ****************************************************************


&&&&
```

EXHIBIT 24 Page 005