## AFFIDAVIT OF SHARON ALEXANDER

I, Sharon Alexander, state and declare as follows:

1. My name is Sharon Alexander. I served as an alternate juror for the capital murder trial of Obel Cruz-Garcia in July 2013. I sat through the presentation of both the guilt/innocence phase and the punishment phase of trial.

2. I have had some prior experience sitting on a jury, but it was not a criminal case. It was a civil case. It was about someone who had taken money from his company and used it for a vacation. So that experience did not really impact my role on the Cruz-Garcia jury.

3. During the trial, I did not read anything in the news about the case because we were told we were not supposed to. I do remember the case from when it happened, though, back in the '90s. I remember when they found the child's body. I remember back then thinking it had to do with drugs. I wondered why it took so long for the case to come to court.

4. Although I did not sit in the actual deliberations, we would talk as a jury about the case and what was going on, some during the trial and some after the trial was over. We would talk during breaks, when we were in the jury room waiting. I do not remember anyone talking about the case outside of the jury room, though.

5. I remember learning from the other jurors that one of the jurors in particular was having a hard time voting for the death penalty. That was one of the things we talked about during the trial when we were together. The rest of the jurors had to work really hard to convince her. I remember her struggle was something that the jurors talked about during the trial because we knew the decision had to be unanimous. My understanding

*Sea*

1

EXHIBIT 32 Page 001

was that if we did not all come to an agreement, there would be a mistrial and it would have to be done over again.

6. I have read and reviewed this two-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on August _13_, 2015 in Houston, Harris County, Texas.



Sharon Alexander

Subscribed and sworn to before me on August _13_, 2015.

Notary Public, State of Texas

ADRIAN DE LA ROSA
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2018

Notary without Bond

2

EXHIBIT 32 Page 002