FD-302 (Rev. 3-10-82)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b7D

Date of transcription

On [            ] dob [            ] was interviewed by Special Agents of the Federal Bureau of Investigation. [            ] was advised that the purpose of the interview was to determine if she had any positive information concerning the whereabouts of OBEL JULIAN CRUZ GARCIA, aka, CHICO. [            ] furnished the following information:

[            ] has not seen CHICO, since [            ] At the time, CHICO was staying with [            ] (possible [            ]

[            ] telephone number is [            ]

b6
b7C
b7D

On the night ANGELO GARCIA was abducted, [            ] first heard about the kidnapping on television. [            ]

[            ] CHICO never admitted any involvement in GARCIA's disappearance to [            ] advised that CHICO left the U.S. shortly after ANGELO's abduction [            ] does not believe his departure had anything to do with ANGELO.

b6
b7C
b7D

[            ] vaguely recalled CHICO mentioning that he was having problems with some black males. [            ] does not know if he was talking about Dominicans, Colombians, or African Americans [            ]

b7D

Investigation on [            ] at Houston, Texas    File # 88B-HO-34368 -25

b6
b7C

SA
by SA [            ]    Date dictated [            ]

b7D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 37 Page001

FD-302a (Rev. 11-15-83)

88B-HO-34368

Continuation of FD-302 of _____ , On _____ , Page    2

b6
b7C
b7D

_____ advised that if she had any information that could assist this investigation she would offer it.

_____ advised that CHICO loves his mother more than anyone. _____ could not recall the name of CHICO's mother, _____ did not recognize the names _____ _____ and _____ who may be associates of CHICO's. _____ was shown a photograph of _____ but did not recognize it.

b6
b7C
b7D

EXHIBIT 37 Page002



88B-HO-34368-

| SEARCHED | INDEXED |
| SERIALIZED | FILED |

JUN 2 1 1994

FBI — HOUSTON

EXHIBIT 37 Page003