# DECLARACION JURADO DE MENAGEN VALERIO DE LA CRUZ

Yo, Menagen Valerio de la Cruz, digo y declaro lo siguiente:

1.) Mi nombre es Menagen Valerio de la Cruz, y nací el ███████ ███ en Nagua en la Republica Dominicana. Me criaron mi madre, Dorcas Noelia De La Cruz Faña y mi padre, Valerio Julián de la Cruz Santos. Por el lado di mi padre tengo tres media hermanas: Natalia, Noemi, y Ani; y dos medios hermanos: Joel y Obel. Mi hermana, Yeni, y yo tenemos la misma madre.

2.) Yo he vivido en Bella Vista, una comunidad de Nagua por casi todo mi vida. Yo cumplí un año de preparatoria y un año de universidad aquí. Cuando tenia 16, yo me mude a Puerto Rico para estar con mis hermanos Joel y Obel. Obel apenas había cumplido treinta años en es tiempo. Yo viví en Puerto Rico por tres anos.

3.) Obel tenía diez y seis años cuando yo nací. Yo tengo memorias maravillosas de el de cuando yo era niño. El asumió el papel de nuestro cuidador y siempre se comporto muy cariñoso conmigo y con mis hermanos. Mis recolecciones más tempraneras de Obel probablemente son el tiempo que pasamos juntos pescando. El le encantaba a pescar y pasábamos un gran tiempo juntos en el mar. De todos mis hermanos, yo creo que yo era el más allegado a Obel.

4.) Yo no puedo creer que Obel hico ninguna de las cosas por las cuales esta haciendo acusado. Recuerdo que el era bien generoso y cariñoso. En 1997 hubo un terrible accidente automovilístico donde un caro impacto a un niño chico. Obel se encontraba a lugar del accidente y mientras que todos estaban en estado de conmoción, Obel rápidamente

MVC

EXHIBIT 43 Page 001

se movilizo y tomo a el niño en sus brazos para llevarlo a recibir atención medica. La genta aquí, incluyendo otros miembros de la familia, observaron a Obel en acción y la gente todavía dicen que era Obel que salvo la vida de el niño.

5.) Yo dudo mucho que halla alguien aquí en Nagua que puede decir que el se portó mal con ellos. Obel no era esa tipo de persona. He pasado suficiente tiempo alrededor de el que tengo la plena confianza de que el no esta fingiendo—yo creo que su felicidad y su naturaleza amorosa son genuinas. Si alguien estaba mala, el les daba dinero para que fueran a el doctor o a obtener medicina. El era alguien que ayudaba a la comunidad. El donaba dinero para ayudar con la construcción de la iglesia local. Todos aquí lo aman y respectan.

6.) Yo no he tenido la oportunidad de hablar con Obel desde que cuando fue arrestado en los Estados Unidos. Yo lo amo y extraño mucho. El equipo de la defensa de Obel me contactaron antes de su juicio, pero muy brevemente. Solamente me preguntaron un par de preguntas. Si me hubieron dejado, yo hubiera querido testificar. Yo hubiera querido decirle al jurado que Obel era un hermano maravilloso y que todo su familia lo ama. Yo hubiera dicho a el jurado que la única manera en cual yo pudiera creer que Obel fue culpable de las ofensas por cuales esta condenado en Houston, seria si Dios mismo me aparecía y me diría que Obel es culpable.

MVC

EXHIBIT 43 Page 002

7.) Yo he leído y revisado esta declaración de __3__ paginas.

Yo declare bajo pena de perjurio y bajo las leyes del estado de Texas, que lo anterior es verdadero y correcto según mi mejor conocimiento y que este declaración jurado fue ejecutado el __15__ de Marzo, 2015 en __Bellarita Republica Dominicana__

_Menagen V. de la cruz_
Menagen Valerio de la Cruz

Subscribed and sworn to before me on March __15__, 2015.

