

**U.S. Department of Justice**
Immigration and Naturalization Service
San Juan District

Royal Bank Center Bldg. (b)(7)(C);(b)(6)
255 Ponce de Leon Avenue
Hato Rey, Puerto Rico 00918

DATE: March 10, 2000

MEMORANDUM FOR: (b)(7)(C);(b)(6)
Supervisory Special Agent
San Juan, Puerto Rico

FROM: (b)(7)(C);(b)(6)
Special Agent
Anti Smuggling Unit

SUBJECT: Proof of aliens Prosecuted as a result CI cooperation

As per your request I am submitting a list with case number of aliens prosecuted as a result of the assistance rendered by confidential informant Obel Julian CRUZ-Garcia (A28 448 457).

(b)(7)(C);(b)(6)

EXHIBIT 46 Page001

(b)(7)(C);(b)(6)

Special Agent
Anti-Smuggling Unit

EXHIBIT 46 Page002