County Auditor's Form #40-1C
Harris County, Texas (REV. 11/01)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-CAPITAL CASE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

For investigations, paid bills must be submitted by the attorney for expenses claimed.

Forward completed claim to the presiding judge for approval.

Court No. **337**   Defendant Name **OBEL CRUZ-GARCIA**   P52

| CAPITAL CASE | | Number of Court Days/Hours | RATE | TOTAL (presumptive maximum) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **DEATH CAPITAL 1ST CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $600/day | | |
| | Trial/Hearing with Testimony | | $800/day | | |
| | Out-of-Court Hours* | | $100/hour | $12,000 | |
| **DEATH CAPITAL 2ND CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $500/day | | |
| | Trial/Hearing with Testimony | | $700/day | | |
| | Out-of-Court Hours* | | $80/hour | $9,600 | |
| **DEATH CAPITAL FLAT RATE** | Includes all fees except investigation costs, expert witness fees, and witness travel costs. Flat rate applies only if testimony begins in the guilt/innocence phase of trial. Otherwise, the daily and hourly rates apply. | 1ST CHAIR | | $35,000 | 65,000. exp. 1306.90 |
| | | 2ND CHAIR | | $30,000 | |
| **NON-DEATH CAPITAL** | Non-Trial Appearance | | $400/day | $3,200 | |
| | Trial/Hearing with Testimony | | $800/day | | |
| | Out-of-Court Hours* | | $100/hour | $5,000 | |
| **INVESTIGATION EXPERT TESTIMONY** | Prior written court approval required. Itemized bill required. Expert expenses paid per County policy. | | | | 23,266.82 |
| **MENTAL HEALTH SUPPLEMENT*** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER**-Prior Approval of Fee Schedule Committee Required. | | | | | |
| *Must detail on Out-of-Court voucher form. | | | | | |
| | | | | **TOTAL** | 88,573.72 |

List date(s) of all Court Appearances. Attach any Out-of-Court voucher form.    88,266.82

**PERSONAL INFORMATION**

Social Security Number

Telephone Number ( 713 ) 237 8587

Bar Card Number 04835CW

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace   HT 77019

**CERTIFICATION**

I, **R.P. Cornelius**, Attorney at Law, swear or affirm to the Harris County Auditor that he may rely upon the information contained above make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Article 26.05 Code of Criminal Procedure effective January 1, 2002. I further swear or affirm that I have not received nor will receive any money or anything else of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE **29th** DAY OF **July** A.D. 20 **13**

Approved _Renee Magee_
Judge, Presiding

_____
Attorney at Law (Signature)

_____
District Clerk Deputy (Signature)

_____
Attorney Name (print legibly)

COURT

EXHIBIT 7 Page001

Defendant's Name: Obel Cruz Garcia   Cause No. 1384794   Date: 7/26/13
Attorney Name: R.P. Coenalius   Performed by: P. Knox

## ATTORNEY FEES EXPENSE CLAIM CHECK LIST
### CAPITALS, CAPITAL APPEALS, & 11.071 WRITS OF HABEAS CORPUS

|  |  | Yes | No |  |
|---|---|---|---|---|
| 1) | Confirmed correct court number on claim? | ☑ | ☐ | |
| 2) | Confirmed correct defendant's name on claim? | ☑ | ☐ | |
| 3) | Confirmed correct cause number on claim? | ☑ | ☐ | |
| 4) | Multiple cases on claim form? | ☐ | ☑ | |
| 5) | Non-Death Capital Case? | ☐ | ☑ | Please circle one: Disposed by Trial or Plea |
| 6) | Death Case? | ☑ | ☐ | Please circle one: Disposed by Trial or Plea |
| 7) | Same offense throughout LQY9 history? | ☑ | ☐ | |
| 8) | Capital – Appeal? | ☐ | ☐ | |
| 9) | 11.071 Writ? | ☐ | ☐ | |
| 10) | Service dates before January 1, 2002? | ☐ | ☐ | |
| 11) | Correct claim form submitted for payment? | ☑ | ☐ | |
| 12) | Attorney Appointment Order in case history on LQY9 screen in JIMS? | ☑ | ☐ | |
| 13) | Attorney approved for capital appointment in FDAMS? | ☑ | ☐ | |
| 14) | Dates of court appearances listed on claim? | ☐ | ☑ | Requesting flat fee |
|  | a.   Confirmed with history in the LQY8 screen? | ☐ | ☐ | N/A |
| 15) | If claiming out-of-court hours, is the out-of-court hours form completed and attached? | ☐ | ☐ | |
|  | a.   Is it mathematically accurate? | ☐ | ☐ | |
|  | b.   Does it match days/hours listed on the claim? | ☐ | ☐ | 0·00 * |
| 16) | On 11.071 Writs, is the Appointed Counsel Hourly Worksheet completed detailing services performed, dates, and times attached? | ☐ | ☐ | 15,896·82 * / 7,369·59 * / 23,266·41 * |
|  | a.   Are the hours mathematically accurate? | ☐ | ☐ | Total Invest Fees only  0·00 * |
|  | b.   Does it match the amount requested on the claim? | ☐ | ☐ | 0·00 * |
| 17) | If an 11.071 Writ, is the claim eligible for reimbursement from the state? | ☐ | ☐ | |
|  | If no, why not |  |  | |
| 18) | Are expenses requested on claim? | ☑ | ☐ | |
| 19) | Expense invoices attached? | ☑ | ☐ | |
| 20) | Do the expense invoices detail services performed, dates and times? | ☐ | ☐ | |
|  | a.   Is it mathematically accurate? | ☑ | ☐ | |
|  | b.   Does it match the amount requested on the claim? | ☑ | ☐ | |
| 21) | Is written court approval for expenses attached? | ☑ | ☐ | |
| 22) | Is the expense amount on the claim equal to or less than the amount approved by the court? | ☑ | ☐ | |
| 23) | Correct county mileage rate used? | ☑ | ☐ | |
| 24) | Correct claim line item used? | ☑ | ☐ | |
| 25) | Claim amounts within limits? | ☐ | ☑ | over max - need Approval |
| 26) | If claim is totaled, is it mathematically accurate? | ☑ | ☐ | |

Attorney Expense: $ 66,306.90
Expert Expense: $ 21,959.51          TOTAL REQUESTED: $ 88,266.41

EXHIBIT 7 Page002

--------- IN CAMERA ---------

NO. 1384794

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OBEL CRUZ-GARCIA | § | 337TH JUDICIAL DISTRICT |

### DEFENDANT'S MEMORANDUM FOR OUT OF COURT EXPENSE OF

### CRIMINAL INVESTIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

Please find the following:

1.   Invoice from investigator for mitigation investigation.   **$3,194.76**

2.   Second invoice from investigator for mitigation investigation.   **$4,174.83**

                                        **TOTAL**   **$7,369.59**

**(These are separate invoices for expenses incurred investigating the crimes only and not for purposes of mitigation).**

                        Respectfully submitted,

                        *[signature]*

                        R.P. CORNELIUS
                        2028 Buffalo Terrace
                        Houston, Texas 77019
                        (713) 237-8547
                        State Bar No. 04831500

                        COURT APPOINTED
                        ATTORNEY FOR DEFENDANT

EXHIBIT 7 Page003

NO. 1384794

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OBEL CRUZ-GARCIA | § | 337TH JUDICIAL DISTRICT |

## ORDER

On this **29** day of **July**, 2013, came on to be heard DEFENDANT'S IN CAMERA MOTION FOR OUT OF COURT EXPENSE FOR CRIMINAL INVESTIGATION and it is the Order of the Court that said motion should be granted.

It is the Order of the Court that an amount of $ **7369 59**, is approved for out of court expenses consistent with this motion. If additional funds are needed trial counsel is directed to make an additional request.

