


# Houston Forensic Science Center
**Forensic Analysis Division**
**Biology Section**
1200 Travis Street, Houston, Texas 77002
(713) 308-2600

**Incident Number:** 105758592
**Forensic Case Number:** 2010-11899

**Report Date:** November 03, 2015

## Amended Laboratory Report #5

The report dated October 18, 2010 (OLO Supplement #84) has been amended with corrections and/or additions. Under Results and Interpretations, the statistics for item HP07-0014-01 and HP07-0014-07 (sperm fraction) have been changed to reflect an update to the FBI Popstats database, and the source statement has been removed. The conclusion for Item HP07-0014-02 (sperm fraction) has changed to reflect current interpretation guidelines. A conclusion for item 3.1 has been added. The note statement for loci D2S1338 and D19S433 has been removed. The assigned analyst has changed from Courtney Head to Robin Guidry. The original report is available at the Houston Forensic Science Center upon request.

**Offense:** Murder

**Previous Analysis:** Genetic Design DNA Report dated February 4, 1993; Genetic Design DNA Report dated February 23, 1994; Orchid Cellmark DNA Report HP07-0014, dated November 27, 2007; Orchid Cellmark DNA Report HP07-0014-A, dated December 31, 2007; Orchid Cellmark DNA Report HP07-0014-B, dated July 25, 2008; Orchid Cellmark DNA Report HP07-0014-C, dated April 20, 2011; Orchid Cellmark DNA Report HP07-0014-D, dated June 15, 2011; Laboratory Reports dated November 16, 1992 (OLO Supplement #28), December 1, 1992 (OLO Supplement #31), May 13, 1993 (OLO Supplement #33), February 24, 1994 (OLO Supplement #37), December 10, 2007 (OLO Supplement #48), October 18, 2010 (OLO Supplement #84), January 13, 2011, and June 25, 2013

**Requesting Officer:** R. W. Chappell

**Lab #:** L92-10367

## ITEMS OF EVIDENCE:

| | | |
|---|---|---|
| 3 | | Known buccal swabs - Obel Cruz-Garcia |
| 3.1 | | Portion of known buccal swabs – Obel Criz-Garcia |

The Houston Forensic Science Center is accredited by ANSI-ASQ National Accreditation Board/FQS in the following forensic testing categories: Drugs, Toxicology, Biology and Firearms.
Page 1 of 3

EXHIBIT 11 Page 001

| | | | |
|---|---|---|---|
| **Incident Number:** | 105758592 | | Houston Forensic Science Center |
| **Forensic Case Number:** | 2010-11899 (5) | **Report Date:** | November 03, 2015 |

Item 3.1 was compared to the following DNA profiles previously reported by Orchid Cellmark in Report HP07-0014, dated November 27, 2007:

HP07-0014-01: Cigar
HP07-0014-02: Vaginal swabs from Diana Garcia (sperm fraction)
HP07-0014-07: Panties: crotch - red from Diana Garcia (sperm fraction)

**RESULTS AND INTERPRETATIONS:**
The DNA was extracted and amplified using polymerase chain reaction (PCR). The following STR loci were analyzed: D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, and FGA, along with the sex determining marker Amelogenin.

**HP07-0014-01 (Cigar)**
A full, single-source male DNA profile was obtained from this item. OBEL CRUZ-GARCIA cannot be excluded as a possible contributor to the DNA profile obtained from this item. The probability that a randomly chosen unrelated individual would be included as a possible contributor to this DNA profile is approximately 1 in 6.0 quintillion for Caucasians, 1 in 700 quintillion for African Americans, and 1 in 100 quintillion for Southwest Hispanics.

**HP07-0014-02 (Vaginal swabs from Diana Garcia (sperm fraction))**
A mixture of DNA from at least three individuals, at least one of whom is male, was obtained from this item. No conclusions will be made given the excessive number of contributors to this DNA mixture.

**HP07-0014-07 (Panties: crotch - red from Diana Garcia (sperm fraction))**
A mixture of DNA from at least two individuals, at least one of whom is male, was obtained from this item. OBEL CRUZ-GARCIA cannot be excluded as a possible contributor to the major component of this DNA mixture. The probability that a randomly chosen unrelated individual would be included as a possible contributor to the major component of this DNA mixture is approximately 1 in 6.0 quintillion for Caucasians, 1 in 700 quintillion for African Americans, and 1 in 100 quintillion for Southwest Hispanics. No conclusions will be made regarding the minor component of this DNA mixture due to insufficient data.

**Item 3.1 (Portion of known buccal swabs - Obel Cruz-Garcia)**
A full, single-source male DNA profile was obtained from this item.

**DISPOSITION:**
All DNA extracts and any remaining portions are being retained in the laboratory. Any other items will be returned to the submitting agency.

*Robin D. Guidry* (signature)
_____
Robin Guidry
Supervisor - Forensic Biology
Assigned Analyst

The prosecutor and defense counsel may obtain additional documents related to this case by submitting a request to Triage@HoustonForensicScience.org . Requests should state the requestor's connection to the case and include full contact information.

**Incident Number:** 105758592

**Forensic Case Number:** 2010-11899 (5)

**Houston Forensic Science Center**

**Report Date:** November 03, 2015

| Case Items | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | TH01 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | Amel | D5S818 | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 Portion of known buccal swabs – Obel Cruz-Garcia | 10,16 | 30.2,31 | 8,11 | 11 | 16,18 | 6,8 | 11,12 | 9,11 | 17,20 | 13,14 | 16,17 | 8 | 13,18 | X,Y | 12 | 22 |

SF=Sperm Fraction; EF=Epithelial Fraction,
NR = No interpretable result; ( ) = Minor allele; ^ = Allele below stochastic threshold
~ = Allele below stochastic threshold, but suitable for statistics, assuming single-source
INC = Inconclusive/activity that could not be confirmed as real or artifactual

Page 3 of 3

EXHIBIT 11 Page 003