# Memorandum



3/12k
F.R.

To : SAC, HOUSTON (7-HO-34256) (GC-1) (P)   Date 2/9/93

From : SA ERIC L. JOHNSON

Subject: UNSUBS;
ANGELO GARCIA - VICTIM (DECEASED);
KIDNAPPING;
OO: HOUSTON

The purpose of this memorandum is to furnish the present status of this case. On 2/8/93, SA GABE MALDONADO, San Juan Division, Dominican Republic Liaison Agent, advised that the Dominican Republic Officials would not be willing to extradite OBEL JULIAN CRUZ-GARCIA, aka CHICO, from the Dominican Republic (DR) to the United States, since GARCIA is a DR citizen. SA MALDONADO did state that if the local charge against GARCIA was murder and the UFAP was for murder, DR would consider and most likely extradite GARCIA. SA MALDONADO further advised that INS stops are in place for Puerto Rico and local officials in DR have been advised of the outstanding warrant against GARCIA.

Also on 2/8/93, J.C. CASTILLO, telephone number 712/655-1515, who is the attorney for ANGELITA RODRIGUEZ, advised that in December 1992, RODRIGUEZ telephonically contacted him from Santa Domingo, Dominican Republic. RODRIGUEZ stated that she would not be able to attend her scheduled court hearing (a few days later) due to a family illness. CASTILLO informed RODRIGUEZ that her bail would most likely be forfeited and a warrant for her arrest was also likely if she did not attend the hearing. On the hearing date, RODRIGUEZ did not appear, but the Judge post-poned the trial until May 6, 1993. CASTILLO has not heard from RODRIGUEZ since her initial call in December and assumes RODRIGUEZ believes a warrant for failure to appear was issued for her arrest. RODRIGUEZ is the common law wife of GARCIA and is currently residing with RODRIGUEZ in the Dominican Republic at her mother's house.

On 2/9/92, Houston Police Department Homicide Detective, BILL STEPHENS advised that DNA test conducted on the specimens taken from DIANE GARCIA the morning of sexual assault and kidnapping was determined to be from three or four unknown males. At this time, HPD have not identified any other suspect outside of OBEL JULIAN CRUZ-GARCIA.

3 - Houston ②- 7-HO-34256) (1 - 88B-HO-34368)
ELJ:elj
(3)

EXHIBIT 15 Page 001