PAGE THREE DE FBIHO 0001 UNCLAS

NOT TO BE CONNECTED WITH THE ABDUCTION.

b6
b7C

THROUGH INVESTIGATIONS CONDUCT BY THE HOUSTON POLICE DEPARTMENT AND THE HOUSTON FBI IT IS BELIEVED THAT OBEL JULIAN CRUZ-GARCIA, AKA CHICO, IS BEHIND THE KIDNAPPING OR KNOWS THE IDENTITIES OF THE INDIVIDUALS WHO COMMITTED THE KIDNAPPING.

THROUGH INTERVIEWS IT WAS DETERMINED THAT

b6
b7C

BECAUSE OF THIS, IT IS BELIEVED THAT CHICO TOOK ANGELO

THE SECOND THEORY, INVOLVES A DRUG RIP-OFF COMMITTED BY CHICO.

b6
b7C

APPROXIMATELY FIVE MONTHS AGO.

SINCE THE KIDNAPPING, CHICO'S WHEREABOUTS HAVE BEEN UNKNOWN AND ON 10/8/92 CHICO FAILED TO APPEAR FOR A PENDING

EXHIBIT 16 Page 001