FD-36 (Rev. 8-29-85)

# FBI

| TRANSMIT VIA: | PRECEDENCE: | CLASSIFICATION: |
|---|---|---|
| ☒ Teletype | ☐ Immediate | ☐ TOP SECRET |
| ☐ Facsimile | ☒ Priority | ☐ SECRET |
| ☐ AIRTEL | ☐ Routine | ☐ CONFIDENTIAL |
| | | ☐ UNCLAS E F T O |
| | | ☒ UNCLAS |

12/16/92

Date 12/2/92

FM FBI HOUSTON (7-HO-34256) (P)

TO DIRECTOR FBI/PRIORITY/

b7D

BT

UNCLAS

CITE: //3290//

SUBJECT:   UNSUB(S); ANGELO GARCIA - VICTIM (DECEASED); KIDNAPPING; OO: HOUSTON.

RE HOUSTON TEL TO BUREAU, ET AL, DATED 10/1/92.

FOR INFORMATION OF BUREAU AND SAN ANTONIO, ON THE MORNING OF 10/5/92, VICTIM WAS FOUND DEAD IN A BAYTOWN, TEXAS CREEK. BAYTOWN IS LOCATED JUST OUTSIDE OF HOUSTON, TEXAS. THE BODY WAS FOUND BY A MAN WHO HAD BEEN CRAB FISHING IN THE CREEK. IT APPEARED THAT THE BODY HAD BEEN AT THE LOCATION FOR A MINIMUM OF TEN DAYS, BUT MAY HAVE BEEN ABANDONED AT THE SITE SHORTLY AFTER ABDUCTION. DUE TO THE DEGRADED CONDITION OF THE BODY,

7-HO-34256-32

Searched _____
Serialized _____
Indexed _____
Filed _____

Approved: _____  Original filename: FBIO10W-33
Time Received: _____  Telprep filename: FBIO1050.33
MRI/JULIAN DATE: 1863/337   ISN: 028
FOX DATE & TIME OF ACCEPTANCE: 12/2  23:28

EXHIBIT 17 Page 001

^PAGE 2 HO 7-HO-34256 UNCLAS

CAUSE OF DEATH COULD NOT BE DETERMINED (DO NOT RELEASE INFORMATION ABOUT UNCERTAIN CAUSE OF DEATH).

ON 10/11/92, WHILE THE VICTIM WAS STILL MISSING, A MAN WHO IDENTIFIED HIMSELF AS [    ] TELEPHONICALLY CONTACT[    ] b6 b7C [    ] ADVISED THAT HE KNEW THE PEOPLE WHO KIDNAPPED ANGELO AND STATED THAT THE PEOPLE WANTED $30,000.00 BEFORE 10/30/92. [    ] BOASTED ABOUT HAVING BETTER CONTACTS THAN THE FBI AND THE HOUSTON POLICE DEPARTMENT (HPD). [    ] ALSO INQUIRED EXTENSIVELY ABOUT WHAT INFORMATION HAD BEEN FURNISHED TO THE FBI AND HPD ABOUT THE KIDNAPPING. [    ] TOLD [    ] TO HAVE [    ] CONTACT HIM AT TELEPHONE NUMBER [    ] AND ADDED THAT HE KNEW [    ] TELEPHONE WOULD BE TAPPED.

LATER THAT EVENING, [    ] TELEPHONICALLY CONTACTED [    ] b6 b7C b7E [    ] ONCE AGAIN [    ] Boasted ABOUT HAVING BETTER CONTACTS INTO THE KIDNAPPERS, ALTHOUGH HE DID NOT MENTION THE $30,000.00 RANSOM DEMAND. [    ] PRESSED [    ] ABOUT INFORMATION THAT WAS TOLD TO THE FBI AND ENDED THE CONVERSATION

EXHIBIT 17 Page 002

^PAGE 3 HO 7-HO-34256 UNCLAS

BY STATING THAT HE WOULD GET BACK TO THEM.  DETECTIVE
[____] CHARACTERIZED THE CALL AS BEING A HOAX. [____]    b6
[____] DETERMINED THAT [____] ✓                          b7C
[____]                                                   b7D
[____]

