GC-1

0004  MRI 00020

RR FBIHO

DE FBI☐ #0002 3440040

ZNR UUUUU

b7D

R 090017Z DEC 92

FM ☐

TO FBI HOUSTON/ROUTINE/

BT

UNCLAS

CITE: //3770//

SUBJECT: UNSUB(S); ANGELO GARCIA-VICTIM (DECEASED); KIDNAPPING; OO: HOUSTON.

REFERENCE HOUSTON TELETYPE TO ☐ DATED DECEMBER 2, 1992.

b7D

FOR INFORMATION OF THE HOUSTON OFFICE ☐ ☐ DATE OF BIRTH ☐ WAS CONTACTED ON ☐ ☐ DENIED ANY INVOLVEMENT IN THE KIDNAPPING AND SUBSEQUENT DEATH OF ANGELO GARCIA. ☐ STATED HE WAS DEEPLY CONCERNED ABOUT THE YOUNG BOY AND DISCUSSED THE MATTER WITH ☐ WHO AT THE TIME WAS

b6
b7C
b7D

7-HQ-34256-36

DEC 0 9 1992

FBI — HOUSTON

CN
12/8/92
804
P
DOB

EXHIBIT 18 Page 001

INFORMED [ ] THAT [ ] b6
[ ] PROVIDED [ ] WITH THE PHONE NUMBER WHICH b7C
[ ] SUBSEQUENTLY CONTACTED AND WAS ABLE TO SPEAK TO [ ] b7D
[ ] PRIOR TO PLACING THE PHONE
CALL, [ ] TALKED WITH AN ACQUAINTANCE [ ] WHO TOLD
[ ] TO TELL [ ] IF SHE KNEW WHERE THE BOY WAS HE
COULD GO IN AND GET HIM BACK FOR TEN THOUSAND DOLLARS.
[ ] RELAYED THAT INFORMATION TO [ ]
[ ] ALSO STATED THAT [ ] HAD TOLD HIM [ ]
[ ]
FURTHER IDENTIFIED [ ] AS BEING [ ]
[ ]

AN AIRTEL WITH THE FD-302 INTERVIEW OF [ ] WILL   b6
FOLLOW.   b7C
   b7D
BT

#0002

NNNN

EXHIBIT 18 Page 002