# CITY OF HOUSTON

INTER OFFICE CORRESPONDENCE

TO: Jim Bolding
Crime Lab

FROM: W.I. Stephens, Sergeant

VIA: I.O. Franks, Lieutenant
Homicide Division

DATE: January 6 1993

SUBJECT: Request for AMP-FLP in the Angelo Garcia Case

On September 30, 1992, several suspects allegedly broke into an apartment occupied by Arturo Rodriguez, Diana Garcia, and her seven year old son, Angelo Garcia. According to Diana and Arturo, one suspect pistol whipped Arturo while another sexually assaulted Diana. Following the beating and sexual assault, the suspects took Angelo Garcia and left the scene. Approximately a month following the abduction, Angelo Garcia's decomposed body was found in Goose Lake near Baytown.

Diana and Arturo have been untruthful throughout the investigation with regard to the events inside the apartment and the identity of the suspects. A rape kit was obtained on Diana Garcia, and the blood of several possible suspects has been submitted during the course of the investigation. As per our conversation on January 5, 1993 where we were informed of the two possible hits concerning suspect Mello and Rodriguez and the presence of additional material indicating that there is an unknown suspect, we request that an AMP-FLP test be conducted on the pertinent samples obtained during this investigation.

We intend to take Diana Garcia to the Grand Jury and will use the DNA evidence when she is questioned. We are in hopes we will learn the truth concerning the motive and identity of the suspects who abducted and murdered Angelo Garcia. We will then use this evidence in the prosecution of the suspects.

W.I. Stephens, Sergeant
Homicide Division

EXHIBIT 19 Page 001