

5/1/96 1035
Ben Bell HCSO Sgt

NYPD Det has C.I. who says crook in Angelo Garcia case in NYC.

J.R.A.T.

care of old 44 PCT
1278 Sedgwick
Bronx, NY 10452

Det. Edmundo Rivera
Mike Diaz    1-718-293-3444
             3555

0915 5/3/96
U.P. Hernandez — P/h know anything
                 will ck; c/b

EXHIBIT 20 Page 001