BOND: 00000000   No. 118191001010   SPN: 01134368

The State of Texas

vs.

CRUZ-GARCIA, OBEL , Defendant

_____, DOB

In the 262th District Court
County Criminal Court at Law No. _____
Harris County, Texas

INS: FID   PFG: K

## PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with CAPITAL MURDER , appeared before the undersigned authority. (the Court) ☐ in person. ☐ by video teleconference.

**All statements in bold should be addressed to defendant.**

**Do you request appointment of counsel? (check one)**
☑ **NO.** The defendant did not request appointment of counsel.
☐ **YES.** The defendant requested appointment of counsel. The Court ORDERS the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours**.

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials?** (check one)
☐ **NO.**
☑ **YES. What country?** _____ . **If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.**
☑ MANDATORY NOTIFICATION. CLERK, NOTIFY _Dominica_ (Country) CONSULATE.

**If you are a foreign national, please provide the following information:**

Mr./Ms: _____
(father's name {surname}/ mother's maiden name / first name)

Date of birth (mm/dd/yy) _____

Place of birth _____

Passport number _____   Date of passport issuance _____   Place of passport issuance _____

This proceeding was interpreted by: _Manuel Barrios_ (Print name of interpreter)

## ORDER

☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST**. Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody.

☑ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS**. The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court.

☐ Bail is set at $ _0_   ☑ Personal Bond is:   ☐ APPROVED   ☐ DISAPPROVED   ☑ REFERRED

02/12/2010   **10 A.M**
DATE/ TIME (Print)

_____
JUDGE PRESIDING/ HEARING OFFICER

N.RCV3001.P

Rev.08/24/05

Ice Detainer

EXHIBIT 25 Page 001

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

13/999 [signature]

Case Number: **1181910**
Court: **262**

# Fax Sheet to Notify Consulate/Embassy of Arrests/Detentions

Date: **2/12/2010**

To:  ☐ Email: **notifyhouston@sre.gob.mx (Consulate of Mexico only)**
     ☐ 713-271-3201, Consulate of Mexico, Houston TX
     ☒ _____, **DOMINICA** Embassy, Washington DC
     ☐ _____, Consulate of _____,
        (phone)            (Country)

From: Griffith
Harris County District Clerk, Detention Court
Address: 1201 Franklin, Houston TX 77002
Telephone: 713-755-1048
Fax: 713-368-3912

**Subject: Notification of the Arrest/Detention of a National of your Country**

We arrested/detained the following foreign national, whom we understand to be a national or your country, on, **02/11/2010**.

Mr./Ms. **Cruz-Garcia Obel**
       (On Mexican Consulate: fathers surname, mothers maiden name, surname, first name)
Date of birth: ▓▓▓▓▓▓▓▓
Place of birth: _____
       (On Mexican Consulate: municipal, state, country)
Passport number: _____
Case number: _____
Charge: **Capital Murder**
Detainee: _____
Court Number: _____
Court Date: _____
Date of passport issuance: _____
Place of passport issuance: _____

To arrange for consular access, please call the Harris County Sheriff's Office Detention Supervisor at **713-755-8961** between the hours of **8:00 a.m.** and **5:00p.m.** Please refer to the defendant's name and this SPN # **01134368** when you call.

Comments: _____.

)

1 of 1

EXHIBIT 25 Page 002

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO                1789
    RECIPIENT ADDRESS       12023646791
    DESTINATION ID
    ST. TIME                02/12 11:59
    TIME USE                00'16
    PAGES SENT              1
    RESULT                  OK
```

Unofficial Copy Office of Chris Daniel District Clerk

EXHIBIT 25 Page 003

Embassy of the

**FEB 12 2010**

Commonwealth of Dominica

Case Number: <u>1181910</u>
Court: <u>262</u>

## Fax Sheet to Notify Consulate/Embassy of Arrests/Detentions

Date: <u>2/12/2010</u>

To:  ☐ Email: <u>notifyhouston@sre.gob.mx</u> (Consulate of Mexico only)
    ☐ 713-271-3201, Consulate of Mexico, Houston TX
    ☒ _____, **DOMINICA** Embassy, Washington DC
    ☐ _____, Consulate of_____,
       (phone)       (Country)

*[handwritten: 9/12/10]*
*[handwritten circled: WRONG EMBASSY]*

From: Griffith
Harris County District Clerk, Detention Court
Address: 1201 Franklin, Houston TX 77002
Telephone: 713-755-1048
Fax: 713-368-3912

**Subject: Notification of the Arrest/Detention of a National of your Country**

We arrested/detained the following foreign national, whom we understand to be a national or your country, on, <u>02/11/2010</u>.

Mr./Ms. <u>Cruz-Garcia Obel</u>
    (On Mexican Consulate: fathers surname, mothers maiden name, surname, first name)
Date of birth: ███████
Place of birth: _____
    (On Mexican Consulate: municipal, state, country)
Passport number: _____
Case number: _____
Charge: <u>Capital Murder</u>
Detainee: _____
Court Number: _____
Court Date: _____
Date of passport issuance: _____
Place of passport issuance: _____

To arrange for consular access, please call the Harris County Sheriff's Office Detention Supervisor at <u>713-755-8961</u> between the hours of <u>8:00 a.m.</u> and <u>5:00p.m.</u> Please refer to the defendant's name and this SPN # <u>01134368</u> when you call.

Comments: _____

1 of 1

Unofficial Copy Office of Chris Daniel District Clerk

EXHIBIT 25 Page 004

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              1796
RECIPIENT ADDRESS     2022658057
DESTINATION ID
ST. TIME              02/12 12:16
TIME USE              00'29
PAGES SENT              1
RESULT                OK
```

EXHIBIT 25 Page 005