```
Incident no. 058851589 Q   CURRENT INFORMATION REPORT           PAGE 2.035
```

## SUPPLEMENT NARRATIVE

PROGRESS REPORT     8-29-89     TUESDAY

, ALONZO, WENT TO 5519 EAST HOUSTON AND TALKED WITH GILBERT GONZALES.

ORAL INTERVIEW WITH GILBERT GONZALES, L/M 29, DOB         ADDRESS
         PHONE

MR. GONZALES KNEW A CONVICT IN PRISON NAMED ALEX SHEPHERD WHO TOLD HIM ABOUT BEING INVOLVED IN A MURDER COMMITTED BY A CUBAN NAMED"JAIME". ANOTHER INDIVIDUAL NAMED"SHORTY" WAS ALSO PRESENT. THE MURDER ACTUALLY TOOK PLACE IN A VAN OWNED BY ALEX. WHO THEY MURDERED AND WHERE THEY DUMPED THE BODY, MR. GONZALES DID NOT KNOW. IT TOOK PLACE SOMETIME BEFORE FEBRUARY SINCE THAT WAS WHEN ALEX TALKED ABOUT THE MURDER.

I SHOWED MR. GONZALES SEVERAL I.D. PHOTOS INCLUDING ONE OF THE COMPLAINANT AND ALFONSO FAUSTINO CERVANTES AKA"SHORTY". MR. GONZALES RECOGNIZED THE PICTURE OF SHORTY IMMEDIATELY. HE SAID SHORTY, A DOPE DEALER, WAS ALWAYS AROUND THE NEIGHBORHOOD. THE LAST TIME HE HAD SEEN HIM HE WAS DRIVING A WHITE LTD WITH A PAIR OF HANDCUFFS ON THE REAR VIEW MIRROR.

THE CUBAN, JAIME, USED TO LIVE SOMEWHERE BEHIND K MART OFF OF THE GULF FREEWAY THE FIRST PART OF THE YEAR. MR. GONZALES HAD NOT SEEN HIM RECENTLY.

MR. GONZALES ALSO TOLD ME ABOUT SHORTY SHOOTING A GUY NAMED "LEO". LEO ALSO A SMALL TIME DOPE DEALER LIVED IN THE EAST END. HE TOO WAS AROUND USUALLY DRIVING A LIGHT BLUE 1980 CADILLAC.

MR. GONZALES HAD NO OTHER INFORMATION.
END OF ORAL INTERVIEW WITH GILBERT GONZALES***


OGRESS REPORT     8-31-89     THURSDAY

R.E. GONZALES RECIEVED A MESSAGE THAT JOHNNY LOPEZ, WHO IS IN THE HARRIS COUNTY JAIL, HAD SOME INFORMATION IN REGARDS TO THE MURDER OF THIS COMPLAINANT.

GONZALES AND I, ALONZO, WENT TO THE HARRIS COUNTY JAIL AND INTERVIEWED LOPEZ.

ORAL INTERVIEW WITH JOHNNY AMOS LOPEZ, L/M 27, DOB           SSN
HOME ADDRESS

MR. LOPEZ TALKED ABOUT BEING THE BEST FRIEND OF THE COMPLAINANT. FLORES WAS A DEALER FOR "SHORTY" UNTIL THEY HAD A FALLING OUT. WHEN FLORES WAS WORKING FOR SHORTY, SHORTY ALWAYS HAD A PLACE FOR HIM TO STAY AND CLOTHES TO WEAR. LOPEZ TALKED ABOUT HOW FLORES WAS ONLY A KID TRYING TO MAKE A LIVING. HE WAS SAD

EXHIBIT 29 Page 001

ABOUT FLORES DYING THAT WAY.

FLORES RELATED AN INCIDENT TO LOPEZ, WHERE SHORTY HAD TIED HIM UP WITH SOME WIRE
IN AN APARTMENT NEAR BRISCOE ELEMENTARY SCHOOL WHERE THEY LIVED AT ONE TIME.
FLORES HAD MANAGED TO GET HIS LEGS UNTIED AND LEAPED OUT A SECOND STORY WINDOW
FROM THAT APARTMENT.  SHORTY LOOKED FOR HIM FOR ABOUT A MONTH UNTIL FLORES
WAS FOUND DEAD.  FLORES HAD RIPPED A HALF OUNCE OF COCAINE THAT BELONGED TO
SHORTY.  DURING THE MONTH FLORES WAS HIDING FROM SHORTY, LOPEZ SAID HE WOULD
COME AROUND NEVER STAYING IN ONE PARTICULAR PLACE.  SEVERAL TIMES SHORTY
CAUGHT UP WITH FLORES WHO MANAGED TO GET AWAY.  ONE PARTICULAR INCIDENT
LOPEZ RECALLED SHORTY TELLING SOME PEOPLE IN A BEER JOINT, THAT IF THEY SAW
FLORES TO HAVE HIM REPORT TO HIM.

LOPEZ SAID HE DID NOT WANT TO HAVE ANYTHING TO DO WITH SHORTY.  HE SEEMED THE
TYPED THAT COULD NOT BE TRUSTED.

LOPEZ DID NOT HAVE ANY MORE INFORMATION.


