## Declaration of Elizabeth Ramos

I, Elizabeth Ramos, declare the following to be true and correct.

1. In 1989, I lived with my mother in an apartment building on Broadway Street in Houston, Texas. While we lived there, I spent time with a man I called "Oben." I have recently been shown a photo of Oben and am told the man's name is Obel Cruz-Garcia.

2. I met Oben at the apartment complex where we both lived, on Broadway Street. Oben shared an apartment with his wife. I believe another man sometimes stayed at the apartment with them. I have been shown a photo of that man and recognize him as Oben's friend, Rudy.

3. I was involved in a sexual relationship with Oben for about three or four weeks. We usually met at Oben's apartment. I knew he was married and believe his wife did not know about our relationship. I was aware that Oben and his friend Rudy sold cocaine, but I never learned details about their business. Back then I used cocaine and sometimes I got it from Oben. I no longer use drugs.

4. I stopped seeing Oben after a few weeks. I did not want a serious relationship with anyone, and especially not a married man. Oben did not pursue me or try to keep me in his life. Our relationship had been very casual, and it ended on friendly terms. Around the time I ended our relationship, I moved out of my mother's apartment and into the home of my cousin. I do not think I ever saw Oben after this. I did not know he was convicted of murder or that he is in prison.

5. I was recently contacted and asked questions about my time with Oben. I have been told that Oben's friend, Rudy, testified that Oben killed a man named Saul Flores and that the reason he killed Flores was because Flores was trying to court me. I was told that Rudy testified that I called Oben from my apartment (which would have been my mother's apartment at the time) to tell him that Flores was trying to start a relationship with me. Rudy then said that Oben and others came to my apartment after I called and picked up Flores and took him someplace else. I was also told that Rudy testified that Oben and others killed Flores because of this, and then later placed his body in a dumpster.

1

EXHIBIT 30 Page 001

6. None of this is true. I do not remember a young man named Saul Flores. I do not even recognize his name. I was never "courted" by this man. I did not call Oben and tell him that Flores was trying to start a relationship with me. He did not pick up this man—or any man—at my apartment under the circumstances described by Rudy.

7. If the story were true, I am sure that I would remember a man being murdered because he wanted to court me. I certainly would have remembered if several men and Oben arrived at my mother's apartment where I was living at the time and removed another man interested in "some type of love relationship" with me. The events described by Rudy regarding the murder of Saul Flores simply did not happen.

8. Before this month, I was never contacted about Oben or about Saul Flores. In 2013, I lived in Houston and was available to discuss these events. I would have testified, if needed, regarding the events described in this Declaration.

I declare, under penalty of perjury, that the foregoing is true and correct and is based on my personal knowledge. This Declaration is signed on October 14, 2018, in Harris County, Texas.

*Elizabeth Ramos* (signed)
Elizabeth Ramos