## AFFIDAVIT OF ANGELA BOWMAN

I, Angela Bowman, state and declare as follows:

1. My name is Angela Bowman. I served as a juror for the capital murder trial of Obel Cruz-Garcia in July 2013. I deliberated for both the guilt/innocence phase and the punishment phase of trial.

2. During the punishment phase deliberations, it became clear that I was the only juror voting for life without parole. One other juror initially voted for life instead of death, but eventually changed her mind. I tried to explain to the other jurors why I felt the death was not the appropriate punishment, but after several hours and one night of being sequestered, it was pretty clear I was not going to change anyone's mind. In addition, I learned that my daughter was very sick, so I felt a lot of pressure to change my vote so that I could go home.

3. On the morning after we were sequestered, I sent a note to the judge asking to speak with her. The bailiff came and stopped deliberations, and I was taken to the judge's chambers. It was just the judge and the court reporter in the room with me. I explained to the judge that I was stuck on my own side and that no other juror was voting the way I was. I asked her to put in an alternate in my place because I needed to go home.

4. The judge denied my request and told me that was not what alternates were for. Instead, the judge told me that I had to go back to the deliberations and try to come to a resolution. I do not remember her exact words to me, but I understood that she was telling me I had to go back into deliberations and see whether I could find it within myself to vote with the other jurors, without violating my conscience.

1

EXHIBIT 33 Page 001

5. The judge did not tell me what would happen if I could not change my mind or how long I would be there if I did not agree. I understood that it could be a long time—days, weeks even. That is something the other jurors also talked to me about—that it could take a long time, but we would need to keep deliberating. We did not know what would happen if I could not agree with them, but I think we figured there would be a mistrial.

6. Ultimately, I went back to deliberations like the judge instructed me to and thought about whether I could find a way to agree with the rest of the jurors. Because of all the pressure from the other jurors and my daughter being sick, I decided to change my vote to death.

7. At no time did I truly believe the evidence presented warranted a sentence of death, but I had to stop fighting what seemed inevitable.

8. After trial, I contact the defense attorneys and signed an affidavit discussing my true feeling, my daughter's illness, and an incident in which the foreman used religious scripture verses to encourage the other hesitant juror to vote for death.

9. I have read and reviewed this two-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on August 13, 2015 in Houston, Harris County, Texas.

Angela Bowman

Subscribed and sworn to before me on August 13, 2015.

Notary Public, State of Texas



ADRIAN DE LA ROSA
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2018

Notary without Bond