FD-302 (Rev. 3-10-82)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription ▭  b7D

On ▭ dob ▭ was interviewed ▭ by Special Agents of the Federal Bureau of Investigation. ▭ was advised that the purpose of the interview was to determine if she had any positive information concerning the whereabouts of OBEL JULIAN CRUZ GARCIA, aka, CHICO. ▭ furnished the following information:

▭ has not seen CHICO, since ▭ At the time, CHICO was staying with ▭ (possible ▭ ▭ telephone number is ▭

On the night ANGELO GARCIA was abducted, ▭ first heard about the kidnapping on television. ▭ CHICO never admitted any involvement in GARCIA's disappearance to ▭ advised that CHICO left the U.S. shortly after ANGELO's abduction ▭ does not believe his departure had anything to do with ANGELO.

▭ vaguely recalled CHICO mentioning that he was having problems with some black males. ▭ does not know if he was talking about Dominicans, Colombians, or African Americans ▭

b6
b7C
b7D

Investigation on ▭ at Houston, Texas   File # 88B-HO-34368 -25

by SA ▭   Date dictated ▭

b7D
b6
b7C
b7D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 37 Page001

FD-302a (Rev. 11-15-83)

88B-HO-34368

Continuation of FD-302 of ▨ , On ▨ , Page 2    b6 b7C b7D

▨ advised that if she had any information that could assist this investigation she would offer it.

▨ advised that CHICO loves his mother more than anyone. ▨ could not recall the name of CHICO's mother, ▨ did not recognize the names ▨ and ▨ who may be associates of CHICO's. ▨ was shown a photograph of ▨ but did not recognize it.

EXHIBIT 37 Page002

