[Department of Corrections Insignia: Commonwealth of Puerto Rico DCR Department of Corrections and Rehabilitation]

Commonwealth of Puerto Rico
RIO PEDRAS CORRECTIONAL
INSTITUTION CORRECTIONAL
ADMINISTRATION
Custodial Institution *Annex 352*
P.O. Box 29087 San Juan, Puerto
Rico 00929-0087

April 24 2007
Date

Ms. Ana I. Escobar
Pabón
Director
Programs and
Services
Eastern Region

Re: *Obel Cruz García*
Inmate #: *B7-35318 ,*
*1/106065*

Dear Ms. Escobar:

The Ratings and Treatment Committee, during their meeting on *April 25th 2007,* agreed to submit a request for you to award *33* days of good conduct time for commendable services in *interior maintenance, green areas, floor polisher* from *October 18th 2005* to *September 18 2006* as the period of reference.

[Illegible signature]

Thank you for your attention in the matter, we await your response.

Cordially,

[Illegible signature]

CCT [Ratings and Treatment Committee] President

EXHIBIT 38 Page 001

[Department of Corrections Insignia: Commonwealth of Puerto Rico DCR Department of Corrections and Rehabilitation]

COMMONWEALTH OF PUERTO RICO INSTITUTION OF CORRECTIONAL ADMINISTRATION
Annex 292 Bayamón

[*Illegible word September 1 2009 10:00AM*]

August 27th 2009

Hon. Carlos Molina
**ADMINISTRATOR CORRECTIONS ADMINISTRATION**

Ms. Gladys Rivera
**HEAD OF PROGRAMS AND SERVICES**

[*Illegible signature*]

Mr. Lefty Bortero
**SUPERINTENDENT**

[*Illegible signature*]

Ms. Lidia García
**RATINGS AND TREATMENT COMMITTEE PRESIDENT**

**GOOD CONDUCT TIME**

**RE:** Obel Cruz García
**CASE NUMBER** 1-106065 B7-35318

The client in reference was assigned to perform jobs including interior maintenance, painting, and green areas at annex 352 Río Piedras. He performed these tasks from October 19, 2005 to September 19, 2006. In accordance with the information provided by his immediate supervisor the client has satisfactorily complied with the rules and requirements in his work in terms of attendance, productivity, discipline and adjustment.

EXHIBIT 38 Page 002

With the understanding that the use of prisoners for these labors is considered a commendable service that benefits the community and the correctional system, the Ratings and Treatment Committee agreed during their meeting on <u>August 27, 2009</u> to request <u>33</u> days of good conduct time from the Secretary of the Department of Corrections for the period ranging from <u>October 19, 2005</u> to <u>September 19, 2006</u>.

We thank you for your prompt attention in this matter.

EXHIBIT 38 Page 003

COMMONWEALTH OF PUERTO RICO
CORRECTIONS ADMINISTRATION
INSTITUTION 292 Bayamón
Bayamón, P.R.

**RATINGS AND TREATMENT COMMITTEE AGREEMENTS**

A. Name of Prisoner    *CRUZ GARCÍA OBEL*
B. Case Number B7-35318    Date of Meeting    *July 15, 2009*
C. Page number in Minutes Log    Tome *XXIII*    Page *189*
D. Reason for presenting case    Institutional Evaluation Plan

E. Members present:

| | Name | Position | Signature |
|---|---|---|---|
| 1. | *[Illegible] García* | President | *[Signature of García]* |
| 2. | Mr. Modesto Sánchez | Caseworker | *[Signature of Modesto Sánchez]* |
| 3. | *Janet Colón* | Custody officer | *[Signature of Janet Colón]* |

F. Other members present

G. Committee agreements *The ratings and treatment committee agreed during their meeting to grant seven additional days of good conduct time from June 19th 2009 to July 19th 2009 of the following year.*

H. Foundations for the agreements made For work in interior maintenance during the following year

I. Were there dissident votes?    YES ( )    NO (X)

J. Name, position, and signature of dissident members:

| | Name | Position | Signature |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

EXHIBIT 38 Page 004

K. Reasons for dissent

_____

_____

**Note:** Be advised of your right to appeal the Ratings and Treatment Committee's decision, you have ten (10) days from the receipt of this notice to appeal to the director of the Prisoner Classification Unit at the central level. In the case that you disagree with the decision made by the Director of Classification you have thirty (30) days to appeal before the Honorable Tribunal of the Court of Appeals, upon receiving said decision.

