## DECLARACION JURADO DE DORCAS NOELIA DE LA CRUZ FANA

Yo, Dorcas Noelia de la Cruz Faña, digo y declaro lo siguiente:

1. Mi nombre es Dorcas Noelia de la Cruz Faña.  Mi esposo, Valerio de la Cruz Santos, es el padre de Obel Cruz-García, y yo soy su madrastra.

2. Yo nací ███████████, en el pueblo de Boba en la Republica Dominicana.  Yo tengo trece hermanos y hermanas, todos los cuales son de mi padre y madre.

3. Yo recibe mi licenciatura de Merced de Bello en Nagua, en la Republica Dominicana y recibe mi licenciatura de maestra de la Universidad de Naguas.  Yo era una educadora por treinta y cuatro años, enseñando estudios generales.  Por veinte y cinco anos, yo tome el papel de directora de la escuela donde trabaje.

4. Yo conocí Valerio, el padre de Obel en el año 1980.  Pero yo he conocido de el o lo he conocido por un buen tiempo antes de esto porque los dos vivíamos en la comunidad de Boba.  Yo conocí a la primera esposa de Valerio, Dahlia, y conocí a Obel cuando el era niño.  Yo especialmente recuerdo cuando Obel vino a vivir en Boba con su padre.

5. Obel es la razón por cual Valerio y yo estamos casados.  Obel me traía regalos o mensajes de parte de Valerio.  Cuando hacia eso, Obel me decía cuanto el me quería y también me decía que el quería que yo me casara con su padre.  Después, el se iba a decirle a Valerio que yo era bien amable y que el quería que nosotros nos casáramos.   Hasta este día yo pienso de  Obel como mi "mensajero pequeño."

6. Obel era un niño contento, respetuoso, que  se portaba bien.  El iba la iglesia conmigo mucho.  Cuando su padre y yo nos casamos y mudamos

D. N. C.

EXHIBIT 39 Page 001

a una casa juntos, Valerio trajo a sus cuatros niños—Noemí, Obel, Natalia, y Joel—y después tuvimos dos niños juntos, Menagen y Yeli.

7. Obel, como el hijo mas mayor, ayudaba a Valerio y yo. Aun cuando Obel se iba a la escuela, el ayudaba a la familia. El se levantaba temprano y se iba a pescar con su padre y luego se iba a la escuela hasta como a las 2:30 de la tarde. Después, si iba a pescar otra vez con su padre hasta que se oscurecerá. Aun cuando no estaba trabajando, Obel ayudaba con las tareas de cuidar la casa, porque Valerio y yo siempre estábamos trabajando. El cocinaba por sus hermanos y hermanas y cuidaba de ellos.

8. Obel me trataba como su madre. El confiaba en me de sus emociones, como si le gustaba a una niña. Yo me sentí muy amada por el.

9. Obel era bien amante y respetuoso. Yo nunca conocí de el que se metía en problemas. Nosotros pasábamos las noches jugando juegos como familia o yendo a la iglesia. El se le pasaba bien con amigos y vecinos. Hasta este día, la gente de este vecindario recuerdan a Obel afectuosamente. Ellos se recuerdan de que buena persona el era.

10. Nosotros estábamos bien tristes cuando Obel se mudó a Puerto Rico. El tenia diez y nueve anos de edad cuando se fue y en ese tiempo había mucha gente del Republica Dominica que mudaron a Puerto Rico. Al mudar, Obel dejo un gran vacío en nosotros.

11. Nomas no puedo creer lo que he oído del la crimen por cual Obel fue condenado. Nadie que conoce a Obel como yo lo conozco pudría creer que el fue la persona que cometió esta crimen. Yo nunca observe comportamientos de el que indicaban que el fue alguien que pudiera hacer esto. El nunca era matón. El era el niño que defendiera a los

D. N. C.

EXHIBIT 39 Page 002

demás de los matones.  En mi mente, todo lo que ha pasado a Obel nunca va a tener sentido.

12. Yo hable con la investigadora del equipo de defensa de Obel antes de su juicio.  Yo estaba contenta a contestar todas sus preguntas y quería ayudar a Obel de cualquier manera que yo podía.  Yo me hubiera gustado a testificar en su jurado si me hubieran preguntado.  Yo hubiera dicho al jurado que Obel era un gran hombre con un corazón que no lo hubiera dejado hacer esto.  El siempre estaba orando y dando dinero a la iglesia.  El era un hombre amante, bondadosa, y respetuoso.

13. Yo he leído y revisado esta declaración de ____3____ paginas.

Yo declare bajo pena de perjurio y bajo las leyes del estado de Texas, que 1o anterior es verdadero y correcto según mi mejor conocimiento y que este declaración jurado fue ejecutado el __15__ de Marzo, 2015 en *Bella vista, nagua*

*Dorcas Nohelia de la cruz*

DORCAS NOELIA DE LA CRUZ FANA

Subscribed and sworn to before me on March 15, 2015.

