02465469
#337

| | | |
|---|---|---|
| THE STATE OF TEXAS VS. | 02465469 | D.A. LOG NUMBER: 1586638 CJIS TRACKING NO.: 9164888762-A001 |
| ANTONIA ROSEVELT PERKINS 10210 FORUM WEST #114 HOUSTON, TX 77036 | SPN: DOB: BM 09-12-86 DATE PREPARED: 12/10/2009 | BY: CM  DA NO: 002333805 AGENCY: HCCP5 O/R NO: HC090180042 ARREST DATE: 12-09-09 |

NCIC CODE: 2300 75            RELATED CASES:

FELONY CHARGE: THEFT
CAUSE NO:                                                                BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:                                         PRIOR CAUSE NO:
FIRST SETTING DATE:                1244038
                                   337

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ANTONIA ROSEVELT PERKINS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 9, 2009**, did then and there unlawfully appropriate, by acquiring and otherwise exercising control over property, namely, FOUR I PODS owned by DEISNYK MCCULLOUGH, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

F I L E D
Loren Jackson
District Clerk

DEC 10 2009

Time: _____ 02:04pm
           Harris County, Texas
By _____
           Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on December 10, 2009

_____                                    _____  _____
AFFIANT                                                  ASSISTANT DISTRICT ATTORNEY   BAR NO.
                                                         OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

EXHIBIT 54 Page 001