

HOME (/)
ABOUT (/ABOUT-RENEE/)
MEDIA (/MEDIA/)
CONTACT (/CONTACT/)

ENDORSE (/ENDORSE/)



August 30, 2015 (/media/2015/8/30/female-judges-recognized-by-texas-legislature)

# FEMALE JUDGES RECOGNIZED BY TEXAS LEGISLATURE (/MEDIA/2015/8/30/FEMALE-JUDGES-RECOGNIZED-BY-TEXAS-LEGISLATURE)

There are 1,064 female judges in Texas. On Monday, more than 120 gathered at the Capitol in Austin, where they were recognized by members of the Texas Senate and House, with SR535 and HR1907.

Read More →

EXHIBIT 60 Page 001

August 22, 2015 (/media/2015/8/22/death-penalty-sought-in-boys-adduction-slaying)

# DEATH PENALTY SOUGHT IN BOY'S ADDUCTION, SLAYING (/MEDIA/2015/8/22/DEATH-PENALTY-SOUGHT-IN-BOYS-ADDUCTION-SLAYING)

More than 20 years ago, two armed men in ski masks forced their way into a south Houston apartment around midnight as the family inside slept.

Angelo Garcia, Jr., an energetic 6-year-old often seen riding his bike around the neighborhood, woke up to cries and shouting.

His stepfather was being pistol-whipped. His mother was being sexually assaulted.

The attackers tied up the couple, ransacked the apartment and fled with a wallet and jewelry. They also took Angelo.

It was September 30, 1992.

Two decades later, a saga in which forensic science may have caught up with a suspect before authorities did will culminate Monday as the capital murder trial of Obel Cruz-Garcia opens.

Read More →

July 24, 2015 (/media/2015/7/24/renee-magee-featured-in-the-cypress-times-for-her-work-at-the-district-attorneys-office)

# RENEE MAGEE FEATURED IN THE CYPRESS TIMES FOR HER WORK AT THE DISTRICT

EXHIBIT 60 PAGE 002

# ATTORNEY'S OFFICE (/MEDIA/2015/7/24/RENEE-MAGEE-FEATURED-IN-THE-CYPRESS-TIMES-FOR-HER-WORK-AT-THE-DISTRICT-ATTORNEYS-OFFICE)

HOUSTON - A woman who formed a fraudulent corporation to bilk Medicaid out of hundreds of thousands of dollars was sentenced to 14 years in prison Tuesday. Christine Lee Jones, 47, pleaded guilty to the charge of aggregate theft over $200,000 in the 184th District Court. Judge Jan Krocker heard evidence against Jones and assessed the prison sentence.

Read More →

April 22, 2011 (/media/2015/8/22/magee-is-inducted-into-the-swimming-hall-of-fame)

# MAGEE IS INDUCTED INTO THE SWIMMING HALL OF FAME (/MEDIA/2015/8/22/MAGEE-IS-INDUCTED-INTO-THE-SWIMMING-HALL-OF-FAME)

Renee Magee was awarded with an induction into the Texas Swimming Hall of Fame in 2011. Magee was the first Midwestern swimmer to make a U.S. Olympic Swimming team. She was a member of the 1976 team and swam the 100 m backstroke in Montreal, Canada. Renee began her career as a seven year old with the Omaha Westside Swim Club under Cal Bentz. In 1972 she swam for Bellevue Swim Club in Jack Jackson. In 1975 her father was transferred to Houston, and but Renee stayed in Omaha and lived with the Jacksons. Homesickness and missing her family began to effect her performance and the decision was made by athlete, coach, and parents for

EXHIBIT 60 Page 003

her to move to Texas with her family. She joined Dad's Club and swam with Skip Kenny, now the men's coach at Stanford University. Renee placed 3rd at the Olympic Trials in 1976. She was World Ranked in the 200 m IM in 1974, a top 16 qualifier from 1972 thru 1976 and a Midwestern record holder. She was also a member of the US National Team that competed in Australia. At the 1976 Olympic Games she missed qualifying for the semifinals by .01. She competed for North Carolina State for one year and retired. She returned to school and earned a Law degree. Today she lives in Houston, is married and has a son. She is an assistant District Attorney in Houston. Her mother refers to her as the Martha Clark of Houston. Renee encourages athletes to work hard and enjoy the sport of swimming. She remembers her swimming career as some of the best times of her life.

Read More →

Pd. Pol. Ad by Renee Magee Campaign, in compliance with the voluntary limits of the Judicial Campaign Fairness Act, James Tucker, Treasurer / © 2017 Renee Magee Campaign / All Rights Reserved / Design flown by Blu Sparrow (http://www.blusparrow.com)

EXHIBIT 60 Page 004

http://www.judgereneemagee.com/media/                                                                 4/4