HERNANDEZ PHONE CALL WITH DIANA

Diana:      Hello.

Hernandez:  Hey Diana.

Diana:      Aha.

Hernandez:  Okay. Do you, do you all know anybody that works here at the police station?

Diana:      No.

Hernandez:  Are you sure?

Diana:      Positive.

Hernandez:  Well.

[coughing in the background]

Diana:      I don't know nobody that works there.

Hernandez:  Do you know anybody that's in jail over here?

Diana:      In jail, *que sepa yo, no*.  [that I'm aware of, no.]

Hernandez:  OK.  Do you know anybody named Arturo Ramirez?

Diana:      Arturo Ramirez?

Hernandez:  Yeah.

Diana:      No.

Hernandez:  You don't?

Diana:      Arturo, do you know a *alguien que se llame Arturo Ramirez?*  [someone named Arturo Ramirez?]

Unidentified Speaker in the background:     [Unintelligible]

Diana:      No, no, no, no. *Fue el que habló?*  [Was he the one who called?]

1

EXHIBIT 64 Page 001

HERNANDEZ PHONE CALL WITH DIANA

| | |
|---|---|
| Hernandez: | Well, one of the calls that you all got came from Arturo Ramirez. |
| Diana: | from jail? |
| Hernandez: | No, no, no, no, no, no, no just one of the calls, one of the numbers, one of the calls you all got today.  It came from that addr, that phone number it came from uhh.  It was a call to you, from that, and the number, the phone number they gave me comes back to Arturo Ramirez. |
| Diana: | *No, no sé. Necesito mirar la persona.*  [No, I don't know.  I need to see the person.] |
| Hernandez: | Oh no, if you don't know the name, shit, you don't know.  That's all there's to it. |
| Diana: | *O sea, tanto que se cambean nombres señor.*  [Well, it's just that they change names so much, sir.] |
| Hernandez: | No, no, no, no. |
| Diana: | *No, no conozco.*  [No, no I don't know.] |
| Unidentified speaker in the background: | *Necesitas verlo.*  [You need to see him.] |
| Hernandez: | *No conoces?*  [You don't know?] |
| Diana: | *No, no conoz, no conoz, necesito, como te digo necesito ver la persona.*  [No, I don't kno, I don't kno, I need, as I was telling you, I need to see the person.] |
| Hernandez: | Yeah*, Ok.  Este,* are you?*, mira,* [Yeah, Ok.  Uh, are you?, look,] that day, when this shit happened, it was dark in your apartment, right? |
| Diana: | Aha. |
| Hernandez: | Ok.  Other than the f.  How long did the TV stay on? |

2

EXHIBIT 64 Page 002

HERNANDEZ PHONE CALL WITH DIANA

| | |
|---|---|
| Diana: | *Arturo dice que a él lo sentó por 30 minutos.* [Arturo says that he had him sitting for 30 minutes.] |
| Hernandez: | Yeah, but I mean aft, when the people went in, how much, how long did it stay on after the people were already in there?  That's what I wanna know. |
| Diana: | By the time *que yo me le, me, de, de, quite la de, la, la mugrero de la, de la cabeza, no me acuerdo haber visto el televisión puesto.  Ya estaba apagado.* [By the time that I uh, me, of, of, removed the, the junk from my head, I don't remember seeing the television on.  It was turned off.] |
| Hernandez: | Ok, so as far as you know, it was off when you got up. |
| Diana: | Yeah, *yo tenia does velitas, siempre tenemos.* [Yeah, I had two candles, we always have them.] |
| Hernandez: | When did you get to see this guy's hand? |
| Diana: | *Cuando estaba amarrando a Arturo,* [When he was tying up Arturo] and the TV was still on. |
| Hernandez: | OK.  All you could see is that his hands were dark. |
| Diana: | Yes. |
| Hernandez: | But you can't tell whether he was black, or a *Mexicano* [Mexican] with dark hands? |
| Diana: | No. |
| Hernandez: | But you're sure about the height? |
| Diana: | *Sí, el* height *estaba grande, estaba grande.* [Yes, the height was big, it was big.] |
| Hernandez: | He was tall. |
| Diana: | Yes. |

3

EXHIBIT 64 Page 003

HERNANDEZ PHONE CALL WITH DIANA

Hernandez: Well.

Diana: *Ay Hernandez, si usted supiera como yo me quiebro la cabeza en todo esto.* [Oh, Hernandez, if you only knew how I've been racking my brains with all this.]

Hernandez: It can't be worse than what we're doing. I mean, there's a lot of stuff that you haven't told us yet. You know that?

