```
Incident no. 105758592 X   CURRENT INFORMATION REPORT            PAGE 2.074
```

No-0025

Offense- BURGLARY OF RES./AGG. SEXUAL ASSAULT/AGG. ASSAULT/AGG. KIDNA
                    Street location information
Number-    6705  Name-FAIRWAY                 Type-        Suffix-
Apt no-3    Name-GOLFCREST                    Type-BLVD    Suffix-
Date of offense-09/30/92           Date of supplement-11/09/92
Compl(s) Last-GARCIA         First-DIANA      Middle-R
             Recovered stolen vehicles information
Recovery location-                            District-   Beat-   00
Stored-                     by-
Officer1-W I STEPHENS       Emp#-            Shift-1 Div/Station-HOMICIDE

SUPPLEMENT NARRATIVE

NOVEMBER 9, 1992.........MONDAY:::
*****************************
 THE FOLLOWING SUPPLEMENT WILL CONTAIN VARIOUS INFORMATION THAT HAS BEEN
COMPILED OVER THE PAST MONTH.  SOME OF THE INFORMATION IS FOR REPORTING
PURPOSES ONLY.  THIS SUPPLEMENT IS GENERATED AFTER THE DISCOVERY OF THE BODY
OF THE COMPL, ANGELO GARCIA.

DURING THIS INVESTIGATION WE HAVE INTERVIEWED DIANA GARCIA ON NUMEROUS
OCCASIONS.  IT IS STILL OUR BELIEF THAT SHE IS NOT BEING COMPLETELY TRUTHFUL
WITH US CONCERNING HER DRUG ACTIVITY AND HER KNOWLEDGE OF A POSSIBLE MOTIVE
FOR THE EVENTS THAT OCCURRED ON SEPTEMBER 30TH, 1992.  WE WERE CONTACTED BY
ONE OF THE LOCAL REPORTERS WHO STATED THAT AS OF OCTOBER 7, 1992, DIANA
GARCIA WOULD NOT MAKE ANY ADDITIONAL PLEAS FOR THE RETURN OF HER SON AND
ARTURO WAS GOING TO THE PAY PHONE TO MAKE CALLS AWAY FROM HIS
RESIDENCE....AND THE RECORDER AND TRAP.  WE ALSO LEARNED FROM DIANA GARCIA
THAT HER DOPE SUPPLIER PRIOR TO A MONTH BEFORE THE KIDNAPPING WAS A MALE BY
THE NAME OF CHICO.  SHE SAID THAT CHICO WAS MARRIED TO ANGELITA AND THEY WERE
FROM PUERTO RICO OR THE DOMINICAN REPUBLIC.  DIANA EVENTUALLY TOLD US THAT
CHICO AND ANGELITA WERE LIVING IN AN APARTMENT IN HUMBLE TEXAS THAT WAS IN
DIANA'S NAME.  THIS IS THE LOCATION WHERE CANDIDO WAS LOCATED.  CHICO WAS
ALREADY ON THE RUN FOR WHATEVER REASON.

AS NOTED ON ONE OF THE EARLIER SUPPLEMENTS, THERE WAS A PURSE RECOVERED AT
THE COMPL'S APARTMENT THE MORNING FOLLOWING THIS INCIDENT.  DIANA GARCIA TOLD
US THE SUSPECTS RUMMAGED THROUGH THIS PURSE AND THREW THE CONTENTS ON THE
FLOOR.  THIS PURSE WAS SUBMITTED TO THE LATENT LAB AND THERE WERE SOME
FINGERPRINTS LIFTED FROM THE PAPERS.  OVER THE PAST FEW WEEKS WE HAVE
SUBMITTED SEVERAL NAMES TO BE COMPARED TO THESE LATENT PRINTS.  THE FOLLOWING
HAVE BEEN COMPARED BY SALDIVAR AND THEY ARE LISTED BY THE HPD NUMBER AND THE
NAME OF THE SUSPECT.

     437499     ROBERTO GARCIA...UNK
     434485     FRANCISCO MARRERO...THE WRONG CHINO
     585695     RUDY..CARMELO SANTANA...FLUNKY OF CHICO

EXHIBIT 66 Page 001