Incident no. 105758592 X    CURRENT INFORMATION REPORT        PAGE 2.051

WAS SUPPOSED TO FIX THE AIR CONDITIONER. RENDON FURTHER WENT ON TO SAY
THAT HE EXPECTED ANGELINTA TO COME BY AND GET THE CAR AT ANY MINUTE. MR.
RENDON DID NOT KNOW CHICO'S REAL NAME. A CHECK ON THE LICENSE TAGS, HLR 38Y,
(ON THE T-BIRD) SHOWED IT TO BE REGISTERED TO ANGELITA RODRIGUEZ.

WE DECIDED TO WAIT FOR HER.

AT APPROXIMATELY 1820 HRS A MAN WITH A WOMAN PASSENGER PULLED UP IN AN
OLD CHEVY IMPALA WITH TEXAS LICENSE TAGS ▓▓ 70K.  MR. RENDON HAD
GIVEN US THIS LICENSE NUMBER AS BELONGING TO HIS CAR DURING OUR INITIAL
INTERVIEW.  (IT WAS WRITTEN ON A PAPER CONCERNING HIS LICENSE SUSPENSION.)

AFTER THE MAN AND WOMAN GOT OUT OF THE IMPALA AND BEGAN WALKING TOWARDS
MR. RENDON, WHO WAS WORKING ON THEIR CAR, I APPROACHED THEM, IDENTIFIED
MYSELF AND ASKED ANGELITA RODRIGUEZ FOR SOME IDENTIFICATION. SHE RESPONDED
THAT SHE WAS ANGELITA RODRIGUEZ AND PRODUCED HER TEXAS DRIVERS LICENSE.
THE MAN WITH HER, WHOM WE LATER IDENTIFIED AS CARMELO SANTANA (HPD I.D
585695), HAD NO IDENTIFICATION AT ALL.
 I EXPLAINED TO MS. RODRIGUEZ THAT WE NEEDED TO INTERVIEW HER IN THE HOMICIDE
CONCERNING THIS INVESTIGATION. SHE AND MR. SANTANA AGREED TO ACCOMPANY US TO
THE OFFICE.  IN THE CAR DRIVING IN, MS. RODRIGUEZ HANDED ME A PIECE OF
PAPER WHICH INDICATED HER LEGAL WARNING.  SHE SAID IT WAS GIVEN TO HER
BY HER ATTORNEY.  AT THIS POINT I EXPLAINED TO MS. RODRIGUEZ THAT MY
CONVERSATIONS WITH HER ATTORNEY, MR. CASTILLO, DURING THE DAY, HE HAD
AGREED TO ACCOMPANY HER TO OUR OFFICE.  SHE HAD NOT REPORTED FOR AN
INTERVIEW. WE WERE WANTING TO INTERVIEW HER ABOUT THIS INVESTIGATION, NOT
ABOUT ANYTHING THAT WAS PENDING AGAINST HER.

IMMEDIATELY UPON ARRIVING AT THE HOMICIDE DIVISION, MS. RODRIGUEZ REQUESTED
AND WAS ALLOWED TO GO TO THE LADIES ROOM.  SHE REQUESTED AND WAS GIVEN A
GLASS OF COLD WATER.  SHE THEN WANTED TO CALL MR. CASTILLO, WHICH SHE DID.
AFTER HER CONVERSATION WITH MR. CASTILLO, MS. RODRIGUEZ PASSED THE PHONE
ON TO ME.

MR. CASTILLO (ATTORNEY, PH. 655-1515), MADE IT CLEAR TO ME THAT HIS CLIENT
WAS NOT GOING TO SAY ANYTHING UNLESS HE WAS PRESENT AND GIVEN A
GUARANTEE THAT NOTHING SHE SAID WOULD BE USED AGAINST HER.  HE ASSURED
ME MS. RODRIGUEZ WOULD BE AVAILABLE FOR A GRAND JURY SUBPOENA THE NEXT
MORNING.  SHE WOULD WE AT THE 301 SAN JACINTO TO TESTIFY IF NEEDED.  WE
AGREED THAT SHE WOULD BE THERE.

MS. RODRIGUEZ WAS NOT INTERVIEWED.

**********

CARMELO MARTINEZ SANTANA WAS INTERVIEWED IN ROOM 362A.  CARMELO (AKA RUDY)
SAID HE KNEW ABOUT WHAT HAPPENED TO ANGELO.  HE AND ANGELITA HAD BEEN OVER
TO ARTURO AND DIANA'S APARTMENT TO PAY THEIR RESPECTS LAST SUNDAY.  HE DID
NOT KNOW WHO TOOK THE BOY.  AS FOR THE PARENTS HE THOUGHT THEY WERE NICE
PEOPLE.  WHEN THEY WERE ALL STILL LIVING ON WINFREE, THEY AT ONE TIME
GAVE HIM A PLACE TO STAY.  HE DESCRIBED ANGELO AS A SMALL KID WHO LOOKED
WEAK (SICK).

