```
Incident no. 105758592 X   CURRENT INFORMATION REPORT              PAGE 2.080
```

Supplement entered by = 71252
Report reviewed by-GLASS                   Employee number-077290
Date cleared- 09/08/08

No-0026

Offense- CAPITAL MURDER
                        Street location information
Number-    6705   Name-FAIRWAY                 Type-         Suffix-
Apt no-3     Name-GOLFCREST                  Type-BLVD    Suffix-
Date of offense-09/30/92              Date of supplement-11/12/92
Compl(s) Last-GARCIA         First-DIANA      Middle-R
         Last-
                  Recovered stolen vehicles information
 Stored-                    by-                    Ph#- (000) 000-0000
Officer1-A C ALONZO         Emp#-040892 Shift-1 Div/Station-HOMICIDE
Officer2-U P HERNANDEZ      Emp#-055228 Shift-

                        SUPPLEMENT NARRATIVE

PROGRESS REPORT    11-5-92    THURSDAY

FOLLOWING UP ON INFORMATION BY SGT. STEPHENS, SEE SUPPLEMENT #25, HERNANDEZ
AND I, ALONZO, WENT TO THE HARRIS COUNTY JAIL AND INTERVIEWED MELO BIENVENIDO,
(HISPANIC MALE DOB            ). BIENVENIDO WAS AT 5C3010.

BIENVENIDO SAID HE WAS SANTO DOMINGO, THE SAME NEIGHBORHOOD AS CHICO'S
WIFE. HE MET CHICO THROUGH HER. CHICO IS ALSO FROM SANTO DOMINGO, BUT
ANOTHER PART. ALL MELO COULD REALLY ADD WAS THAT THE WEEK OF THE
KIDNAPPING, HE WAS NOT SURE IF IT WAS THE EXACT NIGHT, HE GOT A CALL
FROM CHICO SOMETIME AROUND THREE IN THE MORNING. CHICO WANTED MELO TO
DELIVER THE CAR TO HIM IN PASADENA. MELO TOLD HIM HE WAS NOT GOING OUT
IN THE MIDDLE OF THE NIGHT. IF HE WANTED THE CAR, CHICO COULD COME OVER
AND PICK IT UP. SOMETIME LATER CHICO AND RUDY SHOWED UP AT HIS DOOR. MELO
DOES NOT KNOW HOW THEY GOT TO HIS APARTMENT. CHICO TOOK THE CAR WHICH WAS
RETURNED BY RUDY THE NEXT DAY. THAT WAS THE LAST TIME HE SAW CHICO.

CHICO APPEARED NORMAL TO MELO THAT NIGHT. RUDY WAS THE ONE THAT LOOKED A
LITTLE NERVOUS.
 THE CAR ACTUALLY BEONGS TO CHICO. CHICO LETS MELO DRIVE CARS WHEN HE IS
NOT USING THEM.

MELO HAD NOTHING MORE TO ADD.

THIS INTERVIEW WAS CONDUCTED IN SPANISH.

**********
BACK IN THE HOMICIDE OFFICE WE SPOKE WITH "RUDY", CARMELO NINO SANTANA,
HPD I.D. #585695.

RUDY HAD LITTLE TO ADD SINCE THE LAST INTERVIEW. HE LAST SAW CHICO ABOUT
FIVE DAYS BEFORE OUR ORIGINAL INTERVIEW. CHICO IS NOW SUPPOSED TO BE
IN AERO PIEDRA IN PUERTO RICO. LATER RUDY CHANGED THIS TO THE DOMINICAN
REPUBLIC. HE REMEMBERED THE INCIDENT WHERE CHICO AND HE WENT OVER TO

EXHIBIT 68 Page 001

"CHARLIE'S" APARTMENT (MELO) AND BORROWED HIS CAR.  HE AND CHICO WERE OUT
DRINKING AND NEEDED A CAR SO THEY CALLED CHARLIE, THEN WENT OVER AND
BORROWED CHARLIE'S.  ABOUT BEING NERVOUS WHEN THEY WENT OVER THERE, RUDY
SA.  HE GETS REAL NERVOUS WHENEVER HE DRINKS.

CHICO IS NOT CAPABLE OF KILLING ANYONE ACCORDING TO RUDY.  ONCE CHICO TIED
HIM UP TO PROVE A POINT.  IT WAS ALL BECAUSE OF THE BUSINESS.  THAT TIME
CHICO ONLY HAD HIM TIED UP FOR A COUPLE OF MINUTES.  CHICO WANTED TO
PROVE HE COULD DO THAT OR ANYTHING ELSE HE WANTED.  AFTER THAT HE
TURNED HIM LOOSE.

RUDY SAID HE KNEW DIANA AND HER HUSBAND FROM GOING OVER WITH CHICO TO
MAKE THE WEEKLY DELIVERY.  IT WAS USUALLY ABOUT FOUR HUNDRED DOLLARS A
WEEK.  THE MOST THEY EVER DELIVERED WAS HALF AN OUNCE.  AS FOR CHICO LEAVING
THE COUNTRY, THAT WAS PLANNED FOR A WHILE BEFORE HE LEFT.

HE HAS NOT HEARD FROM ANGELINA, CHICO'S WIFE, RECENTLY.  THE ONLY PERSON
HE HAS CALLED HAS BEEN HER FRIEND NORMA (PH.923-8167).
 THAT WAS ALL HE KNEW.

*NOTE
DURING THIS INTERVIEW RUDY WAS EXTREMELY NERVOUS.


INVESTIGATION TO CONTINUE...



Supplement entered by =  40892
Report reviewed by-GLASS            Employee number-077290
Date cleared- 09/08/08

EXHIBIT 68 Page 002