```
                       Street location information
Number-      6705  Name-FAIRWAY                Type-          Suffix-
Apt no-3           Name-GOLFCREST              Type-BLVD      Suffix-
Date of offense-09/30/92               Date of supplement-03/02/09
Com  (s) Last-GARCIA           First-DIANA         Middle-R
                       Recovered stolen vehicles information
 Recovery location-                                District-   Beat-   00
 Stored-                          by-
Officer1-R.W. CHAPPELL       Emp#-099650 Shift-1 Div/Station-HOMICIDE
```

SUPPLEMENT NARRATIVE

\*\*\* SYSTEM GENERATED DATA - LAST UPDATE: 03/02/09 11:01 \*\*\*
INTRODUCTION:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, INV. CHAPPELL, ASSIGNED TO THE HOMICIDE DIVISION MURDER SQUAD #14, WAS REQUESTED BY SGT. MEHL, OF THE COLD CASE SQUAD, TO TRAVEL TO FLORIDA AND INTERVIEW CARMELO MARTINEZ SANTANA H/M ▇▇▇ (A.K.A. RUDY). I WAS ABLE TO TRAVEL ON FEBRUARY 23, 2009 TO ORLANDO, FLORIDA. I LEARNED THAT MARTINEZ WAS LOCATED IN THE COLEMAN FEDERAL CORRECTIONAL INSTITUTE MEDIUM SECURITY UNIT IN COLEMAN, FL. THIS DESTINATION IS APPROXIMATELY ONE HOUR NORTHWEST OF ORLANDO, FL. I SPOKE TO LT. SKINNER (352-689-5000) WITH THE FEDERAL BUREAU OF PRISONS WHO SET UP AN INTERVIEW ROOM IN THE FACILITY FOR TUESDAY FEBRUARY 24, 2009 AT 0900 HRS. I ARRIVED AT THE FACILITY AT APPROXIMATELY 0830 HRS.

INTERVIEW WITH CARMELO MARTINEZ SANTANA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE INTERVIEW WAS CONDUCTED IN A SMALL INTERVIEW ROOM LOCATED INSIDE THE PRISON. THE ROOM WAS APPROXIMATELY 8'X10' EQUIPPED WITH A DESK AND THREE CHAIRS. THERE WAS VERY LITTLE SPACE TO MOVE ABOUT IN THE ROOM. THERE WAS ONLY ONE DOOR WITH A WINDOW. LT. SKINNER ESCORTED MARTINEZ-SANTANA TO THE INTERVIEW ROOM. THE INTERVIEW BEGAN AT APPROXIMATELY 0905 HRS.
MARTINEZ FIRST TOLD ME THAT HIS DATE OF BIRTH WAS ▇▇▇▇▇▇. HOWEVER, HIS CRIMINAL HISTORY INDICATES HIS DATE OF BIRTH IS ▇▇▇▇▇▇.

I THEN READ MARTINEZ HIS LEGAL MIRANDA WARNING. I EXPLAINED TO HIM THAT I WAS THERE FOLLOWING UP ON A MURDER IN WHICH HE WAS INTERVIEWED SEVERAL YEARS AGO. I FURTHER EXPLAINED THAT I WAS NOT GOING TO TALK ABOUT ANY CASE HE WAS CURRENTLY INCARCERATED FOR. FURTHER, I EXPLAINED THAT THE ONLY REASON I WAS READING HIM HIS RIGHTS IN THE FIRST PLACE WAS BECAUSE HE WAS IN JAIL. I TOLD

EXHIBIT 69 Page 001

HIM THAT HE WAS NOT ACCUSED OF ANYTHING RELATED TO THE CASE, BUT BECAUSE HE WAS IN JAIL, I HAD TO READ HIM HIS RIGHTS. HE SAID THAT HE UNDERSTOOD EACH OF HIS RIGHTS AND AGREED TO TALK ABOUT THE CASE.

