NOT TO KNOW IF DIANA AND ARTURO WERE DEALING IN DRUGS. HE HAS KNOWN THEM
ALTOGETHER FOR ABOUT A YEAR AND A HALF. ANOTHER PERSON WHO STAYED WITH
DIANA AND ARTURO AT ONE TIME WAS A GUY NAMED, FLACO. HE DID NOT KNOW
ANYTHING ABOUT HIM.

THAT WAS ALL RUDY KNEW. HE AND ANGELITA, HIS COUSIN, WERE STAYING IN A
MOTEL IN PASADENA. HE DID NOT KNOW THE NAME OF IT.
AFTER RUDY WAS INTERVIEWED, RENDON WAS CALLED TO COME BY AND PICK UP
ANGELITA AND RUDY AT THE STATION.


**********

OCTOBER 6, 1992

AT THE BEGINNING OF THE SHIFT HERNANDEZ MET WITH ANGELITA AT 301 SAN JACINTO
AND INSTRUCTED HER TO REMAIN THERE WHILE HE WENT TO GET A GRAND JURY
SUBPOENA. ANGELITA SAID SHE WAS INSTRUCTED TO ME MR. CASTILLO THERE.
HERNANDEZ THEN WENT TO THE SPECIAL CRIMES SECTION OF THE DISTRICT ATTORNEY'S
OFFICE AND OBTAINED A GRAND JURY SUBPOENA FROM CASEY OBRIAN. UPON HIS
RETURN TO SERVE ANGELITA RODRIGUEZ WITH THE SUBPOENA, HERNANDEZ WAS UNABLE
TO FIND HER.

I, ALONZO, FROM THE HOMICIDE OFFICE CONTACTED MR. CASTILLO, ATTORNEY
FOR MS. RODRIGUEZ (PH. 655-1515), AND TOLD HIM WE HAD A SUBPOENA FOR MS.
RODRIGUEZ AND THAT MR. OBRIAN WAS WAITING TO BRING HER BEFORE THE GRAND
JURY. MR. CASTILLO SAID HE WOULD HAVE TO LOCATE HIS CLIENT.

LATER IN THE MORNING, I RECEIVED A CALL FROM MR. CASTILLO LETTING ME KNOW
THAT HIS CLIENT WAS ON THE WAY TO THE COURT HOUSE PREPARED TO TESTIFY.

BY THEN THE GRAND JURY WAS ALREADY NEAR ITS CONCLUSION OF THIS MORNING'S
SESSION. MR. CASTILLO AND MR. OBRIAN AGREED TO MEET AT 201 FANNIN, MR. OBRIAN'S
OFFICE. WE WERE TO BE THERE ALSO.
AT THIS MEETING SINCE IT WAS ALREADY NOON AND THE GRAND JURY WAS ALREADY
DISMISSED UNTIL FRIDAY, MR. OBRIAN AND MR. CASTILLO AGREED UPON AN
INTERVIEW CONDUCTED BY US IN THE HOMICIDE OFFICE. MR. CASTILLO WOULD
BE PRESENT.

OUR INTERVIEW WITH ANTELITA SANTANA RODRIGUEZ (HPD ID. 616109, DL ▉▉▉▉
REVEALED VERY LITTLE. CHICO'S REAL NAME IS OBEL JULIAN CRUZ-GARCIA (HPD
ID 585698). ANGELITA SAID CHICO WAS CURRENTLY IN PUERTO RICO AND WOULD
RETURN BY THURSDAY. HE HAD TO APPEAR IN COURT ON THAT DAY. SHE DID NOT
KNOW ANYTHING ABOUT THE DISAPPEARANCE OF ANGELO OTHER THAT WHAT DIANA AND
OTHER PEOPLE HAD TOLD HER. SHE AND DIANA WERE GOOD FRIENDS. THEY MET WHEN
THEY WERE ALL LIVING ON WINFREE. THERE WAS NOTHING UNUSUAL OTHER THAN THAT
ONE TIME DIANA TOLD HER ARTURO HAD A ROUGH WAY (OFFENSIVE ) OF TALKING WITH
PEOPLE. DIANA ALSO TOLD HER WHILE THEY WERE ALL LIVING ON WINFREE, THAT
SOMEONE BROKE INTO THEIR (DIANA'S AND ARTURO'S) APARTMENT AND STOLE FOUR
THOUSAND DOLLARS. ANGELITA WAS NOT SURE IF IT WAS ALL MONEY OR IF IT
ALL INCLUDED VALUABLES. AS FOR THEIR BUSINESS, THEY WERE STRICTLY SMALL
TIME. SHE DID NOT KNOW ANYTHING ELSE.

MS. RODRIGUEZ AND MR. CASTILLO WERE THEN DRIVEN BACK TO THEIR CARS NEAR
THE HARRIS COUNTY HOUSE.

EXHIBIT 72 Page 001