FD-302 (Rev. 3-10-82)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    8/20/93

     Pursuant to an arrest warrant issued by U.S. Magistrate Judge Nancy Pecht, Southern District of Texas for Unlawful Flight to Avoid Prosecution (UFAP), Angelita Santana Rodriguez was arrested at the office of the Federal Bureau of Investigation (FBI) San Juan, Puerto Rico.

     Santana Rodriguez voluntarily surrendered to arresting agents. She was advised of her Constitutional Rights and indicated she had no knowledge about the disappearance of Angelo Garcia. That she was socially acquainted with Diana Garcia and Arturo Rodriguez whom she had known for approximately one year. Santana Rodriguez also, indicated that she had no information as to the whereabouts of Obel Julian Garcia.

     On 8/19/93 Santana Rodriguez appeared before U.S. Magistrate Judge Jesus A. Castellanos who turned over her custody to Police of Puerto Rico (POPR) Extraditions Division.

Investigation on   8/18/93   at San Juan, Puerto Rico   File #   88C-HO-36977

by   SA Colleen Conyngham, SA Juan M. Miranda/Dj   Date dictated   8/20/93

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 73 Page 001