```
                         Street location information
Number-    6705  Name-FAIRWAY                 Type-              Suffix-
Apt no-3         Name-GOLFCREST               Type-BLVD    Suffix-
Date of offense-09/30/92                Date of supplement-10/08/08
Com(s) Last-GARCIA         First-DIANA       Middle-R
        Last-
                   Recovered stolen vehicles information
 Stored-                     by-                    Ph#- (000) 000-0000
 Officer1-E.S. MEHL      Emp#-071901 Shift-1 Div/Station-HOMICIDE
```

SUPPLEMENT NARRATIVE

OCTOBER 6, 2008, MONDAY:

SERGEANT MEHL AND OFFICER CHAPPELL MET WITH ASSISTANT DISTRICT ATTORNEY DENISE BRADLEY ON THIS DATE. ARRIVING A SHORT TIME LATER WAS ANGELITA RODRIGUEZ AND HER ATTORNEY, J.C. CASTILLO. AN INTERVIEW WAS THEN CONDUCTED WITH ANGELITA WITH REGARD TO THIS CASE. THE FOLLOWING WAS LEARNED:

BOTH ANGELITA AND OBEL CRUZ-GARCIA ARE FROM THE DOMINICAN REPUBLIC BUT MET IN PUERTO RICO.

THEY WERE MARRIED IN PUERTO RICO IN 1985 OR 1986.

OBEL WAS CONTACTED IN 1989 BY A FRIEND OF HIS SHE KNEW ONLY AS "RAMONE" AND "RAMONE" ENCOURAGED OBEL TO MOVE TO HOUSTON.

OBEL ARRIVED IN HOUSTON IN 1989 AND THEN SENT FOR ANGELITA FOUR TO SIX MONTHS LATER.

OBEL HAD NO LEGITIMATE JOB AND SOLD DRUGS TO MAKE MONEY.

ANGELITA MET DIANA GARCIA AND ARTURO RODRIGUEZ THROUGH OBEL. ANGELITA WOULD SOCIALIZE WITH THEM SAYING SHE WAS NOT PERMITTED (BY OBEL) TO WORK, MAKE FRIENDS, ETC.

ANGELITA WAS NOT SURE IF ARTURO WAS SELLING DRUGS FOR OBEL AND NEVER KNEW OF A CONFLICT BETWEEN THE TWO MEN.

ANGELITA KNEW ANGELO GARCIA, JR. FROM HER VISITS WITH DIANA. SHE DESCRIBED HIM AS A "GOOD KID; LOVING CHILD."

THE MARRIAGE BETWEEN ANGELITA AND OBEL WAS STRESSED. SOMETIMES OBEL WOULD LEAVE THEIR APARTMENT AND NOT RETURN FOR SEVERAL DAYS. SHE WOULD NOT KNOW WHERE HE WAS OR WHAT HE WAS DOING. SHE SUSPECTED OBEL OF HAVING EXTRA MARITAL AFFAIRS.

EXHIBIT 74 Page 001

ANGELITA LEARNED OF THE KIDNAPPING OF ANGELO GARCIA, JR. DURING THE AFTERNOON HOURS WHILE WATCHING THE NEWS ON CHANNEL 45. SHE THOUGHT IT WAS ABOUT TWO O'CLOCK IN THE AFTEROON WHEN SHE LEARNED OF THE KIDNAPPING. SHE RECALLED THE NEWS SHOWING A PHOTOGRAPH OF ANGELO.

ANGELITA CALLED DIANA TO OFFER ASSISTANCE IN LOOKING FOR ANGELO. DIANA TOLD ANGELITA THAT SHE DID NOT KNOW THE IDENTITY OF SUSPECTS INVOLVED. ANGELITA WANTED TO GO TO DIANA'S APARTMENT AND DIANA TOLD HER NOT TO COME OVER AND THAT THE POLICE WERE SEARCHING FOR ANGELO.

ANGELITA CALLED DIANA A SECOND TIME, AT APPROXIMATELY 7:00 PM, AND DIANA AGAIN TOLD HER THE POLICE WERE LOOKING FOR ANGELO.

ANGELITA RECALLED THAT OBEL CAME BACK TO THEIR APARTMENT AT APPROXIMATELY 2:00 AM THE FOLLOWING MORNING. SHE STATED OBEL WAS NOT AT THEIR APARTMENT AT THE TIME ANGELO WAS KIDNAPPED. SHE SAID SHE AND OBEL HAD BEEN ARGUING AND FIGHTING WITH ONE ANOTHER AND THAT OBEL WAS USING A LOT OF DRUGS AT THE TIME.

ANGELITA TOLD OBEL OF THE KIDNAPPING AND THAT SHE WANTED TO GO TO DIANA'S APARTMENT AND ASSIST IN THE SEARCH FOR ANGELO. SHE SAID OBEL REFUSED TO GO TO DIANA'S APARTMENT BECAUSE THERE WOULD BE POLICE THERE. SHE SAID OBEL TOLD HER SHE COULD GO IF SHE WANTED TO BUT HE WAS NOT GOING.

