# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:93-mj-00764-1

Case title: USA v. Rodriguez

Date Filed: 08/06/1993
Date Terminated: 10/15/1993

Assigned to: Magistrate Judge Nancy K. Johnson

**Defendant (1)**

**Angelita Santana Rodriguez**
*TERMINATED: 10/15/1993*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| UFAP | |

**Plaintiff**

**USA**
*TERMINATED: 10/15/1993*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/1993 | | COMPLAINT as to Angelita Santana Rodriguez , filed. (fmremp) (Entered: 09/14/1993) |
| 08/06/1993 | | Arrest WARRANT issued as to Angelita Santana Rodriguez (fmremp) (Entered: 09/14/1993) |
| 09/22/1993 | | Motion to dismiss complaint and ORDER granting same as to Angelita Santana Rodriguez ( Signed by Mag Judge Marcia A. Crone ), entered. Parties ntfd. (cdennie) (Entered: 10/15/1993) |

| | |
|---|---|
| 03/23/2012 | Archive Data: FRC Shipment id: 9811, Accession number: 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, Location number: 10322366, Box number: 14, Type of documents sent to FRC: c, Date documents shipped to FRC: 08/25/1998, Disposal authority: IIA6e, Disposal date: 07/01/2018, Restriction code: N, Notes: MAGISTRATE CASES. Notes 2: 73mj101 THRU 98mj141, filed. (dkellyadi, ) (Entered: 03/23/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2018 16:37:47 | | | |
| **PACER Login:** | fp0015:2550578:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:93-mj-00764 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |