Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-24, Certification of Documents**

# United States of America

Department of Homeland Security
U.S. Citizenship and Immigration Services

12/10/2012
Date *(mm/dd/yyyy)*

### Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act, and Title IV, Subtitle E, Sec. 451 and Sec. 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Services, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Carmelo MARTINEZ

Also known as (aka): Camelo MARTINEZ; Carmelo Peguero MARTINEZ; Carmelo PEGUERO-MARTINEZ;

File and/or Certificate Number: A091072010

Pages: 8

*[signature: Calvin Wilson]*
(Signature of Authorized Person)

Calvin Wilson, Records Manager
(Print-Name and Title of Authorized Person)

Houston District Office of Records
(Office of Authorized Person)

Form G-24 (Rev. 03/31/06) Y

EXHIBIT 76 Page 001

U.S. Department of Homeland Security

# Warrant of Removal/Deportation

File No: A091072010
Event No: ALW1003000034
Date: February 17, 2011

**To any immigration officer of the United States Department of Homeland Security:**

Carmelo MARTINEZ AKA:
CARMELO N. SANTANA
CARMELO PEGUERO-MARTINEZ
...(CONTINUED ON I-831)

_____
(Full name of alien)

who entered the United States at  Unknown  on  Unknown date
                                 (Place of entry)        (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☒ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
237(a)(2)(A)(iii)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2011.

_____
THOMAS DECKER
(Signature of immigration officer)

Field Office Director
(Title of immigration officer)

February 17, 2011, Philadelphia, PA
(Date and office location)

Form I-205 (Rev. 08/01/07)

EXHIBIT 76 Page 002

1

MVC
79574-079

# Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

Event No: ALW1003000034
FIN # 1113289106
File Number A091072010
Date January 3, 2011

To: Carmelo MARTINEZ AKA: SANTANA, CARMELO NINO; PEGUERO-MARTINEZ, CARMELO ; SANTANA-PEGUERO, CARMELO

Address: MOSHANNON VALLEY CORRECTIONAL CENTER 555 GEO DRIVE PHILIPSBURG PA UNITED STATES 16866
(Number, Street, City, State and ZIP Code)

Telephone: _____
(Area Code and Phone Number)

## ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Officer of the Department of Homeland Security, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you are not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined in section 101(a)(43)(B)(U) of the Immigration and Nationality Act (Act) as amended, 8 U.S.C. 1101(a)(43)(B)(U), and are ineligible for any relief from removal that the Secretary of Homeland Security, may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii). By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you deportable as charged and order that you be removed from the United States to:

DOMINICAN REPUBLIC
or to any alternate country prescribed in section 241 of the Act.

SCOTT R. BLAKE  /s/ Scott R. Blake
(Signature of Authorized Official)

ASSISTANT FIELD OFFICE DIRECTOR
(Title of Official)

2/17/2011  Allenwood, PA
(Date and Office Location)

### Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above named individual.

Served    MVC-PHILIPSBURG, PENNSYLVANIA    ~~IN PERSON~~ by fax 2/17/11
(Date, Time, Place and Manner of Service)

(A) S. IMMIGRATION ENFORCEMENT AGENT  Flick (JMH)
(Signature and Title of Officer)

Form I-851A (Rev. 08/01/07)

EXHIBIT 76 Page 003

3

To be completed by immigration officer executing the warrant:
Name of alien being removed:

Carmelo MARTINEZ

**Port, date, and manner of removal:** _____

Photograph of alien removed

Right index fingerprint of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)

EXHIBIT 76 Page 004

| U.S. Department of Homeland Security | Immigration Detainer – Notice of Action |
|---|---|

**DETAINER FAXED** 3-8-10

Subject ID : 283202900
Event No: ALW1003000034
File No. A091 072 010
Date: March 5, 2010

TO: (Name and title of institution)
MOSHANNON VALLEY CORRECTIONAL
210 LOCH LOMAND RD
PHILIPSBURG, PA 16866

From: (Office address)
DRO - Allenwood, PA Sub Office
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
DRO - Allenwood, PA Sub Office
ALLENWOOD, PA 17810

