# HOUSTON POLICE DEPARTMENT

## Homicide Division

# W I T N E S S  S T A T E M E N T

County of Harris                State of Texas

Date: Thursday, October 1, 1992        Time: 426 Hrs.

Before me, the undersigned authority, this day, personally appeared **JOSE ARTURO RODRIGUEZ**, believed by me to be a credible person, who after being sworn upon his/her oath, did depose and say:

My name is JOSE ARTURO RODRIGUEZ. I am a WHITE MALE and I am ▮ years old, having been born ▮▮▮. My home address is 6705 FAIRWAY #3 and my home telephone number is 641-▮4. I can also be reached by calling N/A. My TEXAS drivers license number is ▮▮▮ and my Social Security number is ▮▮▮. I have attained 6 YEARS of formal education. I am unemployed at this time.

LAST NIGHT ME, MY WIFE DIANA, AND HER SON ANGELO WENT TO SLEEP ABOUT 11:00. MY WIFE AND ME SLEEP IN THE BED AND HER SON ANGELO SLEEPS ON THE FLOOR NEXT TO THE BED. THE TV HAD STAYED ON , IT WAS PROGRAMMED TO TURN OFF BY IT'S SELF. I WOKE UP AND SAW THE TV ON, I WAS STILL IN BED WHEN I HEARD A NOISE , THE NOISE WAS COMING FROM THE FRONT DOOR. I GOT UP AND STARTED WALKING TOWARDS THE FRONT DOOR WHEN I WAS MET BY THIS MAN HOLDING A GUN IN HIS HAND . THE MAN TOLD ME IN ENGLISH , DON'T MOVE , DON'T MOVE, AND THEN HE WALKED ME TOWARDS THE BED. THE MAN HAD A MASK COVERING HIS FACE , THE MASK IS LIKE THE ONES YOU USED TO COVER YOUR FACE WHEN IT'S COLD. I THINK THE MASK WAS EITHER BROWN OR BLACK , I'M NOT TO SURE THE ONLY LIGHTING WAS THE LIGHTING FROM THE TV. THE MAN WALKED ME TO MY BED AND PUSHED ME DOWN ON THE BED. HE TIED MY HANDS WITH THE TELEPHONE CORD, THEN HE PUT A PILLOW CASE OVER MY HEAD . HE THEN TOOK THE PILLOW CASE OFF AND TIED A CLOTH OVER MY MOUTH AND THEN PUT THE PILLOW CASE BACK OVER HIS HEAD COVERING HIS FACE. THE MAN THEN STARTED HITTING HIM ON THE HEAD WITH THE GUN ABOUT THREE TIMES AND THEN HE PUSHED ME ON THE FLOOR AND HE STARTED KICKING ME ON THE BACK AND RIBS. I BEGIN TO PASS OUT , I WAS GASPING FOR AIR , I COULD BEARLY HEAR WHAT WAS BEING SAID OR HAPPENING . I COULD HEAR SOME NOISES , I THOUGH THEY WERE HITTING MY WIFE BECAUSE SHE WAS SCREAMING. THE NEXT THING I REMEMBER IS MY WIFE TAKING THE PILLOW CASE AND THE CLOTH OVER MY MOUTH OFF. I TURNED OVER AND LOOKED AT HER ASKING HER WHAT HAPPEN. WHEN I DID THIS, I SAW ONE OF THE MAN LOOKING INTO THE BEDROOM , I GOT BACK DOWN ON THE FLOOR THINKING THAT HE WAS COMING BACK INTO THE BEDROOM. AFTER THAT WE GOT UP AND MY WIFE DIANA STARTED FOR THE BABY ANGELO. WE LOOKED UNDER THE BED THINKING HE WAS HIDING , WE LOOKED AROUND THE ROOM AND SAW THAT HE WAS MISSING, SO WE WALKED OUTSIDE , MY WIFE WALKED TO THE NEIGHBOR AND KNOCKED ON THE DOOR , THE NEIGHBOR CAME OUTSIDE , MY WIFE TOLD HER WHAT HAPPEN. A ANOTHER NEIGHBOR WHO LIVES UPSTAIRS ALSO CAME OUTSIDE AND SHE WAS

The above portion of this, my statement, had been read to me by _C.P. HERNANDEZ_ and I find it to be true and correct to the best of my knowledge.

_Jose A Rodriguez_
Signature

_M. E. Doyle_
Notary Public

M. E. DOYLE
Notary Public, State of Texas
My Commission Expires 8/25/93

EXHIBIT 78 Page 001

End of page 1.
Page 2 of statement of ARTURO RODRIGUEZ.

THE ONE THAT CALLED THE POLICE. WE STAYED THERE UNTIL THE POLICE CAME.

THE MAN THAT WALKED INTO THE APARTMENT AND POINTED THE GUN AT ME WAS TALL, ABOUT 6'0 TALL, HE WAS STOCKY LIKE YOU THE OFFICER, HE WAS WEARING A BROWN OR BLACK MASK LIKE THE ONE YOU USE WHEN IT'S COLD OVER HIS FACE. THE CLOTHES WERE ALL THE SAME COLOR DARK, LIKE A BROWN OR BLACK . THE SHIRT WAS ALSO DARK COLOR AND LONG SLEEVE. THE GUN WAS A LARGE GUN , AUTOMATIC , IT WAS BLACK. THE MAN SOUNDED LIKE A BLACK MAN TALKING , HE WAS SAYING THINGS TO ME IN ENGLISH, I KNOW HE WASN'T A MEXICAN , NOR A WHITE MAN AMERICAN , HE SOUNDED LIKE A BLACK MAN. THIS IS ALL THAT HAPPEN, EVERYTHING HAPPEN SO FAST.

I have been informed that under the PENAL CODE of the STATE OF TEXAS, Section 37.02: A person commits the offense of PERJURY if, with intent to deceive and with knowledge of the statement's meaning; he/she makes a false statement under oath or swears to the truth of a false statement previously made; and the statement is required or authorized by law to be made under oath.

I have read this, my statement, consisting of 2 page/pages, and find it to be true and correct to the best of my knowledge as typed by U.P. HERNANDEZ.

x _____
         Signature

Subscribed and sworn to before me, the undersigned authority on Thursday, October 1, 1992

_____
    Notary Public

End of statement of ARTURO RODRIGUEZ.

M. E. DOYLE
Notary Public, State of Texas
My Commission Expires 8/25/93

EXHIBIT 78 Page 002