**HCDistrictclerk.com**    The State of Texas vs. SANTANA, CARMELO NINO (SPN:    6/29/2019
01206555)
Cause: 063207301010    CDI: 3    Court: 209

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 12/21/1992 | ORDER | ORD GRANT CHRISTMAS RELEASE | 995 |
| 12/21/1992 | RECORDED | VOLUME 0861 PAGE 0827 APP MINUTES CM | |
| 12/21/1992 | OFFENSE | INJURE CHILD LEVEL MA | |
| 10/23/1992 | ORDER | ATTORNEY FEE VOUCHER | 996 |
| 10/23/1992 | ORDER | ATTY FEE AMT $142.85 | 996 |
| 10/23/1992 | RECORDED | VOLUME 0821 PAGE 0374 APP MINUTES CM | |
| 10/20/1992 | ATTORNEY | GOODE, KENNETH E. | 998 |
| 10/20/1992 | ATTORNEY | AAT COURT 209 CFI 209 | |
| 10/20/1992 | JUDGE | MCSPADDEN, MICHAEL T. PRESIDING | |
| 10/20/1992 | SENTENCED IN | COURT 209 STARTING 10/08/92 | 999 |
| 10/20/1992 | SENTENCE TO | 6 MONTHS CONFINEMENT | |
| 10/20/1992 | CREDIT GIVEN | DEFENDANT RECEIVED 14 DAYS CREDIT | |
| 10/20/1992 | ORDER | ORD APP COUNSEL | 997 |
| 10/20/1992 | RECORDED | VOLUME 0818 PAGE 0226 APP MINUTES CM | |
| 10/20/1992 | OFFENSE | INJURE CHILD LEVEL MA | |
| 10/20/1992 | JUDGMENT | CONVICTION | 999 |
| 10/20/1992 | JUDGMENT | LESSER OFF. GUILTY PLEA - NO JURY | |
| 10/20/1992 | JUDG OFFENSE | INJURE CHILD LEVEL MA | |
| 10/20/1992 | PENALTY | HCJ AMOUNT 6 MONTHS | |
| 10/20/1992 | RECORDED | VOLUME 0818 PAGE 0715 APP MINUTES CM | |
| 10/09/1992 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 10/08/92 | |
| 10/09/1992 | | RECEIPTED BY CLERK | |
| 10/05/1992 | ACI/BF | TIME 1319 AMOUNT $4000 | 998 |
| 10/05/1992 | | ACKNOWLEDGED BY SHERIFF | |
| 06/02/1992 | MOTIONS | MO TO SUB ATT | 999 |
| 06/02/1992 | MOTIONS | FILED CFI 209 | |
| 06/02/1992 | ORDER | ORD GRNTD MO TO SUB ATT | 998 |
| 06/02/1992 | RECORDED | VOLUME 0712 PAGE 0226 APP MINUTES CM | |
| 06/02/1992 | OFFENSE | INJURE CHILD LEVEL F2 | |
| 05/29/1992 | GRAND JURY ACTION | FID 05/29/92 G185 | 999 |
| 05/29/1992 | GRAND JURY ACTION | ROTATION CRT 209 OFF FREQ BND $2000 | |
| 05/29/1992 | GRAND JURY ACTION | OFFENSE INJURE CHILD LEVEL F2 | |
| 05/29/1992 | ORI | ******************** OFFENSE NO: | |
| 05/21/1992 | BOND FILED | CRT 209 TIME 0504 TYPE SURETY | |
| 05/21/1992 | BOND MADE | AMT $2000 DATE 05/20/92 RCPT # 132421 | |
| 05/21/1992 | BONDSMAN | IFIC-BETNCOURT, MARIJO "JO" | |
| 05/12/1992 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 05/11/92 | |
| 05/12/1992 | | RECEIPTED BY CLERK | |
| 05/11/1992 | ATTORNEY | GOODE, KENNETH E. | 999 |

| Date | Type | Description | |
|------|------|-------------|---|
| 05/11/1992 | ATTORNEY | AAT COURT 209 CFI 209 | |
| 05/11/1992 | JUDGE | MCSPADDEN, MICHAEL T. PRESIDING | |
| 05/11/1992 | ORDER | ORD APP COUNSEL | 999 |
| 05/11/1992 | RECORDED | VOLUME 0696 PAGE 0522 APP MINUTES CM | |
| 05/11/1992 | OFFENSE | INJURE CHILD LEVEL F2 | |
| 05/09/1992 | CMIF | TIME 1159 AMOUNT $2000 | 999 |
| 05/09/1992 | | ACKNOWLEDGED BY SHERIFF | |
| 05/08/1992 | COMPLAINT FILED | 0030 209 INJURE CHILD LEVEL F2 | |
| 05/08/1992 | BOND SET | $2000 | 999 |
| 05/08/1992 | | REVIEWED BY | |
| 05/08/1992 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 4898069 | |
| 05/08/1992 | COMPLAINANT | C RAYBOULD | |

DEFENDANT: CANDELA KING    INJURY TO CHILD   2,000.

| CAUSE # | DIST. CT. | CW | | FILING AGENCY | OR # |
|---|---|---|---|---|---|
| 632073 | 209 | INDIAN GROUND | | RPD | 4898069 |

**RECOMMENDATION**

7-6 Blk + 5 Hrd Lbk

10 yrs prob/$1000 fine + 3rd HCJ + STOPP + 160 hrs Com Serv.

△ Atty. Appointed □ Retained □ Atty. Read File Yes □ No □ Date Read ___ Tel. #

| DATE OFF. | DATE CHG. | DATE 24 HR. | DATE TO CEN. REC. | AUTH. ADA |
|---|---|---|---|---|
| 050792 | 050792 | | MAY 11 1992 | TIREY |

△ Atty. (Co-Counsel, Subsequent)    Tel. #

| | GJ DATE | |
|---|---|---|
| 10 405 | | |

ADA: **MOSELEY**   DATE WAIVED IND.

**TRUE BILL**   Foreman   MAY 20 1992

G.J. ACTION/DATE

### PLEA/TRIAL

| | |
|---|---|
| P.G. | ☑ |
| PNG | □ |
| NOLO | □ |
| Plea w/Agreed Rec. | ☑ |
| Plea W/O Agreed Rec. | |
| Unlimited Argument | □ |
| Plea W/O Agreed Rec. | |
| Limited Argument | □ |
| Plea W/O Rec. | □ |
| Red to Misd. Class A | ☑ |
| Sen Fel/Misd Punmt. 12.44A | □ |
| Red Fel.: | □ |

**IF CONTESTED MATTER:**
Court Trial □
Jury Trial □

### DISPOSITION

**PENALTY**

| | | |
|---|---|---|
| COURT PUNISH | | ☑ |
| JURY PUNISH | | □ |
| STACKED | | □ |
| | Prob. Defer. | |
| ___ Yrs. TDC | □ □ | |
| ___ C.C. Fac | □ □ | |
| 10 months Jail | □ □ | |
| ___ Fine | □ □ | |
| ___ Hrs. Commun. Serv. | | |
| ___ Restitution Amt. | | |
| Not Guilty | | □ |
| VIS to Court Yes □ No □ | | |
| Disposition Date 10-20-92 | | |
| Disposing ADA #503 Kins | | |
| By | | |

**DISMISSAL/NOLLE**

| | |
|---|---|
| 1. PG ON OTHER CHARGE | □ |
| 2. IN CUSTODY ELSEWHERE | □ |
| 3. OLD CASE, NO ARREST | □ |
| 4. MISSING WITNESS | □ |
| 5. REQUEST OF C/W | □ |
| 6. MOT. TO SUPPRESS GRANTED | □ |
| 7. CO △ TRIED, THIS △ TESTIFY EXPLANATION REQUIRED NO. 8, 9, 11 (SEE NOLLE) | □ |
| 8. INSUFFICIENT EVIDENCE | □ |
| 9. CO △ CONVICTED INSUF. EVIDENCE THIS △ | □ |
| 10. CASE REFILED | □ |
| 11. OTHER | □ |

### SETTINGS

PURPOSE 100?

