# DECLARACIÓN DE ELEDEMAS MERCEDES FANA

Mi nombre es Eledemas Mercedes Fana y tengo 73 años. Vivo enPuerto Rico a pies en la Republica Dominicana.

Yo conocí a Obel Cruz-Garcia cuando su familia se mudó de Santo Domingo a Boba. Era vecino de su familia y muy amigo con su papa, Valerio "Hungría" de la Cruz que fue creado en Boba.

Cuando Obel tenía como 17 años se mudo a Puerto Rico. En ese tiempo, muchas personas se iban a Puerto Rico para ganar más dinero y se lo mandaban a sus familias acá. Después que él se había ido a Puerto Rico, Hungría me pregunto si le podría ayudar a construir un almacen en su propiedad al lado de su casa. Le dije que sí y lo empezamos a construir. Solo pudimos terminar el suelo y poner cuatro columnas hasta que se nos acabó el dinero. No teníamos para comprar más materiales y lo dejamos así sin terminar.

Unos cuantos años después, cuando Obel estaba fuera del país, le empezó a mandar dinero a su papa para seguir construyendo porque tenía intenciones de regresar y vivir con su familia. Hungría me dijo que le quería construir una casa a Obel para cuando regresara a vivir en la Republica Dominicana. Obel le mandaba dinero para seguir construyendo y a veces Hungría también pagaba por los materiales con su propio dinero. Hungría extrañaba mucho a su hijo y se puso muy feliz cuando le dijo que quería regresar. En ese tiempo estaba yo viviendo en Santo Domingo. Hungría me pregunto si le podía ayudar y me regrese a Boba para ayudarlo a construir la casa. Nos tardamos años para terminar la casa.

Cuando Obel regreso, él también nos ayudó a terminar la casa. En ese tiempo él también era chofer de guagua. La ruta de Obel iba a Santo Domingo, Higuey, y Boba.

Después de terminar la casa Obel abrió una pescadería abajo. Ahí vivió hasta que Obel se fue a vivir con Mireya a Santo Domingo y después a Puerto Rico donde fue arrestado. Nunca lo volví a ver después de eso.

Hasta ahora, nadie del equipo legal de Obel me había contactado o pedido que testificara en el juicio de él. Si me hubieran preguntado, habría estado dispuesto y podría testificar en el juicio de Obel en 2013 de lo que declare arriba.

Yo declaro bajo pena de perjurio bajo las leyes de la Republica Dominicana que lo anterior es verdadero y correcto.

Ejecutado en el _____ día de _____, _____.    2018

_____
Eledemas Mercedes Fana

EXHIBIT 81 Page 001

## STATEMENT OF ELEDEMAS MERCEDES FANA

My name is Eledemas Mercedes Fana, and I am 73 years old. I live in Puerto Rico at the foot of the Dominican Republic (sic).

I met Obel Cruz-Garcia when his family moved from Santo Domingo to Boba I was a neighbor of his family and a very close friend with his father, Valerio "Hungria" de la Cruz who was raised in Boba.

When Obel was around 17 years old he moved to Puerto Rico. During that time, a lot of people went to Puerto Rico to earn more money, and they would send it back to their families over here. After he had left to go Puerto Rico, Hungria asked me if I could help him build a shop in his property next to his house. I told him yes, and we started building it. We were able to finish only the floor and install four columns until we ran out of money. We did not have any money to buy more materials, and we left it unfinished.

A few years later, when Obel was out of the country, he started sending money to his father to continue building because he had the intention of coming back and live there with his family. Hungria told me that he wanted to build a house for Obel for him to live there when he came back to live in the Dominican Republic. Obel was sending money to him to continue building, and sometimes Hungria would also pay for the materials with his own money. Hungria missed his son very much, and he was very happy when he told him that he wanted to go back. During that time, I was living in Santo Domingo. Hungria asked me if I could help him, and I returned to Boba to help him build the house. I took us years to finish the house.

When Obel returned, he also helped us finish the house. During that time, he was also a bus driver. Obel's route went to Santo Domingo, Higuey, and Boba.

After finishing the house, Obel opened up a fish store downstairs. He lived there until Obel went to live with Mireya in Santo Domingo and later to Puerto Rico where he was arrested. I never saw him again after that.

Up to now, nobody from Obel's legal team had contacted me or asked me to testify in his trial. If they had asked me, I would have been willing and could have testified in Obel's trial in 2013 about what I stated above.

I state under penalty of perjury under the laws of the Dominican Republic that the above is true and correct.

Signed   [*illegible*] of November, 2018

             /s/
Eledemas Mercedes Fana

EXHIBIT 81 Page 002

Translated from Spanish to English by: Alma Adriano. I hereby certify that this translation of "Statement of Eledemas Mercedes Fana" is true and correct to the best of my abilities.

_____   03/17/19
Alma Adriano                                Date
Certified Federal Court Interpreter

EXHIBIT 81 Page 003