# DECLARACIÓN DE JOEL CRUZ GARCIA

Yo, Joel Cruz García declaro lo siguiente:

1. Mi nombre es Joel Cruz García. Soy el hermano menor de Obel Cruz-Garcia, quien tiene como 5 años más que yo.

2. En 2013, testifique en el juicio de Obel en Houston. Obel y yo nos crecimos en Boba, un pueblito rural en la República Dominicana. Nacimos en el capital, Santo Domingo, pero cuando yo tenía entre 5 a 7 años, y Obel tenía entre 10 a 12, mis padres se separaron. Nuestra madre se mudó a la República de Venezuela, dejándonos solos con nuestro padre. Como adulto, yo veía a Obel de vez en cuando. Él vivía entre Puerto Rico y la República Dominicana. Obel era buen padre quien trabajaba y asistía a la iglesia. Aunque me di cuenta que Obel fue a la prisión en Puerto Rico por un secuestro, antes yo no tenía conocimiento de que Obel se había metido en drogas o actividades criminales.

3. Cuando me di cuenta que Obel era acusado de un asesino en Houston, busqué dinero para contratar con unos abogados. El abogado que contraté se llamaba Christian Capitaine, con su socio. No era tan fácil encontrar dinero para pagar a los abogados. Tuve que pedir contribuciones de mucha gente de varias iglesias. En fin, junté como $40,000 para la defensa de Obel, la mayoría de mi propio trabajo.

4. Yo pensé que Sr. Capitaine trabajó duro para defender a Obel y me decepcionó muchísimo cuando me dijo que no pudo seguir en el caso de Obel porque los fiscales decidieron pedir la pena de muerte. Para esa hora, ya todo el dinero que recaudamos fue gastado.

5. Los abogados nuevos en el caso, casi no me hablaron. Ellos se comunicaron conmigo por medio de una investigadora que se llamaba Edna Vélez. Hablábamos varias veces sobre el teléfono. Aun así, ella solamente tenía interés en mi relación con Obel como adulto. Como la dije, nos vimos cuando los dos estábamos en la misma ciudad en Puerto Rico, pero cada uno tenía su vida. Recuerdo que la investigadora

1


EXHIBIT 85 Page 001

me pidió los nombres de los hijos de Obel y de las madres. Yo nunca hablé con ella sobre alguien en Puerto Rico quien pudiera haber ayudado con la defensa de Obel porque no conocía quien estuviera importante para la defensa. La investigadora nunca habló sobre las estrategias del equipo de defensa o por qué hablar con cierta gente sería importante. Entonces, le di los nombres que pidió y nada más.

6. No conocí a la investigadora en persona; solamente hablábamos por teléfono. Que yo sepa, nadie del equipo de defensa vino a Puerto Rico. Si conocí a los abogados de Obel una vez, en Houston, inmediatamente antes de mi testimonio en el juicio.

7. Para mí, parecía que el trabajo de los abogados se apresuró. Recuerdo que no coordinaban las cosas bien. Por ejemplo, cuando pidieron que yo testificara, me reservaron un vuelo para ir hacia Houston. Yo les dije que la hora elegida no me sirvió porque tenía que hacer un trabajo comunitario a esa hora. Por fin, yo tuve que comprar un boleto nuevo porque ellos nunca arreglaron el problema. No estaba familiarizado con la área de Houston y ellos me habían prometido ayuda la cual me la dieron de recogerme para el hotel y después al juicio a testificar. Pero de allí, desaparecieron y no me devolvieron al hotel ni al aeropuerto. Tuve que encontrar la manera yo solo.

8. Si los abogados de Obel me hubieron pedido, les hubiera podido darles los nombres de la gente quienes querían a Obel y que le conocieron desde su niñez. También, había información del niñez de Obel que me gustaría haber compartido con el jurado; mucho mas de que me preguntaron durante me testimonio.

