## DECLARACIÓN DE MARGARITA MARTINEZ ZORRILLA

Me llamo Margarita Martinez Zorilla. Tengo 48 años de edad. Vivo en Higuey, República Dominicana.

Yo era esposa de Carmelo "Rudy" Martínez Santana. Nos conocimos y casamos en Higuey en el año 1989. Yo conocí a Angelita Rodriguez y a Obel Cruz García. Yo me crie con Angelita y Rudy aquí en Higuey. Me hice buena amiga de Obel cuando nos conocimos en Houston.

Rudy se fue en 1987 a Houston a buscar trabajo, consiguió residencia y regreso a la Republica Dominicana en 1989 para que nos casáramos. Poco después que me casé con Rudy me fui con él a Houston.

Llegué a Houston el 4 de julio del 1989. Acuerdo de la fecha exacta porque era una celebración. Ahí conocí a Obel y Angelita que también estaban casados. Rudy conoció a Obel en Puerto Rico cuando fue a visitar a su familia.

Yo, Rudy, Angelita y Obel nos fuimos a Puerto Rico a visitar un tío de Rudy. Allí salió embarazada de Junior. Nos quedamos ahí. Obel y Rudy se regresaron a Houston primero y dos meses después se fue Angelita. Yo me quede sola en Puerto Rico con el tío de Rudy por 5 meses antes de regresar a Houston.  Me fui a Houston para reunirme con Rudy en el 1990. Era el día de las madres y pensamos que yo iba a tener menos problemas con la inmigración en ese día. Junior nació en Houston, en el hospital Lyndon B. Johnson, en julio del 1990.

Cuando vivíamos en Houston, Rudy estaba usando mucha cocaína y se ponía bravo por cualquier cosa. También, Rudy tomaba mucho y salía con otras mujeres. El salía a todas horas del día y me dejaba sola en nuestro apartamento en Houston con el bebe. Solamente tenía 20 años y me sentía muy sola. Era un tiempo muy difícil para mí.

La situación se puso peor y Rudy empezó a ser violento con migo. Si le preguntaba donde estaba se ponía violento conmigo. Deje de hacerle preguntas por miedo de él. El me pegaba y se iba y cuando regresaba decía que estaba arrepentido pero después volvía hacerlo. Nunca llamé a la policía porque no tenía papeles de estar en los Estados Unidos. Ahora me mostraron un reporte de la policía del 1991 que describe como yo intenté salir del apartamento con Junior cuando Rudy vino borracho un día y me pegó muy fuerte. Rudy me mordió en la espalda y los brazos. La policía vino y vieron las mordidas y los moretones en mi cara donde me pegó.  Lo que está en el reporte es verdad y pasó así, pero prefiero no acordarme de eso. No pienso que fui yo quien llamó a la policía. A lo mejor era la vecina quien vio a Rudy asaltándome quien llamó a la policía.

En Houston, Angelita tenía un negocio de salón de belleza en su propio apartamento. Muchas de las mujeres dominicanas fueron con ella para arreglar su pelo. Yo no vi ningún problema entre Angelita y Obel. Si sé que tenían problemas en embarazarse.

Yo fui con Obel y Angelita por ayuda cuando Rudy se ponía violento. Obel era la única persona quien podía calmarlo. Obel era una persona excelente. Obel era muy bueno con migo, no como

EXHIBIT 86 Page 001

Rudy. Obel era maravilloso con Junior, también. Nos traía comida y pañales cuando Rudy no proveía lo necesario.

Cuando yo estaba embarazada con nuestro segundo hijo, Jonathan, Rudy me abuandonó y empezó a vivir con otra mujer en Houston. Ella era ciudadana o residente permanente. Ellos tuvieron un hijo, Enrique. Por eso, yo me fui a vivir en Nueva York con un primo mío hasta que nació Jonathan. Yo regresé a la República Dominicana cuando Junior tenía 4 años y Jonathan tenía 4 meses. No he regresado a los Estados Unidos desde entonces.

Regresé a casarme en la República Dominicana y este hombre ha sido el padre verdadero a mis hijos porque era él que los crio, no Rudy.

Mis hijos no quieran nada que ver con su papa, Rudy. Ellos como que tienen resentimiento hacia él. A veces viene porque vive con su familia al lado de nosotros pero no hablamos mucho con él.

Después de regresar a la Republica Dominicana se murió mi papa y empecé a ver a un psicólogo. Tengo dificultades durmiéndome, casi no duermo, a veces tomo lloro mucho, cosas así. Tomo medicamento que me ayuda un poco con mi depresión. Me regalaron un pero para que me ayude también. Mi hijo quiere regresar a los Estado Unidos pero no quiero que se vaya. A mí no me gusto y no quiero que se vaya. Sufrí mucho cuando viví ahí. Siempre estaba enserada en el apartamento y Rudy no me dejaba salir.

Ni los abogados ni nadie más del grupo de defensa de Obel se comunicaron con migo hasta ahora. Si me hubieron pedido, yo podría haber testificado en el juicio de Obel del 2013.

