# DECLARACIÓN DE MIREYA PEREZ GARCIA

Mi nombre es Mireya Pérez García, y tengo 47 años de edad. Vivo en Bella Vista de Boba en la Republica Dominicana. Soy la mujer de Obel Cruz-Garcia y testifiqué por video en su juicio en el 2013.

Me creí en los Naranjos que queda 5km de Bella Vista de Boba. Bella Vista de Boba es un pueblo pobre. Acabamos de obtener el agua ducto hace 2 años. Todavía se usan las letrinas. Las letrinas normalmente quedan atrás o al lado de la casa. Las casimbas las ponían en frente de la casa para tratar de evitar contaminación. Cuando llueve mucho, las letrinas se desbordan y algunas veces contaminan el agua de la casimba. También teníamos que cuidar de las ratas. Las ratas se orinaban en la casimba y también contaminaban el agua. Ahora ya tenemos tanques de agua, pero unos todavía usan las casimbas.

Mis papás se llaman Reina Garcia y Efigenio Perez. Tenía 14 hermanos y hermanas, pero dos hermanas fallecieron.

Conocí a Obel en el 1986 cuando yo tenía 14 años de edad. Fui a la casa de un tío en el pueblo de Boba, donde Obel vivía y ahí vi en el funeral. Pasamos mucho tiempo juntos ese día y hasta me escondí debajo de su cama porque mi mama me estaba buscando y no me quería ir a la casa. Cuando me encontraron escondida debajo de la cama de Obel pensaron nuestros papás que habíamos tenido relaciones. Aunque no fue cierto, ellos nos dijeron que nos teníamos que casar porque ya habíamos estados juntos. Tuvimos una celebración, pero nunca nos casamos por la iglesia o civilmente.

Vivimos un rato con el papá y madrastra de Obel, pero ella era muy religiosa y no nos quería en su casa. Y aunque Obel quería mucho a su papá, ellos tenían una relación muy complicada. Hungría tenía una reputación de ser mujeriego. Cuando Obel era niño, su papá lo llevaba cuando iba a ver otras mujeres. Eso lo hizo sentirse responsable cuando su mamá los abandonó. Amaba a su mamá y quería que sus padres estén juntos, pero también se sintió atorado en el medio de los dos. Dalia y Hungría ya han fallecido. Los dos fallecieron cuando Obel estaba preso. Sé que eso fue muy difícil para Obel.

Después de que se fue Dalia a Venezuela, Hungría y sus hijos se mudaron a Boba a vivir con la mama de Hungría, Ramona. Unos años después Hungría se casó con Dorca.

Porque Dorca nos hizo sentir tan incomodos después de nuestra apresurada boda, nos mudamos a la casa de mi hermano. Ahí me embarace con nuestro primer hijo, Obelito. Mientras estaba embarazada, Obel iba a pescar todos los días para ganarnos dinero. Era bueno para hacer los chinchorros. Le gustaba pescar y estar en el mar. Después de un tiempo, Obel me preguntó si podía ir a Puerto Rico. Él dijo que quería irse para que pueda conseguir mejor trabajo y pueda proveer para su familia. Aunque me puse triste yo soporté su decisión.

En ese tiempo muchos de la República Dominicana se estaban yendo en yolas a Puerto Rico porque había trabajo en las fincas. Cuando llegaba la gente a Puerto Rico buscaban trabajo y les mandaban

1

Initials: MP

EXHIBIT 87 Page 001

dinero a los que estaban acá en la República Dominicana. Por eso ahora hay más casas de concreto, porque la gente mandaba dinero para construir mejores casas. Antes estaban hechas de tablas y jagua o zinc y los huracanes los destruían muy fácilmente.

Obel se fue en yola a Puerto Rico. Me llamó para decirme que había llegado y le mandó dinero a su papá, Hungría, para que me lo de a mí. Después que se fue Obel, Hungría le dijo que yo estaba con otro hombre. Creo que le dijo esa mentira porque no quería que Obel me enviara dinero esperando que le enviara más a él. Obel creyó a su papá y él y yo perdimos contacto. Después, escuché que se había casado con una mujer llamada Angelita Rodríguez Santana. A pesar de que él y yo no estábamos hablando, él todavía le enviaba dinero a Hungría para su hijo, Obelito.

