# DECLARACIÓN DE MARIA ALTAGRACIA CAPELLAN

Yo, María Altagracia Capellán declaro lo siguiente:

1.     Mi nombre es María Altagracia Capellán. Me llaman "Dorca." Ahora tengo 49 año y vivo en San Juan, Puerto Rico. Soy la madre de Obeliz Juliana Cruz Capellán, hija de Obel Cruz-García.

2.     Antes de que conocí a Obel, había estado en una relación abusiva. Duré dos años antes de encontrar la fuerza de salir de ella. Después, era muy difícil para mí tener confianza en otro hombre.

3.     Con Obel, todo cambió. Conocí a Obel en 1995 donde la casa de mi primo, quien era amigo de Obel. Obel, cuando me invito a salir, me hablaba y me escuchaba. El sacó sillas para que me sentara. Abrió la puerta del carro para que me subiera. Jamás nadie me había tratado tan bien. El me mostró respeto. En muy poco tiempo, empezamos a salir.

4.     A veces, Obel me habló de su niñez. Me dijo que era muy difícil cuando su mamá dejó a la familia. Él tuvo que ser como hombre y papá. Salió muy de mañana a pescar para asegurar que había comida para la familia. Tuvo que cuidar a sus hermanitos pequeños, hasta cambiando los pañales de Joel y cocinando. También tuvo que cuidar a su papá después del accidente. Aunque el papá era muy estricto, Obel lo amaba. Lo más importante para Obel era asegurar que su familia tenía lo suficiente para comer.

5.     Como un año después de que nos conocimos, Obel regresó a la Republica Dominicana. Volvió a Puerto Rico en como dos años, en 1998.

6.     Obel regresó a Puerto Rico inmediatamente antes de que llegó el huracán George, que era de categoría 3. El daño a la isla era tan fuerte que no podíamos trabajar para varias semanas y había pocos recursos. Obel salió diario y me trajo comida y cualquier otra cosa que necesitaba. Salía a recoger escombros para ayudar a la comunidad. También recogió latas para obtener dinero.

7.     En 1999, yo sufri de un dolor insoportable del abdomen pero no quiso ir al doctor porque costaba mucho dinero. Obel me dijo que la enfermedad parecía serio y me prometió pagar para cualquier atención médica necesaria. El doctor me diagnosticó de un quiste en un ovario y me dijo que necesitaba cirugía de inmediata. Obel no solamente pagó para la cirugía, pero también me cuidó mientras que recuperaba. Me hizo comida, me bañó, y me llevó a la cama. Me cuidó muy bien.

8.     Decidí tener una relación con Obel aunque sabía que él ya tenía su pareja, Mireya, porque Obel me trataba tan bien. Es muy común para los hombres Dominicanos tener relaciones e hijos con varias mujeres. Yo sabía que Obel proveía bien para su familia y que iba a ser un padre cariñoso para nuestro bebé. Por eso, estaba de acuerdo estar con él y tener a su hija, aunque sabía que yo iba a ser criando el bebé bastante sola. Obel regresó a la Republica Dominicana en medio

*M.C.*

1

EXHIBIT 88 Page 001

del 1999, cuando yo tenía 2 meses de embarazo. Me llamó frecuentemente y nunca me sintió abandonada. Cuando nació Obeliz, mandé fotos a Obel. Él era muy orgulloso y hasta que mostró las fotos a Mireya.

9. Nuestra hija, Obeliz, tenía 6 meses cuando regresó Obel a Puerto Rico. Cuando Obel se quedaba en mi casa, el hizo todo el mandado y recogió a Obeliz de la guardería. Yo vendí tarjetas del teléfono de la casa y si alguien llegó pidiendo comprar, Obel los atendió. En mis días libres, Obel nos llevó a pasear a Piñones, al lado de la playa para comer y jugar.

10. Obel ayudaba a la gente del barrio. Si alguien necesitaba ayuda en arreglar un carro, él lo hizo. Compraba un sándwich para personas que no tenían comida. Llevó dulces en el bolsillo para dar a los niños.

11. Visitaba a Obel casi semanal cuando estaba encarcelado en Puerto Rico. El único tiempo en que no pude visitar era cuando mudaron a Obel a la prisión en Mayagüez, que era muy lejos. Llamé a la administración de la prisión para decirles que Obeliz necesitaba poder visitar a su papá y que Mayagüez nos quedaba demasiado lejos. Después de mi llamada, Obel fue mudado más cerca.

12. Cuando fuimos a visitar a Obel, nos sentamos en una mesa en un cuarto grande en la prisión. Había máquinas de vender sándwiches que calentábamos en la microonda. Obeliz se sentó con Obel y lo peinaba y lo acariciaba.

13. Las guardias y las familias de los otros presos me dijeron cuanto les gustaba Obel. Hoy en día, si veo uno de las guardias en la calle, me pregunta por Obel. Siempre están tristes oír que todavía está en la prisión.

14. Obeliz tenía 12 años cuando llevaron a Obel hacia Texas. No tuvimos ninguna noticia que le iban a llevar a Texas o que enfrentaba la pena de muerte. No vimos a Obel después de que fue llevado a Texas.

15. Antes del juicio, nadie del equipo de defensa de Obel habló conmigo en persona. Solamente me llamó una investigadora inmediatamente antes del juicio y me hizo muy pocas preguntas en una conversación que duró no más de 10 minutos.

