## DECLARACIÓN DE NOEMI MARGARITA CRUZ GARCIA

Yo, Noemí Margarita Cruz García declaro lo siguiente:

1.      Mi nombre es Noemí Margarita Cruz García. Soy la hermana mayor de Obel Cruz-García, quien tiene como 2 años menos que yo.

2.      No testifiqué en el juicio de Obel en Houston en 2013. Si los abogados de Obel me hubieron comunicado, con gusto me hubiera ido a Houston para testificar y apoyar a Obel. Aunque si hablé con alguien del equipo de Obel por teléfono, fue una conversación breve y la investigadora no preguntó mucho de nuestra crianza. Ahora es la primera vez que alguien del equipo legal ha venido a verme y hablar profundamente con migo sobre la niñez de Obel.

3.      Yo nací en 1965 en Santo Domingo en la República Dominicana. Obel nació aproximadamente 2 años después.

4.      Nuestro padre, Valerio "Hungría" Cruz Santos, era médico en la marina de la República Dominicana. No doctor, pero practicante de medicina. Después de que terminó la guerra civil en nuestro país, nuestro papá trabajaba en un hospital militar que quedó cerca de la casa.  Nuestra mamá no necesitaba trabajar fuera de la casa. Durante nuestra infancia, Obel y yo nos divertíamos mucho. Nuestro papá nos llevaba a la escuela diario y regresó a la casa casi cada noche. Cuando no estábamos en la escuela, Obel y yo teníamos tiempo para jugar. Subiríamos a los árboles de mango y coco y jugábamos canicas.

5.       Obel era muy cerca a nuestra mamá. En mi opinión, ella lo mimaba. Si a Obel no le gustaba lo que ella preparaba para el almuerzo, ella haría lo que él quería. Cuando regresamos de la escuela, nuestra mamá nos daba de comer y nos bañaba.



1

EXHIBIT 90 Page 001

Después, era hora de la siesta y Obel se acurrucaba al lado de Mamá y harían una siesta juntos.

6.      De vez en cuando, nos regalaron una moneda, y Obel y yo comprábamos 5 caramelos cada uno. Obel guardaba uno para dar a nuestra mamá como regalo.

7.      Cuando yo tenía como 6 años y Obel tenía como 4, nuestro papá tuvo un accidente horrible. Se quebró su pierna en varios lugares, quebró costillas, y perdió parte de su hígado. Estuvo en el hospital para mucho tiempo.

8.      Alrededor del momento del accidente, mi papá había comenzado una relación con otra mujer. Eventualmente mi mamá se dio cuenta de eso así como otras relaciones extra matrimoniales. Aunque para los hombres dominicanos no era fuera de lo normal tener a varias mujeres, esas relaciones (y, a lo mejor, otros factores) causaron problemas en el matrimonio de mis papás. Era muy obvio que nuestra mamá era muy descontenta en el hogar.

9.      Cuando yo tenía como 8 años y Obel tenía como 6, nuestra mamá dejó a su esposo y sus hijos y se fue para Venezuela, buscando una vida nueva. Eso fue devastador para nosotros y lloré mucho. Nuestro padre intentó hacer las cosas sentir normales pero fue horrible estar sin nuestra mamá. Por un rato, Obel, yo, y mis otros hermanos seguíamos viviendo en Santo Domingo con nuestro papá. En ese entonces, a Papi lo encontraron incapaz de hacer sus tareas militares por culpa de sus heridas y lo declararon oficialmente deshabilitado. Le dieron una pensión de invalidez.

10.     Al principio, mi papá se contrató con una mujer del barrio para cuidarnos. En algún momento, ella empezó una relación con nuestro padre. Ella dejó de cuidar a la casa y a nosotros. Mi papá no hizo nada porque quería complacerla. Al fin, el trabajo de mantener la casa me llegó a mí. Yo tenía que cocinar, limpiar, y cuidar a mis hermanos menores. Obel me ayudaba, especialmente con el bebé, Joel.

11.     Cuando yo tenía como 11 años y Obel tenía como 10, nuestro papá mudó a la familia de Santo Domingo a Boba, un pueblito distante donde vivían mis abuelos. El

2



EXHIBIT 90 Page 002

cambio a Boba era muy duro. En Boba no había electricidad o plomería interior. También, no había teléfono. Solamente habían 2 casas con paredes de medio bloque. Todas las demás eran de madera. La gente que vivían allí sobrevivieron por pescar y sembrar, y hasta los niños tuvieron que trabajar para asegurar que todos tenían lo suficiente para comer.

12.     Hasta la manera de hablar es diferente en Boba, como hablan un dialecto diferente. En Santo Domingo, nos habían criado en la iglesia católica. En Boba, todos eran evangélicos.

13.     La escuela en Boba era menos rigurosa que la de Santo Domingo. A diferencia de Santo Domingo, no pude estudiar en la noche porque la única luz en la casa era una lámpara de aceite. Lo que hicimos en la noche era asistir a la iglesia todas las noches. Era muy oscura cuando regresábamos a la casa y yo tenía miedo de pisar zapitos.

