# DECLARACIÓN DE PIRUQUINU "PIRUCA" ACOSTA

Mi nombre es Piruquinu "Piruca" Acosta y tengo 76 años de edad. Vivo en Bella Vista de Boba en la República Dominicana.

Yo conocí a Obel Cruz Garcia cuando su papá, Valerio "Hungría" y sus hijos se mudaron a Bella Vista de Boba. Obel tenía como 10 a 11 años. Era una comunidad cercana y los conocía bien. Ellos estaban viviendo con Ramona, la mama de Hungría, en la mata de Boba. Unos años después Hungría se casó con una de aquí llamada Dorca. El y Dorca se mudaron aquí en la casita al lado de mí y mi mujer, Chinin, mientras los niños se quedaron en la casa de Ramona. Después se trajeron a los niños a vivir con ellos aquí al lado de mí. En aquel tiempo, el barrio consistía de 4 o 5 casas en la carretera que va a Nagua. Mi casa era al lado de la de Hungría y Dorca. Las casas no tenían aguaduchos en ese tiempo, nuestra agua vino de las casimbas. Yo todavía uso casimba. Cuando llovía, el agua de la letrina se mesclaba con el de la casimba.

Obel me llamaba "Papá" y llamaba a mi esposa "Mamá". Cuando tuvo comida, Obel me llamó para compartirla.

El papá de Obel demandó respeto de sus hijos. Siempre tenía a Obel trabajando y recuerdo que Obel era muy trabajador. Más trabajador que sus hermanos. La madrasta de Obel era maestra y estaba muy ocupada. Obel cocinaba y pescaba con su papá todos los días para ayudar a la familia.

Como mucha gente pobre en nuestra área, Obel se fue a Puerto Rico para hacer una vida mejor. Yo me fui después de Obel por la misma razón. Yo vi a Obel de nuevo cuando nosotros dos estábamos en Rio Piedra, Puerto Rico. Obel se quedó en mi casa por un rato cuando recién llegó de la finca. Durante ese tiempo, Obel trabajó en un café en Rio Piedra como cocinero. Es allí donde conoció a su futura esposa, Angelita. Antes de eso, había trabajado en una finca de café. Obel era muy trabajador y buen compañero de casa. Después de cómo un año yo regresé a la República Dominicana para ayudar a mi mujer, Chinin, cuidar a madre quien estaba muy grave.

No vi a Obel por muchos años pero supe que él planeaba regresar a Bella Vista de Boba porque su papá le estaba construyendo una casa en nuestro barrio. Cuando Obel regresó a la Republica Dominicana con su esposa, Angelita, se quedaron aquí en la casa que le construyeron. Obel ayudó a terminar de construir la casa pero le tomó mucho tiempo terminarla.

En la República Dominicana, es común para un hombre tener a su esposa y también tener relaciones con otras mujeres. Muchos hombres tienen hijos de varias mujeres y se considera normal tanto como el hombre provee para sus hijos. Yo tengo hijos de unas relaciones fuera de mi matrimonio, igual como el papá de Obel, mi mismo papá, y Obel. El papa de Obel era muy buen hombre pero a él le gustaba sus mujeres. Era un hombre hermoso y muy mujeriego. Porque era medico él estaba fuera de la casa mucho trabajando y visitando a la gente. Así conocía a las otras mujeres. Eso causó tensión entre él y Dorca porque a ella no le gustaba que estaba fuera de casa y con otras mujeres. Pero él era buen hombre y cuando un enfermo lo necesitaba él inmediatamente iba a ver verlos y no le cobraba nada a nadie.

1

Initials: PA

EXHIBIT 91 Page 001

Hasta ahora, nadie del equipo legal de Obel me había contactado o pedido que testificara en el juicio de Obel. Si me hubieran preguntado, habría estado dispuesto y podría testificar en el juicio de Obel en 2013

Yo he leído este declaración de 2 paginas. Yo declaro bajo pena de perjurio bajo las leyes de los Estado Unidos que lo anterior es verdadero y correcto.

