```
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
Incident no. 105758592 X    CURRENT INFORMATION REPORT              PAGE 2.015
""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""
```

HE RECEIVED A CALL FROM THE DISPATCHER TO CHECK AN AGGRAVATED SEXUAL ASSAULT/
AGGRAVATED KIDNAPPING SCENE AT 6705 FAIRWAY. OFFICER NORRIS WAS IN THE HOMICIDE
OFFICE AT THE TIME OF THE CALL AND ARRIVED ON THE SCENE AT APPROXIMATELY 0030
HOURS. UPON ARRIVAL, OFFICER NORRIS TALKED WITH SCENE PATROL OFFICERS B.K.
CARPENDER (PR 98071) AND J. DAVERUX (PR 79439) RIDING UNIT 13D13. ALSO ON THE
SCENE WERE SEVERAL MORE PATROL OFFICERS AND ARRIVING LATER WAS HOMICIDE
SGT. C. ELLIOTT AND LT. D. GAFFORD. AFTER TALKING WITH ALL OF THESE OFFICERS,
OFFICER NORRIS MADE THE FOLLOWING SCENE OBSERVATIONS.

                          *****SCENE SUMMARY*****

AREA OF TOWN
------------

THE ADDRESS OF 6705 FAIRWAY WAS OBSERVED TO BE THAT OF THE CEDAR SPRINGS
APARTMENT COMPLEX LOCATED IN THE SOUTH SECTION OF HOUSTON IN HARRIS COUNTY.
THIS ADDRESS CAN BE LOCATED ON KEY MAP PAGE 534M AND WAS FURTHER FOUND IN THE
HOUSTON POLICE DEPARTMENTS 13D10'S BEAT. THE 6700 BLOCK OF FAIRWAY WAS OBSERVED
TO BE AN EAST/WEST STREET JUST SEVERAL BLOCKS SOUTHWEST OF THE MAJOR
INTERSECTION OF TELEPHONE ROAD AND THE SOUTH LOOP (610). THIS AREA OF HOUSTON
WAS OBSERVED TO BE ETHICALLY MIXED HOWEVER THIS PARTICULAR COMPLEX WAS
OBSERVED TO BE PREDOMINANTLY HISPANIC AND OF A LOW SOCIO-ECONOMIC STATURE.

OUTSIDE COMPLEX
---------------

THE PARTICULAR COMPLEX (CEDAR SPRINGS) WAS OBSERVED TO BE ONLY A THREE
BUILDING COMPLEX WITH A LONG NORTH/SOUTH CARPORT ON THE EAST SIDE, ALL
FORMING A "U" CONFIGURATION. THE CENTER OF THE COMPLEX, BETWEEN THE BUILDING
CONTAINING UNITS 1-14 WAS COMPRISED MOSTLY OF CONCRETE SLABING WITH A LARGE
OVAL CONCRETE SLAB IN THE CENTER. TOWARD THE NORTH SIDE WERE SOME GRASSY AREAS
AND THERE WERE 4 LARGE PALM TREES LOCATED IN THE NORTH/SOUTH SECTION.

THE RESIDENTIAL BUILDING TO THE WEST CONTAINED UNITS 1-14 WITH ALL ODD NUMBERS
ON THE LOWER LEVEL AND ALL EVEN NUMBERS ON THE TOP. UNITS ONE AND TWO WERE
LOCATED ON THE SOUTH END OF THE BUILDING.

THE LONG EAST/WEST BUILDING AT THE TOP OF THE "U" CONTAINED UNITS 15-26. ALL
ODD NUMBERS WERE LOCATED ON THE BOTTOM AND ALL EVEN NUMBERED UNITS ON THE TOP.
NUMBERS 15-16 WERE ON THE WEST END. THIS BUILDING WAS VACANT AND FRESH EXTERIOR
WOOD MADE IT APPEAR AS IF THE UNITS WERE BEING RENAVATED. THIS WAS ALSO TRUE OF
THE BUILDING ON THE EAST SIDE (JUST NORTH OF THE CARPORT). THIS SMALL BUILDING
CONTAINED ONLY FOUR UNITS WITH NUMBERS 27 & 29 ON THE DOWNSTAIRS AND UNITS 28
& 30 ON TOP.

