THAT SHE RENTED AN APARTMENT IN HUMBLE FOR CHICO AND ANGELITA AND THE APARTMENT, UTILITIES, AND PHONE WAS IN DIANA AND ARTURO'S NAME. SHE GAVE US THIS ADDRESS AND IT WAS CHECKED OUT BY SWAIM AND BROWN. SEE THEIR SUPPLEMENT FOR DETAILS. DIANA STATED THAT SHE DID NOT KNOW CHICO'S REAL NAME AND KNEW VERY LITTLE ABOUT HIM. SHE ALSO SAID THAT CHICO WAS THE ONLY DARK PERSON THAT CAME TO HER APARTMENT, AND THAT SHE WAS ONLY SELLING AROUND $400 A WEEK OF POWDER COCAINE.

DIANA STATED THAT THEY WERE BROKE AND WERE LATE ON THEIR CAR PAYMENT AND LATE ON THE APARTMENT RENT. SHE ALSO SAID THAT THEY BARELY HAD ENOUGH MONEY TO BUY GROCERIES. SHE SHOWED US THE LATE NOTICE FOR THE CAR PAYMENT TO VERIFY THE LATE BILL. SHE STATED THAT THEY DID NOT KEEP A LARGE AMOUNT OF CASH ON HAND AND THEY DID NOT STORE DOPE IN THE APARTMENT. SHE AGAIN STATED THEY WERE SMALL TIME DEALERS THAT SOLD BY THE GRAM.

SHE MAINTAINED THAT THEY SUSPECTS MADE ABSOLUTELY NO DEMANDS FOR MONEY, DRUGS, OR ANYTHING ELSE. SHE STATED THAT THEY RANSACKED THE APARTMENT'S BEDROOM ONLY, AND THE ONLY ITEM THEY TOOK WAS A GOLD NUGGET BRACELET THAT HAD THE NAME "ARTURO" ON THE FRONT. BOTH DIANA AND ARTURO WERE WEARING GOLD NECKLACES THAT WERE NOT TAKEN BY THE SUSPECTS.

WE ALSO LEARNED FROM A WITNESS THAT THERE WAS A HISPANIC MALE WHO CAME TO THE SCENE WHO MADE A REMARK IN SPANISH REGARDING SOME CUBANS. WE LEARNED THAT THIS MALE IS NAMED CESAR RIOS, AND HE LIVES AT 7121 WINFREY. WE EVENTUALLY LOCATED CESAR AND HE WAS INTERVIEWED BY SGT SWAIM. SEE HIS SUPPLEMENT FOR DETAILS.

OCTOBER 2, 1992........FRIDAY:
*******************************

WE,, SGTS STEPHENS, ALONZO, AND INVS BROWN AND UP HERNANDEZ, CONTINUED FOLLOW UP ON THIS INVESTIGATION. WE WENT BACK TO THE SCENE AND PICKED UP DIANA AND ARTURO.... AGAIN. IT WAS STILL OUR BELIEF THAT WE WERE NOT GETTING THE WHOLE STORY. THEY WERE BROUGHT TO THE HOMICIDE OFFICE AND REINTERVIEWED AND POLYGRAPHED.

WE ALSO LEARNED A "NEW" FAMILY SECRET. DIANA SAID THAT THE "REAL" FATHER OF ANGELO JR WAS A MALE BY THE NAME OF PEDRO ORTIZ. SHE GAVE US A LICENSE PLATE NUMBER ON PEDRO'S TRUCK AND HIS PHONE NUMBER. WE FOUND THAT HE LIVES AT 6160 GLENMONT APARTMENT NUMBER 187. STEPHENS AND BROWN WENT TO THE APARTMENT AND FOUND THAT PEDRO WAS NOT AT HOME. WE INTERVIEWED HIS NEXT DOOR NEIGHBOR AND WE TOLD THAT PEDRO LIVES IN THE APARTMENT ALONE, HE LEAVES EARLY IN THE MORNING TO GO TO WORK, AND HE HAS BEEN HOME ALL WEEK AND HAS LEFT THE SAME TIME EVERY DAY. WE WENT TO THE OFFICE AND GOT THE FOLLOWING INFORMATION ON PEDRO FROM THE LEASE AGREEMENT.

```
    PEDRO ORTIZ  ▮▮▮▮     SS# ▮▮▮▮▮▮▮      VEH ▮▮5YZ
    PAST ADDRESS:  1902 WELCH #2
    WORK ADDRESS:  BEYR CONSTRUCTION   BOSS VICTOR RENDON   872-7050
    IN CASE OF EMERGENCY:  LETICIA ESQUIVEZ  WK# 777-1661   770-1023
```

CHECKED PEDRO F6 AND FOUND NO RECORD. CALLED HIS JOB AND FOUND THAT HE WAS A STEADY WORKER AND HAS BEEN AT WORK ALL WEEK. ALSO LEARNED THAT HE IS PRESENTLY ON A JOB NEAR THE "NASA SPACE CENTER." ALONZO AND HERNANDEZ WENT TO THE JOB SITE AND INTERVIEWED PEDRO. IT IS OUR BELIEF AT THIS TIME THAT HE

EXHIBIT 97 Page 001

IS NOT INVOLVED.

