CONCERNING THIS INCIDENT.  SPCL AGENT ERIC JOHNSON WAS GIVEN THE DIANA'S
PAGER NUMBER TO TRY AND GET A LOG OF RECENTLY REGISTERED NUMBERS.  THE PAGER
NUMBER IS 278-9288 AND IS RENTED THROUGH SUGARLAND TELEPHONE COMPANY.


BOTH DIANA AND ARTURO AGREED TO TAKE A POLYGRAPH CONCERNING THIS INCIDENT.
THEY WERE ASKED SPECIFIC QUESTIONS ABOUT THE ACCOUNT OF THE INCIDENT AND IF
THEY KNEW THE WHEREABOUTS OF BABY ANGELO.  ACCORDING TO OUR POLYGRAPH
OPERATORS, THEY PASSED THE POLYGRAPH AND ARE BEING TRUTHFUL..

AS NOTED EARLIER THERE WAS A PURSE SEIZED AT THE SCENE BY STEPHENS AND
HERNANDEZ THAT WAS TAKEN TO THE LATENT PRINT LAB.  THIS PURSE CONTAINED
VARIOUS PAPERS BELONGING TO DIANA AND ARTURO.  INCLUDED IN THESE PAPERS WERE
LETTERS TO DIANA FROM A JOSE VALDEZ.  VALDEZ IS IN PRISON IN DIBOLL TEXAS AND
HE HAD A ROMANTIC INTEREST IN DIANA.  JOSE IS ALSO THE BROTHER OF CESAR RIOS,
THE PERSON WHO WENT TO THE SCENE THE NIGHT OF THIS INCIDENT.

STEPHENS WENT TO DIBOLL AND INTERVIEWED JOSE IN THE PRISON.
            INTERVIEW WITH:     JOSE VALDEZ    INMATE TDC
                                    HPD# 524429
                        PRIORS FOR:  DWI   DEL COCAINE   AUTO THEFT
                        TID# 11840712

VALDEZ STATED HE IS ON HIS 11TH MONTH OF A SENTENCE HE RECEIVED FOR AUTO
THEFT.  HE ADDED THAT HE HAS BEEN IN THE DIBOLL PRISON SINCE HE WAS
INCARCERATED AND USED TO KEEP IN CLOSE TOUCH WITH DIANA UNTIL APPROXIMATELY
2 MONTHS AGO WHEN THE PHONES WERE REMOVED FROM THE CELLS.  VALDEZ SAID THAT
HE HAS KNOWN DIANA AND ARTURO FOR SEVERAL YEARS.  HE WENT ON TO SAY THAT HE
USED TO SUPPLY THEM WITH COCAINE AND THEY SOLD FOR HIM UP UNTIL THE TIME HE
WENT TO JAIL.  JOSE ALSO SAID THAT WHEN HE WENT TO JAIL, THEY STARTED GETTING
THEIR DOPE FROM A DOMINICAN NAMED CHICO.  HE SAID THAT CHICO WAS A BIGGER
SUPPLIER THAT HE WAS, AND HE USED TO GIVE DIANA AND ARTURO ABOUT $4000
DOLLARS WORTH OF POWDER A WEEK.  JOSE SEEMED TO REALLY CARE FOR DIANA AND HE
DIDN'T HAVE MUCH TO SAY ABOUT ARTURO.

I ASKED JOSE IF HE KNEW ANY REASON WHY SOMEONE WOULD TAKE BABY ANGELO.  HE
REPLIED THAT HE HAD NO IDEA, AND SAID THAT THE BABY WAS A GOOD KID.  JOSE
SAID THAT DIANA AND ARTURO HAVE BEEN RIPPED OFF TWO TIMES IN THE PAST.  HE
SAID BOTH OF THE TIMES THEY LIVED IN THE APARTMENTS ON WINFREE.  JOSE STATED
THAT BOTH OF THE RIPS CONSISTED OF A BURGLARY, WHERE THE APPLIANCES WERE
TAKEN.  HE SAID HE DID NOT KNOW OF AN OCCASION WHERE THEY WERE ACTUALLY
ROBBED.  I TOLD JOSE THAT DIANA AND ARTURO CLAIMED THAT THEY WERE DEALING IN
VERY SMALL QUANTITIES ....$400 A WEEK.  HE LAUGHED AT THAT AMOUNT AND SAID
THEY WERE MUCH BIGGER THAN THAT.  HE ADDED THAT THEY DIDN'T DEAL IN KILOS,
BUT THEY WERE BIGGER THAN $400 A WEEK.

JOSE ALSO SAID THAT WE NEEDED TO CHECK OUT A MALE BY THE NAME OF "CHINO."  HE
SAID THAT CHINO USED TO LIVE WITH ARTURO AND DIANA AND THAT ARTURO AND CHINO
HAD A FALLING OUT AND CHINO MOVED.  JOSE STATED THAT CHINO HAS A BROTHER
NAMED JAVIER AND THAT DIANA AND ARTURO SHOULD KNOW HOW TO GET IN CONTACT WITH
CHINO.  JOSE ALSO SAID THAT DIANA AND ARTURO HAD A PROBLEM WITH A WHITE MALE
NAMED THOMAS, WHO HAS ALOT OF TATOOS AND WORKS ACROSS THE STREET FROM THE
WINFREE APARTMENTS.  HE DID NOT KNOW THE EXTENT OF THE PROBLEM BETWEEN THE
GARCIAS AND THOMAS.

EXHIBIT 99 Page 001