ANGELO GARCIA, SR.
H/M
SS:
TDL#
1211 FORD
STAFFORD, TEXAS

MR. GARCIA STATED THAT HE HAS BEEN MARRIED TO DIANA GARCIA FOR OVER TWENTY YEARS. HE RELATED THAT THEY SEPARATED ALMOST TWO YEARS AGO, BUT THAT THEY HAVE NEVER GOT A DIVORCE. MR. GARCIA STATED THAT DIANA MOVED IN WITH ARTURO JUST AFTER SHE LEFT AND THAT HE THINKS THAT THEY WERE SEEING EACH OTHER DURING THE TIME THAT THEY WERE STILL TOGETHER.

MR. GARCIA STATED THAT HE GETS ANGELO ON THE WEEKENDS SOMETIMES. HE RELATED THAT HE HAD HIM LAST WEEKEND AND THAT HE PICKED HIM UP ON FRIDAY AND TOOK HIM HOME ON MONDAY. HE STATED THAT HE NEVER PICKS UP ANGELO AT THE FAIRWAY ADDRESS THAT DIANA BRINGS HIM TO STAFFORD OR HE PICKS HIM UP OVER AT DIANA'S SISTER'S APARTMENT. HE REVEALED THAT HE HAS NEVER BEEN OVER ON FAIRWAY.

MR. GARCIA STATED THAT HE KNOWS NOTHING ABOUT DIANA AND ARTURO BEING IN THE DRUG BUSINESS. HE RELATED THAT ANGELO HAS NEVER MENTIONED HIS MOTHER BEING IN THE DRUG BUSINESS. MR. GARCIA STATED THAT HE ASKED DIANA ONE TIME WHERE THEY GOT ALL OF THEIR MONEY AND THAT SHE TOLD HIM THAT SHE WAS WORKING TWO JOBS. HE STATED THAT AS FAR AS HE KNOWS THAT ARTURO DOES NOT HAVE A JOB.
*****

INVESTIGATORS LEARNED THAT THE HISPANIC MALE THAT ARTURO WAS TALKING WITH AT THE SCENE IS CESAR RIOS. THIS IS THE PERSON THAT ALICE LIMON OVERHEARD SAYING "THOSE DAMN CUBANS"! INVESTIGATORS LEARNED THAT CESAR RIOS LIVES AT 7121 WINFREE AND THAT HIS PHONE NUMBER IS 643-4977.

SGTS. SWAIM AND STEPHENS AND INV. BROWN DROVE TO THE WINFREE ADDRESS FOR THE PURPOSE OF INTERVIEWING CESAR RIOS. UPON ARRIVAL, INVESTIGATORS SPOKE WITH CESAR'S BROTHER, HECTOR SAAVEDRA, WHO RELATED THAT CESAR DOES NOT LIVE THERE, BUT THAT HE COMES BY ALMOST EVERYDAY. SGT. SWAIM LEFT HIS BUSINESS CARD AND ASKED HECTOR TO HAVE CESAR CALL AS SOON AS POSSIBLE.
*****

ABOUT ONE HOUR LATER, SGT. SWAIM RECIEVED A PAGE TO CALL CESAR RIOS AND ARRANGE-MENTS WERE MADE FOR HIM TO REPORT TO THE HOMICIDE DIVISION FOR AN INTERVIEW. INVESTIGATORS THEN RETURNED TO THE HOMICIDE DIVISION AND SGT. SWAIM INTERVIEWED CESAR RIOS REGARDING HIS KNOWLEDGE OF THIS INVESTIGATION. THE FOLLOWING IS A SUMMARY OF THAT ORAL INTERVIEW:

CESAR MALA RIOS
H/
7121 WINFREE
643-4977

CESAR STATED THAT HE HAS KNOWN DIANA AND ARTURO FOR ABOUT ONE YEAR. HE RELATED THAT HE JUST RECENTLY GOT OUT OF JAIL AND THAT HE HAS NOT HAD MUCH CONTACT WITH THEM SINCE. CESAR RELATED THAT THEY ARE SMALL TIME DRUG DEALERS, BUT THAT HE DOES NOT KNOW HOW MUCH THEY SELL A WEEK OR WHO IS THEIR SUPPLIER.

CESAR STATED THAT HE IS NOT REAL CLOSE TO ARTURO BECAUSE HIS BROTHER (CESAR'S)

EXHIBIT 100 Page 001