SUPPLEMENT NARRATIVE

THIS OFFICER ASSIGNED TO THE VEH EXAM BLDG PROCESSED THE BELOW VEH ON 11/10/92 IN STALL 2.OFFICER CONTACTED HOM AND LEARNED THE DETAILS OF THE CASE.OFFICER TOOK 1 ROLL OF COLOR 35MM FILM OF THE VEH USING A NIKON 4004S CAMERA WITH FLASH.THE FILM WAS TAGGED IN THE PHOTO LOCK BOX IN I.D.OFFICER COLLECTED AND TAGGED IN THE P.R.(TL7E) THE FOLLOWING EVIDENCE:
HAIR:1.TRUNK MATT-TAGGED MATT
     2.DR FRONT SEAT
     3.DR FRONT FLOOR
     4.PASS FRONT SEAT
     5.PASS FRONT FLOOR
     6.PASS REAR FLOOR
     7.PASS REAR SEAT
     8.DR REAR FLOOR
     9.DR REAR SEAT
CARPET:10.PASS FRONT FLOOR
       11.PASS REAR FLOOR
BLOOD:NONE
OFFICER PRINTED THE VEH LIFTING 19 LIFTERS OF PRINTS,SEE PRINT CARDS FOR LOCATION.THE PRINTS WERE TAGGED IN THE LATENT LAB.THE VEH WAS RELEASED TO THE OWNER.

VEH:86 OLDS ROYALE COLOR:BEIGE/TAN TX:H██3C VIN:1G3BY37YXF9011915

Supplement entered by =  20359
Report reviewed by-GLASS                        Employee number-████
Date cleared- 09/08/08

----------------------------------------------------------------------

No-0031

Offense- CAPITAL MURDER / SEXUAL ASSAULT / AGG ASSAULT
                        Street location information
Number-     6705 Name-FAIRWAY                Type-        Suffix-
Apt no-3    Name-GOLFCREST                   Type-BLVD    Suffix-
Date of offense-09/30/92                     Date of supplement-12/01/92
Compl(s) Last-GARCIA           First-DIANA        Middle-R
         Last-
                   Recovered stolen vehicles information
  Stored-                    by-                    Ph#- (000) 000-0000
Officer1-WALLACE             Emp#-████  Shift-  Div/Station-CRIME LAB

EXHIBIT 104 Page 001