# PASAPORTE
# REPUBLICA DOMINICANA

El Secretario de Estado
de Relaciones Exteriores
de la
República Dominicana

Encarece a todas las autoridades a quienes concierna, permitir transitar libremente al ciudadano dominicano a cuyo favor se expide el presente pasaporte y prestarle la asistencia y protección que pudiera necesitar.

Número
Number of Passport
Numéro du Passeport
0961337

Vte Mag. 15

---

## REPUBLICA DOMINICANA

**PASAPORTE**
**PASSPORT**

TIPO – TYPE: Exp. Rep. Dom.
APELLIDOS – SURNAME: CRUZ GARCIA
NOMBRES – GIVEN NAMES: OBEL JULIAN
NACIONALIDAD – NATIONALITY: DOM.
FECHA DE NACIMIENTO – DATE OF BIRTH:
CEDULA DE IDENTIDAD Nº – I.D. Nº: 11950-7
SEXO – SEX: Masc.
LUGAR DE NACIMIENTO – PLACE OF BIRTH: Santo Domingo, R.D.
FECHA DE EMISION – DATE OF ISSUE: 3 Marzo 1995
FECHA DE VENCIMIENTO – DATE OF EXPIRY: 3 Marzo 1997
FIRMA DEL TITULAR – HOLDER'S SIGNATURE: Obel Julian Cruz Garcia

Exhibit 111 Page 001

## IDENTIFICACION DEL TITULAR
*Personal description   Identification du titulaire*

Estado Civil: SOLTERO
*Marital status / Etat civil*

Profesión: OBRERO
*Profession / Profession*

Color: TRIGUEÑO
*Color / Couleur*

Color de los ojos: MARRÓN
*Color of eyes / Couleur des yeux*

Color de los cabellos: NEGRO
*Color of hair / Couleur des cheveux*

Estatura: 5'10"
*Height / Taille*

Peso: 170 LBS.
*Weight / Poids*

Señas particulares: NINGUNAS
*Peculiarities / Signes particuliers*

Residencia: PUERTO RICO
*Residence / Résidence*

**IMPRESIONES DIGITALES**
**FINGERPRINTS**
**EMPREINTES DIGITALES**

Pulgar Derecho / Right Thumb / Pouce Droit

Países para los cuales este Pasaporte es válido.
*Countries for which this Passport is valid.*
*Pays pour lesquels ce Passeport est valable.*

## TODO EL MUNDO



Exhibit 111 Page 002

Se hace constar
que la cedula del ti-
tular es:
7318424
Son P. Macoris

[signature stamp: Director Nacional de la Oficina de Pasaportes, San Pedro de Macorís, R.D.]

Secretaría De Estado De Relaciones Exteriores
DIRECCIÓN ~~~~~~~~~~~~~ del PASAPORTES
~~~~~~ De Macoris

REGISTRO
Expedido en la Dirección General de Pasaportes
Válido hasta el día 3 del mes de Mayo
año 200_ para que el interesado pueda dirigirse
a todo el mundo

SAN PEDRO DE MACORÍS
12 de Mayo de 19 97

[signature stamp: Lic. Miguel Reyna Jiménez, Director Nacional de la Oficina de Pasaportes, San Pedro de Macorís, R.D.]

Exhibit 111 Page 003




Exhibit 111 Page 004



**VISAS**



República Dominicana
Secretaría de Estado de Relaciones Exteriores
DIRECCION GENERAL DE PASAPORTES

REGISTRO R/R 30,382

Renovado en la Dirección General de Pasaportes
válido hasta el 22 del mes de **Sept.**
de 1~~900~~ 2005, para que el interesado pueda dirigirse a
**Todo el mundo**

SANTO DOMINGO ~~25~~ de **sept.** de 1~~900~~ 2001

~~LUIS ERNESTO CAMILO G.~~
~~DIRECTOR GENERAL DE PASAPORTES~~

Exhibit 111 Page 006

VISAS

VISAS

U.S. IMMIGRATION
270 SAJ 181

ADMITTED
UNTIL
FEB 11 1996
CLASS

Exhibit 111 Page 007

17

VISAS

MIGRACION ENTRADA — S.A.P.P. 862 — SALIDA G.L.R.D. — 2 0 MAR 1995 — República Dominicana

MIGRACION ENTRADA — SALIDA — 2 0 ENE 1996 — República Dominicana

MIGRACION ENTRADA — VISAS — SALIDA — 1 6 ABR 1995 — República Dominicana

18

19

Exhibit 111 Page 008

20

VISAS

VISAS

AILA 727
MIGRACION ENTRADA
10 FEB 1996
SALIDA
República Dominicana

Exhibit 111 Page 009

21

22

VISAS



AILA 745
ENTRADA / SALIDA
16 DIC 1996
República Dominicana

AILA
19 DIC 2000
República Dominicana

AILA
ENTRADA / SALIDA
12 · 2 · ...
República Dominicana

VISAS

23

Número de salida

6985660056 08     A 28 448 457

Servicio de Inmigración
y Naturalización

I-94
Registro de salida

PAROLED until: *Dec. 21, 2001*
Purpose: *significant*
*public benefit*

| SAT | 09/21/01 | 7058 |
|---|---|---|
| (Port) | (Date) | (Officer) |

14. Apellido
CRUZ

15. Primer nombre
OBEL

17. Ciudadanía
REP. DOM

STAPLE HERE

Vea el reverso

VISAS

26

Exhibit 111 Page 011

VISAS

A # 28 448 457

PAROLED until: Dec. 21, 2001
Purpose: significant public benefit.
SAJ   09/27/2001   7058
(Port)   (Date)   (Officer)

VISAS

A 28 448 457
MULTIPLE ENTRIES
PAROLED until: INDEF (90 days)
Purpose: GOV. INTEREST
Pursuant Sec. 212(d)(5)
SAJ   05/10/00   173
(Port)   (Date)   (Officer)

República Dominicana
26 NOV 2000
AILA

Exhibit 111 Page 012

096 1337

VISAS

VISAS

PAROLED u... Aug 25, 2001
Purpose: Public Interest

SAJ  11/26/2000  265
(Port)  (Date)  (Officer)

DIRECCION GENERAL MIGRACION
A.I.L.A. 253
República Dominicana
22 SEP 2001

Exhibit 111 Page 013

U.S. IMMIGRATION
279-SAJ 195

JAN 28 1996

ADMITTED _____ (CLASS)
UNTIL

U.S. IMMIGRATION
270 SAJ 198
MAR 13 1996
ADMITTED _____ (CLASS)
UNTIL

VISAS

PROCESSED FOR (I-551)
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL April 28, 1996
EMPLOYMENT AUTHORIZED
A28 448 457
I-90 pending
2/20/96

Exhibit 111 Page 014

VISAS

PROCESSED FOR (I-551)
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL **Feb 15 96**
EMPLOYMENT AUTHORIZED

VISAS

I-90 Submitted on 8/30/95

PROCESSED FOR (I-551)
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL **June 29, 1995**
EMPLOYMENT AUTHORIZED

A28-448-457

PROCESSED FOR (I-551)
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL **Nov. 02 1995**
EMPLOYMENT AUTHORIZED

Exhibit 111 Page 015