REPORTER'S RECORD

**VOLUME 1 OF 35 VOLUMES**

TRIAL COURT CAUSE NO. 1384794

COURT OF CRIMINAL APPEALS NO. AP-77,025

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA | ) | IN THE DISTRICT COURT |
| Appellant | ) | |
| | ) | |
| | ) | |
| VS. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| | ) | |
| THE STATE OF TEXAS | ) | |
| Appellee | ) | 337TH JUDICIAL DISTRICT |

*******************

**MASTER INDEX**

*******************

The following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Renee Magee, Judge presiding, held in Houston, Harris County, Texas;

Proceedings reported by computer-aided transcription/stenograph shorthand.

```
 1                  A P P E A R A N C E S

 2


 3
         MS. NATALIE TISE
 4       SBOT NO. 00795683
         MR. JUSTIN WOOD
 5       SBOT NO. 24039247
         Assistant District Attorneys
 6       1201 Franklin
         Houston, Texas  77002
 7       PHONE:  713.755.5800
         ATTORNEYS FOR THE STATE OF TEXAS
 8

 9
             - AND -
10

11
         MR. R.P. 'SKIP' CORNELIUS
12       SBOT NO. 04831500
         2028 Buffalo Terrace
13       Houston, Texas  77019-2408
         PHONE:  713.237.8547
14
         MR. MARIO MADRID
15       SBOT NO. 00797777
         440 Louisiana, Suite 1225
16       Houston, Texas  77002-1659
         PHONE:  713.877.9400
17       ATTORNEYS FOR THE DEFENDANT

18

19

20       Rolando Hernandez
         Marilu Flores,
21       Interpreters

22

23

24

25
```

1

**MASTER INDEX**

| | PAGE |
|---|---|
| Master Chronological Index | 3 |
| Master Alphabetical Venireperson Index | 28 |
| Master Alphabetical Witness Index | 41 |
| Master Exhibit Index | 44 |
| Reporter's Certificate | 55 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **MASTER CHRONOLOGICAL INDEX**

2    **VOLUME 1 - (MASTER INDEX)**

3    **VOLUME 2 - (PRETRIAL MOTIONS)**
     **JANUARY 18, 2011**
4    **JILL HAMBY, CSR**
                                                    **PAGE/VOL.**
5    Defendant's Motion for Continuance              4      2
     Court's ruling granting continuance             6      2
6
     Defendant's Motion for Discovery Regarding
7    DNA Evidence                                    6      2
     Court's ruling on Motion for Discovery
8    Regarding DNA Evidence                          9      2

9    Defendant's request for in-camera inspection
     of Brady material regarding Deetrice Wallace    11     2
10
     Defendant's Motion to Dismiss Sexual Assault
11   charge                                          13     2

12   Defendant's Motion to Transfer Motions to
     New Cause Number                                16     2
13
     Reporter's certificate                          24     2
14
     **VOLUME 3 - (PRETRIAL MOTIONS)**
15   **MARCH 22, 2011**
     **JILL HAMBY, CSR**
16                                                   **PAGE/VOL.**
     Status on Defendant's Motion for Discovery
17   Regarding DNA Evidence                          4      3

18   Defendant's investigator retained              7      3

19   Reporter's certificate                          9      3

20   **VOLUME 4 - (HEARING ON PRETRIAL MOTIONS)**
     **AUGUST 31, 2011**
21   **TAMRA PARKS, CSR**
                                                    **PAGE/VOL.**
22   Motion to Withdraw as Attorney of
     Record granted                                  6      4
23
     Affidavit of Indigency approved                 8      4
24
     Reporter's Certificate                          10     4
25

**VOLUME 5 - (VOIR DIRE PROCEEDINGS)**
**JUNE 3, 2013**

|  |  | PAGE/VOL. |
|---|---|---|
| Pretrial proceedings | 4 | 5 |
| State's Motion in Limine | 4 | 5 |
| GEORGE MOCK, NO. 9...........................  7<br>Venireperson excused by agreement of both<br>parties | | 5 |
| NATHALIE ORTIZ, NO. 59.......................  7<br>Venireperson excused by agreement of both<br>parties | | 5 |
| Court's General Instructions to Panel of ..... 8<br>Prospective Jurors | | 5 |
| JOHN HOLIK, NO. 1.............................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| KURT VONPOLNSKI, NO. 3.......................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| TRACY CANADA, NO. 6..........................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| MONICA LARA, NO. 8...........................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| MICHAEL TRULOVE, NO. 10......................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| ANTHONY BAYER, NO. 12........................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| RONALD ABELLERA, NO. 16......................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |
| ANITA PAYNE, NO. 18..........................  104<br>Venireperson excused by agreement of both<br>parties | | 5 |

```
 1   MEGHAN MEHL, NO. 20.......................... 104    5
     Venireperson excused by agreement of both
 2   parties

 3   LEONA MARSHALL, NO. 23....................... 104    5
     Venireperson excused by agreement of both
 4   parties

 5   JAMES FULLER, NO. 26......................... 104    5
     Venireperson excused by agreement of both
 6   parties

 7   KATHERINE MCCLENDON, NO. 27.................. 104    5
     Venireperson excused by agreement of both
 8   parties

 9   SANTIAGO ROSA, NO. 29........................ 104    5
     Venireperson excused by agreement of both
10   parties

11   HAZEL HOUSTON, NO. 30........................ 104    5
     Venireperson excused by agreement of both
12   parties

13   DARLENE CHORBA, NO. 36....................... 104    5
     Venireperson excused by agreement of both
14   parties

15   MERCEDIA ROSE, NO. 39........................ 105    5
     Venireperson excused by agreement of both
16   parties

17   NICHOLAS CARCZ, NO. 47....................... 105    5
     Venireperson excused by agreement of both
18   parties

19   JEREMIAH NEUNEKER, NO. 48.................... 105    5
     Venireperson excused by agreement of both
20   parties

21   DAMIAN MCWILLIAMS, NO. 49.................... 105    5
     Venireperson excused by agreement of both
22   parties

23   CHAD CULOTTA, NO. 50......................... 105    5
     Venireperson excused by agreement of both
24   parties

25
```

```
 1   MELVIN KIZZEE, NO. 51......................... 105    5
     Venireperson excused by agreement of both
 2   parties

 3   VIRGINIA MANUEL, NO. 55...................... 105    5
     Venireperson excused by agreement of both
 4   parties

 5   LORI SULLIVAN, NO. 61........................ 105    5
     Venireperson excused by agreement of both
 6   parties

 7   THERON NORRIS, NO. 63........................ 105    5
     Venireperson excused by agreement of both
 8   parties

 9   ALVIN TYLER, NO. 65.......................... 105    5
     Venireperson excused by agreement of both
10   parties

11   JOSEPHINE HILLEGEIST, NO. 66................. 105    5
     Venireperson excused by agreement of both
12   parties

13   SIMONE GOODALL, NO. 67....................... 105    5
     Venireperson excused by agreement of both
14   parties

15   VERONICA EARDLEY, NO. 71..................... 105    5
     Venireperson excused by agreement of both
16   parties

17   DARRELL DAVIS, NO. 73........................ 105    5
     Venireperson excused by agreement of both
18   parties

19   SANDY DOMINGO, NO. 75........................ 105    5
     Venireperson excused by agreement of both
20   parties

21   LATONYA COLLINS, NO. 77...................... 105    5
     Venireperson excused by agreement of both
22   parties

23   MARY GONZALEZ, NO. 79........................ 105    5
     Venireperson excused by agreement of both
24   parties

25
```

1   JACQUELINE JOHNSON, NO. 80..................... 105   5
    Venireperson excused by agreement of both
2   parties

3   MINH LE, NO. 81............................... 105   5
    Venireperson excused by agreement of both
4   parties

5   ROSA PEREZ, NO. 82............................ 105   5
    Venireperson excused by agreement of both
6   parties

7   CHRISTOPHER JOHNSON, NO. 85................... 105   5
    Venireperson excused by agreement of both
8   parties

9   ABDON AVILA, NO. 21........................... 108   5
    State's challenge for cause granted
10
    DENNIS FISHER, NO. 32......................... 110   5
11  State's challenge for cause granted

12  JOSE MARTINEZ, NO. 33......................... 111   5
    State's challenge for cause granted
13
    DAVID LIMERICK, NO. 42........................ 115   5
14  State's challenge for cause granted

15  KAREN TAYLOR, NO. 68.......................... 123   5
    State's challenge for cause granted
16
17  **(INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)**

    **PROSPECTIVE JURORS**
18                                      VOIR DIRE   PAGE/VOL.
    JOSHUA CALUAG, NO. 2                145,146        5
19                                      179            5
    Accepted as a Juror                            192   5
20
    TRAVIS BOLLOM, NO. 4                194,196        5
21                                      232            5
    Defense Challenge for Cause                    244   5
22                                      244            5
    Court's ruling                                 252   5
23                                      254            5
    Defense strike                                 255   5
24
    LARRY JORDAN, NO. 5                 257,258        5
25                                      295            5
    Accepted as a Juror                            309   5

```
 1
     SALVADOR GONZALEZ, NO. 7              311,313         5
 2   State's Challenge for Cause                  331     5
     Court's ruling                               331     5
 3
     Reporter's Certificate                       334     5
 4
     Word Glossary..............................End of Volume
 5
     VOLUME 6 - (VOIR DIRE PROCEEDINGS)
 6   JUNE 4, 2013

 7   (INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)

 8   PROSPECTIVE JURORS
                                     VOIR DIRE   PAGE/VOL.
 9   RACHEL WILLIS, NO. 11                  4           6
     Venireperson excused by agreement of both
10   parties

11   NANCIANNE KIRKPATRICK, NO. 14        6,8           6
                                          38            6
12   Defense strike                               57    6

13   WILLIAM MCPHERSON, NO. 13            58,61         6
                                          98,108        6
14   State's Challenge for Cause                  111   6
     Court's ruling                               112   6
15   State's strike                               112   6

16   CLAUDE LIMBRICK, NO. 15              114           6
     State's Challenge for Cause                  117   6
17   Excused by agreement                         117   6

18   NATHAN GURLEY, NO. 17                        118   6
     Venireperson excused by agreement
19   of both parties

20   ADELA RODRIGUEZ, NO. 22             119,121        6
                                         148,163        6
21   Defense strike                               166   6

22   TSEPISO MASEMENE, NO. 19            168,170        6
     Excused by agreement                      186     6
23
     EDWIN PARAGAS, NO. 24               188           6
24   Excused for cause                            191   6

25
```

