REPORTER'S RECORD

**VOLUME 3 OF 35 VOLUMES**

TRIAL COURT CAUSE NO. 1384794

COURT OF CRIMINAL APPEALS NO. AP-77,025

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA | ) | IN THE DISTRICT COURT OF |
| Appellant | ) | |
| | ) | |
| V. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| THE STATE OF TEXAS | ) | |
| Appellee | ) | 337TH JUDICIAL DISTRICT |

---

**PRETRIAL MOTIONS**

---

On the 22nd of March, 2011, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Mike Anderson, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

```
 1                        APPEARANCES

 2


 3            MS. NATALIE TISE
              SBOT No. 00795683
 4            Assistant District Attorney
              Harris County District Attorney's Office
 5            1201 Franklin
              Houston, Texas  77002
 6            Telephone:  713.755.5800
              Attorney for the State of Texas
 7

 8

 9                         - AND -

10


11
              MR. STEVEN SHELLIST
12            SBOT No. 24039172
              Capitaine, Shellist, Peebles & McAlister
13            405 Main St., Ste 200
              Houston, Texas  77002
14            Telephone:  713-715-4500
              Attorneys for the Defendant
15

16

17            MR. ROLANDO HERNANDEZ, Interpreter

18

19

20

21

22

23

24

25
```

```
 1                    CHRONOLOGICAL INDEX

 2    MARCH 22, 2011                               PAGE    VOL

 3    Status on Defendant's Motion for Discovery

 4         regarding DNA Evidence                    4      3

 5    Defendant's investigator retained              7      3

 6    Reporter's certificate                         9      3

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   (In open court, defendant present.)
 2                   THE COURT:  Let's get on the record.
 3   Cause No. 1289188 and 1289189, the State of Texas versus
 4   Obel Cruz-Garcia, charged with capital murder.  There's
 5   also an aggravated sexual assault, the 89 cause number.
 6                   Mr. Cruz-Garcia is here with Mr. Shellist.
 7   Mr. Capitaine is in a hearing in another jurisdiction;
 8   but by agreement by all the parties, Mr. Shellist will be
 9   representing Mr. Cruz-Garcia.  The State is represented
10   by Ms. Natalie Tise.
11                   We are here on a couple of issues, just to
12   touch base and see what the status is on some discovery
13   that was mentioned.  Certainly, the record will go into
14   that in detail from our last hearing; but suffice to say
15   it deals with some DNA testing that was partially done by
16   a company that is no longer in existence but that through
17   conversations it appears has been bought by another
18   company.  And we are at that point right now.
19                   Mr. Shellist, do you want to put something
20   on the record, just to make it clear, just to show where
21   we are.
22                   MR. SHELLIST:  Sure, Judge.
23                   The Court has agreed to provide some, I
24   guess, indigent funds to cover a special investigator to
25   look into this -- at least for now -- this one particular
```

1   area of some DNA evidence that was tested by a company
2   called Genetic Design back in the Nineties.  We were
3   having trouble finding Genetic Design, if they still
4   existed; and in fact, they don't exist anymore.  Their
5   parent company, Genzyme Corporation, sold them back in
6   1996 to a company called LabCorp.  Genzyme claims that
7   they have not kept any of the DNA evidence, which leads
8   me to believe that, hopefully, they turned it over to
9   this new company.  We now have an investigator who is
10  dealing with this new company, LabCorp, their legal
11  department, to try to get this evidence.
12              We are going to, within the next day or
13  so, get a subpoena out to LabCorp, along with a court
14  order that the Judge has agreed to sign, telling them to
15  turn this over to us.  We're going to put on the subpoena
16  "instanter but no later than 14 days" to comply with the
17  subpoena and the court order.  We will then follow up at
18  the end of the two weeks with the State and let them know
19  whether or not we've received this information.
20              If we have, then we will carry forward
21  with our investigation and get that looked at by an
22  expert.
23              If we haven't gotten the information, my
24  understanding is we will come back to the Court and seek
25  the Court's assistance to have them comply, if, in fact,

