REPORTER'S RECORD

**VOLUME 24 OF 35 VOLUMES**

TRIAL COURT CAUSE NO. 1384794

COURT OF CRIMINAL APPEALS NO. AP-77,025


| | | |
|---|---|---|
| OBEL CRUZ-GARCIA | ) | IN THE DISTRICT COURT |
| Appellant | ) | |
| | ) | |
| VS. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| THE STATE OF TEXAS | ) | |
| Appellee | ) | 337TH JUDICIAL DISTRICT |


*******************

**PUNISHMENT PROCEEDINGS**

*******************


On the 16th day of July, 2013, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Renee Magee, Judge presiding, held in Houston, Harris County, Texas;

Proceedings reported by computer-aided transcription/stenograph shorthand.

1                      **A P P E A R A N C E S**

2

3

4       MS. NATALIE TISE
        SBOT NO. 00795683
        MR. JUSTIN WOOD
5       SBOT NO. 24039247
        Assistant District Attorneys
6       1201 Franklin
        Houston, Texas  77002
7       PHONE:  713.755.5800
        **ATTORNEYS FOR THE STATE OF TEXAS**
8

9
               **- AND -**
10

11

12      MR. R.P. 'SKIP' CORNELIUS
        SBOT NO. 04831500
        2028 Buffalo Terrace
13      Houston, Texas  77019-2408
        PHONE:  713.237.8547
14

15      MR. MARIO MADRID
        SBOT NO. 00797777
        440 Louisiana, Suite 1225
16      Houston, Texas  77002-1659
        PHONE:  713.877.9400
17      **ATTORNEYS FOR THE DEFENDANT**

18

19

20      Rolando Hernandez
        Marilu Flores,
21      **Interpreters**

22

23

24

25

```
 1                  I N D E X
                     VOLUME 24
 2            (PUNISHMENT PROCEEDINGS)

 3  JULY 16, 2013
                                          PAGE   VOL.
 4  Opening statement by State's Attorney......... 7    24

 5  STATE'S WITNESSES
                    Direct    Cross     Voir Dire    VOL.
 6  Manuel Buten     14        -          -           24

 7  Juan DeJesus     43        68         71          24
    Rodriguez        -         75         -           24
 8
    Andres Castillo  78        -          -           24
 9  Buten

10  William Garay    98        -          -           24
    Martinez
11
    Efrain Esmurria  118       -          130         24
12  Hernandez        -         131        -           24

13  Reporter's Certificate........................ 143   24

14  Word Glossary...............................End of Volume

15              ALPHABETICAL WITNESS INDEX
                    Direct    Cross     Voir Dire    VOL.
16  Buten, Andres    78        -          -           24
    Castillo
17
    Buten, Manuel    14        -          -           24
18
    Hernandez, Efrain 118      -          130         24
19  Esmurria         -         131        -           24

20  Martinez, William 98       -          -           24
    Garay
21
    Rodriguez, Juan  43        68         71          24
22  DeJesus          -         75         -           24

23                  EXHIBIT INDEX
    NUMBER     DESCRIPTION      OFFERED    ADMITTED    VOL.
24
    SX - 101   Photograph       61         62          24
25
    SX - 102   Photograph       61         62          24
```

| | | | | | |
|---|---|---|---|---|---|
| 1 | SX - 103 | Photograph | 61 | 62 | 24 |
| 2 | SX - 104 | Photograph | 62 | 62 | 24 |
| 3 | SX - 121 | Puerto Rico | | | |
| | | Judgment & | | | |
| 4 | | Sentence | 67 | 67 | 24 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

```
 1                    (Open court, defendant not present, no

 2              jury)

 3                    THE COURT:  We're on the record in Cause

 4    No. 1384794.

 5                    I just want to make it clear the defendant

 6    is not present.  And we can reiterate this on the record

 7    when he is present at a later time, but the trial

 8    attorneys for the State and for the defense are here.

 9                    I was approached this morning by a defense

10    lawyer, Michael Casaretto, approximately 15 minutes ago.

11    It's now 9:45.  He stated that he was waiting for an

12    elevator in the basement lobby of this building and he

13    was waiting there with two individuals who had juror

14    badges for our trial case here in the 337th District

15    Court.  One was an older man wearing a black chrome

16    shirt and the second was a younger man with a

17    long-sleeved white shirt with a window pane design on

18    it.  He said they were having what was possibly an

19    innocuous conversation, but he wanted to alert the Court

20    to the conversation that he overheard between the two

21    jurors.  So, I'm relating this to both of you to do

22    whatever you want to with the information and make them

23    available.  He is obviously available if you need to

24    speak to him further.

25                    He stated that the two individuals were
```

1  speaking about people on the jury with struggles.  It

2  was hard to hear them.  He seemed -- they seemed to be

3  speaking about the case.  The younger individual thanked

4  the older individual for words of encouragement

5  yesterday, which yesterday would have been July 15th,

6  2013.  He said they seemed to be speaking about

7  struggling with the issues.  There was nothing specific

8  about the issues discussed and they did not seem to be

9  conspiring.  He said he could not tell if they were

10  actually talking about evidence.  He said the

11  conversation went on for approximately five minutes and

12  that was while they were waiting on an elevator because

13  the elevator took a long time.  Once they got on the

14  elevator, the conversation did not continue.  Okay?

15          And that's all I have on that.  What I

16  intend to do is, once again, admonishment strongly the

17  jury not to discuss the evidence or any deliberations or

18  any aspect of the deliberations outside the presence of

19  the jury where they are all seated together and are

20  supposed to be deliberating and leave it at that.

21          MR. CORNELIUS:  You talked to the lawyer

22  yourself?

23          THE COURT:  I did speak with the lawyer

24  myself.  He asked to speak with me in chambers and so I

25  went back there and discussed it with him in chambers.

1          MR. CORNELIUS:  Are you satisfied that

2   that's all the information he really has to give us?

3          THE COURT:  That is all the information,

4   yes.  And I said:  Was there anything else?  And I read

5   it back to him what my notes said here and he said:

6   Yes, that's it, that is exactly what I observed today.

7   And his name is Michael R. Casaretto.  His telephone

8   number is 832-598-6387.  He gave me his card and went on

9   to court.  Basically, he said it probably or possibly

10  was innocuous and he wanted to report it just because --

11         MR. CORNELIUS:  Let me write down his phone

12  number so I can call him.  How are you spelling the last

13  name?

14         THE COURT:  C-a-s-a-r-e-t-t-o.

15         MR. CORNELIUS:  Phone number?

16         THE COURT:  832-598-6387.

17         MR. CORNELIUS:  Okay.  I will call him just

18  to make sure and put whatever he tells me on the record.

19         THE COURT:  Okay.  And so, I have read into

20  the record everything about my conversation and notes

21  that I took on the conversation.  And so, I'm not going

22  to make my notes part of the record because I have read

23  everything verbatim as to what I wrote down.

24         MR. CORNELIUS:  Yes, ma'am.

25         THE COURT:  Okay.

1          MR. CORNELIUS:  Thank you.

2          MR. WOOD:  Thank you, Judge.

3          (Open court, defendant and jury present)

4          THE BAILIFF:  All rise.

5          THE COURT:  Please be seated.

6          Back on the record in Cause No. 1384794,

7   the State of Texas vs. Obel Cruz-Garcia.  And for the

8   record, the defendant is at counsel table with his

9   attorneys, Mr. Skip Cornelius and Mr. Mario Madrid.

10  Present for the State is Ms. Natalie Tise and Mr. Justin

11  Wood.

12          Ladies and gentlemen of the jury, at this

13  time, I have received and accepted your verdict finding

14  the defendant guilty of the offense as charged in the

15  indictment of capital murder.  That brings to a close

16  the first phase of the trial and we are now ready to

17  proceed on the punishment phase of trial.

18          Once again, let me repeat:  You are still

19  under all the instructions that I have previously given

20  in this case.  And I want to remind you of the

21  admonishment that you should not talk amongst yourselves

22  or with anyone else on any subject connected with trial

23  or to form or express any opinion thereon until the end

24  of the trial.  And specifically, I want to remind you

25  that not only should you not be speaking about the

1 evidence amongst yourselves or with anyone else, but

2 also any subject connected with the trial or your

3 deliberations on the trial.  And I want to remind you

4 that that's not only an order of this Court, but that

5 any violation would be a violation of the order of this

6 Court or it could have serious ramifications to the

7 outcome of this case.

8            So, at this time, are we ready to proceed

9 with the punishment phase?

10            MS. TISE:  The State's ready.

11            THE COURT:  Defense ready?

12            MR. CORNELIUS:  Defense is ready.

13            THE COURT:  State, would you wish to make

14 an opening statement?

15            MS. TISE:  I would, Judge.

16            THE COURT:  You may proceed.

17            **STATE'S OPENING STATEMENT**

18            MS. TISE:  Good morning.

19            JURORS:  Good morning (in unison).

20            MS. TISE:  Now is the time in the case

21 where we get to tell you the rest of the story and there

22 is a lot to tell.  Rudy kind of hinted at it in the

23 first phase of the trial when you heard him talking

24 about that pantyhose mask that the defense made so much

25 of in his closing argument.  Again, when the defense

1  made that point in closing argument, he only told you

2  half the story.  If you remember what Rudy actually said

3  on the stand.  He said:  A pantyhose -- a mask like a

4  woman would wear on her legs.  And then he said:  But

5  I'm not sure, that may have been one of the other times

6  that I was remembering.

7              Ladies and gentlemen, you will find that in

8  the late 80s and early 90s, the defendant was not only a

9  drug dealer, but he had a second occupation and that was

10  breaking into people's houses in the night and stealing

11  from them.  And one of his favorite targets was people

12  that sold for him and that he felt had slighted him in

13  some way, owed him some money, or who were not

14  completely loyal to him as a supplier.

15              You will hear about one specific instance

16  where a man named Bitico, was a dealer for the

17  defendant, was in his apartment in the middle of the

18  night when the defendant and Rudy went over.  Rudy, as

19  was his practice, stayed down in the car.  And that's

20  why the defendant liked to call him names and tell him

21  he was weak.  The defendant went up to that apartment,

22  broke in.  He tied up Bitico and raped Bitico's wife.

23  He came back downstairs and he told Rudy about it.  And

24  Rudy will tell you that story today or tomorrow during

25  the course of punishment evidence.

1            In addition, you are going to learn that a

2   young man, 18 years old, named Saul Flores was dealing

3   for the defendant.  And in 1989, they got crossways.  It

4   looks like it was over money in part, but in addition,

5   Saul had flirted with a young woman who the defendant

6   was interested in having a relationship with.  Not

7   Angelita, but one of the many women that he had on the

8   side.  He was not going to tolerate that act of

9   disloyalty on Saul's part.  He looked for Saul for a

10  period of time, he found him one time and beat him up,

11  but Saul was able to escape.  But the next time that he

12  cornered Saul in the apartment where Saul had been

13  dealing from, Saul was not so lucky.  And on that

14  occasion, the defendant tied him up, beat him

15  mercilessly, and killed him.  Then he threw his body in

16  a bathtub in the apartment.  And later when night fell,

17  he got a couple of guys to come and help him move him to

18  a dumpster where police found him.

19            That's not all.  You are also going to

20  learn that even after 1992 when the horrible crime that

21  brought us here in the first place, the kidnapping and

22  murder of Angelo Garcia, Jr., the defendant did not

23  change, he did not learn his lesson.  He went to Puerto

24  Rico and he continued his ways.  In 2001, almost a

25  decade later, he was finally caught.  On that occasion,

1  he went to a little sidewalk restaurant in Puerto Rico

2  owned by a guy name Manuel.  Manuel had a little

3  business, a little taco truck type of establishment with

4  tables outside, that was doing very well.  He bought a

5  very nice, brand-new flashy truck that he was often seen

6  riding around in the neighborhood on.

7            Manuel was at work behind the counter at

8  his business one day when the defendant came.  He had a

9  few guys with him.  He had a woman with him.  They sat

10  down and they ate.  And after they concluded their meal,

11  the defendant walked up to the counter where Manuel was

12  standing.  When he got about 20 feet away, he pulled out

13  his gun.  You will learn, ladies and gentlemen, that his

14  intention was to kidnap Manuel because he thought he had

15  money.  But Manuel ran, was able to dodge the bullets,

16  and was able to get away.

17            So, the defendant's backup plan was he and

18  his friends who he had with him grabbed two of the

19  individuals who worked at the restaurant, a bus boy and

20  a waiter.  Sixteen-year-old William is here today to

21  testify.  And Andres, the waiter in the restaurant, is

22  also here.  Those individuals were kidnapped by the

23  defendant at gunpoint and taken to another location.

24  Manuel's phone number, his cell phone and business

25  number, was on a placard outside on the sidewalk of his

1  business for taking phone orders.  That number began to

2  receive calls, calls from Obel Cruz-Garcia, calls

3  telling him that his employees were going to be injured.

4  And it just so happens that William, the 16-year-old,

5  was Manuel's stepson.  These calls continued and Manuel

6  got police involved.  And they came up with a plan to

7  catch the defendant.

8              By the time that was accomplished, William

9  and Andres had been held for almost three days.  They

10 will describe for you what Obel Cruz-Garcia did to them

11 over those three days.  You will also learn that Obel

12 Cruz-Garcia pled guilty to that case.  He confessed to

13 it and he went to prison and was serving his 16-year

14 sentence in a Puerto Rican prison for that offense.  And

15 that's where he was when Eric Mehl came calling for his

16 DNA sample.  That's why we were able to get it.  And

17 that's how we linked him up to the brutal murder and

18 kidnapping of Angelo Garcia, Jr.

19             As you hear about these other offenses,

20 ladies and gentlemen, there's some things I want you to

21 listen for.  Important details that each of those cases

22 have in common.  It's like a little calling card that

23 Obel Cruz-Garcia leaves behind.  There are certain

24 things he likes to do.  And you will hear about those

25 things and you will say:  Wow, that sounds familiar.

1              Remember, when Rudy testified and told you

2    about a time where the defendant thought he had been

3    disloyal and he tied him up and showed him what he could

4    do to him?  And after beating him, he threw him in a

5    bathtub?  You are going to hear about that.  You are

6    going to hear that the defendant likes to tie people up.

7    You are going to hear that he likes to beat people.  You

8    are going to hear that he likes to hit them on their

9    extremities with hammers and other tools.  And you are

10   going to know that these unrelated cases with unrelated

11   victims are all victims of that man.

12              At the end of the case, Justin and I will

13   come to you and we're going to ask you to give him the

14   death penalty.  We're going to tell you that the

15   evidence that you've been presented shows without a

16   doubt that Obel Cruz-Garcia is a danger to society.  He

17   always has been, he always will be.  Some people have

18   that kind of character, that kind of character where

19   they think nothing of hurting other human beings.  And

20   you are also going to know at the end of this trial that

21   there is no sufficient mitigation.  You will have heard

22   nothing that sufficiently mitigates not just all of the

23   crimes that you will have heard about, but just Angelo

24   Garcia, Jr.'s case alone.  Nothing you will hear will

25   sufficiently mitigate that.  And we'll ask you to answer

1  the special issues accordingly.

2            We thank you very much for your attention

3  and we look forward to presenting the rest of the case

4  to you.

5            THE COURT:  Thank you, Ms. Tise.

6            Does the defense wish to make an opening?

7            MR. CORNELIUS:  We'll reserve our right,

8  Judge.

9            THE COURT:  Is the State ready to proceed?

10           MS. TISE:  Yes, Your Honor.

11           THE COURT:  Do you have any witnesses

12  present in the courtroom?

13           MS. TISE:  I believe they are all in the

14  witness room.

15           THE COURT:  Could you bring them in and

16  we'll swear them all at one time?

17           Does either side wish to have the Rule

18  invoked?

19           MR. CORNELIUS:  Yes, Your Honor.

20           THE COURT:  Please raise your right hands.

21           (Witnesses sworn)

22           THE COURT:  The rule of exclusion of

23  witnesses -- you may lower your hands.  The rule of

24  exclusion of witnesses has been invoked.  All witnesses

25  except the parties are instructed to remain outside the

1  courtroom, to not discuss the case with anyone except

2  the attorneys, and to not read or listen to any report

3  of the testimony in the case until you are released as

4  witnesses.

5           You may go into the hallway at this time.

6           Who is your first, Ms. Tise?

7           MS. TISE:  Manuel Buten.

8           THE COURT:  Please take the stand, sir.

9           Mr. Buten, please keep your voice up and

10 speak directly into the microphone.

11          You may proceed, Ms. Tise.

12                    **MANUEL BUTEN,**

13 having been first duly sworn, testified through the

14 interpreter as follows:

15                 **DIRECT EXAMINATION**

16 **BY MS. TISE:**

17     Q.  Would you please introduce yourself to the

18 jury, sir?

19     A.  Manuel Buten.

20           THE COURT:  You can have a seat, sir.

21     Q.  (By Ms. Tise) And how old are you, Mr. Buten?

22     A.  Forty-nine.

23     Q.  And where are you from?

24     A.  I'm a Dominican national.

25     Q.  Okay.  Where are you currently living?

1      A.    In Puerto Rico.

2      Q.    How long have you lived in Puerto Rico?

3      A.    I arrived in '89, in 1989.  So, about 23 years

4 approximately.

5      Q.    Are you married?

6      A.    No.

7      Q.    Do you have children?

8      A.    Yes.

9      Q.    And among your children, do you have a stepson

10 named William?

11     A.    Yes.

12     Q.    And what do you call him?

13     A.    William.

14     Q.    Do you ever call him Willy.

15     A.    Willy.

16     Q.    Okay.  Well, how do you support yourself?

17     A.    Normal.  As just a regular person.  I have

18 income from my business.

19     Q.    And that's what I want to talk to you about.  I

20 want to talk about your business.  What kind of business

21 are you in?

22     A.    Food, seafood.

23     Q.    Okay.  And can you tell the jury a little bit

24 about your business establishment?

25     A.    Yes.  Well, briefly I have a food truck where I

1    sell seafood, mofango.

2         Q.   And is mofango, is that a traditional Puerto

3    Rican dish?

4         A.   Yes, it's a typical dish from Puerto Rico.

5         Q.   Okay.  And what kind of structure do you work

6    out of?

7         A.   It's a wagon, like a truck that you haul.  And

8    we turn it into a kitchen.

9         Q.   Okay.  And is it stationary at the time?

10        A.   It's in a parking lot where people can come and

11   park their vehicles.  And we pay rent.

12        Q.   You pay rent there at the parking lot?

13        A.   Yes.

14        Q.   Okay.  And do you ever move it from the

15   location that it's in or does it stay there pretty much

16   permanently in the same location?

17        A.    It's always there and it has a canopy in case

18   it rains.

19        Q.   Okay.  And are there tables and places where

20   people can sit and eat their food that they buy from

21   your truck?

22        A.   Yes.  About five or six tables.

23        Q.   Okay.  And what city is that business located

24   in?

25        A.   The name of the town where I was when it

1    happened, where the business was was Rio Piedras in San

2    Juan.

3         Q.    Okay.  And since the incident that we're going

4    to talk about today happened, have you reopened in

5    another location under another name?

6         A.    Another business, yes.

7         Q.    Okay.  Tell us what the name of your business

8    is now.

9         A.    The name today is Mari Tierra Restaurant.

10        Q.    Okay.  Back in 2001, what was the name of your

11   business?

12        A.    El Tropical (phonetic).

13        Q.    And was El Tropical basically the same type of

14   business that you've just described for the jury that

15   you are in now?

16        A.    Yes, true.

17        Q.    The same trailer that's parked in a stationary

18   place?

19        A.    You mean currently?

20        Q.    No.  Back in 2001, is that the same situation

21   that you had?

22        A.    Yes.

23        Q.    Okay.  And also back in 2001, did you also have

24   several tables outside the trailer where people could

25   sit?

```
 1        A.    Yes.

 2        Q.    And an awning out there to protect you from the

 3   rain?

 4        A.    Yes.

 5        Q.    And that business in 2001, was it located on a

 6   fairly busy street in San Juan?

 7        A.    Yes.

 8        Q.    So, how was business back in 2001?

 9        A.    Very well.   It sold very well.

10        Q.    Okay.   And were you making really good money?

11        A.    Yes.

12        Q.    Were you able to buy yourself a pretty nice

13   truck?

14        A.    A black truck, yes.

15        Q.    It was pretty fancy, wasn't it?

16        A.    Yes.   I kept my truck pretty.

17        Q.    Okay.   Who was working for you back in 2001?

18        A.    My brother, Andres Castillo Buten.   My stepson,

19   William Garay Martinez, and I.

20        Q.    Okay.   And what was William's job?

21        A.    Cook.   He was very young, but since he was

22   under age, I used to take him to work with me in

23   construction because I used to work construction as

24   well.   And then I would bring him also to work at the

25   truck.
```

1    Q.   Okay.  And what did Andres do for you at the

2  truck?

3    A.   At that time, he was learning to cook.

4    Q.   Okay.  What kind of hours did this place stay

5  open?

6    A.   We opened at 3:00 in the afternoon.

7    Q.   Okay.

8    A.   And we worked until 1:00 in the morning on

9  weekdays.  And on weekends, we would do it until 3:00,

10  4:00, 6:00 in the morning depending on the clientele

11  that we had.

12    Q.   On weekends in Puerto Rico, what time did the

13  bars close?

14    A.   2:30 in the morning.

15    Q.   Okay.  And after the bars closed, do you get a

16  lot of business from people coming from the bars to eat

17  at your restaurant in the night?

18    A.   Yes.

19    Q.   Okay.  So, it's kind of like Whataburger in the

20  states?  Never mind.

21         Let me ask you this.  You said that it

22  varies when you close.  Does that depend basically on

23  how much traffic you have?

24    A.   How busy with the clients.

25    Q.   Okay.  I want to take you back to a day in

1  October of 2001 when something bad happened at your

2  business.  Do you remember that day?

3       A.  Can I give you a narrative of what happened

4  about everything?

5       Q.  Unfortunately, we have to do question and

6  answer.  That's the way the rules are.

7       A.  Uh-huh.

8       Q.  So, I want to take you back to that day in

9  October of 2001 and ask you:  Who was at work that day?

10       A.  In my business?

11       Q.  Yes.

12       A.  My brother Andres Buten.

13       Q.  Okay.

14       A.  And William Garay Martinez.

15       Q.  Okay.

16       A.  My brother's wife, who worked across the

17  street.  By that time, she was already off and she was

18  there.  She was there that day.  And I.

19       Q.  Okay.  And is there a name that you call your

20  brother Andres, something that he is known as in the

21  family?

22       A.  Johnny.

23       Q.  Okay.  So, it was you, Johnny, Willy, and

24  Johnny's wife.  Is that right?

25       A.  That's right.

1    Q.   Okay.  About what time of day are we talking

2    about when this incident occurred, rough estimate?

3    A.   It was 8:30 p.m., approximately.

4    Q.   Okay.  And what were you doing at the time that

5    all of this happened?

6    A.   I was preparing.  I was cutting an octopus and

7    cleaning up.

8    Q.   Okay.  And octopus is something that you serve

9    at your restaurant?

10   A.   Yes.  That's part of the seafood that we serve

11   there.

12   Q.   Okay.  And do you remember what Johnny or

13   Andres was doing at that time?

14   A.   Yes.  Well, I was cleaning the octopus.  They

15   were cooking and they were taking care of the customers,

16   Andres and William Garay.

17   Q.   Okay.  Both of them?

18   A.   Yes.

19   Q.   At some point, did an individual come up and

20   say something to you about the music?

21   A.   Yes, ma'am.

22   Q.   Okay.  And was this individual a customer?

23   A.   A customer?  We thought it was a customer.

24   Q.   Okay.  And, actually, had this individual

25   ordered some food from you?

1      A.   Yes.

2      Q.   And was he alone?

3      A.   No.

4      Q.   Who was with him?

5      A.   There was a young woman and -- at the time,

6  there was a young woman, but after the incident

7  happened, we assumed that everybody who was sitting

8  there in the business, all of those people were with

9  him.

10     Q.   Okay.  So, some other people who were sitting

11  at other tables came forward and seemed to assist him

12  when the incident happened.  Is that what you're saying?

13     A.   That's right.

14     Q.   Okay.  The first man -- the man who was with

15  the woman who had ordered food, after the food came, did

16  he approach you about the music?

17     A.   Yes.

18     Q.   Okay.  What did he ask you?  What did he say

19  about the music?

20     A.   That the music was nice and that if I could

21  pump up the volume.

22     Q.   Okay.  And how did you respond to that?

23     A.   To turn it up, he could turn it up.  Because it

24  was right next to him from the place where he was

25  sitting.

1     Q.   So, you told him to go ahead and turn it up?

2     A.   Yes, he could do it.

3     Q.   I want you to look here in the courtroom and

4  see if you see the individual who you remember from that

5  day who came up and asked you about the music.

6     A.   Yes.   Mr. Obel.

7     Q.   Okay.   And can you tell the Court what he's

8  wearing?

9     A.   A gray sports coat and a blue shirt and a tie.

10          MS. TISE:   Your Honor, may the record

11  reflect the witness has identified the defendant?

12          THE COURT:   The record will so reflect.

13     Q.   (By Ms. Tise) And you called him by the name

14  Obel, did you not?

15     A.   Right now?

16     Q.   You just now did.

17     A.   Right now, I did.

18     Q.   Uh-huh.   Did you know his name back in 2001

19  when this happened?

20     A.   No.

21     Q.   Had you ever seen him before as far as you

22  knew?

23     A.   No.

24     Q.   Okay.   Back in 2001, he asked you if he could

25  turn the audio up and you said yes?

1      A.   Yes.

2      Q.   What did he do after that?

3      A.   He kept insisting -- he didn't turn it up, but

4   he kept insisting to turn up the radio.

5      Q.   Was he trying to get you to come down from the

6   trailer to do it yourself?

7      A.   For me to do it, that was his intention.

8      Q.   Okay.  And were you able to do that at the

9   moment?

10     A.   No.  Because my hands were full with the slime

11  from the seafood that I was cleaning.  And when he kept

12  insisting, the guy told him:  Well, you can do it, you

13  can turn up the radio, it's right there.

14     Q.   Then what happened?

15     A.   We prepared food for him and it was served at

16  his table.

17     Q.   Who prepared the food for him?

18     A.   The guys, Andres and William.

19     Q.   Okay.  And at the time, was the defendant

20  sitting at the table?

21     A.   Yes.

22     Q.   Who took him his food?

23     A.   Andres.

24     Q.   Okay.  What happened next?

25     A.   He ate with the other girl.  Each one of them

1    had their own food.  He continued talking to the young

2    woman and they kissed there at the table and some time

3    went by.  And it came a point where he stood from the

4    table, he stood by the access window to the truck where

5    you can see the customers.  And he said to me, looking

6    at my face, he said:  You are the one who I wanted.  And

7    he pulled out a .38 revolver plated and he pointed it at

8    me with the revolver and he fired twice, but the

9    revolver did not fire.  And I threw myself quickly to

10   the floor.

11        Q.   Let me stop you for a moment and ask you

12   another question.  About how far was he from you when he

13   pulled that gun out and fired it?

14        A.   Ten feet, approximately.

15        Q.   Okay.  And did it make a noise?

16        A.   No, it didn't fire.

17        Q.   So, how do you know he fired the gun at you?

18        A.   Because it was right in front of my eyes.  He

19   did it like this twice.

20        Q.   And how did you feel when that happened?

21        A.   Of course, scared because I threw myself

22   quickly to the floor and I took off running to the back.

23   I had the keys to my truck right here.  And they fell

24   like 100 feet distance.  And when I turned to pick up

25   the keys, he was pointing at me again.  And I left the

1  keys to the truck and I left running again.  I continued

2  running.

3      Q.   Okay.  What happened after that?

4      A.   I got a few more meters away from that area and

5  my brother's wife called me and she said to me:  Manuel,

6  come because they took the boys.  And I called Willy's

7  mother -- Willy was 13 years old -- and she came over.

8      Q.   Let me stop you for a minute.  So, you get a

9  phone call from Andres' wife --

10     A.   Yes, she called me.

11     Q.   -- saying they took the boys?

12     A.   Yes.

13     Q.   When the defendant came up and pulled the gun

14  on you, did you noticed something from some of the other

15  men that were seated at the tables in your restaurant

16  area?

17     A.   They were at different corners by couples, but

18  none of them ordered food.

19     Q.   Okay.  Did they seem to be there assisting the

20  defendant, Obel Cruz-Garcia?

21     A.   That's my understanding.  After that happened,

22  that's what I thought, taking care of that.  The police

23  won't be close or anything.  And I turned when she told

24  me that they had taken the boys.

25     Q.   Okay.  What happened then?

1      A.   I waited for my wife to arrive who's Willy's

2  mother.

3      Q.   Okay.

4      A.   And we started searching for them everywhere

5  and all the surrounding area without knowing where they

6  had been taken to.

7      Q.   And did you call the police?

8      A.   I called the police patrol that passed by at

9  that time.

10     Q.   Okay.  And did they assist you?

11     A.   After we got tired of looking for them

12 everywhere, I went with Willy's mother.

13     Q.   Okay.  And did you go to the police station?

14     A.   It was about 11:00 p.m. when we went to the

15 police station.

16     Q.   Okay.  So, that's when you went in to make your

17 official report?

18     A.   Yes.  So, he called my telephone.

19     Q.   Okay.  And I'm going to ask you about that.

20 When did you get the first phone call?

21     A.   Before going to the station.

22     Q.   Okay.  So, my understanding is that y'all

23 flagged down a police officer and y'all were looking in

24 the area for William and Andres?

25     A.   Uh-huh.

1    Q.   And then later on when you were going to make a

2  report to the police station, before you got there you

3  got a phone call?

4    A.   A call, yes.

5    Q.   Okay.  And what was -- well, let me ask you

6  first:  Do you know how the individual could have gotten

7  your phone number, the individual who called you?

8    A.   Yes.  We had a little board.  It's like a

9  sandwich board and that's where we advertised the name

10 of the business and the telephone number was there and

11 the people would order through that.

12   Q.   And that number that was on that sandwich

13 board, was that the number to your cell phone?

14   A.   Yes.  It was there and people will call to

15 order their food.

16   Q.   Okay.  So, can you tell the jury about that

17 first phone call?

18   A.   Yes.

19   Q.   Who made that call?

20   A.   Mr. Obel.

21   Q.   Tell the jury what he said.

22   A.   He asked for my name.  He said:  Are you the

23 Colombian with the black truck?  And I said to him:  I'm

24 a Dominican just like you.

25   Q.   Okay.

1    A.   And then he said to me:  I want you to get

2  2 kilos of drugs for me in order to release the boys.

3  And I said to him:  What I sell is mofango and fried

4  plantain.

5    Q.   Okay.  Do you have any --

6    A.   So, then he hands the phone to a young woman

7  who was with him and she said to me:  If what you sell

8  is mofango and fried plantain, then that's the way we

9  are going to return them to you.  We're going to return

10  them as mofango and chopped meat.

11    Q.   Did he ever ask for any money in this first

12  phone call?

13    A.   No, not the first call.

14    Q.   Mr. Buten, have you ever had any involvement in

15  the drug trade?

16    A.   No.

17    Q.   And you've never committed a crime, have you?

18    A.   Never.

19    Q.   Did you know where you were supposed to get

20  2 kilos of cocaine?

21    A.   No.

22    Q.   And did you have access to that kind of money?

23    A.   No.

24    Q.   What did you do?

25    A.   At that moment, my wife was with me and she

1    said to me:  This is getting serious, you should go to

2    the station.

3         Q.    Okay.

4         A.    And we went to the police station.

5         Q.    And who did you interact with there at the

6    police station?

7         A.    We talked to the sergeant who was on duty.

8         Q.    Okay.

9         A.    And they called the bank robbery department and

10   two FBI agents came over.  And two officers from the

11   bank robbery department, including Officers DeJesus and

12   Melvin Torres.

13        Q.    Okay.  And did you tell those officers what had

14   happened?

15        A.    Everything.

16        Q.    What happened next?

17        A.    He called me again while in their presence.

18        Q.    Okay.  And when you say "he called you," who

19   are you referring to?

