REPORTER'S RECORD

**VOLUME 27 OF 35 VOLUMES**

TRIAL COURT CAUSE NO. 1384794

COURT OF CRIMINAL APPEALS NO. AP-77,025

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA | ) | IN THE DISTRICT COURT |
| Appellant | ) | |
| | ) | |
| VS. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| THE STATE OF TEXAS | ) | |
| Appellee | ) | 337TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PUNISHMENT PROCEEDINGS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the 19th day of July, 2013, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Renee Magee, Judge presiding, held in Houston, Harris County, Texas;

Proceedings reported by computer-aided transcription/stenograph shorthand.

**A P P E A R A N C E S**

```
MS. NATALIE TISE
SBOT NO. 00795683
MR. JUSTIN WOOD
SBOT NO. 24039247
Assistant District Attorneys
1201 Franklin
Houston, Texas  77002
PHONE:  713.755.5800
```
**ATTORNEYS FOR THE STATE OF TEXAS**

- AND -

```
MR. R.P. 'SKIP' CORNELIUS
SBOT NO. 04831500
2028 Buffalo Terrace
Houston, Texas  77019-2408
PHONE:  713.237.8547

MR. MARIO MADRID
SBOT NO. 00797777
440 Louisiana, Suite 1225
Houston, Texas  77002-1659
PHONE:  713.877.9400
```
**ATTORNEYS FOR THE DEFENDANT**

```
Rolando Hernandez
Marilu Flores,
```
**Interpreters**

```
 1                      I N D E X
                        VOLUME 27
 2                (PUNISHMENT PROCEEDINGS)

 3   JULY 19, 2013
                                              PAGE  VOL.
 4   Jury continues deliberations................ 3    27

 5   Proceedings in chambers..................... 4    27

 6   Verdict Received............................ 9    27

 7   Polling of the jury......................... 11   27

 8   Reporter's Certificate...................... 15   27

 9   Word Glossary............................End of Volume
```

1         (Jury continues deliberating)
2         (Open court, defendant present, no jury)
3         THE COURT: Mr. Cornelius, have you read
4 the note? It says, "May I speak to the Judge? Angela
5 Bowman," and then it's signed by the foreman.
6         MR. CORNELIUS: Yes, ma'am.
7         THE COURT: Do you have any objection to
8 the Court speaking to the juror in private, in chambers
9 with the reporter present?
10         MR. CORNELIUS: No, ma'am.
11         THE COURT: Does the State have any
12 objection to that?
13         MR. WOOD: Judge, I don't have any
14 objection to that. I don't believe Ms. Tise would
15 either. I don't really know any other way to resolve
16 that other than that means.
17         THE COURT: Because I have no idea what's
18 going on back there and I don't know what she wants to
19 ask me, so -- okay. Then I'm going to return this to
20 the bailiff. And make sure I've got the cause number on
21 here.
22         MR. CORNELIUS: She may just have a
23 conflict.
24         THE COURT: You mean a conflict with
25 staying the next night or so?

```
 1                MR. CORNELIUS:  Yeah.  I mean, I don't
 2   know.
 3                THE COURT:  She may.
 4                MR. CORNELIUS:  We won't know unless you
 5   talk to her.
 6                THE COURT:  Exactly.
 7                MR. WOOD:  She does have a small child.
 8                THE COURT:  I'm going to have the clerk
 9   stamp this.
10                And then, JJ, please bring Ms. Angela
11   Bowman from the jury room.  Tell them they need to cease
12   deliberations while I speak to her.  And bring her to my
13   chambers, please.
14                (The following proceedings were held in
15                 chambers)
16                THE COURT:  We're putting it on the record,
17   Ms. Bowman.
18                So, we're in chambers outside the presence
19   of the jury, outside the presence of the defense
20   attorneys and the prosecutors, with one of the jurors in
21   this case who requested to speak with the Judge,
22   Ms. Angela Bowman.
23                And, Ms. Bowman, what is that you needed to
24   relay to the Court?
25                JUROR BOWMAN:  I'm sorry.  I don't mean to
```

