REPORTER'S RECORD

**VOLUME 28 OF 35 VOLUMES**

TRIAL COURT CAUSE NO. 1384794

COURT OF CRIMINAL APPEALS NO. AP-77,025

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA | ) | IN THE DISTRICT COURT |
| Appellant | ) | |
| | ) | |
| VS. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| THE STATE OF TEXAS | ) | |
| Appellee | ) | 337TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SENTENCING**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the 22nd day of July, 2013, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Renee Magee, Judge presiding, held in Houston, Harris County, Texas;

Proceedings reported by computer-aided transcription/stenograph shorthand.

```
 1                    A P P E A R A N C E S
 2
 3
        MR. JUSTIN WOOD
 4      SBOT NO. 24039247
        Assistant District Attorney
 5      1201 Franklin
        Houston, Texas  77002
 6      PHONE:  713.755.5800
        ATTORNEY FOR THE STATE OF TEXAS
 7
 8
              - AND -
 9
10
        MR. R.P. 'SKIP' CORNELIUS
11      SBOT NO. 04831500
        2028 Buffalo Terrace
12      Houston, Texas  77019-2408
        PHONE:  713.237.8547
13
        MR. MARIO MADRID
14      SBOT NO. 00797777
        440 Louisiana, Suite 1225
15      Houston, Texas  77002-1659
        PHONE:  713.877.9400
16      ATTORNEYS FOR THE DEFENDANT
17
18
19      Rolando Hernandez
        Marilu Flores,
20      Interpreters
21
22
23
24
25
```

```
 1                        I N D E X
                         VOLUME 28
 2                       (SENTENCING)

 3  JULY 22, 2013
                                                PAGE  VOL.
 4  Sentencing...................................  3    28

 5  Reporter's Certificate.......................  7    28

 6  Word Glossary............................End of Volume

 7              ALPHABETICAL WITNESS INDEX

 8              (No witnesses this volume)

 9                    EXHIBIT INDEX

10              (No exhibits this volume)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           (Open court, defendant present, no jury)

2           THE COURT: Back on the record in Cause

3 No. 1384794, the State of Texas vs. Obel Cruz-Garcia.

4 And present at counsel table is Mr. Cruz-Garcia and his

5 lawyers, Mr. Madrid and Mr. Cornelius. Present for the

6 State is Mr. Justin Wood. And we're ready for

7 sentencing.

8           Mr. Obel Cruz-Garcia, please stand.

9           (Defendant complies)

10           **SENTENCING**

11           THE COURT: Mr. Cruz-Garcia, the jury

12 having convicted you of the offense of capital murder,

13 the jury having unanimously answered the first special

14 issue, and that special issue is: Do you find from the

15 evidence beyond a reasonable doubt that there is a

16 probablity that the defendant, Obel Cruz-Garcia, would

17 commit criminal acts of violence that would constitute a

18 continuing threat to society, and the answer is "yes;"

19 and the jury having answered the second special issue,

20 which reads: Do you find from the evidence beyond a

21 reasonable doubt that Obel Cruz-Garcia, the defendant

22 himself, actually caused the death of Angelo Garcia,

23 Jr., on the occasion in question, or if he did not

24 actually cause the death of Angelo Garcia, Jr., that he

25 intended to kill Angelo Garcia, Jr., or that he

1  anticipated that a human life would be taken, and the
2  jury unanimously answered that question "yes;" and the
3  jury having answered the Special Issue No. 3, which
4  reads:  Do you find from the evidence, taking into
5  consideration all of the evidence, including the
6  circumstances of the offense, the defendant's character
7  and background, and the personal moral culpability
8  defendant, that there is a sufficient mitigating
9  circumstance or circumstances to warrant that a sentence
10 of life imprisonment rather than a death sentence be
11 imposed, and the jury having unanimously answered that
12 question "no," the Court finds that you are now
13 committed to the Texas Department of Criminal Justice
14 and orders that the authorized agent of the State of
15 Texas or the Sheriff of this county to take you safely
16 and deliver you to the Director of the Institutional
17 Division of the Texas Department of Criminal Justice,
18 that you shall be confined in said Institutional
19 Division in accordance with the provisions of the law
20 governing the Texas Department of Criminal Justice
21 Institutional Division until the date of the execution
22 to be imposed by this Court after receipt in this court
23 of a mandate of affirmance from the Court of Criminal
24 Appeals of the State of Texas.  You are hereby sentenced
25 to death.  And the Court orders that you be remanded to

1  the custody of the Sheriff of this county until the
2  Sheriff can obey the directions of this sentence.
3              Is there anything else from either side?
4              MR. CORNELIUS: Yes. We filled out all the
5  appropriate appellate papers, but he hasn't been sworn.
6  Can he be sworn from the table here?
7              THE COURT: Yes, he may.
8              Raise your right hand, sir.
9              (Defendant sworn)
10             THE CLERK: You are asking the Court to
11 appoint an appellate attorney on your behalf because you
12 are unable to afford an appellate attorney?
13             THE DEFENDANT: Yes.
14             THE CLERK: Thank you.
15             THE COURT: Okay. Anything, Mr. Wood?
16             MR. WOOD: Nothing from the State, Your
17 Honor.
18             THE COURT: I would like to remind the
19 lawyers from both sides to turn in the juror information
20 that I allowed you to keep during the duration of the
21 trial so that the clerk may destroy that. And the
22 originals will remain with the clerk's file, if there is
23 any reference that is made to that.
24             MR. CORNELIUS: Yes, ma'am.
25             THE COURT: Then we're in recess at this

