**APPLICANT** <u>OBEL CRUZ-GARCIA</u>  **WRIT NO.** <u>85,051-01</u>

ORIGINAL WRIT OF MANDAMUS <u>XXX</u>

DENY LEAVE TO FILE ORIGINAL WRIT OF MANDAMUS WITHOUT WRITTEN ORDER.

*Per Curiam* _____  7-27-16
**JUDGE**                                                                                      **DATE**

**APPLICANT**    <u>OBEL CRUZ-GARCIA</u>  **WRIT NO.** <u>85,051-02</u>

MOTION TO STAY HABEAS PROCEEDINGS <u>XXX</u>

DENY MOTION TO STAY.

*Per Curiam* _____  7-27-16
**JUDGE**                                                                                      **DATE**