## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **OBEL CRUZ-GARCIA,** <br> Petitioner, <br><br> *v.* <br><br> **BOBBY LUMPKIN, Director,** <br> Texas Department of <br> Criminal Justice, <br> Correctional Institutions Division, <br> Respondent. | Case No. 4:17-CV-03621 <br><br><br> District Judge Vanessa D. Gilmore <br><br><br> **CAPITAL CASE** |

### PETITIONER'S FIRST ADVISORY REGARDING STATE COURT PROCEEDINGS

In an order issued on January 29, 2021, the Court stayed this case so that Petitioner Obel Cruz-Garcia could return to state court to exhaust certain of his claims. [ECF No. 59] The order provides that "[e]very ninety (90) days after Petitioner submits his successive state application, Petitioner will file an advisory informing this Court of the status of his subsequent state habeas corpus application." *Id.* at 12. Pursuant to the Court's order, Petition submits the following advisory:

Petitioner timely filed his successive state habeas corpus application on April 9, 2021. The application has been assigned case number WR-85,051-05 in the Texas Court of Criminal Appeals (the "CCA"). To date, the CCA has not taken any action on the Petitioner's application.

Respectfully submitted,

DATE: July 8, 2021

JASON D. HAWKINS
Federal Public Defender

*/s/ David C. Currie*
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit
David C. Currie (TX 24084240)
Naomi Fenwick (TX 24107764)
Assistant Federal Public Defenders

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746
214-767-2886 (fax)
jeremy_schepers@fd.org
david_currie@fd.org
naomi_fenwick@fd.org

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petitioner's First Advisory Regarding State Court Proceedings has been served by CM/ECF upon counsel for Respondent on July 8, 2021:

> Postconviction Litigation Division
> Office of the Attorney General
> P.O. Box 12548
> Capitol Station
> Austin, TX 78711

> /s/ **David C. Currie**
> Assistant Federal Defender