**Reid, Chris**

---

**From:** Callis, Leah (DCA) <leah_callis@justex.net>
**Sent:** Thursday, December 29, 2016 11:11 AM
**To:** DeAngelo, Lori
**Subject:** RE: Obel Cruz-Garcia

*I believe she's working on them now.*

---

**From:** DeAngelo, Lori [mailto:DEANGELO_LORI@dao.hctx.net]
**Sent:** Thursday, December 29, 2016 11:09 AM
**To:** Callis, Leah (DCA) <Leah_Callis@Justex.net>
**Subject:** Obel Cruz-Garcia

Good morning.  Do you know if Judge Magee signed our findings or did her own yet?

35

EXHIBIT 112 Page 001                                                            Exhibit A