**Reid, Chris**

| | |
|---|---|
| **From:** | Tise, Natalie |
| **Sent:** | Thursday, October 6, 2016 7:16 PM |
| **To:** | Hernandez, Gloria |
| **Subject:** | Angelita letter |
| **Attachments:** | Angelita letter.docx |

Please send this letter to JC Castillo tomorrow for me. I will leave a signed copy in your chair.

Thanks,

Natalie

1

EXHIBIT 113 Page 001                                                                                           Exhibit B 001

Belinda Hill
First Assistant



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## DEVON ANDERSON

August 8, 2019

J. C. Castillo
Attorney at Law
The Lyric Center
440 Louisiana Ste 1550
Houston, TX

Re:   Angelita Rodriguez

Greetings:

    I am sending this letter to acknowledge that your client, Angelita Rodriguez, served as a very important witness in the 2013 trial of a capital murder case where the death penalty was being sought. The defendant in that case was Ms. Rodriguez's ex-husband. Ms. Rodriguez testified against him despite the fact that he had made very credible threats to her safety and the safety of her family members in the past. I am very appreciative of Ms. Rodriguez's willingness to testify truthfully in this case despite the fact that she had real concerns for the safety of her family.

Should you have any questions about this matter or need further information from me, please contact me at ▮▮▮▮▮▮▮▮.

Best Regards,

Natalie Tise
Assistant District Attorney
Chief, Public Integrity Division

EXHIBIT 113 Page 002

Exhibit B 002