IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA, | § | |
|     *Petitioner*, | § | CIVIL NO. 4:17-cv-03621 |
| v. | § | (Death Penalty Case) |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     *Respondent*. | § | |

## AMENDED SCHEDULING ORDER

On Respondent's motion, the Court **GRANTS** the proposed amended scheduling order and hereby **ORDERS** that:

1. On or before **September 1, 2022**, the Director shall file his dispositive motion or answer to Cruz-Garcia's amended petition and his responsive pleading to Cruz-Garcia's motions for an evidentiary hearing and discovery.

2. Within **sixty (60) days** of the date the Director files his dispositive motion or answer and his responsive pleading to Cruz-Garcia's motions for an evidentiary hearing and discovery, Cruz-Garcia shall file his reply to the Director's dispositive motion or answer and his reply in support of his motions for an evidentiary hearing and discovery.

3. By this agreement, the Director does not waive or forfeit any arguments related to the amended petition, including all defenses under Rule 5 or those found under Title 28, nor is it a concession that any motion for stay, discovery or an evidentiary hearing is timely.

It is so ORDERED.

SIGNED this _____ day of _____, 2022, at Houston, Texas.

                                                  _____
                                                Lee Rosenthal
                                                Chief United States District Judge