United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA, § | | |
| § | | |
| Petitioner, § | | |
| v. § | | CIVIL ACTION NO. H-17-3621 |
| § | | |
| BOBBY LUMPKIN, § | | |
| Director, Texas Department of § | | |
| Criminal Justice, Correctional § | | |
| Institutions Division § | | |
| § | | |
| Respondent. § | | |

## AMENDED SCHEDULING ORDER

The petitioner, Obel Cruz-Garcia, filed a motion for an evidentiary hearing and motion for discovery in July 2022. (Docket Entry Nos. 74, 75). The court recently granted a motion extending the time for the respondent, Bobby Lumpkin, to file a response to the pending motions and his answer to Cruz-Garcia's federal habeas petition. (Docket Entry No. 81). Lumpkin has filed an unopposed Motion to Reconsider Order Granting, in Part, Motion to Amend Scheduling Order. (Docket Entry No. 82). The court grants the latest motion in part, and will grant no additional extensions.

Accordingly, the court amends the scheduling order as follows:

1. On or before **October 17, 2022**, Lumpkin must file his responsive pleading to the Cruz-Garcia's motions for an evidentiary hearing and discovery.

2. On or before **November 1, 2022**, Lumpkin must file his answer to the second amended petition.

1

3. Cruz-Garcia must file his reply to the answer, his reply to any dispositive motion, and his reply in support of his motions for an evidentiary hearing and discovery on or before **December 16, 2022**.

The Clerk shall enter this Order and provide a copy to the parties.

SIGNED on October 7, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge