

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

January 5, 2023

**VIA Electronic Filing**
United States District Court
Southern District of Texas
515 Rusk Street
Houston, TX 77002

Re: *Obel Cruz-Garcia v. Bobby Lumpkin, Director of TDCJ-CID*
Civil Action No. 4:17-CV-03621

Dear Clerk:

Attached please find the **state court record** from *Ex parte Obel Cruz-Garcia*, No. WR-85,051-05, in the above-referenced cause, which are being electronically filed in the Court. The Director notes that the office for his counsel received from the state court an electronic audio file which contains no audio, and therefore does not file that blank record.

Sincerely,

s/ Cara Hanna

CARA HANNA
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

CBH/aaj
Enclosures

| Name | Date modified |
|---|---|
| 01 Court Coverletter | 1/4/2023 12:39 PM |
| SHCR-05 MOTION RECEIVED APPLNT 08-13-2021 | 10/6/2022 9:06 AM |
| SHCR-05 Order 10-06-2021 | 10/6/2022 9:06 AM |
| SHCR-05 ORDER CRUZ-GARCIA 08-25-2021 | 10/6/2022 9:06 AM |
| SHCR-05 Supp. CR Vol I | 10/6/2022 9:06 AM |
| SHCR-05 Supp. CR Vol II | 10/6/2022 9:06 AM |
| SHCR-05 Supp. CR Vol. III | 10/6/2022 9:06 AM |
| SHCR-05 VOL 1 | 10/6/2022 9:06 AM |
| SHCR-05 VOL 2 | 10/6/2022 9:06 AM |
| SHCR-05 VOL 3 | 10/6/2022 9:06 AM |
| Track01 | 10/6/2022 9:06 AM |