

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

NO. WR-85,051-05

EX PARTE OBEL CRUZ-GARCIA, Applicant

ON APPLICATION FOR WRIT OF HABEAS CORPUS
CAUSE NO. 1384794 IN THE 337TH JUDICIAL DISTRICT COURT
HARRIS COUNTY

*Per curiam*.

**O R D E R**

Applicant filed this subsequent application for a writ of habeas corpus in the trial court on April 9, 2021. It was received in this Court on April 16, 2021. On August 13, 2021, we received Applicant's "Motion for Completion of the Record." In this motion, Applicant lists numerous exhibits to this subsequent habeas application that he contends are either missing or incomplete. The items at issue include Exhibits 79, 83, 103, 106, 107, 108, 109, 110, 124, 138A, 138B, 139A, 139B, 139C, and 148.

Cruz-Garcia - 2

We order the trial court to resolve this issue. If the trial court determines that these exhibits are missing or incomplete, then the trial court shall direct the district clerk to file in this Court a supplemental record containing the omitted and/or incomplete items. Any necessary supplements shall be filed in this Court within 30 days of the date of this order.

If the trial court determines that no exhibits are missing or incomplete, then the trial court shall inform us of that fact within 30 days of the date of this order.

IT IS SO ORDERED THIS THE 25TH DAY OF AUGUST, 2021.

Do not publish