_____
Notary Public, State of Texas

[Notary Seal: ADRIAN DE LA ROSA, Notary Public, State of Texas, My Commission Expires JUNE 30, 2018, Notary without Bond]

EXHIBIT 43 Page 003

## CERTIFICATION OF SARAH VALENZUELA

I, Sarah Valenzuela, state and declare as follows:

1. My name is Sarah Valenzuela. I currently live in Austin, Texas. I am fluent in both English and Spanish.

2. I am a native Spanish speaker, born in El Paso, Texas. Spanish was my first language, and I speak Spanish regularly with several family members. I also took formal Spanish classes for native speakers during high school. I am able to speak, read, and write in Spanish proficiently.

3. I am currently a third-year law student at the University of Texas School of Law. I expect to receive my Juris Doctor (J.D.) degree in May of 2015. In September of 2015, I will begin a one-year clerkship with the Honorable Philip R. Martinez, a federal district judge in El Paso, Texas.

4. In January of 2015, I began a law-student clerkship with the Office of Capital Writs ("OCW"). In March 2015, I was asked by the OCW to translate several English-language affidavits into Spanish.

5. The attached notarized affidavit signed by *Menagen Valerio de la Cruz* is the Spanish-language affidavit I translated from an English-language affidavit provided to me by the OCW. The English-language version of the affidavit is also here attached.

EXHIBIT 43 Page 004

6. I declare under penalty of perjury under the laws of the State of Texas that the signed document is a true and correct translation of the English-language text that I originally received.

Executed on 4/28/15

_____
Sarah Valenzuela

Subscribed and sworn to before me on April 28, 2015

_____
Notary Public, State of Texas

ADRIAN DE LA ROSA
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2018
Notary without Bond

EXHIBIT 43 Page 005

# AFFIDAVIT OF MENAGEN VALERIO DE LA CRUZ

I, Menagen Valerio de la Cruz, state and declare as follows:

1) My name is Menagen Valerio de la Cruz, and I was born on September 21, 1983, in Nagua, the Dominican Republic.  I was raised by my mother, Dorcas Noelia De La Cruz Faña, and my father, Valerio Julian de la Cruz Santos.  On my father's side I have three half-sisters: Natalia, Naomi, and Ani; and two half-brothers: Joel and Obel.  My sister, Yeni, and I share the same mother.

2) I have lived in Bella Vista, a community of Nagua, almost my entire life.  I completed high school and one year of university here.  When I was sixteen, I moved to Puerto Rico to be with my brothers, Joel and Obel.  Obel had just turned thirty years old at that time.  I lived in Puerto Rico for three years.

3) Obel was sixteen years old when I was born.  I have wonderful memories of him from my childhood.  He acted as a caretaker and was very loving to my siblings and me.  My earliest memories of Obel are probably of us fishing together.  He loved to fish, and we would have a great time together out on the ocean.  I think I was probably closest with Obel, out of all of my brothers.

4) I can't believe that Obel did any of the things that he has been accused of.  I remember him as always being so loving and generous.  In 1997, there was a horrible car accident, where a car hit a small child.  Obel was there, and while everyone else was still in shock, Obel jumped into action.  He ran to the child, picked him up, and carried him to get medical help.  People around here, including some of our family members, saw Obel in action and people still say that it was Obel who saved that child's life.

1

EXHIBIT 43 Page 006

2

5) I doubt that there is anyone here in Nagua who would say that Obel was ever rude or mean to them. Obel just was not that sort of person. I have been around him enough that I am confident that he is not putting on an act—I believe his happiness and loving nature is genuine. If someone were sick, he would give them money to go to a doctor or get medicine. He was someone who helped the community. He donated money to help build the local church. Everyone here loves and respects him.

6) I have not had the opportunity to speak with Obel since he has been arrested in the United States. I love and miss him very much. Before Obel's trial, someone from the defense team called and briefly spoke to me on the telephone. They only asked me a couple of questions. If they would have let me, I would have wanted to testify. I would have wanted to tell the jury that Obel was a wonderful brother and that his whole family loves him. I would have told the jury that not unless God himself appeared to me, and told me that Obel was guilty, would I believe that Obel committed the crimes he has been accused of in Houston.

2

EXHIBIT 43 Page 007

3

7) I have read and reviewed this _____ page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _____ of March, 2015 in _____.

_____
Menagen Valerio de la Cruz

Subscribed and sworn to before me on _____, 2015.

_____
Notary Public, State of Texas

3

EXHIBIT 43 Page 008