Renee Magee

Judge, 337th District Court
of Harris County, Texas

3

EXHIBIT 7 Page004

# Gradoni & Associates

Professional Investigative Services
State License A5741

| BILL TO |
|---|
| Skip Cornelius |
| 2028 Buffalo Terrace |
| Houston, Texas 77019 |

**Invoice**

| DATE | INVOICE # |
|---|---|
| 3/29/2013 | 17521 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PROFESSIONAL SERVICES      TIN# ▓▓▓▓▓ | |
| | |
| Re: State of Texas vs. Obel Cruz-Garcia | |
|    Cause #1289189, 1289188, 1181910, 337th District Court | |
|    Our File #12-05-0266, Statement #1 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 71.60 hours @ $40.00 per hour | 2,864.00 |
| | |
| Expenses: | |
| 278 miles @ .555 per mile | 154.29 |
| Clerical | 12.90 |
| Long distance | 59.47 |
| Word Processing | 63.10 |
| Computerized searches | 41.00 |
| | |
|   Subtotal | 3,194.76 |
| Tax Exempt | 0.00 |

| Payment due upon receipt.  Thank you! | **Total** | **$3,194.76** |
|---|---|---|

2611 Cypress Creek Pkwy, Suite C100  •  Houston, Texas 77068  •  (281) 440-0800  •  Fax (281) 440-0208

EXHIBIT 7 Page005

Unofficial Copy Office of Chris Daniel District Clerk

**HARRIS COUNTY CRIMINAL APPOINTMENT**
**TIME & MILEAGE  LOG**
Invoice #17521

Attorney:  R.P. Cornelius

Defendant: Obel Cruz-Garcia

Cause #: 1289189, 1289188, 1181910 Court: 337th  Statement #:  ___1___

| Date | Activity | Time | Miles | Park | Tolls |
|------|----------|------|-------|------|-------|
| 5/15/12 | Initial Meeting with Attorney to Review Case Priorities, Assignments and Former Attorney's Work Product (2 Investigators) | 4.50 | 40 | | |
| 5/30/12 | Review Former Attorney Work Product to Prepare for Jail Interview with Defendant | 2.90 | | | |
| 5/30/12 | Jail Interview with Defendant, Compile Report | 3.25 | 46 | 5.00 | |
| 6/1/12 | Phone Briefing with Attorney Regarding Investigation | .50 | | | |
| 6/4/12 | Conduct Interviews with Defendant's Relatives in the Dominican Republic, Compile Reports | 5.25 | | | |
| 6/6/12 | Review Offense Report, Compile Case Overview for Attorney Detailing Witness Statements and Evidence | 5.30 | | | |
| 6/6/12 | Conduct Interviews with Defendant's Relatives in Venezuela, Compile Reports | 4.70 | | | |
| 6/8/12 | Conduct Interviews with Defendant's Relatives in the Dominican Republic, Compile Reports | 4.30 | | | |
| 6/11/12 | Attempts to Make Phone Contact with Defendant's Relatives in the Dominican Republic, Start Documentation of Defendant's Family Tree, Compile Reports | 3.90 | | | |
| 6/12/12 | Conduct Interview with Defendant's Father in the Dominican Republic, Compile Report | 3.10 | | | |
| 6/16/12 | Jail Interview with Defendant, Compile Report | 4.75 | 46 | 5.00 | |

EXHIBIT 7 Page006

| | | | | | |
|---|---|---|---|---|---|
| 6/17/12 | Review Offense Report, Conduct Database Searches to Identify Current Addresses for State Witnesses, Update Reports | 4.00 | | | |
| 8/2/12 | Telephone Conference with Medical Expert Regarding Investigation, Compile Report | 1.50 | | | |
| 8/25/12 | Review Extraneous Offense Report, Compile Case Overview for Attorney Detailing Witness Statements and Evidence | 4.25 | | | |
| 12/31/12 | Review Work Product Provided by Former Attorney in Order to Identify Investigative Assignments, Update Reports for Trial | 3.25 | | | |
| 1/1/13 | Field Work, Attempts to Make Contact with Witnesses, Update Reports | 4.60 | 98 | | |
| 1/6/13 | Phone Briefings with Defendant's Psychologist | .75 | | | |
| 1/14/13 | Conduct Phone Interviews with Defendant's Relatives in the Dominican Republic, Compile Reports | 3.75 | | | |
| 2/12/13 | Field Work, Attempt to Make Contact with Witnesses | 2.75 | 48 | | |
| 3/24/13 | Review All Reports for Trial Preparation, Make Investigative Assignments to Investigators for Interviews | 4.30 | | | |
| **Totals** | | 71.60 | 278 | 10.00 | |

## AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

EXHIBIT 7 Page007

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 29ᵗʰ day of _____march_____, 2013, to certify, which witness my hand and seal of office.

KAYLA KOENIG
My Commission Expires
September 13, 2016

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires: 9/13/16

EXHIBIT 7 Page008



# Gradoni & Associates

Professional Investigative Services
State License A5741

| BILL TO |
|---|
| Skip Cornelius<br>2028 Buffalo Terrace<br>Houston, Texas 77019 |

**Invoice**

| DATE | INVOICE # |
|---|---|
| 5/22/2013 | 17585 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PROFESSIONAL SERVICES     TIN# ▓▓▓▓ | |
| | |
| Re: State of Texas vs. Obel Cruz-Garcia | |
|     Cause #1289189, 1289188, 1181910, 337th District Court | |
|     Our File #12-05-0266, Statement #3 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 87.70 hours @ $40.00 per hour | 3,508.00 |
| | |
| Expenses: | |
| 916 miles @ .555 per mile | 508.38 |
| Parking | 11.00 |
| Tolls | 4.10 |
| Word Processing | 43.10 |
| Clerical | 14.25 |
| Computerized searches | 86.00 |
| | |
|    Subtotal | 4,174.83 |
| Tax Exempt | 0.00 |

| Payment due upon receipt.  Thank you! | **Total** | **$4,174.83** |
|---|---|---|

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

Unofficial Copy/Office of Chris Daniel District Clerk

EXHIBIT 7 Page009

## HARRIS COUNTY CRIMINAL APPOINTMENT
## TIME & MILEAGE LOG
### Invoice #17585

Attorney: R.P. Cornelius

Defendant: Obel Cruz-Garcia

Cause #: 1289189, 1289188, 1181910  Court:337th  Statement #: ___3___

| Date | Activity | Time | Miles | Park | Tolls |
|------|----------|------|-------|------|-------|
| 4/7/13 | Review Offense Report to Identify State Witnesses, Conduct Database Searches to Obtain Current Address & Identify Criminal History Backgrounds, Initiate Reports | 6.00 | | | |
| 4/8/13 | Contacts with U.S. Marshall Service, Federal Databases, Attempts to Locate Witness, Update Report | 1.75 | | | |
| 4/8/13 | Meeting with Attorney for Updates Regarding Guilt/Innocence & Mitigation Investigations for Trial Preparation (Two Investigators) | 3.80 | 40 | | |
| 4/9/13 | Phone Attempts to Make Contact with Witnesses from Information Previously Developed, Update Reports | 2.75 | | | |
| 4/11/13 | Contacts to Arrange Trip to Dominican Republic, Make Reservations | .80 | | | |
| 4/12/13 | Review Extraneous Offenses, Identify Witnesses, Conduct Database Searches to Locate Current Address & Criminal History, Update Reports | 3.10 | | | |
| 4/17/13 | Field Work, Attempts to Locate Witnesses, Conduct 1 Interview, Compile Report | 4.25 | 41 | | |
| 4/19/13 | Field Work, Attempts to Make Contact with Witnesses, Conduct 2 Interviews, Compile Reports | 5.30 | 69 | | |
| 5/1/13 | Field Work, Attempt to Locate Witnesses, Update Reports | 3.00 | 63 | | |

EXHIBIT 7 Page010

| 5/2/13 | Meeting with Staff to Develop New Addresses for Local Mitigation Witnesses | 1.10 | | | |
| 5/2/13 | Field Work, Attempts to Contact & Interview Witnesses, Conduct Two Interviews, Compile Reports | 6.30 | 88 | | |
| 5/2/13 | Jail Interview with Defendant, Compile Report | 3.25 | 46 | 5.00 | |
| 5/3/13 | Field Work, Conduct Interview with Translator, Compile Report (Two Investigators) | 6.40 | 51 | | |
| 5/6/13 | Field Work, Attempts to Locate Witnesses, Update Reports | 2.70 | 59 | | |
| 5/15/13 | Field Work, Attempts to Locate Witnesses, Compile Reports | 6.10 | 84 | | |
| 5/16/13 | Conduct One Interview, Compile Report | 1.60 | | | |
| 5/17/13 | Field Work, Attempts to Locate Witnesses, Conduct 2 Interviews, Compile Reports | 6.15 | 70 | | |
| 5/18/13 | Field Work, Attempts to Locate Witnesses, Update Reports | 2.25 | 80 | | |
| 5/20/13 | Field Work, Attempts to Locate Witnesses, Conduct Two Interviews, Compile Report | 6.90 | 126 | | |
| 5/20/13 | Jail Interview with Defendant, Compile Report | 2.90 | | | |
| 5/20/13 | Visit District Clerk, Review Five Files, Obtain Copies, Compile Reports | 3.75 | 46 | 6.00 | 4.10 |
| 5/21/13 | Review 17 Guilt/Innocence Reports for Attorney, Organize for Trial Preparation Meeting, Meeting with 2 Investigators to Discuss Locating Remaining Witnesses not Interviewed | 5.30 | | | |
| 5/22/13 | Field Work, Attempts to Locate Witnesses, Update Reports | 2.25 | 53 | | |
| **Totals** | | 87.70 | 916 | 11 | 4.10 |

EXHIBIT 7 Page011

## AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 2nd day of May, 2013, to certify, which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

KAYLA KOENIG
My Commission Expires
September 13, 2016

My Commission Expires: 9/13/16

EXHIBIT 7 Page012

---------- IN CAMERA MOTION ----------

1384794

NO. ~~1181910~~

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OBEL CRUZ-GARCIA | § | 337TH JUDICIAL DISTRICT |

## CONTRACT FOR EMPLOYMENT OF R. P. CORNELIUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **OBEL CRUZ-GARCIA**, the Defendant in the above-styled and numbered cause, by and through his attorney of record, R. P. CORNELIUS, and respectfully requests the Court to approve the following Contract For Employment of R. P. Cornelius and order payment by the State of same.