INVESTIGATION AT HOUSTON DETERMINED THAT TELEPHONE NUMBER
[____] WAS SUBSCRIBED TO [____]
[____] ON [____] WAS
CONTACTED [____] ADVISED THAT [____] IS [____]
[____] IS [____] *During* ~~ON~~ THE WEEK  ✓
OF 10/11/92 [____] WAS LIVING *At* ~~X~~ [____] ON THE  ✓
NIGHT OF 10/11/92, [____] ADVISED THAT [____]           b6
[____]                                                  b7C ✓
                                                        b7D
STOPPED BY TO SEE [____] WHILE INSIDE THE APARTMENT,
[____] ASKED THE TWO IF THEY HAD HEARD ABOUT THE CHILD WHO
WAS MISSING, THEY REPLIED, "YES". [____]                ✓
[____] THEN WALKED OUTSIDE.
[____] RETURNED TO THE APARTMENT ALONE AND PLACED A
TELEPHONE CALL. [____] OVERHEARD [____] SAYING, "DO YOU
KNOW ABOUT THAT DEAL WITH [____] THEN

EXHIBIT 17 Page 003

```
^PAGE 4 HO 7-HO-34256 UNCLAS
```

REQUESTED $30,000 AND THEN LOWERED THE REQUEST TO $20,000.00. LATER, AFTER [____] HUNG UP THE TELEPHONE, THE TELEPHONE RANG [____] ANSWERED THE PHONE. A FEMALE IDENTIFIED HERSELF AS [____] HANDED THE TELEPHONE TO [____] AFTER [____] ENDED THIS CONVERSATION, HE BECAME VERY DEPRESSED. [____] BEGAN ARGUING BECAUSE [____] DID NOT APPROVE OF [____] MAKING THESE CALLS FROM [____] RESIDENCE. [____] ORDERED [____] OUT OF HIS APARTMENT AND CALLED THE POLICE TO HAVE HIM REMOVED.

b6
b7C
b7D

SINCE THIS INCIDENT [____] HAS HAD SHORT CONVERSATIONS WITH [____] ON THE TELEPHONE AND HAS TOLD HIM THAT HE WAS [____] DOES NOT BELIEVE [____] KNOWS ANYTHING ABOUT THE SUBJECTS WHO KIDNAPPED THE VICTIM. HE BELIEVES [____] AT HIS HOUSE ON 10/11/92 WERE PROBABLY [____] ON [____] TELEPHONICALLY CONTACTED [____] TOLD [____] THAT THE FBI WANTED TO SPEAK WITH HIM. [____] ADVISED THAT HE WAS [____] AND COULD BE REACHED AT TELEPHONE NUMBER [____]

b6
b7C
b7D

EXHIBIT 17 Page 004

[redacted] b6 b7C b7D

NO SUBJECTS HAVE BEEN IDENTIFIED IN THIS MATTER. FBI HOUSTON AND HPD ARE CURRENTLY ATTEMPTING TO LOCATE ONE SUSPECT, OBEL JULIAN CRUZ-GARCIA, AKA, CHICO. CRUZ-GARCIA IS MOST LIKELY IN PUERTO RICO AT THIS TIME. LEADS HAVE BEEN SENT TO THE SAN JUAN DIVISION to locate + apprehend him. ✓

[redacted] IS HISPANIC MALE [redacted]  b6 b7C

LEAD

[redacted] DETERMINE ADDRESS TO TELEPHONE NUMBER [redacted] LOCATE AND INTERVIEW [redacted] ✓ b6 b7C b7D

[redacted] CONCERNING HIS KNOWLEDGE OF THE KIDNAPPING OF CAPTIONED VICTIM. LEAD SHOULD BE CONDUCTED AS SOON AS

EXHIBIT 17 Page 005

```
^PAGE 6 HO 7-HO-34256 UNCLAS
                                                                    b6
POSSIBLE. [              ] ADVISED THAT [              ]            b7C
[                                       ]                           b7D

BT
```

EXHIBIT 17 Page 006