END OF ORAL INTERVIEW.
CASE DISPOSITION (MARK ONLY ONE CATEGORY) ANY SUSPECTS MUST BE LISTED ON PAGE 9
_ ARRESTED AND CHARGED IN THIS CASE (INCLUDES JUVENILES ARRESTED AND REFERRED)
_ ARRESTED AND CHARGED IN OTHER CASES (BUT NOT THIS CASE)
_ EXCEPTIONAL CLEARANCES -- MUST HAVE THE FOLLOWING CONDITIONS IN NARRATIVE:
   IDENTITY OF OFFENDER IS ESTABLISHED, AND ENOUGH INFORMATION EXISTS TO
   SUPPORT AN ARREST, CHARGE, AND PROSECUTION, AND EXACT LOCATION OF THE
   OFFENDER IS KNOWN, AND THERE IS SOME REASON BEYOND LAW ENFORCEMENT CONTROL
   THAT PROHIBITS THE ARREST AND/OR CHARGING OF THE OFFENDER (MARK ONLY ONE).
   _ LACK OF PROSECUTION BY BY D. A. FOR NON-EVIDENTIARY REASON
   _ LACK OF PROSECUTION BY COMPLAINANT  _ ORAL CONFESSION WITH MINIMAL EVIDENCE
   _ MINOR OFFENSE (JUVENILE ONLY)       _ DEATH OF DEFENDANT
   _ OTHER _____
_ UNFOUNDED _ INACTIVE  _ CLEARED BY INVESTIGATION (INVESTIGATION CASES ONLY)
X CASE OPEN AND ACTIVE INVESTIGATION CONTINUING

   pplement entered by = 40892
   port reviewed by-EG               Employee number-025810

----------------------------------------------------------------------

No-0022

Offense- MURDER
                      Street location information
Number-    123  Name-WINKLER              Type-        Suffix-
Apt no-         Name-TELEPHONE            Type-        Suffix-
Date of offense-07/01/89         Date of supplement-09/22/89
Compl(s) Last-FLORES       First-SAUL      Middle-CEDILLO
         Last-
                    Recovered stolen vehicles information
Stored-                 by-                 Ph#- (000) 000-0000
Officer1-A C ALONZO     Emp#-040892 Shift-1 Div/Station-HOMICIDE

EXHIBIT 29 Page 002

SUPPLEMENT NARRATIVE

PROGRESS REPORT    9-22-89    FRIDAY

BASED ON THE INFORMATION PROVIDED BY JOHNNY AMOS LOPEZ, IN SUPPLEMENT #21
ALFONSO FAUSTINO CERVANTES, WILL BE LISTED AS WANTED FOR QUESTIONING (NO
WARRANT ISSUED) IN THE SUSPECT PAGE OF THIS REPORT.

MR. LOPEZ IDENTIFIED CERVANTES FROM SEVERAL PHOTOGRAPHS SHOWN HIM AT THAT TIME.
MR. LOPEZ KNOWS CERVANTES ONLY AS "SHORTY".

EFFORTS TO LOCATE CERVANTES HAVE BEEN UNSUCCESSFUL.

WANTED FOR QUESTIONING: NO WARRANT ISSUED.
ALFONZO FAUSTINO CERVANTES  AKA PEDRO GONZALEZ, TOMAS SEDIO, ROBERTO GONZALES,
JAVIER TORRES, "SHORTY".
CASE DISPOSITION (MARK ONLY ONE CATEGORY) ANY SUSPECTS MUST BE LISTED ON PAGE 9
_ ARRESTED AND CHARGED IN THIS CASE (INCLUDES JUVENILES ARRESTED AND REFERRED)
_ ARRESTED AND CHARGED IN OTHER CASES (BUT NOT THIS CASE)
_ EXCEPTIONAL CLEARANCES -- MUST HAVE THE FOLLOWING CONDITIONS IN NARRATIVE:
   IDENTITY OF OFFENDER IS ESTABLISHED, AND ENOUGH INFORMATION EXISTS TO
   SUPPORT AN ARREST, CHARGE, AND PROSECUTION, AND EXACT LOCATION OF THE
   OFFENDER IS KNOWN, AND THERE IS SOME REASON BEYOND LAW ENFORCEMENT CONTROL
   THAT PROHIBITS THE ARREST AND/OR CHARGING OF THE OFFENDER (MARK ONLY ONE).
_ LACK OF PROSECUTION BY BY D. A. FOR NON-EVIDENTIARY REASON
_ LACK OF PROSECUTION BY COMPLAINANT  _ ORAL CONFESSION WITH MINIMAL EVIDENCE
_ MINOR OFFENSE (JUVENILE ONLY)       _ DEATH OF DEFENDANT
_ OTHER _____
_ UNFOUNDED _ INACTIVE  _ CLEARED BY INVESTIGATION (INVESTIGATION CASES ONLY)
X CASE OPEN AND ACTIVE INVESTIGATION CONTINUING

Supplement entered by = 40892
Report reviewed by-JOHNSON         Employee number-064289

---

No-0023

Offense- MURDER
                        Street location information
Number-    123 Name-WINKLER              Type-        Suffix-
Apt no-    Name-TELEPHONE                Type-        Suffix-
Date of offense-07/01/89         Date of supplement-09/29/89
Compl(s) Last-FLORES       First-SAUL       Middle-CEDILLO
         Last-
                    Recovered stolen vehicles information
 Stored-                    by-                Ph#- (000) 000-0000
Officer1-A C ALONZO        Emp#-040892 Shift-1 Div/Station-HOMICIDE
Officer2-R E GONZALES      Emp#-041934 Shift-1

EXHIBIT 29 Page 003