*Inmate's signature:* _____   *Delivered by:*  *[Illegible signature]*

Date received:   July 15, 2009

L. Would you like to appeal the CCT's decision?   YES ( )  NO ( )

EXHIBIT 38 Page 005

[Department of Corrections Insignia: Commonwealth of Puerto Rico DCR Department of Corrections and Rehabilitation]

COMMONWEALTH OF PUERTO RICO
CORRECTIONS ADMINISTRATION
RIO PIEDRAS CORRECTIONAL
COMPLEX
P.O. Box 29086 San Juan Puerto Rico,
00929-9986

DATE  *April 20 2007*

Ms. Lydia Santos Roldán
Supervisor
Social Unit
Protective Custody
Institution 352

Represented by: Mr.
*Roberto DelValle Navarro*
Superintendent
Protective Custody
Institution 352

Dear Mrs. Santos:

By this means we are asking for good conduct time for commendable [underlined] work such as floor polishing [underlined], exterior and interior maintenance [underlined] and green areas [underlined].
Name of prisoner as follows.

1. *Obel Cruz García* _____

*record offices [illegible]*

This prisoner performs risky jobs and for this reason we are asking for this good conduct time to compensate him for the effort that he makes and by this means help create an example so that other prisoners will give their best.

*among others*

Sincerely,

*[Signature of Rafael Rodríguez]*
*[Illegible] 1/[illegible number] 994*

Maintenance and Sanitation Manager
Annex 352

Re: Request for
good conduct time

EXHIBIT 38 Page 006

| [Department of Corrections Insignia: Commonwealth of Puerto Rico DCR Department of Corrections and Rehabilitation] | COMMONWEALTH OF PUERTO RICO DEPARTMENT OF CORRECTION AND REHABILITATION SAN JUAN, PUERTO RICO | AC-PIP-1224 "(Rev. 12-87)" |

### NOTICE OF SENTENCE COMPLETION DATE CHANGE

**Name:**  CRUZ GARCIA OBEL          **Inmate number:**          B7-35318

**Sentence:**  16 years- 0 months
**Offense:**  KIDNAPPING
**Maximum Sentence:**  9/11/2009          **New End of Sentence:**  04/09/2009
**Minimum Sentence:**  _____          **New End of Sentence:**  _____

**Reason:**  Granted 65 days from August 19, 2005 to October 19, 2008 for good conduct.

_____

_____

_____

_____

| 4/9/2009 | *Signature of Alexander Salcedo* |
| **Date** | **Superintendent or Records Manager** |
| | Maximum Security Annex Bayamón (292) |
| | **Institution** |

cc: Central Records Division
Board of Parole
Socialwork Unit
Client

Page 1 of 1

EXHIBIT 38 Page 007

[Seal of          COMMONWEALTH OF PUERTO RICO
Puerto Rico's          BAYAMON INSTITUTION 448
Department of
Correction
and
Rehabilitation]

December 17, 2010

Nephtalí Rodríguez Lugo
Security Office
Eastern Region

[*Illegible
Signature*]

Víctor J Bermúdez Álvarez
Corrections Officer 1
Grievances Office
Bayamón 448

Subject: Inmate Obel J Cruz
García

I, Víctor J Bermúdez Álvarez, certify that the inmate Obel J Cruz García did not
have any disciplinary complaints in Institution 208 and 448 from October 31,
2005 to November 03, 2008, when he was transferred to another institution.