Notary Public, State of Texas

ADRIAN DE LA ROSA
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2018

Notary without Bond

D. N. C.

EXHIBIT 39 Page 003

CERTIFICATION OF SARAH VALENZUELA

I, Sarah Valenzuela, state and declare as follows:

1. My name is Sarah Valenzuela. I currently live in Austin, Texas. I am fluent in both English and Spanish.

2. I am a native Spanish speaker, born in El Paso, Texas. Spanish was my first language, and I speak Spanish regularly with several family members. I also took formal Spanish classes for native speakers during high school. I am able to speak, read, and write in Spanish proficiently.

3. I am currently a third-year law student at the University of Texas School of Law. I expect to receive my Juris Doctor (J.D.) degree in May of 2015. In September of 2015, I will begin a one-year clerkship with the Honorable Philip R. Martinez, a federal district judge in El Paso, Texas.

4. In January of 2015, I began a law-student clerkship with the Office of Capital Writs ("OCW"). In March 2015, I was asked by the OCW to translate several English-language affidavits into Spanish.

5. The attached notarized affidavit signed by *Dorcas Noella de la Cruz Fana* is the Spanish-language affidavit I translated from an English-language affidavit provided to me by the OCW. The English-language version of the affidavit is also here attached.

EXHIBIT 39 Page 004

6. I declare under penalty of perjury under the laws of the State of Texas that the signed document is a true and correct translation of the English-language text that I originally received.

Executed on  4/28/15

Sarah Valenzuela

Subscribed and sworn to before me on  April 28 , 2015



Notary Public, State of Texas

ADRIAN DE LA ROSA
Notary Public, State of Texas
My Commission Expires
JUNE 30, 2016

Notary without Bond

EXHIBIT 39 Page 005

AFFIDAVIT OF DORCAS NOELIA DE LA CRUZ FAÑA

I, Dorcas Noelia de la Cruz Faña, state and declare as follows:

1. My name is Dorcas Noelia de la Cruz Faña.  My husband, Valerio de la Cruz Santos, is Obel Cruz-Garcia's father, and I am his step-mother.

2. I was born on April 25, 1952, in the town of Boba in the Dominican Republic.  I have thirteen siblings, all from my father and mother.

3. I received a bachelor's degree from the Merced de Belo in Nagua, Dominican Republic, and received an educator's license from the University of Naguas.  I was an educator for thirty-four years, teaching general studies.  For twenty-five years, I served as the school director at the school where I worked.

4. I met Valerio, Obel's father, sometime around 1980.  I had actually known him or known of him for a good time before that because we both lived in the small community of Boba.  I also knew Valerio's first wife, Dahlia, and knew Obel when he was a child.  I especially remember when Obel came to live in Boba with his father.

5. Obel is the reason Valerio and I are married.  Obel would bring gifts or messages to me from Valerio.  When he did, Obel would tell me how much he liked me and that he wanted me to marry his father.  He would then go tell Valerio how nice I was and that he thought we should get married.  To this day, I think of Obel as my "little messenger."

6. Obel was a happy, respectful, well-behaved child.  He would come to church with me often.  When his father and I married and moved in

1

EXHIBIT 39 Page 006

together, Valerio brought his four children – Noemí, Obel, Natalia, and Joel—and then we had two children together, Menagen and Yeli.

7. Obel, as the oldest boy, was really helpful to Valerio and me.  Even when Obel went to school, he would help the family.  He would get up early and go fishing with his father and then go to school until around 2:30 in the afternoon. Then he would go back out fishing with his father until dark. Even when he was not working, Obel would help around the house, because Valerio and I were both working full time.  He would cook for his siblings and take care of them.

8. Obel treated me like I was his mother.  He would confide in me about his feelings, like if he had a crush on a girl.  I felt very loved by him.

9. Obel was loving and respectful.  I never knew him to get into trouble.  We would spend evenings playing games as a family or going to church.  He got along with friends and neighbors. To this day, people in the neighborhood remember Obel fondly. They remember what a good person he was.

10. We were very sad when Obel moved to Puerto Rico.  He was nineteen, and at the time, there were a lot of people from the Dominican Republic moving to Puerto Rico.  When he moved, it left a big emptiness in our lives when Obel was gone.

11. I just cannot believe what I have heard about the crime Obel was convicted of.  No one who knew Obel like I do would believe he was the person that committed the crime.  I never saw any behaviors in him that were like that. He was never a bully.  He was the kid who would stand up to a bully.  In my mind, all that has happened to Obel will never make sense.

12. I spoke to the investigator for Obel's defense team prior to his trial.  I was happy to answer all of her questions and wanted to help Obel in any way

2

EXHIBIT 39 Page 007

that I could.  I would have been happy to come to the United States and testify on Obel's behalf at his trial, if they had asked me to.  I would have told the jury that Obel was a great man with a heart that would not have let him do this.  He was always about prayer and giving money to the church. He was a loving, kind, respectful man.

13. I have read and reviewed this _____ page affidavit.


I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _____ of March, 2015 in _____.


_____

DORCAS NOELIA DE LA CRUZ FANA



Subscribed and sworn to before me on March _____, 2015.



_____

Notary Public, State of Texas


3

EXHIBIT 39 Page 008