Diana: *Pues pregúntenme, yo les digo* [Well, ask me, I will tell you]

Hernandez: Now, wait, hey look, wait a minute, wait a minute, wait a minute. I don't have to ask you a God damn thing. You're supposed to be telling me everything, and you're not, and that's what's causing problems. You're not, you know you all, you all, you all lie so much, it's pathetic. I mean, you are lying to us, the police. We are trying to help you, and you are still lying to us. Can you imagine? Everybody else tells us things that you all are not even telling us that are important. Why do you all lie so much?

Diana: I don't know.

Hernandez: Isn't it, isn't it insulting to you all? You know, you all are embarrassing me. You really are, you are insulting my intelligence. You know, I'm not stupid. You might think I am, and you all think you don't have to tell me everything you all know, but I'll tell you what, I find out more things from other people than I do from you all, you know, and that's pathetic. It is really pitiful. And you know you are .

Diana: *Yo quisiera sabe que decirle. Yo quisiera saber que* [I would like to know what to tell you. I would like to know what]

Hernandez: Tell me, you know. What to tell me? You can tell me the truth, but you haven't

Diana: *Qué, qué, qué, qué?* [What, what, what, what?]

4

EXHIBIT 64 Page 004

HERNANDEZ PHONE CALL WITH DIANA

Hernandez:     No, no, no.

Diana:         *por, por, por* [for, for, for]

Hernandez:     you know that's your conscious.  You live with it.  I know.  I know what I know, but I'm not playing your game.  And I know what you all have done, and I know what's going on.  And I know a whole lot more now than I did before, but you all don't have the nerve.  And I don't know what you think you're doing here, but you know you're wasting a lot of dam time.  And you know what, the worst part about it is that you're putting your son on the line, you don't give a shit about him.  You would've told me the shit that I know right now.  You should've told me from the beginning, and I guarantee you, when I tell you what I know, you're gonna wanna know how in the hell did I know all this crap, but I'll tell you what, there's a lot of people that care more about that kid than you do, but like I said to you before, it's too late  He did somewhere.  I just wanna find him, that's all.  I just wanna find him, and you're not helping me a God dam bit, neither is that other Arturo.  He's not helping.  You all are not helping a dam bit, and that's pathetic.  It's really pathetic. You can light as many fucking candles as you want, Diane, and you can do whatever you want.  All I wanna do is find your kid, and by now, I'll tell you what, me in my profession, I think he's dead, I just wanna find him.  That's all.  You can light all of those candles, it ain't gonna help you.  That's bullshit.  You're being hypocritical.  First, you're selling dope and then you're lighting candles.  That's a hypocrite.  So, you're asking the wrong person for help because you've already done your damage, and I'll tell you right now, the worst part about it, we are over here busting our ass on our days off and everything, and spending long hours, and you just sit there and you tell me that you don't know, you don't know, and you know a lot.  A lot more than what you're telling us anyway, so does Arturo.  But it's ok. We are.  You know, like I said, we are gonna talk to you all again, and the things that I have to say to you, you are gonna

5

EXHIBIT 64 Page 005

HERNANDEZ PHONE CALL WITH DIANA

|  |  |
|---|---|
|  | wonder how in the shit did I find out.  Well, that goes to show that you are lying so much.  And, and all we're doing, all we care about right now is finding that little boy.  I know somewhere he, they throw him somewhere. He's dead somewhere in a ditch, or a reservoir, or somewhere.  They have him somewhere, or in a car locked in a trunk somewhere.  I just wanna know.  That's what I have to find out.  Some, somebody put him in there, and it's a long time already.  It's going on two weeks.  That's, that's pitiful, but I'm telling you, you all haven't told me everything.  You, you haven't told me everything that happened that night, and neither has Arturo, you know, but that's fine.  You know, it's fine.  It's your kid, not mine, you know, I'm doing my job, but you all are not doing yours.  And like I said, you all are, you all are really insulting us up here, but you know, I guess when you get tired and you notice that they don't bring back your kid, and you're never gonna get him back, maybe you, you'll decide, I'm going to tell the truth. *También* [Also] Arturo.  Of course, it's not Arturo's boy.  He don't give a shit.  It doesn't bother him. He didn't have him.  It's your boy, not ours. |
| Diana: | *Ay, Dios mío!*  [Oh, my God!] |
| Hernandez: | You know.  That's why.  That's what I'm saying.  Exactly what I'm saying, but you know, we've all sat down, and we talked about it.  You know, you all know so much, and you haven't even helped us.  You think that you have, but you haven't.  You just haven't.  Hold on. |
| Unidentified Speaker in the background: | [Unintelligible] |
| Hernandez: | Ok. Alright. So anyway, I just want you to know that we found a lot of things already, too, and I know that you all haven't told us everything.  And you all are just playing a little game with us.  You know, and we all know.  We sit here everyday, and we look at the pictures, and we look at what you said, and it doesn't make sense. |