HE DID NOT KNOW CHICO'S REAL NAME.  CHICO IS CURRENTLY IN PUERTO RICO
VISITING.  HE LEFT SATURDAY ON A TRIP THAT WAS ALREADY PLANNED.  HE CLAIMED

EXHIBIT 67 Page 001

NOT TO KNOW IF DIANA AND ARTURO WERE DEALING IN DRUGS. HE HAS KNOWN THEM ALTOGETHER FOR ABOUT A YEAR AND A HALF. ANOTHER PERSON WHO STAYED WITH DIANA AND ARTURO AT ONE TIME WAS A GUY NAMED, FLACO. HE DID NOT KNOW ANYTHING ABOUT HIM.

THAT WAS ALL RUDY KNEW. HE AND ANGELITA, HIS COUSIN, WERE STAYING IN A MOTEL IN PASADENA. HE DID NOT KNOW THE NAME OF IT.
AFTER RUDY WAS INTERVIEWED, RENDON WAS CALLED TO COME BY AND PICK UP ANGELITA AND RUDY AT THE STATION.


\*\*\*\*\*\*\*\*\*\*

OCTOBER 6, 1992

AT THE BEGINNING OF THE SHIFT HERNANDEZ MET WITH ANGELITA AT 301 SAN JACINTO AND INSTRUCTED HER TO REMAIN THERE WHILE HE WENT TO GET A GRAND JURY SUBPOENA. ANGELITA SAID SHE WAS INSTRUCTED TO ME MR. CASTILLO THERE. HERNANDEZ THEN WENT TO THE SPECIAL CRIMES SECTION OF THE DISTRICT ATTORNEY'S OFFICE AND OBTAINED A GRAND JURY SUBPOENA FROM CASEY OBRIAN. UPON HIS RETURN TO SERVE ANGELITA RODRIGUEZ WITH THE SUBPOENA, HERNANDEZ WAS UNABLE TO FIND HER.

I, ALONZO, FROM THE HOMICIDE OFFICE CONTACTED MR. CASTILLO, ATTORNEY FOR MS. RODRIGUEZ (PH. 655-1515), AND TOLD HIM WE HAD A SUBPOENA FOR MS. RODRIGUEZ AND THAT MR. OBRIAN WAS WAITING TO BRING HER BEFORE THE GRAND JURY. MR. CASTILLO SAID HE WOULD HAVE TO LOCATE HIS CLIENT.

LATER IN THE MORNING, I RECEIVED A CALL FROM MR. CASTILLO LETTING ME KNOW THAT HIS CLIENT WAS ON THE WAY TO THE COURT HOUSE PREPARED TO TESTIFY.

BY THEN THE GRAND JURY WAS ALREADY NEAR ITS CONCLUSION OF THIS MORNING'S SESSION. MR. CASTILLO AND MR. OBRIAN AGREED TO MEET AT 201 FANNIN, MR. OBRIAN'S OFFICE. WE WERE TO BE THERE ALSO.
AT THIS MEETING SINCE IT WAS ALREADY NOON AND THE GRAND JURY WAS ALREADY DISMISSED UNTIL FRIDAY, MR. OBRIAN AND MR. CASTILLO AGREED UPON AN INTERVIEW CONDUCTED BY US IN THE HOMICIDE OFFICE. MR. CASTILLO WOULD BE PRESENT.

OUR INTERVEW WITH ANTELITA SANTANA RODRIGUEZ (HPD ID. 616109, DL ████████)
REVEALED VERY LITTLE. CHICO'S REAL NAME IS OBEL JULIAN CRUZ-GARCIA (HPD ID 585698). ANGELITA SAID CHICO WAS CURRENTLY IN PUERTO RICO AND WOULD RETURN BY THURSDAY. HE HAD TO APPEAR IN COURT ON THAT DAY. SHE DID NOT KNOW ANYTHING ABOUT THE DISAPPEARANCE OF ANGELO OTHER THAT WHAT DIANA AND OTHER PEOPLE HAD TOLD HER. SHE AND DIANA WERE GOOD FRIENDS. THEY MET WHEN THEY WERE ALL LIVING ON WINFREE. THERE WAS NOTHING UNUSUAL OTHER THAN THAT ONE TIME DIANA TOLD HER ARTURO HAD A ROUGH WAY (OFFENSIVE ) OF TALKING WITH PEOPLE. DIANA ALSO TOLD HER WHILE THEY WERE ALL LIVING ON WINFREE, THAT SOMEONE BROKE INTO THEIR (DIANA'S AND ARTURO'S) APARTMENT AND STOLE FOUR THOUSAND DOLLARS. ANGELITA WAS NOT SURE IF IT WAS ALL MONEY OR IF IT ALL INCLUDED VALUABLES. AS FOR THEIR BUSINESS, THEY WERE STRICTLY SMALL TIME. SHE DID NOT KNOW ANYTHING ELSE.

MS. RODRIGUEZ AND MR. CASTILLO WERE THEN DRIVEN BACK TO THEIR CARS NEAR THE HARRIS COUNTY HOUSE.

EXHIBIT 66 Page 002