MARTINEZ TOLD ME THAT HE HAD TWO KIDS. HE SAID THAT BOTH WERE BORN IN THE US AND WERE 14 AND 17 YEARS OLD. HE TOLD ME THAT WHEN HE WAS IN HOUSTON, HE WORKED IN ROOFING AND ELECTRICAL TYPE JOBS.

MARTINEZ SAID THAT ANGELITA IS HIS COUSIN. HE MET CHICO, WHO IS OBEL GARCIA, THROUGH ANGELITA. HE HAS NOT SPOKEN TO OBEL IN MANY YEARS. HE HAS HAD CONTACT WITH ANGELITA SINCE HE WAS LOCKED UP.

I THEN ASKED HIM ABOUT THIS MURDER. HE SAID THAT HE DID NOT REMEMBER WHEN HE LEARNED ABOUT THE INCIDENT. I THEN SHOWED HIM A PHOTO OF MELO. HE SAID THAT HE RECOGNIZED HIM AS A GUY HE KNEW AS CHARLIE. I THEN SHOWED HIM A PHOTO OF AVILES AND HE SAID THAT HE KNEW HIM AS BUDDY. MARTINEZ THEN LOOKED AT ARTURO'S PHOTO AND SAID THAT HE REMEMBERED HIM ONLY VAGUELY DUE TO HIS MUSTACHE. HE DID NOT RECOGNIZE GERMAN. HE IMMEDIATELY RECOGNIZED OBEL. WHEN I SHOWED HIM A PHOTO OF HIM, HE LOOKED AT IT FOR A FEW SECONDS AND THEN ASKED ME IF IT WAS HIM. I TOLD HIM IT WAS. I THEN SHOWED HIM ANGELITA'S PHOTO AND HE IDENTIFIED HER AS WELL. HE DID NOT RECOGNIZE LUIS RIOS OR GOMEZ. HE DID RECOGNIZE DIANA.

MARTINEZ THEN TOLD ME THAT ONE OF HIS NICK NAMES WAS RUDY. HE SAID THAT IS HOW HE WAS KNOWN IN HOUSTON.

I THEN ASKED HIM IF HE REMEMBERED TALKING TO THE POLICE ABOUT THIS INCIDENT. HE SAID THAT HE REMEMBERED BEING STOPPED BY THE POLICE AND TAKEN TO HOMICIDE. (MARTINEZ UNFOLDED HIS ARMS AND LEANED FORWARD ON THE DESK. THIS INDICATED TO ME THAT HE WAS TRYING HIS HARDEST TO REMEMBER ACCURATE DETAILS.) HE THEN SAID THAT HE REMEMBERED TELLING THE POLICE THAT OBEL HAD LEFT THE COUNTRY AND WENT TO THE DOMINICAN REPUBLIC. ONCE AGAIN, HE WAS LEANING FORWARD ON THE DESK. (IT SHOULD BE NOTED HERE THAT WE WERE SITTING ACROSS FROM ONE ANOTHER WITH THE DESK SEPARATING US.)

I THEN ASKED HIM ABOUT THE RELATIONSHIP BETWEEN DIANA, ARTURO AND CHICO. HE SAID THAT HE BELIEVED THAT THEY HAD A PRETTY GOOD RELATIONSHIP AND THAT ARTURO SOLD DRUGS FOR CHICO.

I THEN ASKED HIM IF HE REMEMBERED THE CAR THAT HE AND CHICO HAD GOTTEN THE NIGHT OF THIS INCIDENT. HE SAID THAT HE REMEMBERS GETTING THE CAR FROM CHARLIE. HE HAD NO IDEA WHY CHARLIE WOULD SAY THAT HE APPEARED NERVOUS AT THAT TIME. (MARTINEZ WOULD NOT LOOK AT ME WHILE SAYING THIS. HE LOOKED DOWN AT THE FLOOR AND KEPT HIS ARMS AND LEGS CROSSED. THIS IS A PHYSICAL INDICATION OF DECEPTION.) I ASKED HIM WHAT WOULD CAUSE HIM TO BE NERVOUS AND HE SAID THAT IT WAS PROBABLY DUE TO DRUG USE.