ANGELITA ASKED OBEL DIRECTLY IF HE HAD KIDNAPPED ANGELO. SHE SAID OBEL WOULD NOT ANSWER THE QUESTION. SHE SAID HE JUST LOOKED AT HER AND REMAINED SILENT.

OBEL TOLD ANGELITA HE WAS LEAVING AND BEGAN PACKING WHATEVER BELONGINGS HE HAD. HE TOLD HER SHE COULD STAY IF SHE WANTED TO BUT HE WAS LEAVING. OBEL TOLD ANGELITA HE WAS GOING TO PUERTO RICO.

ANGELITA SAID SHE HAD NO FURTHER IMMEDIATE CONTACT WITH OBEL. SHE SAID SHE REMAINED BEHIND TO ATTEND TO HER COURT CASE. SHE SPENT ABOUT ONE WEEK IN EL PASO WITH A FRIEND AND SOME TIME IN A HOUSTON MOTEL. SHE STATED HER FATHER THEN SENT HER MONEY AND SHE WENT TO THE DOMINICAN REPUBLIC. SHE STATED THIS WAS ABOUT TWO WEEKS AFTER OBEL HAD FLED THE COUNTRY.

WHEN SHE ARRIVED IN THE DOMINICAN REPUBLIC, SHE STAYED WITH HER MOTHER AND LEARNED THAT OBEL WAS ALSO IN THE DOMINICAN REPUBLIC. SHE STATED OBEL WAS STAYING APPROXIMATELY EIGHT HOURS AWAY FROM WHERE SHE WAS LIVING. ANGELITA SAID SHE TRAVELED TO WHERE OBEL WAS AND TOLD HIM SHE WANTED A DIVORCE. SHE SAID OBEL THREATENED TO KILL HER AND TOLD HER THAT HER DEATH WAS THE ONLY WAY OUT OF THE MARRIAGE. ANGELITA SAID THIS WAS THE LAST TIME SHE EVER SAW OBEL.

ANGELITA REMAINED IN THE DOMINICAN REPUBLIC FOR APPROXIMATELY SIX MONTHS AND THEN TRAVELED TO PUERTO RICO. WHILE IN PUERTO RICO, SHE SAID SHE SAW A NEWS REPORT ON THE DEATH OF ANGELO GARCIA, JR. SHE SAID SHE ALSO SAW A PHOTO OF OBEL ASSOCIATED WITH THE SAME STORY AND LEARNED THAT THE POLICE WERE SEARCHING FOR OBEL.

ANGELITA SAID SHE OBTAINED A DIVORCE FROM OBEL AFTER RETURNING TO THE UNITED STATES.

ANGELITA STATED OBEL DID HAVE A PISTOL WHEN THEY WERE TOGETHER IN HOUSTON. SHE COULD ONLY SAY THAT IT WAS A SEMI AUTOMATIC. SHE SAID THAT WHILE THEY WERE IN HOUSTON, SHE DROVE A BLUE THUNDERBIRD AND OBEL DROVE A RED OLDSMOBILE.

EXHIBIT 74 Page 002

SHE STATED DIANA GARCIA HAD RENTED THE APARTMENT IN WHICH SHE AND OBEL LIVED. SHE SAID THE APARTMENT WAS LOCATED IN HUMBLE AND THAT DIANA USED HER NAME TO RENT THE APARTMENT BECAUSE NEITHER SHE (ANGELITA) OR OBEL COULD GET CREDIT.

ANGELITA WAS ASKED ABOUT OBEL'S ASSOCIATES AT THE TIME THEY LIVED IN HOUSTON. SHE SAID SHE WAS NOT EXPOSED TO ANY EXTENT TO ANYONE OTHER THAN DIANA AND ARTURO. SHE WAS SHOWN PHOTOGRAPHS OF BIENVENIDO MELO, CANDIDO LEBRON, ARTURO RODRIGUEZ, LEONARDO GERMAN AND CARMELO MARTINEZ-SANTANA. SHE IDENTIFIED THE PHOTOS OF ARTURO RODRIGUEZ AND MARTINEZ-SANTANA. SHE STATED MARTINEZ-SANTANA WAS HER COUSIN AND IS CURRENTLY IN FEDERAL CUSTODY. SHE SAID MELO LOOKED FAMILAR TO HER BUT SHE COULD NOT BE CERTAIN. SHE DID NOT RECOGNIZE PHOTOS OF THE OTHERS.

TO CONTINUE.....


Supplement entered by =  71901
Report reviewed by-PAMELA JOHNSON         Employee number-906689
Date cleared- 09/08/08

-------------------------------------------------------------------------------

No. _J69

Offense- CAPITAL MURDER / SEXUAL ASSAULT

EXHIBIT 74 Page 003