Name of alien: MARTINEZ, Carmelo  DOP# 79574-029  PRD 9-4-17
...(MISCELLANEOUS NUMBERS CONTINUED ON I-831)
Date of birth: ▮▮▮▮  Nationality: DOMINICAN REPUBLIC  Sex: M

**You are advised that the action noted below has been taken by the U.S. Department of Homeland Security concerning the above-named inmate of your institution:**

[X] Investigation has been initiated to determine whether this person is subject to removal from the United States.
[ ] A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)
[ ] A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date).
[ ] Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

[X] Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sunday's and Federal holidays) to provide adequate time for DHS to assume custody of the alien. You may notify DHS by calling _570-547-6903_ during business hours or _____ after hours in an emergency.
[ ] Please complete and sign the bottom block of the duplicate of this form and return it to this office. [ ] A self-addressed stamped envelope is enclosed for your convenience. [ ] Please return a signed copy via facsimile to _____ (Area code and facsimile number)
Return fax to the attention of _____, at _____.
(Name of officer handling case)   (Area code and phone number)
[X] Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
[X] Notify this office in the event of the inmate's death or transfer to another institution.
[ ] Please cancel the detainer previously placed by this Office on _____

STEVEN FLICK _____  IMMIGRATION ENFORCEMENT AGENT
(Signature of Immigration Officer)   (Title of Immigration Officer)

**Receipt acknowledged:**

Date of last conviction: _____  Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

Form I-247 (Rev. 08/01/07)

EXHIBIT 76 Page 005

4

| U.S. Department of Homeland Security | | Continuation Page for Form I247 |
|---|---|---|
| Alien's Name<br>MARTINEZ, Carmelo | File Number<br>A091 072 010<br>Event No: ALW1003000034 | Date<br>March 5, 2010 |

MISCELLANEOUS NUMBERS
------------------------

BOP :79574-079

| Signature<br>STEVEN FLICK | Title<br>IMMIGRATION ENFORCEMENT AGENT |
|---|---|

2 of 2 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

EXHIBIT 76 Page 006

5

| U.S. Department of Homeland Security | Subject ID : 283202900 | | Record of Deportable/Inadmissible Alien | | |
|---|---|---|---|---|---|
| Family Name (CAPS) MARTINEZ, Carmelo | First | Middle | Sex M | Hair BLD | Eyes BRO | Cmplxn LGT |
| Country of Citizenship DOMINICAN REPUBLIC | Passport Number and Country of Issue | File Number Case No:ALW1003000034 A091072010 | Height 67 | Weight 150 | Occupation Laborer |
| U.S. Address See Narrative | | | Scars and Marks See Narrative | | |
| Date, Place, Time, and Manner of Last Entry Unknown Date, Unknown Time, UNK, Without inspection | Passenger Boarded at | F.B.I. Number ███████8 | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | | Method of Location/Apprehension | |
| Date of Birth ███ Age: 41 | Date of Action 01/03/2011 | Location Code PHI/ALW | At/Near | Date/Hour |
| City, Province (State) and Country of Birth HIGUEY, OTR, DOMINICAN REPUBLIC | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By | |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Other | Status When Found IN INSTITUTION |
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. OVER 1 YEAR |
| Immigration Record POSITIVE - See Narrative | Criminal Record See Narrative | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality of Minor Children UNKNOWN |
| Father's Name, Nationality, and Address, if Known PEGUERO, Teofilo NATIONALITY: DOMINICAN REPUBLIC | Mother's Present and Maiden Names, Nationality, and Address, if Known MARTINEZ, Isabel Marcolina NATIONALITY: DOMINICAN REPUBLIC |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1113289106   Index fingerprint   Right Index fingerprint

NCIC Level 1

OTHER ALIASES KNOWN BY:
-----------------------
SANTANA, CARMELO NINO
PEGUERO-MARTINEZ, CARMELO
SANTANA-PEGUERO, CARMELO

...(CONTINUED ON I-831)

BRYAN HAEFNER
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges _____ (Date/Initials)

Distribution: A-FILE

Received: (Subject and Documents) (Report of Interview)
Officer: BRYAN HAEFNER
on: January 3, 2011 at 1340 (time)
Disposition: ADMINISTRATIVE DEPORTATION I-851/I-851A
Examining Officer: STEWART L. GINGERICH