Talk to def

| DATE | |
|---|---|
| 5-11-92 PIA | |
| 6-2-93 ARR | |
| 6-16-92 NTRL | |
| 7-2-92 DISP | |
| 7-6-92 DISP | |
| 7-29-92 DISP | |
| *10-5-92 JTRL (BF) * | |

### ENHANCEMENT

| PARA. | T | NT | NONE Aban. | WHICH PRIMARY PARA ABAND? | SPECIAL CONDITIONS OF SENT. |
|---|---|---|---|---|---|
| 1st | □ | □ | □ | | |
| 2nd | □ | □ | ☑ | | |

9222074 / Ct 14 / Assault / pending
9222023 / Ct 14 / Crim Mich / pending
9138790 / Ct 6 / Assault / 2 days / 9-26-91 / 448: 148 cm

**RECEIVED**
MAY 27 1992
G.J. DIVISION

**GRAND JURY TESTIMONY**
Date ___
Reporter ___
Witnesses ___

Exam Trial ___
Date ___
Reporter ___

**PRIORS**
□ 1st Offender
□ 2nd Offender
□ Habitual
□ Prior Probation
□ On Probation
□ Prior Deferred
□ On Deferred

EXHIBIT 79 Page 003

**SUMMARY OF FACTS:**

THE COMPL. AND HER MOTHER WERE ON THE PARKING LOT OF THE APT. COMPLEX, WHERE THEY LIVE. AT WHICH TIME THE SUSPECT WAS SEEN STANDING BY A PARKED VEHICLE. GRABBED THE COMPL. BY THE HAIR, CAUSING PAIN. THE SUSPECT THREW THE COMPL. TO THE CONCRETE GROUND WHEN HER MOTHER ATTEMPTED TO PROTECT HER.

| | | | INJURY TO CHILD | 2,000. | |

SANTANA, CARMELO NINO

RECOMMENDATION
(6mo Prob (T)12.44(b))
7-6 TRL ✓ 5-Hung Jck
10 yrs prob/$1000 fine + 3ad HCT + SIPP + 160 hrs
△ Atty. Appointed □ Retained □ Atty. Read File Yes □ No □ Date Read _____
Com. Serv.

| CAUSE # | DIST. CT. | CW | FILING AGENCY | OR # |
|---|---|---|---|---|
| 632073 | 209 | MEDIAN ORTUNO | HPD | 4898069 |

△ Atty. (Co-Counsel, Subsequent) _____

| | DATE OFF | DATE CHG. | DATE 24 HR. | DATE TO CEN. REC. | AUTH. ADA |
|---|---|---|---|---|---|
| COMPANION CASES & CAUSE# | 050792 | 050792 | | MAY 11 1992 | TIREY |

### PLEA/TRIAL / DISPOSITION / SETTINGS

| PLEA/TRIAL | DISPOSITION | DISMISSAL/NOLLE | DATE | PURPOSE |
|---|---|---|---|---|
| P.G. ☑ | PENALTY | 1. PG ON OTHER CHARGE □ | 5-11-92 PEA | 1000 |
| PNG □ | COURT PUNISH ☑ | 2. IN CUSTODY ELSEWHERE □ | | Falk to def |
| NOLO □ | JURY PUNISH □ | 3. OLD CASE, NO ARREST □ | 6-2-92 ARR | |
| Plea w/Agreed Rec. ☑ | STACKED □ | 4. MISSING WITNESS □ | 6-16-92 NTRL | |
| Plea W/O Agreed Rec. | Prob. Defer. | 5. REQUEST OF C/W □ | 7-2-92 DISP | |
| Unlimited Argument □ | ___ Yrs. TDC □ □ | 6. MOT. TO SUPPRESS GRANTED □ | 7-6-92 DISP | |
| Plea W/O Agreed Rec. | C.C. Fac □ □ | 7. CO.△TRIED THIS△TESTIFY | 7-29-92 DISP | |
| Limited Argument □ | 6 months Jail □ □ | EXPLANATION REQUIRED | | |
| Plea W/O Rec. □ | ___ Fine □ □ | NO. 8, 9, 11 (SEE NOLLE) □ | 10-5-92 JTRL (BF) ✱ | |
| Red to Misd. Class A ☑ | ___ Hrs. Commun. Serv. | 8. INSUFFICIENT EVIDENCE ☑ | | |
| Sen Fel/Misd Punmt. 12.44A □ | ___ Restitution Amt. | 9. CO. △ CONVICTED INSUF- | | |
| Red Fel.: _____ □ | Not Guilty □ | EVIDENCE THIS △ □ | | |
| IF CONTESTED MATTER: | VIS to Court Yes □ No □ | 10. CASE REFILED □ | | |
| Court Trial □ | Disposition Date 10-20-92 | 11. OTHER □ | | |
| Jury Trial □ | Disposing ADA #___ HAWKINS | | | |
| | By _____ | | | |

### GRAND JURY TESTIMONY

| ENHANCEMENT PARA. | T | NT | NONE Aban. | WHICH PRIMARY PARA ABAND? | SPECIAL CONDITIONS OF SENT.: |
|---|---|---|---|---|---|
| 1st | □ | □ | □ | | |
| 2nd | □ | □ | ☑ | | |

9232074 / Ct 14 / Assault / pending
9232023 / Ct 14 / Crim Misch / pending
9138796 / Ct 6 / Assault / 20 days / 9-26-91 / 448: 148 cm

RECEIVED
MAY 27 1992
G.J. DIVISION

### PRIORS
☑ 1st Offender
□ 2nd Offender
□ Habitual
□ Prior Probation
□ On Probation
□ Prior Deferred
□ On Deferred

EXHIBIT 79 Page 004

SUMMARY OF FACTS:
THE COMPL. AND HER MOTHER WERE ON THE PARKING LOT OF THE APT. COMPLEX. WHERE THEY LIVE. AT WHICH TIME THE SUSPECT WHO WAS STANDING BY A PARKED VEHICLE CHARGED TOWARD THEM. THE SUSPECT WHO WAS INTOXICATED BY AN UNK. SUBSTANCE, GRABBED THE COMPL. BY THE HAIR, CAUSING PAIN. THE SUSPECT THREW THE COMPL. TO THE CONCRETE GROUND WHEN HER MOTHER ATTEMPTED TO PROTECT HER.