9. Cuando estuve en el primer grado, mi papá tuvo un accidente horrible. Yo no estuve presente cuando pasó pero recuerdo el caos que sobrevino. A mi papá le pusieron algo de metal en su pierna y tenía una cicatriz larga en su abdomen culpa del accidente y las cirugías siguientes. También tenía una cicatriz en su brazo. Aunque recuperó del accidente, siempre tenía dolor en su pierna cuando se hacía frio y se notaba algo en su manera de caminar.

2



EXHIBIT 85 Page 002

10. Antes del accidente, mi papá era marinero en la marina de la Republica Dominicana. También era médico. No doctor, pero practicante de medicina. Era buen trabajo y teníamos mucho orgullo de él. Pero después del accidente, tuvo que dejar a la marina.

11. Poco después del accidente, mi madre dejó a la familia para vivir en Venezuela. Me han dicho dos versiones de porque mi mamá nos dejó. Mis abuelos en Boba dijeron que ella era mujer mala que abandonó a su familia no por ninguna razón más de que era egoísta. La familia de mi mamá dice que se fue porque todas las mujeres de mi papá vinieron al hospital después del accidente y así se dio cuenta mi mamá que había sido muy infiel. Aunque pasó mucho tiempo, mi madre nunca lo explicó. Sin embargo, Obel y yo nos sentíamos abandonados por nuestra mamá.

12. Después de que se fue nuestra mamá, mi papá mandó a Obel, mi hermana Natalia, y yo para quedar con sus padres en Boba. Vivíamos entre la casa de mi papá en Santo Domingo y la casa de mis abuelos en Boba para un año. Perdimos un año de escuela por culpa de eso. Al fin, todos fuimos a vivir con mis abuelos en Boba. Noemí se quedó con nosotros para poco tiempo antes de que llegaron sus papeles de inmigración y ella se fue donde nuestra mamá en Venezuela.

13. En Boba, vivimos con los padres de mi padre y algunos de nuestros tíos en una pequeña comunidad agrícola y pesquera. La casa era de dos recámaras y hecha de madera. Aunque la casa era chica, mi abuela aceptaba cualquier visitante o niño que necesitaba donde quedar. Mi abuelo y mi papá trabajaban para proveer lo necesario. En Boba hasta los niños necesitaban trabajar para hacer dinero y encontrar comida. Allí los niños jugaban menos de los de Santo Domingo. Todavía había pelota y dominó pero también había que ayudar con la siembra y la pesca.

14. Obel trabajaba muy duro cuando nos mudamos a Boba. En las mañanas fue a pescar con los hombres para traer pescado para comer y para vender. Por eso, Obel tuvo que asistir clases en las tardes.

3



EXHIBIT 85 Page 003

15. Obel también ayudo a nuestro papá en su trabajo de médico. Mi papá abrió una clínica rural en el pueblo porque en ese tiempo, no había ningún doctor cerca. Era el único lugar para recibir atención médica para todos los pueblos cercanos. Mi papá tenía mucha medicina y libros de medicina. Él ayudaba a las personas que fueron a la clínica o iba donde ellos si era necesario. La gente vinieron con toda enfermedad – dolores de cabeza, cortadas de machete, y enfermedad general. Mi papá ayudaba a todos. Obel y Natalia aprendieron dar inyecciones.

16. Obel me cuidaba y se hizo encargado de asegurar que yo tenía todo lo que necesitaba. Me acuerdo que me defendía de otros niños. Él defendía personas que estaban siendo intimidados. Él me dio a mí lo mejor de todo, como comida, porque yo era el menor.

17. Pienso que Obel tomó mucha responsabilidad en la familia después de que se fue nuestra mamá. Creció demasiado rápido. Yo notaba que le dolía que nuestra mamá y hermana se fueron. Pero él hizo lo necesario para cuidarnos y trabajaba duro para asegurar que la familia estaba bien. No hablábamos de cómo nos sentíamos cuando se fueron mamá y Noemí. Pienso que Obel se sentía abandonado, pero dejó toda la tristeza adentro de si mismo. Se quedó enfocado en trabajar fuerte para proveer para la familia. Era obvio que de muy joven, a Obel era muy importante proveer por y proteger a su familia. Eso es algo que noté cuando él era adulto con sus propios hijos.