He leído esta declaración de 2 páginas. Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdad y correcto.

Ejecutado en el 01 día de Diciembre 2018.

Margarita Martinez Zorrilla

2

EXHIBIT 86 Page 002

## STATEMENT OF MARGARITA MARTINEZ ZORRILLA

My name is Margarita Martinez Zorilla.  I am 48 years old.  I live in Higuey, Dominican Republic.

I used to be Carmelo "Rudy" Martinez Santana's wife.  We met and got married in Higuey in 1989.  I met Angelita Rodriguez and Obel Cruz Garcia.  I was raised with Angelita and Rudy here in Higuey.  I became good friends with Obel when we met in Houston.

Rudy left to go to Houston in 1987 to look for work.  He established residency, and he returned to the Dominican Republic in 1989, so that we could get married.  Shortly after I married Rudy, I went to live with him in Houston.

I arrived in Houston on July 4, 1989.  I remember the exact date because there was a celebration.  I met Obel and Angelita there; they were also married.  Rudy met Obel in Puerto Rico when he went to visit his family.

I, Rudy, Angelita, and Obel went to Puerto Rico to visit one of Rudy's uncles.  I became pregnant there with Junior.  We stayed there.  Obel and Rudy returned to Houston first, and two months later, Angelita left.  I stayed in Puerto Rico by myself with Rudy's uncle for 5 months before returning to Houston.  I left and went to Houston to be reunited with Rudy in 1990.  That day was Mother's Day, and we thought that I would have less problems with Immigration that day.  Junior was born in Houston at the Lyndon B. Johnson Hospital in July of 1990.

When we were living in Houston, Rudy was using a lot of cocaine, and he used to get angry at anything and everything.  Rudy also used to drink a lot and went out with other women.  He would go out at any time during the day and leave me at the apartment in Houston by myself with the baby.  I was only 20 years old, and I felt very lonely.  It was a very difficult time for me.

The situation got worse, and Rudy started being violent with me.  If I asked him where he was, he would become violent with me.  I stopped asking him any questions because I was afraid of him.  He used to hit me and then leave, and when he came back, he used to tell me that he was sorry, but then he would do it again.  I never called the police because I did not have any papers to be in the United States.  They now showed me a police report from 1991 that describes how I tried to get out of the apartment with Junior when Rudy got home drunk one day, and he hit me very hard.  Rudy bit my back and my arms.  The police came, and they saw the bites and the bruises where he hit me on my face.  What the report shows is true, and that's the way it happened, but I prefer not to think about that.  I don't think it was me who called the police.  Maybe the person who called the police was my neighbor who saw Rudy attacking me.

In Houston, Angelita had a beauty shop business in her own apartment.  A lot of the Dominican women used to go see her to have their hair done.  I did not see any problems between Angelita and Obel.  I know they had problems getting pregnant.

I went to see Obel and Angelita to ask them for help when Rudy became violent.  Obel was the only person who was able to calm him down.  Obel was an excellent person.  Obel was very good to me, not like Rudy.  Obel was also wonderful with Junior.  He would bring us food and

1

EXHIBIT 86 Page 003

__ M. M. __

diapers when Rudy did not provide what was necessary for us.

When I was pregnant with our second child, Jonathan, Rudy abandoned me, and he started living with another woman in Houston.  She was a citizen or a permanent resident.  They had a son, Enrique.  That is why I went to live in New York with one of my cousins until Jonathan was born.  I went back to the Dominican Republic when Junior was 4 years old and Jonathan was 4 months old.  I have not been back to the United States since then.

I went back to get married in the Dominican Republic, and this man has been the real father to my children because he is the one who raised them, not Rudy.

My children do not want anything to do with their father, Rudy.  They kind of have some resentment towards him.  Sometimes he comes by because he lives with his family next door, but we don't talk to him very much.

My father passed away after I returned to the Dominican Republic, and I started seeing a psychologist.  Sometimes, I have difficulty sleeping, I hardly get any sleep; sometimes I drink, I cry a lot, things like that.  I take some medicine that helps me a little with my depression.  They also gave me a dog to help me.  My son wants to go back to the United States, but I don't want him to go.  I did not like it, and I don't want him to go.  I suffered a lot when I lived there.  I was always inside the apartment, and Rudy did not allow me to go out.

Neither the attorneys nor anyone else from Obel's defense group contacted me until now.  If they had asked me, I could have testified in Obel's trial in 2013.

I have read this 2-page statement.  I state under penalty of perjury under the laws of the United States that the above is true and correct.

Signed December 1, 2018


Margarita Martinez Zorrilla


_____

*(Translator's note:  Punctuation, grammar and/or spelling added or altered for clarity.)*

__ M. M. __

EXHIBIT 86 Page 004

Translated from Spanish to English by: Alma Adriano.  I hereby certify that this translation of "Statement of Margarita Martinez Zorrilla" is true and correct to the best of my abilities.

_Alma Adriano_

Alma Adriano
Certified Federal Court Interpreter

03/17/19

Date

EXHIBIT 86 Page 005