Inmediatamente cuando se fue Obel me fui a vivir con mi mama, Reina. Nacio mi hijo Obelito mientras estaba viviendo con ella. Ahí conocí otro hombre de Boba, Jesús "De León" Alvarez y me junté con él. Él y yo tuvimos un hijo llamado Manuel. De León se fue a Puerto Rico primero y me dijo que me podía encontrar trabajo allá. Dejé a mis dos hijos, Obelito y Manuel, con mi mamá y me fui a buscar trabajo en Puerto Rico. En Puerto Rico, encontré trabajo limpiando casas y cuidando un anciano. De León y yo tuvimos otra hija en Puerto Rico llamada, Mariela. Él tenía el vicio de jugar y nos separamos. Él se fue a Nueva York y eventualmente se llevó a Mariela.

Mientras estaba en Puerto Rico, me enteré que Obel había regresado a la isla y estaba visitando a su hermano Joel. Fui a la casa de Joel para ver si era cierto y vi a Obel. Obel ya se había divorciado de Angelita. Obel y yo recogimos nuestra relación como lo habíamos dejado. Vivimos en Puerto Rico juntos como unos dos años y tuvimos nuestro segundo hijo, Abel. Los tres nos regresamos a vivir aquí en la Republica Dominicana. Vivimos juntos en la casa que Eledemas y Hungría le hicieron a Obel cuando Obel estaba viviendo en los Estados Unidos. La casa estaba al lado de la casa de Hungría y Dorca.

Cuando regresamos a la República Dominicana desde Puerto Rico, Obel abrió una pescadería en el primer piso de la casa. También se compró una guagüita azul y el la manejaba. Unos años después decidimos mudarnos a Santo Domingo para que los niños pudieran ir a una escuela mejor y porque había mas trabajo. Obel abrió un negocio de comprar y vender casas llamado "Abel y Asociados – ~~Nuevas~~ Raíces" en Santo Domingo. Mi hijo Manuel, visitaba frecuentemente, pero él prefería vivir con su abuelita quien lo crio en los Naranjos.

[margin note: Bienes MP]

Obel era un esposo y padre muy cariñoso y detallista. Siempre nos traía regalitos. Me trajo una flor para mi cumpleaños, me compraba cremas que me gustan, me hacía aceitito para mi piel, y cosas así. Todavía tengo los ositos de peluche que me dio para nuestro aniversario. Él no se avergonzaba de ayudar en la casa como otros hombres. Él lavaba, limpiaba, le cambiaba el pañal a Abel, cocinaba, el hacía todo. Él se tuvo que ganar a Obelito porque no estaba cuando Obelito era niño, pero si se lo ganó. Obelito lo llegó a querer mucho. También era muy bueno con mi hijo Manuel. Aunque no era su hijo él le compraba de todo. Si le compraba algo a Obelito también se lo compraba a Manuel. Obel amaba a sus hijos. No me dejaba castigarlos. Nos llevaba a pasear en el monte, a montar caballos, y a caminar en la playa. Era muy cariñoso con sus hijos y les daba muchos abrazos y besos. Él no quería que sus hijos sufrieran como el sufrió cuando era niño.

MP

Me acuerdo que una vez estábamos juntos en el carro y vimos a un niño al lado de la calle. Obel paró el carro y le preguntó al niño porque no estaba en la escuela. El niño nos dijo que su familia no tenía dinero y que necesitaba trabajar. Obel le dijo que lo llevara a su casa. Llegamos a una casita muy humilde donde estaban los papas del niño. Obel les explicó por qué era necesario que el niño fuera a la escuela y les dijo que los ayudaría económicamente si lo mandaran a la escuela. El día siguiente, Obel regreso con más ropa para el niño y su familia. Obel siguió visitando al niño y su familia y lo querían mucho.