16. Si me hubieran entrevistado, yo les hubiera dicho todo lo que he dicho en esta declaración. Yo podría haber testificado a lo mismo en el juicio de Obel del 2013, si me hubieran llamado como testigo.



He leído esta declaración de 3 páginas. Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdad y correcto.

Ejecutado en el __15__ día de __Febrero__, __2019__.

_____
María Altagracia Capellán

3

EXHIBIT 88 Page 003

## STATEMENT OF MARIA ALTAGRACIA CAPELLAN

I, Maria Altagracia Capellán, state the following:

1.  My name is Maria Altagracia Capellán. They call me "Dorca." I am now 49 years old, and I live in San Juan, Puerto Rico. I am the mother of Obeliz Juliana Cruz Capellán, Obel Cruz-Garcia's daughter.

2.  Before meeting Obel, I had been in an abusive relationship. I stayed for two years before finding the strength to get out of it. Afterwards, it was very difficult for me to trust another man.

3.  Everything changed with Obel. I met Obel in 1995 at my cousin's house; he was Obel's friend. Obel, when he invited me to go out, would talk to me and would listen to me. He took some chairs out for me to sit down. He opened the car door, so that I would get in. Nobody had ever treated me so nicely. He showed me respect. We started going out shortly after that.

4.  Sometimes, Obel talked to me about his childhood. He told me that it had been very difficult when his mother abandoned the family. He had to be a man and a father. He used to go out very early in the morning to go fishing to ensure that his family had food. He had to take care of his younger little siblings, from changing Joel's diapers to cooking. He also had to take care of his father after the accident. Even though his father was very strict, Obel loved him. The most important thing for Obel was to make sure his family had enough to eat.

5.  About a year after we met, Obel returned to the Dominican Republic. He returned to Puerto Rico about two years later, in 1998.

6.  Obel returned to Puerto Rico immediately before hurricane George hit, which was a category 3. The harm to the island was so much that we could not work for several weeks, and resources were scarce. Obel went out daily and brought me food and whatever else I needed. I used to go out and pick up the rubble so that I could help our community. Also, I picked up cans in order to get money.

7.  In 1999, I suffered from an unbearable pain in my abdomen area, but did not want to go to the doctor because it cost a lot of money. Obel told me that it seemed like it was a serious illness, and he promised to pay for any medical attention that was needed. The doctor diagnosed me with an ovarian cyst, and he told me that I needed surgery immediately. Obel not only paid for the surgery, but he also took care of me while I was recovering. He cooked for me, he bathed me, he would tuck me in bed. He took very good care of me.

EXHIBIT 88 Page 004
M.C.

1

8. I decided to have a relationship with Obel, even though I knew that he had a partner, Mireya, because Obel used to treat me so well. It is very common for Dominican men to have relationships and children with several women. I knew that Obel was a good provider for his family, and that he was going to be a loving father for our baby. That is why I agreed to be with him and to have his daughter, even though I knew that I would be raising the baby mostly by myself. Obel returned to the Dominican Republic in mid-1999, when I was 2 months pregnant. He called me frequently, and I never felt abandoned. When Obeliz was born, I sent pictures to Obel. He was very proud, and he even showed the pictures to Mireya.

9. Our daughter, Obeliz, was 6 months old when Obel returned to Puerto Rico. When Obel used to stay in my house, he did all the grocery shopping, and he picked up Obeliz at daycare. I used to sell telephone calling cards from home, and if someone arrived at the house to make a purchase, Obel would help them. During my days off, Obel took us to Piñones, next to the beach, to go eat and play.

10. Obel used to help the people in the neighborhood. If someone needed help to fix a car, he would do it. He used to buy a sandwich for people who did not have anything to eat. He used to carry candy in his pocket to give to children.

11. I used to visit Obel almost every week when he was in jail in Puerto Rico. The only time when I was not able to visit him was when they moved Obel to the prison in Mayagüez, which was very far away. I called the administration office at the prison to tell them that Obeliz needed to be able to visit her father, and that Mayagüez was very far away for us. After my phone call, Obel was moved closer.

12. When we went to visit Obel, we sat at the table in a big room in the prison. There were vending machines with sandwiches that we used to microwave. Obeliz would sit with Obel, and she combed his hair and snuggled with him.

13. The guards and the other inmates' families told me how much they liked Obel. Nowadays, if I see one of the guards on the street, they ask me about Obel. They're always sad to hear that he's still in prison.

14. Obeliz was 12 years old when they took Obel to Texas. We did not have any advanced notice that they were going to take him to Texas, or that he was facing the death penalty. We did not see Obel after he was taken to Texas.

15. Before the trial, nobody from Obel's defense team talked to me in person. Only one investigator called me just before the trial, and she asked me very few questions in a conversation that lasted no more than 10 minutes.

2

EXHIBIT 88 Page 005
M.C.

16.     If they had interviewed me, I would have told them everything that I have said in this statement.  I could have said the same thing in my testimony in Obel's trial in 2013, if they had called me to be a witness.

I have read this 3-page statement.  I state under penalty of perjury under the laws of the United States that the above is true and correct.

Signed February 15, 2019

_____
María Altagracia Capellán

EXHIBIT 88 Page 006                                               3

Translated from Spanish to English by: Alma Adriano. I hereby certify that this translation of "Statement of Maria Altagracia Capellan" is true and correct to the best of my abilities.

_____  
Alma Adriano  
Certified Federal Court Interpreter

03/19/19  
Date

EXHIBIT 88 Page 007