14.     La gente de Boba era muy diferente de nosotros. Eran más humildes y supersticiosos. Un día, un grupo del pueblo iban a ir a una vigilia en otro pueblo que era bastante lejos. Yo me negué a ir y por no dejarme sola nadie de nuestra familia se fue. El vehículo con la gente de Boba se salió de la carretera y algunas personas fueren heridas, hasta que el hijo del pastor perdió su ojo. Después mucha gente me preguntó si yo había recibido un mensaje de Dios avisando me no ir. Todos en el pueblo oraron y dieron gracias a Dios por haber mandado el mensaje y salvando a mi familia.

15.     Una vez al mes, mi papá tenía que viajar a Santo Domingo y consultar con un doctor para verificar su discapacidad. El viaje duro 4 días y estaba fuera de la casa viernes hasta lunes. Nosotros quedábamos con nuestra abuela en Boba.

16.     Después de que se fue nuestra mamá, no teníamos contacto directo con ella. Dejábamos recados con los padres de ella en Santo Domingo y ellos comunicaron



3

EXHIBIT 90 Page 003

con ella. Sé que Obel le escribió cartas. No sé si ella respondió. Yo nunca la escribí porque yo era brava que nos habían dejado.

17.     Cuando yo tenía como 14 años, mis padres hicieron un acuerdo para que Obel y yo iban a vivir con nuestra mamá en Venezuela. Obel estaba muy emocionado por dejar a Boba y vivir con Mami. Yo fui primera a Venezuela. Cuando me fui, Obel me dijo que pronto se uniría con mí.

18.     Pero era una mentira. Después de escuchar acerca de algunos jóvenes dominicanos que cayeron en delincuencia en Venezuela, mi mamá decidió dejar a Obel en Boba. Mami mintió a mi papá y le dijo que el acta de nacimiento de Obel se perdió, y por eso no era posible conseguirle una visa. Nuestro papá mandó otra copia del acta de Obel pero todavía no aplicó para una visa para él. Pasó mucho tiempo antes de que Mami dijo definitivamente que nunca iba a llevar a Obel a Venezuela. No sé si alguna vez le dijo la razón verdadera. Obel realmente extrañaba a nuestra madre y quería reunirse con ella. También, en ese tiempo, Venezuela tenía una economía buena y muchos dominicanos la consideraban la tierra de oportunidades. Imagino que el proceso de tener la ilusión y la esperanza de ir a Venezuela y estar con nuestra mamá y al fin darse cuenta que nunca sucedería era muy duro para él.

19.     Era solamente después de que Obel se había ido de la República Dominicana para Puerto Rico que mi madre envió para mi hermana menor, Natalia, a unirse a nosotros en Venezuela. Me sentí mal que mi madre solamente quería a las hembras vivir con ella y que ella nunca hizo nada para ayudar a Obel unirse con nosotros.

20.     Yo hubiera testificado a lo anterior en el juicio de Obel en 2013, si los abogados de la defensa me hubieron preguntado.



4

EXHIBIT 90 Page 004

He leído esta declaración de 5 páginas. Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdad y correcto.

Ejecutado en el __03__ día de ____04____, 2019, en Aveiro, Portugal.

_____
Noemí Margarita Cruz García

5

EXHIBIT 90 Page 005

## STATEMENT OF NOEMI MARGARITA CRUZ GARCIA

I, Noemi Margarita Cruz García state the following:

1.      My name is Noemí Margarita Cruz García.  I am Obel Cruz-García's oldest sister.  He is around 2 years younger than me.

2.      I did not testify in Obel's trial in Houston in 2013.  If Obel's attorneys had contacted me, I gladly would have gone to Houston to testify and support Obel.  Even though I talked to someone from Obel's team via telephone, it was a brief conversation, and the investigator did not ask much about our upbringing.  Now, this is the first time that someone from the legal team has come over to see me and to talk to me in depth about Obel's childhood.

3.      I was born in 1965 in Santo Domingo in the Dominican Republic.  Obel was born approximately 2 years later.

4.      Our father, Valerio "Hungría" Cruz Santos, was a medic in the Navy of the Dominican Republic.  Not a doctor, but would practice in the medical field.  After the civil war ended in our country, our father was working in a military hospital that was near our house.  Our mother did not need to work outside the home.  During our childhood, Obel and I used to have a lot of fun.  Our father used to take us to school every day, and he would come back home almost every night.  When we were not in school, Obel and I would have time to play.  We used to climb the mango and coconut trees, and we would play with marbles.

5.      Obel was very close to our mother.  In my opinion, she used to spoil him.  If Obel did not like what she prepared for lunch, she would make whatever he wanted.  When we came back from school, our mother used to feed and bathe us.  Later, it was time to take a nap, and Obel would snuggle next to Mother, and they would take a nap together.

6.      Once in a while, they would give us some coins, and Obel and I would buy 5 pieces of

*N.M.C.G.*
EXHIBIT 90 Page 006

candy each.  Obel would keep one to give it to our mother as a gift.