Ejecutado en el ___29___ día de __noviembre__, __2018__ en __Bella vista de Boba__, Republica Dominicana.

_____
Piruquinu Acosta

P-A-2

EXHIBIT 91 Page 002

# STATEMENT OF PIRUQUINU "PIRUCA" ACOSTA

My name is Piruquinu "Piruca" Acosta, and I am 76 years old. I live in Bella Vista de Boba in the Dominican Republic.

I met Obel Cruz Garcia when his father, Valerio "Hungria" and his children moved to Bella Vista de Boba. Obel was around 10 to 11 years old. It was a nearby community, and I knew them well.

They were living with Ramona, Hungria's mother, in La Mata de Boba. A few years later, Hungria got married to a local woman named Dorca. He and Dorca moved over here to a little house next door to me and my wife, Chinin, while the children remained in Ramona's house. They later brought the children over to live with them here next door to me. During that time, the neighborhood consisted of 4 or 5 houses along the highway that leads to Nagua. My house was next door to Hungria and Dorca's house. The houses did not have running water during that time. Our water came from a hole in the ground. I still use the water well. When it rained, the water from the latrine would get mixed in with the water from the well.

Obel used to call me "Papá," and he called my wife "Mamá." When he had food, Obel called me to share it with me.

Obel's father demanded respect from his children. He always had Obel working, and I remember that Obel was a very hard worker. He worked more than his siblings. Obel's stepmother was a teacher, and she was very busy. Obel used to cook, and he would fish with his father every day to help the family.

Like many poor people in our area, Obel went to Puerto Rico to make a better life. After Obel left, I left for the same reason. I saw Obel again when we were both in Rio Piedra, Puerto Rico. Obel stayed in my house for a while when he first got there from the plantation. During that time, Obel worked at a café in Rio Piedra as a cook. He met his future wife, Angelita, there. He had previously worked at a coffee plantation. Obel was a very hard worker, and a good roommate. After about a year later, I returned to the Dominican Republic to help my wife, Chinin, to take care of Mother who was very ill.

I did not see Obel for many years, but I found out that he was planning on going back to Bella Vista de Boba because his father was building a house for him in our neighborhood. When Obel went back to the Dominican Republic with his wife, Angelita, they stayed here at the house that was built for them. Obel helped finish building the house, but it took him a long time to finish it.

In the Dominican Republic, it is common for a man to have his wife and to also have relationships with other women. Many men have children with several women, and that is

Initials: _P A_ 1

EXHIBIT 91 Page 003

considered normal so much so, that the men provide for their children.  I have children from some of the relationships outside of my marriage, the same as Obel's father, my own father, and Obel.  Obel's father was a very good man, but he liked women.  He was a beautiful man and very much a ladies' man.  Because he was a medic, he spent a lot of time outside of the home working and visiting people.  That is how he met other women.  That caused tension between him and Dorca because she did not like that he was spending time outside of the home and with other women.  But he was a good man, and when a person who was ill needed him, he would go see them immediately, and he did not charge anybody anything.

Up to now, nobody from Obel's legal team had contacted me or asked me to testify in Obel's trial.  If they had asked me, I would have been willing and could have testified in Obel's trial in 2013.

I have read this 2-page statement.  I state under penalty of perjury that under the laws of the United States the above is true and correct.

Signed November 29, 2018 in Buena Vista de Boba, Dominican Republic.

_____/s/_____
Piruquinu Acosta

PA 2

EXHIBIT 91 Page 004

Translated from Spanish to English by: Alma Adriano. I hereby certify that this translation of "Statement of Piruquinu "Piruca" Acosta" is true and correct to the best of my abilities.

_____            03/17/19
Alma Adriano                                             Date
Certified Federal Court Interpreter

EXHIBIT 91 Page 005