FROM THE SOUTH OF THIS BUILDING TO THE STREET WAS THE AFOREMENTIONED CARPORT.
THE CARPORT ALLOWED VEHICLES TO PULL IN AT A NORTHWESTERLY DIRECTION. THE
PLATE NUMBERS NOTED UNDER THIS CARPORT WERE RECORDED FROM THE NORTH TO THE
SOUTH AS FOLLOWS;


```
    ▓1MW
    ▓PL
    ▓QS
    ▓342
    ▓712  OREGON
    ▓QHF
    ▓308
```

EXHIBIT 95 Page 001


▓LLV
▓RF

CL█ ▄WISE THERE WERE NINE ADDITIONAL VEHICLES THAT PULLED IN DIRECTLY
ON THE SOUTH SIDE OF THE BUILDING, AROUND AND DOWN THE EAST SIDE OF THE
DRIVEWAY. THESE VEHICLES WERE OBSERVED FROM NORTH TO SOUTH AS FOLLOWS;


▓JY714SFN
▓8GP
▓
▓3HL
▓ZQY
▓5YM
▓375
▓1W

OUTSIDE WEATHER AND LIGHTING
-----------------------------
  THE WEATHER OUTSIDE WAS CLEAR AND CONFORTABLE WITH TEMPERATURES IN THE LOW
60'S. THE WINDS WERE LIGHT AT 5-10 MPH. THERE WAS MAYBE A 1/8TH MOON.

SCENE LIGHTING ON THE OUTSIDE OF THIS COMPLEX AND WITHIN THE COURTYARD WAS
VERY GOOD AS THERE WERE A TOTAL OF FOUR MERCURY VAPOR SECURITY LIGHTS (ALL
WORKING) AROUND THE COURTYARD AREA. IN ADDITION TO THIS LIGHTING THERE WAS
A MERCURY VAPOR STREET LIGHT JUST TO THE EAST OF THE ENTRENCE DRIVEWAY TO THE
EAST PARKING AREA AND SEVERAL RESIDENTIAL 110 V. PORCH LIGHTS THAT WERE ON.

AR█.. IN FRONT OF COMPS APT. #3
--------------------------------

THE COMPS APARTMENT WAS LOCATED ON THE LOWER LEVEL OF THE WEST BUILDING. THE
FRONT DOOR FACED THE EAST AND FACED THE COURTYARD. JUST TO THE SOUTHEAST OF THE
FRONT DOOR WAS A BROWN PICNIC TABLE. A SMALL GRILL WAS TO THE WEST OF THE TABLE
(THE GRILL WAS COLD). A CASE OF EMPTY COKE BOTTLES/MOP/1/2 OF A BROOM AND A
PAINT CAN WERE ON THE GROUND JUST TO THE WEST OF THE GRILL.

A BLUE BOYS BICYCLE WAS LAYING ON THE GROUND NEXT TO A BLACK SUPPORT POST
TO THE EAST OF THE DOORWAY. THIS BIKE HAD A LARGE CHAIN AROUND THE UPPER SUPPORT
WITH A LOCK, HOWEVER, THE CHAIN DID NOT GO AROUND THE POST AND WAS NOT SECURED.
 THERE WAS A GRAY CHAIR TO THE NORTHWEST OF THE DOORWAY AND TWO BENCH SEATS
TO THE NORTH OF THE CHAIR. THERE WAS A 110V. BULB PORCH LIGHT ON THE NORTH SIDE
OF THE DOOR BUT THE LIGHT WAS NOT ON.

THERE WERE TWO WINDOWS THAT FACED THE COURTYARD. THE WINDOW TO THE NORTH OF THE
FRONT DOOR WAS A LARGE LIVING ROOM PICTURE WINDOW. THE CURTAINS WERE CLOSED AND
CLOSEPINED TOGETHER ON THE INSIDE. THE INSIDE OF THE CURTAIN WAS PURPLE AND THE
OUTSIDE WAS WHITE. ALL OF THIS MADE IT IMPOSSIBLE TO SEE INTO THE UNIT FROM THIS
WINDOW. THE SECOND WINDOW WAS LOCATED JUST TO THE SOUTH OF THE FRONT DOOR AND
WAS MUCH SMALLER. THIS WINDOW WAS THE KITCHEN WINDOW AND WAS COVERED WITH A
WHITE CURTAIN. IT WAS ALSO IMPOSSIBLE TO VIEW INTO THE UNIT FROM THIS WINDOW.