ALSO TO BE NOTED THAT THE EX-HUSBAND OF DIANA GARCIA....ANGELO GARCIA SR, WAS ALSO INTERVIEWED ON THE NIGHT OF THIS INCIDENT. BASED ON THE INFORMATION RECEIVED FROM SGT ELLIOTT, WE ALSO BELIEVE THAT HE IS NOT INVOLVED.

STEPHENS AND BROWN THEN RETURNED TO THE SCENE AND RECANVASSED. WE WERE PARTICULARLY INTERESTED IN THE BLACK MALES DESCRIBED BY THE UPSTAIRS NEIGHBOR. THESE MALES WERE STANDING BY THE WHITE CAR AND SAID THAT THEY LIVED IN THE COMPLEX. WE WENT TO THE OFFICE OF THE APARTMENT COMPLEX LOCATED BEHIND THE COMPL'S APARTMENT AND TALKED WITH THE MANAGER, GENEVA GONZALES.... 644-5087. SHE STATED THAT SHE HAS A BLACK MALE RESIDENT NAMED ALLEN RANDALL WHO LIVES IN APARTMENT NUMBER 10 AND HE OWNS A WHITE CAR THAT IS SIMILAR TO THE ONE DESCRIBED BY THE WITNESS. SHE ALSO SAID THAT RANDALL USUALLY PARKS ON THE WEST SIDE OF THE BUILDING ON GOLFCREST, WHICH IS NEAR THE TELEPHONE. BASED ON HER DESCRIPTION OF RANDALL AND HIS VEHICLE, THIS IS THE PERSON THE WITNESS SAW ON THE NIGHT OF THIS INCIDENT. WE ALSO TALKED TO BEATRICE TORRES, WHO LIVES IN APARTMENT 18. SHE HAS NO HOME OR WORK NUMBER BUT SHE CAN BE REACHED THROUGH THE MANAGER. SHE STATED SHE WAS AWAKE ON THE NIGHT OF THIS INCIDENT AND SHE HEARD A VEHICLE SPEED AWAY JUST PRIOR TO THE SCREAMING AND RUNNING AROUND THAT WAS DONE BY THE COMPLS. SHE ADDED THAT THE CAR SOUNDED LIKE IT WAS PARKED BETWEEN THE TWO COMPLEXES ON FAIRWAY, AND THE VEHICLE SPED AWAY WEST ON FAIRWAY TOWARD BROAD. BEATRICE STATED THAT SHE NEVER SAW THE VEHICLE, SHE ONLY HEARD IT. SHE ALSO SAID THAT THERE WAS NOTHING DESCRIPTIVE ABOUT THIS CAR THAT SHE CAN REMEMBER. IT HAD A NORMAL EXHAUST AND A NORMAL SOUNDING ENGINE. SHE ALSO SAID THAT WHEN SHE HEARD THE PEOPLE RUNNING AROUND...THE NEIGHBOR AND DIANA AND ARTURO...SHE LOOKED OUT AND SAW DUST STILL IN THE STREET WHERE SHE HEARD THE SPEEDING VEHICLE.

WE LOOKED AT THE AREA WHERE BEATRICE HEARD THE CAR. THIS AREA IS ON THE NORTH SIDE OF FAIRWAY STREET, LOCATED BETWEEN THE TWO APARTMENT COMPLEXES. THIS LOCATION IS NOT IN VIEW OF ANY OF THE APARTMENTS. THE ONLY WINDOW THAT HAS ANY VIEW WHATSOEVER OF THIS AREA IS GENEVA GONZALES'S APARTMENT. SHE WAS QUESTIONED ABOUT THE VEHICLE AND THE COMMOTION AND SHE SAID THAT SHE WAS NOT UP AT THE TIME AND DID NOT HAVE A REASON TO LOOK OUT HER BACK WINDOW. SHE ADDED THAT SHE SAW NOTHING. SHE WAS BELIEVABLE AND IT WAS OUR OPINION THAT SHE WOULD HAVE TOLD US IF SHE HAD SEEN ANYTHING.

WHEN STEPHENS AND TOBY HERNANDEZ WERE BRINGING DIANA AND ARTURO TO THE HOMICIDE OFFICE ON THURSDAY, DIANA HAD A PAGER IN HER PURSE THAT BEEPED. WHEN SHE REMOVED THE PAGER SHE TURNED THE PAGER OFF, THERE BY ERASING ALL NUMBERS THAT WERE STORED AND THE NUMBER OF THE PERSON CALLING. STEPHENS THEN ASKED DIANA IF WE COULD KEEP THE PAGER FROM THAT POINT ON. SHE AGREED AND THE PAGER WAS KEPT IN OUR POSSESSION AND CONTROL. THERE WERE SEVERAL NUMBERS THAT CAME ACROSS THE PAGER OVER THE NEXT SEVERAL DAYS....

    772-2748  THIS NUMBER CAME BACK TO YBARRA AT 2422 CETTI
                 DIANA SAID THAT THIS IS A SHOPLIFTER THAT TRADES BOOTS FOR
                 DOPE

    946-4760  ROGER WARD    4049 S SHAVER #1723
                 DIANA SAID THIS IS A WHITE MALE WITH TATOOS THAT BUYS DOPE
                 FROM THEM. SAID THE W/M LIVES IN PASADENA.

WE HAVE ALSO BEEN WORKING WITH THE FBI. THEY OFFERED ASSISTANCE AND MANPOWER

EXHIBIT 97 Page 002