1  RANDI MALONE, NO. 31                        192   6
   Venireperson excused by agreement of both
2  parties

3  DANA TOWSE-PAULK, NO. 37                     192   6
   Venireperson excused by agreement of both
4  parties

5  Reporter's Certificate            193              6

6  Word Glossary.............................End of Volume

7  **VOLUME 7 - (VOIR DIRE PROCEEDINGS)**
   **JUNE 5, 2013**
8                                       **PAGE/VOL.**
   Motion in Limine                      6     7
9  Court's ruling                        8     7

10 **(INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)**

11 <u>**PROSPECTIVE JURORS**</u>
                                **VOIR DIRE  PAGE/VOL.**
12 Court's ruling on State's challenge         4     7
   on No. 24, Edwin Paragas
13
   LINDA GENAW, NO. 25               9,11           7
14                                  38              7
   State's strike                           49      7
15
   OLGA SANCHEZ, NO. 28             51,52           7
16                                 79              7
   Accepted as a Juror                      89      7
17
   ALLYN EMERT, NO. 34             92,95           7
18                                110             7
   State's Challenge for Cause          111    7
19                                113,118         7
   Court's ruling                       121    7
20
   MARCELLA JOHNSON, NO. 35        125,127         7
21                                153             7
   Defense strike                       165    7
22
   SCOTT BROWN, NO. 38             166,168         7
23                                189,191         7
   State's Strike                       194    7
24
   WAYNE MONTGOMERY, NO. 40        195,196         7
25                                222             7
   Accepted as a Juror                      247    7

1

2   MICHAEL LOWRANCE, NO. 52             251   7
   Venireperson excused by agreement of both
   parties

3

4   ELSY QUINTANILLA, NO. 54            251   7
   Venireperson excused by agreement of both
   parties

5

6   Reporter's Certificate               252   7

7   Word Glossary.............................End of Volume

8   **VOLUME 8 - (VOIR DIRE PROCEEDINGS)**
   **JUNE 6, 2013**

9   **(INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)**

10   <u>**PROSPECTIVE JURORS**</u>

|  | VOIR DIRE | PAGE/VOL. |
|---|---|---|
| STEPHEN MCDONALD, NO. 41 | 3,5 | 8 |
|  | 12,14 | 8 |
| State's Challenge for Cause | 27 | 8 |
|  | 27 | 8 |
| Court's ruling | 30 | 8 |
| State's strike | 31 | 8 |
| CHRISTOPHER CLARK, NO. 44 | 32 | 8 |
| Excused by agreement | 35 | 8 |
| DONNA CHAMBERS, NO. 45 | 36,38 | 8 |
| State's Challenge for Cause | 50 | 8 |
|  | 50 | 8 |
| Court's ruling | 54 | 8 |
|  | 54 | 8 |
| State's Challenge for Cause | 59 | 8 |
|  | 59 | 8 |
| Court's ruling | 67 | 8 |
| ASHIA BROWN, NO. 46 | 68,70 | 8 |
|  | 101 | 8 |
| Defense strike | 113 | 8 |
| RICKY ZINK, NO. 53 | 116,118 | 8 |
|  | 160 | 8 |
| Defense strike | 174 | 8 |
| MARTHA PEREZ, NO. 57 | 176,179 | 8 |
| State's Challenge for Cause | 179 | 8 |
| Court's ruling | 179 | 8 |

```
 1
     DAVID BALL, NO. 56                          180   8
 2   Venireperson excused by agreement of both
     parties
 3
     BOBBY MIXON, NO. 60                         180   8
 4   Venireperson excused by agreement of both
     parties
 5
     Reporter's Certificate                      182   8
 6
     Word Glossary...........................End of Volume
 7
     VOLUME 9 - (VOIR DIRE PROCEEDINGS)
 8   JUNE 7, 2013
 9   (INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)

10   PROSPECTIVE JURORS
                                     VOIR DIRE  PAGE/VOL.
11   TODD CHAYKOSKY, NO. 58             3,6          9
     Excused by agreement               17           9
12
     MAURA DENMAN, NO. 62              19,20          9
13                                      49           9
     State's strike                          58      9
14
     CLARENCE ANDERSON, NO. 70         60,61          9
15                                      86           9
     Defense strike                          111     9
16
     PATRICIA RIVERA LOPEZ, NO. 69    113,115         9
17                                    129,130         9
                                      137,151         9
18   State's Challenge for Cause             158      9
     Court's ruling                          159      9
19
     NANCEE PYPER, NO. 64             163,164         9
20                                    190             9
     Accepted as a Juror                     213      9
21
     KEITH BOWERS, NO. 72             215,218         9
22                                    243             9
     State's strike                          248      9
23
     Reporter's Certificate                  250      9
24
     Word Glossary...........................End of Volume
25
```

```
 1   VOLUME 10 - (VOIR DIRE PROCEEDINGS)
     JUNE 10, 2013
 2
     (INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)
 3
     PROSPECTIVE JURORS
 4                                    VOIR DIRE   PAGE/VOL.
     LENA TAYLOR, NO. 43               3,5            10
 5                                      34            10
     Defense strike                              51   10
 6
     LINDA POWELL, NO. 74              64            10
 7   State's Challenge for Cause                 71   10
     Court's ruling                              71   10
 8
     ANGELA BOWMAN, NO. 76            72,73          10
 9                                     100            10
     Accepted as a Juror                        112   10
10
     BENNETT WALKER, NO. 78          117            10
11   State's Challenge for Cause                122   10
     Court's ruling                             122   10
12
     JANIE HIGGINS, NO. 102.........................123  10
13   Venireperson excused by agreement of both
     parties
14
     BRIAN PETERS, NO. 88...........................124  10
15   Venireperson excused by agreement of both
     parties
16
     DONALD SHOULTZ, NO. 83          125,127        10
17                                    153            10
     State's strike                             175   10
18
     CASEY GUILLOTTE, NO. 84         176,178        10
19                                    206            10
     Accepted as a Juror                        230   10
20
     Reporter's Certificate                     234   10
21
     Word Glossary..............................End of Volume
22
     VOLUME 11 - (VOIR DIRE PROCEEDINGS)
23   JUNE 11, 2013
                                               PAGE/VOL.
24   COLIN GARDIPEE, NO. 86.........................4    11
     Venireperson excused by agreement of both
25   parties
```

1    Court's General Instructions to Panel of ..... 6      11
     Prospective Jurors
2
     MICHAEL ZIMBALDI, NO. 87...................... 105     11
3    Venireperson excused by agreement of both
     parties
4
     ESMAEIL JAHANGIRI, NO. 90..................... 105     11
5    Venireperson excused by agreement of both
     parties
6
     REBECCA TURNER, NO. 100....................... 105     11
7    Venireperson excused by agreement of both
     parties
8
     JEFFREY PATSCHKE, NO. 103..................... 105     11
9    Venireperson excused by agreement of both
     parties
10
     JOSE GRANADOS, NO. 104........................ 105     11
11   Venireperson excused by agreement of both
     parties
12
     SANDRA THOMAS, NO. 105........................ 105     11
13   Venireperson excused by agreement of both
     parties
14
     JOEL TELLEZ, NO. 106.......................... 105     11
15   Venireperson excused by agreement of both
     parties
16
     SALIMA BADARPURA, NO. 108..................... 105     11
17   Venireperson excused by agreement of both
     parties
18
     DIANA HARE-GANCHEV, NO. 114................... 105     11
19   Venireperson excused by agreement of both
     parties
20
     WAYNE CRUMHORN, NO. 116....................... 105     11
21   Venireperson excused by agreement of both
     parties
22
     JAMES BROWNING, NO. 118....................... 105     11
23   Venireperson excused by agreement of both
     parties
24
     LASHANDRA WILLIAMS, NO. 119................... 105     11
25   Venireperson excused by agreement of both
     parties

```
 1

 2   LEWIS PITTMAN, NO. 121........................ 105   11
     Venireperson excused by agreement of both
 3   parties

 4   MICHAELINE BASURTO, NO. 122................... 105   11
     Venireperson excused by agreement of both
 5   parties

 6   ERIC ANCISO, NO. 123.......................... 105   11
     Venireperson excused by agreement of both
 7   parties

 8   DANNY HENDRIX, NO. 124........................ 105   11
     Venireperson excused by agreement of both
 9   parties

10   ROLAND WILLIAMS, NO. 125...................... 105   11
     Venireperson excused by agreement of both
11   parties

12   TAHIMIMA MOSTAFA, NO. 126..................... 105   11
     Venireperson excused by agreement of both
13   parties

14   DARSHANA PATEL, NO. 131....................... 105   11
     Venireperson excused by agreement of both
15   parties

16   SEAN RILEY, NO. 133........................... 105   11
     Venireperson excused by agreement of both
17   parties

18   RICHARD MORENO, NO. 134....................... 105   11
     Venireperson excused by agreement of both
19   parties

20   KAREN DOWTY, NO. 135.......................... 105   11
     Venireperson excused by agreement of both
21   parties

22   WILLIAM DUKES, NO. 138........................ 105   11
     Venireperson excused by agreement of both
23   parties

24   BENITO TOSCANO, NO. 142....................... 105   11
     Venireperson excused by agreement of both
25   parties
```