 1  they're just not complying and have it.  Not to belabor
 2  this; but if they don't have it, I guess we can -- I
 3  guess it's gone.  And then there's nothing we can do;
 4  and, you know, we'll cross that bridge when we come to
 5  it.
 6              THE COURT:  And just so the record is
 7  clear, the investigator that you have chosen is?
 8              MR. SHELLIST:  His name?
 9              THE COURT:  Yes.
10              MR. SHELLIST:  The firm of J.J. Gradoni,
11  G-R-A-D-O-N-I.  And Mr. Gradoni, I believe, himself -- I
12  don't want to mislead the Court -- not that it matters,
13  but I believe he is actually himself looking into it.  He
14  has several employees, but I believe he is handling this
15  himself and looking into it himself.
16              THE COURT:  And for the record, this firm
17  is very well-respected around the courthouse.  It's a
18  firm that does volumes of work in investigating criminal
19  matters and is certainly very well-suited to do this
20  task.  And if it turns out, through all the work done by
21  defense counsel and the investigator, that the documents
22  just don't exist, well, then that will -- certainly, the
23  record will be clear on that; and we'll cross that bridge
24  when we get to it.
25              MR. SHELLIST:  Yes, sir.

```
 1                    THE COURT:  Anything else that you feel
 2   that we need to put on the record at this time?
 3                    MR. SHELLIST:  Nothing, Judge.
 4                    I mean, the State is going to be turning
 5   over some discovery for us today.  I don't know if she
 6   wants to put on the record what she's turning over; but,
 7   I guess, we'll deal with that after the hearing.
 8                    THE COURT:  I'll give her a --
 9                    MS. TISE:  I actually have it all
10   downstairs.
11                    THE COURT:  We can talk about that off the
12   record.
13                    MR. SHELLIST:  Then strike that.
14                    THE COURT:  Ms. Tise.
15                    MS. TISE:  Judge, I don't have anything to
16   add to any of that.  There are some discovery matters,
17   there's some new things that I've gotten in my file.  I
18   talked to Mr. Shellist about it and suggested that he
19   come by and take a look at it.  So, I have that available
20   to him.
21                    THE COURT:  All right.  Anything we need
22   to take up at this time?
23                    MR. SHELLIST:  Nothing from the Defense,
24   Your Honor.
25                    MS. TISE:  Nothing further from the State.
```

```
 1                    THE COURT:  All right.  Thank y'all very
 2    much.
 3                    MR. SHELLIST:   Thank you.
 4                    MS. TISE:   Thank you, Judge.
 5                    THE COURT:   Off the record.
 6                    (Proceedings concluded.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   STATE OF TEXAS
     COUNTY OF HARRIS
 2        I, Jill Hamby, Official Court Reporter in and for
 3   the 337th District Court of Harris County, State of
 4   Texas, do hereby certify that the above and foregoing
 5   contains a true and correct transcription of all portions
 6   of evidence and other proceedings requested in writing by
 7   counsel for the parties to be included in this volume of
 8   the Reporter's Record in the above-styled and numbered
 9   cause, all of which occurred in open court or in chambers
10   and were reported by me.
11        I further certify that this Reporter's Record of the
12   proceedings truly and correctly reflects the exhibits, if
13   any, admitted, tendered in an offer of proof or offered
14   into evidence.
15        I further certify that the total cost for the
16   preparation of this Reporter's Record is $128.00 and will
17   be paid by Harris County.
18        Reporter's Record supplied to Harris County District
19   Clerk's Office; not to be copied or duplicated in any way.
20        WITNESS MY OFFICIAL HAND, the 9th day of October, 2013.
21
22                             /s/Jill Hamby_____
                               Jill Hamby, CSR
23                             Texas CSR 5814, Expires 12/31/15
                               338th District Court
24                             Harris County, Texas
                               1201 Franklin
25                             Houston, Texas 77002
                               Telephone:  713-755-0876
```