20        A.    Obel Cruz-Garcia.

21        Q.    Okay.  And did you share that call with the

22   police officers you were working with?

23        A.    Yes.

24        Q.    Okay.  At any point in time did Obel

25   Cruz-Garcia, the defendant, tell you anything about

1    going to the police?

2         A.    Yes.

3         Q.    When did that happen?

4         A.    In the presence of the officers.

5         Q.    Okay.  So, you had already --

6         A.    Because -- well, he didn't know that I was at

7    the police station.  I was hiding that from him.

8    Because he threatened me with killing the boys if I

9    would go to the station.

10        Q.    Okay.  And so, you didn't tell him you were at

11   the police station?

12        A.    Never.

13        Q.    But you took that call in the presence of

14   Sergeants DeJesus and Torres, correct?

15        A.    That's right.

16        Q.    And did they listen in on the conversation?

17        A.    Yes.

18        Q.    Okay.  What else did he tell you in that phone

19   call?

20        A.    He said to me:  Do you have what I asked you?

21   And Officer DeJesus said to me:  Tell him you do, tell

22   him you do.  And I told him, I said to him I did.  And

23   then he said to me:  And who said to you that that's

24   what I want?  So, at that point he said to me:  You are

25   going to get for me -- you are going to give me 75 kilos

1  and 150,000 cash.

2       Q.   How did you respond to that?

3       A.   I said to him -- DeJesus said to me:  Tell them

4  that you have, tell him that you have it.  That's what

5  he said to me.

6       Q.   And did you do that?

7       A.   Yes.  And I would respond to him, yes, that I

8  have it, but asking him where I could turn it in.

9       Q.   Okay.  Then what happened?

10      A.   He didn't speak much and he shut the phone and

11 he will call later on to make an appointment so he could

12 receive what he was asking.  So, the officers took me to

13 the general police station.

14      Q.   Then what happened?

15      A.   There at the table they put the telephone on a

16 machine where you can -- everybody could listen to the

17 conversation.  And as the calls were coming in, the

18 conversation could be heard.

19      Q.   And did that happen?

20      A.   Yes.  Then he called again.  He called again in

21 the afternoon.

22      Q.   Okay.

23      A.   Yes.  And I took the call and I said to him:  I

24 need you to tell me where the boys are and I need you to

25 put them on the phone so I can know that they are alive,

1    so I can give you what you are asking.

2         Q.   And what happened after you said that?

3         A.   He put Willy on the phone.  He was crying on

4    the phone.  And I told him not to worry and to keep

5    calm.  And then he put Johnny on.  And I was aware they

6    were both alive, but they were both crying.

7         Q.   What happened next?

8         A.   After he finished -- after Johnny finished, he

9    shut the phone.  And then latter he called me.  He

10   called again around 10:00 at night.

11        Q.   And when you say -- you said that call you just

12   described was in the afternoon.  Are we talking the next

13   day after the day they were taken from your restaurant?

14        A.   Yes, the next day.

15        Q.   Okay.  So, that call where you just described

16   where they put Willy and Andres on the phone crying,

17   that was a call from Obel Cruz-Garcia?

18        A.   Yes.

19        Q.   And it happened the afternoon after the

20   kidnapping?

21        A.   Exactly.  On the next day.

22        Q.   And now we're talking about that evening, I

23   believe you said around 7:00, correct.

24        A.   Uh-huh.

25        Q.   You got another call?

1      A.   Yes.

2      Q.   And what was the nature of that call?

3      A.   He called me again setting an appointment in

4 front of a police station because I was telling him:

5 How do I know that nothing is going to happen to me,

6 that you are not going to do anything to me?  So, he

7 said to me:  You stand right -- you stand right in front

8 of that police station.  And the police officers who

9 were there -- right there that moment prepared me so I

10 would go and give him what he wanted.

11             THE INTERPRETER:  Your Honor, may I have a

12 minute to visit with my colleague?

13             THE COURT:  Yes.  Let's take just a short

14 break.  Take the jury out.

15             MS. TISE:  Judge, I believe one of the

16 jurors had a concern.

17             JUROR:  He needs to speak up a little bit.

18 I can't hear him.

19             THE COURT:  Okay.

20             THE BAILIFF:  All rise.

21             (Recess)

22             (Open court, defendant and jury present)

23             THE COURT:  Please be seated.

24             We're ready to proceed in Cause No. 1384794

25 with the testimony of Mr. Manuel Buten.

1              We have provided the interpreter with

2    another microphone so as to make it easier for y'all to

3    hear.  And in the future, if you have any issues like

4    that, just raise your hand and I will talk to you.  The

5    lawyers are not allowed to talk to you directly or

6    indirectly except through the presentation of evidence.

7              All right.  Are we ready proceed?

8              MS. TISE:  Yes, Judge.

9              THE COURT:  You may proceed, Ms. Tise.

10        Q.   (By Ms. Tise) Okay.  I want to go back to the

11   question I asked you before we took the break.  I asked

12   you about another one of the phone calls that came in at

13   the police station.  Okay?  That call we were talking

14   about, again, who was on the other end?  Who was making

15   the call to you?

16              THE COURT:  Let me stop you.  Can everyone

17   hear that okay?  Is it better?

18              JUROR:  No.

19              THE COURT:  Rolando, on your responses,

20   speak into that microphone right there by the jury.

21              Proceed, Ms. Tise.

22        Q.   (By Ms. Tise) That phone call, who was on the

23   other end?

24        A.   Obel Cruz-Garcia.

25        Q.   And in that phone call, did y'all talk any more

1    about your family members that he had taken?

2        A.    Yes.

3        Q.    And can you tell us about that?

4        A.    Yes, sure.   When he made that phone call, the

5    police officers had already advised me about how to

6    answer to him whenever he called.   He continued

7    threatening me that he was going to kill the boys if I

8    have link or if I was inside a police station.

9        Q.    Okay.

10       A.    And DeJesus said to me not to be scared of him,

11   to answer to him also tough.

12       Q.    To answer tough?

13            THE INTERPRETER:   Interpreter correction.

14   To answer rough.

15       Q.    (By Ms. Tise) Rough.   Okay.

16       A.    Yes.

17       Q.    And did you try to do that?

18       A.    Yes.   I didn't argue directly with him, but I

19   talked to him regarding I wanted a guarantee before I

20   give him -- before giving him what he was asking for.

21   And he got upset and then he said if I continue -- I

22   mean, if I did not give him what he was asking at that

23   point, that I could say good-bye to my family.   And he

24   shut the phone.

25       Q.    Okay.   Do you remember a phone call where he

1  told you that you would see your family on the news?

2      A.   Yes.

3      Q.   When did that phone call happen?

4      A.   That was the last call he did to me.

5      Q.   Okay.  So, not the one we just talked about?

6      A.   No.

7      Q.   Okay.  So, in the one that we just talked

8  about, he told you that if you didn't give him the stuff

9  he was going to kill your family?

10     A.   Yes.

11     Q.   Okay.  What happened next?

12     A.   After 20 -- approximately between 15 and 20

13 minutes after the next call.

14     Q.   Okay.

15     A.   It was already about 9:00 p.m.

16     Q.   What happened in that call?

17     A.   We talked a lot because he called me and

18 DeJesus had already told me what needed to be done.  So,

19 the officers took me to the place right there within the

20 station, they put me inside a car.

21     Q.   Okay.

22     A.   We started the car and I will tell him that I

23 was at a specific area, driving the car heading -- and

24 to arrive to the place where he wanted to see me and

25 where I will turn in what he was asking.  He was waiting

1   at a certain place and I told him I was at a small town

2   which was close to a place where he wanted to meet with

3   me.  This was imaginary because I was inside the police

4   station with the car running.

5       Q.   Let me stop you and clarify that a little bit.

6            So, is it fair to say that you and DeJesus

7   and the police came up with a plan?

8       A.   Yes.

9       Q.   And the plan was to try to trick the defendant

10  into thinking you were coming to meet with him with what

11  he asked for?

12      A.   And that I was out on the street the whole

13  time.

14      Q.   Okay.

15      A.   And he was inside the police station and I was

16  honking the horn and I was arguing with other drivers

17  that were around me imaginary.

18      Q.   Okay.  So, how was the car inside of the police

19  station?

20      A.   A Mitsubishi -- no.  Excuse me.  A Suzuki

21  Baleno, gray color.

22      Q.   Are you talking just outside the police

23  station?

24      A.   Outside the building, but at the parking lot.

25  By the parking lot inside the station.

```
 1        Q.   Okay.  So, you were in an actual car out in the
 2   parking lot outside the police station?
 3        A.   Yes.
 4        Q.   But you weren't driving?
 5        A.   No.
 6        Q.   But were you doing things to make him think,
 7   while you we're talking to him, that you were driving?
 8        A.   Yes, that's right.  And I delayed -- I said to
 9   him that I was at a town which was far in order to give
10   time to the police to arrive to the place where he
11   wanted to see me.  And the officers surrounded the area
12   more or less where he wanted to meet with me while I was
13   talking on the phone with him.
14        Q.   Okay.
15        A.   He ran out of patience and then he said why was
16   he not seeing the car if I was close.  And I said to
17   him:  Release the boys, I have what you want, I'm here
18   under a tree.  And he said to me:  I don't see you, I
19   don't.  And when he didn't see me, I said to him:
20   Release the boys and then I will meet with you and give
21   you what you want.
22        Q.   What happened?
23        A.   And the officers were already in that area and
24   I think they found the person who was talking on the
25   phone in the car.
```

1    Q.   Okay.

2    A.   They chased the person and the car crashed.

3    Q.   Okay.  And I'm going to take you back before we

4  talk about that.  Okay?  Because some things were said

5  in that phone call by Obel Cruz-Garcia that I think the

6  jury should hear.

7    A.   Yes.

8    Q.   Can you tell the jury what he was saying to you

9  about your family?

10    A.   He said to me:  I'm not going to show you the

11  boys.  And if you continue with that same bullshit, you

12  are going to see your family tomorrow in the newspaper.

13    Q.   Okay.  Did he continue, in that phone call, to

14  threaten your family members?

15    A.   No.  He shut the phone.  He didn't want to

16  listen to me anymore and he shut the phone.

17    Q.   Okay.  And was that the phone call while you

18  were in the car pretending to be driving?

19    A.   We were waiting for DeJesus to call, but at

20  that moment one of the officers called the station and

21  somebody said that they had found the subject in that

22  same area.

23    Q.   Okay.  And later on, were your family

24  members -- were you able to get them back?

25    A.   A few hours later, they were released.

1      Q.   Okay.  Now, all of these phone calls and all of

2  this stuff that happened while you were at the police

3  station took place over the course of several days, did

4  it not?

5      A.   Yes.  I never, at any point, left the police

6  station.

7      Q.   And you were there the whole time getting those

8  phone calls from the defendant, correct?

9      A.   That's right.

10     Q.   How long were your family members kidnapped?

11     A.   One whole night, the next day, the whole day

12  until the next night of the following day.

13     Q.   Almost three days, correct?

14     A.   That's right.

15     Q.   And so, those calls we have been talking about

16  were spanned out over the course of that time?

17     A.   That's right.

18     Q.   Okay.  When William and Andres or Johnny got

19  released, what condition were they in?

20     A.   Their faces were swollen.  And Willy had marks

21  on his face where -- where he was hit with a knife.

22  Johnny's head was this big because he was hit with a

23  pipe on his head.  Willy had a cut like this from a

24  pipe.  And Willy and Johnny's toes were smashed with a

25  hammer, a sledge hammer that you use to break concrete.

1   And they were taken to the hospital.

2       Q.   Does Johnny still walk with a limp?

3       A.   Yes.  His toe is useless.  Because when he

4   walks, that's how it is.

5       Q.   What kinds of emotional issues have they had

6   since this happened that you are aware of?

7       A.   Persecution, nervousness.  I mean, William --

8   Willy was a kid, Willy was a baby.  He feels insecure

9   with his children.  Now he has children and I have both

10  of mine.  I lost my business.  I couldn't go back to my

11  job anymore because I was afraid that something like

12  that would happen to me.  I was not able to continue

13  paying for the new truck and I lost it as well.  And

14  Willy, he still suffers from persecution because he

15  feels that somebody is after him the whole time, that

16  somebody is coming after him to kill him.

17              MS. TISE:  I will pass the witness.

18              THE COURT:   Mr. Cornelius.

19              MR. CORNELIUS:  Could I have just a moment,

20  Judge?

21              THE COURT:  Yes.

22              (Pause)

23              MR. CORNELIUS:  Judge, we're going to

24  reserve our right to cross at this point.

25              THE COURT:  May the witness be excused at

1    this point subject to recall?

2                    MR. CORNELIUS:  Yes, Your Honor.

3                    MS. TISE:  Yes, Your Honor.

4                    THE COURT:  You may step down, sir.

5                    Please call your next.

6                    MS. TISE:  I will call Sergeant DeJesus.

7    Agent DeJesus is the correct title.

8                    THE COURT:  Well, will the witness be a

9    long witness?

10                   MS. TISE:  He will be a long witness.

11                   THE COURT:  We're going to take a break at

12   12:30.  So, let's proceed.

13                   Officer DeJesus, please keep your voice up.

14   And speak directly into the microphone.

15                   THE BAILIFF:  The witness was sworn, Your

16   Honor.

17                   THE COURT:  Thank you.

18                   You may have a seat.

19                   You may proceed, Ms. Tise.

20                   **JUAN DEJESUS RODRIGUEZ,**

21   having been first duly sworn, testified through the

22   interpreter as follows:

23                         **DIRECT EXAMINATION**

24   **BY MS. TISE:**

25        Q.   Would you introduce yourself to the jury,

1  please, sir?

2      A.   Good afternoon.  My name is Agent Juan DeJesus

3  Rodriguez.  And I work with the police of Puerto Rico.

4      Q.   Okay.  Can you tell the jury a little bit about

5  your background and training?

6      A.   I started working for the Puerto Rico police in

7  1990.  And I received six months training.  After six

8  months, I graduated as an officer.  And I have a degree

9  in criminal justice, a bachelor's degree.  And I work at

10  the Robbery and Bank Fraud Division and the Kidnapping

11  Unit.  Right now currently, I work at the office of task

12  force and I belong to a group of agents who investigate

13  criminal cases with a federal agency in Puerto Rico.

14      Q.   And is your correct title Agent DeJesus?

15      A.   Agent.

16      Q.   Okay.  And you mentioned that you worked for a

17  period of time in a department that specialized in bank

18  robberies and kidnappings, correct?

19      A.   Yes.

20      Q.   And I want to talk to you a little bit about

21  the kidnapping part of that unit where you were

22  assigned.

23      A.   Yes.  Currently, I work also for a federal

24  agency on kidnapping cases in Puerto Rico.

25      Q.   Okay.  And I want to ask you:  Is it fair to

1   say, Agent DeJesus, that kidnapping cases happen with

2   some fair frequency in Puerto Rico?

3        A.   Yes.

4        Q.   Compared to the United States, that's something

5   that y'all are fighting all the time over there?

6        A.   Okay.

7        Q.   And so, you actually have a special unit to

8   deal with those cases, correct?

9        A.   Yes.

10       Q.   And is there a protocol that y'all follow for

11   those types of cases or is it something that you just

12   developed over the years from your experience?

13       A.   That type of investigation develops over the

14   years.

15       Q.   Okay.  And so, is it -- have you been involved

16   in those types of situations?

17       A.   Yes.

18       Q.   I want to take you back to October of 2001 and

19   ask you about a kidnapping case that you were involved

20   in involving the defendant, Obel Cruz-Garcia.

21       A.   Yes.

22       Q.   Do you see the defendant, Obel Cruz-Garcia, in

23   the courtroom today?

24       A.   Yes.

25       Q.   Can you point him out to the jury and describe

1  an article of clothing that he is wearing?

2      A.   He has a gray or bluish suit, a blue shirt, and

3  a tie, a grayish tie.

4          MS. TISE:  Your Honor, may the record

5  reflect the witness has identified the defendant?

6          THE COURT:  The record will so reflect.

7      Q.   (By Ms. Tise) Can you tell us how you got

8  involved in that case involving the defendant in 2001?

9      A.   Yes.  On October 11th of 2001 at approximately

10 11:00 p.m., the Puerto Rico police received a report

11 about a kidnapping that occurred with two young men.

12     Q.   Okay.

13     A.   In that report, Mr. Manuel Buten is filing a

14 report with the police that Andres Buten, his brother,

15 was kidnapped, and William Garay, who is a minor.

16     Q.   Okay.  And in response to that report, what did

17 you do?

18     A.   I began with the investigation of that

19 kidnapping.  Mr. Buten, Mr. Manuel Buten is receiving

20 telephone calls from the kidnappers and they are asking

21 for a ransom in exchange for their freedom.

22     Q.   Okay.  And how did you assist with that?

23     A.   I instructed Mr. Manuel Buten regarding the

24 telephone calls to have control over the case.

25     Q.   Okay.  And what instructions did you give?

1    A.    The people were asking for 75,000 cash and 150

2    kilos of cocaine.

3    Q.    Okay.  Did you, as part of your investigation,

4    make arrangements for Mr. Buten to come to your office?

5    A.    Mr. Buten came to our office.

6    Q.    Okay.

7    A.    He continued receiving telephone calls.

8    Q.    And were y'all monitoring those calls that he

9    received while he was there at your office?

10   A.    We were trying to monitor those calls, but the

11   telephone was prepaid and it belonged to -- the calls

12   could not be identified.

13   Q.    Okay.  So, as far as the numbers, you couldn't

14   trace them?

15   A.    No.

16   Q.    So, when you say the telephone was prepaid, you

17   are talking about the telephone that the calls were

18   coming in from?

19   A.    Yes.

20   Q.    Okay.  So, when the calls were coming in, was

21   there a way that you were able to listen in on the

22   calls?

23   A.    No.

24   Q.    You weren't able to hear any of the calls?  Did

25   you hook it up to a speaker phone?

 1      A.    No.   At that point, we didn't have the

 2   necessary equipment to listen to the calls and to trace

 3   the calls.   Mr. Manuel Buten was indicating to me what

 4   the subjects were indicating to him.

 5      Q.    Okay.   What happened next?

 6      A.    He continues negotiations with the subject.

 7   And on the night of October 12th, they reached an

 8   agreement, Mr. Buten with the subjects.

 9      Q.    Okay.   And during the course of all of these

10   negotiations that have come in on the phone, you are

11   present?

12      A.    Yes.

13      Q.    And you are aware of the subject of the calls

14   or the substance of the calls?

15      A.    Yes.

16      Q.    And were you advising Mr. Buten about how to

17   respond to some of the things that were being said?

18      A.    Yes.

19      Q.    Okay.   So, you said on the night of

20   October 12th they came up -- they came to an agreement,

21   Mr. Buten and the person who was calling him?

22      A.    Yes.

23      Q.    What was that agreement?

24      A.    They agreed to receive 100 -- $50,000 and 100

25   kilos of cocaine.

1     Q.   Okay.  And were you part of that negotiation

2  process, where y'all were trying to talk him down on the

3  amount of drugs and the amount of money?

4     A.   Yes.

5     Q.   And what was your meaning?  Why were you doing

6  that, trying to talk him down on the amount?

7     A.   To gain time, to make a plan of action to

8  rescue the boys.

9     Q.   Okay.  What happened next?

10     A.   After Mr. Buten indicated to me there were

11  signs of life because the subjects put Willy and Andres

12  on the phone --

13     Q.   Okay.

14     A.   -- I told Mr. Manuel Buten to indicate to them

15  that we were prepared to negotiate.

16     Q.   Okay.  And did he do that?

17     A.   Yes.

18     Q.   What happened next?

19     A.   We continued with the plan and a task team was

20  formed with agents.

21     Q.   Can you tell us what your plan was?

22     A.   On the night of October 12th, at the avenue

23  between San Juan and Katalina (phonetic), several

24  confidential vehicle were found --

25               THE INTERPRETER:  I'm sorry.  Correction.

1       A.     -- several unmarked vehicles were found --

2               THE INTERPRETER:  I'm sorry.  Interpreter

3  correction.

4       A.     -- several points in that route were found.

5       Q.   (By Ms. Tise) Okay.

6       A.   I was telling Mr. Manuel Buten to tell the

7  subjects you are in a vehicle looking for them to give

8  them what they asked for.

9       Q.   Okay.

10      A.   Excuse me.

11      Q.   At some point, was your plan to involve

12  Mr. Buten in the exchange of a fake package to Obel

13  Cruz-Garcia?

14      A.   Yes.

15      Q.   Okay.  And what happened with that -- well,

16  first of all, did y'all go through the steps of actually

17  outfitting him with a bullet-proof vest?

18      A.   Yes.

19      Q.   Okay.  What happened to that plan?

20      A.   That plan was not authorized by my supervisors

21  because it put Mr. Manuel Buten's life at risk, in spite

22  that I was going to be accompanying him.  There was a

23  change of plan using the cell phone Manuel located in

24  our police station and he was indicating to him that he

25  was on that avenue, between San Juan and Katalina and he

1   was looking for him in order to give him the money and

2   the drugs.

3        Q.   Okay.  So, is it fair to say that your backup

4   plan was to have Mr. Buten pretend that he was on -- in

5   a certain area of town?

6        A.   Yes.

7        Q.   And he was telling them that he had the drugs

8   and the money to give to the defendant, Obel

9   Cruz-Garcia?

10       A.   Yes.

11       Q.   So, how did that -- how was that planned

12   implemented?

13       A.   Well, we indicated to the subjects over the

14   telephone that he was on the aforementioned avenue, but

15   it was not true.  He was with me at the police station.

16  And the plan was to try to identify the vehicle that the

17  subjects were riding to pick up the money.

18       Q.   Okay.  And how were y'all planning to be able

19  to identify the vehicle that was looking to meet with

20  Mr. Buten?

21       A.   As I previously mentioned, on that avenue we

22  posted five vehicles with agents.  Mr. Buten was telling

23  the subjects over the telephone that he was on that

24  avenue looking for them but couldn't find them.  And the

25  strategy was that the agents would identify a vehicle --

1  a possible vehicle where these subjects were to pick up

2  the money and the drugs.

3      Q.   So, what were the agents told to look for?

4  What kind of vehicle?  What were they looking for a

5  vehicle doing that was going to trigger who they were

6  looking for?

7      A.   A vehicle that will call their attention on

8  that avenue that was riding a lot.

9      Q.   Okay.  What do you mean by that?

10     A.   It means that when they're doing the

11  negotiations, when Manuel is telling these subjects that

12  I'm in this area, they are moving around in that area.

13  And there are some agents watching.  They contact me

14  over the phone and I was told that a vehicle -- a

15  four-door vehicle was detected with two subjects with

16  suspicious actions, with suspicious behavior

17  (indicating).

18     Q.   Okay.  Let me stop you.  And you did this with

19  your hand (indicating).  Is it fair to say you were

20  looking for a vehicle that was going back and forth, up

21  and down that street over and over again?

22     A.   Yes.  I was telling Manuel to tell the subjects

23  that he was on that street, but that was not true.

24     Q.   Okay.  And he was doing more than just telling

25  them that.  He was doing things in the car that was

1    parked to make them think he was driving, wasn't he?

2        A.    Yes.

3        Q.    What kind of things was he doing?

4        A.    I had him in the parking lot of the station

5    sitting in a car and I would indicate to him to honk the

6    horn and to step on the gas and turn on the radio, to

7    step on the gas of the vehicle so they will think that

8    he was out on the street looking for them.

9        Q.    And how long did this ruse last?

10        A.    That lasted about an hour, an hour-and-a-half.

11        Q.    Okay.  And so, your five agents that were in

12    the unmarked vehicles out on the street were looking for

13    a car that appeared to be going back and forth looking

14    for Mr. Buten?

15        A.    Yes.

16        Q.    And were they able to identify a car that was

17    doing just that?

18        A.    The agents identified the vehicle that was

19    looking for Mr. Buten.

20        Q.    Okay.  And what did they do in response?

21        A.    The vehicle was a gray Ford Taurus, four-door.

22    And I indicated to them to return with that vehicle.

23        Q.    Okay.

24        A.    When the officers made signals as police, when

25    they turned on lights and identified themselves as the

1  police, a chase started because they did not stop for

2  the police.

3      Q.   The individuals in that gray Ford Taurus?

4      A.   Yes.

5      Q.   Then what happened?

6      A.   On that avenue between San Juan and Katalina,

7  the individuals lost control, they crashed, and two

8  individuals came out running.  They went to some bushes

9  and trees.

10     Q.   Okay.

11     A.   And the agents continued searching for the

12 individuals.

13     Q.   All right.

14     A.   And they found one of them up on a tree hiding.

15     Q.   And who was the individual they found hiding in

16 the tree?

17     A.   That individual was identified as Obel

18 Cruz-Garcia.

19     Q.   Okay.  What happened next?

20     A.   That vehicle was taken by the police.  Mr. Obel

21 Cruz-Garcia was detained and he was transported to our

22 offices in order to be interviewed.

23     Q.   And did you interview him?

24     A.   I was present at the interview with Agent

25 Melvin Torres.

1      Q.   Did Obel Cruz-Garcia admit to you that he was

2   involved in the kidnapping of William Garay and Andres

3   Buten?

4                 MR. CORNELIUS:   Judge, can we approach the

5   bench before that?

6                 THE COURT:   Yes.

7                 (At the Bench, on the record)

8                 MR. CORNELIUS:   I'm not a hundred percent

9   sure what the law is on that in -- well, I think --

10                THE COURT:   We'll go ahead and break.

11                (Open court, defendant and jury present)

12                THE COURT:   Let's go ahead and break for

13   lunch.

14                Deputy Perry?  Where is Deputy Perry?

15                THE BAILIFF:   I'm right here.

16                THE COURT:   All right.   Members of the

17   jury, we're going to break for lunch now.   We'll take

18   one hour.   So, be back at 1:30.   You are reminded that

19   you should not talk amongst yourselves or with anyone

20   else on any subject connected with the trial or to form

21   or express any opinion thereon until the end of the

22   trial.

23                You are released until 1:30.

24                THE BAILIFF:   All rise.

25                (Open court, defendant present, no jury)

```
 1                    THE COURT:  You may be seated.

 2                    Mr. Cornelius, did you want to discuss it

 3   now or wait till after lunch and see what you can find?

 4   I believe that it's the law as to other states as long

 5   as it's followed substantially as to Miranda and it is

 6   followed as to those states, I think it's admissible.  I

 7   don't know what was done here.  You want to preface

 8   that?

 9                    MS. TISE:  I can.  I know that he

10   Mirandized him and --

11                    MR. CORNELIUS:  Oh, he did?

12                    THE COURT:  If he followed the laws of the

13   United States, we are in fine shape.

14                    MR. CORNELIUS:  Then we probably are.

15                    MS. TISE:  And I will -- I should have gone

16   into that more detail.  And I will.  I know from talking

17   to him, though, he Mirandized him.

18                    THE COURT:  Okay.

19                    MR. CORNELIUS:  All right.

20                    THE COURT:  Let's just meet back about 1:20

21   after you've had lunch and we'll make sure all of that

22   is in line.  Okay?

23                    MS. TISE:  Okay.

24                    THE COURT:  We're in recess.

25                    (Lunch recess)
```

1                    (Open court, defendant present, no jury)

2                    THE COURT:  Ms. Tise, before you offer any

3    further statement from this defendant, you're going to

4    go into how the statement was taken, and if Miranda

5    was --

6                    MS. TISE:  I may not even go there, Judge,

7    because I have the judgment and stuff.  So, I may go

8    into that instead.

9                    THE COURT:  Okay.

10                   MS. TISE:  But he did give Miranda and is

11   prepared --

12                   MR. CORNELIUS:  She's resolved it in my

13   mind if she wants to go into or whatever she decides.

14                   THE COURT:  Okay.  Very good.  So, re-ask

15   that question on the record.

16                   MS. TISE:  I'm just going to start in with

17   where we were at that point in time, where we ended.

18                   THE COURT:  I'll just say that you may

19   proceed then.

20                   (Open court, defendant and jury present)

21                   THE COURT:  Please be seated.

22                   Back on the record in Cause No. 1384794,

23   the State of Texas vs. Obel Cruz-Garcia.

24                   The jury is present in the courtroom.

25   Mr. Cruz-Garcia is present at counsel table with his

1    lawyers.  And the prosecution is represented by Ms. Tise

2    and Mr. Wood.

3              We currently have the witness Officer Agent

4    DeJesus on the stand.

5              Are you ready to proceed, Ms. Tise?

6              MS. TISE:  I am, Judge.

7              THE COURT:  You may proceed.

8        Q.   (By Ms. Tise) When we broke, Agent DeJesus, we

9    had just gotten the defendant, Obel Cruz-Garcia, into

10   custody.  Do you remember that?

11       A.   Yes.

12       Q.   And he was brought down to your station to

13   interview, correct?

14       A.   Yes.

15       Q.   At some point after the interview, did you try

16   to convince him to make arrangements to let Andres and

17   William go?

18       A.   After we read him his rights to interview him.

19       Q.   Okay.  And you interviewed him, right?

20       A.   Together with my partner, Melvin Torres.

21       Q.   Okay.  And at some point, did you convince him

22   to let Andres and William go?

23       A.   Yes.

24       Q.   How did that happen?

25       A.   After I explained to him -- I read him his

1   rights and I explained to him the situation which he was

2   in, because one of the persons kidnapped was a minor.

3   He asked to make a telephone call to his wife in order

4   to contact the subjects who had kidnapped -- were

5   keeping them at the house --

6        Q.   And --

7        A.   -- to release them.

8        Q.   I'm sorry.

9             And can you tell me the name of his wife

10  that he contacted?

11       A.   I don't remember at this point.

12       Q.   Okay.  But it was whoever he was married to in

13  2001?

14       A.   That's my understanding.

15       Q.   After the phone call, did William and Andres

16  get released?

17       A.   Yes.

18       Q.   Can you tell us how that happened?

19       A.   He got in contact via telephone with Pablo

20  Estevez, which was another one of the subjects.

21       Q.   Okay.

22       A.   And they were released.

23       Q.   When the complainants were released, did you

24  have an opportunity to see them?

25       A.   Yes.

1    Q.   Where were they released to?

2    A.   They were released at a street nearby a

3 subdivision named Country Club.

4    Q.   Okay.

5    A.   They ran to -- they ran to Avenue 65 and

6 Infanteria.

7    Q.   Okay.

8    A.   Which was passing some patrol cars --

9              THE INTERPRETER:  No.  Interpreter

10 correction.

11    A.   When some patrol cars were passing by, Andres

12 and William stopped the patrol car and they indicated

13 that they were kidnapped and they were released.

14    Q.   (By Ms. Tise) So, basically, they just got

15 dropped off on a street somewhere?

16    A.   Yes.

17    Q.   What injuries did you observe on William and

18 Andres?

19    A.   When they were taken to the police station

20 where I work, the paramedics were called because they

21 had injuries in different parts of their body.  William

22 had marks on his face and on his head.  He was bleeding.

23 And Andres had marks in his mouth area and on one leg.

24 After the paramedics checked them, they were taken to

25 the hospital to perform the analysis.

1      Q.    Okay.   At some point, did you learn of the

2  location of the place where Andres and William were

3  being held?

4      A.    Yes.

5      Q.    Okay.   And were you able to go to that location

6  and take some photos?

7      A.    Yes.

8      Q.    Okay.

9              MS. TISE:   May I approach?

10             THE COURT:   Yes.

11     Q.    (By Ms. Tise) I'm going to show you State's

12  Exhibit 101 through 104.   Actually, 101 through 103.

13  I'll ask you if those are photos that were taken at the

14  residence where Andres and William were kept

15  (indicating)?   Do they fairly and accurately represent

16  how that place looked when you went to take the

17  photograph?

18     A.    Yes.

19             MS. TISE:   At this time I'm going to offer

20  101 through 103.

21             **(State's Exhibit No. 101 through 103**

22              **Offered)**

23             MR. CORNELIUS:   No objection.   I have seen

24  them.

25             THE COURT:   State's 101 through 103 are

1  admitted without objection.