1  waste your time.  You are important, Judge, and
2  everything like that.  I just -- I am the only juror
3  that's completely -- I can't agree.  I can't agree with
4  the questions.  I can't answer the same questions with
5  everyone else and I feel pressured.  And I don't want to
6  hold them up.  So, I feel like maybe they can exchange
7  me out with one of the alternates.
8              THE COURT:  Well, there is a manner that we
9  have to proceed with.  And just because you can't
10 deliberate with them or -- you are not saying you can't
11 deliberate, but because your answers to the questions
12 are different from them does not qualify that you can
13 just sub out with an alternate.  That's not what the
14 alternate is for.  There is a long list of things that I
15 would have to go through.  And I don't want to go
16 through those with you because I don't want to try to
17 figure out what you need to do to get off the jury.  You
18 shouldn't have to figure out what you want to do.  Those
19 things, unfortunately, that would have to happen to you,
20 and I don't want it to happen to you, like falling
21 gravely ill, or something like that.  And that's the
22 only way that the alternate would replace you, is for
23 you to become completely disabled.
24              Just having a different opinion than the
25 other jurors at this point, that doesn't exclude you

1  from being a juror.  So, you are going to have to
2  continue to deliberate with them.
3              JUROR BOWMAN:  Here's my thing.  I don't
4  think I'll ever come to an agreement.  We're never going
5  to come to an agreement.  They all have the same
6  answers.  The only question -- the only answer I'm in
7  agreement with them is No. 2.  No. 1 and 3, they're
8  all -- you know, they are all different.  I am the only
9  one with the different opinion.  And I am not changing
10 my stance on that.  I'm not.  And they are not.
11             So, I mean, if we keep on going to
12 deliberations, it could be years, I mean, because I'm
13 not the type of person --
14             THE COURT:  Well, all I can tell you is
15 there are rules associated with that, too.  And I'll
16 instruct you on that, but you do need to continue to
17 deliberate until, you know, the Court tells you to stop.
18 And, generally, that can be a pretty long period of
19 time, but it's not going to be for years, I can tell you
20 that.
21             And so, what I am going to instruct you to
22 do now is to go back.  If you don't reach a verdict by
23 this afternoon, we have made arrangements for y'all to
24 stay again tonight.  And we did the next night, too.
25 The county picks up the expenses.  So, I anticipated

```
 1  that the trial would be over on Friday, and that's what
 2  we told y'all, but I believe that we also told you that
 3  might be how long y'all would be deliberating.
 4                  JUROR BOWMAN:  I know it shouldn't be an
 5  easy thing.  It shouldn't be an easy thing, but it's
 6  harder --
 7                  THE COURT:  It shouldn't be an easy thing.
 8  This is what we talked about on voir dire.  It should
 9  take -- some serious consideration should go into it,
10  but I do want you to recall the voir dire and my
11  instructions at voir dire, as well as you should answer
12  the questions according to what the evidence is.
13                  JUROR BOWMAN:  Right.
14                  THE COURT:  Not what you know the result
15  would be in terms of what that is.  Right?
16                  JUROR BOWMAN:  Right.
17                  THE COURT:  If the evidence leads you to a
18  certain way, that's the way you should answer it, even
19  though it might result in something that bothers you.
20  That's why we don't ask you to vote to give the death
21  penalty or to not give the death penalty.
22                  So, I'd like you to go back and continue
23  your deliberations with the jury and continue trying to
24  reach an agreement with the jury, if you can.  Do not
25  violate your conscious.  And answer those questions
```

1 according to where the evidence leads you.
2               JUROR BOWMAN: Okay.
3               THE COURT: All right.
4               JUROR BOWMAN: Judge, I don't want to have
5 to stay another night. I really don't know.
6               THE COURT: That's completely in the hands
7 of the entire jury. You have to deliberate back there
8 and try to find out whether you can reach a verdict or
9 not. Okay?
10               JUROR BOWMAN: Thank you.
11               (Jury continues deliberating)
12               (Recess)
13               (Open court, defendant present, no jury)
14               THE COURT: Before the jury comes into the
15 courtroom, I want to remind the audience: Please don't
16 have an emotional response. I know it's an emotional
17 time for you, but this is a court of law. So, I'm going
18 to ask if you could please refrain from any emotional
19 response. I would appreciate it. Thank you.
20               Both sides ready for the jury to come in?
21               MR. CORNELIUS: Yes, Your Honor.
22               MS. TISE: Yes, Your Honor.
23               THE BAILIFF: All rise.
24               (Open court, defendant and jury present)
25               THE COURT: Please be seated.

```
 1                  We're back on the record in Cause
 2  No. 1384794, the State of Texas vs. Obel Cruz-Garcia.
 3  The jury is present in the courtroom.  Mr. Cruz-Garcia
 4  is standing at counsel table with his lawyers, Skip
 5  Cornelius and Mario Madrid.  Present for the prosecution
 6  is Justin Wood and Natalie Tise.
 7                  Mr. Foreman, has the jury reached a
 8  verdict?
 9                  FOREPERSON:  We have, Your Honor.
10                  THE COURT:  Please pass your verdict form
11  to the deputy.
12                  (Foreperson complies)
13                  THE COURT:  Mr. Cruz-Garcia, please stand.
14  You are standing.
15                           JURY'S VERDICT
16                  THE COURT:  Cause No. 1384794, the State of
17  Texas vs. Obel Cruz-Garcia.
18                  The special issues with forms for your
19  answers are here and are as follows.  Special Issue
20  No. 1:  Do you find from the evidence beyond a
21  reasonable doubt there is a probability that the
22  defendant, Obel Cruz-Garcia, would commit criminal acts
23  of violence that would constitute a continuing threat to
24  society?
25                  Answer:  We, the jury, unanimously find and
```