```
 1  time.  We're adjourned.
 2              (Proceedings recessed)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE

 2   THE STATE OF TEXAS  )
     COUNTY OF HARRIS    )
 3

 4        I, Mary Ann Rodriguez, Official Court Reporter in

 5   and for the 337th District Court of Harris County, State

 6   of Texas, do hereby certify that the above and foregoing

 7   contains a true and correct transcription of all

 8   portions of evidence and other proceedings requested in

 9   writing by counsel for the parties to be included in

10   this volume of the Reporter's Record, in the

11   above-styled and numbered cause, all of which occurred

12   in open court or in chambers and were reported by me.

13         I further certify that this Reporter's Record of

14   the proceedings truly and correctly reflects the

15   exhibits, if any, admitted by the respective parties.

16         WITNESS MY OFFICIAL HAND this the 16th day of

17   October, 2013.

18

19   /s/ Mary Ann Rodriguez
     Mary Ann Rodriguez, Texas CSR 3047
20   Expiration Date:  12/31/2013
     Official Court Reporter
21   337th Court
     1201 Franklin
22   Houston, Texas  77002
     713.755.7746
23

24

25
```

| ' | Assistant - 2:4<br>attorney - 5:11, 5:12<br>Attorney - 2:4, 2:6<br>Attorneys - 2:16<br>authorized - 4:14 | duration - 5:20<br>during - 5:20 | L |
|---|---|---|---|
| 'skip' - 2:10 | | E | law - 4:19<br>lawyers - 3:5, 5:19<br>life - 4:1, 4:10<br>Louisiana - 2:14 |
| / | B | either - 5:3<br>entitled - 1:21<br>evidence - 3:15, 3:20, 4:4, 4:5, 7:8<br>execution - 4:21<br>Exhibit - 1:9<br>exhibits - 1:10, 7:15<br>Expiration - 7:20 | |
| /s - 7:19 | background - 4:7<br>behalf - 5:11<br>beyond - 3:15, 3:20<br>Buffalo - 2:11 | | M |
| 0 | | | ma'am - 5:24<br>Madrid - 2:13, 3:5<br>Magee - 1:22<br>mandate - 4:23<br>Marilu - 2:19<br>Mario - 2:13<br>Mary - 7:4, 7:19<br>mitigating - 4:8<br>moral - 4:7<br>murder - 3:12 |
| 00797777 - 2:14<br>04831500 - 2:11 | C | F | |
| 1 | capital - 3:12<br>caused - 3:22<br>Certificate - 1:5, 7:1<br>certify - 7:6, 7:13<br>chambers - 7:12<br>character - 4:6<br>circumstance - 4:9<br>circumstances - 4:6, 4:9<br>Clerk - 5:10, 5:14<br>clerk - 5:21<br>clerk's - 5:22<br>commit - 3:17<br>committed - 4:13<br>complies - 3:9<br>computer - 1:24<br>computer-aided - 1:24<br>confined - 4:18<br>consideration - 4:5<br>constitute - 3:17<br>contains - 7:7<br>continuing - 3:18<br>convicted - 3:12<br>Cornelius - 2:10, 3:5, 5:4, 5:24<br>correct - 7:7<br>correctly - 7:14<br>counsel - 3:4, 