I.

Defendant is charged with capital murder. The State is seeking the death penalty.

II.

R. P. Cornelius, an attorney approved and qualified, and in good standing, by the Second Administrative Judicial Region of Texas, to represent defendants charged with capital murder where the State is seeking the death penalty has been appointed by the Court.

III.

The case is more than 19 years old and is very complex. It involves numerous extraneous offenses, both in Texas and in Puerto Rico.

Defendant's family lives in Puerto Rico and he has witnesses in Puerto Rico, as well as in Texas and other cities.

EXHIBIT 7 Page013

In all likelihood there will be a multitude of expert witnesses on many different elements of the various cases.

IV.

Appointed counsel is requesting a flat fee of $65,000.00 as reasonable attorney fees to handle this matter and is requesting this Court to order payment.

WHEREFORE, PREMISES CONSIDERS, Defendant, **OBEL CRUZ-GARCIA**, prays that the Court approve this Contract For Employment in camera and order payment consistent with this motion.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500

COURT APPOINTED
ATTORNEY FOR DEFENDANT

EXHIBIT 7 Page014

1384794

NO. ~~1289188~~

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.S.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **OBEL CRUZ-GARCIA** | § | **337TH JUDICIAL DISTRICT** |

## ORDER

On this **29** day of _July_, 2013, came on to be heard **CONTRACT FOR EMPLOYMENT OF R. P. CORNELIUS**, and after considering same, it is the Order of the Court that the Contract For Employment Of R. P. Cornelius is approved by the Court and an amount of $65,000.00 is to be paid by the State as reasonable attorney fees in this matter.

*Plus $1,306 ⁹⁰ out-of-pocket expense for witness travel.*

_Renee Magee_

Judge, 337th District Court
of Harris County, Texas

3

EXHIBIT 7 Page015



MEMORANDUM

The primary allegation is a 1992 capital murder involving numerous Spanish speaking witnesses from the Dominican Republic and Puerto Rico. The defendant is from the Dominican Republic and Puerto Rico and does not speak English.

It was a cold case with DNA, both skin cell and sperm cell, handled originally by the old HPD Crime Lab which was problematic.

There were numerous extraneous offenses including a capital murder from 1989, a number sexual assaults, home invasions, and drug dealing.

At the time defendant was first charged in 2008 he was incarcerated in a Puerto Rican prison for numerous offenses, principally a double kidnaping and torture of two young victims, both of whom testified at trial, along with other Puerto Rican witnesses. Prison officials from Puerto Rico also testified as to significant jail infractions as well as Harris County jail officials and TDC officials.

It was a complex and complicated case which required work and time commitment well in excess of any normal capital murder appointment.


**Special Note**


**The clerk's file should contain ORDERS for payment of all attorney fees and expenses but additional ORDERS are contained herein for convenience and the Court can modify the ORDERS as the Court sees fit.**

EXHIBIT 7 Page016

--------- IN CAMERA ---------

NO. 1384794

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OBEL CRUZ-GARCIA | § | 337TH JUDICIAL DISTRICT |

## DEFENDANT'S MEMORANDUM FOR OUT OF COURT EXPENSE OF MITIGATION INVESTIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

Please find the following:

1.    ORDER providing mitigation expenses not to exceed $17,400.00.  Signed by Judge Jay Burnett, approved by Judge Belinda Hill, Presiding Judge at the time, (and Judge Mike McSpadden).  This to include consultation and evaluation by mitigation consultant and psychologist and all investigation of mitigation.    **$17,400.00**

2.    Invoice from mitigation consultant and psychologist Susana A. Rosen, Ph.D.  To be paid directly to Dr. Rosen or to Mr. Cornelius who will reimburse her. **$1,750.00**

3.    Invoice from investigator for travel to the Dominican Republic.    **$6,732.69**

4.    Invoice from investigator for mitigation investigation.    **$6,107.23**

5.    Receipt for out-of-pocket expense of  Mr. Cornelius to provide airline ticket for defendant's son who testified as a mitigation witness.  To be reimbursed to Mr. Cornelius along with payment for court appointment.    **$1,306.90**

**TOTAL**    $15,896.82

EXHIBIT 7 Page017

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500

COURT APPOINTED
ATTORNEY FOR DEFENDANT

EXHIBIT 7 Page018

NO. 1384794

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OBEL CRUZ-GARCIA | § | 337TH JUDICIAL DISTRICT |

## ORDER

On this __29__ day of __July__, 2012, came on to be heard DEFENDANT'S IN

CAMERA MOTION FOR OUT OF COURT EXPENSE FOR MITIGATION INVESTIGATION

and it is the Order of the Court that said motion should be granted.

It is the Order of the Court that an amount of __15,896 82__ is approved for out of court

expenses consistent with this motion. If additional funds are needed trial counsel is directed to make

an additional request.

_Renee Magee_
Judge, 337th District Court
of Harris County, Texas

3

EXHIBIT 7 Page019



Case 4:17-cv-03621  Document 18-7  Filed on 07/01/19 in TXSD  Page 20 of 52

1384794

NO. 1289189

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OBEL CRUZ-GARCIA | § | 337TH JUDICIAL DISTRICT |

## ORDER

On this __17th__ day of __July__, 2012, came on to be heard DEFENDANT'S IN CAMERA MOTION FOR OUT OF COURT EXPENSE FOR MENTAL HEALTH AND MITIGATION and it is the Order of the Court that said motion should be granted.

It is the Order of the Court that an amount of $17,400.00, is approved for additional out of court expenses consistent with this motion. If additional funds are needed trial counsel is directed to make an additional request.

*Met with presiding Judge Hill, wherein she was made aware of this approval* (230TH DIST. CT.)

Judge, 337th District Court
of Harris County, Texas

3

EXHIBIT 7 Page020



SUSANA A. ROSIN, PH.D.
CLINICAL PSYCHOLOGIST
3730 KIRBY DR., SUITE 825
HOUSTON, TEXAS 77098
———
TELEPHONE (713) 523-0000

July 1, 2013

Mr. R.P. Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77010

Re: Obel Cruz Garcia (DOB: July 8, 1967)
   SPN 01134368
   **Statement for Services Rendered**

| Service | Date | Amount |
|---|---|---|
| Review of Collateral/Background Information reg. Mr. Cruz-Garcia (2 hours @ $250.00/hr) | 5-09-2013 | $500.00 |
| Psychological Evaluation of Mr. Cruz-Garcia at Harris County Jail (3 hrs @ $250.00/hr) | 5-15-2013 | $750.00 |
| Meeting with Mr. Cornelius (1 hr @ $250.00/hr) | 6-27-2013 | $250.00 |
| Preparation of Expert Report (1 hr @ $250.00/hr) | 7-01-2013 | $250.00 |
| Amount Charged and Due | | $1750.00 ✓ |

Dr. Rosin's Federal Tax ID # █████████
Dr. Rosin's Psychologist License # 2-2995 (Texas)

EXHIBIT 7 Page021



# Gradoni & Associates

Professional Investigative Services
State License A5741

May 23, 2013

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

Re:     Obel Cruz-Garcia

Dear Skip,

Please find attached the invoice for the trip to the Dominican Republic. We did exceed the budget approved by the court. I have attached an itemized list of all of the expenses, along with receipt copies.

I also cut about half of the travel time it took us to get there and back. On the return trip, we left the hotel at 10:00 AM in the morning and did not return to Houston until 3:00 AM the following day.

I'm sure the court wouldn't pay for the time we spent, although I believe it was legitimate time spent on the case.

I've also attached a second invoice, for all the investigative work that we have performed since May 7, 2013.