Providing Security, Promoting Rehabilitation
BAYAMON CORRECTIONAL COMPLEX

EXHIBIT 38 Page 008

[Department of Corrections Insignia: Commonwealth of Puerto Rico DCR Department of Corrections and Rehabilitation]

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF CORRECTIONS AND
REHABILITATION
CORRECTIONAL INSTITUTION ANNEX 292,
BAYAMON
INMATE DISCIPLINE OFFICE

December 17, 2010

*[Illegible signature]*
Carlos Rodríguez del Valle
Deputy Chief
Annex 292 Bayamón

*[Signature of Nelson Álvarez]*
*11266*
Corrections Officer Nelson
Álvarez
Grievances Officer
Correctional Institution
Annex 292 Bayamón

**RE: OBEL J CRUZ GARCIA**
**SS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**

**FORMER MEMBER OF THE CORRECTIONAL**
**POPULATION**

### ***CERTIFICATION***

I, <u>Nelson Álvarez, Badge # 11266,</u> Grievances Officer of the Correctional Institution <u>Annex 292 Bayamón,</u> certify that after reviewing the grievances log I have found no complaints filed against the member of the prison population in reference from 2005 to the present; December 17, 2010.

EXHIBIT 38 Page 009

[Seal of
Puerto Rico's
Department of
Correction
and
Rehabilitation]

COMMONWEALTH OF
PUERTO RICO
BAYAMON INSTITUTION
448

December 17, 2010

Nephtalí Rodríguez Lugo
Security Office
Eastern Region

*[Illegible Signature]*
Maribel Colon Miranda
Correctional Officer 1
Grievances Office
Bayamón 1072

Subject: Inmate Obel J Cruz García

I, Maribel Colon Miranda, certify that the above-mentioned inmate did not have any disciplinary complaints during the period of time that he was at our institution.

Providing Security, Promoting Rehabilitation
BAYAMON CORRECTIONAL COMPLEX

EXHIBIT 38 Page 010

[Seal of
Puerto Rico's
Department of
Correction
and
Rehabilitation]
*Headquarters*

December 17, 2010

TO WHOM IT MAY CONCERN:

A SEARCH HAS BEEN DONE OF THE COMPLAINT LOGS AND RECORDS
WHICH RESULTED IN NO REFERENCES TO DISCIPLINARY COMPLAINTS
FILED AGAINST INMATE OBEL J CRUZ GARCIA IN THIS INSTITUTION,
BAYAMON PROCESSING CENTER 705.

*[Signature of Ana I León]*
Officer: Ana I León

EXHIBIT 38 Page 011

09/02/2009          15:36          7877785757          SOCIAL 300          PAGE 01
                                    *69*

[Department of                PROGRAMS AND SERVICES
Corrections                      EASTERN REGION
Insignia:
Commonwealth of
Puerto Rico DCR
Department of
Corrections and
Rehabilitation]


September 2, 2009

*Lydia García Gil del Rubio*
*President*
*Classification and Treatment*
*Committee*
*Annex 292 Bayamón*

**Re: OBEL CRUZ GARCIA**
**Inmate Number: 1-106065-B7-**
**35318**

*Ms.* **García***:*

*By the authority vested in the Corrections Administrator by* **Law 116 from July**
**22, 1974,** *subsequently amended and in conformance with the Committee of*
*Classification and Treatment's* **August 27, 2009** *recommendation, we authorize*
*that the inmate in reference will be awarded* **33 days** *of good conduct time for the*
*provision of exceptionally commendable services by completing jobs* **in: interior**
**maintenance / green areas.**

*The period to be credited covers* **from: October 19, 2005 to September 19,**
**2006.**

*Please proceed to award the total number of authorized days.*

**NOTE: The Supervisor should confirm that the good conduct time**
**requested corresponds with the date that the inmate was sentenced. In the**
**case of error and release of the inmate, disciplinary actions may be taken.**

*Cordially,*
*[Signature of Gladys Rivera Correa]*

EXHIBIT 38 Page 012

***Gladys Rivera Correa***
***Regional Director***
***Programs and Services***
***Eastern Region***

***GRC/MCC/art.***

Received on September 2, 2009 3:33PM Nº1028

EXHIBIT 38 Page 013

[Department of                  PROGRAMS AND SERVICES
Corrections                          EASTERN REGION
Insignia:
Commonwealth of
Puerto Rico DCR
Department of
Corrections and
Rehabilitation]

*August 16, 2007*                                              [*Illegible
                                                                numbers
                                                                written on
                                                                page*]