6

EXHIBIT 64 Page 006

HERNANDEZ PHONE CALL WITH DIANA

                    It doesn't make sense.  Somebody was there at your house that evening, left the cigar there, and it wasn't the guys that came in.  It was somebody that was with you all.  He left it there.  Something went wrong.  You know, I know you all were dealing dope.  We know it.  We know it all, but you all, you all just haven't been truthful, and it's gonna come a point where you, after, you know, it's coming that way.  We don't know where to look anymore.  We're just, we're just gonna have to wait.  Somebody is gonna find this little boy, and then they'll call us, and then we'll start again, but, uh, it's you all, nobody else, you and Arturo, it's you all.  I mean we're up here.  We got with FBI; everybody came to the same conclusion, hey that's pretty obvious.  You all know, you all know exactly what happened, why it happened, and it's somebody that you all know.  It's somebody that you all know.  I guarantee you that same day that you all were there selling dope, was the same that somebody came and.  You all just aren't thinking.  That's the same day that came back and hit you all.  The same God dam day.  But remember, dam, that's your kid, not mine.  I can sleep at night, you can't, you can't, neither can his sisters and nobody.  They can't sleep.  They, they're really upset, but, hey, like I told them, you are a grown woman.  That's your kid.  It happened to you.  You were involved in this shit.  Somebody that went there that evening you talked to, they saw you.  They saw everything you were doing.  They knew when to go get to you.  As I said, somebody you know.  I guarantee you, but you all haven't helped us much.  Everything, everybody else has helped us, but you all.  And I don't know if you're just sitting back wondering, hoping that I get the kid back, and, and you know, nobody will find out nothing.  But we are not gonna find him.  I know we're not, not alive anyway, not alive.

Diana:         [sigh]

Hernandez:    And I'll be very honest with you, he will not be alive when we find him.  You know, that's already, you know, that's gonna make the news big time because of what you all have done.  And, you

7

EXHIBIT 64 Page 007

|  |  |
|---|---|
|  | know, nobody is gonna be sympathetic to you. Nobody is gonna feel sorry for you.  You know, everybody is gonna hate you for it.  Nobody is gonna feel sorry for you.  I can tell you that. I don't feel sorry for you, mam.  I don't feel sorry for you, Arturo, because you all brought this on him, but I can tell you that, you know, if we haven't found him now, we're gonna find him dead.  It's just a matter of somebody finding him.  Somebody is going to find him for us.  But like I said, Diane, you lied a lot, and I don't know, you all are good liars.  We are not good believers, but we know, you know, we can tell when people are lying.  You all have done a good job, but like I tell you, you all, you all can sit down and think, but you all know, you all know exactly what you all did that day.  You all just haven't come up with it, *pero* [but], it doesn't matter to me, you know, I already, I already know.  I've got a lot of people lined up that I've talked to that have told me everything you all did that day.  Everything.  They know everybody that went over there.  They know that last person that went to your house.  They know everything.  But, what I wanna know, why couldn't it have come from you? why do I have to hear it from somebody else?  Why?  Mhhm?  Don't you have respect for the police?  For what they're doing for you? Or What? |
| Diana: | Yes,yes. |
| Hernandez: | No, apparently, you don't. |
| Dianna: | *Pero yo no me acuerdo de nada señor.*  [But I don't remember anything, sir.] |
| Hernandez: | Yeah, you do, yeah you do.  I don't believe you. I don't believe you. Yeah you do. |
| Diana: | *Yo ya dije todo lo que*  [I already said everything that] |
| Hernandez: | No, you haven't, no, you haven't, Diane.  I'm telling you, you haven't.  You, nor Arturo.  You all haven't, you all haven't.  Later on, I'm |

8

EXHIBIT 64 Page 008

HERNANDEZ PHONE CALL WITH DIANA

|  |  |
|---|---|
|  | gonna go over there, and I'm gonna show you some pictures. |
| Diana: | Okay. |
| Hernandez: | But I know that you are not telling me everything. It doesn't matter. Like I said, it's not my kid, it's yours. I can sleep at night. You can't. Arturo, ehh, he probably can't because, you know, he feels guilty just like you, but uhh, I'll be honest, I'm waiting for a call where somebody can tell me that they found him, and it's gonna be late because they're not going to find a whole lot of him. I can tell you that. It's been a long time. That's a dam shame. That is a dam shame, ok? So I'll go over there later on and talk to you all. |
| Diana: | Okay. |
| Hernandez: | Bye. |

9

EXHIBIT 64 Page 009

I hereby certify that this translation of the portions of the Conversation between Hernandez and Diana, translated into English from Spanish, is true and correct to the best of my abilities.

_Alma Adriano_  6/27/19
Alma Adriano                                                         Date
Certified Federal Court Interpreter, Certificate Number 00-004

EXHIBIT 64 Page 010