I THEN ASKED HIM IF HE REMEMBERED BEING INVOLVED IN A CASE WHERE LOTS OF MONEY HAD BEEN STOLEN AND SEPARATED BETWEEN HE, CHICO AND DIANA. I MENTIONED THAT HE BOUGHT A TRUCK RIGHT AFTER THAT. HE SAID THAT HE REMEMBERED THAT THEY SOLD FAT DOPE TO SOMEONE AND THAT WAS WHERE THEY GOT THE MONEY. HE DENIED ANY INVOLVEMENT IN ANY KIND OF BURGLARY OR ROBBERY.

FURTHER, MARTINEZ DENIED ANY INVOLVEMENT IN THIS CASE. HE SAID THAT HE WAS NOT THERE WHEN THIS INCIDENT HAPPENED. HOWEVER, HIS BODY LANGUAGE WAS INCONSISTENT WITH HIS WORDS. AFTER APPROXIMATELY 45 MINUTES, I TERMINATED THE INTERVIEW.

EXHIBIT 69 Page 002

I STOPPED THE TAPE AND PLACED IT IN THE CASE FOLDER I HAD WITH ME AT THE TIME. MARTINEZ THEN DENIED ANY INVOLVEMENT IN THE CASE AGAIN.

I TOLD HIM THAT I KNEW THAT HE HAD SOME KNOWLEDGE ABOUT THIS CASE THAT HE WAS NOT WILLING TO SHARE WITH ME. HE BEGAN NODDING HIS HEAD UP AND DOWN IN THE AFFIRMATIVE. I TOLD HIM THAT I DID NOT BELIEVE EVERYTHING HE TOLD ME. HE SAID THAT HE COULD NOT TALK TO ME ABOUT THE INCIDENT BECAUSE HE SIMPLY DID NOT REMEMBER. HOWEVER, HE WOULD NOT LOOK AT ME AND KEPT HIS ARMS AND LEGS CROSSED. IN COMPARISON TO OTHER RESPONSES HE PROVIDED WHEN HE LEANED FORWARD ON THE DESK, I BELIEVE HE WAS ONCE AGAIN BEING DECEPTIVE IN HIS RESPONSE. AS I LEFT THE INTERVIEW ROOM, I TOLD MARTINEZ THAT IF HE HAD ANY OTHER INFORMATION OR QUESTIONS REGARDING THIS CASE, HE COULD TALK TO LT. SKINNER AND HE KNEW HOW TO GET IN TOUCH WITH ME. HE SAID HE UNDERSTOOD AND I LEFT.\

LT. SKINNER THEN ESCORTED MARTINEZ BACK TO HIS CELL AND I LEFT THE PRISON.

I CONTACTED SGT. MEHL AND EXPLAINED TO HIM WHAT WE LEARNED ABOUT THIS CASE FROM CARMELO MARTINEZ. I RETURNED TO HOUSTON AND COMPLETED THIS SUPPLEMENT.

```
      SYSTEM ADVISORY: REPORT ENTERED USING PERSONAL COMPUTER  VER-7.00-B
      ****************************************************************
      *   ENTRY DEVICE: DELL GX270 171955 HMD                         *
      *   ENTRY FROM DATE-030209 TIME-1057  TO  DATE-030209 TIME-1101 *
      *   TRANSFER DEVICE: DELL GX270 171955 HMD WINXP     VER. 7.00-B*
      *   TRANSFER DATE-030209 TIME-1101   LOAD DATE-030209 TIME-1102 *
      *   LOCATION OF OFFENSE: POLICE DISTRICT-DISTRICT 13   DIST-13  *
      ****************************************************************
      EVIDENCE WAS TAGGED-N      LATENT PRINTS WERE LIFTED AT A SCENE-N
```

Supplement entered by =  99650
Report reviewed by-TBUI                Employee number-112255
Date cleared- 09/08/08

EXHIBIT 69 Page 003