Form I-213 (Rev. 08/01/07)

EXHIBIT 76 Page 007

6

| U.S. Department of Homeland Security | | Continuation Page for Form _____ |
|---|---|---|
| Alien's Name<br>MARTINEZ, Carmelo | File Number<br>A091072010<br>Event No: ALW1003000034 | Date<br>01/03/2011 |

US ADDRESS
----------
MOSHANNON VALLEY CORRECTIONAL CENTER 555 GEO DRIVE
PHILIPSBURG, PENNSYLVANIA, 16866,

SCARS, MARKS, AND TATTOOS
-------------------------
SCAR ARM, RIGHT, NONSPECIFIC

RECORDS CHECKED
---------------
CIS Pos
NCIC Pos
SNTRY Pos
TECS Neg

Record of Deportable/Excludable Alien:
METHOD OF APPREHENSION: Subject MARTINEZ, Carmelo is currently incarcerated by the Federal Bureau of Prisons, at the Moshannon Valley Correctional Facility, Philipsburg, Pennsylvania, under the Bureau of Prisons register number 79574-079. Subject was encountered by Allenwood ICE/DRO pursuant to the Criminal Alien Program. A detainer was filed with the institution on or about March 05, 2010.

On August 21, 1998 subject was convicted in the United States District Court, Southern District of Texas for the offense(s) of: (count 1) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE in violation of Title 21 United States Code section 846 and (count 3) USING AND CARRYING A FIREARM IN RELATION TO A DRUG TRAFFICKING OFFENSE in violation of Title 18 section 924(c)(1). Subject received a term of imprisonment to consist of 151 months on count 1 and 60 months on count 3 to run consecutively. The subjects projected release date is September 03, 2013.

ALIENAGE AND REMOVABILITY: Subject is not a citizen or national of the United States. Subject is a citizen and national of the Dominican Republic. Subject is not a Lawful Permanent Resident of the United States. Subject entered the United States on an unknown date, time and location without permission, parole or inspection by an Immigration Official.

CRIMINAL HISTORY: Subject has a criminal history to include the following:
09/26/91- ASSAULT, Harris Co. Court at Law #6 TX, sentenced to 20 days jail.
10/20/92- 1.CRIMINAL MISCHIEF; 2.ASSAULT; 3.NEGLIGENT INJURY TO A CHILD, Harris Co. District Court TX, sentenced to 20 days jail on counts 1 and 2; and 6 months jail on count 3.
01/20/94- DRIVING WHILE INTOXICATED, Harris Co Court at Law #12 TX, sentenced to 30 days jail.

IMMIGRATION HISTORY: On September 08, 1988, the subject filed an Application for Temporary Residence/Special Agricultural Worker (Form I-700) in San Juan, Puerto Rico. This application was approved and status was adjusted on September 13, 1988. On July 30, 1991, the subject was granted legal permanent residence under Section 210(a)(2)(B) of the INA. On November 18, 1993, the subject's Lawful Permanent Resident status was rescinded, therefore reverting status back to EWI.
...(CONTINUED ON NEXT PAGE)

| Signature<br>BRYAN HAEFNER | Title<br>IMMIGRATION ENFORCEMENT AGENT |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

EXHIBIT 76 Page 008

7

**U.S. Department of Homeland Security**     Continuation Page for Form __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| MARTINEZ, Carmelo | A091072010<br>Event No: ALW1003000034 | 01/03/2011 |

HEALTH/HUMANITARIAN: ▇▇▇▇▇▇▇▇.

Subject claims to have immediate family living in the United States.

A check of PACER indicates that the subject has no appeals pending.

Subject has no immigration petitions pending.

Subject has no travel documents.

Subject has not served in the United States Military.

Subject claims no fear of persecution or torture if returned to the Dominican Republic.

RECOMMENDATION:
Subject will be processed as an aggravated felon for Administrative Removal under section 238(b) of the Immigration and Nationality Act.

Signature: BRYAN HAEFNER

Title: IMMIGRATION ENFORCEMENT AGENT

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

EXHIBIT 76 Page 009