GJ DATE

# 405

J ADA
MOSELEY

DATE WAIVED

TRUE BILL
Foreman
MAY 12 1992

Sharp

G. J. ACTION/DATE

SANTANA, CARMELO NINO | INJURY TO CHILD | 2,000. | )

| | | | | | |
|---|---|---|---|---|---|

6 mo Prob (J) 12.44 (b)

RECOMMENDATION ☑ ♦ Hanly stk
7-6-92
10 yrs prob/$1000 fine + 3rd HCJ + SIPP + 160 hrs
△ Atty. Appointed ☐ Retained ☐ Atty. Read File Yes ☐ No ☐ Date Read
Tel. #
Com
Serv.

CAUSE #
632073
COMPANION CASES & CAUSE #

| DIST. CT. | CW | | FILING AGENCY | OR# |
|---|---|---|---|---|
| | NEDIAN ORTUNO | | HPI | 4898069 |

| DATE OFF | DATE CHG. | DATE 24 HR. | DATE TO CEN. REC. | AUTH. ADA |
|---|---|---|---|---|
| 050792 | 050792 | | MAY 11 1992 | TIREY |

△ Atty. (Co-Counsel, Subsequent)          Tel. #

**PLEA/TRIAL**

| | |
|---|---|
| P.G. | ☑ |
| PNG | ☐ |
| NOLO | ☐ |
| Plea w/Agreed Rec. | ☑ |
| Plea W/O Agreed Rec. Unlimited Argument | ☐ |
| Plea W/O Agreed Rec. Limited Argument | ☐ |
| Plea W/O Rec. | ☐ |

J# 
0405
J ADA          DATE WAIVED
MOSELEY

TRUE BILL
MAY 20 1992   Foreman
35th
Talmadge Sharp
G. J. ACTION/DATE

**DISPOSITION**

PENALTY

| | |
|---|---|
| COURT PUNISH | ☑ |
| JURY PUNISH | ☐ |
| STACKED | ☐ |

Prob. Defer.
____ Yrs. TDC ☐ ☐
____ C.C. Fac ☐ ☐
_Temonths_ Jail ☐ ☐
____ Fine ☐ ☐
____ Hrs. Commun. Serv.
____ Restitution Amt.

| | |
|---|---|
| Red to Misd. Class A | ☑ |
| Sen Fel/Misd Punmt. 12.44A | ☐ |
| Red Fel.: | ☐ |

Not Guilty ☐
VIS to Court    Yes ☐ No ☐
Disposition Date 10-20-92
Disposing ADA Hawkins
By _____

**DISMISSAL/NOLLE**

| | |
|---|---|
| 1. PG ON OTHER CHARGE | ☐ |
| 2. IN CUSTODY ELSEWHERE | ☐ |
| 3. OLD CASE, NO ARREST | ☐ |
| 4. MISSING WITNESS | ☐ |
| 5. REQUEST OF C/W | ☐ |
| 6. MOT. TO SUPPRESS GRANTED | ☐ |
| 7. CO. △ TRIED THIS △ TESTIFY EXPLANATION REQUIRED NO. 8-9, 11 (SEE NOLLE) | ☐ |
| 8. INSUFFICIENT EVIDENCE | ☐ |
| 9. CO. △ CONVICTED INSUF- EVIDENCE THIS △ | ☐ |
| 10. CASE REFILED | ☐ |
| 11. OTHER | ☐ |

IF CONTESTED MATTER:
Court Trial ☐
Jury Trial ☐

**SETTINGS**

| DATE | PURPOSE |
|---|---|
| 5-11-92 PIA | 1002 Talk to dct |
| 6-2-93 AZR | |
| 6-16-92 NTRL | |
| 7-2-92 DISP | |
| 7-6-92 DISP | |
| 7-29-92 DISP | |
| 10-5-92 JTRL (BF) * | |

| ENHANCEMENT PARA. | T | NT | NONE ☑ Aban. | WHICH PRIMARY PARA. ABAND?: | SPECIAL CONDITIONS OF SENT.: |
|---|---|---|---|---|---|
| 1st | ☐ | ☐ | ☐ | | |
| 2nd | ☐ | ☐ | ☐ | | |

GRAND JURY TESTIMONY
Date _____
Reporter _____
Witnesses _____

9220074 / Ct 14 / Assault / pending
9222023 / Ct 14 / Crim Misch / pending
9138776 / Ct 6 / Assault / 2 days / 9-26-91 / 448: 148 cm

Exam Trial _____
Date _____
Reporter _____

EXHIBIT 79 Page 005

**PRIORS**
☑ 1st Offender
☐ 2nd Offender
☐ Habitual
☐ Prior Probation
☐ On Probation
☐ Prior Deferred
☐ On Deferred

RECEIVED
MAY 27 1992
G. J. DIVISION.

SUMMARY OF FACTS:

THE COMPL. AND HER MOTHER WERE ON THE PARKING LOT OF THE APT. COMPLEX. WHERE THEY LIVE. AT WHICH TIME THE SUSPECT WHO WAS STANDING BY A PARKED VEHICLE CHARGED TOWARD THEM. THE SUSPECT WHO WAS INTOXICATED BY AN UNK. SUBSTANCE, GRABBED THE COMPL. BY THE HAIR, CAUSING PAIN. THE SUSPECT THREW THE COMPL. TO THE CONCRETE GROUND WHEN HER MOTHER ATTEMPTED TO PROTECT HER.

THE STATE OF TEXAS
VS.

CARMELO NINO SANTANA     SPN: 01250246 999     DATE PREPARED: 050792    BY: cr    DA NO. 518
6113 GULF FREEWAY #278     DOB: BN/010168     AGENCY: HPD    O/R NO.: 4898069
NUMSUXN3XNGNEGZNX HOUSTON, TEXAS     NCIC CODE: 3802-50    ARREST DATE: 050792

FELONY CHARGE:     RELATED CASES:
INJURY TO CHILD

CAUSE NO.: 632073
HARRIS COUNTY DISTRICT COURT NO.: -209     BAIL $ 2,000.

PRIOR CAUSE NO.:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,

CARMELO NINO SANTANA

hereafter styled the Defendant, heretofore on or about _____ MAY 7, 1992 _____, did
then and there unlawfully

intentionally and knowingly engage in conduct that caused bodily
injury to Nedian Ortuno, hereafter styled the Complainant,
a child younger than fifteen years of age, by pulling the Complainant's
hair and by throwing the Complainant to the ground.