18. Después de estar unos años en Boba, nuestro papá volvió a casarse. Con la nueva esposa, nos mudamos a otro pueblo cercano, llamado Bella Vista de Boba. La madrastra, Dorca, nunca nos aceptó como hijos. Ella quería tener sus propios hijos, y si lo logró eventualmente. Era obvio que a Dorca no le gustaba a nosotros, especialmente después de que tuvo sus propios bebes. Diría a mi papá "¡Estos hijos tuyos!" como brava.

19. Cuando nuestra madrastra tuvo a sus bebes, Obel, Natalia, y yo teníamos que cuidarles. Dorca era maestra y trabajaba lejos, dejando los nenes con nosotros. Obel

4

JCG
EXHIBIT 85 Page 004

cocinaba y limpiaba y hizo todo que pidió de él. Nunca era suficiente para la madrastra y, porque él era el mayor, más de la responsabilidad y más del castigo le llegó a él.

20. Recuerdo que una vez estábamos cuidando a nuestros hermanitos, Menny y Yeli, y había chocolate calentando. Mi hermanito, Menny, se acercó y lo tumbó encima de él y se quemó. Cuando se dio cuenta Dorca, me acusó a mí y ni quiso escuchar de lo que pasó. Así siempre era ella. Otra vez, me acuerdo que Dorca se puso brava con nosotros mientras que estuvo lavando los pañales de Menny. Dorca quejaba y gritaba a mi papá. Él, para calmarla a ella, tomó el balde lleno de agua sucia y popó y lo tiró encima de Natalia y yo.

21. Nuestro papá no quería desagrada a Dorca. Él se puso distante y menos cariñoso con nosotros después de que se casó con ella. Nos disciplinaba más frecuentemente, normalmente porque ella lo pedía, aunque de veras no hicimos nada malo. Si intentamos decirle algo diferente de lo que dijo ella, no nos escuchaba.

22. Papá siempre tomaba mucho. No era bravo cuando era borracho, pero si era irresponsable. Frecuentemente manejaba tomado y cuando andaba tomado no nos pudo cuidar. Una vez, unos amigos de mi papá me ofrecieron alcohol. Cuando dije "no," se burlaban de me, diciendo que no era posible que yo era hijo de Hungría por el hecho de no querer tomar alcohol.

23. Obel se casó muy joven con una mujer llamada Mireya. Es posible que se casó para poder escapar a la casa y la cólera de Dorca. No era matrimonio oficial. En este tiempo, muy poca gente se casaba oficialmente, con licencia y en la iglesia, porque costaba mucho dinero. Dos personas simplemente empezaron a vivir juntos y dijeron que eran casados. Eso es lo que hicieron Obel y Mireya.

24. Obel se fue para Puerto Rico cuando tenía como 19 años. Era una época muy difícil económicamente en la Republica Dominicana. Un tiempo después, Mireya también fue a Puerto Rico, viviendo con otro hombre. Eventualmente, ella y Obel regresaron a vivir juntos como esposos.

5


EXHIBIT 85 Page 005

25. Mucha gente de la República Dominicana se mudó a Puerto Rico en esa época. Bajo la administración del presidente Jorge Blanco, la economía dominicana estuvo muy malo y a la gente sufría económicamente. Obel quería hacer una vida mejor para sí mismo y tener la oportunidad de ayudar a la familia, mandando dinero hacia allá. También yo me mudé a Puerto Rico unos años después, queriendo lo mismo.

26. En un momento en que nosotros dos estábamos en Puerto Rico, yo conocí al hombre que llamábamos "Rudy" y a su prima, Angelita. Obel y Angelita empezaron a tener una relación. Yo pienso que Angelita y Rudy ya estaban en el negocio de drogas y que ellos son los que enseñaron a Obel todo lo que era el vicio. En un momento, los tres se fueron a los Estados Unidos. Obel nunca me contó de que el andaba en vender drogas. Pienso que quería protegerme de eso. No era parte de su vida que el compartía con su familia.