Yo y Obel tuvimos una relación muy bonita. Él me tenía mucha confianza y yo también le tenía confianza. Me contaba mucho de su niñez y de lo que sufrió en su vida.

No he visto Obel desde que lo arrestaron en Puerto Rico. Desde entonces, no he podido dormir en la misma cama que él y yo compartimos. Tampoco me gusta ir a la playa porque me recuerda mucho de cuando íbamos a pasear como familia. Lo extraño mucho y oro por el mucho.

Si me hubieran preguntado, habría estado dispuesta y podría testificar sobre esta información en el juicio de Obel en 2013.

Yo he leído este __3__ - pagina declaración. Yo declaro bajo pena de perjurio bajo las leyes de los Estado Unidos que lo anterior es verdad y correcto.

Ejecutado en el __29__ día de __nobrer__, 2018 en __Billco Riter, de Boba__ Republica Dominicana.


__Mireya Perez Garcia__
Mireya Perez Garcia

# STATEMENT OF MIREYA PEREZ GARCIA

My name is Mireya Perez Garcia, and I am 47 years old. I live in Bella Vista de Boba in the Dominican Republic. I am Obel Cruz-Garcia's wife, and I testified via video in his trial in 2013.

I was raised in Los Naranjos, which is located 5 km from Bella Vista de Boba. Bella Vista de Boba is a poor town. We just got running water 2 years ago. They still use latrines. The latrines are normally located behind the house or next to it. The water wells would be placed in front of the house in order to try to avoid contamination. When it rains a lot, the latrines overflow, and sometimes they contaminate the water in the water well. We also had to watch out for rats. The rats would urinate in the water wells, and they would also contaminate the water. Now we have water tanks, but some people still use the water wells.

My parents are Reina Garcia and Efigenio Perez. I had 14 brothers and sisters, but two of my sisters passed away.

I met Obel in 1986 when I was 14 years old. I went to an uncle's house in the town of Boba, where Obel used to live, and I saw him there at the funeral. We spent a lot of time together that day, and I even hid under his bed because my mother was looking for me, and I did not want to go home. When they found me hiding under Obel's bed, our parents thought that we had had sex. Even though it was not true, they told us that we had to get married because we had already been together. We had a celebration, but we never got married by the church or in a civil ceremony.

We lived with Obel's father and his stepmother for a while, but she was very religious, and she did not want us in her house. And even though Obel loved his father very much, they had a very complicated relationship. Hungria had a reputation of being a womanizer. When Obel was a boy, his father used to bring him along when he used to see other women. That made him feel responsible when his mother abandoned them. He loved his mother and wanted his parents to be together, but he also felt stuck in the middle. Dalia and Hungria have already passed away. Both of them died when Obel was locked up. I know that was very difficult for Obel.

After Dalia left to go to Venezuela, Hungria and his children moved to Boba to go live with Hungria's mother, Ramona. Some years later Hungria married Dorca.

Because Dorca made us feel so uncomfortable after our quick wedding, we moved to my brother's house. I got pregnant there with our first son, Obelito. While I was pregnant, Obel went out to fish every day to earn some money for us. He was good at preparing the fish to be ready to eat and selling them. He used to like going fishing and being at sea. Sometime later, Obel asked me if he could go to Puerto Rico. He told me that he wanted to go to get a better job, so that he could provide for his family. Even though I became sad, I supported him in his decision.

During that time, a lot of people in the Dominican Republic were leaving for Puerto Rico in yawls because there was work in the plantations. When the people arrived in Puerto Rico, they would look for work, and they used to send money back to the people who were over here in the

1                                                                                    Initials: M.P.

EXHIBIT 87 Page 004

Dominican Republic. That is the reason there are now more houses made out of concrete, because people used to send money to build better houses. In the past, they were made out of wooden boards, genipap trees, or zinc, and the hurricanes would destroy them very easily.

Obel left to go to Puerto Rico in a yawl. He called me to tell me that he had arrived, and he sent money to his father, Hungria, so that he could give it to me. After Obel left, Hungria told him that I was with another man. I believe he told him that lie because he did not want Obel to send me money hoping that he would send more to him. Obel believed his father, and he and I lost contact. Later, I heard that he had married a woman named Angelita Rodriguez Santana. Even though he and I were not speaking to each other, he would still send money to Hungria for his son, Obelito.