7.      When I was around 6 years old, and Obel was around 4, our father had a horrible accident. He broke his leg in different places, he broke his ribs and lost part of his liver.  He was in the hospital for a long time.

8.      Around the time of the accident, our father had started a relationship with another woman. Eventually, my mother found out about that, and about other extra-marital relationships.  Even though it was not out of the ordinary for Dominican men to have several women, those relationships (and, maybe, other factors) caused problems in my parents' marriage.  It was very obvious that our mother was very unhappy at home.

9.      When I was around 8 years old, and Obel was around 6, our mother left her husband and her children, and she went to Venezuela, looking for a new life.  That was devastating for us, and I cried a lot.  Our father tried to make things feel normal, but it was horrible to be without our mother.  For a while, Obel, I, and my other siblings kept living in Santo Domingo with our father. During that time, it was determined that Daddy was unable to do his military duties because of his wounds, and he was officially declared disabled.  They gave him a disability pension.

10.     At the beginning, my father hired a woman from the neighborhood to take care of us.  At some point, she started to have a relationship with our father.  She stopped taking care of us and the house.  My father did not do anything about it because he wanted to please her.  In any event, the maintenance work of the house became my responsibility.  I had to cook, clean, and take care of my younger siblings.  Obel would help me, especially with the baby, Joel.

11.     When I was around 11 years old, and Obel was around 10, our father moved the family from Santo Domingo to Boba, a small town far away, where my grandparents lived.  The change to Boba was very tough.  There was no electricity or indoor plumbing in Boba.  There was no telephone either.  There were only 2 houses with half-brick walls.  All the other houses were made out of wood.  The people who lived there would survive by fishing and planting seeds for crops,

2

and even the children had to work to make sure that everybody had enough food to eat.

12.     Even the way they talk was different in Boba, because they speak a different dialect.  In Santo Domingo, we had been raised in the Catholic church.  In Boba, everyone was Evangelic.

13.     The school in Boba was less rigorous than the one in Santo Domingo.  As opposed to what I did in Santo Domingo, I was not able to study at night because the only light in the house was an oil lamp.  What we did at night was to go to church every night.  It was very dark when we got back home, and I was afraid to step on the little toads.

14.     The people in Boba were very different from us.  They were poorer and superstitious.  One day, a group from the town was going to go to a vigil in another town that was very far away.  I refused to go, and in order for me not to be left alone, none of the members of my family went.  The vehicle where the people from Boba were travelling veered off of the highway, and some people ended up being hurt, even the son of the pastor lost his eye.  Later, a lot of people asked me if I had received a message from God warning me not to go.  Everyone in town prayed and gave thanks to God for sending the message and saving my family.

15.     Once a month, my father had to travel to Santo Domingo for a doctor's consultation to verify his disability.  The trip lasted 4 days, and he was away from home from Friday through Monday.  We would stay with our grandmother in Boba.

16.     After our mother left, we did not have direct contact with her.  We would leave messages with her parents in Santo Domingo, and they would contact her.  I know that Obel wrote her some letters.  I don't know if she wrote back.  I never wrote because I was angry at her for leaving us.

17.     When I was around 14 years old, my parents made an agreement so that Obel and I would go live with our mother in Venezuela.  Obel was very excited to leave Boba and live with Mommy.  I was the first one to go to Venezuela.  When I left, Obel told me that he would join me very soon.

3

18.     But it was a lie.  After hearing about some Dominican young men that got involved in criminal behavior in Venezuela, my mother decided to leave Obel in Boba.  Mommy lied to my father, and she told him that Obel's birth certificate got lost, and for that reason it was not possible to get him a visa.  Our father sent another copy of Obel's birth certificate, but she still did not apply for a visa for him.  A lot of time went by before Mommy finally said she was definitely never going to take Obel to Venezuela.  I don't know if she ever said what the real reason was.  Obel really missed our mother, and he wanted to join her.  Also, during that time, Venezuela had a good economy, and many Dominicans consider it the land of opportunity.  I imagine that the process of looking forward to, and having the hope of, going to Venezuela and being with our mother, and at the end realizing that it was never going to happen, was very hard for him.

19.     It was only after Obel had left the Dominican Republic to go to Puerto Rico that my mother had my younger sister, Natalia, join us in Venezuela.  I felt bad that my mother only wanted the females to go live with her, and she never did anything to help Obel join us.

20.     I would have testified the above in Obel's trial in 2013, if the defense attorneys had asked me.

I have read this 5-page statement.  I state under penalty of perjury, under the laws of the United States, that the above is true and correct.

Signed on April 3, 2019, in Aveiro, Portugal.

_____
 Noemí Margarita Cruz García

EXHIBIT 90 Page 009

Translated from Spanish to English by: Alma Adriano. I hereby certify that this translation of "Statement of Noemi Margarita Cruz García" is true and correct to the best of my abilities.

_Alma Adriano_                                      04/12/19
_____                  _____
Alma Adriano                                     Date
Certified Federal Court Interpreter

EXHIBIT 90 Page 010