TH█ FRONT DOOR TO THIS UNIT WAS BLUE ON THE OUTSIDE AND WAS A METAL FRAMED
EXTERIOR DOOR. THE NUMBER 3 WAS NOTED ON THE CENTER OF THE DOOR WITH A PEEP
HOLE JUST BELOW THE 3. THERE WAS A DEAD BOLT APPROXIMATELY 3" ABOVE THE KNOB.

EXHIBIT 95 Page 002

THIS DEAD BOLT ALLOWED ACCESS WITH A KEY ON THE OUTSIDE AND A TWIST TYPE LOCK ON THE INSIDE. THE DOOR KNOB ALLOWED ACCESS WITH A KEY ON THE OUTSIDE AND ALSO A TWIST KNOB ON THE INSIDE.

THE DOOR FRAME WAS WHITE PAINTED WOOD. LAYING ON THE GROUND JUST TO THE OUTSIDE OF THE DOORWAY WAS THE FRAMING COVER PLATE FOR THE DEAD BOLT BAR. THIS WAS LAYING NEXT TO A PIECE OF WHITE NAPKIN SAID TO BE THE COMPS. THE DOOR FRAME AT THE DEAD BOLT HEIGHT WAS CRACKED AND BROKEN BUT NOT SEPARATED FROM THE FROM THE FRAME.

INSIDE COMPS UNIT #3
--------------------

THE FRONT DOOR WAS HINGED ON THE SOUTH SIDE AND ALLOWED ACCESS INTO THE SMALL SECTION BETWEEN THE LIVING ROOM AND THE KITCHEN. THE LIVING ROOM WAS LOCATED ON THE NORTHEAST CORNER OF THE UNIT. IN THE NORTHEAST CORNER OF THE ROOM WAS A BRASS COLORED HAT RACK. HANGING ON THE RACK WERE MANY HATS INCLUDING A BINOCULAR CASE. JUST TO THE WEST OF THIS HAT RACK WAS A SMALL STAND WITH A WORKING VCR ON IT. TO THE WEST OF THE VCR WAS A FLOOR MODEL TV SET.

THERE WERE SEVERAL NICK NACKS ON THE TOP OF THE TV SET BUT OF INTEREST TO THIS INVESTIGATION WAS A CIGAR THAT WAS ONLY PARTIALLY SMOKED. THE COMP STATED THAT THIS CIGAR BELONGED TO ONE OF THE SUSPECTS.

TO THE WEST OF THE TV SET WERE MORE NICK NACKS AND A BOYS BLUE BACK PACK WAS LEANING UP AGAINST THE WEST SIDE OF THE TV SET. TO THE WEST OF THIS AREA WAS A UPRIGHT VACUUM CLEANER WITH A BLACK LEATHER JACKET HANGING FROM IT. IN THE NORTHWEST CORNER OF THE ROOM WAS A TALL WICKER BOOKSHELF.

A COUCH PARTITIONED THE LIVING ROOM FROM THE WALKWAY PRIOR TO COMING TO THE KITCHEN AREA AND A MATCHING STUFFED CHAIR WAS LOCATED IN THE SOUTHWEST CORNER OF THE LIVING ROOM. THE LIVING ROOM FLOOR WAS DONE IN A TAN WALL TO WALL CARPET. THIS WALL TO WALL CARPET EXTENDED THROUGHOUT THE HOUSE WITH THE EXCEPTION OF A SECTION OF LINOLEUM IN THE KITCHEN.

THE SOUTHWEST CORNER OF THIS LARGE CENTRAL AREA WAS THE DINING ROOM. IN THE DINING ROOM WAS A LARGE OVAL, BLACK GLASS TOPED TABLE WITH THREE CHAIRS AROUND IT. ON THE TOP OF THE TABLE WAS A BLACK WOMANS PURSE (SAID TO HAVE BEEN PUT THERE AFTER THE SUSPECTS LEFT). SEVERAL OTHER ITEMS AND A LSG COMMUNICATIONS PAGER. THE NUMBER TO LSG WAS NOTED AS 713-674-8615 AND THE PAGER SERIAL NUMBER WAS NOTED AS 555471. THERE WAS HOWEVER NO PHONE NUMBER FOR THE PAGER NOTED ON IT.