CHAZ RONEY, NO. 144........................... 105 11
Venireperson excused by agreement of both parties

WILLIAM BLESNER, NO. 145...................... 105 11
Venireperson excused by agreement of both parties

ALCUS GREER, NO. 146.......................... 105 11
Venireperson excused by agreement of both parties

SARA SPARKS, NO. 147.......................... 105 11
Venireperson excused by agreement of both parties

LINDSEY HAMMOND, NO. 94....................... 113 11
State's challenge for cause granted

FREDY SOLORZANO, NO. 120...................... 123 11
State's challenge for cause granted

**(INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)**

| **PROSPECTIVE JURORS** | **VOIR DIRE** | | **PAGE/VOL.** |
|---|---|---|---|
| LATOYA JOHNSON, NO. 89 | 135,137 | | 11 |
| | 166 | | 11 |
| State's strike | | 180 | 11 |
| BERNADINE BENTON, NO. 91 | 181,183 | | 11 |
| | 208 | | 11 |
| Defense strike | | 226 | 11 |
| JOHNNY BERMUDEZ, NO. 92 | 228,231 | | 11 |
| | 257 | | 11 |
| State's strike | | 261 | 11 |
| Reporter's Certificate | | 263 | 11 |

Word Glossary..............................End of Volume

```
 1  VOLUME 12 - (VOIR DIRE PROCEEDINGS)
    JUNE 12, 2013
 2                                          PAGE/VOL.

 3  (INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)

 4  PROSPECTIVE JURORS
                               VOIR DIRE  PAGE/VOL.
 5  JENNIFER SIMS, NO. 93         3,6           12
                                 33,54          12
 6  Accepted as a Juror                   56    12

 7  SANDRA MEDLOCK, NO. 95        59            12
    Defense Challenge for Cause           67    12
 8  Court's ruling                        70    12
                                 72,85          12
 9  Defense Challenge for Cause           89    12
    Court's ruling                        89    12
10
    SUE SPECK, NO. 96            91,93          12
11                              120,139         12
    Defense Challenge for Cause          140    12
12  Court's ruling                       140    12

13  VIRGINIA ALLMAN, NO. 97     141,143         12
                                 171           12
14  Accepted as a Juror                  184    12

15  MELINDA DIXON, NO. 98       189,192         12
                                 218           12
16  State's strike                       219    12

17  AURORA ZAMARRIPA, NO. 99     220           12
    Excused for cause by motion of the   233    12
18  Court

19  EILEEN O'CONNOR, NO. 101     233           12
    Defense Challenge for Cause          236    12
20  Court's ruling                       236    12

21  JEFFERY FILLMORE, NO. 107   237,240         12
                                 267           12
22  Defense strike                       279    12

23  Reporter's Certificate               281    12

24  Word Glossary............................End of Volume

25
```

1  **VOLUME 13 - (VOIR DIRE PROCEEDINGS)**
   **JUNE 13, 2013**

2
   **(INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)**

3
   <u>PROSPECTIVE JURORS</u>

4                                        **VOIR DIRE   PAGE/VOL.**
   GARY KINGRY, NO. 109             3,6             13
5                                   10,11           13
                                    31,46           13
6  Defense Challenge for Cause               49     13
   Court's ruling                            50     13
7
   MATTHEW CLINGER, NO. 110         54,57           13
8                                   85              13
   Accepted as a Juror                       94     13
9
   EVON ARMAGON, NO. 111            97,101          13
10                                  108             13
   State's Challenge for Cause              109     13
11 Court's ruling                           109     13

12 JEFFREY HUTTO, NO. 112           111,115         13
                                    125,126         13
13                                  130             13
   State's Challenge for Cause              131     13
14 Court's ruling                           131     13

15 DAVID HUNT, NO. 113              133,136         13
   Excused by agreement                     149     13
16
   GILBERTO VAZQUEZ, NO. 115        151,154         13
17                                  176             13
   State's strike                           181     13
18
   KYLE CORPUZ, NO. 117             182             13
19 Defense Challenge for Cause              191     13
   Court's ruling                           191     13
20
   KENNETH LENZY, NO. 127           192,196         13
21                                  219             13
   Defense strike                           235     13
22
   Reporter's Certificate                   238     13
23
   Word Glossary...........................End of Volume
24

25

```
 1   VOLUME 14 - (VOIR DIRE PROCEEDINGS)
     JUNE 14, 2013
 2                                              PAGE/VOL.

 3   (INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)

 4   PROSPECTIVE JURORS
                                   VOIR DIRE  PAGE/VOL.
 5   FERNANDO ESCALERA, JR., NO. 128     3,7         14
                                        34          14
 6   Defense strike                           48     14

 7   JOSEPH BAIARDI, NO. 129           49,52        14
                                      53,56         14
 8                                    81,82         14
                                      84,89         14
 9   Defense Challenge for Cause              92     14
     Court's ruling                           92     14
10
     THURSTON WILLIAMS, NO. 130        94,100       14
11   Excused for cause by motion of the     100     14
     Court
12
     ANTONIO GRANADOS, NO. 132         101          14
13   State's Challenge for Cause            106     14
     Court's ruling                        107     14
14
     ROBERT KIRKLAND, NO. 136          108,110      14
15                                     135          14
     State's strike                         151     14
16
     LEONARD TORRES, NO. 137           152,155      14
17                                     182,196      14
     Accepted as a Juror                    197     14
18
     LYNN MICHELLE DERR, NO. 139       201,204      14
19                                     234          14
     Defense strike                         246     14
20
     DONALD SNOW, NO. 140              247,250      14
21                                          275     14
     Defense strike                         291     14
22
     Reporter's Certificate                 293     14
23
     Word Glossary.............................End of Volume
24

25
```

**VOLUME 15 - (VOIR DIRE PROCEEDINGS)**
**JUNE 17, 2013**

**(INDIVIDUAL QUESTIONING OF PROSPECTIVE JURORS)**

PROSPECTIVE JURORS

|                                | VOIR DIRE | PAGE/VOL. |
|--------------------------------|-----------|-----------|
| KAREN BRIDGES, NO. 141         | 3,6       | 15        |
|                                | 36        | 15        |
| Accepted as a Juror            | 60        | 15        |
| ALYSE SHINAVER, NO. 143        | 65,68     | 15        |
|                                | 95        | 15        |
| Accepted as a Juror            | 103       | 15        |
| VERNA UNG, NO. 148             | 107,110   | 15        |
|                                | 129,135   | 15        |
|                                | 137       | 15        |
| Defense strike                 | 147       | 15        |
| SHARON ALEXANDER, NO. 149      | 148,151   | 15        |
|                                | 180,185   | 15        |
|                                | 188       | 15        |
| Accepted as a Juror            | 195       | 15        |
| Reporter's Certificate         | 202       | 15        |

Word Glossary.............................End of Volume

**VOLUME 16 - (PRETRIAL PROCEEDINGS AND MOTION TO SUPPRESS)**
**JUNE 19, 2013**

|                                                        | PAGE | VOL. |
|--------------------------------------------------------|------|------|
| Opening statement by Defense Attorney......... | 16   | 16   |
| Defendant rests............................... | 21   | 16   |
| Opening statement by State's Attorney......... | 21   | 16   |

STATE'S WITNESSES

|                | Direct | Cross | Voir Dire | VOL. |
|----------------|--------|-------|-----------|------|
| Eric Mehl      | 26     | 41    | -         | 16   |
| Matt Quartaro  | 48     | 66    | -         | 16   |
| Courtney Head  | 79     | 93    | -         | 16   |
|                | 98     | -     | -         | 16   |
| State rests................................... | 99 |  | | 16   |
| Court's ruling................................ | 111 |  | | 16   |

```
 1   Closing Argument by State's Attorney.......... 100   16
 2   Closing Argument by Defense Attorney.......... 107   16

 3   Reporter's Certificate........................ 122   16

 4   Word Glossary................................End of Volume

 5   VOLUME 17 - (MOTION TO SUPPRESS - CONTINUED)
     JULY 3, 2013
 6                                                  PAGE  VOL.
     Findings of Fact............................. 4     17
 7
     Ruling on motion to suppress ................ 5     17
 8
     Reporter's Certificate....................... 25    17
 9
     Word Glossary................................End of Volume
10
     VOLUME 18 - (GUILT-INNOCENCE PROCEEDINGS)
11   JULY 8, 2013
                                                    PAGE  VOL.
12   Jurors sworn................................. 26    18

13   Indictment presented........................ 26    18

14   Opening statement by State's Attorney........ 29    18
     Opening statement by Defense Attorney........ 41    18
15
     STATE'S WITNESSES
16                     Direct    Cross    Voir Dire    VOL.
     James Devereaux    45        54         -         18
17
     C.E. Elliott       59        98         -         18
18                      112       -          -         18

19   Diana Garcia       120      174         -         18

20   Jose Arturo        194       -          -         18
     Rodriguez
21
     Reporter's Certificate....................... 221   18
22
     Word Glossary................................End of Volume
23
```

1    **VOLUME 19 - (GUILT-INNOCENCE PROCEEDINGS)**
     **JULY 9, 2013**

2                                                         **PAGE   VOL.**

     **STATE'S WITNESSES**

| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Jose Arturo Rodriguez | 4 | 5 | – | 19 |
| | 34 | – | – | 19 |
| Gloria Kologinczok | 35 | 50 | – | 19 |
| W.T. Bredemeyer | 53 | – | – | 19 |
| U.P. Hernandez | 62 | 94 | – | 19 |
| Eric Johnson | – | – | 107 | 19 |
| | 131 | – | – | 19 |
| Linda Hernandez | 146 | 173 | – | 19 |
| John Swaim | 175 | – | – | 19 |
| Randy Rhodes | 189 | – | – | 19 |

Reporter's Certificate........................ 208   19

Word Glossary...............................End of Volume

**VOLUME 20 - (GUILT-INNOCENCE PROCEEDINGS)**
**JULY 10, 2013**

                                                        **PAGE   VOL.**

**STATE'S WITNESSES**

| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Dr. Dwayne Wolf | 4 | 15 | – | 20 |
| | 23 | 28 | – | 20 |
| Eric Mehl | 33 | – | 59 | 20 |
| | – | 66 | – | 20 |
| | 68 | 68 | – | 20 |
| Griselle Guzman | 70 | – | – | 20 |
| Angelita Rodriguez | 80 | 108 | – | 20 |
| Carmelo Martinez Santana | 116 | – | – | 20 |
| William Ebersole | 175 | – | – | 20 |

Reporter's Certificate........................ 189   20

Word Glossary...............................End of Volume

**VOLUME 21 - (GUILT-INNOCENCE PROCEEDINGS)**
**JULY 11, 2013**

                                                  PAGE  VOL.