2              **(State's Exhibit No. 101 through 103**

3                **Admitted)**

4      Q.   (By Ms. Tise) Now I'm going to show you State's

5  Exhibit 104 and ask if you recognize what that photo

6  depicts (indicating)?

7      A.   Yes.

8      Q.   What is it?

9      A.   That's the vehicle that Obel abandoned with the

10 other subjects and it was taken by the police.

11             MS. TISE:  Okay.  At this time, I will

12 offer State's 104.

13             **(State's Exhibit No. 104 Offered)**

14             MR. CORNELIUS:  No objection.

15             THE COURT:  State's 104 is admitted without

16 objection.

17             **(State's Exhibit No. 104 Admitted)**

18     Q.   (By Ms. Tise) Looking at State's Exhibit 101,

19 what are we looking at, sir (indicating)?

20     A.   That is the living room area of the residence.

21 There is furniture and a table.

22     Q.   Okay.  And is this the living room area of the

23 house where William and Andres were kept?

24     A.   Yes.

25     Q.   I'm showing you State's Exhibit 102.  What are

 1  we looking at here (indicating)?

 2      A.   That's the bathroom area.

 3      Q.   Okay.  And is there a bathtub here in this area

 4  of the bathroom (indicating)?

 5      A.   Yes.

 6      Q.   And a little blue sink over here on the side

 7  (indicating)?

 8      A.   Yes.

 9      Q.   And that's also in the residence where they

10  were being kept, correct?

11      A.   Yes.

12      Q.   I'm showing you State's Exhibit 103.  What is

13  that (indicating)?

14      A.   That is a sledge hammer and a cord, an

15  extension cord, orange color.

16      Q.   And was that sledge hammer located in the house

17  where William and Andres had been held when they were

18  kidnapped?

19      A.   Yes.

20      Q.   And did you have an opportunity, after you

21  talked to William and Andres, to determine whether they

22  could identify that sledge hammer?

23      A.   Yes.

24      Q.   And were they able to?

25      A.   Yes.

1    Q.   Looking at State's Exhibit 104, what is this

2  (indicating)?

3    A.   It's a Ford Taurus vehicle, four-door.  That is

4  the vehicle that Obel and another subject abandoned.

5    Q.   Okay.  Agent DeJesus, how long did this ordeal

6  last from start to finish?

7    A.   It started on October 11th of 2001.  It was

8  reported around 11:00 p.m. and it lasted until October

9  12th or 13th, until midnight or the early hours of the

10  next day.  And afterwards, some more days of

11  investigation.

12    Q.   Okay.  When were William and Andres released?

13    A.   On October 12th at nighttime, close to midnight

14  or the early hours of the next day.

15    Q.   Okay.  After your investigation was complete on

16  this case, did you follow through into the trial -- and

17  I will rephrase that.

18          Did you follow it through the judicial

19  process?

20    A.   Yes.

21    Q.   Okay.  And what happened in the judicial

22  process with this case?

23    A.   The subjects were accused -- Obel was accused

24  for the cases of kidnapping against William Garay and

25  Andres Buten, the firearms act and the sharp instrument

1    act.

2         Q.   Okay.  So, they were charged with the

3    kidnapping and in addition a gun case and a knife case?

4         A.   Yes, together with the kidnapping.

5         Q.   Were you able to identify some other males who

6    helped him?

7         A.   Yes.

8         Q.   And one of those males, I think you mentioned

9    earlier was someone named Pablo?

10        A.   Pablo Estevez.

11        Q.   Okay.  And were Pablo and the other males that

12   were involved in this kidnapping also charged?

13        A.   Yes.

14        Q.   And were all individuals, including Obel

15   Cruz-Garcia, convicted of this offense?

16        A.   Yes.

17        Q.   In fact, did Obel Cruz-Garcia plead guilty to

18   this offense?

19        A.   Yes.

20        Q.   And does that include the kidnapping, the gun

21   and the knife charges?

22        A.   Yes.

23        Q.   And what sentence did he receive?

24        A.   Sixteen years.

25                  MS. TISE:  May I approach?

1                    THE COURT:  Yes.

2       Q.   (By Ms. Tise) I'm going to show you what's been

3  marked as State's Exhibit 121 and ask you if you know

4  what that is (indicating)?

5       A.   Yes.

6       Q.   Is this actually a copy of the documents

7  reflecting the judgment and sentence of conviction of

8  Obel Cruz-Garcia in this case?

9       A.   Yes.

10      Q.   And it includes his fingerprints and a photo of

11  him, does it not?

12      A.   Yes.

13      Q.   And these original documents are certified, are

14  they not?

15      A.   Yes.

16      Q.   Okay.  And they include the Spanish language

17  original documents?

18      A.   Yes.

19      Q.   Okay.  And in addition, an English

20  interpretation of what is contained?

21      A.   Yes.

22                    MS. TISE:  Your Honor, at this time, I'm

23  going to offer State's 121, a certified copy of a public

24  record.  It also has been translated into English and

25  that translation has been certified and been on file

1    with the Court for the requisite number of days.

2                 **(State's Exhibit No. 121 Offered)**

3                 MR. CORNELIUS:  Can I have just one moment

4    to make sure it's the same one I have?

5                 THE COURT:  Yes.

6                 (Pause)

7                 MR. CORNELIUS:  Yes, we have no objection,

8    Judge.

9                 THE COURT:  Okay.  State's No. 121 will be

10   admitted without objection.

11                You may proceed.

12                **(State's Exhibit No. 121 Admitted)**

13        Q.   (By Ms. Tise) And is it fair to say, Agent

14   DeJesus, that you continued to follow the defendant as

15   his case has gone through the process?

16        A.   Yes.

17        Q.   And when he was in Puerto Rico, you followed

18   the case through parole hearings after he was in prison

19   there, correct?

20        A.   No.

21        Q.   Did you notify the other individuals about the

22   parole hearings as they were coming down?  Do you know

23   if they were notified?

24        A.   No.

25        Q.   Okay.  So, you don't know that they attended

1  parole hearings on this case?

2       A.   I know because they told me so.

3       Q.   Okay.  In fact, they attended all of them,

4  right?

5       A.   Yes.

6            MS. TISE:  I will pass the witness.

7            THE COURT:  Thank you, Ms. Tise.

8            Mr. Cornelius.

9                     **CROSS-EXAMINATION**

10 **BY MR. CORNELIUS:**

11      Q.   Agent DeJesus, my name is Skip Cornelius.

12 We've never met, have we?

13      A.   No.

14      Q.   I just have a few questions to ask you, sir.

15           How long was it from the time

16 Mr. Cruz-Garcia was arrested in his case till he pled

17 out on the case?

18      A.   Close to -- maybe close to one year.

19      Q.   Okay.  During that year, was he in custody?

20      A.   He was arrested, he was detained in a penal

21 institution.

22      Q.   The entire time?

23      A.   Yes, after he was charged.

24      Q.   Okay.  On the day that y'all arrested him, did

25 he ever get released after that day?

```
 1        A.   Yes.

 2        Q.   Why was that?

 3        A.   The investigation was not complete.

 4        Q.   And for how long was he released?

 5        A.   From the 13th until the 18th of October.

 6        Q.   Five days?

 7        A.   Yes.

 8        Q.   And during that time, did you have any contact

 9   with the United States government, FBI, INS, DEA,

10   anybody from those agencies?

11             MS. TISE:  I object to the relevance of

12   that.

13             THE COURT:  Please approach.

14             (At the bench, on the record)

15             MR. CORNELIUS:  The defendant has

16   instructed me to ask these questions.

17             MS. TISE:  I will object to them.

18             THE COURT:  Does it have to do with the

19   fact that -- I can see some relevance, but not getting

20   into anything that he is not supposed to get into.

21             MR. CORNELIUS:  Okay.  It will take about a

22   minute or two for me to explain this to you.  And I need

23   to be able to speak freely.

24             THE COURT:  You want the jury out?

25             MR. CORNELIUS:  Yes.
```

```
 1                    (Open court, defendant and jury present)
 2                    THE COURT:  We'll take the jury out for
 3      five minutes.
 4                    (Open court, defendant present, no jury)
 5                    THE COURT:  Back on the record.
 6                    Go ahead, Mr. Cornelius.  What's the
 7      relevance?
 8                    MR. CORNELIUS:  The defendant would like
 9      for me to ask this witness if this witness verified that
10      the defendant was a corroborating witness with either
11      the FBI or DEA or INS.  That's the reason for this.
12                    MS. TISE:  Well, I know why the agent has
13      told me he was released.  He was released because under
14      their law they can't arrest someone after a confession.
15      They have to do a complete investigation on the case and
16      present it to the D.A.  And that's why he told me they
17      released him.  They can't just get -- they have to go
18      through what we would call in-take.  So, they've got to
19      let him go and finish up what they are going to do and
20      make a full presentation to ask that charges be
21      accepted.
22                    THE COURT:  You can ask those questions
23      now --
24                    MR. CORNELIUS:  Outside the presence?
25                    THE COURT:  -- because it doesn't sound
```

1  like -- I'm not going to let that in.  I mean, if he

2  doesn't know anything about it -- just ask him the

3  questions so --

4              MR. CORNELIUS:  Sure.

5              MS. TISE:  I will tell you this, just to be

6  complete.  He does say that at some point while talking

7  to the defendant the defendant was telling him that he

8  was some kind of, you know, important person with the

9  DEA.

10             THE COURT:  We have no confirmation about

11 that.

12             MS. TISE:  He was not able to confirm any

13 of that.

14             MR. CORNELIUS:  Can I just get him to say

15 so that the record is complete?

16             THE COURT:  You may proceed, Mr. Cornelius.

17                 **VOIR DIRE EXAMINATION**

18 **BY MR. CORNELIUS:**

19     Q.   Agent DeJesus, I know you just -- hopefully you

20 just heard what we all talked about, correct?

21     A.   Yes, but I don't understand.

22     Q.   Okay.  Did you have a conversation with my

23 client after he was in custody wherein he informed you

24 that he was some sort of informant for either the FBI,

25 the DEA, or INS?

 1       A.   Yes.

 2       Q.   And did you attempt to confirm whether that was

 3  true or not?

 4       A.   Yes.

 5       Q.   Were you able to confirm that it was true?

 6       A.   The agents said that he cooperated with the

 7  agency, but it was never confirmed in writing.

 8       Q.   So, it was confirmed, but you didn't get

 9  anything in writing?

10       A.   Yes.

11            MR. CORNELIUS:   Okay.   Well, that's what we

12  would attempt to go into, Judge.   Well, let me ask one

13  other question.

14       Q.   (By Mr. Cornelius) Was the defendant claiming

15  that he was acting in this capacity when these events

16  occurred for which he got convicted in Puerto Rico?

17       A.   Yes.

18       Q.   But that was never confirmed to you; is that

19  what you're saying?

20       A.   No.

21       Q.   Not orally or in writing, or was it confirmed

22  orally but not writing?

23       A.   Orally that he had cooperated with them, but

24  not in writing.

25       Q.   Okay.   Let me see if I can be certain on this.

1   Orally that he had cooperated -- strike that.  Orally

2   that -- somebody from the United States government

3   confirmed that he was cooperating with them during the

4   course of these events for which he was arrested and got

5   convicted or just that he cooperated with them in the

6   past?

7       A.   That he had cooperated previously.

8       Q.   But no one told you he was cooperating in this

9   particular case?

10      A.   No.

11          MR. CORNELIUS:  Well, that's the part I

12  want to go into, Judge.

13          THE COURT:  Okay.  What says the State

14  regarding that?

15          MS. TISE:  It's not relevant.  First of

16  all, it would be hearsay what the agent told him over

17  the phone.  I wasn't aware that he had even gotten oral

18  confirmation based on my conversation, but I would say

19  that would still be hearsay, what the agent told him.

20  And, second of all, it has nothing to do with this case.

21  It didn't impact at all any of the investigation.  It's

22  not relevant and it's not something this witness has

23  firsthand knowledge of.

24          THE COURT:  Do you find it mitigating in

25  any way?  We're here for punishment.  Is that mitigation

 1  punishment -- is that mitigation evidence?

 2              MS. TISE:  I don't think so, but even if it

 3  were, Judge, mitigation still has to go through the

 4  regular rules of evidence.  It can't be presented by

 5  this officer because he doesn't know the details of the

 6  cooperation or what it had to do with or anything about

 7  it.  It's hearsay.

 8              THE COURT:  Okay.  So, the objection is

 9  hearsay, not relevance.  Is that correct?

10              MS. TISE:  I would certainly say it's

11  hearsay.

12              THE COURT:  Okay.  My ruling is that it may

13  be relevant to mitigation in some form or fashion in

14  this case.  However, through this witness, it is hearsay

15  because all he has is that he spoke with some person and

16  found that he may have cooperated in some way, but not

17  in regards to the kidnapping that he was working on.

18  So, at this point, I'm going to sustain the State's

19  objection as to hearsay.  If, however, you can come up

20  with a witness that can say he cooperated in some way

21  over the course of his time in Puerto Rico, that may be

22  admissible.  I'm not going to prevent you from

23  presenting that if you are able to.  All right?

24              MR. CORNELIUS:  Yes, ma'am.  Can I ask him

25  one more question since we've got the jury out?

```
 1                    THE COURT:  Yes.

 2                    MR. CORNELIUS:  I forgot the question.  One

 3  second.

 4                    (Pause)

 5       Q.   (By Mr. Cornelius) Well, but the reason you

 6  released him after y'all arrested him that night had

 7  nothing to do with this conversation with the federal --

 8  United States federal authority, did it?

 9       A.   No.

10       Q.   It had nothing to do with that?

11       A.   No.

12                    MR. CORNELIUS:  Okay.  I think that's

13  clear.  Thank you.

14                    THE COURT:  I think it's clear.

15                    All right.  Ready to bring the jury back

16  in?

17                    MR. CORNELIUS:  Yes, Your Honor.

18                    (Open court, defendant and jury present)

19                    THE COURT:  Please be seated.

20                    You may proceed, Mr. Cornelius.

21                    MR. CORNELIUS:  Thank you, Judge.

22                         CROSS-EXAMINATION

23  CONT'D BY MR. CORNELIUS:

24       Q.   Agent DeJesus, I'm confused on the length of

25  time that the kidnapping took.  Are you saying -- forget
```

1   about the date for a second, but are you saying at

2   11:00 p.m. on day one to midnight on day two?

3        A.   Approximately, yes.

4        Q.   Okay.  All right.  So, one day?

5        A.   I would say one day and a half.

6        Q.   Twenty-five hours.  11:00 p.m. to 12:00

7   midnight, would that be 25 hours?

8        A.   Well, it was reported to the police at 11:00

9   p.m., but the kidnapping process began a little earlier.

10       Q.   Before 11:00.  The kidnapping itself occurred

11  before 11:00 p.m.?

12       A.   Yes.

13       Q.   Okay.  But on that same day?

14       A.   Yes.

15       Q.   Okay.  Did it cause you some concern when you

16  learned that the kidnappers' demands were $75,000 in

17  cash and 150 kilos of coke?

18       A.   Yes.

19       Q.   And then I think you testified that there was

20  an agreement reached for fifty $1,000 in cash and 100

21  kilos of coke.  I know that you were just telling him to

22  agree to that, but the kidnappers' demands -- their

23  agreement was fifty $1,000 in cash and 100 kilos of

24  coke, correct?

25       A.   Well, no, they began asking for much more, but

1  that was the agreement that we reached.

2      Q.   That's still a lot, though, is it not?

3      A.   Yes.

4      Q.   I mean, for a guy that has a small restaurant

5  that is really an extension of a truck, that's a lot for

6  somebody to ask for, wouldn't you think?

7      A.   Yes, but I investigated -- I investigated them

8  and none of them deals with drugs.

9      Q.   I understand that, but that was kind of unusual

10  for somebody to ask a person that has a little small

11  restaurant for that kind of money and cocaine.  Would

12  you agree with me that that was very unusual?

13      A.   Yes.  But in Puerto Rico normally on the

14  kidnapping cases, kidnappers ask for big amounts of cash

15  and drugs.

16      Q.   Is it your training and experience that they

17  just ask that from anybody off the street or people that

18  they think might have that stuff?

19      A.   Yes.

20      Q.   And that's why you investigated it further, to

21  see if maybe these people were involved in drugs,

22  correct?

23      A.   Yes.

24      Q.   And it turned out they were not?

25      A.   No.

1            MR. CORNELIUS:  Could I have a moment,
2   Judge?
3            THE COURT:  Yes.
4            (Pause)
5            MR. CORNELIUS:  Okay.  We'll pass the
6   witness, Judge.
7            THE COURT:  Thank you, Mr. Cornelius.
8            Anything further from this witness?
9            MS. TISE:  Nothing further.
10            THE COURT:  May this witness be excused?
11            MS. TISE:  Yes, Your Honor.
12            THE COURT:  You may step down, Agent.
13   Thank you.
14            Please call your next.
15            MS. TISE:  I will call Andres Castillo
16   Buten.
17            THE BAILIFF:  Your Honor, the witness has
18   been sworn.
19            THE COURT:  Sir, please keep your voice up
20   and speak into the microphone.
21            You may proceed, Ms. Tise.
22                    **ANDRES CASTILLO BUTEN,**
23   having been first duly sworn, testified through the
24   interpreter as follows:
25                        **DIRECT EXAMINATION**

1    **BY MS. TISE:**

2        Q.    Sir, would you please introduced yourself to

3    the jury?

4        A.    Yes.

5        Q.    Can you tell them what your name is?

6        A.    Andres Castillo.

7        Q.    Okay.  And is your maternal surname Buten?

8        A.    Buten.

9        Q.    And how are you related to Manuel Buten?

10       A.    Brother.

11       Q.    Okay.  How old are you?

12       A.    Thirty-nine.

13       Q.    And what does your family call you?

14       A.    They call me Johnny.

15       Q.    Okay.  What do you do for a living now?

16       A.    I also have a small food truck of mofango.

17       Q.    Okay.  So, you have a truck like Manuel does?

18       A.    Yes.

19       Q.    And you also sell mofango?

20       A.    Yes.

21       Q.    Okay.  How long have you had that business?

22       A.    Since I arrived in Puerto Rico about 13 years.

23    I've always worked in that.

24       Q.    Okay.  But how long have you had a food truck

25    of your own?

1  A. About eight years.

2  Q. Okay.  Are you married or single?

3  A. I live with someone.

4  Q. Okay.  And do you have children with her?

5  A. Yes.

6  Q. How many children do y'all have?

7  A. I have two with her.

8  Q. Okay.  And I want to take you back to

9 October 11th of 2001.  Do you remember that day?

10  A. Yes.

11  Q. At that point in time, where were you working?

12  A. With Manuel.

13  Q. Okay.  And what did you do for Manuel?

14  A. I worked as a waiter.  I waited on the people.

15  Q. Okay.  I want to ask you about something that

16 happened that day that we called you here to testify

17 about.

18  A. Yes.

19  Q. Tell us what first happened that started this

20 incident that ended up with you being kidnapped.

21  A. Well, that night I was working there at the

22 little food truck and a guy and a gal got there.

23  Q. Okay.

24  A. And they asked for some food.

25    MR. CORNELIUS:  I'd ask for question and

1    answer, Judge.

2        A.   There was --

3            THE COURT:   Please answer only the question

4    that's asked.

5            THE WITNESS:   Okay.

6        Q.   (By Ms. Tise) So, a guy and a girl came up and

7    asked for some food.

8        A.   Uh-huh.

9        Q.   I want you to look around the courtroom and I

10   want you to tell me if you see the person -- the guy who

11   came up with the woman to ask for food on October 11th

12   of 2001.

13       A.   Yes.

14       Q.   Can you point him out for us, please?

15       A.   Yes.

16       Q.   Can you point him out for the jury, please?

17       A.   Now?

18       Q.   Yes, please.

19       A.   It's that man (indicating).

20       Q.   And can you describe for us the clothes that

21   he's wearing?

22       A.   He has on a gray jacket and a blue shirt.

23           MS. TISE:   Your Honor, may the record

24   reflect the witness has identified the defendant?

25           THE COURT:   The record will so reflect.

```
 1        Q.    (By Ms. Tise) Had you ever seen that man before
 2   that night?
 3        A.    No, I hadn't.
 4        Q.    Had you ever seen the woman that he was with?
 5        A.    No, not that either.
 6        Q.    Okay.  Can you tell us what happened after the
 7   man and the woman came up and ordered food?
 8        A.    They ordered their food, it was served, and
 9   then I took it to them.
10        Q.    Okay.  Then what happened?
11        A.    They ate.  And then after they ate, they got
12   up -- he got up with a weapon.
13        Q.    Okay.  What kind of weapon?
14        A.    He had a revolver.
15        Q.    What happened next?
16        A.    He pointed to my brother that was up at the
17   top, the cook.
18        Q.    Where were you when that happened?
19        A.    I was there, down there.
20        Q.    By the tables?
21        A.    Right there by the salon.
22        Q.    Okay.  Were you down in the table area where he
23   had been eating?
24        A.    Exactly, exactly.  Yes.
25        Q.    Okay.  And after he pulled out the gun, do you
```

1   remember him saying anything?

2       A.   Yes.  He pointed at my brother and he fired at

3   him.

4       Q.   Did he say anything before he did that?

5       A.   No, no.  I don't remember very well if he did

6   say something.

7       Q.   Okay.  What happened next?

8       A.   He fired at him, my brother threw himself to

9   the ground, and he took off running.

10      Q.   Okay.  Did he get away?

11      A.   Yes.  He went out the door of the food truck.

12      Q.   Okay.  What happened after your brother ran?

13      A.   Well, when he took off, Willy was there and

14  they got me and Willy since he took off.

15      Q.   Okay.  What did the man, Obel Cruz-Garcia, that

16  you pointed out earlier do?

17      A.   He was the one that took us.

18      Q.   Okay.  Did he have anyone helping him at the

19  restaurant?

20      A.   Yes.  There were other people seated at a

21  table.

22      Q.   Okay.

23      A.   But apparently they were with him because when

24  he got up with a weapon, they also got up.  There were

25  three -- about two or three more that also had weapons.

1    Q.   Okay.  And how did they get you?  Tell us

2    exactly what they did.

3    A.   They grabbed us right there and immediately

4    they put hoods over us, they put bags and they put us

5    into a truck.

6    Q.   Okay.  How many people, do you remember, helped

7    him do that?

8    A.   One grabbed me, another one grabbed Willy, and

9    they put us into the truck -- and they put us in the

10   truck.  More or less, there were about three to four.

11   Q.   Okay.  Which one did Obel Cruz-Garcia grab?

12   A.   I can't tell you very well because they put a

13   hood over us.

14   Q.   Okay.  Then what happened?

15   A.   And from there, they took us to a house.

16   Q.   Okay.  Where did they put you in the car?  Do

17   you remember how you and Willy were seated?

18   A.   In the back.

19   Q.   Okay.  Was there anyone in the back with you

20   and Willy?

21   A.   Yes.  There was a guy at one door and there was

22   a guy at the other door.  We were in the middle.

23   Q.   Okay.  And do you know who was driving the

24   vehicle?

25   A.   No, I do not know because we had a hood over

1    us.

2         Q.    Do you know where they took you?

3         A.    We did not know.

4         Q.    During the drive, do you remember them saying

5    anything?

6         A.    No.

7         Q.    What's the next thing that you remember?

8         A.    Well, they took us to the house.  They took us

9    to a house and apparently they left Willy at one place

10   and then that man pushed me into the bathroom.

11        Q.    Okay.  So, you remember getting to a house?

12        A.    Yes.

13        Q.    And was the hood still on you?

14        A.    I still had the hood on.  When we arrived

15   there, they opened door.

16        Q.    To the car or the house?

17        A.    They opened the door to the truck and they

18   threw us.

19        Q.    Okay.  And who threw you?

20        A.    Him.

21        Q.    And when you say "him," are you referring to

22   the defendant, Obel Cruz-Garcia?

23        A.    Yes.

24        Q.    And I noticed you are having some difficulty

25   looking at him.  Is that something that makes you

1  uncomfortable?

2       A.   Yes, but it doesn't matter.

3       Q.   Okay.  So, Obel Cruz-Garcia threw you to the

4  ground?

5       A.   Yes.

6       Q.   And then what happened?

7       A.   He hit me, he hit me, he kept throwing blows to

8  my face, he kicked me.

9       Q.   And when you say "he," are you referring to

10  Obel Cruz-Garcia?

11       A.   Yes.

12       Q.   Then what happened?

13       A.   I fell into the bathtub in the bathroom.  And

14  then with the shower rod, where the curtain rod -- where

15  the curtain goes, the shower curtain goes.

16       Q.   What did he do with that rod?

17       A.   He hit me on my head, many times he hit me on

18  my head, and then he urinated on me.  He urinated on me

19  here and he continued hitting me.  And then he got a

20  mallet and he hit me on my foot.

21       Q.   And I want to take you through those things a

22  little slower.  First of all, tell the jury when the

23  hood came off.

24       A.   When I entered the house, they removed the

25  hood.

1      Q.    And you say "they."   Who are you talking about?

2      A.    There were several of them.

3      Q.    Okay.   And do you remember which one took your

4  hood off?

5      A.    Him.

6      Q.    And you mentioned that before you came into the

7  house someone threw you out of the truck and was hitting

8  you?

9      A.    When they took us into the house, he took me

10  into the bathroom.

11      Q.    Okay.   When you were outside and someone threw

12  you out of the truck and hit you and beat you, how do

13  you know that person was Obel Cruz-Garcia?

14      A.    Because he removed the hood from me and told me

15  that I could see his face because it didn't matter.

16      Q.    Okay.   So, at that point he had removed your

17  hood?

18      A.    Yes.

19      Q.    And, in fact, when he did that, he told you why

20  it didn't matter, didn't he?

21      A.    Yes.   Because he said that anyway I was going

22  to die, that he was going kill me.

23      Q.    And did you believe that?

24      A.    Well, I had to believe it because I was at his

25  mercy.

1      Q.   And is that when he beat you?

2      A.   Yes, that was when he was beating me.

3      Q.   And that's how you know it was him specifically

4  who was doing that?

5      A.   Yes, he was doing it.

6      Q.   At any point were you bound in any way?

7      A.   Yes.  Yes, I was tied up.

8      Q.   And can you tell us what you were tied up with?

9      A.   With a hanger wire.

10     Q.   The wire from a coat hanger?

11     A.   Yes, of a hanger.

12     Q.   When did that happen?

13     A.   That same night.

14     Q.   Okay.  But before you were taken in the house

15  or after you were taken in the house?

16     A.   When I was taken into the bathroom, that's when

17  he tied me up with the wire from the hanger.

18     Q.   And you mentioned something about the bathtub.

19     A.   Yes.

20     Q.   How did you wind up in the bathtub?

21     A.   Because he threw me.  When he threw me.

22     Q.   Okay.  He threw you into the bathtub?

23     A.   Into the bathtub.

24     Q.   When you say "he," at that particular point in

25  time are you talking about Obel Cruz-Garcia?

1      A.   Yes.

2      Q.   Were you hurt when you fell in the bathtub?

3      A.   Yes.  I hit myself.

4      Q.   Were your hands tied behind or in front of you?

5      A.   Behind me.

6      Q.   After you were in the bathtub, what did he do,

7  Obel Cruz-Garcia?

8      A.   That's where he beat me, when he threw me into

9  the tub.

10      Q.   And now we're talking about another beating

11  besides the one that happened outside, correct?

12      A.   Okay.  Yes.  And then he removed one of my

13  tennis shoes and he hit me with a mallet on my toes.

14      Q.   Okay.  You mentioned that before that happened

15  he removed the shower curtain rod?

16      A.   He had a shower curtain rod where the curtain

17  was hanging.

18      Q.   And shower curtain rods come in all types of

19  materials.  Was this one a heavy rod?

20      A.   It was strong.  Because when he urinated on me,

21  my head was burning.

22      Q.   So, when he beat you with the rod, you had open

23  wounds on your head?

24      A.   They weren't open wounds.

25      Q.   Were they bleeding?

1      A.   No.

2      Q.   Then what happened?

3      A.   He left -- after he hit me on my foot with a

4  mallet, he left and then he came back in with a woman.

5  And then he started having sex with her right there in

6  front of me.

7      Q.   In the bathroom?

8      A.   In the bathroom.

9      Q.   Was this the same woman that had been at the

10  restaurant with earlier?

11      A.   Yes, the one that he was with.

12      Q.   And when you're saying "he" during this part,

13  are you talking specifically about Obel Cruz-Garcia?

14      A.   Yes.

15      Q.   What did he do when he was having sex with the

16  woman?

17      A.   He stuck his fingers in the woman's private

18  part and then he put it in my mouth.

19      Q.   And did he say anything to you at that point?

20      A.   He said:  Do you like it, do you like it?

21      Q.   What happened next?

22      A.   He said:  Do you like my woman?  He would put

23  his fingers in my mouth and then he would hit me.

24      Q.   Where would he hit you?

25      A.   On my face.

```
 1        Q.    What happened next?

 2        A.    They left and then after that later they

 3   brought Willy in.

 4        Q.    Okay.  And you're saying "they."  Was someone

 5   else with him before they brought Willy in?

 6        A.    Him and the woman, when him and the woman came

 7   in.

 8        Q.    Okay.  So, they left?

 9        A.    They left.  They left the bathroom.

10             MS. TISE:  May I approach?

11             THE COURT:  Yes.

12        Q.    (By Ms. Tise) I'm going to show you State's

13   Exhibit 102 and ask you if that's the bathroom where you

14   were held (indicating)?

15        A.    Yes.

16        Q.    And I'm going to show you State's Exhibit 103

17   and ask you if you recognize anything in that picture

18   (indicating).

19        A.    Yes.  He hit me with that mallet.

20        Q.    And can you stand up just briefly and

21   demonstrate for the jury how he hit your toe with that

22   mallet?

23        A.    Where do I do that?

24        Q.    Just show it to the jury as if you had a mallet

25   in your hands.  How far did he hit you?
```

1          THE COURT:  You may step down, if you need
2   to, sir.
3      A.   With a mallet he removed this tennis shoe and
4   he hit me here (indicating).
5      Q.   (By Ms. Tise) Did he hit you hard?
6      A.   Hard.  I screamed a lot.
7      Q.   And did you scream a lot when he was hitting
8   you all those other times?
9      A.   Yes.
10     Q.   You said at that point they brought Willy into
11  the bathroom with you?
12     A.   After he and the girl exited the bathroom.
13     Q.   And were you still tied up that point?
14     A.   Yes, I was still tied up.
15     Q.   When they brought Willy in, did you notice
16  anything about him?
17     A.   Willy had also been beaten up.
18     Q.   What happened next?
19     A.   We were left there, morning came, and we were
20  there for about two days.
21     Q.   And when Willy came in, did he come in
22  immediately after Obel Cruz-Garcia and the woman left or
23  had some time passed?
24     A.   No, no.  When he left, it was about 15 to 20
25  minutes when Willy came in.

1      Q.   Okay.  And he had been beaten up?

2      A.   Yes, he was also beaten.

3      Q.   Were y'all scared?

4      A.   We were scared.  We thought we were going to

5  die.

6      Q.   At some point during the time you were held, do

7  you remember having a phone call with Manuel?

8      A.   I don't remember very well because...

9      Q.   Do you remember if you were ever put on the

10  phone to talk to Manuel or do you not remember that?

11      A.   I don't remember very well if I was able to

12  talk to him or not.  I don't remember.

13      Q.   Okay.  Do you remember what happened after they

14  put Willy in the room with you?

15      A.   After that, we were not beaten again.

16      Q.   At some point did you learn the defendant had

17  left y'all with someone else to stay with you?

18      A.   Yes.  He left a guy at the door.

19      Q.   Okay.  And that guy, do you remember what he

20  was being called, what his name was?

21      A.   I believe that it was Pablo.

22      Q.   And Pablo didn't beat you?

23      A.   No, Pablo didn't hit us.

24      Q.   Is it fair to say the only person who beat you

25  was Obel Cruz-Garcia?

1      A.   Yes.

2      Q.   During the time that you were being held, did

3  you have an opinion on who was running this whole deal?