1 determine beyond a reasonable doubt that the answer to
2 this special issue is "yes." Signed, Foreman of the
3 jury.
4     Special Issue No. 2: Do you find from the
5 evidence beyond a reasonable doubt that Obel
6 Cruz-Garcia, the defendant himself, actually caused the
7 death of Angelo Garcia, Jr. on the occasion in question,
8 or if he did not actually cause the death of Angelo
9 Garcia, Jr., that he intended to kill Angelo Garcia,
10 Jr., or that he anticipated that a human life would be
11 taken?
12     Answer: We, the jury, unanimously find and
13 determine beyond a reasonable doubt that the answer to
14 this special issue is "yes." Signed, Foreman of the
15 jury.
16     Special issue No. 3: Do you find from the
17 evidence, taking into consideration all of the evidence,
18 including the circumstances of the offense, the
19 defendant's character and background and the personal
20 moral culpability of the defendant, that there is a
21 sufficient mitigating circumstance or circumstances to
22 warrant that a sentence of life imprisonment rather than
23 a death sentence be imposed? You are instructed that in
24 answering the special issue, that you shall answer the
25 issue "yes" or "no." You may not answer this issue "no"

```
 1  unless you agree unanimously and you may not answer this
 2  issue "yes" unless ten or more of you agree to do so.
 3              And the answer to that:  We, the jury,
 4  unanimously find and determine that the answer to this
 5  special issue is "no."  Signed, Foreman of the Grand
 6  Jury {sic}.
 7              And the final page:  We, the jury, return
 8  in open court the above answers to the special issues
 9  submitted to us and the same is our verdict in this
10  case.  Signed, Foreman of the Grand Jury.
11              Is that the unanimous verdict of all
12  members of the jury -- I'm sorry -- of the jury.
13              Is that the unanimous verdict of all
14  members of the jury?
15              FOREPERSON:  It is, Your Honor.
16              THE COURT:  Okay.  Very good.
17              Would either side wish the jury to be
18  polled?
19              MR. CORNELIUS:  Yes, Your Honor.
20              THE COURT:  Okay.  At this time, I am going
21  to call your name individually.  If this is your
22  verdict, please answer "yes."
23              Joshua Caluag.
24              JUROR:  Yes.
25              THE COURT:  Larry Jordan.
```

```
 1                    JUROR:  Yes.
 2                    THE COURT:  Olga Sanchez.
 3                    JUROR:  Yes.
 4                    THE COURT:  Wayne Montgomery.
 5                    JUROR:  Yes.
 6                    THE COURT:  Nancee Pyper.
 7                    JUROR:  Yes.
 8                    THE COURT:  Angela Bowman.
 9                    JUROR:  Yes.
10                    THE COURT:  Casey Guillotte.
11                    JUROR:  Yes.
12                    THE COURT:  Jennifer Sims.
13                    JUROR:  Yes.
14                    THE COURT:  Virginia Allman.
15                    JUROR:  Yes.
16                    THE COURT:  Matthew Clinger.
17                    JUROR:  Yes.
18                    THE COURT:  Leonard Torres.
19                    JUROR:  Yes.
20                    THE COURT:  Karen Sue Bridges.
21                    JUROR:  Yes.
22                    THE COURT:  Very good.
23                    The verdict of the jury is received by the
24   Court.
25                    Members of the jury, this now concludes
```

```
 1  your service as jurors in this case.  I want to
 2  recognize the inconvenience that this has been to you,
 3  the amount of time and effort that you have taken out of
 4  your own lives.  And I want to tell you that we all
 5  appreciate your time and service.  Now it's probably
 6  more clear than ever how necessary your service is to
 7  the proper administration of justice.  I understand that
 8  the job we asked you to do was very difficult and I
 9  appreciate the thoughtfulness and attention that you
10  made to your decision.
11              At this time, I am going to release you
12  from your admonitions.  Everything that I've admonished
13  you to, you may discuss it with whomever you like, your
14  service, the evidence, whatever you would like.  And all
15  the admonitions, you are released from.
16              The lawyers may want to discuss the case
17  with you.  And you are free to discuss the case with the
18  lawyers, if you would like, and actually this afternoon
19  if you would like; but if you choose not to, that is
20  your right as well.
21              So, at this time, I would like you to
22  return to the jury room, place your badges on the table.
23  And I'll be back in just a few moments to discharge you
24  from the jury room.
25              THE BAILIFF:  All rise.
```

```
 1                    (Open court, defendant present, no jury)
 2                    THE COURT:  You may all have a seat.
 3                    At this time, the Court is going to defer
 4    sentencing until Monday morning, which will be the 22nd
 5    of July.  And at that time, the Court will sentence
 6    Mr. Obel Cruz-Garcia having been convicted of the
 7    offense of capital murder.
 8                    At this time, the Court is in recess.
 9                    (Proceedings recessed)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE

 2   THE STATE OF TEXAS  )
     COUNTY OF HARRIS    )
 3

 4       I, Mary Ann Rodriguez, Official Court Reporter in

 5   and for the 337th District Court of Harris County, State

 6   of Texas, do hereby certify that the above and foregoing

 7   contains a true and correct transcription of all

 8   portions of evidence and other proceedings requested in

 9   writing by counsel for the parties to be included in

10   this volume of the Reporter's Record, in the

11   above-styled and numbered cause, all of which occurred

12   in open court or in chambers and were reported by me.

13        I further certify that this Reporter's Record of

14   the proceedings truly and correctly reflects the

15   exhibits, if any, admitted by the respective parties.

16        WITNESS MY OFFICIAL HAND this the 16th day of

17   October, 2013.

18

19   /s/ Mary Ann Rodriguez
     Mary Ann Rodriguez, Texas CSR 3047
20   Expiration Date:  12/31/2013
     Official Court Reporter
21   337th Court
     1201 Franklin
22   Houston, Texas  77002
     713.755.7746
23

24

25
```