7:9<br>county - 4:15, 5:1<br>County - 1:9, 1:23, 7:2, 7:5<br>court - 3:1, 4:22, 7:12<br>Court - 1:3, 1:4, 1:6, 3:2, 3:11, 4:12, 4:22, 4:23, 4:25, 5:7, 5:10, 5:15, 5:18, 5:25, 7:4, 7:5, 7:20, 7:21<br>criminal - 3:17<br>Criminal - 1:4, 4:13, 4:17, 4:20, 4:23<br>Cruz - 1:6, 3:3, 3:4, 3:8, 3:11, 3:16, 3:21<br>Cruz-garcia - 1:6, 3:3, 3:4, 3:8, 3:11, 3:16, 3:21<br>Csr - 7:19<br>culpability - 4:7<br>custody - 5:1 | file - 5:22<br>filled - 5:4<br>first - 3:13<br>Flores - 2:19<br>following - 1:20<br>foregoing - 7:6<br>Franklin - 2:5, 7:21 | |
| 12/31/2013 - 7:20<br>1201 - 2:5, 7:21<br>1225 - 2:14<br>1384794 - 1:3, 3:3<br>16th - 7:16 | | | N |
| 2 | | G | Nothing - 5:16<br>numbered - 1:22, 7:11 |
| 2013 - 1:20, 1:3, 7:17<br>2028 - 2:11<br>22 - 1:3<br>22nd - 1:20<br>24039247 - 2:4<br>28 - 1:2, 1:1, 1:4, 1:5 | | Garcia - 3:22, 3:24, 3:25<br>garcia - 1:6, 3:3, 3:4, 3:8, 3:11, 3:16, 3:21<br>Glossary............................<br>.end - 1:6<br>governing - 4:20 | O |
| 3 | | | Obel - 1:6, 3:3, 3:8, 3:16, 3:21<br>obey - 5:2<br>occasion - 3:23<br>occurred - 7:11<br>October - 7:17<br>offense - 3:12, 4:6<br>Official - 7:4, 7:16, 7:20<br>open - 7:12<br>Open - 3:1<br>orders - 4:14, 4:25<br>originals - 5:22 |
| 3 - 1:4, 4:3<br>3047 - 7:19<br>337th - 1:12, 7:5, 7:21<br>35 - 1:2 | | H | |
| 4 | | Hand - 7:16<br>hand - 5:8<br>Harris - 1:9, 1:23, 7:2, 7:5<br>heard - 1:21<br>held - 1:23<br>hereby - 4:24, 7:6<br>Hernandez - 2:19<br>himself - 3:22<br>Honor - 5:17<br>Honorable - 1:22<br>Houston - 1:23, 2:5, 2:12, 2:15, 7:22<br>human - 4:1 | |
| 440 - 2:14 | | | P |
| 7 | | | Page - 1:3<br>papers - 5:5<br>parties - 7:9, 7:15<br>personal - 4:7<br>Phone - 2:6, 2:12, 2:15<br>portions - 7:8<br>present - 3:1, 3:4<br>Present - 3:5<br>presiding - 1:23<br>probablity - 3:16<br>proceedings - 1:21, 7:8, 7:14<br>Proceedings - 1:24, 6:2<br>provisions - 4:19 |
| 7 - 1:5<br>713.237.8547 - 2:12<br>713.755.5800 - 2:6<br>713.755.7746 - 7:22<br>713.877.9400 - 2:15<br>77002 - 2:5, 7:22<br>77002-1659 - 2:15<br>77019-2408 - 2:12 | | I | |
| A | | imposed - 4:11, 4:22<br>imprisonment - 4:10<br>included - 7:9<br>including - 4:5<br>Index - 1:7, 1:9<br>information - 5:19<br>Institutional - 4:16, 4:18, 4:21<br>intended - 3:25<br>Interpreters - 2:20<br>Issue - 4:3<br>issue - 3:14, 3:19 | R |