I have now given you three invoices for work on this case. The invoices include both Mitigation and Investigative efforts. I'm aware that you probably will not submit these invoices until trial is over, but I'd like to keep everything organized so we don't miss anything. I believe it also gives us the ability to actually know how much we've spent to date.

If there is a way you could present these invoices for payment that would be fine with me. Possibly you could just submit the one for the trip to the Dominican, since we had to outlay over $3,000 in expenses. However you decide to handle this is fine with me.

Although the Defendant has been no help whatsoever, we have developed some information that you could utilize to discredit some of the witnesses at trial.

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

EXHIBIT 7 Page022

We certainly have more work that could be performed on this case.

I think it is imperative that you consider bringing to Houston the mother of his two sons, for the Mitigation phase of the trial. She is more than willing to come and may make a good witness. I know if you decide to do this, a great deal of planning must be done in advance.

I will await your reply.

Sincerely,

JJ Gradoni

JJG/kk

EXHIBIT 7 Page023

3

# Gradoni & Associates

Professional Investigative Services
State License A5741

| BILL TO |
|---|
| Skip Cornelius |
| 2028 Buffalo Terrace |
| Houston, Texas 77019 |

**Invoice**

| DATE | INVOICE # |
|---|---|
| 5/22/2013 | 17584 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PROFESSIONAL SERVICES        TIN# █████ | |
| | |
| Re: State of Texas vs. Obel Cruz-Garcia | |
|     Cause #1289189, 1289188, 1181910, 337th District Court | |
|     Our File #12-05-0266, Statement #2 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 90.00 hours @ $40.00 per hour | 3,600.00 |
| | |
| Expenses: | |
| Travel - Airfare | 2,005.87 |
| Meals | 228.97 |
| Gas | 63.00 |
| Parking | 85.00 |
| Hotel Miscellaneous | 72.49 |
| Car Rental | 313.86 |
| Visitor Registration | 20.00 |
| Tolls | 10.00 |
| Long Distance | 93.50 |
| Guide | 240.00 |
| Payment due upon receipt.  Thank you! | **Total** |

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

EXHIBIT 7 Page024



# Gradoni & Associates

Professional Investigative Services
State License A5741

| BILL TO |
|---|
| Skip Cornelius<br>2028 Buffalo Terrace<br>Houston, Texas 77019 |

**Invoice**

| DATE | INVOICE # |
|---|---|
| 5/22/2013 | 17584 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PROFESSIONAL SERVICES      TIN# ▓▓▓▓▓ | |
| Subtotal | 6,732.69 |
| Tax Exempt | 0.00 |
| | |
| Payment due upon receipt.  Thank you! | |
| **Total** | **$6,732.69** |

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

EXHIBIT 7 Page025

Unofficial Copy Office of Chris Daniel District Clerk

## HARRIS COUNTY CRIMINAL APPOINTMENT
## TIME & MILEAGE LOG
### Invoice #17584

Attorney: R.P. Cornelius

Defendant: Obel Cruz-Garcia

Cause #: 1289189, 1289188, 1181910  Court:337th  Statement #: ___2___

| Date | Activity | Time | Miles | Park | Tolls |
|------|----------|------|-------|------|-------|
| 5/5/13 | Travel from Houston to Miami to Dominican Republic for Mitigation Investigation | 17.10 | | | |
| 5/6/13 | Work with Guide, Conduct 5 Interviews (Two Investigators) | 18.10 | | | |
| 5/7/13 | Work with Guide, Conduct 5 Interviews (Two Investigators) | 14.30 | | | |
| 5/8/13 | Work with Guide, Conduct 3 Interviews, Photo & Inspect Areas of Interest (Two Investigators) | 12.40 | | | |
| 5/9/13 | Travel from Dominican Republic to Miami to Houston | 17.10 | | | |
| 5/11/13 | Compile 15 Reports | 11.00 | | | |
| **Totals** | | 90.00 ✓ | | | |

### AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 22nd day of May, 2013, to certify, which witness my hand and seal of office.

EXHIBIT 7 Page026



KAYLA KOENIG
My Commission Expires
September 13, 2016

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires: 9/13/16

Unofficial Copy Office of Chris Daniel District Clerk

EXHIBIT 7 Page027

**EXPENSES/TRIP TO DOMINICAN REPUBLIC**
**5/5/13 to 5/9/13**
**Mitigation Investigation (Two Investigators)**

| | | |
|---|---|---:|
| Airfare/Hotel | | 2,005.87 |
| Food | 35.82 (2 People) | |
| | 29.15 (2 People) | |
| | 5.00 (1 Person) | |
| | 80.00 (4 People) | |
| | 29.00 (2 People) | |
| | 12.26 (1 Person) | |
| | 37.74 (2 People) | 228.97 |
| Gas | | 63.00 |
| Parking | | 85.00 |
| Hotel Miscellaneous | 70.39 | |
| | 2.10 | 72.49 |
| Car Rental | | 313.86 |
| Visitor Registration | | 20.00 |
| Tolls | | 10.00 |
| Long Distance | | 93.50 |
| Guide | | 240.00 |
| **Total** | | **3,132.69** ✓ |

Pre-trip planning indicated that the most convenient and safest place for lodging was the Bahia Principe Cayaco Hotel. The hotel was actually situated a 2 hour drive from the main area of investigation.

In order to facilitate making contact with the potential mitigation witnesses Investigators contracted the services of a guide, who actually drove the rental car, taking Investigators to all of the locations where Investigators met people to be interviewed. The guide also took Investigators to the areas of interest which were examined and photographed.

The guide was paid $80.00 per day for the three days he assisted.

EXHIBIT 7 Page028

jj@gradoni.com

| | |
|---|---|
| From: | Travelocity Customer Support <travelocity@travelocity.com> |
| Sent: | Wednesday, April 17, 2013 5:11 PM |
| To: | jj@gradoni.com |
| Subject: | Travelocity Confirmation - Santo Domingo Las Americas Airport |

## ✱✱ travelocity· | Travel Confirmation

James,

Thank you for booking your travel with Travelocity.

**Your Travelocity Trip ID is: 4310 7170 0000**

You can view your Trip Details by logging onto
Travelocity.com

If any issues arise with your reservation before or during
your trip, please contact us immediately.

**Customer Support**

| | | | |
|---|---|---|---|
| In the US | 1.888.872.8356 | 24 hours/7 days a week | How to change my trip |
| Outside the US | 1.210.521.5871 | 24 hours/7 days a week | How to cancel my trip |
| En Español | 1.866.828.3933 | 7am - 10pm CST | Email Travelocity |

## Flights

2 Round-Trip Tickets

All flight times are local to each city.

**Sun, May 5, 2013**                                   Online check-in code: HAHXKW

| | | | |
|---|---|---|---|
| Depart: 07:25 am | Houston, TX (IAH) | ᴀ̈ᴀ | American Airlines, Flight 1312 |
| Arrive: 10:45 am | Miami, FL (MIA) | | Economy  Class |

                                    1 Stop - change planes in Miami,
                                    (MIA)
                                    Connection Time: 2 hrs 5 mins

Travel time: ${airSegment.totalTravelTime}
Seat request: 22D, 22C

| | | | |
|---|---|---|---|
| Depart: 12:50 pm | Miami, FL (MIA) | ᴀ̈ᴀ | American Airlines, Flight 1481 |
| Arrive: 03:00 pm | Santo Domingo, Dominican Republic (SDQ) | | Economy  Class |

Total Travel Time: 6 hrs 35 mins

**Thu, May 9, 2013**                                   Online check-in code: HAHXKW

1

EXHIBIT 7 Page029

| | | |
|---|---|---|
| Depart: 04:10 pm<br>Arrive: 06:50 pm | Santo Domingo, Dominican Republic (SDQ)<br>Miami, FL (MIA) | American Airlines, Flight 1138<br>Economy Class |

1 Stop - change planes in Miami, (MIA)
Connection Time: 3 hrs 10 mins

Travel time: ${airSegment.totalTravelTime}
Seat request: 34H, 34G

| | | |
|---|---|---|
| Depart: 10:00 pm<br>Arrive: 11:40 pm | Miami, FL (MIA)<br>Houston, TX (IAH) | American Airlines, Flight 1579<br>Economy Class |

Total Travel Time: 8 hrs 30 mins
Seat request: 29D, 29B

Baggage fees: In most cases, the applicable baggage fees and allowances for the entire trip will be those of the first carrier listed on your itinerary, American Airlines . However, in a limited number of multiple carrier itineraries for international travel, the first carrier may apply the fees and allowances of another carrier listed on your itinerary. For more information, including detailed baggage allowances and fees by carrier, please click here. If you need additional information regarding baggage allowance and fees, please contact the first carrier listed on your itinerary.