*Lydia Santos Roldan*                                          [Casework
*President*                                                    unit receipt
*Classification and Treatment*                                 stamp]
*Committee*
*Annex 352 Río Piedras Complex*                                August 29,
                                                               2007 A 8:

**Re: Cruz García, Obel
Inmate Number: 1-106065-B7-
35318**

*Ms. Santos:*

*By the authority vested in the Corrections Administrator by* **Law 116 from July
22, 1974**, *subsequently amended and in conformance with the Committee of
Classification and Treatment's* **April 20, 2007** *recommendation,* we authorize
that the inmate in reference will be awarded **6 days** of good conduct time for the
provision of exceptionally commendable services by completing jobs **in:
Authority of Labor and Training Enterprises [CEAT].**

*The period to be credited covers* **from: March 19, 2007 to May 19, 2007.**

*Please proceed to award the total number of authorized days.*

*Cordially,*
*[Signature of Juan Ortiz Estrada]*
*Juan Ortiz Estrada*

EXHIBIT 38 Page 014

*Regional Supervisor*
*Programs and Services*
*Eastern Region*

ART.

EXHIBIT 38 Page 015

09/02/2009          15:36          7877785757          SOCIAL 308     PAGE 02

[Department of                PROGRAMS AND SERVICES
Corrections                        EASTERN REGION
Insignia:
Commonwealth of
Puerto Rico DCR
Department of
Corrections and
Rehabilitation]


September 2, 2009

*Lydia Santos Roldan*
*President*
*Classification and Treatment*
*Committee*
*Annex 352 Río Piedras*

**Re: OBEL CRUZ GARCIA**
**Inmate Number: 1-106065-B7-**
**35318**

Ms. **Santos**:

*By the authority vested in the Corrections Administrator by **Law 116 from July 22, 1974**, subsequently amended and in conformance with the Committee of Classification and Treatment's **March 20, 2007** recommendation, we authorize that the inmate in reference will be awarded **18 days** of good conduct time for the provision of exceptionally commendable services by completing jobs **in: Authority of Labor and Training Enterprises (upholstery).***

*The period to be credited covers **from: September 19, 2006 to March 19, 2007**.*

*Please proceed to award the total number of authorized days.*

**NOTE: The Supervisor should confirm that the good conduct time requested corresponds with the date that the inmate was sentenced. In the case of error and release of the inmate, disciplinary actions may be taken.**

*Cordially,*

EXHIBIT 38 Page 016

*Signature of Gladys Rivera*
*Correa*
*Gladys Rivera Correa*
*Regional Director*
*Programs and Services*
*Eastern Region*

*GRC/MCC/art.*

Received on September 2, 2009 3:33PM Nº1028

EXHIBIT 38 Page 017

[*Illegible letters*]
[Department of          PROGRAMS AND SERVICES          [Casework
Corrections                  EASTERN REGION                    unit receipt
Insignia:                                                                      stamp]
Commonwealth
of Puerto Rico                                                             September
DCR                                                                            11, 2007 P
Department of                                                              2:03
Corrections
and
Rehabilitation]

*August 29, 2007*

*Maria Alicea*
*President*
*Classification and Treatment*
*Committee*
*Protective Custody Institution*
*352 Río Piedras*

**Re: Cruz García Obel**
**Inmate number: 1-106065**

*Ms. Alicea:*

*By the authority vested in the Corrections Administrator by **Law 116 from July 22, 1974**, subsequently amended and in conformance with the Committee of Classification and Treatment's **August 9, 2007** recommendation,* we authorize that the inmate in reference will be awarded **6 days** of good conduct time for the provision of exceptionally commendable services by completing jobs **in: Authority of Labor and Training Enterprises.**

*The period to be credited covers **from: May 19, 2007 to July 19, 2007.***

*Please proceed to award the total number of authorized days.*

*Cordially,*
*Signature of Juan Ortiz Estrada*
*Juan Ortiz Estrada*
*Regional Supervisor*
*Programs and Services*
*Eastern Region*

EXHIBIT 38 Page 018

/Art.