AGAINST THE PEACE AND DIGNITY OF THE STATE.
EXHIBIT 79 Page 006

185th     Foreman

Talmadge Sharp

FOREMAN OF THE GRAND JURY

HOUSTON POLICE DEPARTMENT                    PAGE 1.001
CURRENT INFORMATION REPORT   Incident no. 048980692 G

Offense- ASSAULT/CRIMINAL MISCHIEF/INJURY TO A CHILD %
Premises- APT COMPLEX                    Weather- MILD / CLR

Location: Street no- 006113  Name- GULF
         Type- FWY    Suffix-    Apt no- 463
     City-HOUSTON          County-HARRIS         Kmap-534G Dist-11 Beat-11H10
Neighborhood-code-00175 Desc-IDYLWOOD,FAIR OAKS,SUNNYLAND

Begin date- TH 05/07/92 Time- 0630  End date- TH 05/07/92 Time- 0700
Received/Employee: Name-PG SALDIVAR         No.-048481 Date-05/07/92 Time-0700
--------------------------------------------------------------------------------

COMPLAINANT(S)

No-01 Name: Last-PONCE          First-IRMA        Middle-
     Race-W Sex-F Age-21 Hispanic-H
     Address-6113 GULFFREEWAY #463
     Phone: Home-(713) 926-1160 Business-(000) 000-0000 Ext-
     Driver license#-NONE
     Force used against complainant- Y      DOB- ▮
     Relation to susp-NEIGHBOR

No-02 Name: Last-ORTUNO          First-RAQUEL.     Middle-ARELLANO
     Race-W Sex-F Age-24 Hispanic-H
     Address-6113 GULFFRWY #478
     Phone: Home-(713) 921-4364 Business-(000) 000-0000 Ext-
     Driver license#-▮
     Force used against complainant- Y      DOB- ▮
     Relation to susp-NEIGHBOR

No-03 Name: Last-▮          First-▮        Middle▮
     Race-W Sex-F Age- 6 Hispanic-H
     Address-6113 GULFFRWY #478
     Phone: Home-(713) 921-4364 Business-(000) 000-0000 Ext-
     Force used against complainant- Y      DOB- ▮
     Relation to susp-NEIGHBOR
--------------------------------------------------------------------------------

WITNESS(S)

NONE
--------------------------------------------------------------------------------

EXHIBIT 79 Page 007      REPORTEE(S)

NONE

## DETAILS OF OFFENSE

THE ARRESTED SUSPECT WAS HALLUCINATING AND BECAME VIOLENT.  THE SUSPECT
ASSAULTED THE #2 AND #3 COMPL. AND BROKE THE WINDOWS TO APT.#463

Officer1: Name-PG SALDIVAR           Employee no-048481 Shift-1
Division/Station #-E SIDE        Unit #-11H12

Call received: Date-05/07/92 Time-0648 Report made: Date-05/07/92 Time-0655

EXHIBIT 79 Page 008

END OF PAGE ONE

/4/92      HUGHES                    No. ____632073____

E STATE OF TEXAS          **IN THE ____209th__ DISTRICT COURT**
                          **Of Harris County, Texas**

|                        |              | OFFENSE | COUNT |
|------------------------|--------------|---------|-------|
| CARMELO N. SANTANA     | DF NO. ( )   | INJ TO A CHILD |       |
|                        | DF NO. ( )   |         |       |
|                        | DF NO. ( )   |         |       |

lease issue Subpoena _____ in the above styled cause for the following named witness _____
esiding in __ HARRIS _____ County, and whose exact location and avocation as far as
nown, I below state:

| | | |
|---|---|---|
| Irma Ponce | 6113 Gulf Fwy #463 | Houston, TX 77023 |
| ✓ Racquel Arellano Ortuno | 6113 Gulf Fwy. #478 | Houston, TX 77023 |
| ✓ ██████ ██████ | 6113 Gulf Fwy. #478 | Houston, TX 77023 |
| Cynthia Espinoza | 6117 Gulf Fwy. #468 | Houston, TX 77023 |
| Lucia Espinoza | 6117 Gulf Fwy. #468 | Houston, TX 77023 |
| HOUSTON POLICE DEPT. OR/ 3 048900692 | | |
| P.G. Saldivar      48481 | (w) 926-8061 | |
| R. Martinez      81409 | | |
| A.F. Alanis      43096 | pg. 765-7686 | |
| a | | |

if to be found in your county, to be and appear before the Honorable ___Michael McSpadden, 209th___
District Court in and for Harris County, on ____October 5____, 19 __92__ at 8:45 a.m.,
to give evidence in behalf of the State and Defendant in a certain cause wherein the State of Texas is Plaintiff, and
____CARMELO N. SANTANA____
is Defendant , and there to remain from day to day, and from term to term until discharged by the Court.

The Testimony of said witness _____ is believed to be material to the State.

_____
Assistant District Attorney
Harris County, Texas

Sworn to and subscribed before me, this _____ day of _____ A.D.
19 _____ .

KATHERINE TYRA
DISTRICT CLERK
HARRIS COUNTY, TEXAS

EXHIBIT 79 Page 009          By _____ Deputy

COURT 209    PROSECUTOR C. Hughes    TRIAL DATE 10-5-92

DEFENDANT Carmelo N. Santana    OFFENSE Injury to Child

DEFENDANT _____    OFFENSE _____

CAUSE NO. 632073

## WITNESSES

1. Irma Ponce, 6113 Gulf Freeway #463, Houston TX 77023

2. Racquel Arellano Ortuno 6113 Gulf Freeway # 478, Houston

3. ████ ████ ████, 6113 Gulf Freeway, # 478, Houston

4. Cynthia Espinoza, 6117 Gulf Freeway No 468, Houston

5. Lucia Espinoza 6117 Gulf Freeway No 468 - Houston

6. _____

7. _____

8. _____

9. _____

10. _____

## POLICE OFFICERS

AGENCY HPD    OR # 048980692

| NAME | EMP. NO. | NAME | EMP. NO. |
|------|----------|------|----------|
| P G Saldivar | 48481 | | |
| R. Martinez | 81409 | | |
| A.F. Alanis | 43096 | | |

EXHIBIT 79 Page 010

**DEFENDANT:** Carmelo N. Santana

**CAUSE:** 632673

**DATE:** 10-1-92

HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE - HOUSTON, TEXAS

progress of investigation, additonal information, etc:

Run D/L number for mother of C/W. It shows a different address and appears to have been changed when she renewed it in Liew. on her birthday. I will have to go to this location and attempt to contact Ms Ortuno. 7500 Plum Creek # 3911 is the new address?

Went to above address but the lady that answered the door spoke no English. I went to the office and one of the ladies went with me to # 3911 and translated. The C/w and her mother do live there but Mrs. Ortuno was at work. I left my card with Koetig's name and number and she is supposed to call him tomorrow.
Questions: #1 - Needs to be on call for Mon 10-5.
#2 - Does C/w speak English. Does she think she would be able to testify. #3 - Feelings on punishment.

**REPORT MADE BY:** H Nays

#4. Keep in touch of rest.

EXHIBIT 12 Page 01

**DEFENDANT:** Carmelo N. Santana

**CAUSE:** 6 32073

**DATE:** 10-1-92

progress of investigation, additonal information, etc:

Ran D/L number for mother of C/W. It shows a different address and appears to have been changed when she renewed it in Cine. on her birthday. I will have to go to this location and attempt to contact Ms. Ortuno. 7500 Plum Creek #3911 is the new address?

Went to above address but the lady that answered the door spoke no English. I went to the office and one of the ladies went with me to #3911 and translated. The C/w and her mother do live there but Mrs. Ortuno was at work. I left my card with Rockie's name and number and she is supposed to call him tomorrow.

Questions: #1. Needs to be on call for Mon 10-5. #2- Does C/w speak English. Does she think she would be able to testify. #3- Feelings on punishment.

**REPORT MADE BY:** A Hays

#4. Keep EXHIBIT 70 Page 012 of visit.