27. Cuando Obel regresó a Puerto Rico en los 90, trabajaba duro para ser buen papá y proveedor. Recuerdo que viajaba entre Puerto Rico y la República Dominicana para ver a sus hijos. Tenía varios trabajos y hasta recogió latas para entregarlas por dinero cuando no había otro trabajo. Lo más importante para él era poder cuidar a sus hijos. Sea o no que participó en drogas, Obel fue respetado en la comunidad y por su familia. Aunque Obel se quedó cerrado con respecto a su vida personal - algo que aparentemente empezó a pasar cuando nuestra madre se fue – era increíblemente cariñoso y de apoyo con los demás. Le encantaba estar rodeado de gente y hacer que se sintieran bien.

28. Yo sabía que Obel trabajaba por el gobierno de los Estados Unidos por un período de tiempo como informante. Algunas veces vi a Obel con un hombre que se llamaba Wilson Pellot. Él era agente de una agencia de los Estados Unidos. Una vez se juntaron él y Obel en mi casa. Otra vez, Obel me llamó del edificio del Departamento de Justicia de Estados Unidos en San Juan y me pidió traerle ropa. A poco Obel había regresado de un viaje muy pesado donde había sufrido mucho. El propósito del viaje era traer a un secuestrador, Sandy Pichardo, desde la República Dominicana para enfrentar a la justicia en Puerto Rico.



29. Creo que el gobierno de los Estados Unidos lo pagó bien por su trabajo ayudando los agentes. Mi entendimiento era que su trabajo consistía en ayudar al gobierno obtener información para arrestar a los criminales. Pero Obel no hablaba mucho de este trabajo. No sé si es que era prohibido hablar de eso o si quiso protegernos del peligro que vino en el trabajo como informante.

30. Si me hubieran dado más oportunidad de estar involucrado en el juicio de Obel en Houston, le habría dicho al jurado más acerca de cómo fue para nosotros cuando nuestra mamá y hermana mayor nos abandonaron. Le habría dicho al jurado que Obel tuvo que madurar demasiado rápido, y que él comenzó a actuar como un padre para mí cuando yo tenía sólo cinco años. Le habría dicho al jurado que Obel dejó de hablar acerca de sus sentimientos, y que él nunca nos dejó ver que él se sentía triste o solo. Él era muy cariñoso con y cuidaba a los demás, pero muy cerrado sobre sí mismo. A una edad muy joven, fue determinado a ayudar a la familia y nunca quería que sus hijos u otros miembros de su familia tuvieran dificultades con respecto al dinero.

31. Aunque no sé exactamente por qué Obel se involucró con las drogas, creo que él creía que era la única manera de que un joven de un pueblo pequeño y pesquero en la República Dominicana podría alcanzar éxito en el mundo. Me hubiera gustado tener la oportunidad de explicarle más sobre esto al jurado, con la esperanza de que hubiera entendido que Obel es una persona buena que se encontró atrapado en un oficio peligroso. Las drogas estaban por todas partes en Puerto Rico y República Dominicana entre los 80 y 90. Creo que, cuando Obel maduraba, trató de cambiar su vida y compensar para los errores de su juventud. Creo que es a causa de eso que se convirtió en un informante del gobierno y porque llegó a ser tan dedicado a su fe en los últimos veinte años. Yo creo que si Obel hubiera sido condenado a la pena perpetua, pasaría el resto de sus días ayudando a otros a explorar su fe y hacer una vida mejor para sí mismos.

32. Yo hubiera testificado a lo anterior durante mi testimonio en 2013, si los abogados de la defensa me hubieron preguntado.

7

JCG

EXHIBIT 85 Page 007

He leído esta declaración de 8 páginas. Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdad y correcto.

Ejecutado en el  *17*  día de  *febrero* ,  *2019* .