Immediately, when Obel left, I went to live with my mother, Reina. My son Obelito was born while I was living with her. I met another man from Boba there, Jesus "De Leon" Alvarez, and I started living together with him. He and I had a son named Manuel. De Leon went to Puerto Rico first, and he told me that he could find work for me over there. I left my two sons, Obelito and Manuel, with my mother, and I went to look for work in Puerto Rico. I found work cleaning houses in Puerto Rico, and taking care of an elderly man. De Leon and I had another daughter in Puerto Rico named Mariela. He was addicted to gambling, and we got separated. He went to New York, and he eventually took Mariela.

While I was in Puerto Rico, I found out that Obel had returned to the island, and that he was visiting his brother Joel. I went to Joel's house to see if it was true, and I saw Obel. Obel had already divorced Angelita. Obel and I picked up our relationship where we left off. We lived together in Puerto Rico for about two years, and we had our second son, Abel. The three of us returned to live here in the Dominican Republic. We lived together in the house that Eledemas and Hungria built for Obel when Obel was living in the United States. The house was next door to Hungria and Dorca's house.

When we returned to the Dominican Republic from Puerto Rico, Obel opened a fish store on the first floor of the house. He also bought a little blue bus, and he used to drive it. Some years later, we decided to move to Santo Domingo so that the children could go to a better school, and because there was more work over there. Obel opened a business to buy and sell houses called "Abel y Asociados Bienes Raices" in Santo Domingo. My son, Manuel, would visit often, but he'd rather live with his grandmother who raised him in Los Naranjos.

Obel was a very loving husband and father, always taking care of the little details. He always brought us gifts. He brought me a flower for my birthday. He used to buy me the creams that I like, he would make the oil that I used for my skin, and things like that. I still have all the teddy bears that he gave me for our anniversary. Unlike other men, he was not ashamed to help around the house. He did laundry, he cleaned, he would change Abel's diapers, he used to cook, he did everything. He had to earn Obelito's love because he was not there when Obelito was a child, but he did earn it. Obelito got to love him very much. He was also very good to my son Manuel. Even though he was not his son, he would buy him basically everything. If he bought something for Obelito, he would also buy something for Manuel. Obel loved his children. He did not allow me to punish them. He used to take us out to the country, horseback riding, and for walks on the beach. He was very loving with his children, and he hugged them a lot and gave them a lot of

kisses. He did not want his children to suffer like he suffered when he was a child.

I remember one time when we were together in the car, and we saw a child on the side of the street. Obel stopped the car, and he asked the child why he was not in school. The boy told us that his family did not have any money, and that he needed to work. Obel told him that he would take him home. We arrived at a very poor house where the child's parents were. Obel explained to them why it was necessary for the boy to attend school, and he told them that he would help them financially, if they sent him to school. The next day, Obel went back with more clothes for the boy and his family. Obel continued visiting the boy and his family, and they loved him very much.

Obel and I had a very beautiful relationship. He trusted me very much, and I also trusted him. He would tell me a lot about his childhood and about how much he suffered in life.

I have not seen Obel since he was arrested in Puerto Rico. Ever since then, I have not been able to sleep in the same bed that he and I shared. I don't like to go to the beach either because it reminds me a lot about how we used to go out as a family. I miss him very much, and I pray for him a lot.

If they had asked me, I would have been willing and could have testified about this information in Obel's trial in 2013.

I have read this 3-page statement. I state under penalty of perjury under the laws of the United States that the above is true and correct.

Signed November 29, 2018 in Bella Vista de Boba, Dominican Republic.

_____/s/_____
Mireya Perez Garcia

Translated from Spanish to English by: Alma Adriano. I hereby certify that this translation of "Statement of Mireya Perez Garcia" is true and correct to the best of my abilities.

_____
Alma Adriano
Certified Federal Court Interpreter

03/17/19
Date

EXHIBIT 87 Page 007