IN THE SOUTHEAST CORNER OF THE ROOM WAS THE KITCHEN AREA. ALONG THE SOUTH WALL WAS A COUNTER AREA WITH A DOUBLE SINK INCLOSED. ALONG THE EAST WALL WAS A STOVE AND THEN A REFRIGERATOR TO THE NORTH (JUST SOUTH OF THE FRONT DOOR). SITING ON THE FLOOR JUST WEST OF THE STOVE WAS THE 4TH KITCHEN CHAIR.


NORTHWEST BEDROOM
-----------------

IN THE CENTER OF THE WEST WALL OF THE LIVING ROOM/DINING ROOM, WAS A DOORWAY THAT LED TO THE ONLY BEDROOM IN THIS UNIT. THE DOOR TO THIS BEDROOM WAS HINGED ON THE WEST SIDE AND SAID TO BE OPEN AT THE TIME OF THE ATTACK. LAYING IN THE

EXHIBIT 95 Page 003

DOORWAY WERE A PILE OF ASSORTED CLOTHING (AS IF THEY HAD BEEN DUMPED FROM A DRAWER).

JU.  INSIDE THE DOORWAY TO THE EAST WAS A QUEEN SIZED (OR SO) BED THAT WAS IN A CADDI CORNER POSITION WITH THE HEAD TOWARD THE NORTHEAST CORNER OF THE ROOM. AT THE NORTHEAST CORNER OF THE BED WAS A PILLOW WITH NO PILLOW CASE ON IT AND A ROUND POOL OF BLOOD ON THE PILLOW.

ALSO ON THE TOP OF THIS BED WERE TWO DRAWERS FROM THE SOUTH WALL DRESSER AND ONE DRAWER FROM THE WEST WALL DRESSER, A CHILDS RED SHIRT WITH A KNOT TIED IN IT, OTHER ASSORTED CLOTHING, A GOLD CONFORTER, TWO PILLOWS NEAR THE SOUTHWEST CORNER AND A BROWN FITTED SHEET THAT HAD COME OUT FROM SEVERAL OF THE CORNERS.

ON THE FLOOR ON THE WEST SIDE OF THE BED WERE NOTHING BUT A FLOOR OF CLOTHING. ON TOP OF THIS CLOTHING WERE SEVERAL SMALL POOLS OF BLOOD AND A CLOCK RADIO WITH THE CORD TIED IN A LOOSE KNOT.

THERE WAS A DRESSER IN THE NORTHWEST CORNER OF THE ROOM. ALL OF THE DRAWERE WERE IN PLACE BUT SOME WERE PULLED OUTWARD. IN THE TOP DRAWER OF THIS DRESSER WAS A RAVEN .25 SEMI-AUTOMATIC PISTOL, MODEL MP 25 BEARING SERAIL NUMBER 1838778. THIS WEAPON WAS SAID TO HAVE BEEN PICKED UP BY ONE OF THE SUSPECTS AND THEN PUT BACK INTO THE DRAWER.

LEANING AGAINST THIS DRESSER WAS A LARGE MIRROR. AGAINST THE WEST WALL WAS A SMALLER DRESSER WITH SEVERAL DRAWERE PULLED ALL THE WAY OUT. A LARGER DRESSER WAS LOCATED AGAINST THE SOUTH WALL. THIS DRESSER HAD A TV SET ON TOP OF IT TH   THE COMP STATED TO THIS OFFICER PROVIDED THE ONLY LIGHTING FOR THIS SC    AT THE TIME OF THE ATTACK.

TO THE SOUTHWEST CORNER OF THE ROOM WAS A BUILD SHELF WITH HANGING CLOTHES UNDER THE SHELF. ON THE TOP OF THE SHELF WERE MANY CANDLES SOME OF WHICH WERE LIT. ALSO LAYING ON THE FLOOR AROUND THE ROOM WERE SEVERAL SUITCASES.

IN THE CENTER OF THE SOUTH WALL WAS THE DOORWAY TO THE BATHROOM. THE WEST WALL OF THIS BATHROOM AREA WAS BUILT-IN HANGING CLOTHES TYPE AREA WITH A RED CURTAIN COVERING MOST OF THE CLOTHING. IN THE VERY NORTHEAST CORNER OF THIS SMALL AREA WAS A METAL SECURITY BOX WITH SEVERAL ITEMS LAYING ON TOP OF IT. THIS SAFE TYPE BOX WAS UNLOCKED AND EMPTY.