**STATE'S WITNESSES**

| STATE'S WITNESSES | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Carmelo Martinez | 5 | 15 | 18 | 21 |
| Santana | – | 29 | – | 21 |
| William Ebersole | – | 64 | – | 21 |
|  | 77 | 82 | – | 21 |
| Micah Webb | 84 | 101 | – | 21 |
| Matt Quartaro | 103 | 127 | – | 21 |
|  | 136 | 140 | – | 21 |
|  | 141 | – | – | 21 |
| Courtney Head | 142 | 171 | – | 21 |

State rests.................................. 174   21

Defendant rests.............................. 175   21

Both sides close............................. 176   21

Reporter's Certificate....................... 178   21

Word Glossary...............................End of Volume

**VOLUME 22 - (GUILT-INNOCENCE PROCEEDINGS)**
**JULY 12, 2013**

                                                  PAGE  VOL.

Objections to Court's Charge................. 5    22

Reporter's Certificate....................... 19   22

Word Glossary...............................End of Volume

**VOLUME 23 - (GUILT-INNOCENCE PROCEEDINGS)**
**JULY 15, 2013**

                                                  PAGE  VOL.

Closing Argument by State's Attorney......... 29   23
Closing Argument by Defense Attorney......... 40   23
Closing Argument by State's Attorney......... 78   23

Jury retired for deliberations............... 99   23

1   Verdict Received............................... 101   23

2   Polling of the jury........................... 102   23

3   Reporter's Certificate........................ 107   23

4   Word Glossary.............................End of Volume

5   **VOLUME 24 - (PUNISHMENT PROCEEDINGS)**
    **JULY 16, 2013**
6                                                   **PAGE   VOL.**
    Opening statement by State's Attorney......... 7     24

7   **STATE'S WITNESSES**

| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Manuel Buten | 14 | – | – | 24 |
| Juan DeJesus | 43 | 68 | 71 | 24 |
| Rodriguez | – | 75 | – | 24 |
| Andres Castillo Buten | 78 | – | – | 24 |
| William Garay Martinez | 98 | – | – | 24 |
| Efrain Esmurria | 118 | – | 130 | 24 |
| Hernandez | – | 131 | – | 24 |

Reporter's Certificate........................ 143   24

Word Glossary.............................End of Volume

**VOLUME 25 - (PUNISHMENT PROCEEDINGS)**
**JULY 17, 2013**
                                                **PAGE   VOL.**
**STATE'S WITNESSES**

| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| James Kennedy | 4 | – | – | 25 |
| Tina Longoria | 20 | 36 | – | 25 |
| Perez | 40 | – | – | 25 |
| Johnny Lopez | 41 | 51 | – | 25 |
| Carmelo Martinez | 59 | 87 | – | 25 |
| Santana | 95 | – | – | 25 |
| Dr. Dwayne Wolf | 97 | 112 | – | 25 |

| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Micah Webb | 116 | 121 | – | 25 |
| Darryl Novak | 123 | 136 | – | 25 |
| | 139 | 140 | – | 25 |
| David Alan Davis, Jr. | 142 | – | – | 25 |
| Bonnie Fiveash | 148 | 178 | – | 25 |
| Diana Garcia | 191 | – | – | 25 |

State rests.................................... 202    25

Reporter's Certificate........................ 204    25

Word Glossary...............................End of Volume

**VOLUME 26 - (PUNISHMENT PROCEEDINGS)**
**JULY 18, 2013**

                                              **PAGE   VOL.**

**DEFENSE WITNESSES**

| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Mireya Perez-Garcia | 8 | 22 | – | 26 |
| Joel Cruz-Garcia | 32 | 43 | – | 26 |
| | 54 | – | – | 26 |
| Abel Cruz-Perez | 67 | 79 | – | 26 |
| Angel Meza | 80 | 86 | – | 26 |
| | 91 | – | – | 26 |

Defendant rests............................... 93    26

Both sides close.............................. 93    26

Objections to Court's Charge.................. 61    26

Court's charge read........................... 93    26

Closing Argument by Defense Attorney.......... 105   26
Closing Argument by State's Attorney.......... 141   26

Jury retired for deliberations................ 176   26

Reporter's Certificate........................ 179   26

Word Glossary...............................End of Volume

1  **VOLUME 27 - (PUNISHMENT PROCEEDINGS)**
   **JULY 19, 2013**
2                                                       **PAGE   VOL.**
   Jury continues deliberations.................. 3      27
3
   Proceedings in chambers....................... 4      27
4
   Verdict Received.............................. 9      27
5
   Polling of the jury........................... 11     27
6
   Reporter's Certificate........................ 15     27
7
   Word Glossary..............................End of Volume
8
   **VOLUME 28 - (SENTENCING)**
9  **JULY 22, 2013**
                                                         **PAGE   VOL.**
10 Sentencing.................................... 3      28

11 Reporter's Certificate........................ 7      28

12 Word Glossary..............................End of Volume

13 **VOLUME 29 - (MOTION FOR NEW TRIAL)**
   **SEPTEMBER 20, 2013**
14                                                       **PAGE   VOL.**
   Argument by Defense Attorney.................. 3      29
15 Argument by State's Attorney.................. 11     29
   Argument by Defense Attorney.................. 22     29
16
   Court's ruling................................ 28     29
17
   Reporter's Certificate........................ 34     29
18
   Word Glossary..............................End of Volume
19
   **VOLUME 30 - (EXHIBIT VOLUME)**
20 **STATE'S EXHIBITS**

21 **VOLUME 31 - (EXHIBIT VOLUME)**
   **DEFENSE EXHIBITS 1 THROUGH 4**
22
   **VOLUME 32 - (EXHIBIT VOLUME)**
23 **DEFENSE EXHIBITS 5 AND 6**

24 **VOLUME 33 - (EXHIBIT VOLUME)**
   **DEFENSE EXHIBIT 6 CONTINUED**
25

1  **VOLUME 34 - (EXHIBIT VOLUME)**
   **DEFENSE EXHIBITS 7 THROUGH 55**

2

   **VOLUME 35 - (EXHIBIT VOLUME)**
3  **MOTION FOR NEW TRIAL EXHIBITS**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MASTER ALPHABETICAL VENIREPERSON INDEX**

VOIR DIRE   PAGE/VOL.

ABELLERA, RONALD, NO. 16...................... 104   5
Venireperson excused by agreement of both
parties

ALEXANDER, SHARON, NO. 149          148,151       15
                                    180,185       15
                                    188           15
Accepted as a Juror                       195     15

ALLMAN, VIRGINIA, NO. 97            141,143       12
                                    171           12
Accepted as a Juror                       184     12

ANCISO, ERIC, NO. 123........................ 105   11
Venireperson excused by agreement of both
parties

ANDERSON, CLARENCE, NO. 70          60,61         9
                                    86            9
Defense strike                            111     9

ARMAGON, EVON, NO. 111              97,101        13
                                    108           13
State's Challenge for Cause               109     13
Court's ruling                            109     13

AVILA, ABDON, NO. 21......................... 108   5
State's challenge for cause granted

BADARPURA, SALIMA, NO. 108................... 105   11
Venireperson excused by agreement of both
parties

BAIARDI, JOSEPH, NO. 129            49,52         14
                                    53,56         14
                                    81,82         14
                                    84,89         14
Defense Challenge for Cause               92      14
Court's ruling                            92      14

BALL, DAVID, NO. 56                       180   8
Venireperson excused by agreement of both
parties