4      A.   From what I saw, he was the one that was in

5  charge because he was the one that was acting it all out

6  and doing everything.

7      Q.   And when you say "he," do you mean Obel

8  Cruz-Garcia?

9      A.   Yes.

10      Q.   Was he the one who was telling everyone else

11  what to do?

12      A.   What they had to do.

13      Q.   And were they doing everything that he said?

14      A.   Yes.  Because he told Pablo if we moved to kill

15  us.

16      Q.   Okay.  During the time that he held you, did he

17  tell you that on multiple occasions?

18      A.   To Pablo, to the guy that was at the door.

19      Q.   Okay.  And you believed he would, didn't you?

20      A.   Yes.

21      Q.   Did you ever think you were going to get out of

22  this situation alive?

23      A.   I never thought it.

24      Q.   Tell us how it happened that y'all were

25  ultimately released.

```
 1        A.    I don't know what happened.  I just know that
 2   the guy that was at the door told us to get ready, y'all
 3   are leaving.  And they also took us out with a hood over
 4   our heads.  They put us in a car and they took us about
 5   two or three blocks from where we were at and there they
 6   let us go.
 7        Q.    And how many people did that?
 8        A.    There were two, I believe, that there were.
 9   About two.
10        Q.    Okay.  Did you have anyplace to go when they
11   dropped you off?
12        A.    Well, no.  We ran to the avenue and then there
13   at the avenue we already knew where were at.  We started
14   walking until we found a patrol car.
15        Q.    Can you tell us about the injuries you had?
16        A.    Well, I couldn't wear a shoe for about a month.
17        Q.    Okay.  Why?
18        A.    Because my foot and toe were swollen.
19        Q.    Okay.
20        A.    And I lost two of my top teeth.
21        Q.    And when did that happen?
22        A.    When he was beating me in the bathroom.
23        Q.    He knocked your teeth out?
24        A.    Yes.
25        Q.    Do you still have problems with your foot?
```

1  A. I have problems at times to walk.

2  Q. After they released you, you said you found a

3 police car?

4  A. Yes.

5  Q. Where did the police car take you?

6  A. We asked to be taken to the place where we

7 work.  After we got there, they made a call on the radio

8 and more patrol cars arrived and then we were taken to

9 the central police station.

10  Q. At some point, were you asked to identify some

11 of the individuals that were involved in this?

12  A. Yes.

13  Q. And was one of those individuals Obel

14 Cruz-Garcia?

15  A. Yes.

16  Q. And you were able to identify him for the

17 police?

18  A. Yes.

19  Q. And, ultimately, he was convicted of that case,

20 was he not?

21  A. Yes.

22  Q. Over the years, have you received notice from

23 people about parole hearings that have come up when he

24 was in prison in Puerto Rico?

25  A. Yes.  We have gone.  We have gone.

1    Q.   Have you gone to all of his parole hearings?

2    A.   I think so.

3    Q.   And Manuel has gone, has he not?

4    A.   Yes, he also gone.

5    Q.   William has also gone?

6    A.   Yes.

7    Q.   Why is that?

8    A.   Well, we were called in to go and we didn't

9  want to let him go because he had abused us a lot.

10   Q.   And have you still had problems because of what

11 happened to you that day?

12   A.   Well, one gets nervous at times and you think

13 that it can happen to you again.

14   Q.   And is it fair to say that you still fear for

15 your safety?

16   A.   Yes.

17   Q.   Even now testifying in this case?

18   A.   Even now.

19           MS. TISE:  I will pass the witness.

20           THE COURT:  Thank you, Ms. Tise.

21           Mr. Cornelius.

22           MR. CORNELIUS:  Can I have a moment, Judge?

23           THE COURT:  Yes.

24           (Pause)

25           MR. CORNELIUS:  We're going to reserve any

```
 1   cross, Judge.
 2              THE COURT:  Okay.  May this witness be
 3   excused at this time?
 4              MS. TISE:  Yes, Your Honor.
 5              THE COURT:  Okay.  Mr. Buten, you may step
 6   down.  You're excused subject to recall.
 7              Please call your next.
 8              MS. TISE:  The State will call William
 9   Garay Martinez.
10              THE COURT:  Mr. Martinez, please speak into
11   the microphone and keep your voice up, please, sir.
12              Ms. Tise, you may proceed.
13                     WILLIAM GARAY MARTINEZ,
14   having been first duly sworn, testified through the
15   interpreter as follows:
16                     DIRECT EXAMINATION
17   BY MS. TISE:
18       Q.   Would you please introduce yourself to the
19   jury?
20       A.   William Garay Martinez.
21       Q.   And what does your family call you?
22       A.   Willy.
23       Q.   Willy.
24              Okay.  Do you know a person named Manuel
25   Buten?
```

1      A.   Yes.

2      Q.   And how are you related to him?

3      A.   Now, we are friends.

4      Q.   Okay.

5      A.   Before he was my stepfather.

6      Q.   And he and your mother are no longer together,

7   correct?

8      A.   No.

9      Q.   Okay.  So, how long have you known Manuel?

10     A.   Since I was eight years old.

11     Q.   And can you tell the jury how old you are now?

12     A.   Twenty-eight.

13     Q.   And can you tell the jury how old you were in

14   2001 when the incident that we're here to talk about

15   happened?

16     A.   Sixteen.

17     Q.   Okay.  What do you do for a living these days?

18     A.   Cook.

19     Q.   Okay.  And are you married or single?

20     A.   Single.

21     Q.   Okay.  Do you have any children?

22     A.   Yes.

23     Q.   How many?

24     A.   Three.

25     Q.   Okay.  Back in 2001, do you remember working

1  and helping out at your stepfather's food trailer?

2      A.   Yes.

3      Q.   And what did you do for him back then?

4      A.   I was also a cook and I would also clean the

5  seafood and I would peel the plantain.

6      Q.   Okay.  So, you cooked, you cleaned the seafood,

7  and pealed the plantain?

8      A.   I worked there.

9      Q.   Okay.  And so, can we try to wait and let the

10  interpreter finish her question before you answer?

11      A.   Yes.

12      Q.   She's good, but not that good.

13           Okay.  So, most of the time when you were

14  working, is it fair to say you were in the trailer

15  itself with your stepfather?

16      A.   Inside, outside.  Wherever I was told.

17      Q.   Wherever he told you to go, you did it?

18      A.   Uh-huh.

19      Q.   Okay.  Back in October of 2001 when this

20  happened, when the man that we're here to talk about

21  first approached your food trailer, where were you

22  working?

23      A.   Up in the kitchen.

24      Q.   Okay.  So, inside the trailer where your

25  stepfather was?

1     A.   Yes, inside.

2     Q.   Okay.  And who else was working that day?

3     A.   Andres.

4     Q.   Okay.  And do you also call him Johnny?

5     A.   Yes.

6     Q.   And was Manuel there that day?

7     A.   Yes.

8     Q.   Do you remember Johnny's wife being around at

9 that time?

10     A.   I don't remember very well.

11     Q.   Okay.  So, while you are up there and cooking

12 inside the trailer, when did the person we're here to

13 talk about first come to your attention?

14     A.   Well, Obel went and ordered food.  He asked for

15 some plantain with octopus and shrimp, along with the

16 girl.  And during the time that they were cooking his

17 food, there was some music on.  He said:  That's very

18 nice music, and he asked that it be turned up.  He told

19 Andres to turn up the volume.  And he did it at that

20 moment, Andres turned up the volume.

21     Q.   Okay.  And did you hear that exchange take

22 place?

23     A.   Yes.

24     Q.   And this is while you were cooking?

25     A.   Yes, I was working.

1      Q.    And where was Manuel?

2      A.    In the kitchen.

3      Q.    Okay.  And was he part of that conversation or

4  do you remember?

5      A.    No, no.  He didn't say anything.

6      Q.    Okay.  Then what happened?

7      A.    He ate his food.  And then after he ate his

8  food, he got up and went to the counter and he pulled

9  out a revolver and he fired two shots at Manuel.

10      Q.    Okay.

11      A.    But the shots didn't go out, nothing came out.

12  Manuel gets out, takes off running.  And then he's like

13  this, still pointing at Manuel (indicating).  Manuel

14  keeps running.  And then he said:  Get those two that

15  are up there.  And if they have a weapon -- he had a

16  weapon.

17      Q.    Okay.  He said:  Get those two, and he had a

18  weapon?

19      A.    Yes.

20      Q.    Okay.  When you say "he" about the person who

21  is talking, do you see that person in the courtroom

22  today?

23      A.    Uh-huh.  He is right there (indicating).

24      Q.    And can you tell us something about the

25  clothing that he's wearing?

1          A.   He's got on a suit.

2          Q.   Okay.  What color is it, can you tell?

3          A.   Dark gray.

4               MS. TISE:  Your Honor, may the record

5    reflect the witness has identified the defendant?

6               THE COURT:  The record will so reflect.

7          Q.   (By Ms. Tise) Had you ever seen that man before

8    that day?

9          A.   I could not recall it, but as he was hitting

10   me, he said to me:  Don't you remember me?  You don't

11   remember me, that I bought that cup of octopus from you

12   yesterday?

13         Q.   So, had you remembered him or seen him before

14   as a customer?

15         A.   The day before.

16         Q.   And so now does -- after he said that, did that

17   come back to you?

18         A.   Yes.

19         Q.   Okay.  Other than him coming up the day before

20   and buying some octopus from you, had you ever seen him

21   before?

22         A.   No.

23         Q.   Okay.  He's not somebody that you knew or

24   associated with in any way?

25         A.   No.

1    Q.   What about the woman who was with him, had you

2  ever seen her before?

3    A.   No.

4    Q.   Is he the person who said to grab you and

5  your -- well, I guess he's your step uncle, Andres.

6    A.   Me and Andres.

7    Q.   Okay.  But who is the one who gave the order to

8  grab y'all?

9    A.   Obel.

10   Q.   Okay.  And were you grabbed?

11   A.   Yes.

12   Q.   Who did that?

13   A.   Another person that was there.

14   Q.   Okay.  And did somebody also grab Andres?

15   A.   Yes.

16   Q.   Okay.  Do you know who that was?

17   A.   At that moment, I didn't see the face of the

18  person that grabbed me.

19   Q.   Okay.  What happened next?

20   A.   After that, after he said that, they took us to

21  a truck and they put a pillowcase over each of us.

22   Q.   Okay.

23   A.   And they put us inside.  One got in on one side

24  and another got in on the other side.

25   Q.   And with the pillowcase on your head, I guess

1    you wouldn't have been able to see who those people

2    were?

3        A.    No.   It was dark.   You couldn't see anything.

4        Q.    And were you able to even say who was driving

5    at that point?

6        A.    No, I did not know.

7        Q.    Do you remember any conversation that was

8    happening when y'all were in that car?

9        A.    He just said:  Check them, and if any of them

10   have a weapon kill them.

11       Q.    Okay.  Did you have a weapon?

12       A.    No.

13       Q.    Did Andres have a weapon?

14       A.    He also didn't have one.

15       Q.    What happened next?

16       A.    From there, we were taken to the house.  They

17   put the truck in the garage, he opens the door.   And

18   from the moment the door was opened, he started beating

19   us.

20       Q.    Okay.

21       A.    He removes the bag from my head and says as I'm

22   being beat I think.  He removes the bag and says:  You

23   don't remember me, son-of-a-bitch?  I'm the one that

24   bought the cup of octopus from you.   And then he grabs

25   and bites this lip and he spits on me.  He throws me to

1    the floor and he continues hitting me and then he was

2    stomping on my back like this (indicating).

3         Q.   Okay.  I want to take it a little bit slower.

4    You're saying "he."  Is the person --

5         A.   Him (indicating).

6         Q.   Is that the person who did all of those things

7    to you that you've just described?

8         A.   Uh-huh.

9         Q.   I see you pointing at the defendant, Obel

10   Cruz-Garcia.

11        A.   Yes.

12        Q.   Okay.  What happened next?

13        A.   I was laying there for a moment on the floor

14   and then he left for a moment.  And while I was there, I

15   could hear Andres' screams.  And every time he would

16   pass by, he would stomp on my back.

17        Q.   And I want to stop you there.

18        A.   Me?

19        Q.   Yes.  Stop for just a second.  You described --

20   you described that he was stomping on your back.

21        A.   Yes.

22        Q.   And how was he --

23        A.   Every time he would pass by, he would stop and

24   he would stomp.

25        Q.   And did he use both feet when he did that or

1  one foot?

2      A.   Both.

3      Q.   So, was he jumping on your back with both feet

4  like that?

5      A.   Yes, like that.

6      Q.   Was it hard?

7      A.   Uh-huh.

8      Q.   Did it hurt?

9      A.   Yes, it hurt.

10     Q.   What were you doing?

11     A.   From the beating, I was already like

12 anesthetized.

13     Q.   Because before he did that, he had already

14 beaten you up pretty bad, hadn't he?

15     A.   Yes, he had beaten me.

16     Q.   And you said while this was going on, you could

17 hear something?

18     A.   When he left me alone for a moment, when he

19 left me there, there was another man there.

20     Q.   Okay.  So, he left you --

21     A.   And I believe that I could hear Johnny's

22 screams, Andres.

23     Q.   And that was during the moment that he was away

24 from you, Obel Cruz-Garcia?

25     A.   That he was not with me.

1    Q.    And then from the way you are describing it, it

2    sounds like he would leave for a little while and then

3    come back and stomp on you some more and then leave

4    again and then come back?

5    A.    Yes.

6    Q.    While he was gone, did the man that he left you

7    with, did he do anything to you?

8    A.    No.

9    Q.    Did anybody else beat you or hurt you or abuse

10   you in any way while you were held other than Obel

11   Cruz-Garcia?

12   A.    No, no.

13   Q.    Did you ever hear him call anyone by name?

14   A.    No.

15   Q.    Okay.  Did you notice how he interacted with

16   the other men who were helping him?

17   A.    No.

18   Q.    Were you able to form an opinion as to who was

19   the boss?

20   A.    Well, he was the one that was giving the

21   orders.

22   Q.    And was everybody else just doing what he said?

23   A.    What he would say.

24   Q.    What happened after he was stomping on you and

25   then he would leave and go to Andres and then come back?

1  What was the next thing that happened?

2       A.   After a while he came back and he stood me up

3  and he beat me again.  He hit me with a revolver here

4  (indicating).  And then he was going to slit my throat.

5  He grabbed the knife and then he gave me several blows

6  with that knife and then he threw the knife.  And then

7  he pulled out my penis and that he was going to cut it.

8  And what he did was just like kind of tap me with the

9  knife.  And then he said no, that he was going to cut

10  one of my toes.  And then he removed my tennis shoes, he

11  grabbed my toe, but he didn't cut it.  And then after

12  those blows, he took me into the bathroom with Andres.

13       Q.   So, let me ask you a couple of things about

14  that.

15       A.   Uh-huh.

16       Q.   When he put the knife up to you, up to your

17  neck and told you he was going to slit your throat --

18       A.   Uh-huh.

19       Q.   -- did he cut you?

20       A.   Just a small mark.

21       Q.   But he did cut you?

22       A.   It was not something significant, just a little

23  scab.

24       Q.   Okay.  But a little cut with a knife?

25       A.   Yes.

1      Q.   And when he took your penis out --

2      A.   Uh-huh.

3      Q.   -- and he told you he was going to cut it, what

4  did he do with the knife then?

5      A.   He asked me:  Does it get hard, and he did this

6  (indicating).

7      Q.   Did what with what?

8      A.   With the knife like this (indicating).

9      Q.   Okay.  And did he also nick you on your

10 testicle?

11     A.   No, not on the testicle.

12     Q.   Did he nick you anywhere on your private parts?

13     A.   No.  He left a mark on my penis, not on the

14 testicles.

15     Q.   Okay.  When he was doing that, were you scared?

16     A.   A little.

17     Q.   Were you afraid he was going cut you?

18     A.   Yes.  There, yes.

19     Q.   At some point, were you tied up?

20     A.   Yes.

21     Q.   When did that happen?

22     A.   When I was taken to the bathroom.

23     Q.   And what were you tied up with?

24     A.   With a coat hanger wire.

25     Q.   And did he put your hands in front of you or

1  behind you?

2       A.   In back.

3       Q.   And did you stayed tied up for the rest of time

4  you were in captivity?

5       A.   Yes, trying to get lose.

6       Q.   When you got in the bathroom and you saw

7  Andres, did you notice anything about him?

8       A.   Yes.  He had been beaten.

9       Q.   Did he look pretty bad?

10      A.   Yes.

11      Q.   What happened next?

12      A.   We stayed in the bathroom for a short time.

13      Q.   Then what happened?

14      A.   Then we were brought Kentucky Fried Chicken.

15      Q.   Okay.  Did you eat it?

16      A.   I didn't eat.

17      Q.   Did Andres eat?

18      A.   Andres ate something.  He ate some poached

19  eggs.

20      Q.   Do you know how long y'all had been held when

21  you were brought that food?

22      A.   We had been there for quite a while.

23      Q.   Who brought the food to you?

24      A.   They did, the people that were there with him.

25      Q.   Okay.  Was it Obel Cruz-Garcia or one of the

1   other guys who was helping him?

2      A.   The ones that were with him.  I really didn't

3   see their faces from the bathroom.

4      Q.   Okay.

5      A.   When the lights were on -- even though I had

6   the pillowcase over my face, with the light on I could

7   still see something.

8      Q.   When did the pillowcase go back over your head?

9      A.   When the people that were with him were going

10   to come in, the people that were with Obel so that we

11   couldn't see.

12      Q.   Okay.  So, you were in the bathroom --

13      A.   Uh-huh.

14      Q.   -- and whenever --

15      A.   With Andres.

16      Q.   With Andres.  And whenever someone would come

17   into the bathroom, one of his helpers, they would make

18   you put the pillowcase on before they came in?

19      A.   Yes, at times.

20      Q.   The rest of the time, you didn't have the

21   pillowcase on your head?

22      A.   No.  After that, no.

23      Q.   What happened next?  Do you remember -- let me

24   ask you this.  Do you remember a point when you were

25   able to talk to your stepfather on the phone?

```
 1        A.   No.

 2        Q.   You don't remember that at all?

 3        A.   No.

 4        Q.   Do you remember much about that time that you

 5   were in the bathroom?

 6        A.   Yes.  Well, I was there for quite a while.

 7        Q.   Okay.  Did you really kind of lose track of

 8   time?

 9        A.   No.

10        Q.   Were you hurting?

11        A.   My body hurt somewhat.  It was uncomfortable.

12        Q.   Do you remember times where the defendant would

13   tell you he was going to kill you?

14        A.   Yes.

15        Q.   Did you believe him?

16        A.   Well, of course.

17        Q.   Did you think you were going to get out of that

18   alive?

19        A.   I didn't believe that.

20        Q.   Do you remember the defendant leaving for a

21   period of time and leaving you with someone named Pablo?

22        A.   Pablo, yes.

23        Q.   And do you remember ultimately being released?

24        A.   Yes.

25        Q.   Okay.  Before you were released, you and Andres
```

1   had some discussion about trying to escape?

2       A.   Yes.

3       Q.   Whose idea was that?

4       A.   I told him.

5       Q.   What was your thought and your plan for trying

6   to escape?

7       A.   Well, my thoughts were to open the door and

8   defend ourselves because there was just one person

9   there.

10      Q.   Okay.  And had something actually been put on

11  the door to make noise in case you opened it?

12      A.   Some wire.

13      Q.   Okay.  So, they rigged some wire on the door so

14  it make a noise?

15      A.   Yes, if we tried to open it.

16      Q.   Okay.  When you were talking about or thinking

17  about escaping, did Andres want to do that?

18      A.   No, he didn't want to.

19      Q.   What did he want to do instead?

20      A.   He said that we should start praying and wait.

21      Q.   And that's what you did?

22      A.   Yes, between the two of us.

23      Q.   Ultimately, you were released?

24      A.   Yes.

25      Q.   And do you remember how that happened?

1     A.    When they let us go?

2     Q.    Uh-huh.

3     A.    Yes.   Pablo let us go.

4     Q.    Okay.   How did he let you go?   Did he take you

5  somewhere?

6     A.    He placed the pillowcases, once again, on our

7  heads.   He took us out to the car, got us in, and then

8  the car went to the corner, like to here, and he told us

9  to get out, to run, and not to take off the pillowcases.

10    Q.    Did you follow his instructions?

11    A.    Yes.

12    Q.    What happened next?

13    A.    We went out to the avenue.

14    Q.    Were you able to locate some police officers to

15 help you?

16    A.    We walked a lot and then when we got to the

17 other avenue, a patrol car came by.

18    Q.    And what happened?

19    A.    He asked us what had happened and we told him

20 and then we were put into the patrol car and we were

21 taken to the police station.

22    Q.    Later on, do you remember being asked to

23 identify Obel Cruz-Garcia as the individual who

24 kidnapped you that day?

25    A.    That same day?

1     Q.   No.  Later.

2     A.   Yes, later.

3     Q.   Okay.  Several days later, in fact.  Correct?

4     A.   More or less, two to three days.

5     Q.   And were you able to identify him?

6     A.   Yes.

7     Q.   And that's the same man you've identified here

8 in court today?

9     A.   Yes.

10    Q.   And you know that there were court proceedings?

11    A.   What do you mean?

12    Q.   Well, the court took his case, right?

13    A.   There in Puerto Rico?

14    Q.   Yes.

15    A.   Yes.  What do you mean that they accepted it?

16    Q.   Well, did it -- was there a case that was filed

17 against him?

18    A.   Yes.

19    Q.   And he was convicted of what he did to you,

20 wasn't he?

21    A.   Yes.  Yes, he was.

22    Q.   And he was sent to prison?

23    A.   Yes.

24    Q.   And he would come up for parole every so often?

25    A.   Yes.

 1       Q.   And you would go to those hearings, wouldn't

 2  you?

 3       A.   Yes, I went.

 4       Q.   Why?

 5       A.   Because at that time we didn't want him to get

 6  back out on the street.

 7       Q.   And that was important to you?

 8       A.   We wanted him to serve out what they had given

 9  him.

10            MS. TISE:  I will pass the witness.

11            THE COURT:  Thank you, Ms. Tise.

12            Mr. Cornelius.

13            MR. CORNELIUS:  Just a moment if I might,

14  Judge.

15            THE COURT:  Yes.

16            (Pause)

17            MR. CORNELIUS:  We'll reserve our cross,

18  Judge.

19            THE COURT:  And so, Mr. Martinez, you may

20  step down.  You're excused subject to being recalled,

21  sir.

22            Okay.  Please call your next.

23            MR. WOOD:  The State calls Officer Efrain

24  Esmurria.

25            THE COURT:  Has this witness been sworn?

1          MR. WOOD:  He has, Your Honor.

2          THE COURT:  Sir, please keep your voice up

3  and speak into the microphone.

4          THE WITNESS:  Okay.

5          THE COURT:  One second.

6          (Pause)

7          THE COURT:  You may proceed, Mr. Wood.

8          MR. WOOD:  Thank you, Your Honor.

9          **EFRAIN ESMURRIA HERNANDEZ,**

10  having been first duly sworn, testified through the

11  interpreter as follows:

12                    **DIRECT EXAMINATION**

13  **BY MR. WOOD:**

14     Q.   Good afternoon, Mr. Esmurria.

15     A.   Good afternoon.

16     Q.   Can you introduce yourself with your full name

17  for the ladies and gentlemen of the jury, please?

18     A.   Mr. Efrain Esmurria Hernandez.

19     Q.   Is it okay if I call you Mr. Esmurria or --

20     A.   Officer.

21     Q.   Officer.

22          Okay.  Officer, tell us how you were

23  employed.

24     A.   Department of Corrections and Correctional

25  Institution of Guayama, Puerto Rico.

```
 1        Q.   And how -- are you from Puerto Rico?

 2        A.   Yes.

 3        Q.   Have you lived there your whole life?

 4        A.   Yes.

 5        Q.   How long have you worked as a corrections

 6   officer?

 7        A.   Fourteen years and six months.

 8        Q.   And what are your current responsibilities as a

 9   corrections officer?

10        A.   To safeguard life and property of the Puerto

11   Rican government.

12        Q.   And do you work at a particular location or how

13   are you assigned?

14        A.   Guayama Correctional Complex.

15        Q.   I know they are -- she's going to ask you to

16   spell that.  Can you spell that?

17        A.   Guayama Correctional Complex.

18        Q.   Can you spell that first name?

19        A.   G-u-a-y-a-m-a.

20        Q.   And what do you do there at that complex?

21        A.   Officer of corrections.

22        Q.   Right, but what are your responsibilities?

23        A.   Currently?

24        Q.   Yes.

25        A.   I'm the driver of an ambulance for the
```

1   institution.

2        Q.   And do you work there on the property?

3        A.   Yes.

4        Q.   What other duties have you had in the past?

5        A.   I have always been on medical services for

6   inmates.

7        Q.   At any point in time have you had an occasion

8   to conduct examinations of cell blocks or cells?

9        A.   That's correct.

10       Q.   I want to take you back to October of 2003.

11  Were you working as a corrections officer at that time?

12       A.   Yes.

13       Q.   Were you assigned to the same facility?

14       A.   What's the word?  Yes, yes.

15       Q.   And I want to direct your attention to October

16  10th of 2003.

17       A.   Okay.

18       Q.   Did you have an occasion to inspect the cell of

19  Obel Cruz-Garcia?

20       A.   Correct.

21       Q.   Officer, I want to ask you a couple of

22  questions about those cells first.

23       A.   Okay.

24       Q.   Was there a particular section of the facility

25  that the defendant was housed in?

```
 1        A.    Correct.

 2        Q.    And what was that section generally?

 3        A.    AA023.

 4        Q.    And is that -- was he assigned a specific cell

 5   at that time?

 6        A.    That's correct.

 7        Q.    How many people were assigned to his cell?

 8        A.    Him and another person.

 9        Q.    And tell the ladies and gentlemen of the jury

10   generally how is the cell laid out.

11        A.    It's divided -- well, it has a capacity of 62

12   prisoners.

13        Q.    I'm sorry.  I didn't catch that.  How many?

14        A.    It has the capacity of 62 prisoners.

15        Q.    Sixty-two?

16        A.    The whole section.

17        Q.    Okay.  And then in each cell, there are two

18   individuals or two inmates?

19        A.    Only two persons on two bunkbeds.

20        Q.    And what is inside of each cell?

21        A.    The two beds, the toilet, and a concrete table

22   and a concrete bench, a lamp and a window.

23        Q.    At that time in October of 2003, how did

24   inspections occur when you were inspecting cells?

25        A.    With a rubber mallet.
```

1    Q.   And did you conduct that by yourself or with

2  any other officer?

3    A.   With another officer.

4    Q.   How often would these inspections occur?

5    A.   Daily at noon.

6    Q.   And when you conducted an inspection like this,

7  where were the inmates placed during the inspection?

8    A.   In front of the cells so they could be

9  attentive to the procedure.

10    Q.   So, they were just located just right outside

11  of the cell?

12    A.   Correct.

13    Q.   On October 10th of 2003, you stated that you

14  had a chance to inspect the cell of Obel Cruz-Garcia and

15  his other inmate -- or his other cell mate?

16    A.   Correct.

17    Q.   And, Officer, do you see Obel Cruz-Garcia here

18  in the courtroom today?

19    A.   Correct.

20    Q.   Can you please point to him and identify

21  something that he's wearing so we know who you are

22  talking about?

23    A.   The gray sports coat.

24         MR. WOOD:  Your Honor, may the record

25  reflect the witness has identified the defendant?

1          THE COURT:  The record will so reflect.

2          MR. WOOD:  Thank you.

3     Q.   (By Mr. Wood) Officer, after you had removed

4  Obel Cruz-Garcia and the other inmate or the other cell

5  mate, what did you do first?

6     A.   I proceeded to perform the cell inspection at

7  the doors, the equipment they are provided with, the

8  clothing, the mattress, and the way the equipment

9  functions.  Like, as of the toilet and lights.  And at

10  last, the whole structure, windows, frames.

11     Q.   I think before you stated that you -- in

12  inspecting cells, you used a rubber hammer; is that

13  right?

14     A.   Correct.

15     Q.   And did you use a rubber hammer in inspecting

16  the defendant's cell on October 10th, 2003?

17     A.   Correct.

18     Q.   What did you find when you were inspecting the

19  cell with the hammer?

20     A.   An irregular sound on one of the window panes.

21     Q.   And explain to us what you mean by that.

22     A.   There is a procedure that's performed every

23  day.  And at that time, when I was inspecting that

24  cell -- and part of the inspection is to hear -- there

25  was something irregular.

1      Q.   And -- I'm sorry.  Go ahead.

2      A.   And when I hit one of the windows, the pane

3  falls.

4      Q.   And was that something that should have

5  happened or was normal?

6      A.   It's not normal.  And the supervisor was

7  notified to report to that area.

8      Q.   Now, Officer, when you found that this window

9  pane fell out, where did the window -- where did the

10  window pane fall to?

11     A.   Outside.

12     Q.   So, the window inside of the defendant's cell

13  went to the outside?

14     A.   That's correct.

15     Q.   Not into another cell or something like that?

16     A.   No.

17     Q.   Okay.  So, you found that the window pane fell

18  out and you notified the supervisor; is that right?

19     A.   Correct.

20     Q.   Did you continue your inspection?

21     A.   No.  The procedure is stopped for the

22  supervisor and more officers to arrive to the area.

23     Q.   And did that happen?

24     A.   Yes, that's correct.

25     Q.   Once supervisors and -- a supervisor and other

1  officers arrived, what happened next?

2      A.   The supervisor orders an inspection of

3  belongings.

4      Q.   And did that occur in your presence?

5      A.   Yes.

6      Q.   What happened at that point?

7      A.   They were finding some things that were

8  prohibited at the area of cells.

9      Q.   And tell us what those were.

10     A.   A rope made up with bed sheets, a map of Puerto

11 Rico.  And then the next thing that we proceeded to do

12 was to arrest them and take them to the admissions area.

13     Q.   Okay.  I will visit with you about that in a

14 minute, but let's talk about the window.  Could you tell

15 what happened to the window?

16     A.   There was a space left.  I mean, I could fit

17 through there.

18     Q.   So, a person could fit through the space that

19 had been created in the window?

20     A.   Correct.

21     Q.   Could you tell how the opening to that window

22 had been created or how that had happened?

23     A.   Well, on plain view, you could see that it had

24 been cut.

25     Q.   And if you know, only if you know, do you know

1  how it had been cut?

2     A.   No.

3     Q.   Let me ask you a little bit about -- you said

4  that you had discovered a rope made out of bed sheets;

5  is that correct?

6     A.   Correct.

7     Q.   Explain what you mean by that, a rope out of

8  bed sheets.

9     A.   I image that it was made with the same bed

10  sheets that they are given and it was sort of a braid.

11     Q.   In your estimation, was that designed in a way

12  that could be used to escape from that particular cell?

13     A.   Correct.

14     Q.   Was this particular cell of the defendant's on

15  the first floor or the second floor?

16     A.   Second floor.

17     Q.   And the map of Puerto Rico that you referenced.

18     A.   Highways, highways with numbers.

19     Q.   And where was it located?

20     A.   In the area -- it was where the bed sheets were

21  piled up.  That's where it was.

22     Q.   And were these located in a particular bag or

23  anything like that or where were they found?

24     A.   It was a bed sheet.  It was made as a sack and

25  it was tied up.

 1      Q.   Were these two items, the rope made out of the

 2   bed sheets and the map, were those permissible items for

 3   one to have in their cell at that time?

 4      A.   No.

 5      Q.   When you were talking about the window pane

 6   that had fallen out, was that the window pane contained

 7   within the defendant and his cell mate's cell?

 8      A.   Correct.

 9      Q.   You stated that once these items were found,

10   they were taken immediately to the admissions area.  Is

11   that right?

12      A.   Correct.

13      Q.   And what do you mean by that?  What does that

14   mean?

15      A.   Well, due to the findings, the area is put

16   under security under officers to avoid having any type

17   of riot or any escape.

18      Q.   And when a person -- well, when Obel

19   Cruz-Garcia and his cell mate were taken to the

20   admissions area, what happened at that point?