| **'** | **Allman** - 12:14<br>**alternate** - 5:13, 5:14, 5:22<br>**alternates** - 5:7 | **conscious** - 7:25<br>**consideration** - 7:9, 10:17<br>**constitute** - 9:23 | **either** - 3:15, 11:17<br>**emotional** - 8:16, 8:18<br>**entire** - 8:7 |
|---|---|---|---|
| **'skip'** - 2:11 | **amount** - 13:3<br>**Angela** - 3:4, 4:10, 4:22, 12:8<br>**Angelo** - 10:7, 10:8, 10:9<br>**Ann** - 15:4, 15:19<br>**Answer** - 9:25, 10:12<br>**answer** - 5:4, 6:6, 7:11, 7:18, 7:25, 10:1, 10:13, 10:24, 10:25, 11:1, 11:3, 11:4, 11:22<br>**answering** - 10:24<br>**answers** - 5:11, 6:6, 9:19, 11:8<br>**anticipated** - 6:25, 10:10<br>**Ap-77,025** - 1:4<br>**Appeals** - 1:4<br>**Appellant** - 1:7<br>**Appellee** - 1:12<br>**appreciate** - 8:19, 13:5, 13:9<br>**arrangements** - 6:23<br>**Assistant** - 2:5<br>**associated** - 6:15<br>**attention** - 13:9<br>**attorneys** - 4:20<br>**Attorneys** - 2:5, 2:7, 2:17<br>**audience** - 8:15 | **contains** - 15:7<br>**continue** - 6:2, 6:16, 7:22, 7:23<br>**continues** - 1:3, 3:1, 8:11<br>**continuing** - 9:23<br>**convicted** - 14:6<br>**Cornelius** - 2:11, 3:3, 3:6, 3:10, 3:22, 4:1, 4:4, 8:21, 9:5, 11:19<br>**correct** - 15:7<br>**correctly** - 15:14<br>**counsel** - 9:4, 15:9<br>**County** - 1:9, 1:23, 15:2, 15:5<br>**county** - 6:25<br>**court** - 3:2, 8:13, 8:17, 8:24, 11:8, 14:1, 15:12<br>**Court** - 1:3, 1:4, 1:6, 3:3, 3:7, 3:8, 3:11, 3:17, 3:24, 4:3, 4:6, 4:8, 4:16, 4:24, 5:8, 6:14, 6:17, 7:7, 7:14, 7:17, 8:3, 8:6, 8:14, 8:25, 9:10, 9:13, 9:16, 11:16, 11:20, 11:25, 12:2, 12:4, 12:6, 12:8, 12:10, 12:12, 12:14, 12:16, 12:18, 12:20, 12:22, 12:24, 14:2, 14:3, 14:5, 14:8, 15:4, 15:5, 15:20, 15:21<br>**courtroom** - 8:15, 9:3<br>**criminal** - 9:22<br>**Criminal** - 1:4<br>**Cruz** - 1:6, 9:2, 9:3, 9:13, 9:17, 9:22, 10:6, 14:6<br>**Cruz-garcia** - 1:6, 9:2, 9:3, 9:13, 9:17, 9:22, 10:6, 14:6<br>**Csr** - 15:19<br>**culpability** - 10:20 | **entitled** - 1:21<br>**evidence** - 7:12, 7:17, 8:1, 9:20, 10:5, 10:17, 13:14, 15:8<br>**Exactly** - 4:6<br>**exchange** - 5:6<br>**exclude** - 5:25<br>**exhibits** - 15:15<br>**expenses** - 6:25<br>**Expiration** - 15:20 |
| **/** | | | **F** |