| above-entitled - 1:21<br>above-styled - 7:11<br>accordance - 4:19<br>acts - 3:17<br>adjourned - 6:1<br>admitted - 7:15<br>affirmance - 4:23<br>afford - 5:12<br>agent - 4:14<br>aided - 1:24<br>allowed - 5:20<br>Alphabetical - 1:7<br>Angelo - 3:22, 3:24, 3:25<br>Ann - 7:4, 7:19<br>answer - 3:18<br>answered - 3:13, 3:19, 4:2, 4:3, 4:11<br>anticipated - 4:1<br>Ap-77,025 - 1:4<br>Appeals - 1:4, 4:24<br>Appellant - 1:7<br>appellate - 5:5, 5:11, 5:12<br>Appellee - 1:12<br>appoint - 5:11<br>appropriate - 5:5 | D | | Raise - 5:8<br>rather - 4:10<br>reads - 3:20, 4:4<br>ready - 3:6<br>reasonable - 3:15, 3:21<br>receipt - 4:22<br>recess - 5:25<br>recessed - 6:2<br>Record - 1:1, 7:10, 7:13<br>record - 3:2<br>reference - 5:23<br>reflects - 7:14<br>remain - 5:22<br>remanded - 4:25<br>remind - 5:18<br>Renee - 1:22<br>reported - 1:24, 7:12<br>Reporter - 7:4, 7:20<br>Reporter's - 1:1, 1:5, 7:1, 7:10, 7:13 |
| | date - 4:21<br>Date - 7:20<br>death - 3:22, 3:24, 4:10, 4:25<br>Defendant - 2:16, 3:9, 5:9, 5:13<br>defendant - 3:1, 3:16, 3:21, 4:8<br>defendant's - 4:6<br>deliver - 4:16<br>Department - 4:13, 4:17, 4:20<br>destroy - 5:21<br>directions - 5:2<br>Director - 4:16<br>District - 1:6, 1:12, 2:4, 7:5<br>Division - 4:17, 4:19, 4:21<br>doubt - 3:15, 3:21 | J | |
| | | Jr - 3:23, 3:24, 3:25<br>Judge - 1:23<br>Judicial - 1:12<br>July - 1:20, 1:3<br>juror - 5:19<br>jury - 3:1, 3:11, 3:13, 3:19, 4:2, 4:3, 4:11<br>Justice - 4:13, 4:17, 4:20<br>Justin - 2:3, 3:6 | |
| | | K | |
| | | keep - 5:20<br>kill - 3:25 | |

**requested** - 7:8
**respective** - 7:15
**Rodriguez** - 7:4, 7:19
**Rolando** - 2:19
**Rp** - 2:10

## S

**safely** - 4:15
**Sbot** - 2:4, 2:11, 2:14
**second** - 3:19
**sentence** - 4:9, 4:10, 5:2
**sentenced** - 4:24
**Sentencing** - 1:16, 1:2, 1:4, 3:10
**sentencing** - 3:7
**shall** - 4:18
**Sheriff** - 4:15, 5:1, 5:2
**shorthand** - 1:25
**side** - 5:3
**sides** - 5:19
**society** - 3:18
**special** - 3:13, 3:14, 3:19
**Special** - 4:3
**stand** - 3:8
**State** - 1:11, 2:6, 3:3, 3:6, 4:14, 4:24, 5:16, 7:2, 7:5
**styled** - 7:11
**sufficient** - 4:8
**Suite** - 2:14
**sworn** - 5:5, 5:6, 5:9

## T

**table** - 3:4, 5:6
**Terrace** - 2:11
**Texas** - 1:11, 1:9, 1:23, 2:5, 2:6, 2:12, 2:15, 3:3, 4:13, 4:15, 4:17, 4:20, 4:24, 7:2, 7:6, 7:19, 7:22
**threat** - 3:18
**transcription** - 7:7
**transcription/stenograph** - 1:25
**trial** - 5:21
**Trial** - 1:3
**true** - 7:7
**truly** - 7:14
**turn** - 5:19

## U

**unable** - 5:12
**unanimously** - 3:13, 4:2, 4:11

## V

**violence** - 3:17
**Vol** - 1:3
**Volume** - 1:2, 1:1, 1:6
**volume** - 1:8, 1:10, 7:10
**Volumes** - 1:2
**vs** - 3:3
**Vs** - 1:9

## W

**warrant** - 4:9
**Witness** - 1:7, 7:16
**witnesses** - 1:8
**Wood** - 2:3, 3:6, 5:15, 5:16
**Word** - 1:6
**writing** - 7:9