**Passengers**
edna velez
james gradoni

Flight policies

**Frequent Flier Information**
Add your number at the airport.
Add your number at the airport.

## Hotel

2 Rooms, 4 Nights

**Confirmation number:**
**Room 1:** 10178481468
**Room 2:** 10178481468

**Contact:** james gradoni

Grand Bahia Principe Cayacoa All-Inclusive Resort
Loma Puerto Excondido SN
Samana, 32000
1.809.538.3131

**Check in:** Sun, May 5, 2013

**Check out:** Thu, May 9, 2013

Hotel policies | Important Information

**Room 1:** Standard Room All Inclusive
Single Adult (0 senior)

**Room 2:** Standard Room All Inclusive
Single Adult (1 adult)

**Attention - Hotel Front Desk**
This is a pre-paid reservation. Please check your reservation system for payment information.
Pre-paid amount may not include extra fees payable to the hotel at check out.

## Pricing

EXHIBIT 7 Page030

| | | |
|---|---|---|
| Flight + Hotel | $1,697.87 | |
| Taxes, Tax Recovery Charge + Airline & Agency Fees: | $308.00 | Additional baggage fees may apply |
| Total: | $2,005.87 | |

We charged a total of $2,005.87 to your MasterCard® xxxx-xxxx-xxxx-4612.

## Complete Your Travel Plans for Santo Domingo



**Add a Car**
From compacts to SUVs, we've got cars well-suited for your time behind the wheel.

More car deals



**Add an Activity**
Altos de Chavon, Santo Domingo from $45
Fun Truck Safari, Santo Domingo from $80
Bonche Bus Night Tour, Santo Domingo from $40

More things to do

## The Travelocity Guarantee

We look out for you all trip long, and even before you go.

The Travelocity Guarantee is our commitment to you that we are here for you.

We stand behind everything we sell, everything about your booking will be right, or we'll work with our partners to make it right, right away.

Learn more



**TRAVELOCITY GUARANTEE**



IgoUgo

Advice From Travelers, Not Tourists

## Additional Information

**Online Support**

▸What if my flight schedule changes?
▸What if I experience a problem during my trip?
▸How can I change or cancel my trip?
▸View all Travel Alerts
▸View Frequently Asked Questions

3

EXHIBIT 7 Page031

Food        #1

$5.00

Unofficial Copy Office of Chris Daniel District Clerk

Host: Susana                          05/09/2013
T1-116                                   7:26 PM
                                         10313

Garden Salad                              5.80
Salami Provolone                         10.50
Diet sprite                               3.00

Subtotal                                 19.30
Tax                                       1.55

To Go Total                              20.85
CASH                                     50.00
Change                                   29.15

                Thank you!
                Come Again!
                Visit Us At:

            --- Check Closed ---

Food                2.16

      ** TGI FRIDAY'S #2150 **
        MIAMI AIRPORT, FL

   25 CRIS G

 Tbl 83/1      Chk 6502      Gst  2
        May05'13 10:43AM

  1 CHEESEBURGER              9.29
  1 STK SRLN med SLAW RICE   18.09
  2 ICED TEA                  5.78

  *******************************
  Visit www.tgifsurvey.com within
  48 hours, tell us about your
  visit and get any appetizer up
  to $9.4
  *SU
  up

                              APROBACION        T34852.
                            Sub-Total      US$    80.00
                            ITBIS          US$     0.00

                            Monto          US$    80.00

                            ACEPTO PAGAR ESTE MONTO SUJETO A LOS
                            TERMINOS DEL CONTRATO CELEBRADO CON
                            EL EMISOR DE LA TARJETA

                            FIRMA/SIGN.

EXHIBIT 7 Page032

*Food #2*

## COMEDOR
# Hernández
Autopista Nagua- Sánchez Km. 3,
Tel.: 809-584-3557 • Matancitas, Nagua, R.D.
**RNC: 07100207765**

REGISTRO PROVEEDORES INFORMALES

**NCF. A01001001110** 0000196

Fecha: 6 de 5 del 20 18

Nombre:_____

Dirección:_____ RNC/Cedula_____

Condiciónes:_____ Tel.:_____

| CODIGO | CANT. | DESCRIPCION | PRECIO SIN ITBIS | IMPORTE | ITBIS | TOTAL |
|--------|-------|-------------|------------------|---------|-------|-------|
| | 1 | hambis | 39c | | | |
| | 2 | pollcs | 440 | | | |
| | 1 | Res | 830 | | | |
| | 2 | Refresc | 100 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL EXENTO | | | |
| | | | TOTAL GRABADO | | | |
| | | | ITBIS | | | |
| | | | TOTAL A PAGAR | | 1160 | |

dolar 29

RECIBIDO POR      DESPACHADO POR
IMP. NAGUA UNIVERSAL • RNC: 056-0106874-4 • TEL: 809-584-4660• No. AUT. 01510

$ 29.00

EXHIBIT 7 Page033

Ford   #3

Inversiones Llers
Las Americas, Aeropuerto Int.
Mangos Village
Terminal B. AILA

Server: Dilenia                     05/09/2013
Cashier: Elizabeth
Table 50/1                          3:19 PM
Guests: 1

Reprint # !                         #20056

Seven Up 20onz (2 @3.18)              6.36
Nachos Volcanos                      13.65
Cubano                               14.30

Total                                34.31
Legal Tax 10.00%                      3.43
Total                                37.74

CASH                             $ 50.00

X_____

Change                           $ 12.26
DOP $ 0.024293                    $504.67
Euro € 1.305011                     €9.39

RNC 130-131627
Que Tenga un Buen Viaje
Regrese Pronto

— Check Closed ---

Inversiones Llers
Las Americas, Aeropuerto Int.
Mangos Village
Terminal B. AILA

Server: Dilenia                     05/2013
Table 50/1                          3:15 PM
Guests: 1

                                    #20056

Seven Up 20onz (2 @3.18)              6.35
Nachos Volcanos                      13.65
Cubano                               14.30

Total                                34.31
Legal Tax 10.00%                      3.43
Total                                37.74

Balance Due       $  37.74
DOP $ 0.024293                    $1,553.53
Euro € 1.305011                     €28.92

RNC. 130-131627
Que Tenga un Buen Viaje
Regrese Pronto

Unofficial Copy Office of the District Clerk

EXHIBIT 7 Page034

Gas

63. 00

**RODRIGUEZ CAMPOS, S.R.L.**
AGR. RUBEN A. RODRIGUEZ
Narciso Minaya Esq. Altagracia • Tel.: 809-584-2261
Nagua, Rep. Dom. • RNC: 1-10-12256-1

OX de  O5  de 2013

Cliente:

Cta. No.                    Placa No.

| | | |
|---|---|---|
| Gls. Gasolina | | 2,500 |
| Diesel-Oil | | |
| Aceite | | |
| Otros | | |
| | TOTAL RD$ | 2,500 |

Pagar antes de 30 días. Después de su vencimiento, 3% de recargo

dolar 63

Recibido Conforme              Despachado por

EXHIBIT 7 Page035

Parking

$ 85.00



www.newsouthparking-tx.com

**New South Parking**

P.O. Box 60751
Houston, TX 77205
(281) 233-1730

# CUSTOMER RECEIPT

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|------|---------|----------|-----|-----|
| 9465 | 05/05 05:32 | 05/10 02:48 | $85.00 | 4612 |

Unofficial Copy Office of Chris Daniel District Clerk

EXHIBIT 7 Page036

**Bahia Principe Cayacoa**                                      **NH:CAYACOA**

*Hotel*

### Extracto de Cuenta Corriente

*Misc.  #1*

USD    41.04300

| Titular | VELEZ ,EDNA | | Llegada | 05/05/2013 | Noches | 4 |
|---|---|---|---|---|---|---|
| Habitación | 0433 | Paxs    1 | Salida | 09/05/2013 | | |
| | | | Nº Reserva | 7108 | Pag.   1 / | 1 |

| Fecha | Descripción | Observaciones | Valor | Descuento | Saldo |
|---|---|---|---|---|---|
| 06/05/2013 | TFNO HABITACION | 8092985588 CAB CABINA  EXT. 1276 | 0.15 | 0.00 | 0.15 |
| 06/05/2013 | TFNO HABITACION | 8092985588 CAB CABINA  EXT. 1276 | 0.25 | 0.00 | 0.39 |
| 08/05/2013 | SAL+N DE BELLEZA | 1 MASAJE CARIBE-O RELAX 50 | 70.00 | 0.00 | 70.39 |

| MAL | Marcos Ant. Ludwin | 09/05/2013 10:04 | Pagina:    1 | | Informarca Portu |
|---|---|---|---|---|---|

EXHIBIT 7 Page037

**Bahia Principe Cayacoa**                                                    **NH:CAYACOA**

Extracto de Cuenta Corriente   *Hotel Misc #2*

USD   41.04300

| Titular | GRADONI ,JAMES | | Llegada | 05/05/2013 | Noches | 4 |
|---------|----------------|---|---------|------------|--------|---|
| | | | Salida | 09/05/2013 | | |
| Habitación | 0436 | Paxs   1 | Nº Reserva | 7723 | Pag.   1 / 1 | |

| Fecha | Descripción | Observaciones | Valor | Descuento | Saldo |
|-------|-------------|---------------|-------|-----------|-------|
| 08/05/2013 | TFNO HABITACION | 2814404706 CAB CABINA  EXT. 1276 | 2.10 | 0.00 | 2.10 |

Unofficial copy Office of Chris Daniel District...