EXHIBIT 38 Page 019

[Department of          PROGRAMS AND SERVICES
Corrections                  EASTERN REGION
Insignia:
Commonwealth
of Puerto Rico
DCR
Department of
Corrections
and
Rehabilitation]

June 24, 2008

*Daysi Meléndez Montes*
*President*
*Classification and Treatment*
*Committee*
*Bayamón Processing Center*
*308*

**RE: OBEL CRUZ GARCIA**
**INMATE #: B7-35318**

*Ms. **Meléndez:***

*By the authority vested in the Corrections Administrator by **Law 116 from July
22, 1974**, subsequently amended and in conformance with the Committee of
Classification and Treatment's **March 6, 2008** recommendation, we authorize
that the inmate in reference will be awarded **18 days** of good conduct time for the
provision of exceptionally commendable services by completing jobs **in:
Upholstery in Authority of Labor and Training Enterprises.***

*The period to be credited covers **from: July 19, 2007 to January 19, 2008**.*

*Please proceed to award the total number of authorized days.*

*Cordially,*
*Signature of Ana I. Escobar*
*Pabon*
***Ana I. Escobar Pabon***
***Director***
***Programs and Services***
***Eastern Region***
/art.

EXHIBIT 38 Page 020

09/02/2009          15:36          7877785757          SOCIAL 308          PAGE 03

[Department of                    PROGRAMS AND SERVICES
Corrections                            EASTERN REGION
Insignia:
Commonwealth of
Puerto Rico DCR
Department of
Corrections and
Rehabilitation]


September 2, 2009

*Gladys Cordero*
*President*
*Classification and Treatment*
*Committee*
*Bayamón 308*

**Re: OBEL CRUZ GARCIA**
**Inmate Number: 1-106065-B7-**
**35318**

Ms. **Cordero:**

*By the authority vested in the Corrections Administrator by **Law 116 from July 22, 1974**, subsequently amended and in conformance with the Committee of Classification and Treatment's **October 20, 2008** recommendation, we authorize that the inmate in reference will be awarded **18 days** of good conduct time for the provision of exceptionally commendable services by completing jobs **in: Upholstery in Authority of Labor and Training Enterprises (upholstery).***

*The period to be credited covers **from: January 19, 2008 to October 19, 2008.***

*Please proceed to award the total number of authorized days.*

**NOTE: The Supervisor should confirm that the good conduct time requested corresponds with the date that the inmate was sentenced. In the case of error and release of the inmate, disciplinary actions may be taken.**

*Cordially,*
*Signature of Gladys Rivera*
*Correa*
**Gladys Rivera Correa**

EXHIBIT 38 Page 021

***Regional Director***
***Programs and Services***
***Eastern Region***

***GRC/MCC/art.***

Received on September 2, 2009 3:33PM N°1028

EXHIBIT 38 Page 022

## CERTIFICATION OF CATALINA IANNONE

I, Catalina Iannone, state and declare as follows:

1. My name is Catalina Iannone. I currently live in Austin, Texas. I am fluent in both English and Spanish.

2. I am currently a Ph.D. candidate in Spanish and Portuguese Languages and Cultures at the University of Texas at Austin. I expect to receive my Ph.D. in 2017. I received both a B.A. and a Master's degree in Spanish Language and Literature from New York University, where all of my courses were conducted in Spanish. I hold citizenship in both the United States and Argentina and am considered a heritage Spanish speaker. I have spent three years living in Spain, part of which included completing courses at the Universidad Autónoma in Madrid. As a part of my Master's I completed a course in Spanish/English translation. The following year I worked at a bilingual elementary school. I have also served as an assistant instructor of Spanish language and literature courses at the University of Texas. I am able to speak, read, and write in Spanish proficiently.

3. I work independently as a freelance translator. As a part of this operation, I oversee a team of translators who work as contractors providing translation services. In July 2015, I was retained by the Office of Capital Writs (OCW) to translate several pages of Spanish-language documents into English.

4. The attached documents are the English-language documents my team and I translated from the Spanish-language documents provided to me by the OCW. The Spanish-language versions of the documents are also here attached.

EXHIBIT 38 Page 023

5.  I declare under penalty of perjury under the laws of the State of Texas that the English-language documents are a true and correct translation of the Spanish-language documents that I originally received.


_____
Catalina Iannone

EXHIBIT 38 Page 024