10-2-92
8:30 Am

- Spoke to Raquel Ortuno, Mother
of CW: ████ ████ ████ ██ ████

- Says the A's female Atty. Came out
& spoke to Her. Asked Her if she
wanted to drop the case, etc.
- She told the Atty. she has serious
concerns of the A's action & the
possibility of serious Injury to Her
child or Any other child.
- I explained the DA's position & State's
Responsibility to Protect child/oned.
- She fears for the Safety of Her child
if A is Released from Jail. I
explained "No CONTACT" Bond & Retaliation.
- She says since Incident - She moved
to: 7500 Plum Creek #3911
Hou, Tx. 77012
Home # 645-2071
Work # 926-0788 (Hou) 9am-5pm
Monday - Friday - this is A Beauty Salon -
Also! she moved CW to Another school ██
████ ████ Ele. school
① Feelings on Punishment - What-ever DA
feels Appropriate for A & His Crime.
② CW - Can testify & is capable of
telling What A did to Her.
③ On-Call for Monday - Oct. 5, 92.
Advised Her to Keep in Touch & Gave
Her my Name & Office #.
A. R. Rocamontes
DA Inv.
EXHIBIT 79 Page 013
208th District Court

CENTRAL INTAKE FIELD REPORT

LOCATION:     FROM     TO DAI

FELONY / MISD - TRIAL ASST. SCREEN ASST.     SPN NO. J.P. PRECINCT:--
JAIL: X  TO BE: -     GILBERT   *Tiky* *sir*     BOND REC.$ 2000
DEFENDANT: LAST SANTANA     FIRST CARMELO     MIDDLE NINO
ALIASES:     MARTINEZ,     RUDY
ADDRESS:   6113 GULFFRWY #278     CITY:HOU     ST:TX ZIP:000000000
RACE:H SEX:M DOB: ███ DL #: . -     ST:     SSN: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
ADDRESS TYPE: RES     PHONE: 000-000-0000     MARITAL  CITIZEN
BUILD:ME  HGT:507 WGT:135 HAIR:BRO EYES:BRO SKIN:LGT STATUS:S OF U.S.:N
SCARS:     BIRTH STATE:DR OCCUPATION:MECHANIC
CO-DEFENDANTS:
DATE OF OFFENSE:05/07/92 POLICE AGENCY:HPD     OFFENSE REPORT NO:004898069
DATE OF ARREST: 05/07/92 HPD ID NO:585695     OTHER LAW ENF. ID NO:
PRIOR CONV:   0 S.O.#:     FBI #: ███     DPS #: ███
DEF"S CRIMINAL RECORD: PRIOR CONVICTIONS:( )YES ( )NO PEND. CASE( )YES ( )NO
LIST FINAL CONVICTIONS (OFFENSE AND YEAR):

CHARGE: ~~RECKLESS~~ *intentional* INJURY TO A CHILD     *by pulling the hair and by ~~pushing~~ throwing EW to ground.*

LOCATION: 6113 GULFFRWY     TIME: 0700

[ ] SECOND OFFENDER   [ ] HABITUAL
WITNESSES: INCLUDE NAMES, ADDRESS (INCLUDING CITY), HOME AND BUSINESS PHONE
NUMBER OF CIVILIAN WITNESSES.   PAYROLL NUMBERS AND AGENCIES OF POLICE WITNESSES.
COMPLAINANTS OR WITNESSES: (LIST COMPLAINTS FIRST)

1. COMPL: ███████████, 6113 GULFFRWY #478, HOU. TX.  921-4364
2. WITNESS: ORTUNO, RAQUEL ARELLANO, 6113 GULFFRWY #478, HOU. TX.   921-4364
3.
4.
5.                   632073/209
6.

SUMMARY OF FACTS:

THE COMPL. AND HER MOTHER WERE ON THE PARKING LOT OF THE APT. COMPLEX. WHERE
THEY LIVE, AT WHICH TIME THE SUSPECT WHO WAS STANDING BY A PARKED VEHICLE
CHARGED TOWARD THEM.   THE SUSPECT WHO WAS INTOXICATED BY AN UNK. SUBSTANCE,
GRABBED THE COMPL. BY THE HAIR, CAUSING PAIN.   THE SUSPECT THREW THE COMPL. TO
THE CONCRETE GROUND WHEN HER MOTHER ATTEMPTED TO PROTECT HER.

INVESTIGATING OFFICERS:   (INCLUDE PAYROLL NUMBER AND AGENCIES SEE OTHER FILE
1. PG SALDIVAR  PR# ███    HPD  ███
2.
3.
4.
5.
IDENTIFICATION OF DEFENDANT
[X] ARRESTED DURING COURSE OF OFFENSE
[ ] EYEWITNESS KNOWS DEFENDANT (WITNESS NO. 0,0,0 LISTED)
[ ] ORAL CONFESSION LEADING TO EVIDENCE
[ ] BROUGHT BACK TO SCENE AND IDENTIFIED BY EYEWITNESS (NO. 0,0,0 LISTED)
[ ] LINE UP
[ ] WRITTEN CONFESSION  EXHIBIT 79 Page 014
[ ] COMPLAINANT KNOWS DEFENDANT
[ ] PHOTO ARRAY
[ ] OTHER

PCS

185"ct

Reind To 632354

EXHIBIT 79 Page 015

JUDGEMENT OF FORFEITURE OF THE  DISTRICT CRIMINAL COURT      NO. 209

OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS                        DATE DEFENDANT FAILED TO

VS. S.F. NO. 632073-A                     APPEAR: 100592

CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555 — *996*

INTERNATIONAL FIDELITY INSURANCE CO.;
BY SERVING HAROLD KLEIN, ATTORNEY FOR SERVICE   *74303 - 999*
5419 GOLF DRIVE               HOUSTON, TEXAS 77091      AGENT: JO BETNCOURT

    This day came the State of Texas by her attorney; and the name of the Defendant,
CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555     , who stands  charged by
INDICTMENT  being duly  and distinctly  called at the door of the  Courthouse to come
into Court to answer the  State of Texas  on the charge of a  FELONY    according to
the tenor and  effect of  his bond on file in this Court, but after a reasonable time
and the said Defendant be  and the same is, declared forfeited, and that the State of
Texas have and recover of the said Defendant,

CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555                    , as principal

the said (sureties if any);
INTERNATIONAL FIDELITY INSURANCE CO.;

the sureties on  said  bond  the sum of $  2000.00 dollars.  Plus prejudgment interest
at the rate of 6 percent on the face amount of the bond, plus  post judgment interest
at the  highest rate allowable by law. This judgment will be final  unless good cause
be shown why the defendant did not appear.

    It is  further ordered  that citation issue to said sureties  commanding them to
be  and appear before this  Court by filing written answer with the  District Clerk's
Office, Room 101A, 301 San Jacinto, Houston, Texas 77002 at or before 10 o'clock a.m.
of the Monday  next after the expiration of the twenty days after the date of service
of this citation and show cause why judgment of forfeiture should not  be made final.

    It is further ordered that notice to the Defendant,
CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) ▓▓▓▓▓▓▓         as principal, be
deposited in  the United States  mail directed to the Defendant at the address shown
on the bond.

    It is further ordered that an alias capias issue for the arrest of the Defendant.

Judgment Nisi Granted on ___OCT 0 6 1992_____.