*[signature]*

Joel Cruz Garcia

8

EXHIBIT 85 Page 008

# STATEMENT OF JOEL CRUZ GARCIA

I, Joel Cruz Garcia state the following:

1. My name is Joel Cruz García. I am Obel Cruz-Garcia's younger brother, who is about 5 years older than me.

2. In 2013, I testified in Obel's trial in Houston. Obel and I grew up in Boba, a small rural town in the Dominican Republic. We were born in the capital, Santo Domingo, but when I was between 5 and 7 years old, and Obel was around 10 to 12, our parents got separated. Our mother moved to the Republic of Venezuela, leaving us by ourselves with our father. As an adult, I saw Obel once in a while. He used to live in both Puerto Rico as well as the Dominican Republic. Obel was a good father who worked and attended church. Even though I realized that Obel went to prison in Puerto Rico for kidnapping, prior to that, I did not have any knowledge of Obel getting involved with drugs or any criminal activity.

3. When I found out that Obel was being accused of being a murderer in Houston, I looked for ways to get money to hire some attorneys. The name of the attorney that I hired was Christian Capitaine and his partner. It was not easy to find money to pay for the attorneys. I had to ask for contributions from people from several churches. I was able to get around $40,000 for Obel's defense, mostly from my own job.

4. I thought that Mr. Capitaine worked hard to defend Obel, and I was very disappointed when he told me that he could not continue working on Obel's case because the State Attorneys decided to ask for the death penalty. By then, all the money that we had gathered was already spent.

5. The new attorneys in the case hardly ever talked to me. They contacted me through an investigator named Edna Vélez. We talked on the phone several times. Even so, she was only interested in my relationship with Obel as an adult. As I mentioned to

1

JCG

EXHIBIT 85 Page 009

her, we saw each other when both of us were in the same city in Puerto Rico, but each one of us had his own life. I remember that the investigator asked me to give her the names of Obel's children and their mothers. I never talked to her about anybody in Puerto Rico who could have helped with Obel's defense because I did not know who would be important for the defense. The investigator never talked about the defense team's strategies, or about why it would be important to talk to certain people. So, I only gave her the names that she asked for and nothing else.

6. I did not meet the investigator in person; we would only talk via telephone. As far as I know, nobody from the defense team came to Puerto Rico. I did meet Obel's attorneys once, in Houston, immediately before my testimony in the trial.

7. It seemed to me that the attorneys' work was rushed. I remember that they did not coordinate things right. For instance, when they asked me to testify, they got a reservation for me for a flight to Houston. I told them that the time that they chose was not good for me because I had to do some community work at that time. I ended up having to buy the ticket because they never fixed the problem. I was not familiar with the Houston area, and they had promised to help me, which they did when they picked me up at the hotel and then later on to the trial to testify. But after that, they disappeared, and they did not take me back to the hotel, nor to the airport. I had to figure it out by myself.

8. If Obel's attorneys had asked me, I could have given them the names of people who loved Obel, and who knew him since he was a child. There was also some information about Obel's childhood that I would have liked to share with the jury; much more than what they asked me during my testimony.

9. When I was in first grade, my father had a horrible accident. I was not present when it happened, but I remember the chaos that resulted. They put something made out of metal in my father's leg, and he had a long scar on his abdomen due to the accident and the subsequent surgeries. He also had a scar on his arm. Even though he recovered

2

JCG

EXHIBIT 85 Page 010

from the accident, he always felt pain in his leg when the weather was cold, and it was somehow noticeable in the way he walked.

10. Before the accident, my father was a Marine in the Navy of the Dominican Republic. He was also a medic. Not a doctor, but would practice in the medical field. He did a good job, and we were proud of him. But after the accident, he had to leave the Navy.

11. Shortly after the accident, my mother left the family to go live in Venezuela. They have told me two versions about why my mother left us. My grandparents in Boba said that she was a bad woman who abandoned her family for no reason other than being selfish. My mother's family says that she left because when all of the women that my father had came to the hospital after the accident, that's is how my mother found out that he had been very unfaithful. Even though a lot of time went by, my mother never explained it. Nevertheless, Obel and I felt abandoned by our mother.

12. After our mother left, my father sent Obel, my sister Natalia, and me to stay with his parents in Boba. We lived in both houses, between my father's house in Santo Domingo and my grandparents' house in Boba for one year. Because of that, we lost one year of school. We all ended up living with my grandparents in Boba. Noemí stayed with us for a short period of time before her immigration papers arrived, and she left to be with our mother in Venezuela.