OFFICERS NOTE
-------------

WHILE INTERVIEWING THE COMP., (DIANA GARCIA), SHE STATED THAT THE SEXUAL ASSAULT OCCURED ON THE TAN FITTED SHEET ON THE BED AND THAT HER HANDS WERE TIED WITH THE RED CHILDS SHIRT. SHE SAID THAT HER HUSBANDS HAND WERE TIED WITH THE CLOCK RADIO CORD. SHE WENT ON TO SAY THAT THE CIGAR IN THE LIVING ROOM WAS NOT THEIRS AND MUST BELONG TO THE SUSPECT. THIS CIGAR WAS NOTED TO HAVE NOT BURNED THE TV CABINET ALTHOUGH THE LIT PORTION WAS ON THE WOOD. IT WAS THEREFORE BELIEVED THAT THE CIGAR WAS OUT WHEN IT WAS PLACED THERE.
MS. GARCIA ALSO TOLD ME THAT ONE OF THE SUSPECT PICKED UP THE GUN FROM THE TO   DRAWER OF THE DRESSER AND PUT IT BACK DOWN. THIS WEAPON WAS NOTED AS HAVING FI   LIVE .25 BULLETS IN THE CLIP BUT NONE IN THE CHAMBER.

*****CSU OFFICERS INVESTIGATION*****

EXHIBIT 95 Page 004
AFTER MAKING THE AFOREMENTIONED SCENE OBSERVATIONS, OFFICER NORRIS EXPOSED A

ROLL OF COLOR 35MM FILM OF THE SCENE WITH THE USE OF A SUNPAK FLASH. FIELD NOTES WERE THEN RECORDED AND EVIDENCE WAS RECOVERED AS STATED IN THE DISPOSITION OF EVIDENCE SECTION OF THIS SUPPLEMENT. OFFICER NORRIS THEN PRINTED AREAS OF THE APARTMENT WHERE THE SUSPECT MIGHT HAVE GONE, HOWEVER, DUE TO THE NATURE OF THE WOOD AND FURNITURE NO LATENT PRINTS WERE FOUND. OFFICER NORRIS CLEARED THIS SCENE AT APPROXIMATELY 0300 HOURS.

*****DISPOSITION OF EVIDENCE*****

#01   ONE ROLL OF COLOR 35MM FILM WAS EXPOSED BY OFFICER NORRIS OF THIS SCENE WITH THE USE OF A SUNPAK FLASH. THIS FILM REMAINED IN THE CARE, CUSTODY AND CONTROL OF OFFICER NORRIS UNTIL HE DEPOSITED IT INTO THE PHOTO LAB LOCK BOX ON THE 4TH FLOOR ID SECTION.

#02   THE FOLLOWING ITEMS OF EVIDENCE WERE RECOVERED BY OFFICER NORRIS AND TAGGED UNDER THIS CASE NUMBER INTO THE HPD PROPERTY ROOM.

   ONE TAN SHEET
   ONE CHILDS RED XL T-SHIRT WITH "TRUCKIN" LOGO ON FRONT (STILL IN TIED KNOT)
   ONE PARTIALLY SMOKED CIGAR

   OFFICER NORRIS MAINTAINED CARE, CUSTODY AND CONTROL OF ALL OF THIS EVIDENCE UNTIL HE TAGGED THEM INTO THE PROPERTY ROOM.

#03   THE FOLLOWING ITEMS OF EVIDENCE WERE TAGGED BY OFFICER NORRIS IN THE LATENT PRINT LAB;

   ONE RAVEN .25, MODEL MP 25, SERIAL NUMBER 1838778 (CLIP WAS REMOVED AND NOT TAGGED).
   ONE "SPARTUS" ALARM CLOCK WITH BLACK CORD TIED IN A LOOSE KNOT.

   THIS EVIDENCE REMAINED IN THE CARE, CUSTODY AND CONTROL OF OFFICER NORRIS UNTIL HE TAGGED THEM INTO THE LATENT PRINT LAB.

NO OTHER EVIDENCE WAS RECOVERED BY THIS INVESTIGATOR.

********************************************************************************
                    END OF CRIME SCENE INVESTIGATORS SUPPLEMENT
********************************************************************************

INVESTIGATION TO CONTINUE..........................

Supplement entered by =  81421
Report reviewed by- A. ROQUEMORE          Employee number-
Date cleared- 09/08/08

EXHIBIT 95 Page 005