BASURTO, MICHAELINE, NO. 122................. 105   11
Venireperson excused by agreement of both
parties

```
 1   BAYER, ANTHONY, NO. 12..................... 104   5
     Venireperson excused by agreement of both
 2   parties

 3   BENTON, BERNADINE, NO. 91               181,183      11
                                            208          11
 4   Defense strike                              226      11

 5   BERMUDEZ, JOHNNY, NO. 92                228,231      11
                                            257          11
 6   State's strike                              261      11

 7   BLESNER, WILLIAM, NO. 145.................. 105     11
     Venireperson excused by agreement of both
 8   parties

 9   BOLLOM, TRAVIS, NO. 4                   194,196       5
                                            232            5
10   Defense Challenge for Cause                 243       5
                                            244            5
11   Court's ruling                              252       5
                                            254            5
12   Defense strike                              255       5

13   BOWERS, KEITH, NO. 72                   215,218       9
                                            243            9
14   State's strike                              248       9

15   BOWMAN, ANGELA, NO. 76                  72,73        10
                                            100          10
16   Accepted as a Juror                         112      10

17   BRIDGES, KAREN, NO. 141                 3,6          15
                                            36           15
18   Accepted as a Juror                          60      15

19   BROWN, ASHIA, NO. 46                    68,70         8
                                            101            8
20   Defense strike                              113       8

21   BROWN, SCOTT, NO. 38                    166,168       7
                                            189,191       7
22   State's Strike                              194       7

23   BROWNING, JAMES, NO. 118.................. 105      11
     Venireperson excused by agreement of both
24   parties

25
```

```
 1   CALUAG, JOSHUA, NO. 2                  144,146        5
                                            179            5
 2   Accepted as a Juror                          192      5

 3   CANADA, TRACY, NO. 6........................ 104      5
     Venireperson excused by agreement of both
 4   parties

 5   CARCZ, NICHOLAS, NO. 47..................... 104      5
     Venireperson excused by agreement of both
 6   parties

 7   CHAMBERS, DONNA, NO. 45                36,38          8
     State's Challenge for Cause                   50      8
 8                                          50            8
     Court's ruling                                54      8
 9                                          54            8
     State's Challenge for Cause                   59      8
10                                          59            8
     Court's ruling                                67      8
11
     CHAYKOSKY, TODD, NO. 58                3,6            9
12   Excused by agreement                   17            9

13   CHORBA, DARLENE, NO. 36.................... 104       5
     Venireperson excused by agreement of both
14   parties

15   CLARK, CHRISTOPHER, NO. 44             32             8
     Excused by agreement                          35      8
16
     CLINGER, MATTHEW, NO. 110              54,57          13
17                                          85            13
     Accepted as a Juror                           94      13
18
     COLLINS, LATONYA, NO. 77.................... 105      5
19   Venireperson excused by agreement of both
     parties
20
     CORPUZ, KYLE, NO. 117                  182            13
21   Defense Challenge for Cause                   191     13
     Court's ruling                                191     13
22
     CRUMHORN, WAYNE, NO. 116................... 105       11
23   Venireperson excused by agreement of both
     parties
24
     CULOTTA, CHAD, NO. 50...................... 104       5
25   Venireperson excused by agreement of both
     parties
```

```
 1
    DAVIS, DARRELL, NO. 73....................... 105   5
 2  Venireperson excused by agreement of both
    parties
 3
    DENMAN, MAURA, NO. 62                 19,20         9
 4                                        49            9
    State's strike                              58      9
 5
    DERR, LYNN MICHELLE, NO. 139          201,204       14
 6                                        234           14
    Defense strike                              246     14
 7
    DIXON, MELINDA, NO. 98                189,192       12
 8                                        218           12
    State's strike                              219     12
 9
    DOMINGO, SANDY, NO. 75....................... 105   5
10  Venireperson excused by agreement of both
    parties
11
    DOWTY, KAREN, NO. 135....................... 105    11
12  Venireperson excused by agreement of both
    parties
13
    DUKES, WILLIAM, NO. 138..................... 105    11
14  Venireperson excused by agreement of both
    parties
15
    EARDLEY, VERONICA, NO. 71................... 105    5
16  Venireperson excused by agreement of both
    parties
17
    EMERT, ALLYN, NO. 34                  92,95         7
18                                        110           7
    State's Challenge for Cause                 111     7
19                                        113,118       7
    Court's ruling                              121     7
20
    ESCALERA, FERNANDO, JR., NO. 128      3,7           14
21                                        34            14
    Defense strike                              48      14
22
    FILLMORE, JEFFERY, NO. 107            237,240       12
23                                        267           12
    Defense strike                              279     12
24
    FISHER, DENNIS, NO. 32...................... 109    5
25  State's challenge for cause granted
```

```
 1   FULLER, JAMES, NO. 26........................ 104    5
     Venireperson excused by agreement of both
 2   parties

 3   GARDIPEE, COLIN, NO. 86...................... 4      11
     Venireperson excused by agreement of both
 4   parties

 5   GENAW, LINDA, NO. 25                   9,11          7
                                           38            7
 6   State's strike                               49      7

 7   GONZALEZ, MARY, NO. 79...................... 105    5
     Venireperson excused by agreement of both
 8   parties

 9   GONZALEZ, SALVADOR, NO. 7            311,313         5
     State's Challenge for Cause                 330     5
10   Court's ruling                              330     5

11   GOODALL, SIMONE, NO. 67..................... 105    5
     Venireperson excused by agreement of both
12   parties

13   GRANADOS, ANTONIO, NO. 132          101             14
     State's Challenge for Cause                 106     14
14   Court's ruling                              107     14

15   GRANADOS, JOSE, NO. 104..................... 105    11
     Venireperson excused by agreement of both
16   parties

17   GREER, ALCUS, NO. 146....................... 105    11
     Venireperson excused by agreement of both
18   parties

19   GUILLOTTE, CASEY, NO. 84            176,178         10
                                           206            10
20   Accepted as a Juror                         230     10

21   GURLEY, NATHAN, NO. 17                      118     6
     Venireperson excused by agreement
22   of both parties

23   HAMMOND, LINDSEY, NO. 94.................... 113    11
     State's challenge for cause granted
24
     HARE-GANCHEV, DIANA, NO. 114................ 105    11
25   Venireperson excused by agreement of both
     parties
```

```
 1
     HENDRIX, DANNY, NO. 124...................... 105   11
 2   Venireperson excused by agreement of both
     parties
 3
     HIGGINS, JANIE, NO. 102...................... 123   10
 4   Venireperson excused by agreement of both
     parties
 5
     HILLEGEIST, JOSEPHINE, NO. 66................ 105    5
 6   Venireperson excused by agreement of both
     parties
 7
     HOLIK, JOHN, NO. 1........................... 104    5
 8   Venireperson excused by agreement of both
     parties
 9
     HOUSTON, HAZEL, NO. 30...................... 104    5
10   Venireperson excused by agreement of both
     parties
11
     HUNT, DAVID, NO. 113            133,136          13
12   Excused by agreement                    149     13

13   HUTTO, JEFFREY, NO. 112        111,115          13
                                    125,126          13
14                                  130              13
     State's Challenge for Cause            131     13
15   Court's ruling                         131     13

16   JAHANGIRI, ESMAEIL, NO. 90.................. 105   11
     Venireperson excused by agreement of both
17   parties

18   JOHNSON, CHRISTOPHER, NO. 85................ 105    5
     Venireperson excused by agreement of both
19   parties

20   JOHNSON, JACQUELINE, NO. 80................. 105    5
     Venireperson excused by agreement of both
21   parties

22   JOHNSON, LATOYA, NO. 89        135,137          11
                                    166              11
23   State's strike                         180     11

24   JOHNSON, MARCELLA, NO. 35      125,127           7
                                    153               7
25   Defense strike                         165      7
```

```
 1   JORDAN, LARRY, NO. 5               256,258          5
                                       294              5
 2   Accepted as a Juror                        308     5

 3   KINGRY, GARY, NO. 109             3,6              13
                                      10,11            13
 4                                    31,46            13
     Defense Challenge for Cause               49      13
 5   Court's ruling                            50      13

 6   KIRKLAND, ROBERT , NO. 136       108,110          14
                                      135              14
 7   State's strike                            151     14

 8   KIRKPATRICK, NANCIANNE, NO. 14   6,8               6
                                      38                6
 9   Defense strike                            57       6

10   KIZZEE, MELVIN, NO. 51....................... 104  5
     Venireperson excused by agreement of both
11   parties

12   LARA, MONICA, NO. 8.......................... 104  5
     Venireperson excused by agreement of both
13   parties

14   LE, MINH, NO. 81............................. 105  5
     Venireperson excused by agreement of both
15   parties

16   LENZY, KENNETH, NO. 127          192,196          13
                                      219              13
17   Defense strike                            235     13

18   LIMBRICK, CLAUDE, NO. 15         114               6
     State's Challenge for Cause               117      6
19   Excused by agreement                      117      6

20   LIMERICK, DAVID, NO. 42...................... 115  5
     State's challenge for cause granted
21
     LOPEZ, PATRICIA RIVERA, NO. 69   113,115           9
22                                    129,130           9
                                      137,151           9
23   State's Challenge for Cause               158      9
     Court's ruling                            159      9
24
     LOWRANCE, MICHAEL, NO. 52                 251      7
25   Venireperson excused by agreement of both
     parties
```

```
 1   MALONE, RANDI, NO. 31                        192   6
 2   Venireperson excused by agreement of both
     parties
 3