21      A.   The supervisor then ordered a -- ordered both

22   of them to be searched naked, each one of them.

23      Q.   Is that common practice in that situation?

24      A.   Yes.

25      Q.   And were you present at that time?

1     A.   Yes.

2     Q.   Was there anything of note that was found

3 during the search of Obel Cruz-Garcia?

4     A.   At admissions, a cell phone was found on him.

5     Q.   And I know it may sound like a dumb question,

6 but is a cell phone allowed to be possessed by an inmate

7 within the facility?

8     A.   It's prohibited.

9     Q.   At that point, what happened next, do you know?

10     A.   Obel was interrogated and he did not provide

11 any type of information.  And he was kept in that area

12 and then the classification committee determined other

13 type of custody due to the findings.

14     Q.   And is that also common practice, for the

15 punishment to be decided after an incident like this?

16     A.   Correct.

17     Q.   Would you say, Officer, that the overall

18 concern in your facility is for the safety of those in

19 the facility?

20     A.   Correct.

21     Q.   Does that mean the safety of fellow officers

22 like yourself?

23     A.   Fellow officers and the community as well.

24     Q.   And that community also includes even other

25 inmates in that facility; is not that right?

1  A. That's correct.

2  Q. And other staff that might work there?

3  A. That's correct.

4  Q. Officer, during your time as a correctional

5 officer, was this the one instance that stands out in

6 your mind related to Obel Cruz-Garcia?

7  A. No.

8    MR. WOOD:  Your Honor, I'll pass with the

9 witness.

10    THE COURT:  Thank you, Mr. Wood.

11    Mr. Cornelius, do you have any questions?

12    MR. CORNELIUS:  Can we approach the bench?

13    THE COURT:  Yes.

14    (At the bench, on the record)

15    MR. CORNELIUS:  I don't know the purpose of

16 that last question.  Was it to lay the predicate that

17 there are some other problems?

18    MR. WOOD:  I wasn't really sure if he

19 answered to verify that question.  I think he

20 misunderstood.  I don't think he has any other testimony

21 related to Obel Cruz-Garcia.  This was the one incident

22 that he recalled.

23    MR. CORNELIUS:  You think when he said "no"

24 he meant nothing else?

25    MR. WOOD:  Correct.

```
 1              MR. CORNELIUS:  If it turns out --

 2              THE COURT:  Let's take a break.

 3              (Open court, defendant and jury present)

 4              THE COURT:  We're going to take a break, a

 5    15-minute break.

 6              THE BAILIFF:  All rise.

 7              (Open court, defendant present, no jury)

 8              THE COURT:  Outside the presence of the

 9    jury, did you want to ask him any questions regarding

10    that outside the presence of the jury, Mr. Cornelius,

11    and then we can clear it up in front of the jury?

12              MR. CORNELIUS:  Yes.

13              THE COURT:  You may proceed.
```

<b>VOIR DIRE EXAMINATION</b>

**BY MR. CORNELIUS:**

```
16    Q.   Officer, my name is Skip Cornelius.  I'm the

17    defense lawyer, one of them, in the case.

18    A.   Okay.

19    Q.   You were just asked the question a moment ago

20    whether there were -- did you recall any other incidents

21    with Obel Cruz-Garcia and I didn't quite understand your

22    answer.

23    A.   No.  Only -- well, what's the right word?

24    That's the only time that I had contact with him.

25    Q.   Okay.  All right.  Thank you very much.
```

1          THE COURT:  All right.  Take a 15-minute

2    brake and we'll clear that up in front of the jury.

3          MR. CORNELIUS:  Yes, ma'am.

4          (Recess)

5          (Open court, defendant and jury present)

6          THE COURT:  Please be seated.

7          We're back on the record in Cause

8    No. 1384794.  And we are continuing with the

9    cross-examination of te witness, Officer Efrain Esmurria

10   Hernandez.

11         You may proceed, Mr. Cornelius.

12                    **CROSS-EXAMINATION**

13   **BY MR. CORNELIUS:**

14      Q.   Officer, my name is Skip Cornelius.  We spoke

15   briefly just before we resumed, right?

16      A.   Okay.

17      Q.   But we've never met before today; is that

18   correct?

19      A.   No.

20      Q.   The last question and answer that the

21   prosecutor asked you, I was a little concerned about.

22   So, let me ask it my way.  The incident that you've

23   testified about from October 10th, 2003, is that the

24   only incident that you had any connection with my

25   client?

1       A.   That's correct.

2       Q.   Okay.  Now, I want to talk to you for a moment

3   about the window that was in the jail cell back in

4   October of 2003.  First of all, what is the window made

5   out of?

6       A.   Metal.

7       Q.   Made out of metal?

8       A.   Correct.

9       Q.   And what's the purpose of the window?

10      A.   Ventilation and safety.

11      Q.   Okay.  So, is part of this window open so that

12  air can go through it?

13      A.   Correct.

14      Q.   All right.  And when you -- can you look

15  through the window?

16      A.   Yes.

17      Q.   And if you are in the jail cell looking through

18  the window, what do you see on the other side of the

19  window?

20      A.   Woods.

21      Q.   What do you see if you look through that

22  window?

23      A.   Looking outside or looking inside the cell?

24      Q.   From inside the cell looking through the

25  window, what would you see?

1      A.   A wooded area, trees, vegetation.

2      Q.   So, the window faces outside of the

3  correctional facility there?

4      A.   It's at the perimeter of the institution and

5  what you see is trees and the wooded area.

6      Q.   Okay.  I'm looking at the - well, are you sure

7  the window doesn't go towards the inside of the

8  facility?

9      A.   No.

10     Q.   No, it doesn't or --

11     A.   There is a perimeter, there is a free space,

12  two railings, and then the wooded area.

13     Q.   Does the facility have windows on the outside

14  of the facility?

15     A.   No.

16     Q.   Okay.

17          MR. CORNELIUS:  May I approach the witness?

18          THE COURT:  Yes.

19     Q.   (By Mr. Cornelius) Is this the facility we are

20  talking about right here (indicating)?

21     A.   No.

22     Q.   Okay.  Well, I must have the wrong name.

23          The picture I just showed you, is that

24  Bayamon Correctional Institution?

25          MR. CORNELIUS:  Can I approach the witness

1    again?

2                   THE COURT:  Yes.

3         Q.   (By Mr. Cornelius) This is it, right?  That's

4    not the facility at all (indicating)?

5         A.   No.

6         Q.   That's not the right name?

7         A.   That is Bayamon 1000.  That is the maximum

8    security facility.  He was located at Guayama 500.

9         Q.   Okay.  But is Guayama 500 also within this same

10   correctional institution?

11        A.   They are four institutions in the same complex.

12   He was located in one of them.

13        Q.   Okay.  So, the one I'm showing you is not the

14   one he was in, but that is Guayama, correct?

15        A.   No.  That's one of the institutions that is in

16   the complex.

17        Q.   It's one of the institutions within the

18   complex?

19        A.   It's one of the institutions within the

20   complex.

21        Q.   So, there are four different buildings or

22   institutions within the complex?

23        A.   Correct.

24        Q.   Okay.  And they don't have windows that face

25   the outside world, do they?

1     A.   The window at the area where he was, was facing

2  mountains and trees.

3     Q.   Are they -- okay.

4          THE COURT:  Mr. Cornelius, could I ask you

5  to sit down just so the jurors can make sure to hear the

6  interpreter?

7          MR. CORNELIUS:  Sure, Judge.

8          THE COURT:  Thank you.

9          You may proceed.

10    Q.   (By Mr. Cornelius) Let me ask it this way.  The

11 annex 500 is the one you are talking about, correct?

12    A.   Correct.

13    Q.   How many stories is it?

14    A.   Two.

15    Q.   Okay.  And you're saying the cell we are

16 talking about is on the second story?

17    A.   Correct.

18    Q.   So, the window on the second story, when you

19 look out, can you see over the rest of the prison and

20 see mountains and trees and all that stuff?

21    A.   On plain sight?

22    Q.   Yes.

23    A.   Yes.

24    Q.   Okay.  But the window in question, if you jump

25 out that window, where would you land?  Would you land

1    in the free-world or still in the institution?

2        A.   Within the institution.

3        Q.   Okay.  So, it's not a situation where if

4    someone were to remove that window they could just jump

5    out and take off running and be in the free-world,

6    right?

7        A.   It will be landing on a restricted area because

8    it has locks and chains.

9        Q.   Okay.  So, the purpose of the window is mostly

10   for ventilation; is that what you said?

11       A.   It's mainly for ventilation, but it had been

12   tampered with.  And if it's tampered, property has

13   already been broken.

14       Q.   Yeah, I understand that.  But the purpose for

15   the window is not being tampered with, but the main

16   purpose of the window is for ventilation?

17       A.   Ventilation because it does not have AC.

18       Q.   Okay.  And how much space is there open for

19   ventilation all the time?

20       A.   Four.

21       Q.   I'm sorry?

22       A.   Four.

23       Q.   Four different spaces?

24       A.   Four panes that when open, they leave four

25   spaces.  And when shut, then it's -- still it cannot be

1    seen to the outside.

2        Q.   Is the total size of the window approximately

3    2 feet by 3 feet?

4        A.   That is unknown to me.  I don't know about the

5    measurements.

6                MR. CORNELIUS:  Can I approach the witness,

7    Judge?

8                THE COURT:  Yes.

9        Q.   (By Mr. Cornelius) Is this by any chance a

10   report that you assisted in writing (indicating)?

11       A.   Correct.  That's a complaint to the Puerto

12   Rican police.

13       Q.   And what do these measurements right here

14   reflect?  What do these measurement right here reflect

15   (indicating)?

16       A.   Measurements.

17       Q.   Of what?

18       A.   That's unknown to me.

19       Q.   Okay.  Maybe I'm not understanding you, sir.

20   But read this little paragraph here to yourself.

21               MR. WOOD:  Your Honor, I object to this

22   witness using this document to refresh his memory if it

23   isn't a document that he prepared.  I think it was his

24   testimony that it was just a report of the incident.

25               MR. CORNELIUS:  I will ask him.

1      Q.   (By Mr. Cornelius) Did you help prepare this

2  report?

3      A.   No.

4      Q.   Okay.  All right.  So, you understand what it

5  says, but you didn't write it.  Is that what you're

6  saying?

7                THE COURT:  That's sustained.

8      A.   No.

9      Q.   (By Mr. Cornelius) Were there any photographs

10  made of this incident?

11      A.   That is my understanding, but I'm not involved

12  with that.

13      Q.   Okay.  And did you write any report with

14  respect to this?

15      A.   Only the part that I was in during the

16  operation, the inspection of the cell.

17      Q.   You wrote a report on that?

18      A.   Yes.

19      Q.   Did you bring it with you?

20      A.   It's with the documents that I have outside.

21                MR. CORNELIUS:  May I see that, Judge?

22                THE COURT:  Does the State have a copy of

23  that?

24                MR. WOOD:  Judge, the only incident report

25  that we were aware of that related to this incident was

1    the one that defense counsel has.

2              THE COURT:  Okay.  All right.  Well, let's

3    take another five-minute break and get this dealt with.

4    Take out the jury, please.

5              (Open court, defendant present, no jury)

6              THE COURT:  Officer, why don't you step

7    down and get your report and tender it to the

8    prosecutor, please.

9              (Recess)

10             (Open court, defendant and jury present)

11             THE COURT:  Please be seated.

12             Back on the record in Cause No. 1384794.

13   We're ready to proceed with the cross-examination of

14   Officer Efrain Esmurria Hernandez.

15             You may proceed, Mr. Cornelius.

16      Q.   (By Mr. Cornelius) Officer, the one handwritten

17   page is the part of the report that you actually wrote

18   yourself?

19      A.   Correct.

20      Q.   All right.  And so, you personally did not

21   measure the window?

22      A.   No.

23      Q.   Okay.  And the other things that you've

24   testified to to this jury, somebody else wrote them

25   down, you just saw them happen, like the search and

1    stuff like that?

2         A.   I do not understand the question.

3         Q.   You told the jury, for example, about a body

4    search or strip search.

5         A.   Yes.

6         Q.   That's not something you wrote about in your

7    report.  I guess, it wasn't your responsibility.  Is

8    that correct?

9         A.   I was present as an observer, but it was my

10   supervisor who present during that search and he drafted

11   a report and it contains that information.

12        Q.   Okay.  The window has four panes.  Is that what

13   you've told us?

14        A.   Correct.

15        Q.   Did all four panes come out or just one?

16        A.   All four opened.

17        Q.   Well, did all four fall out, though?

18        A.   Only one.

19        Q.   Okay.  And you don't know the entire size of

20   that window, correct?

21        A.   I don't know the numbers, but it's a big size.

22        Q.   So, 2 feet by 3 feet?

23        A.   I cannot answer that.

24        Q.   Okay.  All right.  One of the panes fell out of

25   four.  You don't know what size the window is, correct?

```
 1        A.    Correct.

 2        Q.    Do the four panes all open up?

 3        A.    There are only three panes left to open because

 4   there is a space -- open space left.

 5        Q.    Okay.  Well, if all three panes are in there

 6   the way -- if all four panes are in there the way they

 7   are supposed to be and the window is operating

 8   correctly, do they all open?

 9        A.    They do.

10        Q.    Who controls when they can be opened and when

11   they can't be open?

12        A.    The inmates.

13              MR. CORNELIUS:  All right.  Pass the

14   witness.

15              THE COURT:  Thank you, Mr. Cornelius.

16              Anything further, Mr. Wood?

17              MR. WOOD:  I have nothing further.

18              THE COURT:  May the witness be excused?

19              MR. CORNELIUS:  Yes, Your Honor.

20              MR. WOOD:  Yes, Judge.

21              THE COURT:  Officer, you're excused.  You

22   may step down.

23              THE WITNESS:  Thank you.

24              THE COURT:  Thank you.

25              Ladies and gentlemen, we're going brake for
```

1  the day.  It's a little bit after 5:00.  It's been a

2  long day and I expect that tomorrow will be a full day

3  as well.  I would like to start at 10:00 and go to 5:30

4  or 6:00, whatever we need to do to get the testimony in

5  for tomorrow.  So, if you can come prepared to do that.

6              And I want to remind you that you are not

7  to talk amongst yourselves or with anyone else on any

8  subject connected with the trial or to form or express

9  any opinion thereon until the end of the trial.  And

10 just so I can be a little more clear on that, don't

11 discuss -- not only the evidence, but don't discuss any

12 of your deliberations or anything when you are apart as

13 a juror and specifically when you are not back there in

14 the jury deliberation room being ordered to deliberate

15 and discuss it.  Okay?

16              And with that, I'm going to release you to

17 the deputy and we'll see at 10:00 in the morning.

18              THE BAILIFF:  All rise.

19              (Open court, defendant present, no jury)

20              THE COURT:  We're in recess till 10:00 in

21 the morning.

22              (Proceedings recessed)

23

24

25

1                    **REPORTER'S CERTIFICATE**

2  THE STATE OF TEXAS   )
   COUNTY OF HARRIS      )

3

4       I, Mary Ann Rodriguez, Official Court Reporter in

5  and for the 337th District Court of Harris County, State

6  of Texas, do hereby certify that the above and foregoing

7  contains a true and correct transcription of all

8  portions of evidence and other proceedings requested in

9  writing by counsel for the parties to be included in

10 this volume of the Reporter's Record, in the

11 above-styled and numbered cause, all of which occurred

12 in open court or in chambers and were reported by me.

13      I further certify that this Reporter's Record of

14 the proceedings truly and correctly reflects the

15 exhibits, if any, admitted by the respective parties.

16      WITNESS MY OFFICIAL HAND this the 14th day of

17 October, 2013.

18

19

20

21 /s/ Mary Ann Rodriguez
   Mary Ann Rodriguez, Texas CSR 3047
22 Expiration Date:  12/31/2013
   Official Court Reporter
23 337th Court
   1201 Franklin
24 Houston, Texas   77002
   713.755.7746

25

**$**

**$1,000** - 76:20, 76:23
**$50,000** - 48:24
**$75,000** - 76:16

**'**

**'89** - 15:3
**'skip'** - 2:11

**/**

**/s** - 143:21

**0**

**00795683** - 2:4
**00797777** - 2:15
**04831500** - 2:12

**1**

**100** - 25:24, 48:24, 76:20, 76:23
**1000** - 134:7
**101** - 1:24, 61:12, 61:20, 61:21, 61:25, 62:2, 62:18
**102** - 1:25, 62:25, 91:13
**103** - 2:1, 61:12, 61:20, 61:21, 61:25, 62:2, 63:12, 91:16
**104** - 2:2, 61:12, 62:5, 62:12, 62:13, 62:15, 62:17, 64:1
**10:00** - 33:10, 142:3, 142:17, 142:20
**10th** - 120:16, 122:13, 123:16, 131:23
**118** - 1:11, 1:18
**11:00** - 27:14, 46:10, 64:8, 76:2, 76:6, 76:8, 76:10, 76:11
**11th** - 46:9, 64:7, 80:9, 81:11
**12/31/2013** - 143:22
**1201** - 2:6, 143:23
**121** - 2:3, 66:3, 66:23, 67:2, 67:9, 67:12
**1225** - 2:15
**12:00** - 76:6
**12:30** - 43:12
**12th** - 48:7, 48:20, 49:22, 64:9, 64:13
**13** - 26:7, 79:22
**130** - 1:11, 1:18
**131** - 1:12, 1:19
**1384794** - 1:3, 3:4, 6:6, 34:24, 57:22, 131:8, 139:12
**13th** - 64:9, 69:5
**14** - 1:6, 1:17
**143** - 1:13
**14th** - 143:16
**15** - 3:10, 37:12, 92:24
**15-minute** - 130:5, 131:1
**150** - 47:1, 76:17
**150,000** - 32:1
**15th** - 4:5
**16** - 1:3
**16-year** - 11:13
**16-year-old** - 11:4
**16th** - 1:20
**18** - 9:2
**18th** - 69:5
**1989** - 9:3, 15:3
**1990** - 44:7
**1992** - 9:20
**1:00** - 19:8
**1:20** - 56:20

**1:30** - 55:18, 55:23

**2**

**2** - 29:2, 29:20, 137:3, 140:22
**20** - 10:12, 37:12, 92:24
**2001** - 9:24, 17:10, 17:20, 17:23, 18:5, 18:8, 18:17, 20:1, 20:9, 23:18, 23:24, 45:18, 46:8, 46:9, 59:13, 64:7, 80:9, 81:12, 99:14, 99:25, 100:19
**2003** - 120:10, 120:16, 121:23, 122:13, 123:16, 131:23, 132:4
**2013** - 1:20, 1:3, 4:6, 143:17
**2028** - 2:12
**23** - 15:3
**24** - 1:2, 1:1, 1:4, 1:6, 1:7, 1:8, 1:10, 1:11, 1:12, 1:13, 1:16, 1:17, 1:18, 1:19, 1:20, 1:21, 1:22, 1:24, 1:25, 2:1, 2:2, 2:4
**24039247** - 2:5
**25** - 76:7
**2:30** - 19:14

**3**

**3** - 137:3, 140:22
**3047** - 143:21
**337th** - 1:12, 3:14, 143:5, 143:23
**38** - 25:7
**3:00** - 19:6, 19:9

**4**

**43** - 1:7, 1:21
**440** - 2:15
**4:00** - 19:10

**5**

**500** - 134:8, 134:9, 135:11
**5:00** - 142:1
**5:30** - 142:3

**6**

**61** - 1:24, 1:25, 2:1
**62** - 1:24, 1:25, 2:1, 2:2, 121:11, 121:14
**65** - 60:5
**67** - 2:4
**68** - 1:7, 1:21
**6:00** - 19:10, 142:4

**7**

**7** - 1:4
**71** - 1:7, 1:21
**713.237.8547** - 2:13
**713.755.5800** - 2:7
**713.755.7746** - 143:24
**713.877.9400** - 2:16
**75** - 1:7, 1:22, 31:25
**75,000** - 47:1
**77002** - 2:6, 143:24
**77002-1659** - 2:16
**77019-2408** - 2:13
**78** - 1:8, 1:16
**7:00** - 33:23

**8**

**80s** - 8:8
**832-598-6387** - 5:8, 5:16

**8:30** - 21:3

**9**

**90s** - 8:8
**98** - 1:10, 1:20
**9:00** - 37:15
**9:45** - 3:11

**A**

**Aa023** - 121:3
**abandoned** - 62:9, 64:4
**able** - 9:11, 10:15, 10:16, 11:16, 18:12, 24:8, 40:24, 42:12, 47:21, 47:24, 51:18, 53:16, 61:5, 63:24, 65:5, 69:23, 71:12, 72:5, 74:23, 93:11, 96:16, 105:1, 105:4, 108:18, 112:25, 115:14, 116:5
**above-entitled** - 1:21
**above-styled** - 143:11
**abuse** - 108:9
**abused** - 97:9
**Ac-** 136:17
**accepted** - 6:13, 70:21, 116:15
**access** - 25:4, 29:22
**accompanying** - 50:22
**accomplished** - 11:8
**accordingly** - 13:1
**accurately** - 61:15
**accused** - 64:23
**act** - 9:8, 64:25, 65:1
**acting** - 72:15, 94:5
**action** - 49:7
**actions** - 52:16
**actual** - 39:1
**addition** - 9:1, 9:4, 65:3, 66:19
**admissible** - 56:6, 74:22
**admissions** - 125:12, 127:10, 127:20, 128:4
**admit** - 55:1
**Admitted** - 1:23, 62:3, 62:17, 67:12
**admitted** - 62:1, 62:15, 67:10, 143:15
**admonishment** - 4:16, 6:21
**advertised** - 28:9
**advised** - 36:5
**advising** - 48:16
**aforementioned** - 51:14
**afraid** - 42:11, 110:17
**afternoon** - 19:6, 32:21, 33:12, 33:19, 44:2, 118:14, 118:15
**afterwards** - 64:10
**age** - 18:22
**agencies** - 69:10
**agency** - 44:13, 44:24, 72:7
**agent** - 70:12, 73:16, 73:19
**Agent** - 43:7, 44:2, 44:14, 44:15, 45:1, 54:24, 58:3, 58:8, 64:5, 67:13, 68:11, 71:19, 75:24, 78:24
**agents** - 30:10, 44:12, 49:20, 51:22, 51:25, 52:3, 52:13, 53:11, 53:18, 54:11, 72:6
**ago** - 3:10, 130:19
**agree** - 76:22, 77:12
**agreed** - 48:24
**agreement** - 48:8, 48:20, 48:23, 76:20, 76:23, 77:1
**ahead** - 23:1, 55:10, 55:12,

70:6, 124:1
**aided** - 1:24
**air** - 132:12
**alert** - 3:19
**alive** - 32:25, 33:6, 94:22, 113:18
**allowed** - 35:5, 128:6
**almost** - 9:24, 11:9
**Almost** - 41:13
**alone** - 12:24, 22:2, 107:18
**Alphabetical** - 1:15
**ambulance** - 119:25
**amount** - 49:3, 49:6
**amounts** - 77:14
**analysis** - 60:25
**Andres** - 1:8, 1:16, 10:21, 11:9, 18:18, 19:1, 20:12, 20:20, 21:13, 21:16, 24:18, 24:23, 27:24, 33:16, 41:18, 46:14, 49:11, 55:2, 58:16, 58:22, 59:15, 60:11, 60:18, 60:23, 61:2, 61:14, 62:23, 63:17, 63:21, 64:12, 64:25, 78:15, 78:22, 79:6, 101:3, 101:19, 101:20, 104:5, 104:6, 104:14, 105:13, 107:22, 108:25, 109:12, 111:7, 111:17, 111:18, 112:15, 112:16, 113:25, 114:17
**Andres'** - 26:9, 106:15
**anesthetized** - 107:12
**Angelita** - 9:7
**Angelo** - 9:22, 11:18, 12:23
**Ann** - 143:4, 143:21
**annex** - 135:11
**answer** - 12:25, 20:6, 36:6, 36:11, 36:12, 36:14, 81:1, 81:3, 100:10, 130:22, 131:20, 140:23
**answered** - 129:19
**anyplace** - 95:10
**anyway** - 87:21
**Ap-77,025** - 1:4
**apart** - 142:12
**apartment** - 8:17, 8:21, 9:12, 9:16
**Appeals** - 1:4
**appeared** - 53:13
**Appellant** - 1:7
**Appellee** - 1:12
**appointment** - 32:11, 34:3
**approach** - 22:16, 55:4, 61:9, 65:25, 69:13, 91:10, 129:12, 133:17, 133:25, 137:6
**approached** - 3:9, 100:21
**area** - 26:4, 26:16, 27:5, 27:24, 37:23, 39:11, 39:23, 40:22, 51:5, 52:12, 60:23, 62:20, 62:22, 63:2, 63:3, 82:22, 124:7, 124:22, 125:8, 125:12, 126:20, 127:10, 127:15, 127:20, 128:11, 133:1, 133:5, 133:12, 135:1, 136:7
**argue** - 36:18
**arguing** - 38:16
**argument** - 7:25, 8:1
**arrangements** - 47:4, 58:16
**arrest** - 70:14, 125:12
**arrested** - 68:16, 68:20, 68:24, 73:4, 75:6
**arrive** - 27:1, 37:24, 39:10, 124:22
**arrived** - 15:3, 79:22, 85:14, 96:8, 125:1
**article** - 46:1

aspect - 4:18
assigned - 44:22, 119:13, 120:13, 121:4, 121:7
assist - 22:11, 27:10, 46:22
Assistant - 2:5
assisted - 137:10
assisting - 26:19
associated - 103:24
assumed - 22:7
ate - 10:10, 24:25, 82:11, 102:7, 111:18
attempt - 72:2, 72:12
attended - 67:25, 68:3
attention - 13:2, 52:7, 101:13, 120:15
attentive - 122:9
Attorney - 1:4
Attorneys - 2:5, 2:7, 2:17
attorneys - 3:8, 6:9, 14:2
audio - 23:25
authority - 75:8
authorized - 50:20
available - 3:23
Avenue - 60:5
avenue - 49:22, 50:25, 51:14, 51:21, 51:24, 52:8, 54:6, 95:12, 95:13, 115:13, 115:17
avoid - 127:16
aware - 33:5, 42:6, 48:13, 73:17, 138:25
awning - 18:2

## B

baby - 42:8
bachelor's - 44:9
background - 44:5
backup - 10:17, 51:3
bad - 20:1, 107:14, 111:9
badges - 3:14
bag - 105:21, 105:22, 126:22
bags - 84:4
Bailiff - 6:4, 34:20, 43:15, 55:15, 55:24, 78:17, 130:6, 142:18
Baleno - 38:21
Bank - 44:10
bank - 30:9, 30:11, 44:17
bars - 19:13, 19:15, 19:16
based - 73:18
basement - 3:12
bathroom - 63:2, 63:4, 85:10, 86:13, 87:10, 88:16, 90:7, 90:8, 91:9, 91:13, 92:11, 92:12, 95:22, 109:12, 110:22, 111:6, 111:12, 112:3, 112:12, 112:17, 113:5
bathtub - 9:16, 12:5, 63:3, 86:13, 88:18, 88:20, 88:22, 88:23, 89:2, 89:6
Bayamon - 133:24, 134:7
beat - 9:10, 9:14, 12:7, 87:12, 88:1, 89:8, 89:22, 93:22, 93:24, 105:22, 108:9, 109:3
beaten - 92:17, 93:1, 93:2, 93:15, 107:14, 107:15, 111:8
beating - 12:4, 88:2, 89:10, 95:22, 105:18, 107:11
bed - 125:10, 126:4, 126:8, 126:9, 126:20, 126:24, 127:2
beds - 121:21
began - 11:1, 46:18, 76:9, 76:25
behavior - 52:16
behind - 10:7, 11:23, 89:4, 111:1
Behind - 89:5
beings - 12:19
belong - 44:12
belonged - 47:11
belongings - 125:3
bench - 55:5, 69:14, 121:22, 129:12, 129:14
Bench - 55:7
better - 35:17
between - 3:20, 37:12, 49:23, 50:25, 54:6, 114:22
big - 41:22, 77:14, 140:21
bit - 15:23, 34:17, 38:5, 44:4, 44:20, 106:3, 126:3, 142:1
bitch - 105:23
bites - 105:25
Bitico - 8:16, 8:22
Bitico's - 8:22
black - 3:15, 18:14, 28:23
bleeding - 60:22, 89:25
blocks - 95:5, 120:8
blows - 86:7, 109:5, 109:12
blue - 23:9, 46:2, 63:6, 81:22
bluish - 46:2
board - 28:8, 28:9, 28:13, 140:3
body - 9:15, 60:21, 113:11, 140:3
boss - 108:19
bought - 10:4, 103:11, 105:24
bound - 88:6
boy - 10:19
boys - 26:6, 26:11, 26:24, 29:2, 31:8, 32:24, 36:7, 39:17, 39:20, 40:11, 49:8
braid - 126:10
brake - 131:2, 141:25
brand - 10:5
brand-new - 10:5
break - 34:14, 35:11, 41:25, 43:11, 55:10, 55:12, 55:17, 130:2, 130:4, 130:5, 139:3
breaking - 8:10
briefly - 15:25, 91:20, 131:15
bring - 13:15, 18:24, 75:15, 138:19
brings - 6:15
broke - 8:22, 58:8
broken - 136:13
brother - 18:18, 20:12, 20:20, 46:14, 82:16, 83:2, 83:8, 83:12
Brother - 79:10
brother's - 20:16, 26:5
brought - 9:21, 58:12, 91:3, 91:5, 92:10, 92:15, 111:14, 111:21, 111:23
brutal - 11:17
Buffalo - 2:12
building - 3:12, 38:24
buildings - 134:21
bullet - 50:17
bullet-proof - 50:17
bullets - 10:15
bullshit - 40:11
bunkbeds - 121:19
burning - 89:21
bus - 10:19
bushes - 54:8
business - 10:3, 10:8, 10:24, 11:1, 15:18, 15:20,

15:24, 16:23, 17:1, 17:6, 17:7, 17:11, 17:14, 18:5, 18:8, 19:16, 20:2, 20:10, 22:8, 28:10, 42:10, 79:21
busy - 18:6, 19:24
Buten - 1:6, 1:9, 1:16, 1:17, 14:7, 14:9, 14:12, 14:19, 14:21, 18:18, 20:12, 29:14, 34:25, 46:13, 46:14, 46:19, 46:23, 47:4, 47:5, 48:3, 48:8, 48:16, 48:21, 49:10, 49:14, 50:6, 50:12, 51:4, 51:20, 51:22, 53:14, 53:19, 55:3, 64:25, 78:16, 78:22, 79:7, 79:8, 79:9, 98:5, 98:25
Buten's - 50:21
buy - 16:20, 18:12
buying - 103:20
bye - 36:23

## C

calm - 33:5
cannot - 136:25, 140:23
canopy - 16:17
capacity - 72:15, 121:11, 121:14
capital - 6:15
captivity - 111:4
car - 8:19, 37:20, 37:22, 37:23, 38:4, 38:18, 39:1, 39:16, 39:25, 40:2, 40:18, 52:25, 53:5, 53:13, 53:16, 60:12, 84:16, 85:16, 95:4, 95:14, 96:3, 96:5, 105:8, 115:7, 115:8, 115:17, 115:20
card - 5:8, 11:22
care - 21:15, 26:22
cars - 60:8, 60:11, 96:8
Casaretto - 3:10, 5:7, 5:14
case - 3:14, 4:3, 6:20, 7:7, 7:20, 11:12, 12:12, 12:24, 13:3, 14:1, 14:3, 16:7, 45:19, 46:8, 46:24, 64:16, 64:22, 65:3, 66:8, 67:15, 67:18, 68:1, 68:16, 68:17, 70:15, 73:9, 73:20, 74:14, 96:19, 97:17, 114:11, 116:12, 116:16, 130:17
cases - 11:21, 12:10, 44:13, 44:24, 45:1, 45:8, 45:11, 64:24, 77:14
cash - 32:1, 47:1, 76:17, 76:20, 76:23, 77:14
Castillo - 1:8, 1:16, 18:18, 78:15, 78:22, 79:6
catch - 11:7, 121:13
caught - 9:25
cell - 10:24, 28:13, 50:23, 120:8, 120:18, 121:4, 121:7, 121:10, 121:17, 121:20, 122:11, 122:14, 122:15, 123:4, 123:6, 123:16, 123:19, 123:24, 124:12, 124:15, 126:12, 126:14, 127:3, 127:7, 127:19, 128:4, 128:6, 132:3, 132:17, 132:23, 132:24, 135:15, 138:16
cells - 120:8, 120:22, 121:24, 122:8, 123:12, 125:8
central - 96:9
certain - 11:23, 38:1, 51:5, 72:25
certainly - 74:10
Certificate - 1:13, 143:1
certified - 66:13, 66:23,