| **/s** - 15:19 | | | **falling** - 5:20<br>**few** - 13:23<br>**figure** - 5:17, 5:18<br>**final** - 11:7<br>**Flores** - 2:20<br>**following** - 1:20, 4:14<br>**follows** - 9:19<br>**foregoing** - 15:6<br>**Foreman** - 9:7, 10:2, 10:14, 11:5, 11:10<br>**foreman** - 3:5<br>**Foreperson** - 9:9, 9:12, 11:15<br>**form** - 9:10<br>**forms** - 9:18<br>**Franklin** - 2:6, 15:21<br>**free** - 13:17<br>**Friday** - 7:1 |
| **0** | | | |
| **00795683** - 2:4<br>**00797777** - 2:15<br>**04831500** - 2:12 | | | |
| **1** | | | |
| **1** - 6:7, 9:20<br>**11** - 1:6<br>**12/31/2013** - 15:20<br>**1201** - 2:6, 15:21<br>**1225** - 2:15<br>**1384794** - 1:3, 9:2, 9:16<br>**15** - 1:7<br>**16th** - 15:16<br>**19** - 1:2<br>**19th** - 1:20 | | | |
| **2** | | **D** | **G** |
| **2** - 6:7, 10:4<br>**2013** - 1:20, 1:2, 15:17<br>**2028** - 2:12<br>**22nd** - 14:4<br>**24039247** - 2:5<br>**27** - 1:2, 1:3, 1:4, 1:5, 1:6, 1:7 | **B**<br>**background** - 10:19<br>**badges** - 13:22<br>**bailiff** - 3:20<br>**Bailiff** - 8:23, 13:25<br>**become** - 5:23<br>**beyond** - 9:20, 10:1, 10:5, 10:13<br>**bothers** - 7:19<br>**Bowman** - 3:5, 4:11, 4:17, 4:22, 4:23, 4:25, 6:3, 7:4, 7:13, 7:16, 8:2, 8:4, 8:10, 12:8<br>**Bridges** - 12:20<br>**bring** - 4:10, 4:12<br>**Buffalo** - 2:12 | **Date** - 15:20<br>**death** - 7:20, 7:21, 10:7, 10:8, 10:23<br>**decision** - 13:10<br>**Defendant** - 2:17<br>**defendant** - 3:2, 8:13, 8:24, 9:22, 10:6, 10:20, 14:1<br>**defendant's** - 10:19<br>**defense** - 4:19<br>**defer** - 14:3<br>**deliberate** - 5:10, 5:11, 6:2, 6:17, 8:7<br>**deliberating** - 3:1, 7:3, 8:11<br>**deliberations** - 1:3, 4:12, 6:12, 7:23<br>**deputy** - 9:11<br>**determine** - 10:1, 10:13, 11:4<br>**different** - 5:12, 5:24, 6:8, 6:9<br>**difficult** - 13:8<br>**dire** - 7:8, 7:10, 7:11<br>**disabled** - 5:23<br>**discharge** - 13:23<br>**discuss** - 13:13, 13:16, 13:17<br>**District** - 1:6, 1:12, 2:5, 15:5<br>**doubt** - 9:21, 10:1, 10:5, 10:13 | **Garcia** - 10:7, 10:9<br>**garcia** - 1:6, 9:2, 9:3, 9:13, 9:17, 9:22, 10:6, 14:6<br>**generally** - 6:18<br>**Glossary............................<br>.end** - 1:8<br>**Grand** - 11:5, 11:10<br>**gravely** - 5:21<br>**Guillotte** - 12:10 |