*Car Rental* 313.86

# Hertz

MERCANTIL SANTO DOMINGO, SRL.    809-549-0454
HERTZ INTERNATIONAL LICENSEE, AEROPUERTO LAS AMERICAS
SANTO DOMINGO, DO

RNC 101-013-303

NCF A010020010200002948

**RENTAL RECORD NO.**
L 2022873 6

CUSTOMER INFORMATION | CHECK OUT / CHECK IN

COMPUTATION OF CHARGES

| | | | |
|---|---|---|---|
| 862.26 EA | | $ | 3449.04 |
| 0.00 EA | | $ | 0.00 |
| | | $ | 3449.04 |
| 10.00 % | | $ | 992.83 |
| 0.650 KM S574.840GLS | | | 0.00 |
| | | $ | 4270.24 |
| $ 513.25D/3079.50H/S | | | 2053.00 |
| $ 39.01 PER DAY | | | 156.03 |
| E | | $ | 10921.14 |
| | | $ | 1965.81 |
| D | | - | 313.86 |
| P | | $ | 12886.95 |
| | | $ | 12886.95 |

## Hertz

### MERCANTIL SANTO DOMINGO, C. x A.
P. O. Box 109, C/ José Maria Heredia No. 1, Gazcue, Santo Domingo, Rep. Dom.
Tel.: 809-221-5333 • Fax: 809-221-8927 • RNC: 101-013-303

**AILA**

**RECIBO**
No. 11155

09 de Mayo de 20 13

Recibo de: Edna Velez

La Suma de: Doce mil ochocintos ochenta y seis con 95/100

Pesos (RD$) 12,886.95

Por Concepto de: Liquidacion RA#2022873
US$100 x 3= 300 ; US$10 x1 = 10 ; US$1 x 4= 4

Depositado en Fecha: _____

Depósito No. _____

*Stephanie*
Recibido por

Renter is responsible for all damage or loss to glass
La compra de (CDW) no cubre danos en cristales, gomas
Renter please read terms and conditions on page 1.
Arrendatario favor de leer los terminos y condiciones.

I have read the terms and conditions on page 1 and page2 of the rental...
He leydo los terminos y condiciones en las paginas 1 y 2 de este contrato y estoy en...

N, THE U.S. DOLLAR AMOUNT IN
2 CONVERTED INTO DOMINICAN
HARGED TO YOUR CREDIT CARD.
ES WILL BE DETERMINED BY THE
BY THE CREDIT CARD COMPANY

NTING FROM HERTZ
ERIR HERTZ

E@HERTZ.COM

EXHIBIT 7 Page039

Visa Permits $ 20.00

DE IMPUESTOS
INTERNOS
RNC.401-50625-4
05/05/2013 03 03 49 PM
AEROPUERTO LAS AMERICAS

Recibo de pago No. DGIIOITRT7BDMW

DESCRIPCION                          VALOR

Tarjeta de Turista
No  201305-05 35 025 180 84900      US$ 10 00

                    TOTAL            US$ 10 00

Cajera

EXHIBIT 7 Page040

Tolls #1

AUTOPISTAS D [...] TE
RNC 1-01-86692-6
Atencion al usuario: 829-904-7859
www.autopistasdelnordeste.com
CARRETERA JUAN PABLO II
ESTACION [...]

Fecha: 05 [...] 02:44
Tiquete: [...] PAR-I-[...]
Categoria: I Valor: 51
[...]: MARBELLA 03 Sentido: B
Forma de Pago: Particular
[...]

AUTOPISTAS [...] TE
RNC [...] 866
Atencion al [...] 829-904-7859
[...] autopi [...] este.com
CARRETERA JUAN PA [...] II
ACION DE PEAJE M [...]BELLA

Fecha: 05/05/20 [...] 14:01:05
Tiquete: MRB-MRB03-PAR-I-295122
Categoria: I Valor: 51
[...]: MARBELLA 03 Sentido: B
[...] ma de [...] Particular
[...]tido

AUTOPISTAS DEL NORDESTE
RNC 1-01-86692-6
Atencion al usuario: 829-904-7859
www.autopistasdelnordeste.com
CARRETERA JUAN PABLO II
ESTACION DE PEAJE NARANJAL

Fecha: 09/05/2013 12:29:01
Tiquete: NRJ-NRJ03-PAR-I-[...]
Categoria: I Valor: 100
Carril: VIA-NARANJAL 03 Sentido: B
Forma de Pago: Particular
Atendido por: CLAUDTAB

AUTOPISTAS DEL NORDESTE
RNC 1-01-86692-6
Atencion al usuario: 829-904-7859
autopistasde [...] rdeste.com
[...]RRETERA JUAN [...] II
[...]TACION DE [...] AQ

[...]
[...]
[...]
Forma de Pago [...] ticular
Atend [...] OLFERMUR

AUTOPISTAS DEL NORDESTE
RNC 1-01-86692-6
Atencion al usuario: 829-904-7859
www.autopistasdelnordeste.com
CARRETERA JUAN PABLO II
ESTACION DE PEAJE MARBELLA

Fecha: 09/05/2013 12:33:23
Tiquete: MRB-MRB03-PAR-I-299757
Categoria: I Valor: 51
Carril: MARBELLA 03 Sentido: B
Forma [...] Particular
Atend

AUTOPI [...]
RNC 1 [...]
Atencion al usua [...]o: 829-904-7859
www.autopistasdelnordeste.com
CARRETERA JUAN PABLO II
ESTACION DE PEAJE GUARAGUAO

Fecha: 09/05/2013 11:40:04
Tiquete: GUA-GUA03-PAR-I-199888
Categoria: I Valor: 105
Carril: GUARAGUAO 03 Sentido: B
Forma [...] Pago: Particular
Atendido por: IEVINO

Unofficial Copy Official Copy Unofficial Copy

EXHIBIT 7 Page041

Tolls #2

*00·090·4
40·90
x 100·x

*·0

Coin Exchange

AUTOPISTAS DEL NORDESTE
RNC 1-01-86692-6
Atencion al usuario: 829-904-7859
www.autopistasde nordeste.com
CARRETERA JUAN PABLO II
ESTACION DE PEAJE GUARAGUAO

05/2013 19:13:49
RG-GRG01-PAR-I-97778
I  Valor: 195
Carril: GUARAGUAO-01  Sentido: A
Forma de Pago: Particular
Atendido por: RESTERMOR

AUTOPISTAS DEL NORDESTE
RNC 1-01-86692-6
Atencion al usuario: 829-904-7859
www.autopistasdelnordeste.com
CARRETERA JUAN PABLO II
ESTACION DE PEAJE NARANJAL

Fecha: 05/05/2   13:46
Tiquete: NRJ-NRJ01-PAR-I-142630
Categoria: I  Valor: 166
Carril: VIA-NARANJAL-01  Sentido: A
Forma de Pago: Particular
Atendido por: FRANCS

AUTOPISTAS DEL NORDESTE
RNC 1-01-86692-6
Atencion al usuario: 904-859
ta.com

dalao23

NRJ-NRJ01-PAR-I-142
tegoria: I  Valor: 166
Carril: VIA-NARANJAL-01  Sentido: A

AUT           NORDESTE
RN
Atencion al          829-904
autopi    delnordeste.com
CARRTE
ESTA

Fec   05/
  I          PAR
ategoria      alor: 166
    I A    NARANJAL-03  Sentido: A
   a de Pago: Particular
Atendido por: CLAUDIAB

EXHIBIT 7 Page042

 **at&t**

JAMES GRADONI
2611 FM 1960 RD W STE C100
HOUSTON, TX 77068-3730

Page: 3 of 6
Bill Cycle Date: 04/11/13 - 05/10/13
Account: ▮▮▮▮▮

*Long Distance 93.50*

Visit us online at: **www.att.com**

---

**713 306-4116**
JAMES GRADONI

**Mobile Insurance Premium -** Includes Coverage for loss, theft, accidental damage, liquid damage, and out-of-warranty malfunction.