                              _____
                                        Judge Presiding

            ANNIXED IN THE JUDGMENT MINUTES AT

                 Vol. _72_ Page _105_

RECORDED
Volume 72 Page 197
Annex to General Minutes
Scire Facias
District Court

AJ/1 surety

NO. 632073-A

THE STATE OF TEXAS                    § IN THE 209TH DISTRICT COURT

V.                                    § OF

                                      § HARRIS COUNTY, TEXAS
CARMELO NINO SANTANA AKA CARMEO MARTINEZ, et al

### AGREED FINAL JUDGMENT

ON THIS, the **16TH** day of **OCTOBER, 1992**, came on for trial the
above-entitled and numbered cause wherein the State of Texas is
plaintiff and **CARMELO NINO SANTANA AKA CARMEO MARTINEZ** is
Defendant-Principal and **INTERNATIONAL FIDELITY INSURANCE COMPANY;**
**AGENT: JO BETNCOURT** is Defendant-Surety; whereupon Defendant-
Principal having been duly notified failed to answer or appear and
Defendant-Surety answered and appeared by counsel; after
considering the pleadings and evidence herein the Court finds that
no sufficient cause is shown for the Defendant-Principal's failure
to appear on **OCTOBER 05, 1992**, and that the judgment of forfeiture
heretofore rendered against the Defendants should be made final;
however, pursuant to Article 22.16, V.A.C.C.P., the Court hereby
discharges the Defendants from liability on the bond upon the
payment by the Defendant-Surety of court costs, and prejudgment
interest.

It is therefore ORDERED, ADJUDGED, and DECREED that the State
of Texas do have and recover from **CARMELO NINO SANTANA AKA CARMEO**
**MARTINEZ** as Defendant-Principal and **INTERNATIONAL FIDELITY**
**INSURANCE COMPANY; AGENT: JO BETNCOURT** as Defendant-Surety, jointly
and severally, the costs of court, and prejudgment interest
accruing from the date of the heretofore entered judgment of
forfeiture to the date of final judgment at the rate of six percent
per annum on the bond amount, **$2,000.00**, for all of which let
execution issue.

SIGNED this the _____ day of _____, 19___.

_____
JUDGE PRESIDING

_____
ASSISTANT DISTRICT ATTORNEY

_____
DEFENDANT/SURETY

F I L E D

KATHERINE TYRA
_____ Clerk

OCT 20 1992

Time: 2:30
Harris County, Texas

By _____
              Deputy

| JUDGMENT | |
|---|---|
| INTEREST PRE-JUDG. | 5.00 |
| INTEREST POST JUDG. | |
| DISTRICT ATTORNEY | |
| CLERK'S COSTS | 45.00 |
| LAW LIBRARY | 15.00 |
| SHERIFF'S COSTS | 10.00 |
| A.J.S.F. | 5.00 |
| D.R.F. | 10.00 |
| J.F.F. | 40.00 |
| TOTAL | 130.00 |

F 152841 O

EXHIBIT 79 Page 017

HOUSTON, TEXAS _____ 19 _____

## REMIT TO KATHERINE TYRA DISTRICT CLERK
## HARRIS COUNTY, TEXAS

NO. 632073-A                DISTRICT CRIMINAL COURT        NO. 209

THE STATE OF TEXAS VS.
    CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) █████████
    INTERNATIONAL FIDELITY INSURANCE CO.;
    AGENT: JO BETNCOURT

| CLERK'S COST: | FILING FEE | |
| | CLERK'S PORTION | $ 45.00 |
| | CITATION ISSUANCE | |
| | ALIAS CITATIONS | $ 8.00 ⊘ |
| | SERVICE OF CITATION | |
| | BY CERTIFIED MAIL | $ 45.00 ⊘ |
| | EXECUTION & ABSTRACT | CLERK SUB-TOTAL |
| | ISSUED | $ 98.00 45 |
| | JUDICIAL | |
| | FILING FEE | $ 40.00 |
| | DISPUTE RESOLUTION FUND | $ 10.00 |
| SHERIFF'S COST: | JURY FEE | $ 10.00 |
| | SERVING CITATIONS | |
| | MILEAGE | |
| | EXECUTION RETURN | |
| OUT OF COUNTY SHERIFF FEE | | |
| JURY FEE | | |
| LAW LIBRARY | | $ 15.00 |
| APPELLATE JUDICIAL SYSTEM FUND | | $ 5.00 |
| | SUB-TOTAL | $178.00 125 |
| JUDGMENT IN THE AMOUNT OF | | $ |
| PREJUDGMENT INTEREST | | $ |
| POST JUDGMENT INTEREST | | $ |
| | GRAND TOTAL | $ |
| CASH APPLIED | | $ |

## PLEASE MAKE PAYABLE TO KATHERINE TYRA, DISTRICT CLERK
## CASHIER'S CHECK OR MONEY ORDER

PAID            RECEIPT NO.            INITIALS

EXHIBIT 79 Page 018

VOLUME _____     PAGE _____



COUNTY AUDITOR'S FORM/1123-A
HARRIS CCUNTY TEXAS REV 89
STATE OF TEXAS
CCUNTY OF HARRIS

# KATHERINE TYRA DISTRICT CLERK

FEE OFFICER'S OFFICIAL

RECEIPT

No. 029575

29575 CR

**ACTION:**

AGREED JUDC. FINAL

CDI:  5

CASE:  632073-A

COURT: 209

DATE:

10/20/92

STYLE PLTF: _____

THE STATE OF TEXAS

DEFT: _____

CARMELO NINO SANTANA

TRANS NO.: 1528410

**RECEIVED OF**

BEST LIL OLE BAIL BONDS IN TEXAS (S0187200)
411 FANNIN, SUITE 306
HOUSTON TX 77002--

_____ DOLLARS

ONE HUNDRED THIRTY AND 00/100 ***************************************

| FEE  DESCRIPTION | QTY | AMOUNT | |  |
|---|---|---|---|---|
| 100 FILING NEW CASE | 1 | 45.00 | PAYMENT 1 | 130.00 |
| 300 SHERIFF'S JURY | 1 | 10.00 | CHECK | 1079 |
| 475 LAW LIBRARY | 1 | 15.00 | PAYMENT 2 | .00 |
| 601 DISPUTE RESOLUTION FEE | 1 | 10.00 | | |
| 775 APPELLANT JUDICIAL FUND | 1 | 5.00 | | |
| 450 JUDICIAL FILING FEE | 1 | 40.00 | AMOUNT TENDERED: | 130.00 |
| 156 PRE JUDG INT AT 5% | 1 | 5.00 | | |
| | TOTAL ASSESSED: | 130.00 | TOTAL PAYMENT: | 130.00 |

ASSESSED BY: MOREHOUSE, AMELIA    VALIDATED 10/20/92 BY HOLME KATHERINE TYRA, DISTRICT CLERK

EXHIBIT 79 Page 019    FILE COPY

S.F. NO. _6 3 2073-A_

THE STATE OF TEXAS       ()       IN THE _209 Th District_
VS                       ()       _Court_
_Carmelo Hino Santana_ ET AL   ()   OF HARRIS COUNTY, TEXAS

## DEFENDANT'S ANSWER

COMES NOW THE Defendant-surety and files this Answer and would respectfully show this Honorable Court as follows:

I.

Defendant generally denies the allegations of Plaintiff's pleadings and demands strict proof of any allegation therein contained.

II.

At the time the bond was forfeited or attempted to be forfeited, the principal on said bond was not required to appear before this Court or any other Court.

III.

Defendant has not consented or given permission to transfer the bond in question from one court to another court or from one case to another case.

IV.