13. In Boba, we lived with my father's parents and with some of our aunts and uncles in a small agricultural and fishing community. The house had two bedrooms, and it was made out of wood. Even though the house was small, my grandmother welcomed any visitor or child who needed a place to stay. My grandfather and my father worked to provide for our necessities. In Boba, even the children needed to work to make money and find food. The children there played less than the ones in Santo Domingo. There were still ball games and dominoes, but it was also necessary to help with sowing the seeds and with fishing.

JCG

EXHIBIT 85 Page 011

14. Obel worked very hard when we moved to Boba. In the mornings, he went fishing with the men to bring fish to eat and to sell. That is why Obel had to go to school in the afternoons.

15. Obel also helped our father in his job as a medic. My father opened a rural clinic in town because during that time, there was not a single doctor nearby. That was the only place to get medical attention for all of the nearby towns. My father had plenty of medicine and medicine books. He used to help the people who went to his clinic, or he would go visit them, if necessary. People came with all types of illnesses – headaches, cuts caused with a machete, and general illnesses. My father used to help everybody. Obel and Natalia learned how to apply injections.

16. Obel used to take care of me, and he was in charge of making sure that I had everything I needed. I remember that he used to defend me from other children. He defended people who were being intimidated. He gave me the best of everything, such as food, because I was the youngest.

17. I think that Obel acquired too much responsibility in the family after our mother left. He grew up too fast. I noticed that he was hurt when our mother and sister left. But he did whatever was necessary to take care of us, and he used to work very hard to make sure that the family was okay. We did not talk about how we felt when our mother and Noemí left. I think that Obel felt abandoned, but he kept all of the sadness inside him. He stayed focused in working hard to provide for the family. It was obvious that since a very young age, it was very important for Obel to provide for and to protect his family. That is something I noticed when he was an adult regarding his own children.

18. After some years of being in Boba, our father remarried. We moved to a nearby town called Bella Vista de Boba with the new wife. The stepmother, Dorca, never accepted us as her children. She wanted to have her own children, and she accomplished that eventually. It was obvious that Dorca did not like us, especially after she had her

4

own babies. She would tell my father "these children of yours!" as if she were angry.

19. When our stepmother had her babies, Obel, Natalia, and I had to take care of them. Dorca was a teacher, and she used to work far away, leaving the children with us. Obel used to cook and clean; he did everything that was asked of him. It was never enough for the stepmother, and because he was the oldest, he had more responsibility and received more of the punishment.

20. I remember one time when we were taking care of our younger siblings, Menny and Yeli, and there was some chocolate being heated. My little brother Menny got close to it, and he knocked it over, and it fell over him, and he burned himself. When Dorca found out, she accused me, and she did not even want to hear what happened. She was always like that. I remember another time when she got angry at us while she was washing Menny's diapers. Dorca was complaining, and she was yelling at my father. To calm her down, he took the bucket filled with dirty water and feces, and he threw it on top of Natalia and me.

21. Our father wanted to please Dorca. He became distant and less loving with us after he married her. He would discipline us more often, usually, because she would ask him to do so, even though we really did not do anything wrong. If we attempted to tell him something different than what she told him, he would not listen to us.

22. Our father always used to drink a lot. He did not get angry when he was drunk, but he was irresponsible. He frequently drove drunk, and when he was drunk, he was not able to take care of us. On one occasion, some of my father's friends offered me alcohol. When I said "no," they would make fun of me, telling me that it was not possible for me to be Hungria's son due to the fact that I did not want to drink alcohol.

23. Obel got married very young to a woman named Mireya. It is possible that he got married so that he could escape from our house and Dorca's rage. It was not an official marriage. During that time, very few people got married officially with a license and by

5

the church because it would cost a lot of money. Two people would simply start living together and say that they were married. That is what Obel and Mireya did.

24. Obel left to go to Puerto Rico when he was around 19 years old. It was a very difficult economic period of time in the Dominican Republic during that time. Some time later, Mireya also went to Puerto Rico, living with another man. Eventually, she and Obel got back together to live as husband and wife.