     MANUEL, VIRGINIA, NO. 55.................... 104   5
 4   Venireperson excused by agreement of both
     parties
 5
     MARSHALL, LEONA, NO. 23.................... 104   5
 6   Venireperson excused by agreement of both
     parties
 7
     MARTINEZ, JOSE, NO. 33.................... 111   5
 8   State's challenge for cause granted

 9   MASEMENE, TSEPISO, NO. 19         168,170         6
     Excused by agreement                      186   6
10
     MCCLENDON, KATHERINE, NO. 27............... 104   5
11   Venireperson excused by agreement of both
     parties
12
     MCDONALD, STEPHEN, NO. 41         3,5             8
13                                     12,14           8
     State's Challenge for Cause               27    8
14                                     27              8
     Court's ruling                            30    8
15   State's strike                            31    8

16   MCPHERSON, WILLIAM, NO. 13        58,61           6
                                       98,108          6
17   State's Challenge for Cause               111   6
     Court's ruling                            112   6
18   State's strike                            112   6

19   MCWILLIAMS, DAMIAN, NO. 49.................. 104   5
     Venireperson excused by agreement of both
20   parties

21   MEDLOCK, SANDRA, NO. 95           59              12
     Defense Challenge for Cause               67    12
22   Court's ruling                            70    12
                                       72,85           12
23   Defense Challenge for Cause               89    12
     Court's ruling                            89    12
24
     MEHL, MEGHAN, NO. 20.................... 104   5
25   Venireperson excused by agreement of both
     parties
```

```
 1
    MIXON, BOBBY, NO. 60                        180    8
 2  Venireperson excused by agreement of both
    parties
 3
    MOCK, GEORGE, NO. 9......................... 7     5
 4  Venireperson excused by agreement of both
    parties
 5
    MONTGOMERY, WAYNE, NO. 40          195,196         7
 6                                     222             7
    Accepted as a Juror                247           7
 7
    MORENO, RICHARD, NO. 134.................... 105  11
 8  Venireperson excused by agreement of both
    parties
 9
    MOSTAFA, TAHIMIMA, NO. 126.................. 105  11
10  Venireperson excused by agreement of both
    parties
11
    NEUNEKER, JEREMIAH, NO. 48.................. 104   5
12  Venireperson excused by agreement of both
    parties
13
    NORRIS, THERON, NO. 63..................... 105   5
14  Venireperson excused by agreement of both
    parties
15
    O'CONNOR, EILEEN, NO. 101          233            12
16  Defense Challenge for Cause                 236  12
    Court's ruling                              236  12
17
    ORTIZ, NATHALIE, NO. 59.................... 7      5
18  Venireperson excused by agreement of both
    parties
19
    PARAGAS, EDWIN, NO. 24             188            6
20  Excused for cause                           191   6
21  PATEL, DARSHANA, NO. 131................... 105  11
    Venireperson excused by agreement of both
22  parties
23  PATSCHKE, JEFFREY, NO. 103................. 105  11
    Venireperson excused by agreement of both
24  parties
25
```

```
 1  PAYNE, ANITA, NO. 18.......................... 104   5
    Venireperson excused by agreement of both
 2  parties

 3  PEREZ, MARTHA, NO. 57                    176,179       8
    State's Challenge for Cause                  179       8
 4  Court's ruling                               179       8

 5  PEREZ, ROSA, NO. 82........................... 105     5
    Venireperson excused by agreement of both
 6  parties

 7  PETERS, BRIAN, NO. 88......................... 124    10
    Venireperson excused by agreement of both
 8  parties

 9  PITTMAN, LEWIS, NO. 121....................... 105    11
    Venireperson excused by agreement of both
10  parties

11  POWELL, LINDA, NO. 74                     64          10
    State's Challenge for Cause                   71      10
12  Court's ruling                                71      10

13  PYPER, NANCEE, NO. 64                    163,164        9
                                             190            9
14  Accepted as a Juror                          213        9

15  QUINTANILLA, ELSY, NO. 54                    251        7
    Venireperson excused by agreement of both
16  parties

17  RILEY, SEAN, NO. 133.......................... 105    11
    Venireperson excused by agreement of both
18  parties

19  RODRIGUEZ, ADELA, NO. 22                 119,121        6
                                             148,163        6
20  Defense strike                               166        6

21  RONEY, CHAZ, NO. 144.......................... 105    11
    Venireperson excused by agreement of both
22  parties

23  ROSA, SANTIAGO, NO. 29........................ 104     5
    Venireperson excused by agreement of both
24  parties

25
```

```
 1   ROSE, MERCEDIA, NO. 39....................... 104   5
     Venireperson excused by agreement of both
 2   parties

 3   SANCHEZ, OLGA, NO. 28                 51,52        7
                                          79           7
 4   Accepted as a Juror                        89     7

 5   SHINAVER, ALYSE, NO. 143              65,68        15
                                          95           15
 6   Accepted as a Juror                        103    15

 7   SHOULTZ, DONALD, NO. 83               125,127      10
                                          153          10
 8   State's strike                             175    10

 9   SIMS, JENNIFER, NO. 93                3,6          12
                                          33,54        12
10   Accepted as a Juror                        56     12

11   SNOW, DONALD, NO. 140                 247,250      14
                                                275    14
12   Defense strike                             291    14

13   SOLORZANO, FREDY, NO. 120.................... 123  11
     State's challenge for cause granted
14
     SPARKS, SARA, NO. 147....................... 105  11
15   Venireperson excused by agreement of both
     parties
16
     SPECK, SUE, NO. 96                    91,93        12
17                                         120,139      12
     Defense Challenge for Cause               140     12
18   Court's ruling                             140    12

19   SULLIVAN, LORI, NO. 61...................... 105   5
     Venireperson excused by agreement of both
20   parties

21   TAYLOR, LENA, NO. 43                  3,5          10
                                          34           10
22   Defense strike                             51     10

23   TAYLOR, KAREN, NO. 68....................... 123   5
     State's challenge for cause granted
24
     TELLEZ, JOEL, NO. 106...................... 105   11
25   Venireperson excused by agreement of both
     parties
```

```
 1
      THOMAS, SANDRA, NO. 105...................... 105    11
 2    Venireperson excused by agreement of both
      parties
 3
      TORRES, LEONARD, NO. 137              152,155         14
 4                                         182,196         14
      Accepted as a Juror                       197        14
 5
      TOSCANO, BENITO, NO. 142..................... 105    11
 6    Venireperson excused by agreement of both
      parties
 7
      TOWSE-PAULK, DANA, NO. 37                   192        6
 8    Venireperson excused by agreement of both
      parties
 9
      TRULOVE, MICHAEL, NO. 10..................... 104     5
10    Venireperson excused by agreement of both
      parties
11
      TURNER, REBECCA, NO. 100.................... 105     11
12    Venireperson excused by agreement of both
      parties
13
      TYLER, ALVIN, NO. 65........................ 105      5
14    Venireperson excused by agreement of both
      parties
15
      UNG, VERNA, NO. 148                   107,110         15
16                                          129,135         15
                                            137             15
17    Defense strike                            147        15
18    VAZQUEZ, GILBERTO, NO. 115            151,154         13
                                            176             13
19    State's strike                            181        13
20    VONPOLNSKI, KURT, NO. 3..................... 104      5
      Venireperson excused by agreement of both
21    parties
22    WALKER, BENNETT, NO. 78               117            10
      State's Challenge for Cause              122        10
23    Court's ruling                           122        10
24    WILLIAMS, LASHANDRA, NO. 119................ 105     11
      Venireperson excused by agreement of both
25    parties
```

```
1   WILLIAMS, ROLAND, NO. 125.................... 105   11
    Venireperson excused by agreement of both
2   parties

3   WILLIAMS, THURSTON, NO. 130          94,100          14
    Excused for cause by motion of the       100   14
4   Court

5   WILLIS, RACHEL, NO. 11                        4    6
    Venireperson excused by agreement of both
6   parties

7   ZAMARRIPA, AURORA, NO. 99           220            12
    Excused for cause by motion of the       233   12
8   Court

9   ZIMBALDI, MICHAEL, NO. 87.................... 105   11
    Venireperson excused by agreement of both
10  parties

11  ZINK, RICKY, NO. 53                 116,118         8
                                        160             8
12  Defense strike                           174    8

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MASTER ALPHABETICAL WITNESS INDEX


| | Direct | Cross | Voir Dire | VOL. |
|---|---|---|---|---|
| Bredemeyer, W.T. | 53 | - | - | 19 |
| Buten, Andres Castillo | 78 | - | - | 24 |
| Buten, Manuel | 14 | - | - | 24 |
| Cruz-Garcia, Joel | 32 | 43 | - | 26 |
| | 54 | - | - | 26 |
| Cruz-Perez, Abel | 67 | 79 | - | 26 |
| Davis, David Alan, Jr. | 142 | - | - | 25 |
| Devereaux, James | 45 | 54 | - | 18 |
| Ebersole, William | 175 | - | - | 20 |
| | - | 64 | - | 21 |
| | 77 | 82 | - | 21 |
| Elliott, C.E. | 59 | 98 | - | 18 |
| | 112 | - | - | 18 |
| Fiveash, Bonnie | 148 | 178 | - | 25 |
| Garcia, Diana | 120 | 174 | - | 18 |
| | 191 | - | - | 25 |
| Guzman, Griselle | 70 | - | - | 20 |
| Head, Courtney | 79 | 93 | - | 16 |
| | 98 | - | - | 16 |
| | 142 | 171 | - | 16 |
| Hernandez, Efrain Esmurria | 118 | - | 130 | 24 |
| | - | 131 | - | 24 |
| Hernandez, Linda | 146 | 173 | - | 19 |
| Hernandez, U.P. | 62 | 94 | - | 19 |
| Johnson, Eric | - | - | 107 | 19 |
| | 131 | - | - | 19 |
| Kennedy, James | 4 | - | - | 25 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Kologinczok, Gloria | 35 | 50 | - | 19 |
| 2 | | | | | |
| 3 | Lopez, Johnny | 41 | 51 | - | 25 |
| 4 | Martinez, William Garay | 98 | - | - | 24 |
| 5 | Mehl, Eric | 26 | 41 | - | 16 |
| | | 33 | - | 59 | 20 |
| 6 | | - | 66 | - | 20 |
| | | 68 | 68 | - | 20 |
| 7 | Meza, Angel | 80 | 86 | - | 26 |
| 8 | | 91 | - | - | 26 |
| 9 | Novak, Darryl | 123 | 136 | - | 25 |
| | | 139 | 140 | - | 25 |
| 10 | Perez, Tina Longoria | 20 | 36 | - | 25 |
| 11 | | 40 | - | - | 25 |
| 12 | Perez-Garcia, Mireya | 8 | 22 | - | 26 |
| 13 | Quartaro, Matt | 48 | 66 | - | 16 |
| 14 | | 103 | 127 | - | 21 |
| | | 136 | 140 | - | 21 |
| 15 | | 141 | - | - | 21 |
| 16 | Rhodes, Randy | 189 | - | - | 19 |
| 17 | Rodriguez, Angelita | 80 | 108 | - | 20 |
| 18 | Rodriguez, Jose Arturo | 194 | - | - | 18 |
| 19 | | 4 | 5 | - | 19 |
| | | 34 | - | - | 19 |
| 20 | Rodriguez, Juan DeJesus | 43 | 68 | 71 | 24 |
| 21 | | - | 75 | - | 24 |
| 22 | Santana, Carmelo Martinez | 116 | - | - | 20 |
| | | 5 | 15 | 18 | 21 |
| 23 | | - | 29 | - | 21 |
| | | 59 | 87 | - | 25 |
| 24 | | 95 | - | - | 25 |
| 25 | Swaim, John | 175 | - | - | 19 |