66:25
certify - 143:6, 143:13
chains - 136:8
chambers - 4:24, 4:25, 143:12
chance - 122:14, 137:9
change - 9:23, 50:23
character - 12:18
charge - 94:5
charged - 6:14, 65:2, 65:12, 68:23
charges - 65:21, 70:20
chase - 54:1
chased - 40:2
Check - 105:9
checked - 60:24
Chicken - 111:14
children - 15:7, 15:9, 42:9, 80:4, 80:6, 99:21
chopped - 29:10
chrome - 3:15
city - 16:23
claiming - 72:14
clarify - 38:5
classification - 128:12
clean - 100:4
cleaned - 100:6
cleaning - 21:7, 21:14, 24:11
clear - 3:5, 75:13, 75:14, 130:11, 131:2, 142:10
client - 71:23, 131:25
clientele - 19:10
clients - 19:24
close - 6:15, 19:13, 19:22, 26:23, 38:2, 39:16, 64:13, 68:18
Close - 68:18
closed - 19:15
closing - 7:25, 8:1
clothes - 81:20
clothing - 46:1, 102:25, 123:8
Club - 60:3
coat - 23:9, 88:10, 110:24, 122:23
cocaine - 29:20, 47:2, 48:25, 77:11
coke - 76:17, 76:21, 76:24
colleague - 34:12
Colombian - 28:23
color - 38:21, 63:15, 103:2
coming - 19:16, 32:17, 38:10, 42:16, 47:18, 47:20, 67:22, 103:19
committed - 29:17
committee - 128:12
common - 11:22, 127:23, 128:14
community - 128:23, 128:24
Compared - 45:4
complainants - 59:23
complaint - 137:11
complete - 64:15, 69:3, 70:15, 71:16, 71:15
completely - 8:14
Complex - 119:14, 119:17
complex - 119:20, 134:11, 134:16, 134:18, 134:20, 134:22
computer - 1:24
computer-aided - 1:24
concern - 34:16, 76:15, 128:18
concerned - 131:21
concluded - 10:10
concrete - 41:25, 121:21, 121:22
condition - 41:19

**conduct** - 120:8, 122:1
**conducted** - 122:6
**confessed** - 11:12
**confession** - 70:14
**confidential** - 49:24
**confirm** - 71:12, 72:2, 72:5
**confirmation** - 71:10, 73:18
**confirmed** - 72:7, 72:8, 72:18, 72:21, 73:3
**confused** - 75:24
**connected** - 6:22, 7:2, 55:20, 142:8
**connection** - 131:24
**conspiring** - 4:9
**construction** - 18:23
**Cont'd** - 75:23
**contact** - 52:13, 59:4, 59:19, 69:8, 130:24
**contacted** - 59:10
**contained** - 66:20, 127:6
**contains** - 140:11, 143:7
**continue** - 4:14, 36:21, 40:11, 40:13, 42:12, 124:20
**continued** - 9:24, 11:5, 25:1, 26:1, 36:6, 47:7, 49:19, 54:11, 67:14, 86:19
**continues** - 48:6, 106:1
**continuing** - 131:8
**control** - 46:24, 54:7
**controls** - 141:10
**conversation** - 3:19, 3:20, 4:11, 4:14, 5:20, 5:21, 31:16, 32:17, 32:18, 71:22, 73:18, 75:7, 102:3, 105:7
**convicted** - 65:15, 72:16, 73:5, 96:19, 116:19
**conviction** - 66:7
**convince** - 58:16, 58:21
**Cook** - 18:21, 99:18
**cook** - 19:3, 82:17, 100:4
**cooked** - 100:6
**cooking** - 21:15, 101:11, 101:16, 101:24
**cooperated** - 72:6, 72:23, 73:1, 73:5, 73:7, 74:16, 74:20
**cooperating** - 73:3, 73:8
**cooperation** - 74:6
**copy** - 66:6, 66:23, 138:22
**cord** - 63:14, 63:15
**Cornelius** - 2:11, 4:21, 5:1, 5:11, 5:15, 5:17, 5:24, 6:1, 6:9, 7:12, 13:7, 13:19, 42:18, 42:19, 42:23, 43:2, 55:4, 55:8, 56:2, 56:11, 56:14, 56:19, 57:12, 61:23, 62:14, 67:3, 67:7, 68:8, 68:10, 68:11, 69:15, 69:21, 69:25, 70:6, 70:8, 70:24, 71:4, 71:14, 71:16, 71:18, 72:11, 72:14, 73:11, 74:24, 75:2, 75:5, 75:12, 75:17, 75:20, 75:21, 75:23, 78:1, 78:5, 78:7, 80:25, 97:21, 97:22, 97:25, 117:12, 117:13, 117:17, 129:11, 129:12, 129:15, 129:23, 130:1, 130:10, 130:12, 130:15, 130:16, 131:3, 131:11, 131:13, 131:14, 133:17, 133:19, 133:25, 134:3, 135:4, 135:7, 135:10, 137:6, 137:9, 137:25, 138:1, 138:9, 138:21, 139:15, 139:16, 141:13, 141:15, 141:19
**corner** - 115:8
**cornered** - 9:12
**corners** - 26:17

**correct** - 31:14, 33:23, 41:8, 41:13, 43:7, 44:14, 44:18, 45:8, 58:13, 63:10, 67:19, 71:20, 74:9, 76:24, 77:22, 89:11, 99:7, 120:9, 121:6, 124:14, 124:24, 126:5, 129:1, 129:3, 131:18, 132:1, 134:14, 135:11, 140:8, 140:20, 140:25, 143:7
**Correct** - 116:3, 120:20, 121:1, 122:12, 122:16, 122:19, 123:14, 123:17, 124:19, 125:20, 126:6, 126:13, 127:8, 127:12, 128:16, 128:20, 129:25, 132:8, 132:13, 134:23, 135:12, 135:17, 137:11, 139:19, 140:14, 141:1
**Correction** - 49:25
**correction** - 36:13, 50:3, 60:10
**correctional** - 129:4, 133:3, 134:10
**Correctional** - 118:24, 119:14, 119:17, 133:24
**Corrections** - 118:24
**corrections** - 119:5, 119:9, 119:21, 120:11
**correctly** - 141:8, 143:14
**corroborating** - 70:10
**counsel** - 6:8, 57:25, 139:1, 143:9
**counter** - 10:7, 10:11, 102:8
**Country** - 60:3
**County** - 1:9, 1:23, 143:2, 143:5
**couple** - 9:17, 109:13, 120:21
**couples** - 26:17
**course** - 8:25, 25:21, 41:3, 41:16, 48:9, 73:4, 74:21, 113:16
**Court** - 1:3, 1:4, 1:6, 3:3, 3:15, 3:19, 4:23, 5:3, 5:14, 5:16, 5:19, 5:25, 6:5, 7:4, 7:6, 7:11, 7:13, 7:16, 13:5, 13:9, 13:11, 13:15, 13:20, 13:22, 14:8, 14:20, 23:7, 23:12, 34:13, 34:19, 34:23, 35:9, 35:16, 35:19, 42:18, 42:21, 42:25, 43:4, 43:8, 43:11, 43:17, 46:6, 55:6, 56:10, 56:12, 56:16, 56:19, 56:21, 56:22, 56:24, 57:2, 57:9, 57:14, 57:18, 57:21, 58:7, 61:10, 61:25, 62:15, 66:1, 67:1, 67:5, 67:9, 68:7, 69:13, 69:18, 69:24, 70:2, 70:5, 70:22, 70:25, 71:10, 71:16, 73:13, 73:24, 74:8, 74:12, 75:1, 75:14, 75:19, 78:3, 78:7, 78:10, 78:12, 78:19, 81:3, 81:25, 91:11, 92:1, 97:20, 97:23, 98:2, 98:5, 98:10, 103:6, 117:11, 117:15, 117:19, 117:25, 118:2, 118:5, 118:7, 123:1, 129:10, 129:13, 130:2, 130:4, 130:8, 130:13, 131:1, 131:6, 133:18, 134:2, 135:4, 135:8, 137:8, 138:7, 138:22, 139:2, 139:6, 139:11, 141:15, 141:18, 141:21, 141:24, 142:20, 143:4, 143:5, 143:22, 143:23
**court** - 3:1, 5:9, 6:3, 34:22, 55:11, 55:25, 57:1, 57:20,

70:1, 70:4, 75:18, 116:8, 116:10, 116:12, 130:3, 130:7, 131:5, 139:5, 139:10, 142:19, 143:12
**courtroom** - 13:12, 14:1, 23:3, 45:23, 57:24, 81:9, 102:21, 122:18
**crashed** - 40:2, 54:7
**created** - 125:19, 125:22
**crime** - 9:20, 29:17
**crimes** - 12:23
**criminal** - 44:9, 44:13
**Criminal** - 1:4
**Cross** - 1:5, 1:15, 68:9, 75:22, 131:12
**cross** - 42:24, 98:1, 117:17, 131:9, 139:13
**cross-examination** - 131:9, 139:13
**Cross-examination** - 68:9, 75:22, 131:12
**crossways** - 9:3
**Cruz** - 1:6, 6:7, 11:2, 11:10, 11:12, 11:23, 12:16, 26:20, 30:20, 30:25, 33:17, 35:24, 40:5, 45:20, 45:22, 50:13, 51:9, 54:18, 54:21, 55:1, 57:23, 57:25, 58:9, 65:15, 65:17, 66:8, 68:16, 83:15, 84:11, 85:22, 86:3, 86:10, 87:13, 88:25, 89:7, 90:13, 92:22, 93:25, 94:8, 96:14, 106:10, 107:24, 108:11, 111:25, 115:23, 120:19, 122:14, 122:17, 123:4, 127:19, 128:3, 129:6, 129:21, 130:21
**Cruz-garcia** - 1:6, 6:7, 11:2, 11:10, 11:12, 11:23, 12:16, 26:20, 30:20, 30:25, 33:17, 35:24, 40:5, 45:20, 45:22, 50:13, 51:9, 54:18, 54:21, 55:1, 57:23, 57:25, 58:9, 65:15, 65:17, 66:8, 68:16, 83:15, 84:11, 85:22, 86:3, 86:10, 87:13, 88:25, 89:7, 90:13, 92:22, 93:25, 94:8, 96:14, 106:10, 107:24, 108:11, 111:25, 115:23, 120:19, 122:14, 122:17, 123:4, 127:19, 128:3, 129:6, 129:21, 130:21
**crying** - 33:3, 33:6, 33:16
**Csr** - 143:21
**cup** - 103:11, 105:24
**current** - 119:8
**curtain** - 86:14, 86:15, 89:15, 89:16, 89:18
**custody** - 58:10, 68:19, 71:23, 128:13
**customer** - 21:22, 21:23, 103:14
**customers** - 21:15, 25:5
**cut** - 41:23, 109:7, 109:9, 109:11, 109:19, 109:21, 109:24, 110:3, 110:17, 125:24, 126:1
**cutting** - 21:6

**D**

**Daily** - 122:5
**danger** - 12:16
**Dark** - 103:3
**dark** - 105:3
**Date** - 143:22
**date** - 76:1
**days** - 11:9, 11:11, 41:3, 41:13, 64:10, 67:1, 69:6, 92:20, 99:17, 116:3, 116:4

**Dea** - 69:9, 70:11, 71:9, 71:25
**deal** - 45:8, 94:3
**dealer** - 8:9, 8:16
**dealing** - 9:2, 9:13
**deals** - 77:8
**dealt** - 139:3
**death** - 12:14
**decade** - 9:25
**decided** - 128:15
**decides** - 57:13
**defend** - 114:8
**defendant** - 3:1, 3:5, 6:3, 6:8, 6:14, 8:8, 8:17, 8:18, 8:20, 8:21, 9:3, 9:5, 9:14, 9:22, 10:8, 10:11, 10:23, 11:7, 12:2, 12:6, 23:11, 24:19, 26:13, 26:20, 30:25, 34:22, 38:9, 41:8, 45:20, 45:22, 46:5, 46:8, 51:8, 55:11, 55:25, 57:1, 57:3, 57:20, 58:9, 67:14, 69:15, 70:1, 70:4, 70:8, 70:10, 71:7, 72:14, 75:18, 81:24, 85:22, 93:16, 103:5, 106:9, 113:12, 113:20, 120:25, 122:25, 127:7, 130:3, 130:7, 131:5, 139:5, 139:10, 142:19
**Defendant** - 2:17
**defendant's** - 10:17, 123:16, 124:12, 126:14
**Defense** - 7:11, 7:12
**defense** - 3:8, 3:9, 7:24, 7:25, 13:6, 130:17, 139:1
**degree** - 44:8, 44:9
**Dejesus** - 1:7, 1:22, 30:11, 31:14, 31:21, 32:3, 36:10, 37:18, 38:6, 40:19, 43:6, 43:7, 43:13, 43:20, 44:2, 44:14, 45:1, 58:4, 58:8, 64:5, 67:14, 68:11, 71:19, 75:24
**delayed** - 39:8
**deliberate** - 142:14
**deliberating** - 4:20
**deliberation** - 142:14
**deliberations** - 4:17, 4:18, 7:3, 142:12
**demands** - 76:16, 76:22
**demonstrate** - 91:21
**department** - 30:9, 30:11, 44:17
**Department** - 118:24
**depicts** - 62:6
**Deputy** - 55:14
**deputy** - 142:17
**describe** - 11:10, 45:25, 81:20
**described** - 17:14, 33:12, 33:15, 106:7, 106:19, 106:20
**describing** - 108:1
**Description** - 1:23
**design** - 3:17
**designed** - 126:11
**detail** - 56:16
**details** - 11:21, 74:5
**detained** - 54:21, 68:20
**detected** - 52:15
**determine** - 63:21
**determined** - 128:12
**developed** - 45:12
**develops** - 45:13
**die** - 87:22, 93:5
**different** - 26:17, 60:21, 134:21, 136:23
**difficulty** - 85:24
**Dire** - 1:5, 1:15, 71:17, 130:14

**direct** - 120:15
**Direct** - 1:5, 1:15, 14:15, 43:23, 78:25, 98:16, 118:12
**directly** - 14:10, 35:5, 36:18, 43:14
**discovered** - 126:4
**discuss** - 4:17, 14:1, 56:2, 142:11, 142:15
**discussed** - 4:8, 4:25
**discussion** - 114:1
**dish** - 16:3, 16:4
**disloyal** - 12:3
**disloyalty** - 9:9
**distance** - 25:24
**District** - 1:6, 1:12, 2:5, 3:14, 143:5
**divided** - 121:11
**Division** - 44:10
**Dna** - 11:16
**document** - 137:22, 137:23
**documents** - 66:6, 66:13, 66:17, 138:20
**dodge** - 10:15
**Dominican** - 14:24, 28:24
**done** - 37:18, 56:7
**door** - 52:15, 53:21, 64:3, 83:11, 84:21, 84:22, 85:15, 85:17, 93:18, 94:18, 95:2, 105:17, 105:18, 114:7, 114:11, 114:13
**doors** - 123:7
**doubt** - 12:16
**down** - 5:11, 5:23, 8:19, 10:10, 24:5, 27:23, 43:4, 49:2, 49:6, 52:21, 58:12, 67:22, 78:12, 82:19, 82:22, 92:1, 98:6, 117:20, 135:5, 139:7, 139:25, 141:22
**downstairs** - 8:23
**drafted** - 140:10
**drive** - 85:4
**driver** - 119:25
**drivers** - 38:16
**driving** - 37:23, 39:4, 39:7, 40:18, 53:1, 84:23, 105:4
**dropped** - 60:15, 95:11
**drug** - 8:9, 29:15
**drugs** - 29:2, 49:3, 51:2, 51:7, 52:2, 77:8, 77:15, 77:21
**due** - 127:15, 128:13
**duly** - 14:13, 43:21, 78:23, 98:14, 118:10
**dumb** - 128:5
**dumpster** - 9:18
**during** - 8:24, 48:9, 69:8, 73:3, 90:12, 93:6, 101:16, 107:23, 122:7, 128:3, 129:4, 138:15, 140:10
**During** - 68:19, 85:4, 94:2, 94:16
**duties** - 120:4
**duty** - 30:7

**E**

**early** - 8:8, 64:9, 64:14
**easier** - 35:2
**eat** - 16:20, 19:16, 111:15, 111:16, 111:17
**eating** - 82:23
**Efrain** - 1:11, 1:18, 117:23, 118:9, 118:18, 131:9, 139:14
**eggs** - 111:19
**eight** - 80:1, 99:10, 99:12
**either** - 13:17, 70:10, 71:24, 82:5
**El** - 17:12, 17:13

**elevator** - 3:12, 4:12, 4:13, 4:14
**emotional** - 42:5
**employed** - 118:23
**employees** - 11:3
**encouragement** - 4:4
**end** - 6:23, 12:12, 12:20, 35:14, 35:23, 55:21, 142:9
**ended** - 57:17, 80:20
**English** - 66:19, 66:24
**entered** - 86:24
**entire** - 68:22, 140:19
**entitled** - 1:21
**equipment** - 48:2, 123:7, 123:8
**Eric** - 11:15
**escape** - 9:11, 114:1, 114:6, 126:12, 127:17
**escaping** - 114:17
**Esmurria** - 1:11, 1:19, 117:24, 118:9, 118:14, 118:18, 118:19, 131:9, 139:14
**establishment** - 10:3, 15:24
**estimate** - 21:2
**estimation** - 126:11
**evening** - 33:22
**events** - 72:15, 73:4
**everywhere** - 27:4, 27:12
**evidence** - 4:10, 4:17, 7:1, 8:25, 12:15, 35:6, 74:1, 74:4, 142:11, 143:8
**Exactly** - 33:21, 82:24
**exactly** - 5:6, 82:24, 84:2
**examination** - 68:9, 75:22, 131:9, 131:12, 139:13
**Examination** - 14:15, 43:23, 71:17, 78:25, 98:16, 118:12, 130:14
**examinations** - 120:8
**example** - 140:3
**except** - 13:25, 14:1, 35:6
**exchange** - 46:21, 50:12, 101:21
**exclusion** - 13:22, 13:24
**Excuse** - 38:20, 50:10
**excused** - 42:25, 78:10, 98:3, 98:6, 117:20, 141:18, 141:21
**Exhibit** - 1:23, 61:12, 61:21, 62:2, 62:5, 62:13, 62:17, 62:18, 62:25, 63:12, 64:1, 66:3, 67:2, 67:12, 91:13, 91:16
**exhibits** - 143:15
**exited** - 92:12
**expect** - 142:2
**experience** - 45:12, 77:16
**Expiration** - 143:22
**Explain** - 126:7
**explain** - 69:22, 123:21
**explained** - 58:25, 59:1
**express** - 6:23, 55:21, 142:8
**extension** - 63:15, 77:5
**extremities** - 12:9
**eyes** - 25:18

**F**

**face** - 25:6, 41:21, 60:22, 86:8, 87:15, 90:25, 104:17, 112:6, 134:24
**faces** - 41:20, 112:3, 133:2
**facility** - 120:13, 120:24, 128:7, 128:18, 128:19, 128:25, 133:3, 133:8, 133:13, 133:14, 133:19,

134:4, 134:8
**facing** - 135:1
**fact** - 65:17, 68:3, 69:19, 87:19, 116:3
**fair** - 38:6, 44:25, 45:2, 51:3, 52:19, 67:13, 93:24, 97:14, 100:14
**fairly** - 18:6, 61:15
**fake** - 50:12
**fall** - 124:10, 140:17
**fallen** - 127:6
**falls** - 124:3
**familiar** - 11:25
**family** - 20:21, 36:1, 36:23, 37:1, 37:9, 40:9, 40:12, 40:14, 40:23, 41:10, 79:13, 98:21
**fancy** - 18:15
**far** - 23:21, 25:12, 39:9, 47:13, 91:25
**fashion** - 74:13
**favorite** - 8:11
**Fbi**- 30:10, 69:9, 70:11, 71:24
**fear** - 97:14
**federal** - 44:13, 44:23, 75:7, 75:8
**feet** - 10:12, 25:14, 25:24, 106:25, 107:3, 137:3, 140:22
**fell** - 9:16, 25:23, 86:13, 89:2, 124:9, 124:17, 140:24
**fellow** - 128:21
**Fellow**- 128:23
**felt** - 8:12
**few** - 10:9, 26:4, 40:25, 68:14
**fifty** - 76:20, 76:23
**fighting** - 45:5
**file** - 66:25
**filed** - 116:16
**filing** - 46:13
**finally** - 9:25
**findings** - 127:15, 128:13
**fine** - 56:13
**fingerprints** - 66:10
**fingers** - 90:17, 90:23
**finish** - 64:6, 70:19, 100:10
**finished** - 33:8
**fire** - 25:9, 25:16
**firearms** - 64:25
**fired** - 25:8, 25:13, 25:17, 83:2, 83:8, 102:9
**first** - 6:16, 7:23, 9:21, 14:6, 14:13, 22:14, 27:20, 28:6, 28:17, 29:11, 29:13, 43:21, 50:16, 78:23, 80:19, 98:14, 100:21, 101:13, 118:10, 119:18, 120:22, 123:5, 126:15
**First**- 73:15, 86:22, 132:4
**firsthand** - 73:23
**fit** - 125:16, 125:18
**Five**- 69:6
**five** - 4:11, 16:22, 51:22, 53:11, 70:3, 76:6, 139:3
**five-minute** - 139:3
**flagged** - 27:23
**flashy** - 10:5
**flirted** - 9:5
**floor** - 25:10, 25:22, 106:1, 106:13, 126:15, 126:16
**Flores**- 2:20, 9:2
**follow** - 45:10, 64:16, 64:18, 67:14, 115:10
**followed** - 56:5, 56:6, 56:12, 67:17
**following** - 1:20, 41:12
**follows** - 14:14, 43:22,

78:24, 98:15, 118:11
**Food**- 15:22
**food** - 15:25, 16:20, 21:25, 22:15, 24:15, 24:17, 24:22, 25:1, 26:18, 28:15, 79:16, 79:24, 80:22, 80:24, 81:7, 81:11, 82:7, 82:8, 83:11, 100:1, 100:21, 101:14, 101:17, 102:7, 102:8, 111:21, 111:23
**foot** - 86:20, 90:3, 95:18, 95:25, 107:1
**force** - 44:12
**Ford**- 53:21, 54:3, 64:3
**foregoing** - 143:6
**forget** - 75:25
**forgot** - 75:2
**form** - 6:23, 55:20, 74:13, 108:18, 142:8
**formed** - 49:20
**forth** - 52:20, 53:13
**Forty**- 14:22
**Forty-nine**- 14:22
**forward** - 13:3, 22:11
**Four**- 136:20, 136:22, 136:23, 136:24
**four** - 52:15, 53:21, 64:3, 84:10, 134:11, 134:21, 136:24, 140:12, 140:15, 140:16, 140:17, 140:25, 141:2, 141:6
**four-door** - 52:15, 53:21, 64:3
**Fourteen**- 119:7
**frames** - 123:10
**Franklin**- 2:6, 143:23
**Fraud**- 44:10
**free** - 133:11, 136:1, 136:5
**free-world** - 136:1, 136:5
**freedom** - 46:21
**freely** - 69:23
**frequency** - 45:2
**fried** - 29:3, 29:8
**Fried**- 111:14
**friends** - 10:18, 99:3
**front** - 25:18, 34:4, 34:7, 89:4, 90:6, 110:25, 122:8, 130:11, 131:2
**full** - 24:10, 70:20, 118:16, 142:2
**functions** - 123:9
**furniture** - 62:21
**future** - 35:3

**G**

**gain** - 49:7
**gal** - 80:22
**garage** - 105:17
**Garay** - 1:10, 1:20, 18:19, 20:14, 21:16, 46:15, 55:2, 64:24, 98:9, 98:13, 98:20
**garcia** - 1:6, 6:7, 11:2, 11:10, 11:12, 11:23, 12:16, 26:20, 30:20, 30:25, 33:17, 35:24, 40:5, 45:20, 45:22, 50:13, 51:9, 54:18, 54:21, 55:1, 57:23, 57:25, 58:9, 65:15, 65:17, 66:8, 68:16, 83:15, 84:11, 85:22, 86:3, 86:10, 87:13, 88:25, 89:7, 90:13, 92:22, 93:25, 94:8, 96:14, 106:10, 107:24, 108:11, 111:25, 115:23, 120:19, 122:14, 122:17, 123:4, 127:19, 128:3, 129:6, 129:21, 130:21
**Garcia** - 9:22, 11:18, 12:24
**gas** - 53:6, 53:7
**general** - 32:13

**generally** - 121:2, 121:10
**gentlemen** - 6:12, 8:7, 10:13, 11:20, 118:17, 121:9, 141:25
**girl** - 24:25, 81:6, 92:12, 101:16
**given** - 6:19, 117:8, 126:10
**Glossary**..............................
**.end** - 1:14
**good-bye** - 36:23
**government** - 69:9, 73:2, 119:11
**grab** - 84:11, 104:4, 104:8, 104:14
**grabbed** - 10:18, 84:3, 84:8, 104:10, 104:18, 109:5, 109:11
**grabs** - 105:24
**graduated** - 44:8
**gray** - 23:9, 38:21, 46:2, 53:21, 54:3, 81:22, 103:3, 122:23
**grayish** - 46:3
**ground** - 83:9, 86:4
**group** - 44:12
**guarantee** - 36:19
**Guayama** - 118:25, 119:14, 119:17, 119:19, 134:8, 134:9, 134:14
**guess** - 104:5, 104:25, 140:7
**guilty** - 6:14, 11:12, 65:17
**gun** - 10:13, 25:13, 25:17, 26:13, 65:3, 65:20, 82:25
**gunpoint** - 10:23
**guy** - 10:2, 24:12, 77:4, 80:22, 81:6, 81:10, 84:21, 84:22, 93:18, 93:19, 94:18, 95:2
**guys** - 9:17, 10:9, 24:18, 112:1

**H**

**half** - 8:2, 53:10, 76:5
**hallway** - 14:5
**hammer** - 41:25, 63:14, 63:16, 63:22, 123:12, 123:15, 123:19
**hammers** - 12:9
**hand** - 35:4, 52:19
**Hand** - 143:16
**hands** - 13:20, 13:23, 24:10, 29:6, 89:4, 91:25, 110:25
**handwritten** - 139:16
**hanger** - 88:9, 88:10, 88:11, 88:17, 110:24
**hanging** - 89:17
**Hard** - 92:6
**hard** - 4:2, 92:5, 107:6, 110:5
**Harris** - 1:9, 1:23, 143:2, 143:5
**haul** - 16:7
**head** - 41:22, 41:23, 60:22, 86:17, 86:18, 89:21, 89:23, 104:25, 105:21, 112:8, 112:21
**heading** - 37:23
**heads** - 95:4, 115:7
**hear** - 4:2, 8:15, 11:19, 11:24, 12:5, 12:6, 12:7, 12:8, 12:24, 34:18, 35:3, 35:17, 40:6, 47:24, 101:21, 106:15, 107:17, 107:21, 108:13, 123:24, 135:5
**heard** - 1:21, 7:23, 12:21, 12:23, 32:18, 71:20
**hearings** - 67:18, 67:22,

68:1, 96:23, 97:1, 117:1
**hearsay** - 73:16, 73:19, 74:7, 74:9, 74:11, 74:14, 74:19
**heavy** - 89:19
**held** - 1:23, 11:9, 61:3, 63:17, 91:14, 93:6, 94:2, 94:16, 108:10, 111:20
**help** - 9:17, 115:15, 138:1
**helped** - 65:6, 84:6
**helpers** - 112:17
**helping** - 83:18, 100:1, 108:16, 112:1
**hereby** - 143:6
**Hernandez** - 2:20, 1:12, 1:18, 118:9, 118:18, 131:10, 139:14
**hiding** - 31:7, 54:14, 54:15
**Highways** - 126:18
**highways** - 126:18
**himself** - 83:8
**hinted** - 7:22
**hit** - 12:8, 41:21, 41:22, 86:7, 86:17, 86:20, 87:12, 89:3, 89:13, 90:3, 90:23, 90:24, 91:19, 91:21, 91:25, 92:4, 92:5, 93:23, 109:3, 124:2
**hitting** - 86:19, 87:7, 92:7, 103:9, 106:1
**honk** - 53:5
**honking** - 38:16
**Honor** - 13:10, 13:19, 23:10, 34:11, 43:2, 43:3, 43:16, 46:4, 66:22, 75:17, 78:11, 78:17, 81:23, 98:4, 103:4, 118:1, 118:8, 122:24, 129:8, 137:21, 141:19
**Honorable** - 1:22
**hood** - 84:13, 84:25, 85:13, 85:14, 86:23, 86:25, 87:4, 87:14, 87:17, 95:3
**hoods** - 84:4
**hook** - 47:25
**hopefully** - 71:19
**horn** - 38:16, 53:6
**horrible** - 9:20
**hospital** - 42:1, 60:25
**hour** - 53:10, 55:18
**hour-and-a-half** - 53:10
**hours** - 19:4, 40:25, 64:9, 64:14, 76:6, 76:7
**house** - 59:5, 62:23, 63:16, 84:15, 85:8, 85:9, 85:11, 85:16, 86:24, 87:7, 87:9, 88:14, 88:15, 105:16
**housed** - 120:25
**houses** - 8:10
**Houston** - 1:23, 2:6, 2:13, 2:16, 143:24
**human** - 12:19
**hundred** - 55:8
**hurt** - 89:2, 107:8, 107:9, 108:9, 113:11
**hurting** - 12:19, 113:10

**I**

**idea** - 114:3
**identified** - 23:11, 46:5, 47:12, 53:18, 53:25, 54:17, 81:24, 103:5, 116:7, 122:25
**identify** - 51:16, 51:19, 51:25, 53:16, 63:22, 65:5, 96:10, 96:16, 115:23, 116:5, 122:20
**image** - 126:9
**imaginary** - 38:3, 38:17
**immediately** - 84:3, 92:22, 127:10

**impact** - 73:21
**implemented** - 51:12
**important** - 71:8, 117:7
**Important** - 11:21
**in-take** - 70:18
**incident** - 17:3, 21:2, 22:6, 22:12, 80:20, 99:14, 128:15, 129:21, 131:22, 131:24, 137:24, 138:10, 138:24, 138:25
**incidents** - 130:20
**include** - 65:20, 66:16
**included** - 143:9
**includes** - 66:10, 128:24
**including** - 30:11, 65:14
**income** - 15:18
**Index** - 1:15, 1:23
**indicate** - 49:14, 53:5
**indicated** - 49:10, 51:13, 53:22, 60:12
**indicating** - 48:3, 48:4, 50:24, 52:17, 52:19, 61:15, 62:6, 62:19, 63:1, 63:4, 63:7, 63:13, 64:2, 66:4, 81:19, 91:14, 91:18, 92:4, 102:13, 102:23, 106:2, 106:5, 109:4, 110:6, 110:8, 133:20, 134:4, 137:10, 137:15
**indictment** - 6:15
**indirectly** - 35:6
**individual** - 4:3, 4:4, 21:19, 21:22, 21:24, 23:4, 28:6, 28:7, 54:15, 54:17, 115:23
**individuals** - 3:13, 3:25, 10:19, 10:22, 54:3, 54:7, 54:8, 54:12, 65:14, 67:21, 96:11, 96:13, 121:18
**Infanteria** - 60:6
**informant** - 71:24
**information** - 3:22, 5:2, 5:3, 128:11, 140:11
**informed** - 71:23
**injured** - 11:3
**injuries** - 60:17, 60:21, 95:15
**inmate** - 122:15, 123:4, 128:6
**inmates** - 120:6, 121:18, 122:7, 128:25, 141:12
**innocuous** - 3:19, 5:10
**insecure** - 42:8
**inside** - 36:8, 37:20, 38:3, 38:15, 38:18, 38:25, 100:24, 101:1, 101:12, 104:23, 121:20, 124:12, 132:23, 132:24, 133:7
**Inside** - 100:16
**insisting** - 24:3, 24:4, 24:12
**inspect** - 120:18, 122:14
**inspecting** - 121:24, 123:12, 123:15, 123:18, 123:23
**inspection** - 122:6, 122:7, 123:6, 123:24, 124:20, 125:2, 138:16
**inspections** - 121:24, 122:4
**instance** - 8:15, 129:5
**instead** - 57:8, 114:19
**Institution** - 118:25, 133:24
**institution** - 68:21, 120:1, 133:4, 134:10, 136:1, 136:2
**institutions** - 134:11, 134:15, 134:17, 134:19, 134:22
**instructed** - 13:25, 46:23,