| **3** | | | **H** |
| **3** - 1:3, 6:7, 10:16<br>**3047** - 15:19<br>**337th** - 1:12, 15:5, 15:21<br>**35** - 1:2 | | | **Hand** - 15:16<br>**hands** - 8:6<br>**harder** - 7:6<br>**Harris** - 1:9, 1:23, 15:2, 15:5<br>**heard** - 1:21<br>**held** - 1:23, 4:14<br>**hereby** - 15:6<br>**Hernandez** - 2:20<br>**himself** - 10:6<br>**hold** - 5:6<br>**Honor** - 8:21, 8:22, 9:9, 11:15, 11:19<br>**Honorable** - 1:22<br>**Houston** - 1:23, 2:6, 2:13, 2:16, 15:22<br>**human** - 10:10 |
| **4** | | | |
| **4** - 1:4<br>**440** - 2:15 | | | |
| **7** | **C** | | |
| **713.237.8547** - 2:13<br>**713.755.5800** - 2:7<br>**713.755.7746** - 15:22<br>**713.877.9400** - 2:16<br>**77002** - 2:6, 15:22<br>**77002-1659** - 2:16<br>**77019-2408** - 2:13 | **Caluag** - 11:23<br>**capital** - 14:7<br>**case** - 4:21, 11:10, 13:1, 13:16, 13:17<br>**Casey** - 12:10<br>**caused** - 10:6<br>**cease** - 4:11<br>**certain** - 7:18<br>**Certificate** - 1:7, 15:1<br>**certify** - 15:6, 15:13<br>**chambers** - 1:4, 3:8, 4:13, 4:15, 4:18, 15:12<br>**changing** - 6:9<br>**character** - 10:19<br>**child** - 4:7<br>**choose** - 13:19<br>**circumstance** - 10:21<br>**circumstances** - 10:18, 10:21<br>**clear** - 13:6<br>**clerk** - 4:8<br>**Clinger** - 12:16<br>**commit** - 9:22<br>**completely** - 5:3, 5:23, 8:6<br>**complies** - 9:12<br>**computer** - 1:24<br>**computer-aided** - 1:24<br>**concludes** - 12:25<br>**conflict** - 3:23, 3:24 | | **I** |
| **9** | | | **idea** - 3:17<br>**ill** - 5:21<br>**important** - 5:1<br>**imposed** - 10:23<br>**imprisonment** - 10:22<br>**included** - 15:9<br>**including** - 10:18<br>**inconvenience** - 13:2<br>**individually** - 11:21<br>**instruct** - 6:16, 6:21<br>**instructed** - 10:23 |
| **9** - 1:5 | | | |
| **A** | | **E** | |
| **above-entitled** - 1:21<br>**above-styled** - 15:11<br>**according** - 7:12, 8:1<br>**acts** - 9:22<br>**administration** - 13:7<br>**admitted** - 15:15<br>**admonished** - 13:12<br>**admonitions** - 13:12, 13:15<br>**afternoon** - 6:23, 13:18<br>**agree** - 5:3, 11:1, 11:2<br>**agreement** - 6:4, 6:5, 6:7, 7:24<br>**aided** - 1:24 | | **easy** - 7:5, 7:7<br>**effort** - 13:3 | |