**Data Unlimited for iPhone 4S -** Includes Data Unlimited on 4G for iPhone 4S

**Monthly Charges -** May 11 thru Jun 10

| | | |
|---|---|---|
| 1. FamilyTalk Nation 1400 with Rollover | | 9.99 |
| 2. AT&T Rest of World Travel Minutes 40 | | 60.00 |
| 3. Family Messaging Unlimited with Mobile to Any Mobile Calling | | 0.00 |
| 4. International Dialing Allowed | | 0.00 |
| 5. Intl Roam LD | | 0.00 |
| 6. Mobile Protection Pack - Enhanced Support and Mobile Locate | | 3.00 |
| 7. Mobile Insurance Premium | | 6.99 |
| 8. Data Unlimited for iPhone 4S | | 30.00 |
| **Total Monthly Charges** | | **109.98** |

**Other Charges and Credits**

**Plan Changes**
Added 05/04
| | | |
|---|---|---|
| 9. AT&T Rest of World Travel Minutes 40 | | 14.00 |

*This plan is $60.00 per month. You added this plan on 05/04.  You are charged at the new plan rate from 05/04 - 05/10.*

**Voice Usage Summary**
FamilyTalk Nation 1400 with Rollover
| | |
|---|---|
| Total Minutes Used | 693 |
| Plan Minutes | 1,400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 0 |
| Night & Weekend Minutes | Unlimited |
| Minutes Used | 132 |

Directory Assistance
| | | |
|---|---|---|
| 10. Calls Billed at $1.99 | 5 | 9.95 |

| | | |
|---|---|---|
| Unlimited Mobile to Any Mobile | Unlimited | |
| Minutes Used | 1,820 | |

Roaming
| | | |
|---|---|---|
| 11. Minutes Billed | 48 | 16.00 |

| | | |
|---|---|---|
| Total Voice Usage Summary | | 25.95 |

**Other Charges and Credits - Continued**

**Data Usage Summary**
| | |
|---|---|
| Messaging Unlimited | Unlimited |
| Used | 542 |

Data Unlimited
| | |
|---|---|
| Plan KB | Unlimited |
| KB Used | 19,653 |

1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB

Roaming
| | | |
|---|---|---|
| 12. Text/Instant Msgs Billed | 67 | 33.50 |

**Surcharges and Other Fees**
| | |
|---|---|
| 13. Administrative Fee | 0.61 |
| 14. Federal Universal Service Charge | 13.20 |
| 15. Regulatory Cost Recovery Charge | 0.45 |
| 16. State Cost-Recovery Fee | 1.31 |
| 17. Texas Universal Service | 1.11 |
| Total Surcharges and Other Fees | 16.68 |

**Government Fees and Taxes**
| | |
|---|---|
| 18. 9-1-1 Service Fee | 0.50 |
| 19. 911 Equalization Surcharge | 0.06 |
| 20. City District Sales Tax | 0.33 |
| 21. TX State Sales Tax | 2.08 |
| 22. TX State Sales Tax - Telecom | 9.45 |
| Total Government Fees and Taxes | 12.42 |

**Total Other Charges & Credits**          102.55

**Total for 713 306-4116**          212.53

**Roaming Call Detail**

Roaming Call charges reflected in Other Charges & Credits (page 3)

| Time Charges | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| incurred while Roaming in Dominican Republic | | | | | | | |
| Sunday, 05/05 | | | | | | | |
| 06:30p | BLOCKED | 000-000-0000 | IRRO | | 1 | 0.00 | 0.00 |
| 08:10p | VMAIL CL | 713-306-4116 | IRRO | | 1 | 0.00 | 0.00 |
| 10:33p | DOMEST CL | 281-580-5353 | IRRO | | 3 | 0.00 | 0.00 |
| Monday, 05/06 | | | | | | | |
| 10:10a | DOMEST CL | 713-299-7796 | IRRO | | 1 | 0.00 | 0.00 |
| 11:51a | DOMEST CL | 800-262-2024 | IRRO | | 4 | 0.00 | 0.00 |
| 12:21p | DOMEST CL | 713-299-7796 | IRRO | | 2 | 0.00 | 0.00 |
| 08:01p | DOMEST CL | 281-580-5353 | IRRO | | 1 | 0.00 | 0.00 |
| 08:12p | DOMEST CL | 713-817-3724 | IRRO | | 3 | 0.00 | 0.00 |
| 08:53p | DOMEST CL | 281-580-5353 | IRRO | | 3 | 0.00 | 0.00 |
| Tuesday, 05/07 | | | | | | | |
| 09:48a | DOMEST CL | 281-440-4706 | IRRO | | 2 | 0.00 | 0.00 |
| 09:50a | DOMEST CL | 713-819-1492 | IRRO | | 1 | 0.00 | 0.00 |
| 09:54a | VMAIL CL | 713-306-4116 | IRRO | | 1 | 0.00 | 0.00 |

EXHIBIT 7 Page 043

*4*

# Gradoni &
# Associates

Professional Investigative Services
State License A5741

BILL TO

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

Invoice

| DATE | INVOICE # |
|---|---|
| 7/19/2013 | 17658 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PROFESSIONAL SERVICES    TIN# ▊▊▊▊▊ | |
| | |
| Re: State of Texas vs. Obel Cruz-Garcia | |
|    Cause #1289189, 1289188, 1181910, 337th District Court | |
|    Our File #12-05-0266, Statement #4 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 119.75 hours @ $40.00 per hour | 4,790.00 |
| | |
| Expenses: | |
| 1,119 miles @ .555 per mile | 621.05 |
| Parking | 48.00 |
| Word Processing | 47.20 |
| Computerized Searches | 118.00 |
| Translator | 350.40 |
| Messenger Fee (Fed-Ex 6/15/13) | 36.13 |
| Messenger Fee (Fed-Ex 6/24/13) | 39.62 |
| Messenger Fee (Fed-Ex 6/28/13) | 36.13 |
| Messenger Fee (7/8/13) | 20.70 |

| Payment due upon receipt.  Thank you! | **Total** | |
|---|---|---|

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

EXHIBIT 7 Page044



BILL TO

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 7/19/2013 | 17658 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FOR PROFESSIONAL SERVICES     TIN# | |
| Subtotal | 6,107.23 |
| Tax Exempt | 0.00 |

| | |
|---|---|
| Payment due upon receipt.  Thank you! | **Total**  $6,107.23 |

EXHIBIT 7 Page045

**HARRIS COUNTY CRIMINAL APPOINTMENT**
**TIME & MILEAGE LOG**
Invoice #17658

Attorney: R.P. Cornelius

Defendant: Obel Cruz-Garcia

Cause #: 1289189, 1289188, 1181910  Court: 337th  Statement #: ___4___

| Date | Activity | Time | Miles | Park | Copies |
|------|----------|------|-------|------|--------|
| 5/23/13 | Field Work, Attempt to Locate Witness | 1.75 | 66 | | |
| 5/24/13 | Identify Potential Extraneous Offense Witnesses, Conduct Database Searches to Locate Current Addresses, Update Reports | 5.50 | | | |
| 5/28/13 | Attempt to Contact Witnesses by Phone | 1.20 | | | |
| 5/30/13 | Jail Visit with Attorney, Compile Report | 3.00 | 46 | 5.00 | |
| 5/30/13 | Field Work, Conduct Interview, Compile Report | 4.10 | 58 | | |
| 6/3/13 | Conduct Two Interviews, Compile Reports | 4.30 | | | |
| 6/6/13 | Field Work, Attempt to Locate Witness, Update Reports | 2.30 | 42 | | |
| 6/7/13 | Field Work, Attempt to Locate Witness, Update Reports | 2.90 | 37 | | |
| 6/8/13 | Field Work, Conduct One Interview, Compile Report | 3.25 | 51 | | |
| 6/10/13 | Field Work, Attempt to Locate Witnesses, Update Reports | 2.00 | 41 | | |
| 6/10/13 | Interview State Witness at 701 N. San Jacinto, Compile Report | 3.60 | 46 | 5.00 | |
| 6/10/13 | Interview Possible Witness at 701 N. San Jacinto, Compile Report | 1.20 | | | |