At the time the bond was made, no valid complaint, information or indictment existed charging the principal with a violation of the laws of Texas nor has one existed since said time which would require posting a bond. There exists a fundamental defect in such pleading.

V.

The name of the principal was not duly and distinctly called at the door of the courthouse before the bond was declared forfeited; If defendant be mistaken, then the Court did not wait a reasonable time for the principal to appear prior to declaring the bond to be forfeited.

VI.

There has been a total lack of consideration between the principal, the surety and Plaintiff and between the principal and surety at the time and after the bond was made.

VII.

Plaintiff has been guilty of laches in asserting the claim represented by this case and in apprising Defendant of the same.

VIII.

There are no allegations in any pleading of Plaintiff which would support a final judgment in this case.

IX.

Defendant is absolved of liability as provided by Article 17.16,T.C.C.P.

X.

Defendant is entitled to be exonerated under the provisions of Article 22.13, T.C.C.P.

XI.

Defendant is entitled to be absolved of liability under the provisions of Article 2372p-3, Sec. 13, V.A.C.S.

XII.

Defendant would show that the bail was discharged under the provisions of Article 2372p-3, Sec. 12, V.A.C.S.

XIII.

Defendant is entitled to a remittitur and hereby moves and requests the Court to remit the amount of the bond as provided by Article 22.16, T.C.C.P.

XIV.

Defendant would show that the equities in this case require a remittitur of all or a portion of any judgment which may be rendered by this Court. Defendant prays that the Court enter a take nothing judgment.

XV.

Defendant would show that the obligations stated in the bond are more onerous than is required by law and will not support a forfeiture.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by this action or in the alternative that the Court remit the amount of the bond and he be permitted to go hence with his costs.

HAROLD KLEIN (TBC #11558000
Attorney for Defendant
5419 Golf Dr., Houston, TX 77091
713/682-6800

EXHIBIT 79 Page 020

853

# BAIL BOND

CASE No. _____

| COURT SETTING: _J. Betncourt_ |  COUNTY OF HARRIS STATE OF TEXAS | CHARGE _INJURY/CHILD_ |

DATE _June 2nd. 199?_

TIME ___8:15 A.M.___   Know All Men By These Presents:   SPN _01206555_

That we, _____ CARMELO NINO SANTANA _____, as principal, and the

undersigned _Jo Betncourt- Best Lil 'Ole Bail Bonds In Texas  Lic. # 74303_

as sureties, are held and firmly bound unto the STATE OF TEXAS, in the penal sum of

___TWO THOUSAND DOLLARS___ ($ _2,000.00_ ) Dollars and, in addition thereto, we are bound for the payment of all fees and expenses that may be incurred by any peace officer in re-arresting the said principal in the event any of the hereinafter stated conditions of this bond are violated for the payment of which sum or sums well and truly to be made, we do bind ourselves, and each of us, our heirs, executors and administrators, jointly and severally.

THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH A _FELONY_ (Felony-Misdemeanor)

offense and to secure his release from custody is entering into this obligation binding him to appear before_____

_____ 209th. DISTRICT _____ Court of Harris County, Texas.

NOW THEREFORE, IF THE SAID PRINCIPAL SHALL WELL AND TRULY MAKE HIS PERSONAL APPEARANCE BEFORE SAID COURT INSTANTER AS well as before any other court to which the same may be transferred for and for any and all subsequent proceedings that may be had relative to said charge in the course of criminal actions based on said charge, and there remain from day to day and term to term of said courts, until discharged by due course of law, then and there to answer said accusation against him, this obligation shall become void, otherwise to remain in full force and effect.

SIGNED AND DATED _____May 20th._____, 19 _92_.

Taken and approved this   20th.
day of _____MAY_____, 19 _92_.
Johnny Klevenhagen, Sheriff Harris County, Texas.

By _____ Deputy

_Jo Betncourt_ _____ Surety
Jo Betncourt
411 Fannin, # 306
(Mailing Address)
Houston, Texas  77002     228-2273
(City and State)                  (Phone)

Lic. # _74303_     Empl. _JB_

    # # # 8 0 5   POWER
    INT'L FIDELITY INS. CO.
    DBA/BEST LIL OLE BAIL BONDS
    IN TEXAS
    411 FANNIN
    HOUSTON, TEXAS 77002
    AGENT JO BETNCOURT
    228-2273

_Carmel martinez_ _____ Principal
_8204 Brocton_ (Mailing Address)
_Houston Tx 77017_ (City and State)

RACE____ SEX____ DOB____ HT.____ WT.____

HAIR____ EYES____ DL#____ STATE____

6320 93-A 5
#209   RU

Jail Location    COUNTY

_____ Co-Surety

_____ (Mailing Address)

RECORDER'S MEMORANDUM:
This instrument is of poor quality and not satisfactory for photographic recordation; and/or alterations were present at the time of filming.

At _9:00A_ M. the Bailiff called the Defendant's name at the Courthouse door. The Defendant failed to answer in this cause. BOND FORFEITED - ALIAS CAPIAS TO ISSUE.

New Bail fixed in the sum of $_4,000_

OATH OF SURETIES
THE STATE OF TEXAS
COUNTY OF HARRIS     We, each of us, _____ do swear that we are worth in our own right, at

least the sum of _TWICE THE AMOUNT OF THE BOND_ DOLLARS, after deducting from our property all that which is exempt by the Constitution and Laws of the State from forced sale, and after the payment of all our debts, of every description, whether individual or security debts, and after satisfying all encumbrances upon our property which are known to us; and that we reside in the County of _HARRIS_ and have property in the State liable to execution worth:

THE SAID _____ SUM OF _TWICE THE AMOUNT OF THE BOND_ DOLLARS

THE SAID _____ SUM OF _____ DOLLARS

_Jo Betncourt_ (Signature)     SURETY _____ CO-SURETY

COC853

FILED
EDNIE TYRA
DISTRICT CLERK
HARRIS ...
_EDNIE TYRA_
(Signature)

SUBSCRIBED AND SWORN to before me this _20th_
92 MAY 21 AM 5:04     day of _____MAY_____ A.D. 19 _92_

BY _____ NOTARY PUBLIC HARRIS COUNTY
Tony Aninao
_009_
(Expiration Date of Notary) 4-26-96

B4-5

**POWER OF ATTORNEY**

**INTERNATIONAL FIDELITY INSURANCE COMPANY**     **Power No. IB- 206342**

It is unlawful to print this form without written consent of home office.

24 Commerce Street, Newark, New Jersey 07102    VOID AFTER 12/31/92

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE CORPORATION, a corporation duly organized and existing under the laws of the State of New Jersey has constituted and appointed, and does hereby constitute and appoint,

its true and lawful attorney-in-fact, with full power and authority to sign the company's name or affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon said company as fully and amply, to all intents and purposes as if done and performed by the regular officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THREE THOUSAND DOLLARS ($3,000.00) ONLY.    AND MAY BE EXECUTED    FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS

Amount of Bond __2,000.00__

Defendant (Name) __Carmelo Nina Santana__

Defendant Address __6113 Gulf Freeway #378__

City and State __Houston, Texas__   __77023__

Court __209th. Dist. Br__

Offense __Injury/Child__

Date of Execution __May 20th, 1992__

Attorney-in-fact _____
              Signature

NOT VALID FOR IMMIGRATION BONDS



IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its President and attested by its Secretary, this 1st day of April, 1976.