25. A lot of people from the Dominican Republic moved to Puerto Rico during that period of time. Under the administration of President Jorge Blanco, the Dominican economy was very bad, and the people suffered financially. Obel wanted to make a better life for himself and have the opportunity to help the family by sending money over there. I also moved to Puerto Rico some years later, wanting to do the same.

26. At some point when both of us were in Puerto Rico, I met a man we called "Rudy" and his cousin, Angelita. Obel and Angelita started having a relationship. I think that Angelita and Rudy were already in the business of drugs, and that they are the ones who taught Obel everything about the vice. At some point, the three of them went to the United States. Obel never told me that he was selling drugs. I think that he wanted to protect me from that. He did not share that part of his life with his family.

27. When Obel returned to Puerto Rico in the 90's, he used to work very hard so that he could be a good father and provider. I remember that he used to travel between Puerto Rico and the Dominican Republic to see his children. He had several jobs, and he would even pick up cans to exchange them for money when there was not any other job. The most important thing for him was to be able to take care of his children. Whether he participated in drugs or not, Obel was respected in the community and by his family. Even though Obel remained closed with respect to his personal life – something that apparently started happening when our mother left – he was incredibly loving and supportive with others. He loved to be surrounded by people and to make them feel good.

6

JCG

EXHIBIT 85 Page 014

28. I knew that Obel worked for the government of the United States as an informant for a period of time.  Sometimes I saw Obel with a man named Wilson Pellot.  He was an agent at an agency in the United States.  He and Obel got together at my house on one occasion.  On another occasion, Obel called me from the building of the Department of Justice of the United States in San Juan, and he asked me to bring him some clothes.  Obel had just come back from a very tough trip where he had suffered a lot.  The purpose of the trip was to bring a kidnapper, Sandy Pichardo, from the Dominican Republic to face justice in Puerto Rico.

29. I think that the government of the United States paid him well for his work helping the agents.  My understanding was that his job consisted in helping the government obtain information to arrest criminals.  But Obel did not talk much about that job.  I don't know if it is prohibited to talk about that, or if he wanted to protect us from the danger that went along with working as an informant.

30. If they had given me more opportunity to be involved in Obel's trial in Houston, I would have told the jury more about how it was for us when our mother and oldest sister abandoned us.  I would have told the jury that Obel had to mature very fast, and that he started acting like a father to me when I was only five years old.  I would have told the jury that Obel stopped talking about his feelings, and that he never let us see that he felt sad or lonely.  He was very loving with everyone and took care of them, but anything that had to do with him, he kept very much to himself.  At a very young age, he was determined to help the family, and he never wanted his children or other family members to have any difficulties with respect to money.

31. Even though I don't know exactly why Obel got involved with drugs, I believe that he thought that was the only way that a young guy from a small fishing town in the Dominican Republic could be successful in this world.  I would have liked to have the opportunity to explain more about this to the jury, with the hope that they would have understood that Obel is a good person who found himself trapped in a dangerous trade.  The drugs were everywhere in Puerto Rico and the Dominican Republic around the 80's

7

and 90's. I think that, when Obel was becoming more mature, he tried to change his life and compensate for the mistakes that he made during his youth. I believe that because of that, he became an informant for the government and why he became a firm believer in his faith during the last 20 years. I believe that if Obel had been sentenced to a life sentence, he would spend the rest of his life helping others to explore their faith and to make a better life for themselves.

32. I would have testified the above during my testimony in 2013, if the defense attorneys had asked me.

I have read this 8-page statement. I state under penalty of perjury under the laws of the United States that the above is true and correct.

Signed February 17, 2019

_____
Joel Cruz Garcia

8

EXHIBIT 85 Page 016

Translated from Spanish to English by: Alma Adriano. I hereby certify that this translation of "Statement of Joel Cruz Garcia" is true and correct to the best of my abilities.

_Alma Adriano_  03/17/19
Alma Adriano  Date
Certified Federal Court Interpreter

EXHIBIT 85 Page 017