```
 1    Webb, Micah           84      101       -         21
                            116     121       -         25
 2
      Wolf, Dr. Dwayne      4       15        -         20
 3                          23      28        -         20
                            97      111       -         25
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MASTER EXHIBIT INDEX**

| NUMBER | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| SX - 1 | Curriculum Vitae Of Gloria J. Kologinczok | 24 | 25 | 16 |
| SX - 2 | Consent to obtain blood, saliva, hair sample | 78 | 79 | 16 |
| SX - 3 | HPD Crime Lab evidence submission form | 78 | 79 | 16 |
| SX - 4 | City of Houston letter dated 11/30/92 | 84 | 84 | 16 |
| SX - 5 | 911 call business records affidavit | 43 | 43 | 18 |
| SX - 6 | CD of 911 call (Converted media filed as part of record; See file: HARRIS-1384794-RR-PART001-SEXHIBIT6.mp3) | 43 | 43 | 18 |
| SX - 7 | Aerial map | 53 | 54 | 18 |
| SX - 8 | 1992 calendar | 95 | 96 | 18 |
| SX - 9 | Photograph | 67 | 67 | 18 |
| SX - 10 | Photograph | 67 | 67 | 18 |
| SX - 11 | Photograph | 67 | 67 | 18 |
| SX - 12 | Photograph | 67 | 67 | 18 |
| SX - 13 | Photograph | 67 | 67 | 18 |
| SX - 14 | Photograph | 67 | 67 | 18 |
| SX - 15 | Photograph | 67 | 67 | 18 |
| SX - 16 | Photograph | 67 | 67 | 18 |
| SX - 17 | Photograph | 67 | 67 | 18 |
| SX - 18 | Photograph | 67 | 67 | 18 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | SX - 19 | Photograph | 67 | 67 | 18 |
| 2 | SX - 20 | Photograph | 67 | 67 | 18 |
| 3 | SX - 21 | Photograph | 67 | 67 | 18 |
| 4 | SX - 22 | Photograph | 67 | 67 | 18 |
| 5 | SX - 23 | Photograph | 67 | 67 | 18 |
| 6 | SX - 24 | Photograph | 67 | 67 | 18 |
| 7 | SX - 25 | Photograph | 67 | 67 | 18 |
| 8 | SX - 26 | Photograph | 67 | 67 | 18 |
| 9 | SX - 27 | Photograph | 67 | 67 | 18 |
| 10 | SX - 28 | Photograph | 67 | 67 | 18 |
| 11 | SX - 29 | Photograph | 67 | 67 | 18 |
| 12 | SX - 30 | Photograph | 67 | 67 | 18 |
| 13 | SX - 31 | Photograph | 67 | 67 | 18 |
| 14 | SX - 32 | Cigar | 81 | 82 | 18 |
| 15 / 16 | SX - 33 | Sexual assault kit | 47 | - | 19 |
| 17 | SX - 33-A | Panties | 47 / 121 | - / 124 | 19 / 21 |
| 18 / 19 | SX - 33-B | Vaginal swabs and smears | 47 / 121 | - / 124 | 19 / 21 |
| 20 / 21 | SX - 33-C | Saliva sample | 47 / 121 | - / 124 | 19 / 21 |
| 22 | SX - 33-D | Blood sample | 47 / 121 | - / 124 | 19 / 21 |
| 23 / 24 | SX - 34 | Hard copy of PowerPoint presentation | 170 | 172 | 20 |
| 25 | SX - 35 | Pasadena Motor Inn receipt | 144 | - | 19 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | SX - 36 | Bond paperwork | 141 | 141 | 19 |
| 2 | SX - 37 | Photograph | 165 | 165 | 19 |
| 3 | SX - 38 | Photograph | 165 | 165 | 19 |
| 4 | SX - 39 | Photograph | 165 | 165 | 19 |
| 5 | SX - 40 | Photograph | 165 | 165 | 19 |
| 6 | SX - 41 | Photograph | 165 | 165 | 19 |
| 7 | SX - 42 | Apartment lease | 137 | 138 | 18 |
| 8 | SX - 43 | Map | 195 | 195 | 19 |
| 9 | SX - 44 | Photograph | 197 | 198 | 19 |
| 10 | SX - 45 | Photograph | 197 | 198 | 19 |
| 11 | SX - 46 | Photograph | 197 | 198 | 19 |
| 12 | SX - 47 | Photograph | 197 | 198 | 19 |
| 13 | SX - 48 | Photograph | 197 | 198 | 19 |
| 14 | SX - 49 | Photograph | 197 | 198 | 19 |
| 15 | SX - 50 | Photograph | 197 | 198 | 19 |
| 16 | SX - 51 | Photograph | 197 | 198 | 19 |
| 17 | SX - 52 | Photograph | 197 | 198 | 19 |
| 18 | SX - 53 | Photograph | 197 | 198 | 19 |
| 19 | SX - 54 | Photograph | - | - | - |
| 20 | SX - 55 | Photograph | 10 | 11 | 20 |
| 21 | SX - 56 | Photograph | - | - | - |
| 22 | SX - 57 | Photograph | - | - | - |
| 23 | SX - 58 | Photograph | - | - | - |
| 24 | SX - 59 | Photograph | - | - | - |
| 25 | SX - 60 | Photograph | - | - | - |

| | | | | | |
|---|---|---|---|---|---|
| 1 | SX - 61 | Photograph | 169 | 170 | 18 |
| 2 | SX - 62 | Photograph | - | - | - |
| 3 | SX - 63 | Autopsy report | - | - | - |
| 4 | SX - 64 | Shirt | 13 | 13 | 20 |
| 5 | SX - 65 | Buccal swab | 77 | 77 | 20 |
| 6 | SX - 66 | Buccal swab | 77 | 77 | 20 |
| 7 | SX - 67 | DNA report | - | - | - |
| 8 | SX - 68 | Consent form | 92 | 93 | 21 |
| 9 | SX - 69 | Map | - | - | - |
| 10 | SX - 70 | HPD DNA lab report | 152 | 152 | 21 |
| 11 | SX - 71 | Photograph | 99 | 100 | 21 |
| 12 | SX - 72 | Photograph | 99 | 100 | 21 |
| 13 | SX - 73 | Photograph | 99 | 100 | 21 |
| 14 | SX - 74 | Photograph | 99 | 100 | 21 |
| 15 | SX - 75 | Photograph | - | - | - |
| 16 | SX - 76 | Buccal swab | 157 | 157 | 21 |
| 17 | SX - 77 | Buccal swab | 157 | 157 | 21 |
| 18 | SX - 78 | Map | 98 | 98 | 21 |
| 19 | SX - 79 | Map | 138 | 139 | 20 |
| 20 | SX - 80 | Photograph | 170 197 | - 197 | 18 25 |
| 21 | | | | | |
| 22 | SX - 81 | Photograph | 170 197 | - 197 | 18 25 |
| 23 | SX - 82 | Timeline | - | - | - |
| 24 | SX - 83 | Photograph | 140 | 141 | 18 |
| 25 | SX - 84 | Photograph | 171 | 171 | 18 |