69:16
**instructions** - 6:19, 46:25, 115:10
**instrument** - 64:25
**intend** - 4:16
**intention** - 10:14, 24:7
**interact** - 30:5
**interacted** - 108:15
**interested** - 9:6
**interpretation** - 66:20
**Interpreter** - 34:11, 36:13, 49:25, 50:2, 60:9
**interpreter** - 14:14, 35:1, 43:22, 78:24, 98:15, 100:10, 118:11, 135:6
**Interpreters** - 2:21
**interrogated** - 128:10
**interview** - 54:23, 54:24, 58:13, 58:15, 58:18
**interviewed** - 54:22, 58:19
**introduce** - 14:17, 43:25, 98:18, 118:16
**introduced** - 79:2
**investigate** - 44:12
**investigated** - 77:7, 77:20
**investigation** - 45:13, 46:18, 47:3, 64:11, 64:15, 69:3, 70:15, 73:21
**invoked** - 13:18, 13:24
**involve** - 50:11
**involved** - 11:6, 45:15, 45:19, 46:8, 55:2, 65:12, 77:21, 96:11, 138:11
**involvement** - 29:14
**involving** - 45:20, 46:8
**irregular** - 123:20, 123:25
**issues** - 4:7, 4:8, 13:1, 35:3, 42:5
**items** - 127:1, 127:2, 127:9
**itself** - 76:10, 100:15

**J**

**jacket** - 81:22
**jail** - 132:3, 132:17
**job** - 18:20, 42:11
**Johnny** - 20:22, 20:23, 21:12, 33:5, 33:8, 41:18, 42:2, 79:14, 101:4
**Johnny's** - 20:24, 41:22, 41:24, 101:8, 107:21
**Jr** - 9:22, 11:18
**Jr.'s** - 12:24
**Juan** - 1:7, 1:21, 17:2, 18:6, 43:20, 44:2, 49:23, 50:25, 54:6
**Judge** - 1:23, 6:2, 7:15, 13:8, 34:15, 35:8, 42:20, 42:23, 55:4, 57:6, 58:6, 67:8, 72:12, 73:12, 74:3, 75:21, 78:2, 78:6, 81:1, 97:22, 98:1, 117:14, 117:18, 135:7, 137:7, 138:21, 138:24, 141:20
**Judgment** - 2:3
**judgment** - 57:7, 66:7
**judicial** - 64:18, 64:21
**Judicial** - 1:12
**July** - 1:20, 1:3, 4:5
**jump** - 135:24, 136:4
**jumping** - 107:3
**Juror** - 34:17, 35:18
**juror** - 3:13, 142:13
**jurors** - 3:21, 34:16, 135:5
**Jurors** - 7:19
**jury** - 3:2, 4:1, 4:17, 4:19, 6:3, 6:12, 14:18, 15:23, 17:14, 28:16, 28:21, 34:14, 34:22, 35:20, 40:6, 40:8, 43:25, 44:4, 45:25, 55:11,

55:17, 55:25, 57:1, 57:20,
57:24, 69:24, 70:1, 70:2,
70:4, 74:25, 75:15, 75:18,
79:3, 81:16, 86:22, 91:21,
91:24, 98:19, 99:11, 99:13,
118:17, 121:9, 130:3, 130:7,
130:9, 130:10, 130:11,
131:2, 131:5, 139:4, 139:5,
139:10, 139:24, 140:3,
142:14, 142:19
**justice** - 44:9
**Justin-** 2:4, 6:10, 12:12

## K

**Katalina** - 49:23, 50:25,
54:6
**keep** - 14:9, 33:4, 43:13,
78:19, 98:11, 118:2
**keeping** - 59:5
**keeps** - 102:14
**Kentucky** - 111:14
**kept** - 18:16, 24:3, 24:4,
24:11, 61:14, 62:23, 63:10,
86:7, 128:11
**keys** - 25:23, 25:25, 26:1
**kicked** - 86:8
**kid** - 42:8
**kidnap** - 10:14
**kidnapped** - 10:22, 41:10,
46:15, 59:2, 59:4, 60:13,
63:18, 80:20, 115:24
**kidnappers** - 46:20, 77:14
**kidnappers'** - 76:16, 76:22
**kidnapping** - 9:21, 11:18,
33:20, 44:21, 44:24, 45:1,
45:19, 46:11, 46:19, 55:2,
64:24, 65:3, 65:4, 65:12,
65:20, 74:17, 75:25, 76:9,
76:10, 77:14
**Kidnapping** - 44:10
**kidnappings** - 44:18
**kill** - 36:7, 37:9, 42:16,
87:22, 94:14, 105:10,
113:13
**killed** - 9:15
**killing** - 31:8
**kilos** - 29:2, 29:20, 31:25,
47:2, 48:25, 76:17, 76:21,
76:23
**kind** - 7:22, 12:18, 15:20,
16:5, 19:4, 19:19, 29:22,
52:4, 53:3, 71:8, 77:9,
77:11, 82:13, 109:8, 113:7
**kinds** - 42:5
**kissed** - 25:2
**kitchen** - 16:8, 100:23,
102:2
**knife** - 41:21, 65:3, 65:21,
109:5, 109:6, 109:9, 109:16,
109:24, 110:4, 110:8
**knocked** - 95:23
**knowing** - 27:5
**knowledge** - 73:23
**known** - 20:20, 99:9

## L

**Ladies-** 6:12, 8:7, 141:25
**ladies** - 10:13, 11:20,
118:17, 121:9
**laid** - 121:10
**lamp** - 121:22
**land** - 135:25
**landing** - 136:7
**language** - 66:16
**last** - 5:12, 37:4, 53:9,
64:6, 123:10, 129:16,
131:20
**lasted** - 53:10, 64:8

**late** - 8:8
**latter** - 33:9
**law** - 55:9, 56:4, 70:14
**laws** - 56:12
**lawyer** - 3:10, 4:21, 4:23,
130:17
**lawyers** - 35:5, 58:1
**lay** - 129:16
**laying** - 106:13
**learn** - 9:1, 9:20, 9:23,
10:13, 11:11, 61:1, 93:16
**learned** - 76:16
**learning** - 19:3
**leave** - 4:20, 108:2, 108:3,
108:25, 136:24
**leaves** - 11:23
**leaving** - 95:3, 113:20,
113:21
**left** - 25:25, 26:1, 41:5,
85:9, 90:3, 90:4, 91:2, 91:8,
91:9, 92:19, 92:22, 92:24,
93:17, 93:18, 106:14,
107:18, 107:19, 107:20,
108:6, 110:13, 125:16,
141:3, 141:4
**leg** - 60:23
**legs** - 8:4
**length** - 75:24
**less** - 39:12, 84:10, 116:4
**lesson** - 9:23
**life** - 49:11, 50:21, 119:3,
119:10
**light** - 112:6
**lights** - 53:25, 112:5,
123:9
**limp** - 42:2
**line** - 56:22
**link** - 36:8
**linked** - 11:17
**lip** - 105:25
**listen** - 11:21, 14:2, 31:16,
32:16, 40:16, 47:21, 48:2
**live** - 80:3
**lived** - 15:2, 119:3
**living** - 14:25, 62:20,
62:22, 79:15, 99:17
**lobby** - 3:12
**locate** - 115:14
**located** - 16:23, 18:5,
50:23, 63:16, 122:10,
126:19, 126:22, 134:8,
134:12
**location** - 10:23, 16:15,
16:16, 17:5, 61:2, 61:5,
119:12
**locks** - 136:8
**long-sleeved** - 3:17
**look** - 13:3, 23:3, 52:3,
81:9, 111:9, 132:14, 132:21,
135:19
**looked** - 9:9, 61:16
**looking** - 25:5, 27:11,
27:23, 50:7, 51:1, 51:19,
51:24, 52:4, 52:6, 52:20,
53:8, 53:12, 53:13, 53:19,
62:19, 63:1, 85:25, 132:17,
132:23, 132:24, 133:6
**Looking-** 62:18, 64:1,
132:23
**looks** - 9:4
**lose** - 111:5, 113:7
**lost** - 42:10, 42:13, 54:7,
95:20
**Louisiana-** 2:15
**lower** - 13:23
**loyal** - 8:14
**lucky** - 9:13
**lunch** - 55:13, 55:17, 56:3,
56:21
**Lunch-** 56:25

## M

**ma'am** - 5:24, 21:21,
74:24, 131:3
**machine** - 32:16
**Madrid** - 2:14, 6:9
**Magee** - 1:22
**main** - 136:15
**males** - 65:5, 65:8, 65:11
**mallet** - 86:20, 89:13, 90:4,
91:19, 91:22, 91:24, 92:3,
121:25
**man** - 3:15, 3:16, 8:16, 9:2,
12:11, 22:14, 81:19, 82:1,
82:7, 83:15, 85:10, 100:20,
103:7, 107:19, 108:6, 116:7
**Manuel** - 1:6, 1:17, 10:2,
10:7, 10:11, 10:14, 10:15,
11:5, 14:7, 14:12, 14:19,
26:5, 34:25, 46:13, 46:19,
46:23, 48:3, 49:14, 50:6,
50:21, 50:23, 52:11, 52:22,
79:9, 79:17, 80:12, 80:13,
93:7, 93:10, 97:3, 98:24,
99:9, 101:6, 102:1, 102:9,
102:12, 102:13
**Manuel's** - 10:24, 11:5
**map** - 125:10, 126:17,
127:2
**Mari** - 17:9
**Marilu** - 2:20
**Mario** - 2:14, 6:9
**mark** - 109:20, 110:13
**marked** - 66:3
**marks** - 41:20, 60:22,
60:23
**married** - 15:5, 59:12,
80:2, 99:19
**Martinez** - 1:10, 1:20,
18:19, 20:14, 98:9, 98:10,
98:13, 98:20, 117:19
**Mary** - 143:4, 143:21
**mask** - 7:24, 8:3
**mate** - 122:15, 123:5,
127:19
**mate's** - 127:7
**materials** - 89:19
**maternal** - 79:7
**matter** - 86:2, 87:15, 87:20
**mattress** - 123:8
**maximum** - 134:7
**meal** - 10:10
**mean** - 17:19, 36:22, 42:7,
52:9, 71:1, 77:4, 94:7,
116:11, 116:15, 123:21,
125:16, 126:7, 127:13,
127:14, 128:21
**meaning** - 49:5
**means** - 52:10
**meant** - 129:24
**measure** - 139:21
**measurement** - 137:14
**measurements** - 137:5,
137:13
**Measurements** - 137:16
**meat** - 29:10
**medical** - 120:5
**meet** - 38:2, 38:10, 39:12,
39:20, 51:19, 56:20
**Mehl** - 11:15
**Melvin** - 30:12, 54:25,
58:20
**Members** - 55:16
**members** - 36:1, 40:14,
40:24, 41:10
**memory** - 137:2
**men** - 26:15, 46:11, 108:16
**mentioned** - 44:16, 51:21,
65:8, 87:6, 88:18, 89:14

**mercilessly** - 9:15
**mercy** - 87:25
**met** - 68:12, 131:17
**Metal** - 132:6
**metal** - 132:7
**meters** - 26:4
**Michael** - 3:10, 5:7
**microphone** - 14:10, 35:2,
35:20, 43:14, 78:20, 98:11,
118:3
**middle** - 8:17, 84:22
**midnight** - 64:9, 64:13,
76:2, 76:7
**might** - 77:18, 117:13,
129:2
**mind** - 19:20, 57:13, 129:6
**mine** - 42:10
**minor** - 46:15, 59:2
**minute** - 26:8, 34:12,
69:22, 125:14, 139:3
**minutes** - 3:10, 4:11,
37:13, 70:3, 92:25
**Miranda** - 56:5, 57:4,
57:10
**Mirandized** - 56:10, 56:17
**misunderstood** - 129:20
**mitigate** - 12:25
**mitigates** - 12:22
**mitigating** - 73:24
**mitigation** - 12:21, 73:25,
74:1, 74:3, 74:13
**Mitsubishi** - 38:20
**mofango** - 16:1, 16:2,
29:3, 29:8, 29:10, 79:16,
79:19
**moment** - 24:9, 25:11,
29:25, 34:9, 40:20, 42:19,
67:3, 78:1, 97:22, 101:20,
104:17, 105:18, 106:13,
106:14, 107:18, 107:23,
117:13, 130:19, 132:2
**money** - 8:13, 9:4, 10:15,
18:10, 29:11, 29:22, 49:3,
51:1, 51:8, 51:17, 52:2,
77:11
**monitor** - 47:10
**monitoring** - 47:8
**month** - 95:16
**months** - 44:7, 44:8, 119:7
**morning** - 3:9, 7:18, 7:19,
19:8, 19:10, 19:14, 92:19,
142:17, 142:21
**most** - 100:13
**mostly** - 136:9
**mother** - 26:7, 27:2, 27:12,
99:6
**mountains** - 135:2, 135:20
**mouth** - 60:23, 90:18,
90:23
**move** - 9:17, 16:14
**moved** - 94:14
**moving** - 52:12
**multiple** - 94:17
**murder** - 6:15, 9:22, 11:17
**music** - 21:20, 22:16,
22:19, 22:20, 23:5, 101:17,
101:18
**must** - 133:22

## N

**naked** - 127:22
**name** - 5:7, 5:13, 10:2,
16:25, 17:5, 17:7, 17:9,
17:10, 20:19, 23:13, 23:18,
28:9, 28:22, 44:2, 59:9,
68:11, 79:5, 93:20, 108:13,
118:16, 119:18, 130:16,
131:14, 133:22, 134:6
**named** - 8:16, 9:2, 15:10,

60:3, 65:9, 98:24, 113:21
**names** - 8:20
**narrative** - 20:3
**Natalie** - 2:3, 6:10
**national** - 14:24
**nature** - 34:2
**nearby** - 60:2
**necessary** - 48:2
**neck** - 109:17
**need** - 3:23, 32:24, 69:22, 92:1, 142:4
**needed** - 37:18
**needs** - 34:17
**negotiate** - 49:15
**negotiation** - 49:1
**negotiations** - 48:6, 48:10, 52:11
**neighborhood** - 10:6
**nervous** - 97:12
**nervousness** - 42:7
**never** - 29:17, 41:5, 68:12, 72:7, 72:18, 94:23, 131:17
**Never** - 19:20, 29:18, 31:12
**new** - 10:5, 42:13
**news** - 37:1
**newspaper** - 40:12
**next** - 9:11, 22:24, 24:24, 30:16, 33:7, 33:12, 33:14, 33:21, 37:11, 37:13, 41:11, 41:12, 43:5, 48:5, 49:9, 49:18, 54:19, 64:10, 64:14, 78:14, 82:15, 83:7, 85:7, 90:21, 91:1, 92:18, 98:7, 104:19, 105:15, 106:12, 109:1, 111:11, 112:23, 115:12, 117:22, 125:1, 125:11, 128:9
**nice** - 10:5, 18:12, 22:20, 101:18
**nick** - 110:9, 110:12
**night** - 8:10, 8:18, 9:16, 19:17, 33:10, 41:11, 41:12, 48:7, 48:19, 49:22, 75:6, 80:21, 82:2, 88:13
**nighttime** - 64:13
**nine** - 14:22, 79:12
**noise** - 25:15, 114:11, 114:14
**none** - 26:18, 77:8
**noon** - 122:5
**Normal** - 15:17
**normal** - 124:5, 124:6
**normally** - 77:13
**note** - 128:2
**notes** - 5:5, 5:20, 5:22
**Nothing** - 12:24, 78:9
**nothing** - 4:7, 12:19, 12:22, 34:5, 73:20, 75:7, 75:10, 102:11, 129:24, 141:17
**notice** - 92:15, 96:22, 108:15, 111:7
**noticed** - 26:14, 85:24
**notified** - 67:23, 124:7, 124:18
**notify** - 67:21
**number** - 5:8, 5:12, 5:15, 10:24, 10:25, 11:1, 28:7, 28:10, 28:12, 28:13, 67:1
**Number** - 1:23
**numbered** - 1:22, 143:11
**numbers** - 47:13, 126:18, 140:21

## O

**Obel** - 1:6, 6:7, 11:2, 11:10, 11:11, 11:23, 12:16, 23:6, 23:14, 26:20, 28:20, 30:20, 30:24, 33:17, 35:24, 40:5,

45:20, 45:22, 50:12, 51:8, 54:17, 54:20, 55:1, 57:23, 58:9, 62:9, 64:4, 64:23, 65:14, 65:17, 66:8, 83:15, 84:11, 85:22, 86:3, 86:10, 87:13, 88:25, 89:7, 90:13, 92:22, 93:25, 94:7, 96:13, 101:14, 104:9, 106:9, 107:24, 108:10, 111:25, 112:10, 115:23, 120:19, 122:14, 122:17, 123:4, 127:18, 128:3, 128:10, 129:6, 129:21, 130:21
**object** - 69:11, 69:17, 137:21
**objection** - 61:23, 62:1, 62:14, 62:16, 67:7, 67:10, 74:8, 74:19
**observe** - 60:17
**observed** - 5:6
**observer** - 140:9
**obviously** - 3:23
**occasion** - 9:14, 9:25, 120:7, 120:18
**occasions** - 94:17
**occupation** - 8:9
**occur** - 121:24, 122:4, 125:4
**occurred** - 21:2, 46:11, 72:16, 76:10, 143:11
**October** - 20:1, 20:9, 45:18, 46:9, 48:7, 48:20, 49:22, 64:7, 64:8, 64:13, 69:5, 80:9, 81:11, 100:19, 120:10, 120:15, 121:23, 122:13, 123:16, 131:23, 132:4, 143:17
**octopus** - 21:6, 21:8, 21:14, 101:15, 103:11, 103:20, 105:24
**offense** - 6:14, 11:14, 65:15, 65:18
**offenses** - 11:19
**offer** - 57:2, 61:19, 62:12, 66:23
**Offered** - 1:23, 61:22, 62:13, 67:2
**office** - 44:11, 47:4, 47:5, 47:9
**officer** - 27:23, 44:8, 74:5, 119:6, 119:9, 120:11, 122:2, 122:3, 129:5
**Officer** - 31:21, 43:13, 58:3, 117:23, 118:20, 118:21, 118:22, 119:21, 120:21, 122:17, 123:3, 124:8, 128:17, 129:4, 130:16, 131:9, 131:14, 139:6, 139:14, 139:16, 141:21
**officers** - 30:10, 30:13, 30:22, 31:4, 32:12, 34:8, 36:5, 37:19, 39:11, 39:23, 40:20, 53:24, 115:14, 124:22, 125:1, 127:16, 128:21, 128:23
**Officers** - 30:11
**offices** - 54:22
**Official** - 143:4, 143:16, 143:22
**official** - 27:17
**often** - 10:5, 116:24, 122:4
**old** - 9:2, 10:20, 14:21, 26:7, 79:11, 99:10, 99:11, 99:13
**older** - 3:15, 4:4
**Once** - 4:13, 6:18, 124:25
**once** - 4:16, 115:6, 127:9
**one** - 8:5, 8:11, 8:15, 9:7, 9:10, 10:8, 13:16, 24:25,

25:6, 34:15, 35:12, 37:5, 37:7, 40:20, 54:14, 55:18, 59:2, 59:20, 60:23, 65:8, 67:3, 67:4, 68:18, 72:12, 73:8, 74:25, 76:2, 76:4, 76:5, 83:17, 84:8, 84:11, 84:21, 85:9, 87:3, 89:11, 89:12, 89:19, 90:11, 94:4, 94:5, 94:10, 96:13, 97:12, 104:7, 104:23, 105:14, 105:23, 107:1, 108:20, 109:10, 111:25, 112:17, 114:8, 123:20, 124:2, 127:3, 127:22, 129:5, 129:21, 130:17, 134:12, 134:13, 134:14, 134:15, 134:17, 134:19, 135:11, 139:1, 139:16, 140:15, 140:18
**One** - 3:15, 41:11, 75:2, 84:8, 104:23, 118:5, 140:24
**ones** - 112:2
**open** - 19:5, 89:22, 89:24, 114:7, 114:15, 132:11, 136:18, 136:24, 141:2, 141:3, 141:4, 141:8, 141:11, 143:12
**Open** - 3:1, 6:3, 34:22, 55:11, 55:25, 57:1, 57:20, 70:1, 70:4, 75:18, 130:3, 130:7, 131:5, 139:5, 139:10, 142:19
**opened** - 19:6, 85:15, 85:17, 105:18, 114:11, 140:16, 141:10
**opening** - 7:14, 13:6, 125:21
**Opening** - 1:4, 7:17
**opens** - 105:17
**operating** - 141:7
**operation** - 138:16
**opinion** - 6:23, 55:21, 94:3, 108:18, 142:9
**opportunity** - 59:24, 63:20
**oral** - 73:17
**Orally** - 72:21, 72:22
**Orally** - 72:23, 73:1
**orange** - 63:15
**ordeal** - 64:5
**order** - 7:4, 7:5, 28:11, 28:15, 29:2, 39:9, 51:1, 54:22, 59:3, 104:7
**ordered** - 21:25, 22:15, 26:18, 82:7, 82:8, 101:14, 127:21, 142:14
**orders** - 11:1, 108:21, 125:2
**original** - 66:13, 66:17
**ourselves** - 114:8
**outcome** - 7:7
**outfitting** - 50:17
**outside** - 4:18, 10:4, 10:25, 13:25, 17:24, 38:22, 39:2, 87:11, 89:11, 100:16, 122:10, 124:13, 130:10, 132:23, 133:2, 133:13, 134:25, 137:1, 138:20
**Outside** - 28:4, 70:24, 124:11, 130:8
**overall** - 128:17
**overheard** - 3:20
**owed** - 8:13
**own** - 25:1, 79:25
**owned** - 10:2

**package** - 50:12
**page** - 139:17
**Page** - 1:3
**pane** - 3:17, 124:2, 124:9, 124:10, 124:17, 127:5, 127:6
**panes** - 123:20, 136:24, 140:12, 140:15, 140:24, 141:2, 141:3, 141:5, 141:6
**pantyhose** - 7:24, 8:3
**paragraph** - 137:20
**paramedics** - 60:20, 60:24
**park** - 16:11
**parked** - 17:17, 53:1
**parking** - 16:10, 16:12, 38:24, 38:25, 39:2, 53:4
**parole** - 67:18, 67:22, 68:1, 96:23, 97:1, 116:24
**part** - 5:22, 9:4, 9:9, 21:10, 44:21, 47:3, 49:1, 73:11, 90:12, 90:18, 102:3, 123:24, 132:11, 138:15, 139:17
**particular** - 73:9, 88:24, 119:12, 120:24, 126:12, 126:14, 126:22
**parties** - 13:25, 143:9, 143:15
**partner** - 58:20
**parts** - 60:21, 110:12
**pass** - 42:17, 68:6, 78:5, 97:19, 106:16, 106:23, 117:10, 129:8
**Pass** - 141:13
**passed** - 27:8, 92:23
**passing** - 60:8, 60:11
**past** - 73:6, 120:4
**patience** - 39:15
**patrol** - 27:8, 60:8, 60:11, 60:12, 95:14, 96:8, 115:17, 115:20
**Pause** - 42:22, 67:6, 75:4, 78:4, 97:24, 117:16, 118:6
**pay** - 16:11, 16:12
**paying** - 42:13
**pealed** - 100:7
**peel** - 100:5
**penal** - 68:20
**penalty** - 12:14
**penis** - 109:7, 110:1, 110:13
**people** - 4:1, 8:11, 12:6, 12:7, 12:17, 16:10, 16:20, 17:24, 19:16, 22:8, 22:10, 28:11, 28:14, 44:7, 77:17, 77:21, 80:14, 83:20, 84:6, 95:7, 96:23, 105:1, 111:24, 112:9, 112:10, 117:4
**people's** - 8:10
**percent** - 55:8
**perform** - 60:25, 123:6
**performed** - 123:22
**perimeter** - 133:4, 133:11
**period** - 9:10, 44:17, 113:21
**permanently** - 16:16
**permissible** - 127:2
**Perry** - 55:14
**Persecution** - 42:7
**persecution** - 42:14
**person** - 15:17, 39:24, 40:2, 48:21, 71:8, 74:15, 77:10, 81:10, 87:13, 93:24, 98:24, 101:12, 102:20, 102:21, 104:4, 104:13, 104:18, 106:4, 106:6, 114:8, 121:8, 125:18, 127:18
**personally** - 139:20
**persons** - 59:2, 121:19
**phase** - 6:16, 6:17, 7:9, 7:23

## P

**Pablo** - 59:19, 65:9, 65:10, 65:11, 93:21, 93:22, 93:23, 94:14, 94:18, 113:21, 113:22, 115:3

**Phone** - 2:7, 2:13, 2:16, 5:15
**phone** - 5:11, 10:24, 11:1, 26:9, 27:20, 28:3, 28:7, 28:13, 28:17, 29:6, 29:12, 31:18, 32:10, 32:25, 33:3, 33:4, 33:9, 33:16, 35:12, 35:22, 35:25, 36:4, 36:24, 36:25, 37:3, 39:13, 39:25, 40:5, 40:13, 40:15, 40:16, 40:17, 41:1, 41:8, 47:25, 48:10, 49:12, 50:23, 52:14, 59:15, 73:17, 93:7, 93:10, 112:25, 128:4, 128:6
**phonetic** - 17:12, 49:23
**photo** - 62:5, 66:10
**Photograph** - 1:24, 1:25, 2:1, 2:2
**photograph** - 61:17
**photographs** - 138:9
**photos** - 61:6, 61:13
**pick** - 25:24, 51:17, 52:1
**picture** - 91:17, 133:23
**Piedras** - 17:1
**piled** - 126:21
**pillowcase** - 104:21, 104:25, 112:6, 112:8, 112:18, 112:21
**pillowcases** - 115:6, 115:9
**pipe** - 41:23, 41:24
**placard** - 10:25
**place** - 9:21, 17:18, 19:4, 22:24, 37:19, 37:24, 38:1, 38:2, 39:10, 41:3, 61:2, 61:16, 85:9, 96:6, 101:22
**placed** - 115:6, 122:7
**places** - 16:19
**plain** - 125:23, 135:21
**plan** - 10:17, 11:6, 38:7, 38:9, 49:7, 49:19, 49:21, 50:11, 50:19, 50:20, 50:23, 51:4, 51:16, 114:5
**planned** - 51:11
**planning** - 51:18
**plantain** - 29:4, 29:8, 100:5, 100:7, 101:15
**plated** - 25:7
**plead** - 65:17
**pled** - 11:12, 68:16
**Pm** - 21:3, 27:14, 37:15, 46:10, 64:8, 76:2, 76:6, 76:9, 76:11
**poached** - 111:18
**point** - 8:1, 21:19, 25:3, 30:24, 31:24, 36:23, 41:5, 42:24, 43:1, 45:25, 48:1, 50:11, 57:17, 58:15, 58:21, 59:11, 61:1, 71:6, 74:18, 80:11, 81:14, 81:16, 87:16, 88:6, 88:24, 90:19, 92:10, 92:13, 93:6, 93:16, 96:10, 105:5, 110:19, 112:24, 120:7, 122:20, 125:6, 127:20, 128:9
**pointed** - 25:7, 82:16, 83:2, 83:16
**pointing** - 25:25, 102:13, 106:9
**points** - 50:4
**police** - 9:18, 11:6, 26:22, 27:7, 27:8, 27:13, 27:15, 27:23, 28:2, 30:4, 30:6, 30:22, 31:1, 31:7, 31:11, 32:13, 34:4, 34:8, 35:13, 36:5, 36:8, 38:3, 38:7, 38:15, 38:18, 38:22, 39:2, 39:10, 41:2, 41:5, 44:3, 44:6, 46:10, 46:14, 50:24, 51:15, 53:24, 54:1, 54:2, 54:20, 60:19, 62:10, 76:8,

96:3, 96:5, 96:9, 96:17, 115:14, 115:21, 137:12
**portions** - 143:8
**possessed** - 128:6
**possible** - 52:1
**possibly** - 3:18, 5:9
**posted** - 51:22
**practice** - 8:19, 127:23, 128:14
**praying** - 114:20
**predicate** - 129:16
**preface** - 56:7
**prepaid** - 47:11, 47:16
**prepare** - 138:1
**prepared** - 24:15, 24:17, 34:9, 49:15, 57:11, 137:23, 142:5
**preparing** - 21:6
**presence** - 4:18, 30:17, 31:4, 31:13, 70:24, 125:4, 130:8, 130:10
**present** - 3:1, 3:6, 3:7, 6:3, 13:12, 34:22, 48:11, 54:24, 55:11, 55:25, 57:1, 57:20, 57:24, 57:25, 70:1, 70:4, 70:16, 75:18, 127:25, 130:3, 130:7, 131:15, 139:5, 139:10, 140:9, 140:10, 142:19
**Present** - 6:10
**presentation** - 35:6, 70:20
**presented** - 12:15, 74:4
**presenting** - 13:3, 74:23
**presiding** - 1:23
**pretend** - 51:4
**pretending** - 40:18
**pretty** - 16:15, 18:12, 18:15, 18:16, 107:14, 111:9
**prevent** - 74:22
**previously** - 6:19, 51:21, 73:7
**prison** - 11:13, 11:14, 67:18, 96:24, 116:22, 135:19
**prisoners** - 121:12, 121:14
**private** - 29:4, 29:8
**problems** - 95:25, 96:1, 97:10, 129:17
**procedure** - 122:9, 123:22, 124:21
**Proceed** - 35:21
**proceed** - 6:17, 7:8, 7:16, 13:9, 14:11, 34:24, 35:7, 35:9, 43:12, 43:19, 57:19, 58:5, 58:7, 67:11, 71:16, 75:20, 78:21, 98:12, 118:7, 130:13, 131:11, 135:9, 139:13, 139:15
**proceeded** - 123:6, 125:11
**Proceedings** - 1:16, 1:24, 1:2, 142:22
**proceedings** - 1:21, 116:10, 143:8, 143:14
**process** - 49:2, 64:19, 64:22, 67:15, 76:9
**prohibited** - 125:8, 128:8
**proof** - 50:17
**property** - 119:10, 120:2, 136:12
**prosecution** - 58:1
**prosecutor** - 131:21, 139:8
**protect** - 18:2
**protocol** - 45:10
**provide** - 128:10
**provided** - 35:1, 123:7
**public** - 66:23
**Puerro** - 2:9, 9:23, 10:1, 11:14, 15:1, 15:2, 16:2, 16:4, 19:12, 44:3, 44:6, 44:13, 44:24, 45:2, 46:10,

67:17, 72:16, 74:21, 77:13, 79:22, 96:24, 116:13, 118:25, 119:1, 119:10, 125:10, 126:17, 137:11
**pulled** - 10:12, 25:7, 25:13, 26:13, 82:25, 102:8, 109:7
**pump** - 22:21
**punishment** - 6:17, 7:9, 8:25, 73:25, 74:1, 128:15
**Punishment** - 1:16, 1:2
**purpose** - 129:15, 132:9, 136:9, 136:14, 136:16
**pushed** - 85:10
**put** - 5:18, 32:15, 32:25, 33:3, 33:5, 33:16, 37:20, 49:11, 50:21, 84:4, 84:9, 84:12, 84:16, 90:18, 90:22, 93:9, 93:14, 95:4, 104:21, 104:23, 105:17, 109:16, 110:25, 112:18, 114:10, 115:20, 127:15