**instructions** - 7:11
**intended** - 10:9
**Interpreters** - 2:21
**Issue** - 9:19, 10:4
**issue** - 10:2, 10:14, 10:16, 10:24, 10:25, 11:2, 11:5
**issues** - 9:18, 11:8

### J

**Jennifer**- 12:12
**Jj**- 4:10
**job** - 13:8
**Jordan**- 11:25
**Joshua**- 11:23
**Jr**- 10:7, 10:9, 10:10
**Judge**- 1:23, 3:4, 3:13, 4:21, 5:1, 8:4
**Judicial**- 1:12
**July**- 1:20, 1:2, 14:5
**juror** - 3:8, 5:2, 6:1
**Juror**- 4:25, 6:3, 7:4, 7:13, 7:16, 8:2, 8:4, 8:10, 11:24, 12:1, 12:3, 12:5, 12:7, 12:9, 12:11, 12:13, 12:15, 12:17, 12:19, 12:21
**jurors** - 4:20, 5:25, 13:1
**Jury**- 1:3, 3:1, 8:11, 11:6, 11:10
**jury** - 1:6, 3:2, 4:11, 4:19, 5:17, 7:23, 7:24, 8:7, 8:13, 8:14, 8:20, 8:24, 9:3, 9:7, 9:25, 10:3, 10:12, 10:15, 11:3, 11:7, 11:12, 11:14, 11:17, 12:23, 12:25, 13:22, 13:24, 14:1
**Jury's**- 9:15
**justice** - 13:7
**Justin**- 2:4, 9:6

### K

**Karen** - 12:20
**keep** - 6:11
**kill** - 10:9

### L

**Larry**- 11:25
**law** - 8:17
**lawyers** - 9:4, 13:16, 13:18
**leads** - 7:17, 8:1
**Leonard**- 12:18
**life** - 10:10, 10:22
**list** - 5:14
**lives** - 13:4
**Louisiana**- 2:15

### M

**ma'am** - 3:6, 3:10
**Madrid** - 2:14, 9:5
**Magee** - 1:22
**manner** - 5:8
**Marilu** - 2:20
**Mario** - 2:14, 9:5
**Mary** - 15:4, 15:19
**Matthew** - 12:16
**mean** - 3:24, 4:1, 4:25, 6:11, 6:12
**means** - 3:16
**members** - 11:12, 11:14
**Members** - 12:25
**might** - 7:3, 7:19
**mitigating** - 10:21
**moments** - 13:23
**Monday** - 14:4
**Montgomery** - 12:4
**moral** - 10:20
**morning** - 14:4

**murder** - 14:7

### N

**name** - 11:21
**Nancee** - 12:6
**Natalie** - 2:3, 9:6
**necessary** - 13:6
**need** - 4:11, 5:17, 6:16
**needed** - 4:23
**never** - 6:4
**next** - 3:25, 6:24
**night** - 3:25, 6:24, 8:5
**note** - 3:4
**number** - 3:20
**numbered** - 1:22, 15:11

### O

**Obel** - 1:6, 9:2, 9:17, 9:22, 10:5, 14:6
**objection** - 3:7, 3:12, 3:14
**occasion** - 10:7
**occurred** - 15:11
**October** - 15:17
**offense** - 10:18, 14:7
**Official** - 15:4, 15:16, 15:20
**Olga** - 12:2
**one** - 4:20, 5:7, 6:9
**Open** - 3:2, 8:13, 8:24, 14:1
**open** - 11:8, 15:12
**opinion** - 5:24, 6:9
**outside** - 4:18, 4:19
**own** - 13:4

### P

**Page** - 1:3
**page** - 11:7
**parties** - 15:9, 15:15
**pass** - 9:10
**penalty** - 7:21
**period** - 6:18
**person** - 6:13
**personal** - 10:19
**Phone** - 2:7, 2:13, 2:16
**picks** - 6:25
**place** - 13:22
**point** - 5:25
**polled** - 11:18
**Polling** - 1:6
**portions** - 15:8
**presence** - 4:18, 4:19
**Present** - 9:5
**present** - 3:2, 3:9, 8:13, 8:24, 9:3, 14:1
**presiding** - 1:23
**pressured** - 5:5
**pretty** - 6:18
**private** - 3:8
**probability** - 9:21
**proceed** - 5:9
**Proceedings** - 1:16, 1:24, 1:1, 1:4, 14:9
**proceedings** - 1:21, 4:14, 15:8, 15:14
**proper** - 13:7
**prosecution** - 9:5
**prosecutors** - 4:20
**Punishment** - 1:16, 1:1
**putting** - 4:16
**Pyper** - 12:6