EXHIBIT 7 Page046

| Date | Description | | | | |
|------|-------------|------|------|------|------|
| 6/11/13 | Field Work, Conduct 2 Interviews, Compile Reports | 4.75 | 62 | | |
| 6/12/13 | Deliver Reports to Attorney in Jury Selection | 1.50 | 46 | 5.00 | |
| 6/13/13 | Briefing with Attorney in Jury Selection, Pick-up Subpoenas to Serve, State Witness List | 1.30 | 46 | 5.00 | |
| 6/14/13 | Conduct Database Searches on 9 State Witnesses to Locate Current Addresses, Set Investigative Assignments, Briefing with Investigators | 7.25 | | | |
| 6/15/13 | Field Work, Attempts to Locate Witnesses, Compile Reports | 3.80 | 51 | | |
| 6/16/13 | Field Work, Conduct Two Interviews, Compile Reports | 4.10 | 39 | | |
| 6/15/13 | Prepare Fed-ex for Witness Subpoenas to Puerto Rico & Dominican Republic, Phone Contact with Witnesses | 1.30 | | | |
| 6/19/13 | Attempts to Contact Witnesses by Phone, Update Reports | 1.25 | | | |
| 6/20/13 | Briefing with Attorney, Obtain Offense Report Regarding State Witness Prior Conviction, Conduct Database Searches to Locate Witnesses, Set Investigative Assignments | 4.25 | | | 2.62 |
| 6/21/13 | Contacts with Public Defender's Office Regarding Witness Travel Plans | 1.00 | | | |
| 6/24/13 | Prepare Fed-ex of Travel Documents to Witnesses in Puerto Rico & Dominican Republic, Contacts with Witnesses | 1.20 | | | |
| 6/24/13 | Jail Interview with Defendant & Bench Warranted State Witness, Compile Reports | 3.90 | 46 | 5.00 | |
| 6/27/13 | Meeting with Attorney – Trial Preparation | 1.60 | 40 | | |

*Gradoni & Associates is licensed by the Texas Board of Private Investigators and Private Security Agency under License #A-5741.*

*Complaints may be directed to P.O. Box 4087, Austin, Texas 78773-0001 or emailed to RSD_Customer_Relations@dps.texas.gov*

EXHIBIT 7 Page047

| | | | | | |
|---|---|---|---|---|---|
| 6/28/13 | Field Work, Conduct One Interview, Compile Report | 4.50 | 69 | | |
| 6/28/13 | Prepare Fed-ex Package to Witness in Puerto Rico | 1.00 | | | |
| 7/1/13 | Attempts to Contact Witnesses by Phone, Update Reports | 1.80 | | | |
| 7/2/13 | Jail Interview with Defendant, Trial Preparation, Compile Report | 2.75 | 46 | 5.00 | |
| 7/3/13 | Conduct Two Phone Interviews, Compile Reports | 3.10 | | | |
| 7/8/13 | Field Work, Conduct 3 Interviews, Compile Reports | 5.25 | 61 | | |
| 7/8/13 | Review Witness Reports, Messenger to Attorney for Trial Prep | 1.90 | | | |
| 7/9/13 | Conduct Two Interviews, Compile Reports | 3.40 | | | |
| 7/5/13 To 7/10/13 | Contacts with Dominican Republic Immigration, State Department, US Immigration, in Attempt to Expedite Witness Visa | 2.30 | | | |
| 7/10/13 | Monitor Trial Testimony, Meet with Attorney Regarding Visa Problems with Witness | 3.75 | 46 | 5.00 | |
| 7/14/13 | Pick Up Witness at Airport, Briefing with Witness with Translator, Drop Witness to Hotel, Numerous Calls to Dominican Republic to Arrange Travel with New Witness, Complete Travel Plans with Airline | 5.10 | 66 | 4.00 | |
| 7/15/13 | Briefing with Attorneys, Contacts with Dominican Republic | 1.20 | | | |
| 7/16/13 | Pick up Witness at Airport, Brief Witness with Translator, Drop Witness to Hotel | 3.90 | 68 | 7.00 | |
| | | | | | |

*Gradoni & Associates is licensed by the Texas Board of Private Investigators and Private Security Agency under License #A-5741.*

*Complaints may be directed to P.O. Box 4087, Austin, Texas 78773-0001 or emailed to RSD_Customer_Relations@dps.texas.gov*

EXHIBIT 7 Page048

| 7/ /13 | Transport Two Punishment Witnesses to Court, Identify New Witness, Briefing with Attorney, Transport Witnesses Back to Hotel | 7.50 | 46 | 7.00 | |
| | | | | | |
| Totals | | 119.75 | 1,119 | 48.00 | |

## AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

_James Gradoni_

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 9th day of July, 2013, to certify, which witness my hand and seal of office.

KAYLA KOENIG
My Commission Expires
September 13, 2016

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

My Commission Expires: 9/13/16

*Gradoni & Associates is licensed by the Texas Board of Private Investigators and Private Security Agency under License #A-5741.*

*Complaints may be directed to P.O. Box 4087, Austin, Texas 78773-0001 or emailed to RSD_Customer_Relations@dps.texas.gov*

EXHIBIT 7 Page049



**Skip:**

**Receipt for Abel's flight charged on your card.**

**Amount was $1.306.90**

**JJ**

Unofficial Copy Office of Chris Daniel District Clerk

RP Cornelius paid out-of-pocket — $1306 90
AIRLINE TICKET FOR MITIGATION WITNESS —
Δ's SON ABEL PEREZ

EXHIBIT 7 Page050

| Record Locator | **GSVHLO** |

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
| American | 834 | SANTIAGO DO TUE 16JUL 8:10 AM | MIAMI INTERNTNL TUE 16JUL 10:25 AM | V |
| Abel Perez | Seat 28E | Economy | | Food For Purchase |
| American | 2245 | MIAMI INTERNTNL TUE 16JUL 3:25 PM | HOUSTON GEO BUSH TUE 16JUL 5:05 PM | V |
| Abel Perez | Seat 26E | Economy | | Food For Purchase |
| American | 1314 | HOUSTON GEO BUSH SAT 20JUL 1:35 PM | MIAMI INTERNTNL SAT 20JUL 5:10 PM | A |
| Abel Perez | Seat 3E | First Ci | | Snack |
| American | 613 | MIAMI INTERNTNL SAT 20JUL 6:40 PM | SANTIAGO DO SAT 20JUL 8:40 PM | D |
| Abel Perez | Seat 4B | Business | | Dinner |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| Abel Perez | 0012380824959 | 977.00 | 329.90 | 1306.90 |
| American Express XXXXXXXXXX | | | | $ 1306.90 |

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -STIIAH-01 Piece/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM BAG ALLOWANCE -IAHSTI-03 Pieces/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-STIIAH-USD0 00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-IAHSTI-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-STIIAH-USD40 00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM** 2NDCHECKED BAG FEE-IAHSTI-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value  If the fare allows changes, a fee may be assessed for changes and restrictions may apply

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have

2

EXHIBIT 7 Page051

questions regarding our refund policy, please visit www.aa.com/refunds

To change your reservation, please call 1-800-433-7300 and refer to your record locator

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

## AA CARRY-ON BAGGAGE

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage. Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

## AA CHECKED BAGGAGE CHARGES

For travel within and between the US/PR/USVI and Canada the first checked bag will be charged 25 USD/25 CAD. The second checked bag will be charged at 35 USD/ 35 CAD.

For travel between Mexico, Caribbean and Central America and the US/PR/USVI, Canada. Mexico and Central America there will be no charge for the first checked bag. The second checked bag will be charged at 40 USD/ 40 CAD (or local currency equivalent).

For travel from the US/PR/USVI, Mexico, Caribbean. Central America, South America (excluding Brazil, Chile and Peru) to/through/from Europe there will be no charge for the first checked bag. The second checked bag will be charged at 100 USD/ 100 CAD/ 75 EUR / 65 GBP (or local currency equivalent).

For travel between Mexico, Caribbean, Central America and South America (excluding Brazil, Chile and Peru) there will be no charge for the first checked bag. The second checked bag will be charged at 70 USD/ 70 CAD (or local currency equivalent).

For travel between South America (except Brazil, Chile and Peru) and US/PR/USVI and Canada there will be no charge for the first checked bag. The second checked bag will be charged at 70 USD/ 70 CAD (or local currency equivalent).

For travel to/from/through Brazil, Chile, Peru, China, Japan and Korea there will be no charge for the first or second checked bags.

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

## NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges. 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract. 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this messge and its attachments from your computer.

 DealFinder™



Conditions of Carriage          Special Assistance          Flight Check-in          Flight Status Notification

3

EXHIBIT 7 Page052