President _Philip Konvitz, President_

Secretary _Francis L. Mitterhoff, Secretary_

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must not be returned to attorney-in-fact, but should remain a permanent part of court records.

A Certified Copy of Original by Marilyn Burgess District Clerk

EXHIBIT 79 Page.022

# KATHERINE TYRA

## HARRIS COUNTY DISTRICT CLERK

CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555
8204 BROCTON
HOUSTON TX 77017

Re:  Cause No.:  632073-A
Court:  209
Appearance Date:  100592

Dear: CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555

Please be advised that due to your failure to appear in the above named Court
of Harris County, Texas on the date shown above, a Judgment of Forfeiture has
been issued.  This Judgment will be made final unless good cause can be shown
as to why you did not appear.

Raymond Posado, Manager
Post Trial Systems

RP/

EXHIBIT 79 Page 023

# KATHERINE TYRA

## HARRIS COUNTY DISTRICT CLERK

CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555
8204 BROCTON
HOUSTON TX 77017

                                        Re:  Cause No.:  632073-A
                                             Court:  209
                                             Appearance Date:  100592

Dear: CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555

Please be advised that due to your failure to appear in the above named Court
of Harris County, Texas on the date shown above, a Judgment of Forfeiture has
been issued.  This Judgment will be made final unless good cause can be shown
as to why you did not appear.

                                        Raymond Posado, Manager
                                        Post Trial Systems

RP/

EXHIBIT 79 Page 024

JUDGEMENT OF FORFEITURE OF THE DISTRICT CRIMINAL COURT     NO. 209

OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS                              DATE DEFENDANT FAILED TO

VS. S.F. NO. 632073-A                           APPEAR: 100592

CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555

INTERNATIONAL FIDELITY INSURANCE CO.;
BY SERVING HAROLD KLEIN, ATTORNEY FOR SERVICE
5419 GOLF DRIVE              HOUSTON, TEXAS 77091     AGENT: JO BETNCOURT

     This day came the State of Texas by her attorney; and the name of the Defendant,
CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555     , who stands charged by
INDICTMENT being duly and distinctly called at the door of the Courthouse to come
into Court to answer the State of Texas on the charge of a FELONY     according to
the tenor and effect of his bond on file in this Court, but after a reasonable time
and the said Defendant be and the same is, declared forfeited, and that the State of
Texas have and recover of the said Defendant,

CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555                    , as principal

the said (sureties if any);
INTERNATIONAL FIDELITY INSURANCE CO.;

the sureties on said bond the sum of $ 2000.00 dollars. Plus prejudgment interest
at the rate of 6 percent on the face amount of the bond, plus post judgment interest
at the highest rate allowable by law. This judgment will be final unless good cause
be shown why the defendant did not appear.

     It is further ordered that citation issue to said sureties commanding them to
be and appear before this Court by filing written answer with the District Clerk's
Office, Room 101A, 301 San Jacinto, Houston, Texas 77002 at or before 10 o'clock a.m.
of the Monday next after the expiration of the twenty days after the date of service
of this citation and show cause why judgment of forfeiture should not be made final.

     It is further ordered that notice to the Defendant,
CARMELO NINO SANTANA AKA CARMEO MARTINEZ (1) D-01206555          as principal, be
deposited in the United States mail directed to the Defendant at the address shown
on the bond.

     It is further ordered that an alias capias issue for the arrest of the Defendant.

Judgment Nisi Granted on _____ OCT 0 6 1992 _____.

                                        _____
                                              Judge Presiding

ANNEXED IN THE JUDGMENT MINUTES AT

              Vol. 72 Page 105

EXHIBIT 79 Page 025



EXHIBIT 79 Page 026

NO. 632073-A

THE STATE OF TEXAS          §   IN Criminal District Court # 209

VS.                         §   _____

Carmelo Nino Santana   aka   , ET AL §  OF HARRIS COUNTY, TEXAS
                Martinez
                    MOTION FOR REMITTITUR

COMES NOW, the Defendant-Surety, Jo Betncourt  Lic. # 74303        ,in
the above-entitled and numbered cause requesting the remittitur of
the bond amount upon payment by him of court costs and prejudgment
interest, and any costs incurred by the State in returning the
Defendant-Principal to custody in Harris County, and in support of
which would show the Court the following:

                              I.

The bond was forfeited on the following date: October 5th. 1992   .

                              II.

The Defendant-Principal was returned to custody in Harris County
on the following date: ___October 8th. 1992 ✓_____.

WHEREFORE, PREMISES CONSIDERED, the Defendant-Surety requests that
he be discharged from liability on the bond upon payment of court
costs, prejudgment interest, and any cost incurred by the State in
returning the Defendant-Principal to custody in Harris County in
accordance with Article 22.16, V.A.C.C.P.

                        Respectfully submitted,


                        _____
                        SURETY/ATTORNEY FOR SURETY
                        Jo Betncourt   Lic. # 74303

                        VERIFICATION

I have read the foregoing Motion for Remittitur and represent to
the Court that the facts set out therein are true and correct to
the best of my knowledge and belief.


                        _____
                        SURETY/ATTORNEY FOR SURETY
                        Jo Betncourt   Lic. # 74303


APPROVED: _____

RETURN COSTS = $ -0-_____

NOT APPROVED: _____

CRIMINAL CAUSE NUMBER: 632073-A

COURT NUMBER: 209

The State of Texas
Vs. CARMELO NINO SANTANA AKA CARME

CAUSE NO.:
O MARTINEZ (1) D-01206555

INTERNATIONAL FIDELITY INSURANCE CO.
Principal

Sureties

Sureties

Sureties

ATTORNEY FOR STATE:

ATTORNEYS FOR DEFENDANT:

Bond Amount _____ 2000.00

DATE NOTICE OF APPEAL

DATE BOND FILED _____

Date of Forfeiture _____ 100592

Judgement of Forfeiture _____ Volume _____ Page _____

DATE OF NISI _____ OCT 0 6 1992

ANSWER FILED _____ 10-6-92

30TH DAY _____

50TH DAY _____

60TH DAY _____

DATE MANDATE FILED _____ 19 _____

S/F CITATION ISSUED _____

DISPOSITION: _____

OTHER ACTION:

S/F CITATION RETURNED _____

JUDGMENT OF FORFEITURE _____

DATE ENTERED: _____

FINAL JUDGMENT NOTICE _____

ANNEX TO GENERAL MINUTES VOL._____ PAGE _____

EXECUTION ISSUED _____

PAID _____ RECEIPT NO._____

ABSTRACT ISSUED _____

DISPOSITION: _____

EXECUTION RETURN _____

DATE MOTION FOR NEW TRIAL FILED _____

ABSTRACT RETURN _____

RECEIPT NO.: _____

ALIAS EXECUTION ISSUED _____

DATE MOTION FOR NEW TRIAL OVERRULED _____

ALIAS EXECUTION RETURNED _____

DATE MOTION FOR NEW TRIAL GRANTED _____

PLURIES EXECUTION ISSUED _____

DATE BILL OF REVIEW FILED _____

PLURIES EXECUTION RETURNED _____

VOLUME _____ PAGE _____

BF/CR-2 R06-29-92

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT 79 Page 028