| # | | | | | |
|---|---|---|---|---|---|
| 1 | SX - 85 | Photograph | 140 | 141 | 18 |
| 2 | SX - 86 | Photograph | 140 | 141 | 18 |
| 3 | SX - 87 | Photograph | 140 | 141 | 18 |
| 4 | SX - 88 | Photograph | 140 | 141 | 18 |
| 5 | SX - 89 | Photograph | 150 | 150 | 19 |
| 6 | SX - 90 | Photograph | 83 | 83 | 19 |
| 7 | SX - 91 | Photograph | 7 | 7 | 21 |
| 8 | SX - 92 | DNA statistics | 167 | 167 | 21 |
| 9 | SX - 93 | Statement | - | - | - |
| 10 | SX - 94 | Map | 95 | 95 | 21 |
| 11 | SX - 95 | Cuttings of panties | 121 | 124 | 21 |
| 12, 13 | SX - 96 | DNA summary (Cigar) | 167 | 167 | 21 |
| 14, 15 | SX - 97 | DNA summary (Vaginal swabs) | 167 | 167 | 21 |
| 16 | SX - 98 | Not identified | - | - | - |
| 17 | SX - 99 | Cigar packaging (Admitted For Record Purposes Only) | 174 | 175 | 21 |
| 18, 19 | SX - 100 | Cigar packaging (Admitted For Record Purposes Only) | 174 | 175 | 21 |
| 20 | SX - 101 | Photograph | 61 | 62 | 24 |
| 21 | SX - 102 | Photograph | 61 | 62 | 24 |
| 22 | SX - 103 | Photograph | 61 | 62 | 24 |
| 23 | SX - 104 | Photograph | 62 | 62 | 24 |
| 24 | SX - 105 | Photograph | 10 | 10 | 25 |
| 25 | SX - 106 | Photograph | 10 | 10 | 25 |
| | SX - 107 | Photograph | 10 | 10 | 25 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | SX - 108 | Photograph | 10 | 10 | 25 |
| 2 | SX - 109 | Photograph | 10 | 10 | 25 |
| 3 | SX - 110 | Photograph | 10 | 10 | 25 |
| 4 | SX - 111 | Photograph | 10 | 10 | 25 |
| 5 | SX - 112 | Photograph | 10 | 10 | 25 |
| 6 | SX - 113 | Photograph | 10 | 10 | 25 |
| 7 | SX - 114 | Photograph | 15 | 16 | 25 |
| 8 | SX - 115 | Photograph | 15 | 16 | 25 |
| 9 | SX - 116 | Photograph | 15 | 16 | 25 |
| 10 | SX - 117 | Photograph | 15 | 16 | 25 |
| 11 | SX - 118 | Photograph | 15 | 16 | 25 |
| 12 | SX - 119 | Photograph | 15 | 16 | 25 |
| 13 | SX - 120 | Photograph | 15 | 16 | 25 |
| 14 | SX - 121 | Puerto Rico Judgment & | | | |
| 15 | | Sentence | 67 | 67 | 24 |
| 16 | SX - 122 | Photograph | 102 | 103 | 25 |
| 17 | SX - 123 | Photograph | - | - | - |
| 18 | SX - 124 | Photograph | - | - | - |
| 19 | SX - 125 | Photograph | - | - | - |
| 20 | SX - 126 | Photograph | 68 | 68 | 25 |
| 21 | SX - 127 | Photograph | 68 | 68 | 25 |
| 22 | SX - 128 | Photograph | 102 | 103 | 25 |
| 23 | SX - 129 | Not identified | - | - | - |
| 24 | SX - 130 | Bag with contents | 198 | 199 | 25 |
| 25 | | | | | |

```
 1   DX - 1      Questionnaire      250         250          5
                 (This exhibit is sealed in an envelope and
 2               submitted to CCA with printed record, along
                 with trial court order to disclose exhibit)
 3
     DX - 2      Second report of
 4               the independent
                 investigator for
 5               the Houston Police
                 Department crime
 6               laboratory and
                 property room      20          21           16
 7               (Admitted For Purposes of Motion to Suppress
                 Hearing Only)
 8
     DX - 3      Third report of
 9               the independent
                 investigator for
10               the Houston Police
                 Department crime
11               laboratory and
                 property room      20          21           16
12               (Admitted For Purposes of Motion to Suppress
                 Hearing Only)
13
     DX - 4      Fourth report of
14               the independent
                 investigator for
15               the Houston Police
                 Department crime
16               laboratory and
                 property room      20          21           16
17               (Admitted For Purposes of Motion to Suppress
                 Hearing Only)
18
     DX - 5      Fifth report of
19               the independent
                 investigator for
20               the Houston Police
                 Department crime
21               laboratory and
                 property room      20          21           16
22               (Admitted For Purposes of Motion to Suppress
                 Hearing Only)
23

24

25
```

```
 1   DX - 6      Final report of
                 the independent
 2               investigator for
                 the Houston Police
 3               Department crime
                 laboratory and
 4               property room       20         21          16
                 (Admitted For Purposes of Motion to Suppress
 5               Hearing Only)

 6   DX - 7      Summary of recommendations
                 of the independent
 7               investigator for the
                 HPD crime lab and
 8               property room       20         21          16
                 (Admitted For Purposes of Motion to Suppress
 9               Hearing Only)

10   DX - 8      Internal Affairs
                 Division general
11               investigation
                 summary            20         21          16
12               (Admitted For Purposes of Motion to Suppress
                 Hearing Only)
13
     DX - 9      Internal complaints
14               report from chief
                 command/legal
15               services           21         21          16
                 (Admitted For Purposes of Motion to Suppress
16               Hearing Only)

17   DX - 10     Second Report of the
                 Independent Investigator
18               For the Houston Police
                 Department Crime
19               Laboratory and
                 Property Room      23         24          18
20               (Admitted For Purposes of Motion to Suppress
                 Hearing Only)
21
     DX - 11     Third Report of the
22               Independent Investigator
                 For the Houston Police
23               Department Crime
                 Laboratory and
24               Property Room      23         24          18
                 (Admitted For Purposes of Motion to Suppress
25               Hearing Only)
```

```
 1   DX - 12   City of Houston
               Inter Office
 2             Communication     23        24         18
               (Admitted For Purposes of Motion to Suppress
 3             Hearing Only)

 4   DX - 13   City of Houston
               Inter Office
 5             Communication     23        24         18
               (Admitted For Purposes of Motion to Suppress
 6             Hearing Only)

 7   DX - 14   Memo              23        24         18
               (Admitted For Purposes of Motion to Suppress
 8             Hearing Only)

 9   DX - 15   Memo              23        24         18
               (Admitted For Purposes of Motion to Suppress
10             Hearing Only)

11   DX - 16   Judgment          23        24         18
               (Admitted For Purposes of Motion to Suppress
12             Hearing Only)

13   DX - 17   Judgment          23        24         18
               (Admitted For Purposes of Motion to Suppress
14             Hearing Only)

15   DX - 18   Judgment          23        24         18
               (Admitted For Purposes of Motion to Suppress
16             Hearing Only)

17   DX - 19   LabCorp records   23        24         18
               (Admitted For Purposes of Motion to Suppress
18             Hearing Only)

19   DX - 20   Photograph        16        17         20

20   DX - 21   Photograph        42        43         26

21   DX - 22   Photograph        42        43         26

22   DX - 23   Photograph        42        43         26

23   DX - 24   Photograph        42        43         26

24   DX - 25   Photograph        42        43         26

25   DX - 26   Photograph        42        43         26
```

| | | | | | |
|---|---|---|---|---|---|
| 1 | DX - 27 | Photograph | 42 | 43 | 26 |
| 2 | DX - 28 | Photograph | 42 | 43 | 26 |
| 3 | DX - 29 | Photograph | 42 | 43 | 26 |
| 4 | DX - 30 | Photograph | 42 | 43 | 26 |
| 5 | DX - 31 | Photograph | 42 | 43 | 26 |
| 6 | DX - 32 | Photograph | 42 | 43 | 26 |
| 7 | DX - 33 | Photograph | 42 | 43 | 26 |
| 8 | DX - 34 | Photograph | 42 | 43 | 26 |
| 9 | DX - 35 | Photograph | 42 | 43 | 26 |
| 10 | DX - 36 | Photograph | 42 | 43 | 26 |
| 11 | DX - 37 | Photograph | 42 | 43 | 26 |
| 12 | DX - 38 | Photograph | 42 | 43 | 26 |
| 13 | DX - 39 | Photograph | 42 | 43 | 26 |
| 14 | DX - 40 | Photograph | 42 | 43 | 26 |
| 15 | DX - 41 | Photograph | 42 | 43 | 26 |
| 16 | DX - 42 | Photograph | 42 | 43 | 26 |
| 17 | DX - 43 | Photograph | 42 | 43 | 26 |
| 18 | DX - 44 | Photograph | 42 | 43 | 26 |
| 19 | DX - 45 | Photograph | 42 | 43 | 26 |
| 20 | DX - 46 | Photograph | 42 | 43 | 26 |
| 21 | DX - 47 | Photograph | 42 | 43 | 26 |
| 22 | DX - 48 | Certificate | 57 | - | 26 |
| 23 | DX - 49 | Certificate | 57 | - | 26 |
| 24 | DX - 50 | Certificate | 57 | - | 26 |
| 25 | DX - 51 | Certificate | 57 | - | 26 |

| | NUMBER | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|---|
| 1 | DX - 52 | Certificate | 57 | - | 26 |
| 2 | DX - 53 | Certificate | 57 | - | 26 |
| 3 | DX - 54 | Certificate | 57 | - | 26 |
| 4 | DX - 55 | Certificate | 57 | - | 26 |

5 **MOTION FOR NEW TRIAL EXHIBITS**

| | NUMBER | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|---|
| 6 | **NUMBER** | **DESCRIPTION** | **OFFERED** | **ADMITTED** | **VOL.** |
| 7 | SX - 1 | Affidavit | 28 | 28 | 29 |
| 8 | SX - 2 | Affidavit | 28 | 28 | 29 |
| 9 | SX - 3 | Reporter's record | 28 | 28 | 29 |
| 10 | DX - 1 | Affidavit | 26 | 27 | 29 |
| 11 | DX - 2 | Affidavit | 26 | 27 | 29 |
| 12 | DX - 3 | Affidavit | 26 | 27 | 29 |

13 DX - 4      Affidavit with
             Exhibit A, transcript
14           and B, CD of
             interview)       26        32        29
15           (Admitted For Bill of Exceptions)

16           (Exhibit B, converted media filed as part of
             record; See file:
17           HARRIS-1384794-RR-PART001-DMNTEXHIBIT4(B).mp3)

18

19

20

21

22

23

24

25

**REPORTER'S CERTIFICATE**

THE STATE OF TEXAS   )
COUNTY OF HARRIS     )

    I, Mary Ann Rodriguez, Official Court Reporter in

and for the 337th District Court of Harris County, State

of Texas, do hereby certify that the above and foregoing

contains a true and correct transcription of all

portions of evidence and other proceedings requested in

writing by counsel for the parties to be included in

this volume of the Reporter's Record, in the

above-styled and numbered cause, all of which occurred

in open court or in chambers and were reported by me.

    I further certify that this Reporter's Record of the

proceedings truly and correctly reflects the exhibits,

if any, admitted by the respective parties.

    WITNESS MY OFFICIAL HAND this the 16th day of

October, 2013.


/s/ Mary Ann Rodriguez
Mary Ann Rodriguez, Texas CSR 3047
Expiration Date:  12/31/2013
Official Court Reporter
337th Court
1201 Franklin
Houston, Texas  77002
713.755.7746