**Q**

**questions** - 68:14, 69:16, 70:22, 71:3, 120:22, 129:11, 130:9
**quickly** - 25:9, 25:22
**quite** - 111:22, 113:6, 130:21

**R**

**radio** - 24:4, 24:13, 53:6, 96:7
**railings** - 133:12
**rain** - 18:3
**rains** - 16:18
**raise** - 13:20, 35:4
**ramifications** - 7:6
**ran** - 10:15, 39:15, 60:5, 83:12, 95:12
**ransom** - 46:21
**raped** - 8:22
**re** - 57:14
**re-ask** - 57:14
**reached** - 48:7, 76:20, 77:1
**read** - 5:4, 5:19, 5:22, 14:2, 58:18, 58:25, 137:20
**Ready-** 75:15
**ready** - 6:16, 7:8, 7:10, 7:11, 7:12, 13:9, 34:24, 35:7, 58:5, 95:2, 139:13
**really** - 5:2, 18:10, 77:5, 112:2, 113:7, 129:18
**reason** - 70:11, 75:5
**recalled** - 117:20, 129:22
**receive** - 11:2, 32:12, 48:24, 65:23
**received** - 6:13, 44:7, 46:10, 47:9, 96:22
**receiving** - 46:19, 47:7
**Recess-** 34:21, 131:4, 139:9
**recess** - 56:24, 56:25, 142:20
**recessed** - 142:22
**recognize** - 62:5, 91:17
**record** - 3:3, 3:6, 5:18, 5:20, 5:22, 6:6, 6:8, 23:10, 23:12, 46:4, 46:6, 55:7, 57:15, 57:22, 66:24, 69:14, 70:5, 71:15, 81:23, 81:25, 103:4, 103:6, 122:24, 123:1, 129:14, 131:7, 139:12
**Record-** 1:1, 143:10, 143:13
**referenced** - 126:17

**referring** - 30:19, 85:21, 86:9
**reflect** - 23:11, 23:12, 46:5, 46:6, 81:24, 81:25, 103:5, 103:6, 122:25, 123:1, 137:4
**reflecting** - 66:7
**reflects** - 143:14
**refresh** - 137:22
**regarding** - 36:19, 46:23, 73:14, 130:9
**regards** - 74:17
**regular** - 15:17, 74:4
**reiterate** - 3:6
**related** - 7:9, 99:2, 129:6, 129:21, 138:25
**relating** - 3:21
**relationship** - 9:6
**release** - 29:2, 59:7, 142:16
**Release-** 39:17, 39:20
**released** - 14:3, 40:25, 41:19, 55:23, 59:16, 59:22, 59:23, 60:1, 60:2, 60:13, 64:12, 68:25, 69:4, 70:13, 70:17, 75:6, 94:25, 96:2, 113:23, 113:25, 114:23
**relevance** - 69:11, 69:19, 70:7, 74:9
**relevant** - 73:15, 73:22, 74:13
**remain** - 13:25
**remember** - 8:2, 20:2, 21:12, 23:4, 36:25, 58:10, 59:11, 80:9, 83:1, 83:5, 84:6, 84:17, 85:4, 85:7, 85:11, 87:3, 93:7, 93:8, 93:9, 93:10, 93:11, 93:12, 93:13, 93:19, 99:25, 101:8, 101:10, 102:4, 103:10, 103:11, 105:7, 105:23, 112:23, 112:24, 113:2, 113:4, 113:12, 113:20, 113:23, 114:25, 115:22
**Remember-** 12:1
**remembered** - 103:13
**remembering** - 8:6
**remind** - 6:20, 6:24, 7:3, 142:6
**reminded** - 55:18
**remove** - 136:4
**removed** - 86:24, 87:14, 87:16, 89:12, 89:15, 92:3, 109:10, 123:3
**removes** - 105:21, 105:22
**Renee-** 1:22
**rent** - 16:11, 16:12
**reopened** - 17:4
**repeat** - 6:18
**rephrase** - 64:17
**report** - 5:10, 14:2, 27:17, 28:2, 46:10, 46:13, 46:14, 46:16, 124:7, 137:10, 137:24, 138:2, 138:13, 138:17, 138:24, 139:7, 139:17, 140:7, 140:11
**reported** - 1:24, 64:8, 76:8, 143:12
**Reporter-** 143:4, 143:22
**Reporter's-** 1:1, 1:13, 143:1, 143:10, 143:13
**represent** - 61:15
**represented** - 58:1
**requested** - 143:8
**requisite** - 67:1
**rescue** - 49:8
**reserve** - 13:7, 42:24, 97:25, 117:17
**residence** - 61:14, 62:20, 63:9

**resolved** - 57:12
**respect** - 138:14
**respective** - 143:15
**respond** - 22:22, 32:2, 32:7, 48:17
**response** - 46:16, 53:20
**responses** - 35:19
**responsibilities** - 119:8, 119:22
**responsibility** - 140:7
**rest** - 7:21, 13:3, 111:3, 112:20, 135:19
**Restaurant** - 17:9
**restaurant** - 10:1, 10:19, 10:21, 19:17, 21:9, 26:15, 33:13, 77:4, 77:11, 83:19, 90:10
**restricted** - 136:7
**resumed** - 131:15
**return** - 29:9, 53:22
**revolver** - 25:7, 25:8, 25:9, 82:14, 102:9, 109:3
**Rican**- 11:14, 16:3, 119:11, 137:12
**Rico**- 2:3, 9:24, 10:1, 15:1, 15:2, 16:4, 19:12, 44:3, 44:6, 44:13, 44:24, 45:2, 46:10, 67:17, 72:16, 74:21, 77:13, 79:22, 96:24, 116:13, 118:25, 119:1, 125:11, 126:17
**riding** - 10:6, 51:17, 52:8
**rigged** - 114:13
**rights** - 58:18, 59:1
**Rio**- 17:1
**riot** - 127:17
**rise** - 6:4, 34:20, 55:24, 130:6, 142:18
**risk** - 50:21
**robberies** - 44:18
**Robbery**- 44:10
**robbery** - 30:9, 30:11
**rod** - 86:14, 86:16, 89:15, 89:16, 89:19, 89:22
**Rodriguez**- 1:7, 1:21, 43:20, 44:3, 143:4, 143:21
**rods** - 89:18
**Rolando**- 2:20, 35:19
**room** - 13:14, 62:20, 62:22, 93:14, 142:14
**rope** - 125:10, 126:4, 126:7, 127:1
**rough** - 21:2, 36:14
**Rough**- 36:15
**route** - 50:4
**Rp**- 2:11
**rubber** - 121:25, 123:12, 123:15
**Rudy**- 7:22, 8:2, 8:18, 8:23, 8:24, 12:1
**Rule**- 13:17
**rule** - 13:22, 13:23
**rules** - 20:6, 74:4
**ruling** - 74:12
**run** - 115:9
**running** - 25:22, 26:1, 26:2, 38:4, 54:8, 83:9, 94:3, 102:12, 102:14, 136:5
**ruse** - 53:9

**S**

**sack** - 126:24
**safeguard** - 119:10
**safety** - 97:15, 128:18, 128:21, 132:10
**salon** - 82:21
**sample** - 11:16
**San**- 17:1, 18:6, 49:23, 50:25, 54:6

**sandwich** - 28:9, 28:12
**sat** - 10:9
**satisfied** - 5:1
**Saul** - 9:2, 9:5, 9:9, 9:11, 9:12, 9:13
**Saul's**- 9:9
**saw** - 94:4, 111:6, 139:25
**Sbot** - 2:4, 2:5, 2:12, 2:15
**scab** - 109:23
**scared** - 25:21, 36:10, 93:3, 93:4, 110:15
**scream** - 92:7
**screamed** - 92:6
**screams** - 106:15, 107:22
**seafood** - 15:22, 16:1, 21:10, 24:11, 100:5, 100:6
**search** - 128:3, 139:25, 140:4, 140:10
**searched** - 127:22
**searching** - 27:4, 54:11
**seat** - 14:20, 43:18
**seated** - 4:19, 6:5, 26:15, 34:23, 56:1, 57:21, 75:19, 83:20, 84:17, 131:6, 139:11
**second** - 3:16, 8:9, 73:20, 75:3, 76:1, 106:19, 118:5, 126:15, 135:16, 135:18
**Second** - 126:16
**section** - 120:24, 121:2, 121:16
**security** - 127:16, 134:8
**see** - 23:4, 25:5, 37:1, 37:24, 39:11, 39:18, 39:19, 40:12, 45:22, 56:3, 59:24, 69:19, 72:25, 77:21, 81:10, 87:15, 102:21, 104:17, 105:1, 105:3, 106:9, 112:3, 112:7, 112:11, 122:17, 125:23, 132:18, 132:21, 132:25, 133:5, 135:19, 135:20, 138:21, 142:17
**seeing** - 39:16
**seem** - 4:8, 26:19
**sell** - 16:1, 29:3, 29:7, 79:19
**sent** - 116:22
**Sentence** - 2:4
**sentence** - 11:14, 65:23, 66:7
**sergeant** - 30:7
**Sergeant** - 43:6
**Sergeants** - 31:14
**serious** - 7:6, 30:1
**serve** - 21:8, 21:10, 117:8
**served** - 24:15, 82:8
**services** - 120:5
**serving** - 11:13
**setting** - 34:3
**Several** - 116:3
**several** - 17:24, 41:3, 49:23, 50:1, 50:4, 87:2, 109:5
**sex** - 90:5, 90:15
**shape** - 56:13
**share** - 30:17
**sharp** - 64:25
**sheet** - 126:24
**sheets** - 125:10, 126:4, 126:8, 126:10, 126:20, 127:2
**shirt** - 3:16, 3:17, 23:9, 46:2, 81:22
**shoe** - 92:3, 95:16
**shoes** - 89:13, 109:10
**short** - 34:13, 111:12
**shorthand** - 1:25
**shots** - 102:9, 112:11
**show** - 40:10, 61:11, 62:4, 66:2, 91:12, 91:16, 91:24
**showed** - 12:3, 133:23

**shower** - 86:14, 86:15, 89:15, 89:16, 89:18
**showing** - 62:25, 63:12, 134:13
**shows** - 12:15
**shrimp** - 101:15
**shut** - 32:10, 33:9, 36:24, 40:15, 40:16, 136:25
**side** - 9:8, 13:17, 63:6, 104:23, 104:24, 132:18
**sidewalk** - 10:1, 10:25
**sight** - 135:21
**signals** - 53:24
**significant** - 109:22
**signs** - 49:11
**Single** - 99:20
**single** - 80:2, 99:19
**sink** - 63:6
**sit** - 16:20, 17:25, 135:5
**sitting** - 22:7, 22:10, 22:25, 24:20, 53:5
**situation** - 17:20, 59:1, 94:22, 127:23, 136:3
**situations** - 45:16
**six** - 16:22, 44:7, 119:7
**Sixteen** - 10:20, 65:24, 99:16
**Sixteen-year-old** - 10:20
**Sixty** - 121:15
**Sixty-two** - 121:15
**size** - 137:2, 140:19, 140:21, 140:25
**Skip** - 6:9, 68:11, 130:16, 131:14
**sledge** - 41:25, 63:14, 63:16, 63:22
**sleeved** - 3:17
**slighted** - 8:12
**slime** - 24:10
**slit** - 109:4, 109:17
**slower** - 86:22, 106:3
**small** - 38:1, 77:4, 77:10, 79:16, 109:20
**smashed** - 41:24
**society** - 12:16
**sold** - 8:12, 18:9
**someone** - 65:9, 70:14, 80:3, 87:7, 87:11, 91:4, 93:17, 112:16, 113:21, 136:4
**somewhat** - 113:11
**somewhere** - 60:15, 115:5
**son** - 105:23
**son-of-a-bitch** - 105:23
**sorry** - 49:25, 50:2, 59:8, 121:13, 124:1, 136:21
**sort** - 71:24, 126:10
**sound** - 70:25, 123:20, 128:5
**sounds** - 11:25, 108:2
**space** - 125:16, 125:18, 133:11, 136:18, 141:4
**spaces** - 136:23, 136:25
**Spanish** - 66:16
**spanned** - 41:16
**speaker** - 47:25
**speaking** - 4:1, 4:3, 4:6, 6:25
**special** - 13:1, 45:7
**specialized** - 44:17
**specific** - 4:7, 8:15, 37:23, 121:4
**specifically** - 6:24, 88:3, 90:13, 142:13
**spell** - 119:16, 119:18
**spelling** - 5:12
**spite** - 50:21
**spits** - 105:25
**sports** - 23:9, 122:23
**staff** - 129:2

**stand** - 8:3, 14:8, 34:7, 58:4, 91:20
**standing** - 10:12
**stands** - 129:5
**start** - 57:16, 64:6, 114:20, 142:3
**started** - 27:4, 37:22, 44:6, 54:1, 64:7, 80:19, 90:5, 95:13, 105:18
**State** - 1:11, 2:7, 3:8, 6:7, 6:10, 7:13, 13:9, 57:23, 73:13, 98:8, 117:23, 138:22, 143:2, 143:5
**State's** - 1:4, 1:5, 7:10, 7:17, 61:11, 61:21, 61:25, 62:2, 62:4, 62:12, 62:13, 62:15, 62:17, 62:18, 62:25, 63:12, 64:1, 66:3, 66:23, 67:2, 67:9, 67:12, 74:18, 91:12, 91:16
**Statement** - 7:17
**statement** - 1:4, 7:14, 57:3, 57:4
**states** - 19:20, 56:4, 56:6
**States** - 45:4, 56:13, 69:9, 73:2, 75:8
**station** - 27:13, 27:15, 27:21, 28:2, 30:2, 30:4, 30:6, 31:7, 31:9, 31:11, 32:13, 34:4, 34:8, 35:13, 36:8, 37:20, 38:4, 38:15, 38:19, 38:23, 38:25, 39:2, 40:20, 41:3, 41:6, 50:24, 51:15, 53:4, 58:12, 60:19, 96:9, 115:21
**stationary** - 16:9, 17:17
**stay** - 16:15, 19:4, 93:17
**stayed** - 8:19, 111:3, 111:12
**stealing** - 8:10
**step** - 43:4, 53:6, 53:7, 78:12, 92:1, 98:5, 104:5, 117:20, 139:6, 141:22
**stepfather** - 99:5, 100:15, 100:25, 112:25
**stepfather's** - 100:1
**steps** - 50:16
**stepson** - 11:5, 15:9, 18:18
**still** - 6:18, 42:2, 42:14, 73:19, 74:3, 77:2, 85:13, 85:14, 92:13, 92:14, 95:25, 97:10, 97:14, 102:13, 112:7, 136:1, 136:25
**stomp** - 106:16, 106:24, 108:3
**stomping** - 106:2, 106:20, 108:24
**stood** - 25:3, 25:4, 109:2
**stop** - 25:11, 26:8, 35:16, 38:5, 52:18, 54:1, 106:17, 106:23
**Stop** - 106:19
**stopped** - 60:12, 124:21
**stories** - 135:13
**story** - 7:21, 8:2, 8:24, 135:16, 135:18
**strategy** - 51:25
**street** - 18:6, 20:17, 38:12, 52:21, 52:23, 53:8, 53:12, 60:2, 60:15, 77:17, 117:6
**strike** - 73:1
**strip** - 140:4
**strong** - 89:20
**strongly** - 4:16
**structure** - 16:5, 123:10
**struggles** - 4:1
**struggling** - 4:7
**stuck** - 90:17
**stuff** - 37:8, 41:2, 57:7,

77:18, 135:20, 140:1
**styled** - 143:11
**subdivision** - 60:3
**subject** - 6:22, 7:2, 40:21, 43:1, 48:6, 48:13, 55:20, 64:4, 98:6, 117:20, 142:8
**subjects** - 48:4, 48:8, 49:11, 50:7, 51:13, 51:17, 51:23, 52:1, 52:11, 52:15, 52:22, 59:4, 59:20, 62:10, 64:23
**substance** - 48:14
**substantially** - 56:5
**suffers** - 42:14
**sufficient** - 12:21
**sufficiently** - 12:22, 12:25
**suit** - 46:2, 103:1
**Suite** - 2:15
**supervisor** - 124:6, 124:18, 124:22, 124:25, 125:2, 127:21, 140:10
**supervisors** - 50:20, 124:25
**supplier** - 8:14
**support** - 15:16
**supposed** - 4:20, 29:19, 69:20, 141:7
**surname** - 79:7
**surrounded** - 39:11
**surrounding** - 27:5
**suspicious** - 52:16
**sustain** - 74:18
**sustained** - 138:7
**Suzuki** - 38:20
**swear** - 13:16
**swollen** - 41:20, 95:18
**sworn** - 13:21, 14:13, 43:15, 43:21, 78:18, 78:23, 98:14, 117:25, 118:10
**Sx** - 1:24, 1:25, 2:1, 2:2, 2:3

# T

**table** - 6:8, 24:16, 24:20, 25:2, 25:4, 32:15, 57:25, 62:21, 82:22, 83:21, 121:21
**tables** - 10:4, 16:19, 16:22, 17:24, 22:11, 26:15, 82:20
**taco** - 10:3
**tampered** - 136:12, 136:15
**tap** - 109:8
**targets** - 8:11
**task** - 44:11, 49:19
**Taurus** - 53:21, 54:3, 64:3
**team** - 49:19
**teeth** - 95:20, 95:23
**telephone** - 5:7, 27:18, 28:10, 32:15, 46:20, 46:24, 47:7, 47:11, 47:16, 47:17, 51:14, 51:23, 59:3, 59:19
**Ten-** 25:14
**tender** - 139:7
**tennis** - 89:13, 92:3, 109:10
**Terrace-** 2:12
**testicle** - 110:10, 110:11
**testicles** - 110:14
**testified** - 12:1, 14:13, 43:21, 76:19, 78:23, 98:14, 118:10, 131:23, 139:24
**testify** - 10:21, 80:16
**testifying** - 97:17
**testimony** - 14:3, 34:25, 129:20, 137:24, 142:4
**Texas** - 1:11, 1:9, 1:23, 2:6, 2:7, 2:13, 2:16, 6:7, 57:23, 143:2, 143:6, 143:21, 143:24
**thanked** - 4:3

**themselves** - 53:25
**thereon** - 6:23, 55:21, 142:9
**they've** - 70:18
**thinking** - 38:10, 114:16
**Thirty-** 79:12
**Thirty-nine-** 79:12
**thoughts** - 114:7
**threaten** - 40:14
**threatened** - 31:8
**threatening** - 36:7
**Three-** 99:24
**three** - 11:9, 11:11, 41:13, 83:25, 84:10, 95:5, 116:4, 141:3, 141:5
**threw** - 9:15, 12:4, 25:9, 25:21, 83:8, 85:18, 85:19, 86:3, 87:7, 87:11, 88:21, 88:22, 89:8, 109:6
**throat** - 109:4, 109:17
**throwing** - 86:7
**throws** - 105:25
**tie** - 12:6, 23:9, 46:3
**tied** - 8:22, 9:14, 12:3, 88:7, 88:8, 88:17, 89:4, 92:13, 92:14, 110:19, 110:23, 111:3, 126:25
**Tierra-** 10:18
**tired** - 27:11
**Tise** - 3:2, 6:10, 7:10, 7:15, 7:18, 7:20, 13:5, 13:10, 13:13, 14:6, 14:7, 14:11, 14:16, 14:21, 23:10, 23:13, 34:15, 35:8, 35:9, 35:10, 35:21, 35:22, 36:15, 42:17, 43:3, 43:6, 43:10, 43:19, 43:24, 46:4, 46:7, 50:5, 56:9, 56:15, 56:23, 57:2, 57:6, 57:10, 57:16, 58:1, 58:5, 58:6, 58:8, 60:14, 61:9, 61:11, 61:19, 62:4, 62:11, 62:18, 65:25, 66:2, 66:22, 67:13, 68:6, 68:7, 69:11, 69:17, 70:12, 71:5, 71:12, 73:15, 74:2, 74:10, 78:9, 78:11, 78:15, 78:21, 79:1, 81:6, 81:23, 82:1, 91:10, 91:12, 92:5, 97:19, 97:20, 98:4, 98:8, 98:12, 98:17, 103:4, 103:7, 117:10, 117:11
**title** - 43:7, 44:14
**today** - 5:6, 8:24, 10:20, 17:4, 17:9, 45:23, 102:22, 116:8, 122:18, 131:17
**toe** - 42:3, 91:21, 95:18, 109:11
**toes** - 41:24, 89:13, 109:10
**Together-** 58:20
**together** - 4:19, 65:4, 99:6
**toilet** - 121:21, 123:9
**tolerate** - 9:8
**tomorrow** - 8:24, 40:12, 142:2, 142:5
**took** - 4:13, 5:21, 24:22, 25:22, 26:6, 26:11, 31:13, 32:12, 32:23, 35:11, 37:19, 41:3, 75:25, 82:9, 83:9, 83:13, 83:14, 83:17, 84:15, 85:2, 85:8, 87:3, 87:9, 95:3, 95:4, 104:20, 109:12, 110:1, 115:7, 116:12
**tools** - 12:9
**top** - 82:17, 95:20
**Torres-** 30:12, 31:14, 54:25, 58:20
**total** - 137:2
**tough** - 36:11, 36:12
**towards** - 133:7
**town** - 16:25, 38:1, 39:9,

51:5
**trace** - 47:14, 48:2
**track** - 113:7
**trade** - 29:15
**traditional** - 16:2
**traffic** - 19:23
**trailer** - 17:17, 17:24, 24:6, 100:1, 100:14, 100:21, 100:24, 101:12
**training** - 44:5, 44:7, 77:16
**transcription** - 143:7
**transcription/stenograph** - 1:25
**translated** - 66:24
**translation** - 66:25
**transported** - 54:21
**tree** - 39:18, 54:14, 54:16
**trees** - 54:9, 133:1, 133:5, 135:2, 135:20
**trial** - 3:7, 3:14, 6:16, 6:17, 6:22, 6:24, 7:2, 7:3, 7:23, 12:20, 55:20, 55:22, 64:16, 142:8, 142:9
**Trial-** 1:3
**trick** - 38:9
**tried** - 114:15
**trigger** - 52:5
**Tropical-** 17:12, 17:13
**truck** - 10:3, 10:5, 15:25, 16:7, 16:21, 18:13, 18:14, 18:16, 18:25, 19:2, 25:4, 25:23, 26:1, 28:23, 42:13, 77:5, 79:16, 79:17, 79:24, 80:22, 83:11, 84:5, 84:9, 84:10, 85:17, 87:7, 87:12, 104:21, 105:17
**true** - 17:16, 51:15, 52:23, 72:3, 72:5, 143:7
**truly** - 143:14
**try** - 36:17, 38:9, 51:16, 58:15, 100:9
**trying** - 24:5, 47:10, 49:2, 49:6, 111:5, 114:1, 114:5
**tub** - 89:9
**turn** - 16:8, 22:23, 23:1, 23:25, 24:3, 24:4, 24:13, 32:8, 37:25, 53:6, 101:19
**turned** - 25:24, 26:23, 53:25, 77:24, 101:18, 101:20
**turns** - 130:1
**Twenty-** 76:6, 99:12
**Twenty-eight-** 99:12
**Twenty-five-** 76:6
**twice** - 25:8, 25:19
**two** - 3:13, 3:20, 3:25, 10:18, 30:10, 46:11, 52:15, 54:7, 69:22, 76:2, 80:7, 83:25, 92:20, 95:5, 95:8, 95:9, 95:20, 102:9, 102:14, 102:17, 114:22, 116:4, 121:15, 121:17, 121:18, 121:19, 121:21, 127:1, 133:12
**Two-** 135:14
**type** - 10:3, 17:13, 45:13, 127:16, 128:11, 128:13
**types** - 45:11, 45:16, 89:18
**typical** - 16:4

# U

**Ultimately** - 114:23
**ultimately** - 94:25, 96:19, 113:23
**uncle** - 104:5
**uncomfortable** - 86:1, 113:11
**under** - 6:19, 17:5, 18:22, 39:18, 70:13, 127:16

**Unfortunately** - 20:5
**unison** - 7:19
**Unit** - 44:11
**unit** - 44:21, 45:7
**United** - 45:4, 56:13, 69:9, 73:2, 75:8
**unknown** - 137:4, 137:18
**unmarked** - 50:1, 53:12
**unrelated** - 12:10
**unusual** - 77:9, 77:12
**Up** - 100:23
**up** - 8:21, 8:22, 9:10, 9:14, 10:11, 11:6, 11:17, 12:3, 12:6, 14:9, 21:7, 21:19, 22:21, 22:23, 23:1, 23:5, 23:25, 24:3, 24:4, 24:13, 25:24, 26:13, 34:17, 38:7, 43:13, 47:25, 48:20, 51:17, 52:1, 52:20, 54:14, 70:19, 74:19, 78:19, 80:20, 81:6, 81:11, 82:7, 82:12, 82:16, 83:24, 88:7, 88:8, 88:17, 88:20, 91:20, 92:13, 92:14, 92:17, 93:1, 96:23, 98:11, 101:1, 101:18, 101:19, 101:20, 102:8, 102:15, 103:19, 107:14, 109:2, 109:16, 110:19, 110:23, 111:3, 116:24, 118:2, 125:10, 126:21, 126:25, 130:11, 131:2, 141:2
**upset** - 36:21
**urinated** - 86:18, 89:20
**useless** - 42:3

# V

**varies** - 19:22
**vegetation** - 133:1
**vehicle** - 49:24, 50:7, 51:16, 51:19, 51:25, 52:1, 52:4, 52:5, 52:7, 52:14, 52:15, 52:20, 53:7, 53:18, 53:21, 53:22, 54:20, 62:9, 64:3, 64:4, 84:24
**vehicles** - 16:11, 50:1, 51:22, 53:12
**Ventilation** - 132:10, 136:17
**ventilation** - 136:10, 136:11, 136:16, 136:19
**verbatim** - 5:23
**verdict** - 6:13
**verified** - 70:9
**verify** - 129:19
**vest** - 50:17
**via** - 59:19
**victims** - 12:11
**view** - 125:23
**violation** - 7:5
**visit** - 34:12, 125:13
**voice** - 14:9, 43:13, 78:19, 98:11, 118:2
**Voir** - 1:5, 1:15, 71:17, 130:14
**Vol** - 1:3, 1:5, 1:15, 1:23
**volume** - 22:21, 101:19, 101:20, 143:10
**Volume** - 1:2, 1:1, 1:14
**Volumes** - 1:2
**vs** - 6:7, 57:23
**Vs** - 1:9

# W

**wagon** - 16:7
**wait** - 56:3, 100:9, 114:20
**waited** - 27:1, 80:14
**waiter** - 10:20, 10:21, 80:14

**waiting** - 3:11, 3:13, 4:12, 37:25, 40:19
**walk** - 42:2, 96:1
**walked** - 10:11, 115:16
**walking** - 95:14
**walks** - 42:4
**wants** - 57:13
**watching** - 52:13
**ways** - 9:24
**weak** - 8:21
**weapon** - 82:12, 82:13, 83:24, 102:15, 102:16, 102:18, 105:10, 105:11, 105:13
**weapons** - 83:25
**wear** - 8:4, 95:16
**wearing** - 3:15, 23:8, 46:1, 81:21, 102:25, 122:21
**weekdays** - 19:9
**weekends** - 19:9, 19:12
**Whataburger** - 19:19
**wherein** - 71:23
**white** - 3:17
**whole** - 38:12, 41:7, 41:11, 42:15, 94:3, 119:3, 121:16, 123:10
**wife** - 8:22, 20:16, 20:24, 26:5, 26:9, 27:1, 29:25, 59:3, 59:9, 101:8
**William** - 1:10, 1:20, 10:20, 11:4, 11:8, 15:10, 15:13, 18:19, 20:14, 21:16, 24:18, 27:24, 41:18, 42:7, 46:15, 55:2, 58:17, 58:22, 59:15, 60:12, 60:17, 60:21, 61:2, 61:14, 62:23, 63:17, 63:21, 64:12, 64:24, 97:5, 98:8, 98:13, 98:20
**William's** - 18:20
**Willy** - 15:14, 15:15, 20:23, 26:7, 33:3, 33:16, 41:20, 41:23, 41:24, 42:8, 42:14, 49:11, 83:13, 83:14, 84:8, 84:17, 84:20, 85:9, 91:3, 91:5, 92:10, 92:15, 92:17, 92:21, 92:25, 93:14, 98:22, 98:23
**Willy's** - 26:6, 27:1, 27:12
**wind** - 88:20
**window** - 3:17, 25:4, 121:22, 123:20, 124:8, 124:9, 124:10, 124:12, 124:17, 125:14, 125:15, 125:19, 125:21, 127:5, 127:6, 132:3, 132:4, 132:9, 132:11, 132:15, 132:18, 132:19, 132:22, 132:25, 133:2, 133:7, 135:1, 135:18, 135:24, 135:25, 136:4, 136:9, 136:15, 136:16, 137:2, 139:21, 140:12, 140:20, 140:25, 141:7
**windows** - 123:10, 124:2, 133:13, 134:24
**wire** - 88:9, 88:10, 88:17, 110:24, 114:12, 114:13
**wish** - 7:13, 13:6, 13:17
**Witness** - 1:15, 81:5, 118:4, 141:23, 143:16
**witness** - 13:14, 23:11, 42:17, 42:25, 43:8, 43:9, 43:10, 43:15, 46:5, 58:3, 68:6, 70:9, 70:10, 73:22, 74:14, 74:20, 78:6, 78:8, 78:10, 78:17, 81:24, 97:19, 98:2, 103:5, 117:10, 117:25, 122:25, 129:9, 131:9, 133:17, 133:25, 137:6, 137:22, 141:14, 141:18
**Witnesses** - 1:5, 13:21

**witnesses** - 13:11, 13:23, 13:24, 14:4
**woman** - 8:4, 9:5, 10:9, 22:5, 22:6, 22:15, 25:2, 29:6, 81:11, 82:4, 82:7, 90:4, 90:9, 90:16, 90:22, 91:6, 92:22, 104:1
**woman's** - 90:17
**women** - 9:7
**Wood** - 2:4, 6:2, 6:11, 58:2, 117:23, 118:1, 118:7, 118:8, 118:13, 122:24, 123:2, 123:3, 129:8, 129:10, 129:18, 129:25, 137:21, 138:24, 141:16, 141:17, 141:20
**wooded** - 133:1, 133:5, 133:12
**Woods** - 132:20
**word** - 120:14, 130:23
**Word** - 1:14
**words** - 4:4
**world** - 134:25, 136:1, 136:5
**worry** - 33:4
**wounds** - 89:23, 89:24
**Wow** - 11:25
**write** - 5:11, 138:5, 138:13
**writing** - 72:7, 72:9, 72:21, 72:22, 72:24, 137:10, 143:9
**wrote** - 5:23, 138:17, 139:17, 139:24, 140:6

## Y

**y'all** - 27:22, 27:23, 35:2, 35:25, 45:5, 45:10, 47:8, 49:2, 50:16, 51:18, 68:24, 75:6, 80:6, 93:3, 93:17, 94:24, 95:2, 104:8, 105:8, 111:20
**year** - 10:20, 68:18, 68:19
**years** - 9:2, 15:3, 26:7, 45:12, 45:14, 65:24, 79:22, 80:1, 96:22, 99:10, 119:7
**yesterday** - 4:5, 103:12
**young** - 9:2, 9:5, 18:21, 22:5, 22:6, 25:1, 29:6, 46:11
**younger** - 3:16, 4:3
**yourself** - 4:22, 14:17, 15:16, 18:12, 24:6, 43:25, 79:2, 98:18, 118:16, 122:1, 128:22, 137:20, 139:18
**yourselves** - 6:21, 7:1, 55:19, 142:7