### Q

**qualify** - 5:12
**questions** - 5:4, 5:11, 7:12, 7:25

### R

**rather** - 10:22
**reach** - 6:22, 7:24, 8:8
**reached** - 9:7
**read** - 3:3
**ready** - 8:20
**really** - 3:15, 8:5
**reasonable** - 9:21, 10:1, 10:5, 10:13
**received** - 12:23
**Received**- 1:5
**recess** - 14:8
**Recess**- 8:12
**recessed** - 14:9
**recognize** - 13:2
**Record**- 1:1, 15:10, 15:13
**record** - 4:16, 9:1
**reflects** - 15:14
**refrain** - 8:18
**relay** - 4:24
**release** - 13:11
**released** - 13:15
**remind** - 8:15
**Renee**- 1:22
**replace** - 5:22
**reported** - 1:24, 15:12
**reporter** - 3:9
**Reporter**- 15:4, 15:20
**Reporter's**- 1:1, 1:7, 15:1, 15:10, 15:13
**requested** - 4:21, 15:8
**resolve** - 3:15
**respective** - 15:15
**response** - 8:16, 8:19
**result** - 7:14, 7:19
**return** - 3:19, 11:7, 13:22
**rise** - 8:23, 13:25
**Rodriguez**- 15:4, 15:19
**Rolando**- 2:20
**room** - 4:11, 13:22, 13:24
**Rp**- 2:11
**rules** - 6:15

### S

**Sanchez** - 12:2
**Sbot** - 2:4, 2:5, 2:12, 2:15
**seat** - 14:2
**seated** - 8:25
**sentence** - 10:22, 10:23, 14:5
**sentencing** - 14:4
**serious** - 7:9
**service** - 13:1, 13:5, 13:6, 13:14
**shall** - 10:24
**shorthand** - 1:25
**sic** - 11:6
**side** - 11:17
**sides** - 8:20
**signed** - 3:5
**Signed** - 10:2, 10:14, 11:5, 11:10
**Sims** - 12:12
**Skip** - 9:4
**small** - 4:7
**society** - 9:24
**sorry** - 4:25, 11:12
**speaking** - 3:8
**special** - 9:18, 10:2, 10:14, 10:24, 11:5, 11:8
**Special** - 9:19, 10:4, 10:16
**stamp** - 4:9
**stance** - 6:10
**stand** - 9:13
**standing** - 9:4, 9:14
**State** - 1:11, 2:7, 3:11, 9:2, 9:16, 15:2, 15:5

**stay** - 6:24, 8:5
**staying** - 3:25
**stop** - 6:17
**styled** - 15:11
**sub** - 5:13
**submitted** - 11:9
**Sue** - 12:20
**sufficient** - 10:21
**Suite** - 2:15

### T

**table** - 9:4, 13:22
**ten** - 11:2
**terms** - 7:15
**Terrace** - 2:12
**Texas**- 1:11, 1:9, 1:23, 2:6, 2:7, 2:13, 2:16, 9:2, 9:17, 15:2, 15:6, 15:19, 15:22
**thoughtfulness** - 13:9
**threat** - 9:23
**Tise**- 2:3, 3:14, 8:22, 9:6
**tonight** - 6:24
**Torres**- 12:18
**transcription** - 15:7
**transcription/stenograph** - 1:25
**trial** - 7:1
**Trial**- 1:3
**true** - 15:7
**truly** - 15:14
**try** - 5:16, 8:8
**trying** - 7:23
**type** - 6:13

### U

**unanimous** - 11:11, 11:13
**unanimously** - 9:25, 10:12, 11:1, 11:4
**unfortunately** - 5:19
**unless** - 4:4, 11:1, 11:2
**up** - 5:6, 6:25

### V

**verdict** - 6:22, 8:8, 9:8, 9:10, 11:9, 11:11, 11:13, 11:22, 12:23
**Verdict** - 1:5, 9:15
**violate** - 7:25
**violence** - 9:23
**Virginia** - 12:14
**voir** - 7:8, 7:10, 7:11
**Vol** - 1:3
**volume** - 15:10
**Volume** - 1:2, 1:8
**Volumes** - 1:2
**vote** - 7:20
**vs** - 9:2, 9:17
**Vs** - 1:9

### W

**wants** - 3:18
**warrant** - 10:22
**waste** - 5:1
**Wayne** - 12:4
**wish** - 11:17
**Witness** - 15:16
**Wood** - 2:4, 3:13, 4:7, 9:6
**Word** - 1:8
**writing** - 15:9

### Y

**y'all** - 6:23, 7:2, 7:3
**years** - 6:12, 6:19