County Auditor's Form 40-1C
Harris County, Texas (REV_09/07)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-CAPITAL CASE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

**Court No.** 177    **Defendant Name** RANDY ALLEN SEGURA — 1383638

| CAPITAL CASE | | Number of Court Days/Hours | RATE | TOTAL (presumptive maximum) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **DEATH CAPITAL 1ST CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $600/day | | |
| | Trial/Hearing with Testimony | | $800/day | | |
| | Out-of-Court Hours* | | $100/hour | $12,000 | |
| **DEATH CAPITAL 2ND CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $500/day | | |
| | Trial/Hearing with Testimony | | $700/day | | |
| | Out-of-Court Hours* | | $80/hour | $9,600 | |
| **DEATH CAPITAL FLAT RATE** | Includes all fees except investigation costs, expert witness fees, and witness travel costs. Flat rate applies only if testimony begins in the guilt/innocence phase of trial. Otherwise, the daily and hourly rates apply. | 1ST CHAIR | | $35,000 | |
| | | 2ND CHAIR | | $30,000 | |
| **NON-DEATH CAPITAL** | Non-Trial Appearance | 8 | $400/day | $3,200 | 3200 00 |
| | Trial/Hearing with Testimony | 4 | $800/day | $3,200 | 3200 00 |
| | Out-of-Court Hours* | 117.75 | $100/hour | $5,000 | 11775.00 |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per County policy. | | | | |
| **EXPERT TESTIMONY** | | | | | |
| **MENTAL HEALTH SUPPLEMENT*** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL $** | 18,175.00 |

*Must detail on Out-Of-Court Hours Log.

List date(s) of all Court Appearances. Attach Out-of-Court Hours Log.
NT: 5/23/13, 7/26/13, 8/29/13, 10/1/13, 1/7/14, 2/4/14, 2/13/14, 5/22/14
TR: 11/12/14, 11/13/14, 11/14/14, 11/17/14

**PERSONAL INFORMATION**

Telephone Number ( 713 ) 2378547      Bar Card Number 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terra      77019

**CERTIFICATION**

I, P J CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF _____ A.D. 20___

Approved _____

Judge, Presiding

_____ District Clerk Deputy (Signature)

_____ PJ CORNELIUS
Attorney at Law (Signature)
Attorney Name (print legibly)

0002393

COURT

County Auditor's
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 177 | 1383638 | RANDY ALLEN SEGURA |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME (15.50) |
|---|---|---|---|
| 8/6/14 | WRITTEN CORRESPOND & CO> REVIEW FILE | 1.75 | |
| 9/10/14 | WRITTEN CORRES POND w/CL x2 > CONF w/ DR | 2.00 (3.75) | (3.75) |
| | | | total 19.25 |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END (.75) |
|---|---|---|
| | | |
| | | total .75 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY (29.50) |
|---|---|---|---|
| 11/7/14 | REVIEW NEW DISCOVERY | .75 | |
| 11/8/14 | REC/REV NEW DISCOVERY | 3.50 | |
| | CONF w/ CO-COUNSEL | (4.25) | (4.25) |
| | w/REV MAIN VIDEO BOX | | total 33.75 |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC (26.00) |
|---|---|---|---|
| 8/3/14 | EVA FOR PLEA BARGAINING | 1.50 | |
| 11/8/14 | TRIAL PREP | 2.00 | |
| 11/5/14 | TRIAL PREP | 2.00 | |
| 11/8/14 | TRIAL PREP | 2.00 | |
| 11/3/14 | TRIAL PREP | 2.00 | (15.00) |
| 11/14/14 | TRIAL PREP | 1.50 | |
| 11/15/14 | TRIAL PREP | 4.00 (15.00) | total 41.00 |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY (18.00) |
|---|---|---|---|
| 11/11/14 | MTG w/ DA / CO-COUNSEL LISTEN TO 5 PHS | 3.00 | |
| 11/15/14 | INV ON REVOCATORY REC/REV INVESTIGATION REPORT | 2.00 (5.00) | (5.00) |
| | | | total 23.00 |
| | | GRAND TOTAL | 117.75 |

### PERSONAL INFORMATION

Telephone Number (713) 237 8047

Bar Card Number 04831520

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3078 Buffalo Terrace HT 77019

### CERTIFICATION

I, RP CONNELLY , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF 1/8 A.D. 20 15

Approved _____

Judge, Presiding

District Clerk Deputy (Signature)

Attorney at Law (Signature)

Attorney Name (print legibly)

0002304

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 177 | 138363BB | RANDY ALLEN SEGURA |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 4/28/13 | WRITTEN CORRESPOND w/ Clt x2 | .75 | 4/8/14 WRITTEN CORRESPOND w/Clt — MTG w/INVESTIGATION—LEGAL ISSUES | >2.50 |
| 10/1/13 | WRITTEN CORRESPOND w/Clt | .75 | |
| 10/14/13 | WRITTEN CORRESPOND w/Clt x2 — RESPOND TO Δ's LTR | 3.00 | 5/30/14 WRITTEN CORRESPOND w/Clt — REVIEW INVESTIGATION | 1.75 |
| 2/11/14 | OUTLINE CBSI FOR Δ | 2.00 | 6/4/14 WRITTEN CORRESPOND w/Clt | 1.00 |
| 3/13/14 | WRITTEN CORRESPOND w/CBI — CONF w/DA | .75 | |
| 3/17/14 | WRITTEN CORRESPOND w/Clt — BPD OR's | 1.50 | 6/27/14 WRITTEN CORRESPOND w/Clt — REVIEW CASE | 1.50 |

## WITNESS INTERVIEW(S) (13.50)

| DATE | INTERVIEW TIME - BEGIN | | INTERVIEW TIME - END | |
|---|---|---|---|---|
| 3/11/13 | Conf w/ FAMILY x2 | .75 | | (.75) |
| | | | | |
| | | | | |
| | | | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY | |
|---|---|---|---|---|
| 5/14/13 | REVIEW ST'S FILE | 2.00 | 1/8/14 CONT REVIEW DISCOVERY | 2.50 |
| 5/22/13 | REVIEW ORs — SUIKS | 3.00 | 3/21/14 CONT REVIEW ST'S FILE | 1.50 |
| 6/19/13 | CONT REVIEW ST'S FILE | 1.75 | 4/11/14 REVIEW CORRESPONDENCE | 2.00 |
| 7/29/13 | CONT REVIEW ORs — DISCOVERY | 2.00 | EVDE DISCOVERY | |
| 10/1/13 | CONT REVIEW ST'S FILE | 1.75 | 5/6/14 REVIEW DOCS — STATUS | 2.50 |
| 1/2/14 | CONT REVIEW OF DISCOVERY | 3.00 | 5/8/14 911 CALLS — Conf w/Co-COUNSEL | 3.50 |
| 11/3/14 | CONT REVIEW OF 11th DISCOVERY (STATUS) | 2.00 | TRIAL PREP | (29.50) |
| 1/7/14 | REC/REV ADD'L DISCOVERY | 2.00 | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC | |
|---|---|---|---|---|
| 4/28/13 | PREPARE PRE-TRIAL MOTION | 1.25 | 4/23/14 EVAL PETITIGATION DISCOVERY | 1.75 |
| 5/22/13 | REVIEW FOR LEGAL/PSY ISSUES | 1.00 | 5/2/14 CONT WRK ON TRIAL NOTEBOOK | 1.00 |
| 8/30/13 | EVAL LEGAL/PSY ISSUES | 1.75 | 8/22/14 EVAL EXTRANEOUS CASES | 3.00 |
| 9/30/13 | EVAL FOR MITIGATION ISSUES | 1.75 | 10/10/14 TRIAL PREP | 2.50 |
| 10/15/13 | BEGIN TRIAL NOTEBOOK | 2.00 | 10/11/14 TRIAL PREP | 2.50 |
| 2/3/14 | EVAL MITIGATION ISSUES | 1.75 | 10/14/14 TRIAL PREP | 1.50 |
| 3/19/14 | CONT EVDE MITIGATION | 1.00 | 10/22/14 REVIEW DNA | 1.25 |
| 4/11/14 | EVAL LEGAL DEFENSE/MITIGATION | 2.25 | | (26.00) |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY | |
|---|---|---|---|---|
| 5/22/13 | Conf w/ DA | .25 | 8/21/14 Conf w/ DA/INVESTIGATOR REVIEW | 2.00 |
| 5/14/13 | WORK UP CASE FOR INVESTIGATOR | 2.50 | 10/15/14 Conf w/ DA/Co-COUNSEL | .75 |
| 9/6/13 | TALK TO ALCO/CBI/INVESTIGATOR | 1.00 | 11/3/14 REC/REV INV REPORTS/INVESTIGATOR | 2.50 |
| | Conf w/ DA/CT/ST'S FILE | | | 11/3/14 Conf w/ CBI/DA/Co-COUNSEL | 2.25 |
| 10/17/13 | REC/REV INV. REPORTS | 1.75 | REC/REV INV. REPORTS | 1.00 |
| 5/21/14 | REVIEW INVESTIGATION | 2.00 | 11/4-5/14 REC/REV INV. REPORTS | |
| 6/27/14 | Conf w/ DA | .50 | 11/6/14 CONT INV. REPORTS | 1.50 |
| 8/4/14 | CONF w/ DA — PLEA BURIAL | 1.00 | | (18.00) |

## PERSONAL INFORMATION

**Telephone Number:** 713-237-8547

**Bar Card Number:** 04831500

**Mailing Address (Number, Street, Suite, City, State, Zip Code):** 2028 BUFFALO TERRACE HOU TX 77019

## CERTIFICATION

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF 1/8 A.D. 20 15

Approved _____

_____ Judge, Presiding

_____ District Clerk Deputy (Signature)

_____ RP CORNELIUS Attorney at Law (Signature)

_____ Attorney Name (print legibly)

00002555

COURT

Defendant's Name Segura Randy      Cause No. 1383638      Date 1/7/15
Attorney Name: R.P. Cornelius      Performed by: Juan A. Gonzalez

## ATTORNEY FEES EXPENSE CLAIM CHECK LIST:
## CAPITALS, CAPITAL APPEALS, & 11,071 WRITS OF HABEAS CORPUS

| | | Yes | No | Comments |
|---|---|---|---|---|
| 1) | Confirmed correct court number on claim? | ☑ | ☐ | |
| 2) | Confirmed correct defendant's name on claim? | ☑ | ☐ | |
| 3) | Confirmed correct cause number on claim? | ☑ | ☐ | |
| 4) | Multiple cases on claim form? | ☐ | ☑ | |
| 5) | Non-Death Capital Case? | ☑ | ☐ | Please circle one: Disposed by Trial or Plea |
| 6) | Death Case? | ☐ | ☑ | Please circle one: Disposed by Trial or Plea |
| 7) | Same offense throughout LQY9 history? | ☑ | ☐ | |
| 8) | Capital – Appeal? | ☐ | ☑ | |
| 9) | 11.071 Writ? | ☐ | ☑ | |
| 10) | Service dates before January 1, 2002? | ☐ | ☑ | O/Crt Hours 117.75x$100 |
| 11) | Correct claim form submitted for payment? | ☑ | ☐ | $ 11,775.00 |
| 12) | Attorney Appointment Order in case history on LQY9 screen in JIMS? | ☑ | ☐ | NT appearance 8x$400 |
| 13) | Attorney approved for capital appointment in FDAMS? | ☑ | ☐ | $ 3,200.00 |
| 14) | Dates of court appearances listed on claim? | ☑ | ☐ | TRL appearance 4x$800 |
| | a.  Confirmed with history in the LQY8 screen? | ☑ | ☐ | $ 3,200.00 |
| 15) | If claiming out-of-court hours, is the out-of-court hours form completed and attached? | ☑ | ☐ | |
| | a.  Is it mathematically accurate? | ☑ | ☐ | $ 3,200.00 NT App |
| | b.  Does it match days/hours listed on the claim? | ☑ | ☐ | $ 3,200.00 TRI App $ 11,775.00 O/Crt Hrs |
| 16) | On 11.071 Writs, is the Appointed Counsel Hourly Worksheet completed detailing services performed, dates, and times attached? | ☐ | ☐ | Total $ 18,175.00 |
| | a.  Are the hours mathematically accurate? | ☐ | ☐ | |
| | b.  Does it match the amount requested on the claim? | ☐ | ☐ | N/A |
| 17) | If an 11.071 Writ, is the claim eligible for reimbursement from the state? | ☐ | ☐ | |
| | If no, why not | | | |
| 18) | Are expenses requested on claim? | ☑ | ☐ | |
| 19) | Expense invoices attached? | ☐ | ☑ | |
| 20) | Do the expense invoices detail services performed, dates and times? | ☐ | ☐ | |
| | a.  Is it mathematically accurate? | ☐ | ☐ | N/A |
| | b  Does it match the amount requested on the claim? | ☐ | ☐ | |
| 21) | Is written court approval for expenses attached? | ☑ | ☐ | |
| 22) | Is the expense amount on the claim equal to or less than the amount approved by the court? | ☑ | ☐ | |
| 23) | Correct county mileage rate used? | ☐ | ☐ | N/A |
| 24) | Correct claim line item used? | ☑ | ☐ | |
| 25) | Claim amounts within limits? | ☐ | ☐ | above presumptive Max |
| 26) | If claim is totaled, is it mathematically accurate? | ☑ | ☐ | |

Attorney Expense: $ 18,175.00

Expert Expense: $ _____      TOTAL REQUESTED: $ 18,175.00

0002396

NO. 1383638

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V.S. | § | HARRIS COUNTY, TEXAS |
| RANDY ALLEN SEGURA | § | 177TH JUDICIAL DISTRICT |

### MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for **RANDY ALLEN SEGURA,** and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

I.

Counsel was appointed to represent this defendant on April 24, 2013. Said defendant was charged with capital murder, aggravated assault, and assault on a public servant.

II.

Counsel has made a multitude of non-issue court appearances on this matter but seeks payment for only eight (8).

III.

Counsel spent a very significant amount of time preparing this matter for trial and directed a very extensive investigation.

IV.

Counsel is seeking payment for a total of 117.75 out-of-court hours on this matter.

V.

Counsel spent (19.25) hours of out-of-court time in personal conversation or written communication with defendant; (.75) hours of out-of-court time with defendant's family and witnesses; (33.75) hours of out-of-court time reviewing documents; (41.00) hours of out-of-court time preparing for trial or on legal research; and (23.00) hours of out-of-court time in negotiations and conversations with the prosecutors, communicating with the Court, or in conference with or directing Counsel's private investigator in this matter.

**FILED**

Chris Daniel
District Clerk

JAN 2 0 2015

Time: _____
Harris County, Texas

0002397

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this Honorable Court to order payment for 117.75 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

Unofficial Copy Office of Marilyn Burgess District Clerk

0002398

NO. 1383638

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V.S. | § | HARRIS COUNTY, TEXAS |
| RANDY ALLEN SEGURA | § | 177TH JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____, 2014, came on to be heard appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is to be paid _____ hours for out-of-court time spent on this matter.

JAN 2 2 2015

_____
RYAN PATRICK, JUDGE
177TH DISTRICT COURT

Unofficial Copy Office of Marlly Burgess District Clerk

3

0002399

County Auditor's Form 40-13
Harris County, Texas (REV. 07/10)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 177 | ANGELICA SERRANO | 1327734 | MURDER 1st |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | 0 | $225/day | *$1,125 | |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | 34.75 | $85/hour | $1,700 | 2,953.75 |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per County policy. | | | $600/case | |
| **EXPERT TESTIMONY** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL** | $2,953.75 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**

PAID ON PREVIOUS VOUCHER

**PERSONAL INFORMATION**

| Telephone Number | Bar Card Number |
|---|---|
| (713) 2378547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace HT 77019

**CERTIFICATION**

I, R Connell , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I <u>did/did not</u> receive this appointment originally as a limited term assignment. RMC
(Circle One) _____ (Attorney Initials)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 12th DAY OF May A.D. 20 14

Approved _____

_____ Judge, Presiding

_____ District Clerk Deputy (Signature)

_____ R Connell Attorney at Law (Signature)

_____ Attorney Name (print legibly)

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 177 | 1327734 | ONGELICA SERRANO |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 8/21/12 | MTG w/ Clt | .75 | |
| 10/18/12 | MTG w/ Clt / Family | .50 | |
| 11/14/12 | MTG w/ Exp Family | 1.75 | |
| 11/16/12 | MTG w/ Clt | 1.00 | |
| 1/3/13 | MTG w/ Clt / Family | 1.25 | |
| 2/21/13 | MTG w/ Clt / Family | .50 | |
| 5/29/13 | Crt w/ Clt × 3 | .75 (5.50) | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 5/25/12 | Rec/Rev Activity - OR | 2.00 | |
| 7/28/12 | Review OR - C/Jury | 2.00 | |
| 7/12/13 | Rec/Rev Notice Accus State | 1.25 (5.25) | |
| | | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 5/26/12 | Evid for Use on Trial | 2.25 | |
| 9/20/12 | Evid for Legal Issues | 2.00 | |
| 2/1/13 | Review Δ's Stmt | 1.00 | |
| 2/21/13 | Review Legal Issues w/ DGroB | 1.00 | |
| 4/9/13 | Prep Trial Notebook | 2.50 | |
| 6/20/13 | Review Extraneous in Galveston | 1.00 (12.75) | |
| 8/8/13 | Wk un Bond - New Case | 1.00 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 4/20/13 | Prep for Investigation / Confer CG / Motion / Ltr to Inv - Attached | 3.00 | |
| 5/29/13 | Rec/Rev Inv. Reports | 1.00 | |
| 6/6/13 | Rec/Rev Inv. Reports | 3.00 | |
| 6/9/13 | Prep for Trial / Rec/Rev Inv. Reports / Prep for Trial | 1.75 | |
| 7/3/13 | Rec/Rev Inv. Report - Prep for Trial | 1.50 (11.25) | TOTAL 34.75 |
| 7/23/13 | Rec/Rev Inv. Reports / Trial Prep | 1.00 | |

## PERSONAL INFORMATION

| | Telephone Number (713) 237 8547 | Bar Card Number 04851500 |
|---|---|---|

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace HT 77019

## CERTIFICATION

I, RP Connelly, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 12 DAY OF Aug A.D. 20___

Approved _____

_____ Judge, Presiding

_____ Attorney at Law (Signature) RP Connelly

_____ District Clerk Deputy (Signature)

_____ Attorney Name (Legibly)

COURT

000241

NO. 1327734

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ANGELICA SERRANO | § | 177TH JUDICIAL DISTRICT |

## MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for ANGELICA SERRANO, and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

### I.

Counsel was appointed to represent this defendant on November 21, 2011. Said defendant was charged in this case with murder, a first degree felony.

### II.

Counsel spent a significant amount of time preparing this matter for trial. However, on trial date the case was dismissed.

### III.

Counsel is seeking payment for a total of 34.75 additional out-of-court hours on this matter. **(Counsel has been paid for five (5) court settings on a previous voucher, as well as for twenty (20) out of court hours).**

### IV.

Said additional time includes (5.50) hours of out-of-court time in jail visits and written correspondence with defendant, (5.25) hours of out-of-court time researching records, (11.25) hours of out-of-court time in conference with the District Attorney or court personnel, and (12.75) hours of out-of-court time researching legal matters and preparing for trial.



**FILED**
Chris Daniel
District Clerk

MAY 1 2 2014

Time: _____
Harris County, Texas

By _____
Deputy

0002402

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this Honorable Court to order payment for 34.75 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

0002403

NO. 1327734

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ANGELICA SERRANO | § | 177TH JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____, 2014, came on to be heard appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is to be paid _____ hours for out-of-court time spent on this case.

_____
RYAN PATRICK, JUDGE
177TH DISTRICT COURT

3

0002404

County Auditor's Form 4-6
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS–COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**
Show only one defendant per claim.
Before payment can be authorized, each item must be completed legibly in ink.
Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 174 | BERNARDO SERRANO | 1385567 | BURG HAB |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | 4 | $175/day | *$875 | 700 00 |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | 4 | $400/day | | 1600 00 |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | | $350/day | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | 23.50 | $60/hour | $600 | 1410.00 |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP. (Trial/Hearing after 6:00 pm)** | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | TOTAL $ | 3,718 00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**
NT: 6/6/13; 7/7/13; 8/12/13; 10/8/13
TR: 5/5/14; 5/6/14; 5/7/14; 5/8/14

**PERSONAL INFORMATION**

Telephone Number: 713.237.8547
Bar Card Number: 04431500

Mailing Address (Number, Street, Suite, City, State, Zip Code):
2028 BUFFALO TERRACE HOU TX 77019

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

**CERTIFICATION**

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. VPC
(Circle One)                                                    (Attorney Initials)

Attorney at Law (Signature) _____     Attorney Name (print legibly) RP CORNELIUS

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 12 DAY OF May A.D. 20 14

District Clerk Deputy (Signature) _____

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____     Judge Presiding

0002405

COURT

County Auditor
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 174 | 1385567 | BERNARDO SERRANO |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 5/20/13 | WRITTEN CORRESPOND W/CLI | .75 | |
| 8/5/13 | WRITTEN CORRESPON W/CLI | .50 | |
| 3/11/14 | WRITTEN CORRESPON W/CLI | 1.50 | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 5/3/13 | Conf w/ Family | .50 |
| 6/3/13 | Conf w/ Family | .50 |
| 6/5/13 | REVIEW CASE w/ FAMILY | .50 |
| 4/2/14 | Conf w/ Family x2 | 1.00 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 8/2/13 | REVIEW ON - DISCOVERY | 1.25 | |
| 9/2/13 | REVIEW - OUTLINE ON FOR CRT | 2.25 | |
| | | | |
| | | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 5/10/13 | Prepare Pre-Tr Motion | .75 | |
| 6/6/13 | Evid Legal / Psy Issues | .75 | |
| 10/7/13 | Trial Prep | 1.00 | |
| 3/11/14 | Rec/Rev Notices | .75 | |
| 4/15/14 | Trial Research | 2.00 | |
| 5/1/14 | Trial Prep | 3.00 | |
| 5/5/14 | Trial Prep | 3.00 | |
| 5/6/14 | Trial Prep | 2.50 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 5/2/14 | Conf DA - Review St Trial | 3.00 | |

TOTAL 23.50

### PERSONAL INFORMATION

Telephone Number (713) 237 8547

Bar Card Number 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace HT 77019

## CERTIFICATION

I, R.P. CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 12 DAY OF May A.D. 20 14

Approved _____
Judge, Presiding

_____
District Clerk Deputy (Signature)

R.P. CORNELIUS
Attorney at Law (Signature)

Attorney (Print Legibly)

0002406

COURT

County Auditor's Form 01.08
Harris County, Texas (REV. 07/10)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS–COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 339 | ERIK SHARP | 1381171 | BURG HAB |

| **INDIVIDUAL CASE APPOINTMENT** | | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|---|
| **NON-TRIAL** | | First Degree | | $225/day | *$1,125 | |
| | | Second Degree | 4 | $175/day | *$875 | 700 |
| | | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | | First Degree | | $500/day | | |
| | | Second Degree | | $400/day | | |
| | | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | | First Degree | | $85/hour | $1,700 | |
| | | Second Degree | 7.50 | $60/hour | $600 | 450 |
| | | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per County policy. | | | | $600/case | |
| **EXPERT TESTIMONY** | | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | | $50/hour | | |
| **OTHER** | | | | | | |
| | | | | | **TOTAL $** | 1150.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**

NT: 4/11/13; 5/9/13; 5/29/13; 7/23/13

**PERSONAL INFORMATION**

| | Telephone Number | Bar Card Number |
|---|---|---|
| ▮▮▮▮ | (713) 237-8547 | 00831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
7028 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. RPC
(Circle One)                                                                              (Attorney Initials)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 24 DAY OF July A.D. 20 12

Approved _____
                    Judge, Presiding

_____ Attorney at Law (Signature)
RP CORNELIUS

_____
District Clerk Deputy (Signature)

Attorney Name (Print Legibly)

**COURT**

County Auditor
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 337 | 1381171 | ERIK SHARP |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 3/22/13 | WRITTEN CORRESPONDAY CNT | 75 | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 3/22/13 | Confy Family X2 | .50 |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 5/8/13 | Review CASES | 1.00 | ON |
| 5/28/13 | Review ST's file | 1.00 | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 3/22/13 | Prepare Pre Tr Motions | .75 | |
| 5/8/13 | Review Psy / LEGAL ISSUES | 1.50 | |
| 5/10/13 | Review Legal ISSUES | 1.00 | |
| 7/22/13 | Evaluate for PLEA / TRIAL | 1.00 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | TOTAL 7.50 |
| | | | |

### PERSONAL INFORMATION

| | Telephone Number | Bar Card Number |
|---|---|---|
| ████████ | (713) 237-8547 | 0483150 0 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 72019

Official Copy Office Marilyn Burgess District Clerk

### CERTIFICATION

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 24 DAY OF July A.D. 20 13

Approved _____

_____
Judge, Presiding

_____
District Clerk Deputy (Signature)

RP CORNELIUS
_____
Attorney at Law (Signature)

RP CORNELIUS
_____
Attorney Name (print legibly)

0002408

COURT

County Auditor's Form 40-10
Harris County, Texas (REV 09/07)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS–CAPITAL CASE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

Court No. 248    Defendant Name BRUCE JAMA SLOAN    P11

| CAPITAL CASE | | Number of Court Days/Hours | RATE | TOTAL (presumptive maximum) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **DEATH CAPITAL 1ST CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $600/day | | |
| | Trial/Hearing with Testimony | | $800/day | | |
| | Out-of-Court Hours* | | $100/hour | $12,000 | |
| **DEATH CAPITAL 2ND CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $500/day | | |
| | Trial/Hearing with Testimony | | $700/day | | |
| | Out-of-Court Hours* | | $80/hour | $9,600 | |
| **DEATH CAPITAL FLAT RATE** | Includes all fees except investigation costs, expert witness fees, and witness travel costs. Flat rate applies only if testimony begins in the guilt/innocence phase of trial. Otherwise, the daily and hourly rates apply. | 1ST CHAIR | $35,000 | | |
| | | 2ND CHAIR | $30,000 | | |
| **NON-DEATH CAPITAL** | Non-Trial Appearance | 8 | $400/day | $3,200 | 3,200 |
| | Trial/Hearing with Testimony | 5 | $800/day | | 4,000 |
| | Out-of-Court Hours* | 121.50 | $100/hour | $5,000 | 12,150 |
| **INVESTIGATION EXPERT TESTIMONY** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per County policy. | | | | 3084.66 |
| **MENTAL HEALTH SUPPLEMENT*** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL $** | 15,234.66 |

*Must detail on Out-Of-Court Hours Log.

List date(s) of all Court Appearances. Attach Out-of-Court Hours Log.
NT: 9/29/10, 11/8/10, 12/8/10, 1/24/11, 3/3/11, 4/19/11, 6/16/11, 8/4/11
TH: 5/21/12, 5/22/12, 5/23/12, 5/24/12, 5/25/12

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**PERSONAL INFORMATION**

Telephone Number ( ) 2378547    Bar Card Number 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace   H T 77019

**CERTIFICATION**

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 27 DAY OF June A.D. 20 12

Approved _____

_____ Judge, Presiding

_____ District Clerk Deputy (Signature)

RP CORNELIUS    Attorney at Law (Signature)

0002409

Attorney Name (print legibly)

NO. 1278256

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V.S. | § | HARRIS COUNTY, TEXAS |
| ANDRE JAMAL SLOAN | § | 248TH JUDICIAL DISTRICT |

## MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for **ANDRE JAMAL SLOAN**, and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

I.

Counsel was appointed to represent this defendant on September 21, 2010. Said defendant was charged with capital murder. The State did not seek the death penalty.

II.

Counsel has made a total of nine (9) non-issue court appearances on this matter, but seeks payment for only eight (8); and five (5) trial appearances.

III.

Counsel spent a very significant amount of time preparing this matter for trial.

IV.

Counsel is seeking payment for a total of 121.50 out-of-court hours on this matter.

V.

Counsel spent (12.00) hours of out-of-court time in personal conversation or written communication with defendant; (3.75) hours of out-of-court time in actual conversation with family of defendant in preparation for trial; (31.75) hours of out-of-court time reviewing documents; (52.50) hours of out-of-court time preparing for trial or on legal research; and (21.50) hours of out-of-court time in negotiations and conversations with prosecutors, conferences with private investigators, or communicating with the Court and the Court's personnel.

Chris Daniel
District Clerk

JUN 27 2012

Time _____

By _____
Harris County, Texas

Deputy

0002410

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this

Honorable Court to order payment for 121.50 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

0002411

993

NO. 1278256

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ANDRE JAMAL SLOAN | § | 248TH JUDICIAL DISTRICT |

## ORDER

On this ~~JUN 2 7 2012~~ _____ day of _____, 2012, came on to be heard

appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is

to be paid _for all_ hours for out-of-court time spent on this matter.

JUN 27 2012

JOAN CAMPBELL, JUDGE
248TH DISTRICT COURT

3

0002412

Defendant's Name: _Sloan, Aldre J._ Cause No. _1278256_ Date: _6-26-12_
Attorney Name: _R. P. Cornelius_ Performed by: _Genetha Kimbrough_

## ATTORNEY FEES EXPENSE CLAIM CHECK LIST;
## CAPITALS, CAPITAL APPEALS, & 11.071 WRITS OF HABEAS CORPUS

Comments:

|  |  | Yes | No |  |
|---|---|---|---|---|
| 1) | Confirmed correct court number on claim? | ☑ | ☐ | |
| 2) | Confirmed correct defendant's name on claim? | ☑ | ☐ | |
| 3) | Confirmed correct cause number on claim? | ☑ | ☐ | |
| 4) | Multiple cases on claim form? | ☐ | ☑ | |
| 5) | Non-Death Capital Case? | ☑ | ☐ | Please circle one: Disposed by Trial or Plea |
| 6) | Death Case? | ☐ | ☑ | Please circle one: Disposed by Trial or Plea |
| 7) | Same offense throughout LQY9 history? | ☑ | ☐ | |
| 8) | Capital – Appeal? | ☐ | ☑ | |
| 9) | 11.071 Writ? | ☐ | ☑ | |
| 10) | Service dates before January 1, 2002? | ☐ | ☑ | |
| 11) | Correct claim form submitted for payment? | ☑ | ☐ | |
| 12) | Attorney Appointment Order in case history on LQY9 screen in JIMS? | ☑ | ☐ | 8 • x |
| 13) | Attorney approved for capital appointment in FDAMS? | ☑ | ☐ | 400 • = 3,200•00 |
| 14) | Dates of court appearances listed on claim? | ☑ | ☐ | |
|  | a. Confirmed with history in the LQY8 screen? | ☑ | ☐ | 5 • x |
| 15) | If claiming out-of-court hours, is the out-of-court hours form completed and attached? | | | 800 • = 4,000•00 |
|  | a. Is it mathematically accurate? | | | 121•5 x |
|  | b. Does it match days/hours listed on the claim? | | | 100 • = 12,150•00 |
| 16) | On 11.071 Writs, is the Appointed Counsel Hourly Worksheet completed detailing services performed, dates, and times attached? | ☐ | ☐ _N/A_ | 0•00 * |
|  | a. Are the hours mathematically accurate? | ☐ | ☐ | |
|  | b. Does it match the amount requested on the claim? | ☐ | ☐ | 12,150•00 + |
| 17) | If an 11.071 Writ, is the claim eligible for reimbursement from the state? | ☐ | ☐ _N/_ | 3,084•66 + 15,234•66 * |
|  | If no, why not | | | |
| 18) | Are expenses requested on claim? | ☑ | ☐ | |
| 19) | Expense invoices attached? | ☑ | ☐ | |
| 20) | Do the expense invoices detail services performed, dates and times? | ☑ | ☐ | |
|  | a. Is it mathematically accurate? | ☑ | ☐ | |
|  | b. Does it match the amount requested on the claim? | ☑ | ☐ | |
| 21) | Is written court approval for expenses attached? | ☑ | ☐ | |
| 22) | Is the expense amount on the claim equal to or less than the amount approved by the court? | ☑ | ☐ | |
| 23) | Correct county mileage rate used? | ☑ | ☐ | |
| 24) | Correct claim line item used? | ☑ | ☐ | |
| 25) | Claim amounts within limits? | ☐ | ☑ _OVER YR. MAX._ | |
| 26) | If claim is totaled, is it mathematically accurate? | ☑ | ☐ | |

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

Attorney Expense: $ _12,150.00_
Expert Expense: $ _3,084.66_

TOTAL REQUESTED: $ _15,234.66_   0002413

County Auditor's Form 4410
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG PG 1

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 248. | #1347009 | ANDRE JAMAL SLOAN (J) 992 |
| | 1278256 | 992 |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 9/21/10 | Written correspond w/ Clt | .75 | 5/8/12 To jail - Trial Prep 3.00 |
| 10/3/10 | Written correspond w/ Clt | 1.00 | (12:00) |
| 3/3/11 | Written correspond w/ Clt - DA | 1.25 | |
| 5/5/11 | Written correspondence w/Clt | 1.00 | |
| 1/5/12 | To jail - Prep for Trial | 2.00 | |
| 2/6/12 | Written correspond w/ Clt | .50 | |
| 3/7/12 | Written correspondence w/ Clt | 1.00 | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 9/28/10 | Conf w/ Wife x 2 | .75 |
| 9/29/10 | Conf w/ Family | 1.00 |
| 10/6/10 | Conf w/ Family | 1.00 |
| 8/25/11 | Conf w/ Wife x 2 | .50 (3.75) |
| 2/29/12 | Conf w/ Wife | .50 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 11/2/10 | Review File | .75 | 6/15/11 Review File 1.00 |
| 11/8/10 | Written St's File | Continuation 1.00 | 8/3/11 Review File for Mitigar 1.50 |
| 11/26/10 | Begin Rev of DA | 1.50 | 10/3/11 Review Documents 2.50 |
| 11/30/10 | Review of DA | 1.50 | 11/9/11 Review Newspaper 3.25 |
| 12/9/10 | Review of DA | 2.50 | 12/8/11 Review Certified .25 |
| 3/1/11 | Review for Mitigation | 2.50 | 1/9/12 Review - New Docs 1.00 |
| 4/8/11 | Review St's File | 2.00 | 2/9/12 Rev. Inv. Reports 2.00 |
| 4/19/11 | Review Extraneous (Mirandized) | 1.50 | (24.75) |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 10/3/10 | Prepare File - Trial Motion | 1.00 | 1/23/12 Review D's Stmts 2.00 |
| 12/6/10 | Review Legal Issues - Stmt | 2.00 | 1/27/12 Review D's Stmt .75 |
| 7/16/11 | Review for Mitigation | 1.00 | 3/3/12 Trial Prep 3.00 |
| 8/4/11 | Trial Prep | 2.50 | 3/8/12 Review D Stmt 1.50 |
| 10/9/11 | Trial Prep | 1.50 | 4/7/12 Trial Prep 3.50 |
| 12/8/11 | Trial Prep | 3.00 | 4/23/12 Trial Prep 3.00 |
| 1/4/12 | Trial Prep | 2.00 | 5/2/12 Rec'd Rev Notice x 4 1.75 (30.00) |
| 1/16/12 | | 2.50 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 9/2/10 | M/B w/ DA | .50 | 1/18/12 Conf w/ DA 1:42 @ Ct 1.00 |
| 10/7/10 | M/B w/ DA | .25 | 1/19/12 Conf w/ Inv @ Ct 1.00 |
| 11/2/10 | Conf w/ DA x 2 | .25 | 1/20/12 Conf w/ Inv (Phone) 1.00 |
| 11/8/10 | Conf w/ Witness SPD | .50 | 1/21/12 Conf w/ Inv - Trial Prep 3.00 |
| 3/1/11 | Prep File for Investigation | 2.00 | 3/1/12 Conf w/ DA - Trial Prep/Inv 1.50 |
| 3/3/11 | Prep for Investigation | .25 | 3/2/12 Conf w/ DA - Trial/Inv 1.00 |
| 1/4/12 | Written Corr Plan w/ Inv. | 1.00 | 3/5/12 Conf w/ Inv x 3 .75 |
| 1/7/12 | Conf w/ Inv. | .25 | 3/15/12 Conf w/ Inv x 2 1.50 (3.75) |

## PERSONAL INFORMATION

Telephone Number: 7, 237 8347

Bar Card Number: 0483150?

Mailing Address (Number, Street, Suite, City, State, Zip Code): 2028 Buffalo Terrace HT 77019

## CERTIFICATION

I, R P Cornelius, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE ____ DAY OF ____ A.D. 20 ____  JUN 27 2012

Approved ____

Judge, Presiding ____

Attorney at Law (Signature): R P Cornelius

District Clerk Deputy (Signature) ____

Attorney (Print Legibly) 000244

COURT

County Auditor's Form 1061
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG 13/990

| Court Number | Case Number | Defendant's Name | |
|---|---|---|---|
| 248 | 1347009 | ANDRE JOHN SLOAN | PG 2 |
| | 1278256 | | |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| | | | |
| | | | 12.00 |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | 3.75 |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY 24.75 |
|---|---|---|---|
| 3/6/12 | Recd Rev Newball Ord | 1.00 | |
| 3/13/12 | Recd Rev Docs from Clk's Ofc | 1.00 | |
| 5/3/12 | recd rev inv. Reports | 3.00 | |
| 5/4/12 | recd rev inv. Report | 2.00 | |
| | | (7.00) | 31.75 |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | | GENERAL TOPIC (30.00) | |
|---|---|---|---|---|---|
| 5/6/12 | Trial Prep | 2.00 | | 5/23/12 Trial Prep | 3.00 |
| 5/9/12 | Review D; stmts Nuckolmos | 4.00 | | 5/24/12 Trial Prep | 2.50 |
| 5/12/12 | Trial Prep | 2.00 | | | 22.50 |
| 5/16/12 | Trial Prep | 1.50 | | | |
| 5/17/12 | Trial Prep | 1.25 | | | 52.50 |
| 5/21/12 | Prep for v/d - 15th's | 3.00 | | | |
| 5/21/12 | Trial Prep | 3.25 | | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY 13.75 |
|---|---|---|---|
| 3/6/12 | Mtg w/ Atty Co / Inv. | 1.00 | |
| 3/13/12 | Mtg w/ Inv. - Gn to HCSO | 1.50 | |
| 5/14/12 | Gn mtg Co / Trial Prep | 3.00 | |
| 5/15/12 | Mtg w/ Inv. Rev Report | 3.25 | |
| | | (7.75) | GRAND TOTAL 121.50 |
| | | | 21.50 |

## PERSONAL INFORMATION

| | Telephone Number | Bar Card Number |
|---|---|---|
| ███████ | (7) 2378547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State Zip Code)
2028 Buffalo Terrace HT 77019

## CERTIFICATION

I, _____ M Cornelius _____ , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF JUN 2 7 2012 A.D. 20 _____

Approved _____

| | |
|---|---|
| Judge, Presiding | Attorney at Law (Signature) M Cornelius |
| District Clerk Deputy (Signature) | Attorney Name (Print Legibly) |

COURT

NO. 1278256

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ANDRE JAMAL SLOAN | § | 248TH JUDICIAL DISTRICT |

## ORDER

On this _____ day of JUN 2 7 2012, 2012, came on to be heard DEFENDANT'S IN

CAMERA MOTION FOR OUT OF COURT EXPENSE and it is the Order of the Court that said

motion should be granted.

It is the Order of the Court that an amount of For all requested, is approved for additional

out of court expenses consistent with this motion.  If additional funds are needed trial counsel is

directed to make an additional request. JUN 2 7 2012

_____
Judge, 248th District Court
of Harris County, Texas

3

0002416

# Gradoni & Associates

Professional Investigative Services
*State License A5741*

---

**BILL TO**

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 5/31/2012 | 17080 |

---

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FOR PROFESSIONAL SERVICES    TIN█████████ | |
| Re: State of Texas vs. Andre Sloan | |
|    Cause #1347009, 248th District Court | |
|    Our File 11-12-0572, Statement #1 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 65.7 hours @ $40.00 per hour | 2,628.00 |
| | |
| Expenses: | |
| 492 miles @ .555 per mile | 273.06 |
| Parking | 30.00 |
| Word Processing | 46.50 |
| Computerized searches | 86.00 |
| Clerical | 21.10 |
| | |
|   Subtotal | 3,084.66 |
| Tax Exempt | 0.00 |

| Payment due upon receipt.  Thank you! | **Total** | $3,084.66 |
|---|---|---|

2611 Cypress Creek Pkwy, Suite C100  •  Houston, Texas 77068  •  (281) 440-0800  •  Fax (281) 440-0208

Unofficial Copy Office of Marilyn Burgess District Clerk

0002417

## HARRIS COUNTY CRIMINAL APPOINTMENT
## TIME & MILEAGE LOG
### Invoice #17080

Attorney: R.P. Cornelius

Defendant: Andre Sloan

Cause #: 1347009      Court: 248th      Statement #: 1

| Date | Activity | Time | Miles | Park | Tolls |
|------|----------|------|-------|------|-------|
| 12/21/11 | Review Offense Report, Brief with Client, Compile Overview of Report for Attorney, Set Investigative Tasks | 5.25 | | | |
| 1/4/12 | Jail Interview with Defendant, Compile Report | 4.00 | 46 | 5.00 | |
| 1/8/12 | Conduct Computerized Searches to Identify Eight Witness Addresses, Attempt to Make Contact with Witnesses | 4.50 | | | |
| 1/9/12 | Conduct Interview, Compile Report | 2.10 | | | |
| 1/11/12 | Conduct Two Interviews, Compile Reports | 3.40 | | | |
| 1/17/12 | Field Work, Attempts to Contact Witnesses | 3.60 | 58 | | |
| 1/18/12 | Conduct Interview, Compile Report | 1.60 | | | |
| 1/19/12 | Conduct Database Searches to Identify Witness Addresses | 2.25 | | | |
| 3/12/12 | Background Investigations Seven State Witnesses, Compile Reports | 3.20 | | | |
| 3/15/12 | Contacts with HPD, Public Records Request | 1.10 | | | |
| 3/26/12 | Jail Interview with Defendant, Compile Report | 2.20 | | | |
| 4/5/12 | Jail Interview with State Witness, Compile Report | 2.70 | 46 | 5.00 | |
| 4/9/12 | Field Work, Attempts to Locate Witnesses, Conduct Two Interviews, Compile Reports | 5.20 | 56 | | |
| 4/10/12 | Conduct Interview, Compile Report | 2.10 | | | |
| 4/12/12 | Field Work, Attempt to Locate Witnesses | 1.70 | 43 | | |
| 4/16/12 | Follow-up Jail Interview with State Witness | 2.30 | 46 | 5.00 | |
| 4/21/12 | Attempts to Locate Witnesses by Phone | 1.10 | | | |
| 4/26/12 | Field Work, Attempt to Locate Witness | 2.00 | 12 | | |
| 4/30/12 | Draft, File, Serve Two Subpoenas | 2.30 | 46 | 10.00 | |
| 5/18/12 | Follow-up Jail Interview with State Witness, Compile Report | 2.90 | 46 | 5.00 | |
| 5/19/12 | Field Work, Conduct Two Interviews, Compile Report | 3.80 | 51 | | |
| 5/20/12 | Conduct Interview, Compile Report | 1.90 | | | |
| 5/21/12 | Conduct Interview, Compile Report | 2.00 | | | |
| 5/23/12 | Field Work, Attempt to Locate Two Witnesses | 2.50 | 42 | | |

0002418

| Total | | | 65.70 | 492 | $30.00 | |
|-------|-|-|-------|-----|--------|-|

## AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

*James Gradoni*

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 31st day of May , 2012, to certify, which witness my hand and seal of office.

*Lisa E. Andrews*

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

LISA E. ANDREWS
My Commission Expires
November 12, 2014

My Commission Expires: 11/12/14

0002419

  
County Auditor's Form 40-TB
Harris County, TX (REV. 1/13)

## ATTORNEY FEES EXPENSE CLAIM
## DISTRICT COURTS-COURT APPEARANCE
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 338 | RHONDA SPARKS | 1350164 | AGG ASSLT w/ DW |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | 4 | $175/day | *$875 | 700 |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | 4 | $400/day | | 1600 |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | 39.00 | $60/hour | $600 | 2340 |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL $** | 4640.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.
NT: 4/11/13, 4/25/13, 5/22/13, 9/3/13
TL: 9/9/13, 9/10/13, 9/11/13, 9/12/13

### PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| 713, 237.8542 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 77019

### CERTIFICATION

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. RPC
(Circle One)                                                    (Attorney Initials)

_____          R P CORNELIUS
Attorney at Law (Signature)        Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 25 DAY OF Sept A.D. 20 13

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____
                              Judge Presiding

0002420

County Auditor's Form 30, Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 338 | 1350164 | RHONDA SPARKS |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 4/16/13 | WRITTEN CORRESPOND W/ CLt | .75 | |
| 4/22/13 | WRITTEN CORRESPOND W/ CLt | .75 | |
| 5/9/13 | WRITTEN CORRESPOND W/ CLt | .50 | |
| 5/17/13 | WRITTEN CORRESPOND W/ CLt x 2 | .75 | |
| 6/20/13 | WRITTEN CORRESPOND W/ CLt | 1.50 | |
| 8/27/13 | JAILVISIT - TRIAL PREP | 2.00 | 6.25 |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 4/23/13 | CLt W FAMILY / REV'D RECORDS > 2.50 STMT | |
| 5/1/13 | CLt W W'S x 3 | 1.50 |
| 5/22/13 | CLt W FAMILY x 3 | 1.00 |
| 8/29/13 | PREP W'S - TRIAL PREP | 2.75 |
| 9/1/13 | PREP W'S - TRIAL PREP | 3.50 |
| 9/3/13 | CLt W FAMILY x 8 | 1.00 |
| 9/5/13 | PREP W'S x 4 | .75 | 13.00 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 4/22/13 | REC/REV PSI / FEE MOTIONS / CLt W DA / REVIEW FILE > | 3.00 | |
| 5/10/13 | REVIEW DA - DOCS - PHOTOS ETC | 3.00 | |
| 7/12/13 | REC/REV NOTICES FROM STATE | .75 | |
| 7/15/13 | REC/REV NOTICES - CLt/DA | 1.25 | |
| 9/5/13 | REC/REV DOCS FOR TRIAL | 1.00 | 9.00 |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 4/16/13 | PREPARE PRE-TR MOTIONS | .75 | |
| 4/22/13 | REVIEW LEGAL ISSUES IN CASE | 1.50 | |
| 9/3/13 | TRIAL PREP | 1.00 | |
| 9/3/13 | TRIAL PREP | 1.50 | |
| 9/9/13 | TRIAL PREP | 3.50 | |
| 9/10/13 | TRIAL PREP | 2.50 | 10.75 |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | TOTAL 39.00 |

## PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| 713, 237.8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 77019

## CERTIFICATION

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 25 DAY OF Sept A.D. 20 13

Approved _____

Judge, Presiding

District Clerk Deputy (Signature)

RP CORNELIUS
Attorney at Law (Signature)

Attorney Name (Print Legibly)

000242

COURT

Official Copy Official Copy Signature of Harris Burgess District Clerk

| County Auditor's Form 4F1B<br>Harris County, TX (REV.1/13)<br>**ATTORNEY FEES/EXPENSE CLAIM<br>DISTRICT COURTS-COURT APPEARANCE<br>UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE<br>AS AMENDED** | INSTRUCTIONS<br>Show only one defendant per claim.<br>Before payment can be authorized, each item must be completed legibly.<br>Forward completed claim to the presiding judge for approval. |
|---|---|

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 185 | RUBEN STERGIOU | 1363054 | PCS |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | 4 | $125/day | *$625 | 500 |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | 5.75 | $40/hour | $400 | 230 |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL $** | 730 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**

NT: 2/7/13; 3/11/13; 3/15/13; 6/24/13

**PERSONAL INFORMATION**

| | Telephone Number | Bar Card Number |
|---|---|---|
| | (713) 237 8347 | 04831520 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 buffalo Terrace   HT   77019

**CERTIFICATION**

I, R P CORNELIU, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I (did/did not) receive this appointment originally as a limited term assignment.   RPC
(Circle One)   (Attorney Initials)

RP CORNELIU

| Attorney at Law (Signature) | Attorney Name (print legibly) |
|---|---|

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE ____ DAY OF **JUN 2 4 2013** A.D. 20____

District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____
Judge Presiding

0002422

COURT

County Auditor's
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 185 | 1363054 | RUBEN STERGIOU |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 10/14/12 | WRITTEN CORRESPONDCE | .75 | |
| 11/31/12 | Cont D | .25 | |
| 12/9/12 | WRITTEN CORRESPONDCE | .50 | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 10/14/12 | Prepare Pre-TM Motions | .75 | |
| 6/20/13 | Trial Prep | | |
| 6/21/13 | Trial Prep | 2.00 | |
| | | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 3/5/12 | MTG w DA / CO | .50 | |
| 6/21/12 | MTG w DA / CT / Transfer | 1.00 | |
| | | TOTAL 5.75 | |
| | | | |

## PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| (713) 237 8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace HT 77019

## CERTIFICATION

I, R CONNER , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE DAY JUN 2 4 2013 A.D. 20 ____

Approved _____
Judge, Presiding

_____
District Clerk Deputy (Signature)

_____
Attorney at Law (Signature)

Attorney No. 00002423 (if applicable)

COURT

County Auditor's Form 40-1B
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

P2

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 178 | GREGORY STEVENSON | 1386049 | AGG ROBB - DW |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | 5 | $225/day | *$1125 | 1125.00 |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | 15.25 | $85/hour | $1,700 | 1,296.25 |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | $600/case | | |
| **EXPERT** | | | $650/case | | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP. (Trial/Hearing after 6:00 pm)** | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL** $ | 2,421.25 |

*****The presumptive maximum number of non-trial settings beyond a term assignment is four.**

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**
NT: 5/22/13; 6/20/13; 7/24/13; 8/22/13; 11/21/13

**PERSONAL INFORMATION**

| Telephone Number | Bar Card Number |
|---|---|
| (713) 237-8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3028 Buffalo Terrace HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing. RPC

I did/did not receive this appointment originally as a limited term assignment.
(Circle One)

_____
Attorney at Law (Signature)

(Attorney Initials) RP CORNELIUS

RP CORNELIUS
Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF **NOV 21 2013** A.D. 20 ___

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____
Judge Presiding

0002424

Trial Copy from the Office of Marilyn Lucas, District Clerk

RECORDER'S MEMORANDUM This instrument is of poor quality at the time of imaging

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 128 | 1386049 | GREGORY STEVENSON |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 10/3/13 | WRITTEN CORRESPONDENCE | .50 | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 7/24/13 | REVIEW - OUTCOME OR | 1.50 | |
| 7/25/13 | COURT REVIEW OR | 1.25   2.75 | |
| | | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 5/22/13 | RESEARCH LEGAL ISSUES | 1.00 | |
| 6/19/13 | REVIEW FOR SUPP / PSY ISSUES | 1.00 | |
| 7/23/13 | REVIEW LEGAL ISSUES | 1.50 | |
| 7/25/13 | EVAL FOR PCDO / TRIAL | 2.00 | |
| 9/24/13 | EVAL LEGAL ISSUES | 1.75 | |
| 10/3/13 | CONT REVIEW LEGAL SUPP | 1.50   8.75 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 7/5/13 | CONF W/ DA RE CJ | 1.00 | |
| 7/5/13 | REVIEW DA FILE | .25 | |
| | 3RD CONF W/ DA | | |
| 9/26/13 | CONF W/ DA RE: PLEA | .75 | TOTAL 15.25 |
| | PRE CR | | |
| 10/22/13 | CONF W/ DA RE DATE | 1.25   3.25 | |
| | PRE/REVIEW FILE | | |

### PERSONAL INFORMATION

| | Telephone Number | Bar Card Number |
|---|---|---|
| | (713) 237-8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace Hou TX 77019

### CERTIFICATION

I, __RP CORNELIUS__ , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE ____ DAY ON NOV 21 2013 A.D. 20 ___

Approved _David Mesloy_
Judge, Presiding

District Clerk Deputy (Signature)

_RP CORNELIUS_
Attorney at Law (Signature)

Attorney Name (print legibly)

0002428

COURT

13 999

County Auditor's Form 4081
Harris County, TX (REV. 1/13)

P2

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

INSTRUCTIONS

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 174 | GREGORY STEVENSON | 1385870 | BURG BLDG |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | 4 | $125/day | *$625 | 500.00 |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | 1.50 | $40/hour | $400 | 60.00 |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | TOTAL $ | 560.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**

NT: 6/20/13; 7/24/13; 8/22/13; 9/25/13

**PERSONAL INFORMATION**

| Telephone Number | Bar Card Number |
|---|---|
| 713.237.8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3022 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing. RPC

I did/did not receive this appointment originally as a limited term assignment. RPC
(Circle One)

(Attorney Initials)

_____
Attorney at Law (Signature)

RP CORNELIUS
Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 21st DAY OF NOV A.D. 20 13

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved David Medley
Judge Presiding

0002426

COURT

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

County Auditor
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 174 | 1385820 | GREGORY STEVENSON |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 5/13/13 | WRITTEN CORRESPONDANCE | .75 | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 5/13/13 | Prepare Pre-TR Motions | .75 | |
| | | | |
| | | | |
| | | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | TOTAL 1.50 | |
| | | | |
| | | | |

### PERSONAL INFORMATION

Telephone Number: 713.237.8547    Bar Card Number: 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3023 BUFFALO TERRACE HOU TX 72019

### CERTIFICATION

I, __RP CORNELIUS__, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE __21__ DAY OF __Nov__ A.D. 20 __13__

Approved _____
Judge, Presiding

District Clerk Deputy (Signature)

RP CORNELIUS
Attorney at Law (Signature)

Attorney Name (Print Legibly)

COURT

County Auditor's Form 40-1B
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS–COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**
Show only one defendant per claim.
Before payment can be authorized, each item must be completed legibly in ink.
Forward completed claim to the presiding judge for approval.

13/996/U.L.
00

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 177 | TONI TAVAREZ | 1353062 | INJ. TO CHILD–SBI |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | 5 | $225/day | *$1125 | 1125 |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS** (Must detail on Out-Of-Court Hours Log.) | First Degree | 78.75 | $85/hour | $1,700 | 6653.25 |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT** (Must detail on Out-Of-Court Hours Log.) | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL** | $7778.25 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances, Attach any Out-of-Court Hours Log.**
NT: 7/5/12; 12/3/12; 2/1/13; 8/6/13; 11/15/13

**PERSONAL INFORMATION**

Telephone Number
713, 237.8547

Bar Card Number
04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3028 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment.    RPC
(Circle One)                                                                    (Attorney Initials)

_____          RP CORNELIUS
Attorney at Law (Signature)        Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF 3/10 A.D. 20 15

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Approved _____
Judge Presiding

0002428

COURT

# OUT OF COURT HOURS LOG

County Auditor's Harris County, Texas (09/07)

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 177 | 1353062 | TONI TAVAREZ |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 7/12/12 | Written Correspondence/CLA | .75 | 11/15/13 MTG w/ CLA/Family | .75 |
| 7/3/12 | CORR w/ CLA x 3 | .50 | 3/11/14 CLA PREP | .25 |
| 10/2/12 | MTG w/ Δ | .25 | 3/2/14 MTG w/ CLA | .75 |
| 11/15/12 | MTG w/ Δ | .25 | 6/4/14 MTG w/ CLA | 1.00 |
| 12/3/12 | MTG w/ Δ | .50 | | |
| 1/13/13 | CORR w/ Δ - CO | .50 | | |
| 2/11/13 | MTG w/ Δ | .75 | | (6.25) |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 7/5/12 | ATTEMPTS TO REACH FAMILY x 4 | .25 | |
| 7/6/12 | CORR w/ FAMILY x 2 | 1.00 | |
| 9/4/12 | MTG w/ FAMILY - MED ISSUES | 1.50 | |
| 2/11/13 | MTG w/ FAMILY | .75 | |
| 3/21/13 | MTG w/ FAMILY | .75 | |
| 3/6/13 | MTG w/ FAMILY | .75 | (5.00) |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 8/11/12 | REVIEW/OUTLINE OR | 2.50 | |
| 8/14/12 | CONT REVIEW OR | 1.50 | |
| 8/16/12 | CONT REVIEW STATES CASE | 1.75 | |
| 10/8/12 | REVIEW CASE | 2.00 | |
| 2/2/13 | REVIEW OR - W/ SCRIPTS | 1.75 | |
| 9/3/13 | REVIEW MED RECORDS | 1.00 | |
| 10/22/13 | REVIEW MED RECORDS | 2.50 | (13.00) |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC | |
|---|---|---|---|---|
| 7/2/12 | PREPARE PRE-TR MOTIONS | 1.25 | 4/22/13 TRIAL NOTEBOOK | 2.00 |
| 9/3/12 | EVAL FOR LEGAL (PLEA/ISSUES) | 2.00 | 4/24/13 TRIAL PREP | 1.50 |
| 11/8/12 | PREP FOR INVESTIGATION | .25 | 6/3/13 CONT REVIEW SCRIPTS | 2.50 |
| 11/6/12 | PREP FOR CO | .25 | 11/4/13 TRIAL PREP | 4.00 |
| 11/6/12 | EVAL Δ's SCRIPTS | 1.00 | 10/8/13 TRIAL PREP | 3.00 |
| 11/3/12 | CORR-EVAL Δ SCRIPTS | 1.50 | 11/21/13 TRIAL NOTEBOOK | .75 |
| 3/21/12 | LEGAL ISSUES re: Δ SCRIPTS | 1.00 | 3/11/14 TRIAL PREP | .50 |
| | | | 03/11/14 TRIAL PREP | 3.00 |
| | | | | (24.75) |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY | |
|---|---|---|---|---|
| 4/23/12 | PREP FILE FOR INVESTIGATOR | 4.00 | 3/11/14 CORR w/ DA | .50 |
| | CORR TO HCSO / D | | 4/23/14 CORR w/ DA/CO x 3 | .75 |
| 5/29/13 | TRIAL PREP | 1.00 | 4/25/14 CORR w/ INV | .50 |
| | REVIEW INV. REPORT | | 6/25/14 CONT REVIEW REPORT | .50 |
| 6/4/13 | REVIEW INV. REPORT | 2.00 | 8/19/14 CORR w/ DA/REVIEW | 1.25 |
| 6/18/13 | REVIEW INV. REPORT | 2.00 | 11/28/14 CORR w/ DA/DISCOVERY | 1.25 |
| 8/3/13 | REC/REVIEW INV. REPORT/TRIAL PREP | 2.50 | 11/3/14 CORR w/ CO/OR/NEW DISCOVERY | 1.75 |
| | | | | (18.00) |

## PERSONAL INFORMATION

Telephone Number: (713) 237-8547

Bar Card Number: 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code): 3028 BUFFALO TERRACE HOU TX 77019

## CERTIFICATION

I, **RP CORNELIUS**, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF 3/10 A.D. 20 15

Approved _____

Judge Presiding

Attorney at Law (Signature): RP CORNELIUS

District Clerk Deputy (Signature)

Attorney (print legibly)

COURT

N00242?

County Auditor's Form 1500
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 177 | 1353062 | TOM TAVANEZ |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME 6.25 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | total 6.25 |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | | INTERVIEW TIME - END 5.00 |
|---|---|---|---|
| 12/2/14 | C/w noo / Boom transcer / wit / trial of investigation | 2.00 | |
| | | | total 7.00 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY 13.00 |
|---|---|---|---|
| 11/22/14 | View Discovery | 2.50 | |
| 11/29/14 | Cont. Review New Discovery) Δ Stmts | 4.00 | |
| | | | total 19.50 |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC 24.25 |
|---|---|---|---|
| 11/9/14 | Trial Notebook | 1.25 | |
| | | | total 25.50 |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY 18.00 |
|---|---|---|---|
| 11/9/14 | C/w DA x 4 - New Discovery | 1.50 | |
| 11/9/14 | Rec/ Review Reports | .50 | total 20.50 |
| 11/20/14 | Atty & ET / DA | .50 | GRAND TOTAL 78.75 |

## PERSONAL INFORMATION

| | Telephone Number (713) 2378547 | Bar Card Number 04931560 |
|---|---|---|

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Tenace #17 77019

## CERTIFICATION

I, _RP CORNELIUS_, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF _3/10_ A.D. 20_5_

Approved _____

Judge, Presiding (Signature)

_RP Cornelius_ Attorney at Law (Signature)

District Clerk Deputy (Signature)

Attorney Name (print legibly)

0002436

COURT

14/990/U. L.

NO. 1353062

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| V.S. | § | HARRIS COUNTY, TEXAS |
| TONI TAVAREZ | § | 177TH JUDICIAL DISTRICT |

## MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for TONI TAVAREZ, and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

I.

Counsel was appointed to represent this defendant on July 5, 2012.  Said defendant was charged in this case with intentional serious bodily injury to a child, a first degree felony.

II.

Counsel has made twelve (12) non-trial appearances but seeks payment for only five (5).

III.

An extensive amount of trial preparation was done on this matter and Counsel spent a significant amount of time in contact with defendant and her family.

IV.

Counsel is seeking payment for a total of 78.75 out-of-court hours on this matter.

V.

Said time includes (6.25) hours of out-of-court time in written correspondence or personal contact with defendant, (7.00) hours of out-of-court time with defendant's family or witnesses in this matter, (19.50) hours of out-of-court time researching records, (25.50) hours of out-of-court time researching legal matters and preparing for trial, and (20.50) hours of out-of-court-time in conference with the District Attorney, the Court, or the private investigator on this matter.

FILED

Chris Daniel
District Clerk

MAR 16 2015

Time:_____
Harris County, Texas

By_____
Deputy

0002431

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this

Honorable Court to order payment for 78.75 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

0002432

13/997/U£

NO. 1353062

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V.S. | § | HARRIS COUNTY, TEXAS |
| TONI TAVAREZ | § | 177TH JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____, 2015, came on to be heard

appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is

to be paid _____ hours for out-of-court time spent on this case.

MAR 16 2015

_____
RYAN PATRICK, JUDGE
177TH DISTRICT COURT

3

0002433

County Auditor's Form 46
Harris County, TX (REV. 7/13)

## ATTORNEY FEES EXPENSE CLAIM
## DISTRICT COURTS–COURT APPEARANCE
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 209 | DANIEL WARD | 1353392 | AG ROB |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | 5 | $225/day | *$1125 | 1125.00 |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | 24.75 | $85/hour | $1,700 | 24.75 1175.00 |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP. (Trial/Hearing after 6:00 pm)** | | | $50/hour | | 2228.75 |
| **OTHER** | | | | | ~~49.75~~ 2975 |
| | | | | TOTAL $ | |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**
NT: 7/9/12; 8/8/12; 8/23/12; 9/12/12; 10/17/12

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

### PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| (713) 2378547 | 6483150O |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace HT 77019

### CERTIFICATION

I, _RP CORNELL_, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. _RPC_ (Attorney Initials)
(Circle One)

_____ Attorney at Law (Signature)

Attorney Name (print legibly) R P CORNELL

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 22 DAY OF AUGUST A.D. 20 13

_____ District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____ Judge Presiding

0002434

COURT

County Auditor's Form 40-1L
Harris County, Texas 9/97

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 209 | 1353392 | DANIEL WARD |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 7/2/12 | WRITTEN CORRESPOND W/ CLT | .75 | 5/29/13 WRITTEN CORRESPOND W/ CLT X2 |
| 9/22/12 | WRITTEN CORRESPOND W/ CLT | .50 | 7/4/13 WRITTEN CORRESPOND W/ CLT |  2.00 |
| 11/7/12 | WRITTEN CORRESPOND W/ ATT - REVIEW, RELEASE ISSUES | 1.75 | TRIAL PREP |
|  |  |  | 8/8/13 WRITTEN CORRESPOND W/ CLT  1.50 |
| 12/7/12 | WRITTEN CORRESPOND W/ CLT | .25 | TRIAL PREP |
| 4/3/13 | WRITTEN CORRESPOND TO CLT | .50 |  |
| 5/5/13 | WRITTEN CORRESPOND TO CLT | .75 |  9.25 |
| 8/29/13 | WRITTEN CORRESPOND W/ CLT |  |  |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 8/7/12 | CONFER FAMILY X 4 | .50 |
| 8/16/12 | CONFER FAMILY | .50 |
| 8/23/12 | CONFER FAMILY / FRANK | .75 |
| 8/24/12 | CONFER FAMILY X 3 | .50 |
| 11/27/12 | CONFER FAMILY - ATTEMPT TO LOCATE WIT | 1.00 |  3.25 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 8/8/12 | REVIEW STATE'S FILE | .50 |  |
| 9/11/12 | REVIEW DA'S | .50 |  |
| 10/18/12 | REVIEW DA FILE / CONFER DA | 1.25 |  |
| 8/24/12 | ATTEMPT TO LOCATE CLT | | |
| 2/13/13 | REVIEW CORRESPOND - FILE | 1.75 |  |
| 4/1/13 | REVIEW FOR COURT | 1.00 |  4.00 |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 7/2/12 | PREPARE THE 2 MOTIONS | .75 |  |
| 11/7/12 | EVALUATE FOR PLEA OR TRIAL | 1.00 |  |
| 2/25/13 | EVALUATE CLT ISSUES | .50 |  |
| 4/3/13 | PREPARE BOND MOTION / BRIEF | 1.00 |  |
| 8/14/13 | TRIAL PREP | 3.00 |  6.25 |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 8/8/12 | CONFER DA / CLT | .50 |  |
| 2/26/12 | PROCESS INFORMATION ON CLT / TO DA / ATTEMPT TO GET PLEA | .75 |  |
| 8/12/13 | CONFER DA/CT / FAMILY NO TRIAL | 1.75 |  2.00 |
|  | TOTAL |  |  24.75 |

## PERSONAL INFORMATION

Telephone Number (713) 237 8547

Bar Card Number 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace TX 77019

## CERTIFICATION

I, _____, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE ___ DAY OF AUGUST A.D. 20 13

Approved _____

_____ Judge, Presiding

_____ District Clerk Deputy (Signature)

_____ Attorney at Law (Signature)

_____ Attorney Name (Print Legibly)

COURT

Official Copy Office of Marilyn Burgess District Clerk

NO. 1353392

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| V.S. | § | HARRIS COUNTY, TEXAS |
| DANIEL WARD | § | 208TH JUDICIAL DISTRICT |

## MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for DANIEL WARD, and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

I.

Counsel was appointed to represent this defendant on July 9, 2012.  Said defendant was charged in this case with aggravated robbery, a first degree felony.

II.

Counsel has made ten (10) non-trial appearances but seeks payment for only five (5).

III.

An extensive amount of investigation was done on this matter and Counsel spent a significant amount of time attempting to locate the complaining witness in this matter and preparing for trial.

IV.

Counsel is seeking payment for a total of 24.75 out-of-court hours on this matter.

V.

Said time includes (9.25) hours of out-of-court time in written correspondence with defendant, (3.25) hours of out-of-court time with defendant's family or witnesses in this matter, (4.00) hours of out-of-court time researching records, (6.25) hours of out-of-court time researching legal matters, and (2.00) hours of out-of-court time negotiating with the District Attorney, in conference with the Court or court personnel.

FILED
Chris Daniel
District Clerk

AUG 21 2013

Time: _____
Harris County, Texas
By _____ Deputy

0002436

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this Honorable Court to order payment for 24.75 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

Unofficial Copy Office of Marilyn Burgess District Clerk

0002437

NO. 1353392

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| V.S. | § | HARRIS COUNTY, TEXAS |
| DANIEL WARD | § | 209TH JUDICIAL DISTRICT |

## ORDER

On this ___AUG 2 2 2013___ day of _____, 2013, came on to be heard appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is to be paid _____hours for out-of-court time spent on this case.

AUG 2 2 2013

MICHAEL T. MCSPADDEN, JUDGE
209TH DISTRICT COURT

3

Unofficial Copy Office of Marilyn Burgess District Clerk

0002438

County Auditor's Form 40-10
Harris County, Texas (REV. 09/07)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-CAPITAL CASE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE,
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink. P.15

Forward completed claim to the presiding judge for approval.

| Court No. 174 | Defendant Name | LUCKY WARD | 1297205 |

| **CAPITAL CASE** | | Number of Court Days/Hours | RATE | TOTAL (presumptive maximum) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **DEATH CAPITAL 1ST CHAIR** | ✓ Non-Trial Appearance | ~~~~ | $400/day | | |
| | Voir Dire | | $600/day | | |
| | Trial/Hearing with Testimony | | $800/day | | |
| | ✓ Out-of-Court Hours* | 46.75 | $100/hour | $12,000 | |
| **DEATH CAPITAL 2ND CHAIR** | Non-Trial Appearance | | $400/day | | |
| | Voir Dire | | $500/day | | |
| | Trial/Hearing with Testimony | | $700/day | | |
| | Out-of-Court Hours* | | $80/hour | $9,600 | |
| **DEATH CAPITAL FLAT RATE** | Includes all fees except investigation costs, expert witness fees, and witness travel costs. Flat rate applies only if testimony begins in the guilt/innocence phase of trial. Otherwise, the daily and hourly rates apply. | **1ST CHAIR** | | $35,000 | |
| | | **2ND CHAIR** | | $30,000 | |
| **NON-DEATH CAPITAL** | Non-Trial Appearance | | $400/day | $3,200 | |
| | Trial/Hearing with Testimony | | $800/day | | |
| | Out-of-Court Hours* | | $100/hour | $5,000 | |
| ✓ **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per County policy. | | | 10,122 | |
| **EXPERT TESTIMONY** | | | | | |
| **MENTAL HEALTH SUPPLEMENT*** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL** $ | |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

*Must detail on Out-Of-Court Hours Log.

List date(s) of all Court Appearances. Attach Out-of-Court Hours Log.
NT: 3/2/11; 3/31/11; 5/10/11; 6/23/11; 7/12/11; 8/2/11; 9/22/11; 10/26/11; 11/21/11; 1/3/12; 2/3/12
2/29/12; 1/10/13; 4/26/13; 9/16/13        (PAND on 1297206)

**PERSONAL INFORMATION**

Telephone Number (713) 237-8547    Bar Card Number 04831500

Mailing Address (Number, Street, Suite, City/State, Zip Code) 2028 Buffalo Terrace H, T 77019

**CERTIFICATION**

I, _____, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 4 DAY OF Oct A.D. 20 13

Approved _____    _____

_____ Judge, Presiding    _____ Attorney at Law (Signature)

_____ District Clerk Deputy (Signature)    Attorney 0002430 legibly)

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 774 | 1297205 | LUCKY WARD |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 2/26/13 | TO JAIL — VIEW & REVIEW PSY HISTORY | 3.00 | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 12/7/12 | REVIEW PSY RECORDS | 1.75 | |
| 12/16/12 | REVIEW PSY RECORDS | 2.00 | |
| 12/22/12 | REVIEW PSY RECORDS | 3.00 | |
| 12/27/12 | REVIEW PSY RECORDS | 3.00 | |
| 12/30/12 | REVIEW PSY RECORDS | 4.00 | |
| 5/31/13 | REVIEW DNS - TRIAL NOTEBOOK | 2.50 | 16.25 |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC | |
|---|---|---|---|---|
| 3/30/13 | TRIAL PREP | 2.00 | 7/10/13 DNA EVIDENCE | 2.50 |
| 4/14/13 | TRIAL PREP | 2.00 | 7/16/13 LEGAL ISSUE W/ CO DEVENY | |
| 6/3/13 | TRIAL PREP - INV. REPORTS | 3.00 | INDICTMENT | 3.00 |
| 6/1/13 | TRIAL PREP - INV. REPORTS | 4.00 | | 21.50 |
| 6/11/13 | TRIAL PREP - INV. REPORTS | 3.00 | | |
| 6/3/13 | TRIAL PREP - INV. REPORTS | 3.00 | | |
| 6/13/13 | TRIAL PREP - INV. REPORTS - OK | 3.00 | | |
| 7/9/13 | WILON DNA EVIDENCE | 2.00 | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | TOTAL 46.75 |
| | | | |

## PERSONAL INFORMATION

| | Telephone Number | Bar Card Number |
|---|---|---|
| | (713) 237 8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

2028 Buffalo Terrace HST 77019

## CERTIFICATION

I, __R O'CONNELLY__, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE __4__ DAY OF __Oct__ A.D. 20 __13__

Approved _____

| | |
|---|---|
| Judge, Presiding | R O'CONNELLY  Attorney at Law (Signature) |
| District Clerk Deputy (Signature) | Attorney Name (print legibly) |

0002440

COURT

Defendant's Name _Lucky Ward_   Cause No. _1297205_ Date: _9-25-13_
Attorney Name: _R. P. Cornelius_   Performed by: _Ralph Ramon_

## ATTORNEY FEES EXPENSE CLAIM CHECK LIST
### CAPITALS, CAPITAL APPEALS, & 11.071 WRITS OF HABEAS CORPUS

| | | Yes | No | Comments |
|---|---|---|---|---|
| 1) | Confirmed correct court number on claim? | ☑ | ☐ | |
| 2) | Confirmed correct defendant's name on claim? | ☑ | ☐ | |
| 3) | Confirmed correct cause number on claim? | ☑ | ☐ | |
| 4) | Multiple cases on claim form? | ☐ | ☑ | |
| 5) | Non-Death Capital Case? | _Pending_ ☐ | ☐ | Please circle one: Disposed by Trial or Plea |
| 6) | Death Case? | ☐ | ☐ | Please circle one: Disposed by Trial or Plea |
| 7) | Same offense throughout LQY9 history? | ☑ | ☐ | |
| 8) | Capital – Appeal? | ☐ | ☑ | |
| 9) | 11.071 Writ? | ☐ | ☑ | |
| 10) | Service dates before January 1, 2002? | ☐ | ☑ | |
| 11) | Correct claim form submitted for payment? | ☑ | ☐ | |
| 12) | Attorney Appointment Order in case history on LQY9 screen in JIMS? | ☑ | ☐ | |
| 13) | Attorney approved for capital appointment in FDAMS? | ☑ | ☐ | |
| 14) | Dates of court appearances listed on claim? | ☐ | ☐ | NA |
| a. | Confirmed with history in the LQY8 screen? | ☐ | ☐ | NA |
| 15) | If claiming out-of-court hours, is the out-of-court hours form completed and attached? | ☐ | ☐ | |
| a. | Is it mathematically accurate? | ☑ | ☐ | |
| b. | Does it match days/hours listed on the claim? | ☑ | ☐ | |
| 16) | On 11.071 Writs, is the Appointed Counsel Hourly Worksheet completed detailing services performed, dates, and times attached? | ☐ | ☑ | |
| a. | Are the hours mathematically accurate? | ☐ | ☐ | NA |
| b. | Does it match the amount requested on the claim? | ☐ | ☐ | NA |
| 17) | If an 11.071 Writ, is the claim eligible for reimbursement from the state? | ☐ | ☐ | NA |
| | If no, why not | | | |
| 18) | Are expenses requested on claim? | ☑ | ☐ | |
| 19) | Expense invoices attached? | ☑ | ☐ | |
| 20) | Do the expense invoices detail services performed, dates and times? | ☑ | ☐ | |
| a. | Is it mathematically accurate? | ☑ | ☐ | |
| b. | Does it match the amount requested on the claim? | ☑ | ☐ | |
| 21) | Is written court approval for expenses attached? | ☑ | ☐ | |
| 22) | Is the expense amount on the claim equal to or less than the amount approved by the court? | ☐ | ☑ | |
| 23) | Correct county mileage rate used? | ☑ | ☐ | |
| 24) | Correct claim line item used? | ☑ | ☐ | |
| 25) | Claim amounts within limits? | ☑ | ☐ | |
| 26) | If claim is totaled, is it mathematically accurate? | ☑ | ☐ | |

Attorney Expense: $ _4,675.00_

Expert Expense: $ _10,122.06_     TOTAL REQUESTED: $ _14,797.86_

0002441

Official Copy Office of Marilyn Burgess District Clerk



Gradoni & Associates

Professional Investigative Services
State License A5741

April 4, 2013

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

Re:    Lucky Ward

Dear Skip,

Cindy is working daily on Lucky's case regarding mitigation efforts, while other Investigators at the office, namely Edna, are working the guilt and innocence witnesses.

In an effort to try to keep track of all the time we have spent I put together an initial invoice. I'm aware that this invoice probably will not be submitted to the court until the case is over, but I had so much paperwork flying everywhere regarding the investigation and mitigation I wanted to get it organized, put it in an invoice and then start fresh with the additional efforts we'll make before trial.

The invoice is attached.

Sincerely,

JJ Gradoni

JJG/kk

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

0002442

*GUILT / INNOCENSE AND MITIGATION INVESTIGATION*

## Gradoni & Associates

Professional Investigative Services
State License A5741

**BILL TO**

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 9/20/2013 | 17735 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FOR PROFESSIONAL SERVICES   TIN ▮▮▮▮ | |
| Re: State of Texas vs. Lucky Ward | |
| Cause #1297205, 1297204, 1284273, 174th District Court | |
| Our File #12-07-0353, Statement #2 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 42.95 hours @ $40.00 per hour | 1,718.00 |
| | |
| Expenses: | |
| 495 miles @ .555 per mile | 200.36 |
| Parking | 20.00 |
| Tolls | 2.80 |
| | |
| Subtotal | 1,941.16 |
| Tax Exempt | 0.00 |

| Payment due upon receipt.   Thank you! | Total | $1,941.16 |
|---|---|---|

2611 Cypress Creek Pkwy, Suite C100  •  Houston, Texas 77068  •  (281) 440-0800  •  Fax (281) 440-0208

0002443

Unofficial Copy Office of Marilyn Burgess District Clerk

## HARRIS COUNTY CRIMINAL APPOINTMENT
## TIME & MILEAGE LOG
### Invoice #17735

Attorney: R.P. Cornelius

Defendant: Lucky Ward

Cause #: 1297205, 1297204, 1284273  Court: 174th  Statement #: 2

| Date | Activity | Time | Miles | Park | Tolls |
|---|---|---|---|---|---|
| 3/28/13 | Field Work, Conduct Interview, Compile Report | 2.75 | 32 | | |
| 3/29/13 | Jail Interview with Defendant, Compile Report | 4.00 | 40 | 5.00 | |
| 4/7/13 | Conduct Interview, Compile Report | 2.60 | | | |
| 4/18/13 | Field Work, Attempts to Contact Witnesses, Conduct 2 Interviews, Compile Reports | 5.25 | 81 | | |
| 4/20/13 | Field Work, Conduct 1 Interview, Compile Report | 3.10 | 46 | | |
| 4/21/13 | Conduct Interview, Compile Report | 2.00 | | | |
| 6/5/13 | Field Work, Attempts to Locate Witnesses, Update Reports | 3.25 | 53 | | |
| 7/25/13 | Field Work, Attempts to Locate Witnesses, Conduct 1 Interview, Compile Report | 3.40 | 52 | | 2.80 |
| 8/29/13 | Jail Interview with Defendant, Compile Report | 3.10 | 46 | 5.00 | |
| 8/29/13 | Field Work, Conduct 1 Interview, Compile Report | 4.75 | 53 | | |
| 9/13/13 | Jail Interview with Defendant, Compile Report | 4.00 | 46 | 5.00 | |
| 9/16/13 | Review Letter from Defendant, Contacts with Attorney | 1.00 | | | |
| 9/19/13 | Jail Interview with Defendant, Compile Report | 3.75 | 46 | 5.00 | |
| Totals | | 42.95 | 495 | $20.00 | $2.80 |

0002444

## AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 20th day of September, 2013, to certify, which witness my hand and seal of office.

KAYLA KOENIG
My Commission Expires
September 13, 2016

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires: 9/13/16

*Gradoni & Associates is licensed by the Texas Board of Private Investigators and Private Security Agency under License #A-5741.*

*Complaints may be directed to P.O. Box 4087, Austin, Texas 78773-0001 or emailed to RSD_Customer_Relations@dps.texas.gov*

Unofficial Copy Office of Marilyn Burgess District Clerk

0002445

# Gradoni & Associates

*MITIGATION INVESTIGATION*

Professional Investigative Services
State License A5741

**BILL TO**

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 3/29/2013 | 17522 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FOR PROFESSIONAL SERVICES     TIN | |
| | |
| Re: State of Texas vs. Lucky Ward | |
| Cause #1297205, 1297204, 1284273, 174th District Court | |
| Our File #12-07-0353, Statement #1 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 194.35 hours @ $40.00 per hour | 7,774.00 |
| | |
| Expenses: | |
| 440 miles @ .555 per mile | 244.20 |
| Parking | 30.00 |
| Computerized searches | 49.00 |
| Word Processing | 69.40 |
| Clerical | 14.30 |
| | |
| Subtotal | 8,180.90 |
| Tax Exempt | 0.00 |

| | | |
|---|---|---|
| Payment due upon receipt.  Thank you! | **Total** | $8,180.90 |

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

## HARRIS COUNTY CRIMINAL APPOINTMENT
## TIME & MILEAGE LOG
### Invoice #17522

Attorney: R.P. Cornelius

Defendant: Lucky Ward

Cause #: 1297205, 1297204, 1284273  Court: 174th  Statement #:  1

| Date | Activity | Time | Miles | Park | Tolls |
|------|----------|------|-------|------|-------|
| 8/3/12 | Jail Interview with Defendant | 3.50 | 46 | 5.00 | |
| | | | | | |
| 8/11/12 | Review Multiple Offense Reports, Compile Case Overview for Attorney Regarding Witnesses & Evidence Collected | 5.50 | | | |
| | | | | | |
| 8/12/12 To 8/13/12 | Contacts with Entities Having Records Related to the Defendant, Prepare, File, 10 Subpoenas for Records, Serve 6 Supoenas, Contacts with Entities Regarding Obtaining Records Subpoenaed | 10.20 | 110 | 5.00 | |
| | | | | | |
| 8/14/12 | Jail Interview with Defendant, Compile Report | 4.90 | 46 | 5.00 | |
| | | | | | |
| 8/16/12 | Review Records Related to Defendant, Compile Report | 3.10 | | | |
| | | | | | |
| 8/27/12 | Jail Interview with Defendant, Compile Report | 4.75 | 46 | 5.00 | |
| | | | | | |
| 8/28/12 | Serve 4 Subpoenas for Records | 3.50 | 63 | | |
| | | | | | |
| 8/29/12 | Begin Mitigation Report Regarding Family Members and Potential Mitigation Witnesses | 5.25 | | | |
| | | | | | |
| 9/1/12 | Review TDCJ Records, Compile Report | 5.25 | | | |
| | | | | | |
| 9/4/12 | Attempts to Make Contact with Defendant Relatives by Phone, Update Reports | 2.50 | | | |
| | | | | | |
| 9/18/12 | Contacts with CPS, Compile Report | 1.00 | | | |
| | | | | | |
| 9/22/12 | Review of Defendant's Medical Records, Compile Synopsis Report | 4.25 | | | |
| | | | | | |

0002447

| | | | | |
|---|---|---|---|---|
| 9/24/12 | Review of Defendant's Medical Records, Compile Synopsis Report | 4.75 | | |
| | | | | |
| 9/29/12 | Review of Defendant's Medical Records, Compile Synopsis Report | 6.00 | | |
| | | | | |
| 10/12/12 | Review Offense Reports, Identify Witnesses, Set Investigative Assignments to Make Contact and Interview Witnesses | 3.75 | | |
| | | | | |
| 10/29/12 | Jail Interview with Defendant, Compile Report | 3.10 | 46 | 5.00 |
| | | | | |
| 1/8/13 | Conduct Computerized Searches to Identify Current Addresses for Defendant's Relatives, Update Reports, Attempts to Make Contacts with Relatives by Phone | 4.25 | | |
| | | | | |
| 1/17/13 | Jail Interview with Defendant, Compile Report | 4.30 | 46 | 5.00 |
| | | | | |
| 1/18/13 | Attempts to Contact Witnesses by Phone, Update Reports | 2.50 | | |
| | | | | |
| 1/24/13 | Review Defendant's Medical Records, Compile Synopsis Report | 4.00 | | |
| | | | | |
| 1/29/13 | Review Defendant's TDCJ Records, Compile Synopsis Report | 3.10 | | |
| | | | | |
| 1/30/13 | Review Defendant's TDCJ Records, Compile Synopsis Report | 3.75 | | |
| | | | | |
| 2/3/13 | Review Defendant's TDCJ Records, Compile Synopsis Report | 6.25 | | |
| | | | | |
| 2/4/13 | Review Defendant's TDCJ Records, Compile Synopsis Report | 8.30 | | |
| | | | | |
| 2/5/13 | Review Defendant's MHMR/TDCJ Records, Compile Synopsis Report | 5.00 | | |
| | | | | |
| 2/14/13 | Jail Interview with Defendant, Compile Report | 3.75 | 46 | 5.00 |
| | | | | |
| 2/22/13 | Interviews with Defendant's Relatives, Update Reports | 3.10 | | |
| | | | | |

| 2/23/13 | Prepare Final Report to Attorney Regarding Defendant's TDCJ Records, Medical Records, Family History | 3.50 | | | |
|---|---|---|---|---|---|
| | | | | | |
| 3/1/13 | Conduct Database Searches to Identify Current Addresses for Relatives, Conduct Three Relative Interviews, Compile Reports | 6.10 | | | |
| | | | | | |
| 3/5/13 | Contacts with Entities Subpoenaed for Records Which Have Not Responded | 2.10 | | | |
| | | | | | |
| 3/6/13 | Field Work, Attempts to Locate Witnesses, Conduct Two Interviews, Compile Reports | 7.30 | 76 | | |
| | | | | | |
| 3/6/13 | Conduct Database Searches to Identify and Locate Current Addresses for Witnesses, Phone Calls to Witnesses Utilizing Information Developed, Conduct Two Interviews, Compile Reports | 6.50 | | | |
| | | | | | |
| 3/7/13 | Conduct Additional Computerized Searches to Locate Current Addresses for Relatives, Update Reports, Briefing with Attorney | 3.10 | | | |
| | | | | | |
| 3/7/13 | Field Work, Attempts to Locate 2 Witnesses | 2.90 | 48 | | |
| | | | | | |
| 3/7/13 | Conduct Interview, Compile Report | 2.40 | | | |
| | | | | | |
| 3/8/13 | Status Meeting with Investigators Regarding Location of Witnesses and Interview Results | 1.90 | | | |
| | | | | | |
| 3/8/13 | Conduct Two Interviews, Compile Reports | 3.75 | | | |
| | | | | | |
| 3/10/13 | Review Newly Received Medical Records of Defendant, Compile Report | 3.75 | | | |
| | | | | | |
| 3/11/13 | Conduct Five Interviews, Compile Reports | 8.25 | | | |
| | | | | | |
| 3/11/13 | Develop Additional Investigative Assignments for Investigators | 1.25 | | | |
| | | | | | |
| 3/12/13 | Phone Attempts to Make Contact with Witnesses, Conduct Two Interviews, Compile Reports | 4.10 | | | |
| | | | | | |

0002449

| | | | | | |
|---|---|---|---|---|---|
| 3/13/13 | Conduct Interview, Compile Report | 3.25 | | | |
| 3/15/13 | Status Meeting with Attorney at His Office to Review Investigation to Date | 4.00 | 40 | | |
| 3/17/13 | Review New Offense Report, Compile Case Overview for Attorney Regarding Witnesses and Evidence Collected | 4.25 | | | |
| 3/26/13 | Conduct Two Interviews, Compile Reports | 3.60 | | | |
| 3/27/13 | Conduct Database Searches to Identify Current Addresses for Defendant's Relatives | 2.75 | | | |
| **Totals** | | 194.35 | 440 | 30.00 | |

## AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 29ᵗʰ day of March, 2013, to certify, which witness my hand and seal of office.

KAYLA KOENIG
My Commission Expires
September 13, 2016

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

My Commission Expires: 9/13/16

Unofficial Copy Official of Marily Burgess District Clerk

0002450

---------- IN CAMERA MOTION ----------

### NO. 1297205

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V.S. | § | HARRIS COUNTY, TEXAS |
| | § | |
| LUCKY WARD | § | 174TH JUDICIAL DISTRICT |

### DEFENDANT'S IN CAMERA MOTION FOR OUT OF COURT EXPENSE

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, **LUCKY WARD**, the Defendant in the above-styled and numbered causes, by and through his attorney of record, R. P. CORNELIUS, and respectfully requests the Court to grant this request for out of court expenses for the following good and sufficient reasons:

I.

Defendant is charged with capital murder.

II.

    Defendant is in need of additional funds to cover the out of court expenses of investigations, possible expert witness fees for guilt/innocense or punishment issues, and possible expert testimony regarding same.

III.

    This request is based on preliminary investigation by defense counsel but a more thorough investigation is needed to properly prepare this case for trial and/or meaningful plea negotiation.

    WHEREFORE, PREMISES CONSIDERS, Defendant prays that the Court grant this motion in camera and order that such costs as are necessary be paid by the state.

0002451

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500

COURT APPOINTED
ATTORNEY FOR DEFENDANT

Unofficial Copy Office of Marilyn Burgess District Clerk

0002452

NO. 1297205

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.S.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **LUCKY WARD** | § | **174TH JUDICIAL DISTRICT** |

## ORDER

On this _____ day of _____, 2013, came on to be heard DEFENDANT'S IN

CAMERA MOTION FOR OUT OF COURT EXPENSE and it is the Order of the Court that said

motion should be granted.

It is the Order of the Court that an amount of $\underline{\qquad}$ 

8180.90
1941.16
10,122.06

, is approved for additional

out of court expenses consistent with this motion.  If additional funds are needed trial counsel is

directed to make an additional request.

_____

Judge, 174th District Court
of Harris County, Texas

3

Unofficial Copy Office of Marilyn Burgess District Clerk

0002453

County Auditor's Form 40-1
Harris County, Texas (REV. 07/10)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**
Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

M13/13/996
P2

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 338 | DELVIN WILLIAMS | 1358605 | AGG ROBB / Deadly Wpn |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | 4 | $225/day | *$1,125 | 900 |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | 1 | $350/day | | 350 |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | 9.00 | $85/hour | $1,700 | 765 |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per County policy. | | | $600/case | |
| **EXPERT TESTIMONY** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP. (Trial/Hearing after 6:00 pm)** | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL $** | 2015.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**
NT: 8/28/12, 10/16/12, 11/29/12, 1/2/13
PSI: 9/20/13

**PERSONAL INFORMATION**

| | Telephone Number | Bar Card Number |
|---|---|---|
| | 713.231.8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment.
(Circle One)                                                    (Attorney Initials)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 23rd DAY OF Sept A.D. 20 13.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Approved _____
Judge, Presiding

_____ District Clerk Deputy (Signature)

RP CORNELIUS
Attorney at Law (Signature)

Attorney Name (print legibly)

0002454

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 338 | 1358605 | DELVIN WILLIAMS |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 3/20/13 | MTG w/ CLT & FAMILY | .75 | |
| 4/23/13 | MTG w/ CLT & FAMILY | .75 | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | | INTERVIEW TIME - END |
|---|---|---|---|
| 8/21/13 | PREP w/s for trial FAMILY / WORK / SCHOOL | 1.50 | |
| 8/21/13 | MTG w/ PRW2 | .60 | |
| | | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 4/24/13 | prepare trial notebook | 2.00 | |
| 7/5/13 | PREP FOR trial | 2.00 | |
| 7/6/13 | PREP FOR trial | 1.50 | |
| | | | |
| | | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | TOTAL | 9.00 |
| | | | |

### PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| 713, 237.8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
202B BUFFALO TERRACE HOU TX 77019

### CERTIFICATION

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 3rd DAY OF Sep A.D. 20 13

Approved

_____ Judge, Presiding

_____ RP CORNELIUS
Attorney at Law (Signature)

District Clerk Deputy (Signature)

Attorney Name (Print Legibly)

Official Copy Office of Marilyn Burgess District Clerk

COURT

County Auditor's Form 40-1B
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

9/17/11/13

**P2**

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 174 | TRISTEN WILLIAMS | 1385755 | FELONY POSS. WPN |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | | $175/day | *$875 | |
| | Third Degree, SJF, MRP/MAJ | 4 | $125/day | *$625 | 500 |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | | $60/hour | $600 | |
| | Third Degree, SJF, MRP/MAJ | 3.50 | $40/hour | $400 | 140 " |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP. (Trial/Hearing after 6:00 pm)** | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL** $ | 540 " |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**
NT: 5/23/13 ; 6/25/13 ; 7/26/13 ; 8/9/13

**PERSONAL INFORMATION**

| Telephone Number | Bar Card Number |
|---|---|
| (713) 231.8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3028 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS ___, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing. RPC

I (did)/did not receive this appointment originally as a limited term assignment. (Attorney Initials)
(Circle One)

_____
Attorney at Law (Signature)

RP CORNELIUS
Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 22 DAY OF NOVI A.D. 20 13

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved

_____
Judge Presiding

0002456

**COURT**

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 174 | 1385755 | TRISTIN WILLIAMS |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 5/11/13 | WRITTEN CORRESPONDANCE | .75 | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 6/26/13 | Research on - outline | 2.00 | |
| 11/9/13 | Research Docs - Drug Treatment Applications | 1.00 | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 5/14/13 | Prepare Pre-Tr Motions | .75 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | TOTAL 3.50 |
| | | | |

## PERSONAL INFORMATION

Telephone Number
(713) 237-8547

Bar Card Number
04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 77019

## CERTIFICATION

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 27 DAY OF Nov. A.D. 20 13

Approved _____
Judge, Presiding

_____
RP CORNELIUS
Attorney at Law (Signature)

_____
District Clerk Deputy (Signature)

_____
Attorney Name (print legibly)

COURT

County Auditor's Form 40-1
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

P. 2

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 178 | KEITH WINSTON | 1376715 | BURG HAB |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | 5 | $175/day | *$875 | 875.00 |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | 1 | $350/day | | 350.00 |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | 9.00 | $60/hour | $600 | 540.00 560.00 |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP. (Trial/Hearing after 6:00 pm)** | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | TOTAL $ | 1,765.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.*

List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.

NT: 4/19/13; 5/15/13; 6/7/13; 6/24/13; 7/23/13
HRG: 10/7/13

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

**PERSONAL INFORMATION**

| Telephone Number | Bar Card Number |
|---|---|
| 713 237-8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I ~~did~~/did not receive this appointment originally as a limited term assignment.
(Circle One)

Attorney at Law (Signature)

Attorney Name (print legibly) RP CORNELIUS

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF ___Oct___ A.D. 20 13

District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____ Judge Presiding

0002458

COURT

# OUT OF COURT HOURS LOG

County Auditor
Harris County, Texas (09/07)

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 178 | 1376715 | KEITH WINSTON |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 9/26/13 | Confer Clt w/ CSR-Att | 1.00 | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 9/6/13 | Mtg w/ WS / D v. Sentncg  1.00 | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 7/1/13 | Review OR / New discovery  1.75 | | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 6/8/13 | Evaluate for Trial / Plea  1.25 | | |
| 8/3/13 | Prep for Trial  2.00 | | |
| 9/7/13 | Prep for SSN Dtkg  1.00 | | |
| 10/3/13 | Review for SSN Mtg  1.00 | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | TOTAL  9.00 |
| | | | |

## PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| 713-237-8547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 BUFFALO TERRACE HOU TX 77019

## CERTIFICATION

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 9 DAY OF OCT A.D. 20 13

Approved _____
Judge, Presiding

_____
District Clerk Deputy (Signature)

RP CORNELIUS
Attorney at Law (Signature)

Attorney Name (Legibly)

COURT

County Auditor's Form 468
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

INSTRUCTIONS

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

P. 2

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 178 | KEITH WINSTON | 1376716 | BURG HAB |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | 5 | $175/day | *$875 | 875.00 |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | 1 | $350/day | | 350.00 |
| **OUT OF COURT HOURS** (Must detail on Out-Of-Court Hours Log.) | First Degree | | $85/hour | $1,700 | |
| | Second Degree | 10.00 | $60/hour | $600 | 10.00 |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT** (Must detail on Out-Of-Court Hours Log.) | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | TOTAL $ | 1,235.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.
NT: 5/15/13; 6/7/13; 6/21/13; 7/23/13; 8/1/13
PHG: 10/7/13

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**PERSONAL INFORMATION**

| Telephone Number | Bar Card Number |
|---|---|
| 713 237.8547 | 0483150 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
3028 BUFFALO TERRACE HOU TX 77019

**CERTIFICATION**

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. RAC
(Circle One) (Attorney Initials)

_____
Attorney at Law (Signature)

RP CORNELIUS
Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 9 DAY OF Oct A.D. 20 13

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____
Judge Presiding

0002460

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 178 | 1376716 | KEITH WINSTON |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 4/28/13 | WRITTEN CORRESPONDENCE Act | .75 | |
| 6/2/13 | Conf w Clt | 1.50 | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 6/7/13 | Rec Rev New ORs | 1.25 | |
| 6/25/13 | Rec Rev Video | 1.00 | |
| | | | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 4/28/13 | Prepare Pre-Tri Motions | .75 | |
| 6/1/13 | Review Police Report | 1.00 | |
| 7/23/13 | Evaluate Legal Issues for | 2.00 | |
| | Plea/Trial | | |
| 9/24/13 | Eval for Trial | 1.75 | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | TOTAL 10.00 |
| | | | |

### PERSONAL INFORMATION

Telephone Number: (713) 237-8547

Bar Card Number: 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code): 2028 BUFFALO TERRACE HOUIX 77019

### CERTIFICATION

I, RP CORNELIUS , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 9 DAY OF Oct A.D. 20 13

Approved _____

Judge, Presiding

District Clerk Deputy (Signature)

Attorney at Law (Signature): RP CORNELIUS

Attorney (Print Legibly): 00246

COURT

| County Auditor's Form 6410 | | |
|---|---|---|
| Harris County, TX (REV. 1/13) | | |

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 182 | MATTHEW WOODARD | 1366319 | AGG ASSLT -DW |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | 4 | $175/day | *$875 | 700 |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | 3 | $400/day | | 1200 |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS** (Must detail on Out-Of-Court Hours Log.) | First Degree | | $85/hour | $1,700 | |
| | Second Degree | 31.50 | $60/hour | $600 | 1890 |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT** (Must detail on Out-Of-Court Hours Log.) | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | **TOTAL $** | 3790⁰⁰ |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.

**List date(s) of all Court Appearances.** Attach any Out-of-Court Hours Log.
NT: 1/18/13, 3/13/13, 5/7/13, 8/26/13
TA: 7/21/14; 7/22/14; 7/23/14

| **PERSONAL INFORMATION** | |
|---|---|
| Telephone Number (713) 237-8547 | Bar Card Number 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace  AT 77019

**CERTIFICATION**

I, RP CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. RPC (Attorney Initials)
(Circle One)

_____ Attorney at Law (Signature)

RP CORNELIUS
Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 28 DAY OF July A.D. 20__

_____ District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____

_____ Judge Presiding

0002462

**COURT**

RECORDER'S MEMORANDUM: This instrument is of poor quality at the time of imaging

County Auditor's Form 64-4
Harris County, Texas (09/07)

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 182 | 1366319 | MATTHEW WOODARD |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 12/24/12 | WRITTEN CORRESPOND/CAt | .75 | |
| 5/14/13 | WRITTEN CORRESPOND/CAt (REVIEW) | 1.50 | |
| 8/2/13 | WRITTEN CORRESPOND/CAt LETTER | .75 | |
| | | 3.00 | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 5/1/13 | Crime DVD | .75 |
| 7/24/13 | Crime DVD x 2 | .50 |
| | | 1.25 |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 5/7/13 | Review Photos (SDCE/TIVOS) | 2.00 | |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | | GENERAL TOPIC | |
|---|---|---|---|---|---|
| 12/24/12 | Prepare Pre-Tr. Motion | .75 | 7/11/13 | Trial Prep | 3.00 |
| 3/12/13 | EVM for PLEADING | 1.75 | 7/16/13 | Trial Prep | 2.00 |
| 6/1/13 | Legal Psy | 1.50 | 7/19/13 | Trial Prep | 2.00 |
| | Trial Prep | | 7/21/13 | Trial Prep | 2.00 |
| 6/5/13 | Trial Prep | 2.00 | 7/22/13 | Trial Prep | 3.00 |
| 8/3/13 | Rec'd Leg Notices | 1.00 | | | |
| 12/7/13 | Rec'd Leg Notices | .50 | | | |
| 1/10/13 | Trial Prep | 3.00 | | | |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 1/10/13 | Clt V DVD/DVD/w.s | 1.00 | |
| 3/3/14 | CNcy DVD/CO/Dismiss/CAt | .75 | |
| | | .75 | |
| | | TOTAL 31.50 | |

## PERSONAL INFORMATION

Telephone Number: (713) 237.8547

Bar Card Number: 04831500

Mailing Address (Number, Street, Suite, City, State, Zip Code): 2028 Buffalo Terrace Hou TX 77019

## CERTIFICATION

I, R P CORNELIUS, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE ___ DAY OF ___ A.D. 2014

Approved _____

Judge, Presiding _____

District Clerk Deputy (Signature) _____

Attorney at Law (Signature) R P CORNELIUS

Attorney Name (print legibly) _____

COURT

NO. 1366319

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| V.S. | § | HARRIS COUNTY, TEXAS |
| MATTHEW VINCENT WOODARD | § | 182ND JUDICIAL DISTRICT |

## MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for MATTHEW VINCENT WOODARD, and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

I.

Counsel was appointed to represent this defendant on December 10, 2012.  Said defendant was charged in this case with aggravated assault, a second degree felony.

II.

Counsel has made at least ten (10) non-trial appearances but seeks payment for only four (4).

III.

An extensive amount of trial preparation was done on this matter and Counsel spent a significant amount of time in contact with defendant, his family, and reviewing speech and hearing issues.

IV.

Counsel is seeking payment for a total of 31.50 out-of-court hours on this matter.

V.

Said time includes (3.00) hours of out-of-court time in written correspondence or personal contact with defendant, (1.25) hours of out-of-court time with defendant's family or witnesses in this matter, (2.00) hours of out-of-court time researching records, (23.50) hours of out-of-court time researching legal matters and preparing for trial, and (1.75) hours of time in contact with the DA or the Court.

FILED
Chris Daniel
District Clerk

JUL 2 8 2014

Time:_____
Harris County, Texas
By_____
0002464
Deputy

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this Honorable Court to order payment for 31.50 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

Unofficial Copy Office of Marilyn Burgess District Clerk

0002465

NO. 1366319

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| **V.S.** | § | **HARRIS COUNTY, TEXAS** |
| **MATTHEW VINCENT WOODARD** | § | **182ND JUDICIAL DISTRICT** |

## ORDER

On this _____ day of ~~JUL 2 8 2014~~ _____, 2014, came on to be heard appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is to be paid  31.50  hours for out-of-court time spent on this case.

7-28-14

JEANNINE BARR, JUDGE
182ND DISTRICT COURT

3

Unofficial Copy Office of Marilyn Burgess District Clerk

0002466

County Auditor's Form
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS–COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

**INSTRUCTIONS**

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

| Court No. | Defendant Name | Case Number(s) | Charge(s) |
|---|---|---|---|
| 209 | KEITH BUNDKE WRIGHT | 1389758 | Rob F9 |

| **INDIVIDUAL CASE APPOINTMENT** | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $225/day | *$1125 | |
| | Second Degree | 3 | $175/day | *$875 | 525.00 |
| | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | First Degree | | $500/day | | |
| | Second Degree | | $400/day | | |
| | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | First Degree | | $85/hour | $1,700 | |
| | Second Degree | 31.25 | $60/hour | $600 | 1875.00 |
| | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | $600/case | 1109.19 |
| **EXPERT** | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | $50/hour | $250 | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | $50/hour | | |
| **OTHER** | | | | | |
| | | | | TOTAL | $ 3509.19 |

**\*The presumptive maximum number of non-trial settings beyond a term assignment is four.**

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**

NT: 6/25/13; 8/12/13; 9/24/13

**PERSONAL INFORMATION**

| | Telephone Number | Bar Card Number |
|---|---|---|
| | (713) 2378547 | 04831500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

2028 Buffalo Terrace H T 77019

**CERTIFICATION**

I, R P CONNELLY, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

I did/did not receive this appointment originally as a limited term assignment. R/C
(Circle One)                                                      (Attorney Initials)

_____                    R P CONNELLY
Attorney at Law (Signature)                  Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 13 DAY OF Feb A.D. 20 14

_____
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved Frank C Price
Judge Presiding

0002467

COURT

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 209 | 1389758 | KEITH DWAYNE WRIGHT |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 7/2/13 | WRITTEN CORRESPOND w/ CLT | .75 | |
| 7/12/13 | WRITTEN CORRESPONDS CLT | .50 | |
| 7/23/13 | RECIEVED DOCS FROM CLT | 1.00 | |
| 8/31/13 | WRITTEN CORRESPOND w/ CLT | .50 | |
| 9/24/13 | WRITTEN CORRESPOND w/ CLT CONF w/ INV - REVIEW REPORT | > 3.00 | |
| 1/3/14 | WRITTEN CORRESPOND w/ CLT | .50 | |
| 2/8/14 | WRITTEN CORRESPOND w/ CLT | NC | (6.25) |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 11/10/13 | Conf w/ CLW | .25 | |
| 2/8/14 | NUMEROUS CONTACTS CLW | 1.00 | (1.25) |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 6/26/13 | RECIEVED DOC - COMP'LN MILESTONE | > 1.50 | (1.50) |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 7/2/13 | Prepare Pre-M MOTION | .75 | |
| 7/16/13 | RECIEVED DOCS | 1.50 | |
| 9/23/13 | TRIAL PREP | 2.00 | |
| 11/10/13 | TRIAL PREP | 1.50 | |
| 1/28/14 | RECIEVED NOTICES FROM STATE | 2.00 | (9.25) |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY | | |
|---|---|---|---|---|---|
| 6/26/13 | PREP FILE FOR INVESTIGATION REVIEW CORRESPOND | > 1.00 | 7/25/13 RECIEVED INV. REPORT | 2.00 | |
| | | | 8/31/13 REC INV. REPORT | 1.50 | |
| 7/2/13 | LTR TO HCSO / PAMHLSO WSTO INVESTIGATION ICR | > 1.75 | 1/6/14 RECIEVED INV. REPORT | 2.00 | |
| | | | 1/30/14 MTG w/ DA - TELECON DA | 1.00 | |
| 7/4/13 | CONF w/ DA/CLT MOTIONS FILED | .75 | 2/8/14 REC w/ DA - CLW AFFIDAVIT | .50 | |
| 7/8/13 | CONF w/ INV - REVIEW FILE | .75 | | | |
| 7/9/13 | CONF DA - REV ST FILE REVIEW INV REPORT - FILE | 2.00 | (13.00) | TOTAL | 31.25 |
| 8/13/13 | | | | | |

## PERSONAL INFORMATION

| Telephone Number | Bar Card Number |
|---|---|
| (713) 237 8547 | 0483500 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
2028 Buffalo Terrace HT 77019

## CERTIFICATION

I, R P CORNELL , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ DAY OF _____ A.D. 20 ___

Approved _____
Judge, Presiding

_____
Attorney at Law (Signature)

_____
District Clerk Deputy (Signature)

_____
Attorney Name (Print Legibly)

COURT

NO. 1387758

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| V.S. | § | HARRIS COUNTY, TEXAS |
| KEITH AUNDRE WRIGHT | § | 209TH JUDICIAL DISTRICT |

## MOTION FOR PAYMENT OUTSIDE PRESUMPTIVE MAX

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R.P. CORNELIUS, attorney of record for KEITH AUNDRE WRIGHT, and respectfully files this Motion For Payment Outside Presumptive Max and would show the Court the following:

I.

Counsel was appointed to represent this defendant on June 25, 2013. Said defendant was charged in this case with robbery, a second degree felony. The case was originally assigned to the Court's contract lawyers but the defendant developed conflicts with two of the Court's contract lawyers and the case was then assigned to R.P. Cornelius who is filing this motion.

II.

Counsel has made four (4) non-trial appearances but seeks payment for only three (3).

III.

Defendant was a very demanding client and the case was almost immediately put on the Court's trial docket. An extensive amount of investigation and trial preparation was done on this matter and Counsel spent a significant amount of time in contact with defendant.

IV.

The case was dismissed on February 3, 2014.

V.

Counsel is seeking payment for a total of 31.25 out-of-court hours on this matter.

Said time includes (6.25) hours of out-of-court time in written correspondence or personal contact with defendant, (1.25) hours of out-of-court time with the complaining witness in this matter, (1.50) hours of out-of-court time researching records, (9.25) hours of out-of-court time researching

F I L E D
Chris Daniel
District Clerk
FEB 13 2014
Time: _____
Harris County, Texas
By: _____ Deputy

legal matters and preparing for trial, (13.00) hours of out-of-court time working with the investigator or in negotiations with the District Attorney.

WHEREFORE PREMISES CONSIDERED, appointed counsel respectfully requests this Honorable Court to order payment for 29.00 out-of-court hours in the matter.

Respectfully submitted,

R.P. CORNELIUS
2028 Buffalo Terrace
Houston, Texas 77019
(713) 237-8547
State Bar No. 04831500
ATTORNEY FOR DEFENDANT

0002470

NO. 1381758

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| V.S. | § | HARRIS COUNTY, TEXAS |
| KEITH AUNDRE WRIGHT | § | 209TH JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____, 2014, came on to be heard appointed trial counsel's Motion For Payment Outside Presumptive Max.

Said motion is hereby granted/denied and IT IS ORDERED that appointed trial counsel is to be paid _____ hours for out-of-court time spent on this case.

FEB 13 2014

MICHAEL T. MCSPADDEN, JUDGE
209TH DISTRICT COURT

3

0002471

# Gradoni & Associates

Professional Investigative Services
State License A5741

**BILL TO**

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 9/20/2013 | 17736 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| **FOR PROFESSIONAL SERVICES**    TIN# ▮▮▮ | |
| | |
| Re: State of Texas vs. Keith Wright | |
|    Cause #13897580, 209th District Court | |
|    Our File #13-06-0289, Statement #1 | |
| | |
| **Description of Activity:** | |
| **See Attached Affidavit** | |
| | |
| Services: | |
| 12.10 hours @ $40.00 per hour | 484.00 |
| | |
| Expenses: | |
| 97 miles @ .555 per mile | 53.84 |
| Parking | 5.00 |
| Word Processing | 23.10 |
| Clerical | 9.60 |
| | |
|    Subtotal | 575.54 |
| Tax Exempt | 0.00 |

| | | |
|---|---|---|
| Payment due upon receipt. Thank you! | **Total** | **$575.54** |

2611 Cypress Creek Pkwy, Suite C100 • Houston, Texas 77068 • (281) 440-0800 • Fax (281) 440-0208

0002472

## HARRIS COUNTY CRIMINAL APPOINTMENT
## TIME & MILEAGE LOG
### Invoice #17736

Attorney: R.P. Cornelius

Defendant: Keith A. Wright

Cause #: 13897580      Court: 209th      Statement #:       1

| Date | Activity | Time | Miles | Park | Copies |
|------|----------|------|-------|------|--------|
| 7/1/13 | Review Offense Report, Set Investigative Tasks | 1.00 | | | |
| 7/2/13 | Field Work, Inspection of Intersection, Contacts with HCC Police | 2.75 | 51 | | |
| 7/8/13 | Jail Interview with Defendant, Compile Report | 3.60 | 46 | 5.00 | |
| 7/23/13 | Research Facebook Account on Defendant | 1.00 | | | |
| 8/27/13 | Conduct 2 Telephonic Interview of Complainants, Compile Report | 3.75 | | | |
| **Totals** | | 12.10 | 97 | $5.00 | |

### AFFIDAVIT

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 20th day of September, 2013, to certify, which witness my hand and seal of office.

KAYLA KOENIG
My Commission Expires
September 13, 2016
NOTARY PUBLIC
STATE OF TEXAS

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS
My Commission Expires: 9/13/16

*Gradoni & Associates is licensed by the Texas Board of Private Investigators and Private Security Agency under License #A-5741.*

*Complaints may be directed to P.O. Box 4087, Austin, Texas 78773-0001 or emailed to RSD_Customer_Relations@dps.texas.gov*

0002473

# Gradoni & Associates

Professional Investigative Services
*State License A5741*

---

**BILL TO**

Skip Cornelius
2028 Buffalo Terrace
Houston, Texas 77019

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 11/29/2013 | 17866 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FOR PROFESSIONAL SERVICES   TIN: ███ | |
| | |
| Re: State of Texas vs. Keith Wright | |
|    Cause #1389758, 209th District Court | |
|    Our File #13-06-0289, Statement #2 | |
| | |
| Description of Activity: | |
| See Attached Affidavit | |
| | |
| Services: | |
| 9.90 hours @ $40.00 per hour | 396.00 |
| | |
| Expenses: | |
| 150 miles @ .555 per mile | 83.25 |
| Parking | 15.00 |
| Computerized searches | 18.00 |
| Word Processing | 21.40 |
| | |
|    Subtotal | 533.65 |
| Tax Exempt | 0.00 |

| | | |
|---|---|---|
| Payment due upon receipt.  Thank you! | **Total** | **$533.65** |

2611 Cypress Creek Pkwy, Suite C100   •   Houston, Texas 77068   •   (281) 440-0800   •   Fax (281) 440-0208

**HARRIS COUNTY CRIMINAL APPOINTMENT**
**TIME & MILEAGE LOG**
**Invoice #17866**

Attorney: R.P. Cornelius

Defendant: Keith Wright

Cause #: 13897580   Court: 209th   Statement #: 2

| Date | Activity | Time | Miles | Park | Copies |
|------|----------|------|-------|------|--------|
| 10/24/13 | Jail Interview with Defendant, Compile Report | 2.40 | 46 | 5.00 | |
| 10/30/13 | Draft, File, Serve Subpoena for Records | 2.10 | 58 | 5.00 | |
| 11/3/13 | Conduct Database Searches to Locate Complainant | .75 | | | |
| 11/4/13 | Interview Complainant, Draft Affidavit, Compile Report | 2.90 | | | |
| 11/11/13 | Jail Interview with Defendant, Compile Report | 1.75 | 46 | 5.00 | |
| Totals | | 9.90 | 150 | $15.00 | |

**AFFIDAVIT**

I, James Gradoni, President of Gradoni & Associates, Inc., State of Texas licensed investigative firm, State License #A05741, do swear to and affirm, that the attached invoice/invoices, for services rendered are true and correct to the best of my belief and knowledge.

James Gradoni

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 29th day of November, 2013, to certify, which witness my hand and seal of office.

KAYLA KOENIG
My Commission Expires
September 13, 2016

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

My Commission Expires: 9/13/16

*Gradoni & Associates is licensed by the Texas Board of Private Investigators and Private Security Agency under License #A-5741.*

*Complaints may be directed to P.O. Box 4087, Austin, Texas 78773-0001 or emailed to RSD_Customer_Relations@dps.texas.gov*

0002475

IN THE 337TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

AND

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Ex parte OBEL CRUZ-GARCIA, | § | |
| | § | Writ No. _____ |
| | § | Trial Court Case No: |
| | § | 1384794 |
| | § | |
| Applicant. | § | CAPITAL CASE |
| | § | |
| | § | |
| | § | |

**SUBSEQUENT APPLICATION FOR
POST-CONVICTION WRIT OF HABEAS CORPUS
EXHIBIT 139 A**

Jeremy Schepers (Texas 24084578)
Supervisor, Capital Habeas Unit
David Currie (TX 24084240)
Naomi Fenwick (TX 24107764)
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, Texas 75202
jeremy_schepers@fd.org
(214) 767-2746
(214) 767-2886 (fax)

*Counsel for Obel Cruz-Garcia*

0002476

# EXHIBIT 139 A

0002477

CAUSE NO. 1276750     CHARGE Burg of Hab x2

**THE STATE OF TEXAS**     338 **DISTRICT COURT**

**VS.**     **OF HARRIS COUNTY, TEXAS**

Robert Lewis ,

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

Robert Lewis ,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

**Witness**

Sworn to and subscribed before me on this, the _____ day of _SEP 0 7 2010_ , 200___.

_____ ,

**Deputy District Clerk**
**Harris County, Texas**

FILED
Loren Jackson
District Clerk
S SEP 0 7 2010
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of _Sept_ , 2010, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**     **State**     **Zip**     **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arrs_ _____
on the 6 day of _Oct_ , 2010 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _Sept_ , 2010

_____

**Judge Presiding**

0002478

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**02056544**

D.A. LOG NUMBER:**1673078**
CJIS TRACKING NO.:**9165792599-A001**

**ROBERT EDWIN LEWIS**

SPN:
DOB:
DATE PREPARED: **9/3/2010**

BY: **KV** DA NO: **002334357**
AGENCY:**SHPD**
O/R NO: **1009030011**
ARREST DATE: **09-03-10**

NCIC CODE: **2202 05**          RELATED CASES: **ONE OTHER F; CHIVERS-F**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1276750**
FIRST SETTING DATE:          **338**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ROBERT EDWIN LEWIS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 3, 2010**, did then and there unlawfully, with
intent to commit theft, enter a habitation owned by CAROLINA GAUNA, a person having a greater right to possession of the habitation than the
Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Foreman          230th

FILED
Loren Jackson
District Clerk
SEP 2 4 2010
Harris County, Texas
By_____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002479

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1276473

CHARGE Agg Asslt w/ Deadly Wpn x2

THE STATE OF TEXAS

VS.

Anthony Denmon

**Defendant**

338 **DISTRICT COURT**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

ANTHONY DENMON ,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
**Witness**

F I L E D

Sworn to and subscribed before me on this, the _____ day of SEP 0 7 2010 , 200___.

Loren Jackson
District Clerk

SEP 0 7 2010

_____

**Deputy District Clerk**
**Harris County, Texas**

Time: _____

Harris County, Texas

By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the 7 day of Sept , 2010, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City** **State** **Zip**

_____
**E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | |
|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : Arr 9 _____
on the 12 day of Oct , 200C at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 7 day of Sept , 2010

_____
**Judge Presiding**

Unofficial Copy Office of Harris County District Clerk

0002480

THE STATE OF TEXAS                    **00073969**            D.A. LOG NUMBER:**1672356**
VS.                                                           CJIS TRACKING NO.:

**ANTHANA  DENMON**          SPN:                            BY: **SP**  DA NO: **001677155**
                             DOB:                            AGENCY:**HPD**
                             DATE PREPARED: **9/1/2010**     O/R NO: **122061410C**
                                                             ARREST DATE: **TO BE**

NCIC CODE: **1301 19**        RELATED CASES: **SAME DEF - 2F**

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:                                                    **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:            **1276473**       PRIOR CAUSE NO:
FIRST SETTING DATE:                         **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANTHANA DENMON**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2010**, did then and there unlawfully, intentionally and knowingly cause bodily injury to DAVID WOODS by using a deadly weapon, namely, A GLASS.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MAY 17, 1983, in Cause No. 378161, in the 209TH DISTRICT COURT of Harris County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT WITH A DEADLY WEAPON.

Before the commission of the primary offense, and after the conviction in Cause No. 378161 was final, the Defendant committed the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on JUNE 13, 1991, in Cause No. 596004, in the 180TH DISTRICT COURT of Harris County, Texas.

**FILED**
Loren Jackson
District Clerk

OCT 07 2010

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**         Foreman                    **208th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002481

CAUSE NO. 1276580          CHARGE _Prostitution_

THE STATE OF TEXAS          338 DISTRICT COURT

VS.                        OF HARRIS COUNTY, TEXAS

_Angelo Palmer,_
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of SEP 07 2010, 200___.

F I L E D
Loren Jackson
District Clerk

SEP 07 2010

_____,
**Deputy District Clerk**
**Harris County, Texas**

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___ day of _Sept_____, 2010, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 200___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___ day of _Sept_____, 2010.

_____
**Judge Presiding**

0002482

| THE STATE OF TEXAS<br>VS. | **01338867** | D.A. LOG NUMBER:**1672704**<br>CJIS TRACKING NO.:**9165786653-D001** |
|---|---|---|
| **ANGELA MICHELLE PALMER** | SPN:<br>DOB:<br>DATE PREPARED: **9/2/2010** | BY: **CS/AC** DA NO: **002333805**<br>AGENCY:**HPD**<br>O/R NO: **124990710**<br>ARREST DATE: **09/01/2010** **P 2** |

| NCIC CODE: **4004 05** | **RELATED CASES: REFILE** | |
|---|---|---|
| FELONY CHARGE: **PROSTITUTION**<br>CAUSE NO:<br>HARRIS COUNTY DISTRICT COURT NO:<br>FIRST SETTING DATE: | **1276580**<br>**338** | **BAIL: $5,000**<br>PRIOR CAUSE NO: **CCCL#8/1204226** |

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ANGELA MICHELLE PALMER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 1, 2010**, did then and there unlawfully, in a public place knowingly solicit K. MILTON to engage with the Defendant in sexual conduct, namely deviate sexual intercourse, to-wit: ORAL SEX for hire.

Before the commission of the offense alleged above, on APRIL 16, 2008, in Cause No. 1519973, in the County Criminal Court at Law No. 9 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on JULY 28, 1997, in Cause No. 9731318, in the County Criminal Court at Law No. 1 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on OCTOBER 25, 1996 in Cause No. 9646098, in the County Criminal Court at Law No. 13 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JANUARY 16, 2003, in Cause Number 936135, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of DELIVERY OF A CONTROLLED SUBSTANCE and was convicted on SEPTEMBER 11, 2000, in Cause Number 854959 in the 232ND District Court of HARRIS County, Texas.

*State abandons last 2 enhancement paragraphs and proceeds under 12.44 (a)*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

240607 07

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**<br>This instrument is of poor quality<br>at the time of imaging

0002483

CAUSE NO. 1276862                    CHARGE Burg w-intent commit

**THE STATE OF TEXAS**                338 **DISTRICT COURT**

**VS.**                               **OF HARRIS COUNTY, TEXAS**

Truett Finch
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of SEP 0 7 2010, 200___.

**F I L E D**
Loren Jackson
District Clerk

SEP 0 7 2010

Time: _____
Harris County, Texas

By _____
Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of Sept, 2010, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City                    State              Zip**

_____
**E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arrs_
on the 12 day of Oct, 200C at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of Sept, 200___

_____
**Judge Presiding**

0002484

DISTRICT CLERK

THE STATE OF TEXAS

VS.

**TRUETT LANE FINCH**

**01887783**

SPN:

DOB:

DATE PREPARED: **9/4/2010**

D.A. LOG NUMBER:**1673227**

CJIS TRACKING NO.:**9165795008-A001**

BY: **TM** DA NO: **050787163**

AGENCY:**HPD**

O/R NO: **125950010S**

ARREST DATE: **9-3-10**

**NCIC CODE: 2202 09**

RELATED CASES:

**FELONY CHARGE: BURGLARY OF HABITATION**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO: **1276862**

FIRST SETTING DATE: **338**

**BAIL: $40,000**

PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TRUETT LANE FINCH**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 3, 2010**, did then and there unlawfully, with intent to commit AGGRAVATED ASSAULT enter a habitation owned by JESSICA FLORES, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on SEPTEMBER 6, 2006, in Cause No. 38374 in the 268th District Court of Fort Bend County, Texas, the Defendant was convicted of the felony offense of ASSAULT OF A FAMILY MEMBER.

**F I L E D**

Loren Jackson

District Clerk

OCT 04 2010

Time:

Harris County, Texas

By

Deputy

**228th**

Foreman

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0022485

CAUSE NO. _1277573_     CHARGE _Agg Aslt X2_

                        _1277574_

THE STATE OF TEXAS     _177_ DISTRICT COURT

                        OF HARRIS COUNTY, TEXAS

VS.

_Sheneka Henderson_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Sheneka Henderson_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

                                    X _Sheneka Henderson_

                                        **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                    _____

                                        **Witness**

Sworn to and subscribed before me on this, the _13_ day of _Sept_, 20_10_

**F I L E D**
Loren Jackson
District Clerk

SEP 13 2010          _____

Time: _____         **Deputy District Clerk**
Harris County, Texas   **Harris County, Texas**

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _13_ day of _Sept_, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

**Bar Card/SPN Number** [ | | | | | | | ]

**Phone Number** [ | | | - | | | - | | | | ]     R.P. SKIP **CORNELIUS**
                                                SBN 04831500
                                                2028 Buffalo Terrace
                                                Houston, Texas  77019
                                                Phone 713 237 8547
                                                Fax 713 528 0153
**Fax Number** [ | | | - | | | - | | | | ]

The Court further ORDERS the cause set for : _Arrg_.

on the _13_ day of _October_, 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _13_ day of _Sept_, 20_10_.

                                    _____

                                        **Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002486

THE STATE OF TEXAS
VS.

**SHENEKA HENDERSON**

**02293689**

SPN:
DOB:
DATE PREPARED: **9/11/2010**

D.A. LOG NUMBER:**1675489**
CJIS TRACKING NO.:**9165816927-A002**

BY: **AC** DA NO: **002334355**
AGENCY:**HCSO**
O/R NO: **10126379**
ARREST DATE: **09/10/10**

NCIC CODE: **1301 19**          RELATED CASES: **S. DEF-2 FEL. TOTAL**

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1277574**
FIRST SETTING DATE:          **177**

**BAIL: $10,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SHENEKA HENDERSON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 10, 2010**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ZOKYRA BRISCOE by using a deadly weapon, namely, A BOX CUTTER.

**FILED**
Loren Jackson
District Clerk
OCT 05 2010
Harris County, Texas
Time:
By          Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          **208th**

**FOREMAN OF THE GRAND JURY**

**INDICTMENT**

-0002487

CAUSE NO. _1277739_     CHARGE _PCS_

THE STATE OF TEXAS     _177_ DISTRICT COURT

VS.     OF HARRIS COUNTY, TEXAS

_Elmer Martinez_

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Elmer Martinez_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _Elmor Martinez_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _14_ day of _Sept_, 20_10_.

**F I L E D**

Loren Jackson
District Clerk

SEP 14 2010

Time: _____

Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _14_ day of _Sept_, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Skip Cornelius_

**Attorney**

_2028 Buffalo Terrace_

**Address**

_Houston_ _TX_ _77019_

**City**     **State**     **Zip**     **E-Mail Address**

_0 4 8 3 1 5 0 0_

**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_

**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 200___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _14_ day of _Sept_, 20_10_.

**Judge Presiding**

Unofficial copy of Chris Daniel Harris Burgess Dist Clerk

0002488

**DISTRICT CLERK**

| THE STATE OF TEXAS | **02517153** | D.A. LOG NUMBER:**1675923** |
| VS. | | CJIS TRACKING NO.:**9165821939-A001** |

**ELMER YOBANY MARTINEZ**

SPN:
DOB:
DATE PREPARED: **9/12/2010**

BY: **JDL** DA NO: **065021651**
AGENCY:**HPD**
O/R NO: **130522610K**
ARREST DATE: **09/12/10**

NCIC CODE: **5599 04**         RELATED CASES:

**FELONY CHARGE: Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:              **1277739**
FIRST SETTING DATE:                            **177**

**BAIL: $50,000**
PRIOR CAUSE NO:

**P2**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ELMER YOBANY MARTINEZ**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2010**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

State moves to proceed under §12.44(a) of
the Texas Penal Code.

Granted

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24045875
BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002489

CAUSE NO. _127180/_

CHARGE _Evading_

THE STATE OF TEXAS

VS.

_Eulalio Garcia_

**Defendant**

_177_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Eulalio Garcia_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

x _William_ _____

**Defendant**

☐ _____ (name), a ~~**WITNESS**~~ in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

**F I L E D**

~~Sworn to and subscribed before me on this, the~~ _14_ day of _Sept_ , 200_10_.

Loren Jackson
District Clerk

SEP 1 4 2010

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _Sept_ , 200_10_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Skip Cornelius_

**Attorney**

_2028 Buffalo Terrace_

**Address**

_H_ _T_ _77019_

**City** **State** **Zip** **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

_TO DO LSIR_

The Court further ORDERS the cause set for : _Sent_ _____

on the _27_ day of _September_ , 200_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _14_ day of _Sept_ , 200_10_.

_____
**Judge Presiding**

0002490

DISTRICT CLERK

| THE STATE OF TEXAS | **02505108** | D.A. LOG NUMBER:**1676229** |
| VS. | | CJIS TRACKING NO.:**9165825292-A001** |

**EULALIO ALEJANDRO GARCIA**

SPN:
DOB:
DATE PREPARED: **9/13/2010**

BY: **CS** DA NO: **001641643**
AGENCY:**PASADENA PD**
O/R NO: **20100022600**
ARREST DATE: **09/13/2010**

NCIC CODE: **4801 02**          RELATED CASES:

**P2**

FELONY CHARGE: **Evading Arrest or Detention**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1277801**          BAIL: **$5,000**
FIRST SETTING DATE:          **177**          PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **EULALIO ALEJANDRO GARCIA,** hereafter styled the Defendant, heretofore on or about **SEPTEMBER 13, 2010,** did then and there unlawfully, intentionally flee from I. SANTILLANES, hereafter styled the Complainant, a peace officer employed by PASADENA POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a peace officer attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on AUGUST 4, 2010, in Cause Number 1697669, in the COUNTY CRIMINAL COURT AT LAW NO. 13 of HARRIS County, Texas, the Defendant was finally convicted of the offense of evading DETENTION.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO. 24045875

Sent. ~/_/_ (LSTR)

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002491

CAUSE NO. 1276950

CHARGE Agg Robbery Deadly Wpn

THE STATE OF TEXAS

VS.

Johnny Hall

**Defendant**

338 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VAT MP

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

John Hall

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 200___.

SEP 0 8 2010

Deputy District Clerk
Harris County, Texas

**F I L E D**

Loren Jackson
District Clerk

SEP 0 8 2010

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **8** day of **Sept**, 20**0**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____

**E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : **Arrs**
on the **9** day of **Nov**, 200**0** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **8** day of **Sept**, 200**0**

Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002492

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**JOHNNY DAWON HALL**

**02499350**

SPN:
DOB
DATE PREPARED: **9/5/2010**

D.A. LOG NUMBER:**1673462**
CJIS TRACKING NO.:**9165797272-A001**

BY: **YT** DA NO: **059197800**
AGENCY:**HPD**
O/R NO: **126283710B**
ARREST DATE: **09/04/10**

NCIC CODE: **1204 04**          RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1276950** 338
09/08/2010

BAIL: **$30,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHNNY DAWON HALL**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 4, 2010**, did then and there unlawfully, while in the course of committing theft of property owned by CARLOS CANALES, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place CARLOS CANALES in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM .

**F I L E D**
Loren Jackson
District Clerk

SEP 1 4 2010

Time:

By
Deputy

Foreman                                         **209th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Thomas L. Kennedy

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002493

CAUSE NO. 1277012                      CHARGE Agg Asslt -FM

THE STATE OF TEXAS                     338 DISTRICT COURT

VS.                                    OF HARRIS COUNTY, TEXAS

Lawrence Price,
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of **SEP 0 8 2010**, 200___.

**FILED**
Loren Jackson
District Clerk

SEP 0 8 2010

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **8** day of **Sept**, 20**10**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**            **State**            **Zip**

_____
**E-Mail Address**

| | | | | | |
|-|-|-|-|-|-|

**Bar Card/SPN Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Phone Number**

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : _____Arr g_____

on the ___ day of ___Oct___, 20**10** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **8** day of **Sept**, 20**10**

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

DISTRICT CLERK

0002494

THE STATE OF TEXAS
VS.

**LAWRENCE PRICE**

**01994582**

SPN:
DOB:
DATE PREPARED: 9/6/2010

D.A. LOG NUMBER:1673809
CJIS TRACKING NO.:9165801032-A001

BY: AA  DA NO: 002126743
AGENCY:HPD
O/R NO: 126706510R
ARREST DATE: 9-5-10

NCIC CODE: **1314 21**          RELATED CASES:

FELONY CHARGE: **AGGRAVATED ASSAULT - Family Member**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**1277012**
**338ᵀᴴ**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**LAWRENCE PRICE**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 5, 2010**, did then and there unlawfully, intentionally
and knowingly threaten KAREN ROBERTS, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with
imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Loren Jackson
District Clerk
SEP 2 4 2010
Time:
By:                  Deputy
Harris County, Texas

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          **230th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002495

CAUSE NO. _1277059_  CHARGE _Agg Assit_  _w/ Deadly Wpn_

THE STATE OF TEXAS

VS.

_Rafael Flores_

**Defendant**

_338_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

_Bond set 30,000_
_No bccron_

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Loren Jackson
District Clerk

SEP 0 8 2010

Time: _____
Harris County, Texas

By _____
Deputy

Sworn and subscribed before me on this, the _____ day of ___ SEP 0 8 2010 ___, 200__.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _8_ day of _Sept_, 200_0_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**        **State**        **Zip**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

**E-Mail Address**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arr g_

on the _7_ day of _Oct_, 200_0_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _8_ day of _Sept_, 200_0_

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002496

THE STATE OF TEXAS
VS.

**RAFAEL OCHOA FLORES**

**02516364**

SPN:
DOB:
DATE PREPARED: **9/6/2010**

D.A. LOG NUMBER:**1674067**
CJIS TRACKING NO.:**9165804031-A001**

BY: **JMB** DA NO: **002294141**
AGENCY:**HCSO**
O/R NO: **HC100124261**
ARREST DATE: **9/6/2010**

NCIC CODE: **1301 19**

RELATED CASES:

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1277059**
**338th**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EAFAEL OCHOA FLORES**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 6, 2010**, did then and there unlawfully, intentionally and knowingly cause bodily injury to FLORA HERNANDEZ by using a deadly weapon, namely, A CHAIR.

FILED
Loren Jackson
District Clerk
DEC 06 2010
Harris County, Texas
Time:
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

232nd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002497

CAUSE NO. _12712262_          CHARGE _Drug Hab_

THE STATE OF TEXAS                    _177_ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Zeke Rayford_ ,

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Zeke Rayford_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X Zeke Rayford_ .
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _13_ day of _Sept_ , 20_10_.

_____ ,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Loren Jackson
District Clerk

SEP 18 2010

Harris County, Texas
Time: _____
By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the _13_ day of _Sept_ , 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address** _____

| | | | | | |
|--|--|--|--|--|--|

**Bar Card/SPN Number**

| | | - | | | - | | | |
|--|--|--|--|--|--|--|--|--|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|--|--|--|--|--|--|--|--|--|

**Fax Number**

The Court further ORDERS the cause set for : _ARRG_ .

on the _13_ day of _October_ , 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _13_ day of _Sept_ , 20_10_.

_____
**Judge Presiding**

0002498

THE STATE OF TEXAS
VS.

**02493881**

D.A. LOG NUMBER:1674693
CJIS TRACKING NO.:9165808983-A001

**ZEKE JERMAINE RAYFORD**

SPN:
DOB:
DATE PREPARED: 9/8/2010

BY: SP DA NO: 069051500
AGENCY:HPD
O/R NO: 127947710B
ARREST DATE: 09-08-2010

NCIC CODE: 2202 05

RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1277262**
FIRST SETTING DATE: **177**

**BAIL: $10000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ZEKE JERMAINE RAYFORD,** hereafter styled the Defendant, heretofore on or about **SEPTEMBER 8, 2010,** did then and there unlawfully, with intent to commit theft, enter a habitation owned by CARLETTA LEE, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Loren Jackson
District Clerk
SEP 2 4 2010

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                230th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002499

CAUSE NO. _127381_                    CHARGE _Man/Del CS_

THE STATE OF TEXAS                    _1M_ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Johnny Rosborough_

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Johnny Rosborough_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Johnny O. Rosborough_
                                        **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

Sworn to and subscribed before me on this, the _13_ day of _Sept_____, 20_10_.

_____,
**Deputy District Clerk**
**Harris County, Texas**

FILED
Loren Jackson
District Clerk

SEP 13 2010

Time: _____ Harris County, Texas

By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _13_ day of _Sept_____, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          E-Mail Address _____

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐                    R.P. SKIP CORNELIUS
**Phone Number**                                SBN 04831500
                                                2028 Buffalo Terrace
                                                Houston, Texas 77019
☐☐☐-☐☐☐-☐☐☐☐                    Phone 713 237 8547
**Fax Number**                                  Fax 713 528 0153

The Court further ORDERS the cause set for : _State Jail Docket_

on the _5_ day of _October_____, 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _13_ day of _Sept_____, 20_10_.

_____
**Judge Presiding**

0002500

THE STATE OF TEXAS
VS.

**00984736**

D.A. LOG NUMBER:**1675029**
CJIS TRACKING NO.:**9165812646-A001**

**JOHNNY ONEAL ROSBOROUGH**

SPN:
DOB:
DATE PREPARED: **9/9/2010**

BY: **EG** DA NO: **069051500**
AGENCY:**HPD**
O/R NO: **129123310F**
ARREST DATE: **09-09-2010**

NCIC CODE: **5599 17**

RELATED CASES: **DAVIS-FEL**

FELONY CHARGE: **DELIVERY OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1277381**
FIRST SETTING DATE:                                       **177**

BAIL: **$15,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHNNY ONEAL ROSBOROUGH**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 9, 2010**, did then and there unlawfully, knowingly deliver by actual transfer to S. BRYANT, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, JOHNNY ONEAL ROSBOROUGH, hereafter styled the Defendant, heretofore on or about SEPTEMBER 9, 2010, did then and there unlawfully, knowingly deliver by constructive transfer to S. BRYANT, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, JOHNNY ONEAL ROSBOROUGH, hereafter styled the Defendant, heretofore on or about SEPTEMBER 9, 2010, did then and there unlawfully, knowingly deliver by offering to sell to S. BRYANT, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JANUARY 30, 2009, in Cause Number 1200985, in the 174TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on JULY 7, 2009, in Cause Number 1220989 in the 183RD District Court of HARRIS County, Texas.

**F I L E D**
Loren Jackson
District Clerk
OCT 11 2010
Harris County, Texas
Time:
By:                Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                                                    **185th**

*Danté D. Hordan*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002501

CAUSE NO. _1277801_    CHARGE _Evading_

THE STATE OF TEXAS    _177_ DISTRICT COURT

VS.    OF HARRIS COUNTY, TEXAS

_Eulalio Garcia_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Eulalio Garcia_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

x _With Love_

_____
**Defendant**

☐ _____ (name), a ~~WITNESS~~ in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**FILED** ~~Sworn to and subscribed before me on this, the~~ _14_ day of _Sept_, 200_0_.

Loren Jackson
District Clerk

**SEP 1 4 2010**

_____
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _Sept_, 200_0_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Skip Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H      T    77019_
**City          State          Zip          E-Mail Address**

Bar Card/SPN Number: [0][4][8][3][1][5][0][0]

Phone Number: [7][1][3]-[2][3][7]-[8][5][4][7]    _To Do LSIR_

Fax Number: [7][1][3]-[5][2][8]-[0][1][5][3]

The Court further ORDERS the cause set for : _Sent_ on the _27_ day of _September_, 200_0_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _14_ day of _Sept_, 200_0_.

_____
**Judge Presiding**

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **02505108** | D.A. LOG NUMBER:**1676229**<br>CJIS TRACKING NO.:**9165825292-A001** |
| **EULALIO ALEJANDRO GARCIA** | SPN:<br>DOB:<br>DATE PREPARED: **9/13/2010** | BY: **CS** DA NO: **001641643**<br>AGENCY:**PASADENA PD**<br>O/R NO: **20100022600**<br>ARREST DATE: **09/13/2010** |

**P2**

| | | |
|---|---|---|
| **NCIC CODE: 4801 02** | RELATED CASES: | |
| FELONY CHARGE: **Evading Arrest or Detention** | | |
| CAUSE NO:<br>HARRIS COUNTY DISTRICT COURT NO:<br>FIRST SETTING DATE: | **1277801**<br>**177** | BAIL: **$5,000**<br>PRIOR CAUSE NO: |

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **EULALIO ALEJANDRO GARCIA,** hereafter styled the Defendant, heretofore on or about **SEPTEMBER 13, 2010,** did then and there unlawfully, intentionally flee from I. SANTILLANES, hereafter styled the Complainant, a peace officer employed by PASADENA POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a peace officer attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on AUGUST 4, 2010, in Cause Number 1697669, in the COUNTY CRIMINAL COURT AT LAW NO. 13 of HARRIS County, Texas, the Defendant was finally convicted of the offense of evading DETENTION.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO. 24045875

Sewt. -/-/- (LSIR)

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002503

CAUSE NO. _127810_     CHARGE _PCS/MAJ_

THE STATE OF TEXAS _1290422_     _IN_ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS

_Donald Lewis_
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Donald Lewis_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X / _Donald Lewis_ ,
                                            **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                            **Witness** ,

Sworn to and subscribed before me on this, the _15_ day of _Sept_ , 200_0_ .

                                                                                            ,

**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Loren Jackson
District Clerk

SEP 15 2010

Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _15_ day of _Sept_ , 200_0_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City          State          Zip**          **E-Mail Address** _____

[ ][ ][ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ][ ] - [ ][ ][ ][ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ][ ] - [ ][ ][ ][ ][ ][ ][ ]
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _ARSG_ .
on the _4_ day of _October_ , 200_0_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _15_ day of _Sept_ , 200_0_ .

_____ ,
**Judge Presiding**

0002504

THE STATE OF TEXAS
VS.

**DONALD WAYNE LEWIS**

SPN: **00228997**
DOB:
DATE PREPARED: **10/13/2010**

D.A. LOG NUMBER:**1676214**
CJIS TRACKING NO.:**9165825160-A001**

BY: **CM**  DA NO: **001641643**
AGENCY:**HPD**
O/R NO: **131003810M**
ARREST DATE: **09 13 10**

NCIC CODE: **5599 04**

RELATED CASES:

FELONY CHARGE:  **Possession of a Controlled Substance**
CAUSE NO: **1277810**
HARRIS COUNTY DISTRICT COURT NO: **177**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DONALD WAYNE LEWIS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 13, 2010**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on FEBRUARY 22, 1994, in Cause Number 9404326, in the 185TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 9404326 was final, the Defendant committed the felony of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on FEBRUARY 27, 1997, in Cause Number 743333, in the 177TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Loren Jackson
District Clerk

OCT 1 4 2010

Time:
Harris County, Texas

By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **185th**

Danté D. Gordon

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002505

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. _1217903_     CHARGE _End. Child/MAJ_

_1264652_

THE STATE OF TEXAS     _____ DISTRICT COURT

VS.     OF HARRIS COUNTY, TEXAS

_Charles Woods_,

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Charles Woods_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X Charles Woods_,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

Sworn to and subscribed before me on this, the _15_ day of _Sept_, 20_10_.

_____,

**Deputy District Clerk**
**Harris County, Texas**

FILED
Loren Jackson
District Clerk
SEP 15 2010
Harris County, Texas
Time: _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _15_ day of _Sept_, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

[ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ][ ] - [ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ][ ] - [ ][ ][ ][ ]
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arrg._____ on the _4_ day of _October_, 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _15_ day of _Sept_, 20_10_

_____
**Judge Presiding**

0002506

THE STATE OF TEXAS                          **02497740**          D.A. LOG NUMBER:**1676394**
VS.                                                                CJIS TRACKING NO.:**9165826922-A001**

**CHARLES STEVENS WOODS**          SPN:                      BY: **KL** DA NO: **002268160**
                                   DOB:                      AGENCY:**HPD**
                                   DATE PREPARED: **9/14/2010**   O/R NO: **131223110V**
                                                             ARREST DATE: **9/13/10**

NCIC CODE: **3202 59**              RELATED CASES:

FELONY CHARGE: **ENDANGERING CHILD**
CAUSE NO:                                                     **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:          **1277903**         PRIOR CAUSE NO:
FIRST SETTING DATE:                       **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHARLES STEVENS WOODS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 13, 2010**, did then and there unlawfully, RECKLESSLY engage in conduct that placed JADEN ALLEN, a child younger than fifteen years of age and hereafter called the Complainant, in imminent danger of DEATH, BODILY INJURY, AND PHYSICAL IMPAIRMENT, namely, by DRIVING A MOTOR VEHICLE AT A HIGH RATE OF SPEED IN THE DIRECTION OF THE COMPLAINANT, and the Defendant did not voluntarily deliver the Complainant to a designated emergency infant care provider under Section 262.302, Texas Family Code.

**FILED** Loren Jackson District Clerk OCT 1·2 2010

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**          Asst. Foreman          **208th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. _1278079_     CHARGE _Pilot_

**THE STATE OF TEXAS**     _177_ **DISTRICT COURT**

VS.

_Darla Westerfield_     **OF HARRIS COUNTY, TEXAS**

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Darla Westerfield_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X Darla Westerfield_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _10_ day of _Sept_, 20_10_.

**FILED**
Loren Jackson
District Clerk

SEP 16 2010

Time: _____
Harris County, Texas

By _____
Deputy

_Jove R Och_
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _16_ day of _Sept_, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_14 Counsels_
**Attorney**

_7028 Buffalo Terrace_
**Address**

_T 77019_
**City**     **State**     **Zip**     **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 9 1 0 3_
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 200___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _10_ day of _Sept_, 20_10_.

**Judge Presiding**

0002508

| THE STATE OF TEXAS<br>VS. | **01778778** | D.A. LOG NUMBER:**1676676**<br>CJIS TRACKING NO.:**9165829395-A001** |
|---|---|---|
| **DARLA JEAN WESTERFIELD** | SPN:<br>DOB:<br>DATE PREPARED: **9/14/2010** | BY: **SP** DA NO: **065547415**<br>AGENCY:**HPD**<br>O/R NO: **131635410K**<br>ARREST DATE: **09-14-2010** |

**NCIC CODE: 4004 05**       RELATED CASES:

FELONY CHARGE: **PROSTITUTION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:       **1278015**       BAIL: **$15000**
FIRST SETTING DATE:       **177**       PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DARLA JEAN WESTERFIELD**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 14, 2010**, did then and there unlawfully, knowingly agree to engage in sexual conduct, namely, deviate sexual intercourse, to-wit: ORAL SEX, with D. SMITH, for a fee.

Before the commission of the offense alleged above, on JUNE 20, 2005, in Cause No. 1309605, in the COUNTY CRIMINAL COURT AT LAW NO. 8 of HARRIS County, Texas, the Defendant was finally convicted of the offense of PROSTITUTION.

Before the commission of the offense alleged above, on JUNE 10, 2009, in Cause No. 1219503, in the 183RD DISTRICT COURT of HARRIS County, Texas, the Defendant was finally convicted of the offense of PROSTITUTION.

Before the commission of the offense alleged above, on MARCH 7, 2008, in Cause No. 1156789, in the 248TH DISTRICT COURT of HARRIS County, Texas, the Defendant was finally convicted of the offense of PROSTITUTION.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on NOVEMBER 2, 2009, in Cause No. 1233778, in the 230TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of PROSTITUTION.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on DECEMBER 5, 2008, in Cause No. 1194165, in the 339TH DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging 002509

CAUSE NO. _1218042_          CHARGE _Drug Hab_

THE STATE OF TEXAS                    _177_ **DISTRICT COURT**

vs.                          **OF HARRIS COUNTY, TEXAS**

_Steven Scanlon_ .
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Steven Scanlon_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X IN MENICAL_ .
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to ~~represent him / her in the interests of~~ justice and would show the Court that ~~he / she is financially unable to hire an attorney.~~

Witness

Sworn to and subscribed before me on this, the _16_ day of _Sept_, 200_10_

**FILED**
Loren Jackson
District Clerk

SEP 16 2010

Time: _____
Harris County, Texas

By _____
Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _16_ day of _Sept_, 200_10_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_W Council_
**Attorney**

_2078 Buffalo Terrace_
**Address**

_H     T     77019_
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 4 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _Arr.g_.
on the _6_ day of _October_, 200_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _16_ day of _Sept_, 200_10_

_____
**Judge Presiding**

Unofficial copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS

VS.

**STEVEN ANTHONY SCANLON**

**02448316**

SPN:
DOB:
DATE PREPARED: **9/15/2010**

D.A. LOG NUMBER:**1676816**
CJIS TRACKING NO.:**9165830997-A001**

BY: **CM** DA NO: **051617700**
AGENCY:**SEABROOK**
O/R NO: **1000015756**
ARREST DATE: **9-14-10**

NCIC CODE: **2202 05**

RELATED CASES: **HERRERA-F.**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1278042**
**177**

BAIL: **$10000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEVEN ANTHONY SCANLON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 14, 2010**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by JESSE NOWINSKI, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Loren Jackson
District Clerk
OCT 1 2 2010
Harris County
Time: _____ By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman     **208th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging 11

CAUSE NO. _1278092_  CHARGE _PCS_

THE STATE OF TEXAS

VS.

_Mary Beltran_,

**Defendant**

_177_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Mary Beltran_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(x) _Mary K Beltran (Kelly)_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _17th_ day of _Sept_____, 20_10_.

_____
**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Loren Jackson
District Clerk

SEP 1 7 2010

Time: _____
Harris County, Texas
By _____
        Deputy

## ORDER APPOINTING COUNSEL

On this, the _17th_ day of _Sept_____, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

[ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arry_____

on the _28_ day of _Oct_____, 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _17th_ day of _Sept_____, 20_10_.

_____
**Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**MARY K. BELTRAN**

SPN: **01335891**
DOB
DATE PREPARED: **10/12/2010**

D.A. LOG NUMBER:**1676841**
CJIS TRACKING NO.:**9165831276-A001**

BY: **CM** DA NO: **002197869**
AGENCY:**HPD**
O/R NO: **131921010G**
ARREST DATE: **09 15 10**

NCIC CODE: **5599 04**

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO: **1278092**
HARRIS COUNTY DISTRICT COURT NO: **177**
FIRST SETTING DATE:

BAIL: **$5,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MARY K. BELTRAN**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2010**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**FILED**
Loren Jackson
District Clerk

OCT 1 3 2010

Time:                    Harris County, Texas
By                            Deputy

Foreman                    **230th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002513

CAUSE NO. _____  CHARGE _____

THE STATE OF TEXAS  351 DISTRICT COURT

VS.  OF HARRIS COUNTY, TEXAS

DEANGELUS MARSHALL

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ D. MARSHALL _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Loren Jackson
District Clerk
SEP 2 4 2010
Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 24th day of September, 2010, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

MATT HORAK
**Attorney**
4119 MONTROSE BLVD STE 200
**Address**
HOUSTON TX 77006
**City**        **State**        **Zip**        **E-Mail Address**

0 2 0 2 3 6 0 0 8
**Bar Card/SPN Number**

7 1 3 - 2 2 5 - 8 0 0 0
**Phone Number**

7 1 3 - 5 2 1 - 1 8 4 5
**Fax Number**

The Court further ORDERS the cause set for : _____ on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20 SEP 2 4 2010

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

CO 8836

**DISTRICT CLERK**

0002514

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02519090** | D.A. LOG NUMBER:**1678617** |
| VS. | | CJIS TRACKING NO.:**9165850483-A001** |
| **DEANGELIS  MARSHALL** | SPN: | BY: **RZ**  DA NO: 062046510 |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **9/21/2010** | O/R NO: **134759010U** |
| | | ARREST DATE: **09-21-2010** |

NCIC CODE: **1205 01**      RELATED CASES: *Hunt -F*

FELONY CHARGE: **ROBBERY**
CAUSE NO:                                                                      **BAIL: $10,000**
HARRIS COUNTY DISTRICT COURT NO:      **1278835**         PRIOR CAUSE NO:
FIRST SETTING DATE:                                 **351**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DEANGELIS MARSHALL**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 21, 2010**, did then and there unlawfully, while in the course of committing theft of property owned by CODY HOOPER and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to CODY HOOPER, by STRIKING THE COMPLAINANT WITH HIS HANDS.

I, Deangelis Marshall, committed the offense of Robbery along with David Hunt on September 21, 2010.

X D Cank M.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY                          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002515

CAUSE NO. _12811446_     CHARGE _Agg Sexual Assault_

_18991 Child under 14_

THE STATE OF TEXAS        _178th_ DISTRICT COURT

VS        OF HARRIS COUNTY, TEXAS

_Matthew Dewayne Young_

Defendant

## TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _26_ day of _October_, 20 _10_

**FILED**
Loren Jackson
District Clerk

OCT 26 2010

Time: OCT 26 2010
Harris County, Texas

By _____
Deputy

_(att (mm))_    Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _26_ day of _Oct_, 20 _10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_W Connell's_
Attorney

_301 N Buffalo Terrace_
Address

_H        T       77019_
City      State      Zip      E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for : _arraignment_ on the _18_ day of _November_, 20 _10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _26_ day of _October_, 20 _10_

Judge Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**MATTHEW YOUNG**

SPN: **2522369**
DOB:
DATE PREPARED: **12/20/2010**

D.A. LOG NUMBER:**1684903**
CJIS TRACKING NO.: **916594674XA002**

BY:  DA NO: **2268150** AGENCY:**HOUSTON POLICE DEPARTMENT**
O/R NO: **004886210S**
ARREST DATE:

NCIC CODE: **111535**

RELATED CASES:

FELONY CHARGE: **AGG SEX ASSLT CHILD-UNDER 14**
CAUSE NO: **1281146**
HARRIS COUNTY DISTRICT COURT NO: **184**
FIRST SETTING DATE: **12/20/2010**

BAIL: **$30000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW DEWAYNE YOUNG,** hereafter styled the Defendant, heretofore on or about **January 1, 2008,** did then and there unlawfully, did then and there unlawfully intentionally and knowingly cause the penetration of the mouth of BRETTE LEGGETT, a person younger than fourteen years of age, with the sexual organ of the Defendant.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

337th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002517

CAUSE NO. 1280866                    CHARGE Agg Asslt-Deadly

THE STATE OF TEXAS                    351 DISTRICT COURT      Weapon

VS.                                   OF HARRIS COUNTY, TEXAS

Deshon C. Gilkey
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Deshon C. Gilkey (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Deshon C. Gilkey
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

**FILED**
Chris Daniel
District Clerk

MAY 26 2011

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 26 day of MAY, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐                R.P. SKIP CORNELIUS
**Phone Number**                              SBN 04831500
                                             2028 Buffalo Terrace
☐☐☐ - ☐☐☐ - ☐☐☐☐                Houston, Texas  77019
**Fax Number**                               Phone 713 237 8547
                                             Fax 713 528 0153

The Court further ORDERS the cause set for : NMP
on the 23 day of June, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 26 day of MAY, 20 11.

_____
**Judge Presiding**

Unofficial Copy Office of Harris County District Clerk

0002518

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **01084259** | D.A. LOG NUMBER:**1683939**<br>CJIS TRACKING NO.:**9165905695-A001** |
| **DESHON CHANTEZ GILKEY** | SPN:<br>DOB:<br>DATE PREPARED: **10/8/2010** | BY: **CM** DA NO: **002396618**<br>AGENCY:**HCSO**<br>O/R NO: **HC100139681**<br>ARREST DATE: **10-8-10** |

**NCIC CODE: 1301 19**        RELATED CASES:

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:                                                        **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:        **1280866**        PRIOR CAUSE NO:
FIRST SETTING DATE:                **351**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESHON CHANTEZ GILKEY**, hereafter styled the Defendant, heretofore on or about **OCTOBER 8, 2010**, did then and there unlawfully, intentionally and knowingly cause bodily injury to JOSEPH LEE by using a deadly weapon, namely, A GLASS BOTTLE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MAY 4, 1997, in Cause Number 0746283, in the 337TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0746283 was final, the Defendant committed the felony of FELON IN POSSESSION OF A WEAPON and was finally convicted of that offense on FEBRUARY 26, 2007, in Cause Number 1105766, in the 338TH DISTRICT COURT of HARRIS County, Texas.

```
F I L E D
Loren Jackson
District Clerk

DEC 1 5 2010

Time:_____ Harris County, Texas
By_____ Deputy
```

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                                        **338th**

David A Linison

---
FOREMAN OF THE GRAND JURY

                INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2519

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS

**228** DISTRICT COURT

VS

Brian Fairchild

OF HARRIS COUNTY, TEXAS

_____

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Brian Fairchild _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

✓ Brian Fairchild _____

Defendant

☒ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

Deputy District Clerk
Harris County, Texas

FILED
Loren Jackson
District Clerk

DEC 08 2010

Time: _____
Harris County, Texas
_____ Deputy

## ORDER APPOINTING COUNSEL

On this, the **8** day of _____DEC_____, 20**10**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius

Attorney

2028 Buffalo Terrace

Address

H  T  77019

City          State          Zip          E-Mail Address

Case in GJ

04831540

Bar Card/SPN Number

713 - 237 - 8547

Phone Number

713 - 528 - 0153

Fax Number

The Court further ORDERS the cause set for : _____

on the **4** day of ___Jan___, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of ___December___, 20____

_____

Judge Presiding

1-4-11

8.30 am

0002520

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **02309158** | D.A. LOG NUMBER:**1682830**<br>CJIS TRACKING NO.:**9165894944-A001** |
| **BRIAN LYNN FAIRCHILD** | SPN:<br>DOB:<br>DATE PREPARED: **10/5/2010** | BY: **CS** DA NO: **071759400**<br>AGENCY:**HPD**<br>O/R NO: **141351310**<br>ARREST DATE: **10/04/2010** |

NCIC CODE: **5599 04**        RELATED CASES: **WUYTS-F, SOMMERFIELD-M**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1280414**
FIRST SETTING DATE:        **228**

BAIL: **$5,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**BRIAN LYNN FAIRCHILD**, hereafter styled the Defendant, heretofore on or about **OCTOBER 4, 2010**, did then and there unlawfully,
intentionally and knowingly possess a controlled substance, namely, METHAMPHETAMINE, weighing less than one gram by aggregate weight,
including any adulterants and dilutants.

**FILED**
Loren Jackson
District Clerk

DEC 0 7 2010

Time: _____
Harris County, Texas
By _____
Deputy

Foreman        **248th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002521

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS

_____ DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

_Raymond Richardson,_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _Raymond Richardson_ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_Raymond F Richardson_,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 200___.

_____,

**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Loren Jackson
District Clerk
OCT 1 3 2010
Time: _____
Harris County, Texas
By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the _13_ day of _OCT_, 20_10_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_RP CORNELIUS_

**Attorney**

_2028 Buffalo Terrace_

**Address**

_H        T   77019_

**City**          **State**       **Zip**          **E-Mail Address**

_0 4 8 3 1 5 0 0_

**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_

**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_

**Fax Number**

The Court further ORDERS the cause set for : _OCT 25, 2010_

on the _____ day of _____, 200___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _OCT 1 3 2010_, 200___.

_____,

**Judge Presiding**

0002522

THE STATE OF TEXAS
VS.
**RAYMOND RICHARDSON**

SPN: **00563410**
DOB:
DATE PREPARED: **10/13/2010**

D.A. LOG NUMBER:**1685007**
CJIS TRACKING NO.: **9163480166A002**

BY: **DEC** DA NO: **2278125**
AGENCY:**HARRIS COUNTY D. A.**
O/R NO: **HCSO08124201**
ARREST DATE: **10/12/2010**

NCIC CODE: **111522**

RELATED CASES:

FELONY CHARGE: **SEXUAL ASSAULT**
CAUSE NO: **1281238**
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE:

BAIL: **$ NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RAYMOND TODD RICHARDSON**, hereafter styled the Defendant, heretofore on or about **October 4, 2008**, did then and there unlawfully, intentionally and knowingly cause the penetration of the ANUS of ADRIAN JACKSON, hereinafter called the Complainant, by placing HIS SEXUAL ORGAN in the ANUS of the Complainant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by threatening to use force and violence against the Complainant, and the Complainant believed that the Defendant had the present ability to execute the threat.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 15, 1989, in Cause Number 0545649, in the 232nd DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of THEFT.

Before the commission of the primary offense and after the conviction in Cause Number 0545649 was final, the Defendant committed the felony of UNAUTHORIZED USE OF A MOTOR VECHILE and was finally convicted of that offense on AUGUST 25, 1992, in Cause Number 0634537, in the 180th DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Loren Jackson
District Clerk

OCT 1 4 2010

Time:
Harris County, Texas

By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    **208th**

*[signature]*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002523

CAUSE NO. _1281278_                    CHARGE _Agg Sex Asslt_

                                       _185th_ DISTRICT COURT

THE STATE OF TEXAS

VS.                                    OF HARRIS COUNTY, TEXAS

_Henry Price, Jr._

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _Henry Price, Jr._ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

                                       (X) _Henry Price Jr._
                                       Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                       _____
                                       Witness

F I L E D
Loren Jackson
District Clerk

OCT 25 2010

Time: _____ Harris County, Texas

By _____ Deputy

Sworn to and subscribed before me on this, the _25th_ day of _Oct_, 20_10_.

                                       _____
                                       **Deputy District Clerk**
                                       **Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _25th_ day of _Oct_, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R P Cornelius_
**Attorney**

_7078 Buffalo Terrace_
**Address**

_H T 77019_
**City**        **State**        **Zip**        **E-Mail Address**

_0 4 8 3 1 8 4 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _1_ day of _November_, 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _25_ day of _Oct_, 20_10_.

                                       _____
                                       **Judge Presiding**

DA —                    DISTRICT CLERK                    0002524

THE STATE OF TEXAS

VS.

**HENRY PRICE JR.**

SPN: **00468244**
DOB:
DATE PREPARED: **10-11-10**

D.A. LOG NUMBER:**1598807**
CJIS TRACKING NO.:**9165020782-A001**

BY: **rb DA NO: 068910750**
AGENCY:**HPD**
O/R NO: **170881909E**
ARREST DATE:

NCIC CODE: **1199 02**                    RELATED CASES:

FELONY CHARGE: **AGGRAVATED SEXUAL ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **HENRY PRICE JR.**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 23, 2009**, did then and there unlawfully, intentionally and knowingly cause the penetration of the ANUS of HELENE REAT, hereinafter called the Complainant, a PERSON OF AT LEAST SIXTY-FIVE YEARS OF AGE, by placing HIS SEXUAL ORGAN in the ANUS of the Complainant, without the effective consent of the Complainant, namely THE DEFENDANT COMPELLED THE COMPLAINANT TO SUBMIT AND PARTICIPATE BY THE USE OF PHYSICAL FORCE AND VIOLENCE.

Before the commission of the offense alleged above, on APRIL 11, 1983, in Cause Number 0361621, in the 177th District Court of Harris County, Texas, the Defendant was finally convicted of the felony of INDECENCY WITH A CHILD.

**FILED**
Loren Jackson
District Clerk

OCT 1 2 2010

Time: _____ Harris County, Texas

By _____ Deputy

Foreman                    **209th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

0002525

CAUSE NO. _120K561_    CHARGE _Murder_

THE STATE OF TEXAS

VS.    _171_ **DISTRICT COURT**

OF HARRIS COUNTY, TEXAS

_Clyde Bradford_ ,
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Clyde Bradford_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(X) _Clyde Bradford_ ,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
**Witness**

Sworn to and subscribed before me on this, the _18_ day of _October_ , 20_10_

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Loren Jackson
District Clerk

OCT 1 8 2010

Time: _____
Harris County, Texas

By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the _18_ day of _October_ , 20_10_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelius_
**Attorney**

_7011 Buffalo Terrace_
**Address**

_H    T    77019_
**City**    **State**    **Zip**    **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Phone Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Fax Number**

The Court further ORDERS the cause set for : _Arrg._
on the _16_ day of _November_ , 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _18_ day of _October_ , 20_10_

_____
**Judge Presiding**

0002526

DISTRICT CLERK

THE STATE OF TEXAS
VS.                                    **02497939**

**CLYDE EUGENE BRADFORD**        SPN:
                                 DOB:
                                 DATE PREPARED: 10/14/2010

D.A. LOG NUMBER:**1686072**
CJIS TRACKING NO.:**9165927532-A001**

BY: **RZ** DA NO: **051617700**
AGENCY:**HPD**
O/R NO: **143564310**
ARREST DATE: **10-014-2010**

**NCIC CODE: 0903 20**            RELATED CASES:

FELONY CHARGE: **MURDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:                  **1281569**
                                     **177**

**BAIL: $100,000**
PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLYDE EUGENE BRADFORD,** hereafter styled the Defendant, heretofore on or about **OCTOBER 9, 2010,** did then and there unlawfully, intentionally and knowingly cause the death of JAMES CLACKS, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A FIREARM.

It is further presented that in Harris County, Texas, CLYDE EUGENE BRADFORD, hereinafter styled the Defendant, heretofore on or about OCTOBER 9, 2010, did then and there unlawfully intend to cause serious bodily injury to JAMES CLACKS, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely BY SHOOTING THE COMPLAINANT WITH A FIREARM.

**Foreman**                           **248th**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

CAUSE NO. 1281626                                CHARGE PCS

THE STATE OF TEXAS                               35 DISTRICT COURT

VS.                                              OF HARRIS COUNTY, TEXAS

John Valencia
**Defendant**

## TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ J. Valencia _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

John Valencia
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

MAY 26 2011

Time: _____
By _____ Harris County, Texas
        Deputy

## ORDER APPOINTING COUNSEL

On this, the 26 day of May, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R Cornecci
**Attorney**

2028 Buffalo Terrace
**Address**

U    T    77019
**City**     **State**     **Zip**                **E-Mail Address**

0 4 8 3 7 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 6 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 3 3
**Fax Number**

The Court further ORDERS the cause set for : _____
on the 17 day of June, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 26 day of MAY, 20 11.

_____
**Judge Presiding**

0002528

THE STATE OF TEXAS
VS.

**JOHN JOE VALENCIA**

SPN: **01713498**
DOB:
DATE PREPARED: **12/7/2010**

D.A. LOG NUMBER:**1686226**
CJIS TRACKING NO.:**9165929608-A001**

BY: **CM** DA NO: **057703100**
AGENCY:**HPD**
O/R NO: **146250810S**
ARREST DATE: **10 15 10**

NCIC CODE: **5599 04**

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO: **1281626**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE:

BAIL: **$5,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN JOE VALENCIA,** hereafter styled the Defendant, heretofore on or about **OCTOBER 15, 2010,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

FILED
Loren Jackson
District Clerk

DEC 0 7 2010

Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

**263rd**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002529

CAUSE NO. 1281998                 CHARGE _MAJ/THEFT_

THE STATE OF TEXAS                351 DISTRICT COURT

VS.                               OF HARRIS COUNTY, TEXAS

_Ramiro Ruiz_
**Defendant**

DISM                    [handwritten]

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ _R Ruiz_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Ramiro Ruiz_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk
SEP 19 2012
Time: _____
Harris County, Texas
_____ Deputy

Unofficial Copy Office of Harris County District Clerk

## ORDER APPOINTING COUNSEL

On this, the _____ day of _SEP 1 9 2012_, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | |
|---|---|---|---|---|

**Bar Card/SPN Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _SEP 1 9 2012_, 20____.

_____
**Judge Presiding**

0002530

THE STATE OF TEXAS
VS.

**RAMIRO RUIZ**

**02523467**

D.A. LOG NUMBER:**1687287**
CJIS TRACKING NO.:

SPN:
DOB:
DATE PREPARED: **10/18/2010**

BY: **RZ** DA NO: **069051500**
AGENCY:**HFAD**
O/R NO: **101009**
ARREST DATE: **TO BE**

NCIC CODE: **2300 75**

RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1281978**
**351**

BAIL: **$2,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RAMIRO RUIZ**, hereafter styled the Defendant, heretofore on or about **OCTOBER 16, 2010**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, A COMPUTER, DJ MIXER, ONE AMPLIFIER AND FIFTY COMPACT DISCS owned by RAUL RIVERA, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**FILED**
Chris Daniel
District Clerk

JAN 24 2011
1300
Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                232nd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002531

CAUSE NO. 1282083          CHARGE 30 H (X2)

THE STATE OF TEXAS                    208 DISTRICT COURT

VS.                          OF HARRIS COUNTY, TEXAS

Leonard Campbell

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)  Wheel - over limit

☒ Leonard Campbell (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Leonard Campbell

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the 29 day of OCT, 20 10.

**FILED**
Loren Jackson
District Clerk

OCT 29 2010

Deputy District Clerk
Harris County, Texas

Memo: Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of Oct, 20 10, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P Skip Cornelius

**Attorney**

2028 Buffalo Terrace

**Address**

_____ T 77019

**City**          **State**     **Zip**       **E-Mail Address**

0 4 8 3 1 5 4 0

**Bar Card/SPN Number**

7 1 7 - 2 3 7 - 8 8 4 7      713 237 8547

**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3      713 528 0153

**Fax Number**

The Court further ORDERS the cause set for :

on the 3rd day of Dec, 20 10 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of Oct, 20 10.

**Judge Presiding**

THE STATE OF TEXAS
VS.

**LEONARD KEITH CAMPBELL**

**00693276**

D.A. LOG NUMBER:**1687469**
CJIS TRACKING NO.:**9165942256-A002**

SPN:
DOB:
DATE PREPARED: **10/19/2010**

BY: **SC** DA NO: **002311840**
AGENCY:**HPD**
O/R NO: **147987210O**
ARREST DATE: **10/18/10**

**NCIC CODE: 2202 05**          **RELATED CASES: SAME DEF. - FELONY**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1282084**
FIRST SETTING DATE:          **208**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LEONARD KEITH CAMPBELL,** hereafter styled the Defendant, heretofore on or about **OCTOBER 18, 2010,** did then and there unlawfully, with intent to commit theft, enter a habitation owned by BRENT SZTRIK, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JANUARY 5, 1990, in Cause Number 536571, in the 209TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 536571 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on SEPTEMBER 17, 1998, in Cause Number 777631, in the 184TH DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FILED
Loren Jackson
District Clerk
DEC 08 2010
Harris County, Texas
By _____ Deputy
Time: _____

337th

Foreman

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002533

CAUSE NO. _1282123_          CHARGE _Murder_

THE STATE OF TEXAS

VS          _177_ **DISTRICT COURT**

OF HARRIS COUNTY, TEXAS

_Tedric Culclager_
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Tedric Culclager_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X_ _____ ,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _21_ day of _October_ , 20_10_

_Chrystin Patt_
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Loren Jackson
District Clerk

OCT 2 1 2010

Time: _____
Harris County, Texas
By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the _21_ day of _October_ , 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H___          _T___     _77019_
**City**          **State**     **Zip**          **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _Arra___
on the _1__ day of _Nov__ , 20_10_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _21_ day of _October_ , 20_10_

_____
**Judge Presiding**

0002534

THE STATE OF TEXAS
VS.
**TREDRIC MARQUIS CULCLAGER**

**02523742**

SPN:
DOB:
DATE PREPARED: **10/19/2010**

D.A. LOG NUMBER:**1687694**
CJIS TRACKING NO.: **9165944194-A001**

BY: **AA** DA NO: **001638714** AGENCY:**HCSO**
O/R NO: **HC10144954**
ARREST DATE: **10-19-10**

NCIC CODE: **0903 20**

RELATED CASES:

FELONY CHARGE: **MURDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

BAIL: **$100,000**
PRIOR CAUSE NO:

**1282123**
**177**

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TREDRIC MARQUIS CULCLAGER**, hereafter styled the Defendant, heretofore on or about **OCTOBER 18, 2010**, did then and there unlawfully, intentionally and knowingly cause the death of CARMELLA COLEMAN, hereinafter called the Complainant, by STABBING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY A KNIFE.

It is further presented that in Harris County, Texas, TREDRIC MARQUIS CULCLAGER, hereinafter styled the Defendant, heretofore on or about OCTOBER 18, 2010, did then and there unlawfully intend to cause serious bodily injury to CARMELLA COLEMAN, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely BY STABBING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY A KNIFE.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**263rd**

Steven X. Foxwell

FOREMAN OF THE GRAND JURY

**INDICTMENT**

CAUSE NO. 1283185    CHARGE MAJ Theft

THE STATE OF TEXAS    338 DISTRICT COURT

VS.    OF HARRIS COUNTY, TEXAS

Charles Chilcutt

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk
AUG 19 2011
Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 19 day of Aug , 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R SKIP CORNELIUS

**Attorney**

2028 Buffalo Terra

**Address**

**City** ___ **State** ___ **Zip** 77019    **E-Mail Address**

0 4 8 3 1 3 0 0

**Bar Card/SPN Number**

7 13 - 237 - 8547

**Phone Number**

7 13 - 526 - 0103

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 19 day of Aug , 2011

_____
**Judge Presiding**

0002536

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01492203** | D.A. LOG NUMBER:**1690238** |
| VS. | | CJIS TRACKING NO.: |
| **CHARLES CHILCUTT** | SPN: | BY: **HR** DA NO: **002334355** |
| | DOB: | AGENCY:**HCSO** |
| | DATE PREPARED: **10/27/2010** | O/R NO: **100141304** |
| | | ARREST DATE: **TOBE** |

NCIC CODE: **2300 75**          RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:                                                          **BAIL: $5000**
HARRIS COUNTY DISTRICT COURT NO:          **1283183**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                       **338**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHARLES CHILCUTT**, hereafter styled the Defendant, heretofore on or about **OCTOBER 11, 2010**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, THREE RINGS owned by STACY ALTHOUSE, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**FILED**
Loren Jackson
District Clerk

NOV 2 2 2010

Time: _____
          Harris County, Texas
By _____
          Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                                    **337th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002537

CAUSE NO. _1284004_   CHARGE _Agg Robbery Threats_

THE STATE OF TEXAS   _185th_ DISTRICT COURT

VS.   OF HARRIS COUNTY, TEXAS

_Chalyn Stewart_

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ _Chalyn Stewart_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Chalyn Stewart_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _5th_ day of _April_, 20 _11_.

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

APR 05 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _5th_ day of _April_, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

_____
**Bar Card/SPN Number**

_____
**Phone Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

_____
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _5th_ day of _April_, 20 _11_.

_____
**Judge Presiding**

DA _____

DISTRICT CLERK

0002538

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02526184** | D.A. LOG NUMBER:**1692219** |
| VS. | | CJIS TRACKING NO.: |
| **CHALYN STEWART** | SPN: | BY: **HR** DA NO: **002311840** |
| | DOB: | AGENCY:**HCSO** |
| | DATE PREPARED: **11/3/2010** | O/R NO: **HC100150675** |
| | | ARREST DATE: **TOBE** |

NCIC CODE: **1205 02**      RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO:                                                        BAIL: **$10000**
HARRIS COUNTY DISTRICT COURT NO:      **1284004**      PRIOR CAUSE NO:
FIRST SETTING DATE:                              **185**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHALYN STEWART**, hereafter styled the Defendant, heretofore on or about **OCTOBER 30, 2010**, did then and there unlawfully, while in the course of committing theft of property owned by TREVOR DAVID, hereafter styled the Complainant, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place the Complainant in fear of imminent bodily injury and death, by THREATENING THE COMPLAINANT WITH AN UNKNOWN OBJECT.

F I L E D
Chris Daniel
District Clerk
JAN 1 0 2011
Harris County, Texas
Time: _____
By _____ Deputy

**337th**

Foreman

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002539

CAUSE NO. 1285192                    CHARGE PCS 4-200g

THE STATE OF TEXAS                   177 DISTRICT COURT

VS.                                  OF HARRIS COUNTY, TEXAS

Charles Dees                         ,
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Charles Dees _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 15 day of Nov , 20 10

**FILED**
Loren Jackson
District Clerk

NOV 15 2010

Time: _____
Harris County, Texas

By _____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 15 day of Nov , 20 10 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City          State          Zip**          **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-8547
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : Arrg .

on the 21 day of December , 20 10 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of Nov , 20 10

_____
**Judge Presiding**

0002540

DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01882928** | D.A. LOG NUMBER:**1695364** |
| VS. | | CJIS TRACKING NO.:**9166024587-A001** |
| **CHARLES ELLIUM DEES** | SPN: | BY: **YT** DA NO: **056144050** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **11/13/2010** | O/R NO: **159992510Z** |
| | | ARREST DATE: **11/12/10** |

NCIC CODE: **5599 06**        RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:                                                   **BAIL: $30,000**
HARRIS COUNTY DISTRICT COURT NO:        **1285192**        PRIOR CAUSE NO:
FIRST SETTING DATE:                                **177ᵀᴴ**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHARLES ELLIUM DEES**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 12, 2010**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, PHENCYCLIDINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on APRIL 8, 2005, in Cause No. 1010535, in the 338TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

F I L E D
Loren Jackson
District Clerk

NOV 2 3 2010

Time: _____
Harris County Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                **263rd**

Steven X. Howell

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002541

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. _128581 4_    CHARGE _PCS_

THE STATE OF TEXAS

_177_ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

_Ashley Trimont_
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Ashley Trimont_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(X) _Ashley Trimont_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _19_ day of _Nov_, 200_0_.

_Boykin Catt_
**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Loren Jackson
District Clerk

NOV 1 9 2010

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _19_ day of _Nov_, 200_0_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H          T   77019_
**City                State              Zip**        **E-Mail Address**

_04831500_
**Bar Card/SPN Number**

_713 - 237 - 8547_
**Phone Number**

_713 - 528 - 0153_
**Fax Number**

The Court further ORDERS the cause set for : _Arrg_ on the _6_ day of _January_, 200_1_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _19_ day of _Nov_, 200_0_.

_____
**Judge Presiding**

Unofficial Copy Document of Maria Burgess District Clerk

0002542

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**ASHLEY TRIMONT**

**02412444**

SPN:
DOB:
DATE PREPARED: **11/18/2010**

D.A. LOG NUMBER:**1696995**
CJIS TRACKING NO.:**9166040833-A001**

BY: **SC** DA NO: **068910750**
AGENCY:**HPD**
O/R NO: **162333810M**
ARREST DATE: **11/18/10**

NCIC CODE: **5599 05**          RELATED CASES: **D. BUTLER - FELONY**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:                                **1285814**
HARRIS COUNTY DISTRICT COURT NO:         **177**
FIRST SETTING DATE:

BAIL: **$5,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ASHLEY TRIMONT**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 18, 2010**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

F I L E D
Loren Jackson
District Clerk

DEC 1 7 2010

Time:_____ Harris County, Texas
BY_____ Deputy

**Foreman**          **338th**

David A Zinison.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002543

CAUSE NO. _____        CHARGE _____

THE STATE OF TEXAS

VS                               _____ DISTRICT COURT

Defendant                        OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

Loren Jackson
District Clerk

DEC 2 0 2010

Time: _____              **Deputy District Clerk**
                                    **Harris County, Texas**
By _____
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____  **State** _____  **Zip** _____    **E-Mail Address** _____

**Bar Card/SPN Number**
☐☐☐☐☐☐☐☐

**Phone Number**
☐☐☐-☐☐☐-☐☐☐☐

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**
☐☐☐-☐☐☐-☐☐☐☐

The Court further ORDERS the cause set for ;
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20___

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002544

THE STATE OF TEXAS
VS.

**02317794**

D.A. LOG NUMBER:**1700391**
CJIS TRACKING NO.:**9166076617-A001**

**LE-CHARLES BRYANT**

SPN:
DOB:
DATE PREPARED: **11/30/2010**

BY: **RZ** DA NO: **001978003**
AGENCY:**HPD**
O/R NO: **167438710X**
ARREST DATE: **11-29-2010**

**NCIC CODE: 1204 04**

**RELATED CASES: EWING-F**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1287026**
**174**

**BAIL: $30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LE-CHARLES BRYANT**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 29, 2010**, did then and there unlawfully, while in the course of committing theft of property owned by YADIRA RIVAS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place YADIRA RIVAS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

FILED
Chris Daniel
District Clerk

FEB 0 2 2011

Time:
By
Harris County
Deputy

Foreman

**338th**

David A Linison

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

0002545

CAUSE NO. _____   CHARGE _____

228

THE STATE OF TEXAS

vs. Floyd Edward Coleman

_____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Floyd Coleman _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney. WANTS TO HIRE

_Floyd E Col_ _____
                              Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
                              Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**FILED**
Loren Jackson
District Clerk

DEC 07 2010

Time: _____
Harris County, Texas

By _____
     Deputy

**Deputy District Clerk**
**Harris County, Texas**

**ORDER APPOINTING COUNSEL**

On this, the ___7___ day of _DEC_ _____, 20_10_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** 2028 Buffalo Terrace

**City** ___ **State** T **Zip** 77019

**E-Mail Address** _____

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for ;
on the _27_ day of _January_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _____ day of _DEC_ _____, 20___.

_____
**Judge Presiding**

1-27-11
8:30 AM

Unofficial Copy Office of Marilyn Burgess District Clerk

0002546

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**FLOYD EDWARD COLEMAN, JR.**

SPN: **02531693**
DOB:
DATE PREPARED: **2/3/2011**

D.A. LOG NUMBER:**1702353**
CJIS TRACKING NO.:**9166097606-A001**

BY: **LM**  DA NO: **050785416**
AGENCY:**HCCO 5**
O/R NO: **100168064**
ARREST DATE: **12 06 10**

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO: **1287718**
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE:

**BAIL: $30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **FLOYD EDWARD COLEMAN, JR.**, hereafter styled the Defendant, heretofore on or about **DECEMBER 5, 2010**, did then and there unlawfully, intentionally and knowingly threaten VIKKI COLEMAN, a member of the Defendant's family, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

339 CF

**INDICTMENT**

0002547

CAUSE NO. *1287853*
*1287854*

CHARGE *Del. Mari.*

THE STATE OF TEXAS

/185th DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

*Kyle Bryant*

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ *Kyle Bryant* _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

*x Kyle Bryant*
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the 4th day of _April_, 20 11.

**F I L E D**
Chris Daniel
District Clerk

APR - 4 2011

Time: _____
Harris County, Texas
By _____ Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 4th day of _April_, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number** [ ][ ][ ][ ][ ][ ][ ]

**Phone Number** [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

**Fax Number** [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20 ____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4th day of _April_, 20 11.

_____
**Judge Presiding**

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

0002548

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**KYLE  BRYANT**

SPN: **02044836**
DOB:
DATE PREPARED: **1/21/2011**

D.A. LOG NUMBER:**1694506**
CJIS TRACKING NO.:

BY: **CM**  DA NO: **002333887**
AGENCY:**HPD**
O/R NO: **158569810U**
ARREST DATE: **TO BE**

NCIC CODE: **3560 17**

RELATED CASES: **SAME DEF-F  F. CHEVIS-CRT. 185TH  D. CLIFTON-CRT.
185TH**

FELONY CHARGE:  **DELIVERY OF MARIHUANA**
CAUSE NO: **1287853**
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$10,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KYLE BRYANT**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 9, 2010**, did then and there unlawfully, intentionally and
knowingly deliver by actual transfer more than one-fourth ounce and less than five pounds of marihuana to C. W. JONES.

It is further presented that in Harris County, Texas, KYLE BRYANT, hereafter styled the Defendant, heretofore on or about NOVEMBER 9,
2010, did then and there unlawfully, intentionally and knowingly deliver by constructive transfer more than one-fourth ounce and less than five
pounds of marihuana to C. W. JONES.

It is further presented that in Harris County, Texas, KYLE BRYANT, hereafter styled the Defendant, heretofore on or about NOVEMBER 9,
2010, did then and there unlawfully, intentionally and knowingly deliver by offering to sell more than one-fourth ounce and less than five pounds
of marihuana to C. W. JONES.

**FILED**
Chris Daniel
District Clerk

JAN 24 2011

Harris County, Texas

**337th**

Time:

By

Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002549

CAUSE NO. _____

1168142

THE STATE OF TEXAS

vs.

Tevlon J. Campbell

**Defendant**

TEVLON CAMPBELL

CHARGE _____ PCS

228  MAJ

_____ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Tevlon Campbell _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

TEVLON CAMPBELL

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

FILED
Loren Jackson
District Clerk
DEC 13 2010
Harris County, Texas
Time: _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ Dec _____, 20 10, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

H  T  77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____ on the _____ day of _____ January _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ Dec _____, 20 10

_____
**Judge Presiding**

Docket
Call
830AM

1-26-11
8.30Am      C10 File MAJ

0002550

**DISTRICT CLERK**

THE STATE OF TEXAS                    **01860989**          D.A. LOG NUMBER:**1704143**
VS.                                                         CJIS TRACKING NO.:**9166114624-A001**

**TEVLON JOHN CAMPBELL**       SPN:                        BY: **VF** DA NO: **002198468**
                               DOB:                        AGENCY:**HCSO**
                               DATE PREPARED: **12/11/2010**   O/R NO: **HC100170643**
                                                           ARREST DATE: **12 11 10**

NCIC CODE: **5599 06**                RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:                                                  BAIL: **$10,000**
HARRIS COUNTY DISTRICT COURT NO:      **1288400**          PRIOR CAUSE NO:
FIRST SETTING DATE:                   **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TEVLON JOHN CAMPBELL,** hereafter styled the Defendant, heretofore on or about **DECEMBER 11, 2010,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

FEB 1 6 2011

Time: 1730
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Asst. Foreman**          **176th**

John French,

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002551

CAUSE NO. _1288489_          CHARGE _MAJ Evad Arrest_

THE STATE OF TEXAS          §          _174th_ DISTRICT COURT

VS.          §          OF

_Oscar Ponce_          §          HARRIS COUNTY, TEXAS
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

_Oscar Ponce_ (name), ☒ the DEFENDANT ☐ a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _1st_ day of _May_, 20_13_, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____
Attorney/Assistant Public Defender Assigned by HCPD

_____
Address

_____
City          State          Zip

_____
SPN Number

R.P. SKIP CORNELIUS
E-Mail Address SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone Number Phone 713 237 8547
Fax 713 528 0153

_____
Fax Number

_____
Bar Number

The Court further ORDERS the cause set for: _MAJH_

On the _30th_ day of _May_, 20_13_ at _8:30_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _1st_ day of _May_, 20_13_

_____
Judge Presiding

☐ The State has offered or   ☐ The State and Defense agree as follows:

_____
Defense Attorney (Initials) _____   Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense      ☐ Operation of Law      ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness   ☐ Not Indicted

☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☐ Other _____

☐ D.A. to Reindict   ☐ File Unavailable   ☐ Refer to _____

☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation   ☐ Restitution Info
          _____ 21 Day _____ Full

☐ Defendant On Call   ☐ No Tape/Lab   ☐ To Hire Attorney

☐ Defendant to Consider Offer   ☐ No Offense Report

5/2/12
0002552

DISTRICT CLERK

Unofficial copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**OSCAR DANIEL PONCE**

**02532854**

D.A. LOG NUMBER:**1704450**
CJIS TRACKING NO.:**9166118050-A001**

SPN:
DOB:
DATE PREPARED: **12/12/2010**

BY: **PW** DA NO: **002215011**
AGENCY:**HPD**
O/R NO: **173213710B**
ARREST DATE: **12/12/10**

**NCIC CODE: 4801 22**

RELATED CASES:

FELONY CHARGE: **EVADING ARREST**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1288489**
FIRST SETTING DATE: **174**

BAIL: **$2,000.00**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **OSCAR DANIEL PONCE**, hereafter styled the Defendant, heretofore on or about **DECEMBER 12, 2010**, did then and there unlawfully, intentionally flee from M. ROCCHI , hereafter styled the Complainant, a peace officer employed by THE CITY OF HOUSTON POLICE DEPARTMENT, lawfully attempting to ARREST the Defendant, and the Defendant knew that the Complainant was a peace officer attempting to ARREST the Defendant, and the Defendant used a motor vehicle while he was in flight.

FILED
Chris Daniel
District Clerk

FEB 01 2011

Harris County, Texas

Deputy

Time:

By

Foreman

248th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002553

CAUSE NO. _128868_

CHARGE _Agg Sex Asslt/Child_

THE STATE OF TEXAS

_1854th_ DISTRICT COURT

VS.

_Esmai Kyet_

OF HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Esmai Kyet_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _5th_ day of _April_, 20 _11_.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
APR 05 2011
Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _5_ day of _April_, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City            State            Zip

_____
E-Mail Address

Bar Card/SPN Number
| | | | | | | | |
Phone Number
| | | - | | | - | | | |
Fax Number
| | | - | | | - | | | |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _NTR/_
on the _6th_ day of _May_, 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _5th_ day of _April_, 20 _11_.

_____
Judge Presiding

0002554

THE STATE OF TEXAS

VS.

**ESMAI KYET**

D.A. LOG NUMBER:**1704972**

CJIS TRACKING NO.:

SPN: **02533147**
DOB:
DATE PREPARED: **3-21-11**

BY: **rb** DA NO: **002197877**
AGENCY:**HPD**
O/R NO: **127944910Z**
ARREST DATE:

NCIC CODE: **1115 34**

RELATED CASES:

FELONY CHARGE: **AGGRAVATED SEXUAL ASAULT OF A CHILD 14-17 YEARS OF AGE**
CAUSE NO: **1288687**
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$20,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ESMAI KYET**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 4, 2010**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of BOAT SOUL, hereinafter called the Complainant, a person younger than seventeen years of age to contact the SEXUAL ORGAN of THE DEFENDANT, and in the course of the same criminal episode, the Defendant used and exhibited a deadly weapon, namely a KNIFE.

**F I L E D**
Chris Daniel
District Clerk
MAR 2 2 2011
Time:
By:

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**174th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2555

CAUSE NO. 1288718     CHARGE _____ (F1)

THE STATE OF TEXAS                    351 DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

Christopher Wilkins

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

_____ C. Wilkins _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Christopher Wilkins
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____ DEC 16 2010, 20___.

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Loren Jackson
District Clerk

DEC 16 2010

Time: _____
Harris County
_____ Deputy
By _____

## ORDER APPOINTING COUNSEL

On this the 16 day of _____ DEC _____, 20 10, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius
**Attorney**

2028 Buffalo Texas
**Address**

H T 77019
**City          State          Zip          E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : Arry
on the 28 day of January, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of DEC 16 2010 _____, 20___.

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002556

THE STATE OF TEXAS
VS.

**CHRISTOPHER CASH WILKINS**

SPN: **02433617**
DOB:
DATE PREPARED: **2/3/2011**

D.A. LOG NUMBER:**1704871**
CJIS TRACKING NO.:**9166122481-A001**

BY: **CM** DA NO: **002261480**
AGENCY:**HPD**
O/R NO: **173934310F**
ARREST DATE: **12 13 10**

NCIC CODE: **1204 04**

RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO: **1288718**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE:

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER CASH WILKINS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 13, 2010**, did then and there unlawfully, while in the course of committing theft of property owned by CHAZ ESPENSHEID, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place CHAZ ESPENSHEID in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

FEB 11 2011

Time:

By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002557

CAUSE NO. _____ 1288977

CHARGE _____

THE STATE OF TEXAS

VS.

Gregory Scott Jelks

**Defendant**

GREGORY SCOTT JELKS

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

228th DISTRICT COURT

OF HARRIS COUNTY, TEXAS

1288976
1288978    1288979

☐ Gregory S. Jelks _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Dismiss X ✓

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Docket
Call
8:30 AM

Sworn to and subscribed before me on this, the _____ day of _____, 200___.

FILED
Loren Jackson
District Clerk
DEC 17 2010
Time _____
Harris County, Texas
By _____ Deputy

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the ___ 17 day of ___ Dec _____, 200 D the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H       T    77019

**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0

**Bar Card/SPN Number**

D.A. Recommendation: _____

Defendant's Initials: _____

7 1 3 - 2 3 7 - 8 5 4 7

**Phone Number**

7 1 3 - 5 2 0 - 0 1 5 3

**Fax Number**

The Court further ORDERS the cause set for :     any

on the ___ 4 day of ___ January _____, 200 10 at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.     17    Dec                8:30 AM

Signed this _____ day of _____, 200 C

_____
**Judge Presiding**

1-4-11
8:30 AMS                Dismissing

DISTRICT CLERK

0002558

THE STATE OF TEXAS
VS.

**GREGORY SCOTT JELKS**          SPN: **01196079**
                                  DOB:
                                  DATE PREPARED: **2/1/2011**

D.A. LOG NUMBER:**1705679**
CJIS TRACKING NO.:**9166130700-A001**

BY: **LM**  DA NO: **002197869**
AGENCY:**HPD**
O/R NO: **174893910H**
ARREST DATE: **12 15 10**

NCIC CODE: **5599 48**          RELATED CASES: **CO DEFS: LINK, WILLIAMS, WALKER (FELS)**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: **1288977**                                    BAIL: **$30,000**
HARRIS COUNTY DISTRICT COURT NO: **228**                 PRIOR CAUSE NO:
FIRST SETTING DATE:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GREGORY SCOTT JELKS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 15, 2010**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE on or about DECEMBER 15, 2010, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIREARM, during the commission of said offense and during the immediate flight from said offense.

Before the commission of the offense alleged above, on APRIL 1, 1999, in Cause No. 0785574 , in the 174TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

FILED
Chris Daniel
District Clerk

FEB 02 2011
Time:
Harris County, Texas
By
Deputy

**Foreman**

338th
David A Linison

FOREMAN OF THE GRAND JURY

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**INDICTMENT**

0002559

CAUSE NO. _____ CHARGE _____

THE STATE OF TEXAS _____ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

vs.

_Frank, Tyler_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Frank Tyler_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Tyler_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the ____ day of _____, 20__

F I L E D

DEC 20 2010

Time: _____          Deputy District Clerk
                               Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the ____ day of _____, 20__ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney**

**Address**

**City**        **State**        **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the _24_ day of _January_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of _____, 20__

**Judge Presiding**

0002560

THE STATE OF TEXAS                     **02535227**              D.A. LOG NUMBER:**1705816**
VS.                                                              CJIS TRACKING NO.:**9166131863-A001**

**TYLER FRANK**                    SPN:                          BY: **SP** DA NO: **002268733**
                                   DOB:                          **AGENCY:HUMBLE PD**
                                   DATE PREPARED: **12/16/2010**  O/R NO: **10006864**
                                                                ARREST DATE: **12-16-2010**

NCIC CODE: **2202 05**              RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:                                                       **BAIL: $10000**
HARRIS COUNTY DISTRICT COURT NO:            **1289045**         PRIOR CAUSE NO:
FIRST SETTING DATE:                         **174**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TYLER FRANK**, hereafter styled the Defendant, heretofore on or about **DECEMBER 16, 2010**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by LUCY LOZANO, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**Foreman**                        248th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002561

CAUSE NO. _1289045_ _1289088_  CHARGE _Burg of Hab_ _A11_ _F14_ _Assh BI Pub Srv_

THE STATE OF TEXAS  _____ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

vs.
_Frank, Tyler_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Frank Tyler_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Tyler Pm_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _20_ day of _December_, 20_10_

**FILED**
Loren Jackson

DEC 20 2010

Time: _____
Harris County, Texas

By _____
Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _20_ day of _December_, 20_10_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____  **E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for : _____
on the _24_ day of _January_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _20_ day of _December_, 20_10_

**Judge Presiding**

0002562

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**TYLER FRANK**

**02535227**

SPN:
DOB:
DATE PREPARED: 12/17/2010

D.A. LOG NUMBER:**1705975**
CJIS TRACKING NO.:

BY: **CS** DA NO: **002158528**
AGENCY:**HCSO**
O/R NO: **10173604**
ARREST DATE: **12/17/2010**

**NCIC CODE: 1313 18**

RELATED CASES:

FELONY CHARGE: **ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1289088**
**174**

**BAIL: $5,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TYLER FRANK,** hereafter styled the Defendant, heretofore on or about **DECEMBER 17, 2010**, did then and there unlawfully, INTENTIONALLY and KNOWINGLY cause bodily injury to C. GORE, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: ESCORTING THE DEFENDANT IN A JAIL by STRIKING THE COMPLAINANT WITH HIS HAND.

**F I L E D**
Chris Daniel
District Clerk
FEB 01 2011

Time:
By

**Foreman**

**248th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002563

CAUSE NO. 1289119

CHARGE *Burg of Hab*

THE STATE OF TEXAS

174 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

*Bennings Troy*

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _*Bennings Troy*_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Troy Ben____ ,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the 20 day of _December_, 20 10

**FILED**
Loren Jackson
District Clerk

DEC 20 2010

Time: _____
Harris County Texas
By _____ Deputy

_____ ,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 20 day of _December_, 20 10 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

Bar Card/SPN Number
☐☐☐☐☐☐☐☐

Phone Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

Fax Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the 26 day of _January_, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this 20 day of _December_, 20 10

_____
**Judge Presiding**

0002564

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **02480523** | D.A. LOG NUMBER:**1706119**<br>CJIS TRACKING NO.:**9166135044-A001** |
| **TROY BENNINGS** | SPN:<br>DOB:<br>DATE PREPARED: **12/17/2010** | BY: **SP** DA NO: **002268733**<br>AGENCY:**HPD**<br>O/R NO: **175546010C**<br>ARREST DATE: **12-17-2010** |

**NCIC CODE: 2202 05**      **RELATED CASES: NIXON - 1F**

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:      **1289199**
FIRST SETTING DATE:      **174**

**BAIL: $10000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TROY BENNINGS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 17, 2010**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally enter a habitation owned by MARGARITA MENDOZA, a person having a greater right to possession of the habitation than the Defendant, and commit theft of ONE TELEVISION.

**F I L E D**
Chris Daniel
District Clerk

MAR 10 2011

Time: _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**      *351.*
*Terry a Jones*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002565

CAUSE NO. _____      CHARGE _____

THE STATE OF TEXAS

VS.

_Archer, Paul_      _____ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Archer, Paul_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**FILED**
District Clerk

DEC 2 0 2010

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____      E-Mail Address _____

Bar Card/SPN Number
| | | | | | | | |
|--|--|--|--|--|--|--|--|

Phone Number
| | | - | | | - | | | | |
|--|--|--|--|--|--|--|--|--|--|

R.P. SKIP **CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Fax Number

The Court further ORDERS the cause set for :

on the _28_ day of _January_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _20_ day of _December_, 20_10_.

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002566

THE STATE OF TEXAS      **02150667**      D.A. LOG NUMBER:1706210
VS.      CJIS TRACKING NO.:9166136245-A001

**PAUL ANTHONY ARCHER**      SPN:      BY: **TD** DA NO: 001863827
     DOB:      AGENCY:**HPD**
     DATE PREPARED: 12/17/2010      O/R NO: 175268010
     ARREST DATE: 12/17/2010

NCIC CODE: 2300 75      RELATED CASES: **SAME DEF: 1M 1F TOTAL**

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:      **1289228**      **BAIL: $15000**
FIRST SETTING DATE:      **174**<sup>th</sup>      PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PAUL ANTHONY ARCHER**, hereafter styled the Defendant, heretofore on or about **DECEMBER 17, 2010**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, ELEVEN MOTORS owned by JESSICA MIKESELL, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JULY 2, 2007, in Cause Number 1123123, in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on JULY 26, 2006, in Cause Number 1072958 in the 180TH District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

JAN 28 2011

Time: _____
Harris County, Texas
By _____
Deputy

**Foreman**      **263rd**

*Steven L. Howell*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002567

CAUSE NO. _1289314_          CHARGE _Crim Misch_

THE STATE OF TEXAS

_04_ **DISTRICT COURT**

**OF HARRIS COUNTY, TEXAS**

VS. _Rumley, Marvin_

**Defendant**

_LANKP_          _RS_

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Rumley Marvin_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _December_, 20_10_.

Loren Jackson
District Clerk

DEC 2 0 2010

Time: _____
Harris County, Texas

By _____

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _20_ day of _December_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _28_ day of _January_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _20_ day of _December_, 20_10_.

_____
**Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002568

THE STATE OF TEXAS
VS.

**MARVIN EARL RUMLEY, II**

**02090692**

SPN:
DOB:
DATE PREPARED: **12/18/2010**

D.A. LOG NUMBER:**1706458**
CJIS TRACKING NO.:**9166139082-A001**

BY: **AA**  DA NO: **002197675**
AGENCY:**HCSO**
O/R NO: **HC10174400**
ARREST DATE: **12-18-10**

NCIC CODE: **2901 23**

RELATED CASES:

FELONY CHARGE: **CRIMINAL MISCHIEF**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:                    **1289316**
FIRST SETTING DATE:                                        **174**

**BAIL: $5,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**MARVIN EARL RUMLEY, II,** hereafter styled the Defendant, heretofore on or about **DECEMBER 18, 2010**, did then and there unlawfully,
intentionally and knowingly DAMAGE tangible property, namely A MOTOR VEHICLE, owned by HEATHER MOSCO, a person having a
greater right to possession of the property than the defendant and hereafter styled the Complainant, without the effective consent of the
Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred  dollars
and under twenty thousand dollars, by STRIKING THE MOTOR VEHICLE WITH AN UNKNOWN OBJECT.

It is further presented that in Harris County, Texas, MARVIN EARL RUMLEY, II, hereafter styled the Defendant, heretofore on or about
DECEMBER 18, 2010, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely A MOTOR VEHICLE,
owned by HEATHER MOSCO, a person having a greater right to possession of the property than the defendant and hereafter styled the
Complainant, without the effective consent of the Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so
inflicted was over one thousand five hundred  dollars and under twenty thousand dollars, by STRIKING THE MOTOR VEHICLE WITH A
CLUB.

FILED
Chris Daniel
District Clerk

FEB 02 2011

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                                    **338th**

David A Linison

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002569

THE STATE OF TEXAS        **02536563.**        D.A. LOG NUMBER:**1708764**
VS.        CJIS TRACKING NO.:**9166163471-A001**

**MICHAEL RAY MORRIS**      SPN:        BY: **EG** DA NO: **001642011**

DOB:        AGENCY:**PPD**

DATE PREPARED: **12/27/2010**      O/R NO: **201031886**

ARREST DATE: **12-27-2010**

NCIC CODE: **0907 10**        RELATED CASES: **STINER-FEL**

FELONY CHARGE: **CAPITAL MURDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1290077**      **BAIL: $NO BOND**
FIRST SETTING DATE:        **177**      PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

*also known as Jayachandra Elaproln*

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL RAY MORRIS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 25, 2010**, did then and there unlawfully, while in the course of committing and attempting to commit the ROBBERY of JAYCHANDRIA ELAPROLU, intentionally cause the death of JAYCHANDRIA ELAPROLU by SHOOTING ~~THE COMPLAINANT~~ WITH A DEADLY WEAPON, NAMELY A FIREARM.

*also known as Jayachandra Elaproln*

*Jaychandria Elaproln also know as Jayachandra Elaprolu.*

IMAGED

FILED
Chris Daniel
District Clerk
MAR 3 0 2011

Foreman

176th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002570

CAUSE NO. _____1290357_____    CHARGE _____Burg Hab_____

1290358

THE STATE OF TEXAS    _____228th____ _____Burg Hab_____ DISTRICT COURT

VS.    OF HARRIS COUNTY, TEXAS

Michael Walker ,

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____Michael Walker_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Michael Walker

Defendant

☐ _____ (name), a ~~WITNESS~~ in the above styled and ~~numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.~~

Witness ,

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,
Deputy District Clerk
Harris County, Texas

**FILED**
Loren Jackson
District Clerk
FEB 14 2011

Time: _____
Harris County
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _FEB_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_2028 Battle Terrace_
Address

_Houston_ _TX_ _77019_
City    State    Zip    E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 8 | 2 | 8 | - | 0 | 1 | 3 | 3 |
Fax Number

The Court further ORDERS the cause set for :
on the _24_ day of _March_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _14_ day of _Feb_, 20_11_.

_____
Judge Presiding

3-24-11
8:30 am

| | | |
|---|---|---|
| THE STATE OF TEXAS | 02537129 | D.A. LOG NUMBER:1709440 |
| VS. | | CJIS TRACKING NO.: |
| **MICHAEL WALKER** | SPN: | BY: **HR** DA NO: 002129278 |
| | DOB: | AGENCY:**HCSO** |
| | DATE PREPARED: **12/30/2010** | O/R NO: **HC10167011** |
| | | ARREST DATE: **TOBE** |

NCIC CODE: **2202 05**   RELATED CASES: **CODEFS: COOPER & ROLLOCKS (FELS)**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:   **1290357**   BAIL: **$10000**
FIRST SETTING DATE:   **228**   PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL WALKER** , hereafter styled the Defendant, heretofore on or about **DECEMBER 3, 2010**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by CHRISTOPHER SHEM, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk
MAR 04 2011
Time:
Harris County, Texas
By:                    Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**   *R.G. Vargas*   **174th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

02572

CAUSE NO. ___1290357___     CHARGE _____

         1290358

**THE STATE OF TEXAS**

_228th_ _____ **DISTRICT COURT**

VS.

_Michael Walker_ ,

**Defendant**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Michael Walker_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Micahel Walker_

Defendant

☐ _____ (name), a ~~**WITNESS**~~ in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

**FILED**
Loren Jackson
District Clerk
FEB 14 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _FEB_ _____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelius_

**Attorney**

_2028 Buffalo Terrace_

**Address**

_____  _____  _____

**City**       **State**       **Zip**       **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 8 | 2 | 8 | - | 8 | 1 | 3 | 3 |

**Fax Number**

The Court further ORDERS the cause set for :

on the _24_ day of _March_ , 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _14_ day of _Feb_ _____, 20_11_.

_____

**Judge Presiding**

3-24-11
8.30am

8:30am
DO wt CA

RIP
tapes

Unofficial copy obtained from the archives of Marilyn Burgess, District Clerk

0002573

THE STATE OF TEXAS
VS.

**02537129**

D.A. LOG NUMBER:1709455
CJIS TRACKING NO.:

**MICHAEL WALKER**

SPN:
DOB:
DATE PREPARED: **12/30/2010**

BY: **HR** DA NO: 002215011
AGENCY:**HCSO**
O/R NO: **HC10166879**
ARREST DATE: **TOBE**

**NCIC CODE: 2202 05**

RELATED CASES: **CODEF: COOPER (F)**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1290358**
**228**

**BAIL: $10000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL WALKER**, hereafter styled the Defendant, heretofore on or about **DECEMBER 3, 2010**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by ROLAND CORONEL, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

F I L E D
Chris Daniel
District Clerk
MAR 04 2011
Harris County, Texas
Time
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**174th**

*R. Vargas*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

100225874

CAUSE NO. _1291773_      CHARGE _____

_208_ **DISTRICT COURT**

**THE STATE OF TEXAS**

vs. _Steven Harks_,

**Defendant**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Steven Harvey_,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

Sworn to and subscribed before me on this, the _15th_ day of _March_, 20_11_.

_____,
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

MAR 1 5 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _15_ day of _March_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_Houston_    _TX_    _77019_
**City**     **State**     **Zip**     **E-Mail Address**

_04837120_
**Bar Card/SPN Number**

_713 - 237 - 8847_
**Phone Number**

_713 - 528 - 0193_
**Fax Number**

The Court further ORDERS the cause set for: _JTRL_ _____
on the _18_ day of _April_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _15th_ day of _March_, 20_11_.

_____,
**Judge Presiding**

0002575

THE STATE OF TEXAS
VS.
**STEVEN HANKS**

SPN: 01063613
DOB:
DATE PREPARED: 1/12/2011

D.A. LOG NUMBER: 1556006  1713230
CJIS TRACKING NO.: 9165290593-A001
BY: **JS** DA NO: **1489582** AGENCY:**HPD**
O/R NO: **025455289X**
ARREST DATE: **4/7/2010**

NCIC CODE: **1115 35**

RELATED CASES:

FELONY CHARGE: **AGG SEX ASSLT CHILD-UNDER 14**
CAUSE NO:                                     1291793
HARRIS COUNTY DISTRICT COURT NO: **208**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO: 1232105

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEVEN ANTHONY HANKS,** hereafter styled the Defendant, heretofore on or about **MARCH 24, 1989,** did then and there unlawfully, intentionally and knowingly cause the penetration of the ANUS of ROBERT CHAVIRA, hereinafter called the Complainant, a person younger than fourteen years of age and not the spouse of the Defendant, by placing HIS SEXUAL ORGAN in the ANUS of the Complainant.

Before the commission of the offense alleged above, on MARCH 22, 1990, in Cause No. 89CR1358, in the 10TH JUDICIAL COURT of GALVESTON County, Texas, the Defendant was convicted of the FELONY OFFENSE of AGGRAVATED SEXUAL ASSAULT OF A CHILD.

Before the commission of the offense alleged above, on OCTOBER 4, 1979, in Cause No. 35,789, in the 122nd DISTRICT COURT of GALVESTON County, Texas, the Defendant was convicted of the FELONY OFFENSE of MURDER.

F I L E D
Chris Daniel
District Clerk

JAN 1 2 2011
Time: 11:34 am
Harris County, Texas
By
Deputy

**Foreman**                              **338th**

David A Linison

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

0002576

CAUSE NO. 129181   CHARGE _____

THE STATE OF TEXAS   351 DISTRICT COURT

VS.   OF HARRIS COUNTY, TEXAS

ESMERALDA UMANA,

**Defendant**   LATT/sw

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

---

☑ E-UMANA _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
**Defendant**

---

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

---

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
SEP 21 2012
Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 21 day of _____ SEP _____, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number** [ ][ ][ ][ ][ ][ ][ ][ ]

**Phone Number** [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

**Fax Number** [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the 24 day of _____ SEP _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 21 2012 , 20 ___.

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002577

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**02326893**

D.A. LOG NUMBER:1713129
CJIS TRACKING NO.:9166209390-A001

**PEDRO ERNESTO UMANA**

SPN:
DOB
DATE PREPARED: 1/12/2011

BY: **TD** DA NO: **050788045**
AGENCY:**HPD**
O/R NO: **004428111**
ARREST DATE: **01/11/2011**

NCIC CODE: **1204 04**          RELATED CASES: **SAME DEF: 2F & SMITHERS-1F, E. UMANA-1F**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 248          **1291817**
FIRST SETTING DATE:

**BAIL: $100000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**PEDRO ERNESTO UMANA**, hereafter styled the Defendant, heretofore on or about **JANUARY 11, 2011**, did then and there unlawfully, while
in the course of committing theft of property owned by MARIELLA MOSELEY, and with intent to obtain and maintain control of the property,
INTENTIONALLY THREATEN AND PLACE MARIELLA MOSELEY IN FEAR OF IMMINENT BODILY AND DEATH, and the
Defendant did then and there use and exhibit a deadly weapon, namely, ONE FIREARM.

**FILED**
Chris Daniel
District Clerk

APR 01 2011

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **174th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002578

CAUSE NO. 1281577

CHARGE _____

THE STATE OF TEXAS

_____ DISTRICT COURT

VS.

Lorenzo Rogers

_____
Defendant

OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Lorenzo Rogers _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8.30

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 7 day of Feb , 20 11

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Loren Jackson
District Clerk

FEB - 7 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 7 day of FEB , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P SKIP CORNELIUS
_____
Attorney

2028 Buffalo Terrace
_____
Address

HT 77019
_____
City          State          Zip

_____
E-Mail Address

new case
white out on Bond

0 4 8 3 1 5 4 0
_____
Bar Card/SPN Number

7 1 3 - 2 3 7 - 8 9 4 7
_____
Phone Number

7 1 3 - 5 2 8 - 0 1 5 3
_____
Fax Number

The Court further ORDERS the cause set for : Arr

on the 17 day of Feb , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas. 8:30

Signed this 7 day of Feb , 20 11

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

DISTRICT CLERK

0002579

018598

262 pend

THE STATE OF TEXAS          **01895630**           D.A. LOG NUMBER:**1719803**

VS.                                             CJIS TRACKING NO.:**916627947X-A001**

**LORENZO ROGERS**        SPN:                      BY: **EG** DA NO: **002328033**

                           DOB:                      AGENCY:**SHF**

                           DATE PREPARED: **2/2/2011**       O/R NO: **HC1100015480**

                                                     ARREST DATE: **02-02-2011**

**NCIC CODE: 3599 23**            RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**

CAUSE NO:                                             BAIL: **$10,000**

HARRIS COUNTY DISTRICT COURT NO:       **1294397**         PRIOR CAUSE NO:

FIRST SETTING DATE:                    **262**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **LORENZO ROGERS**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 2, 2011**, did then and there unlawfully knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**FILED**

Chris Daniel

District Clerk

FEB 02 2011

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **February 2, 2011**

_____                          _____

AFFIANT                                     ASSISTANT DISTRICT ATTORNEY     BAR NO.

                                                OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002580

CAUSE NO. _130/372_   CHARGE _Assault Fam. House_

_185th Member_

THE STATE OF TEXAS

_____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

_Miguel A. Mata_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Miguel A. Mata_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Miguel Mata_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _4th_ day of _April_, 20_11_.

_LAH_

**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk
APR - 4 2011
Harris County, Texas
Time: _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _4th_ day of _April_, 20_11_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney**
_____

**Address**
_____

**City** _____ **State** _____ **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number**
[ ][ ][ ][ ][ ][ ][ ][ ]

**Phone Number**
[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**
[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

The Court further ORDERS the cause set for : _Arra_

on the _6th_ day of _May_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _4th_ day of _April_, 20_11_.

_____
**Judge Presiding**

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**MIGUEL ANGEL MATA**

**2552917**

SPN:
DOB:
DATE PREPARED: **4/3/2011**

D.A. LOG NUMBER:**1738236**
CJIS TRACKING NO.:**9166477891-A001**

BY: **JL**  DA NO: **002126743**
AGENCY:**PASADENA PD**
O/R NO: **20117824**
ARREST DATE: **4/03/2011**

NCIC CODE: **1314 08**            RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:            **1301372**
FIRST SETTING DATE:            **185**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MIGUEL ANGEL MATA**, hereafter styled the Defendant, heretofore on or about **APRIL 3, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ARIANA MARISOL SOSA-CASTANEDA, hereafter styled the Complainant, a member of the Defendant's family, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

**FILED**
Chris Daniel
District Clerk
MAY 17 2011
Harris County, Texas
Time: _____
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman            **179th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**            0002582

CAUSE NO. _____    CHARGE _Bad Jump_

THE STATE OF TEXAS    _222_ **DISTRICT COURT**

VS. _Justin Abels_    **OF HARRIS COUNTY, TEXAS**

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Justin Abels_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_JUSTIN ABELS_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

MAY 04 2011

Time: _____
Harris County, Texas
By _____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _____ day of __MAY__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_T       77019_
**City          State          Zip**          E-Mail Address

_04831540_
**Bar Card/SPN Number**

_713-237-8547_
**Phone Number**

_713-528-0153_
**Fax Number**

The Court further ORDERS the cause set for : _Motion_

on the _8_ day of _June_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _4_ day of _May_, 20_11_.

_____
Judge Presiding

_6-8-11_
_8:30 Am_

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002583

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.
**JUSTIN ABELS**

SPN: **2480328**
DOB:
DATE PREPARED: **4/1/2011**

D.A. LOG NUMBER:**1737143**
CJIS TRACKING NO.:

BY: **DEC** DA NO: **002359851**
AGENCY:**HARRIS COUNTY DA'S OFFICE**
O/R NO: **1000506**
ARREST DATE: **2/23/2010**

NCIC CODE: **5002 02**            RELATED CASES:

FELONY CHARGE: **BAIL JUMPING AND FAILURE TO APPEAR**
CAUSE NO: 1701177
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE: **5/4/2011**

BAIL: $
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JUSTIN CHASE ABELS**, hereafter styled the Defendant, heretofore on or about **OCTOBER 20, 2010**, did then and there unlawfully, after having been lawfully released from custody with bail, on the condition that he would subsequently appear in District Court Number 228th of Harris County, Texas, on the 20th day of OCTOBER 2010, where he was charged in Cause No. 12528616 with the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE intentionally and knowingly fail to appear in the aforesaid court on the aforesaid date in accordance with the terms of his release.

**FILED**
**Chris Daniel**
**District Clerk**
APR 01 2011
Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    **174th**

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002584

CAUSE NO. 1298482                    CHARGE _Possession to Deal_

THE STATE OF TEXAS                   _262._ **DISTRICT COURT**

VS.                                  **OF HARRIS COUNTY, TEXAS**

_Frank Garcia_,

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Frank Garcia_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Frank G Garcia_

8:30                                 **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**F I L E D**                        Witness _____

Chris Daniel                         MAR 1 4 2011

Sworn to and subscribed before me on this, the ____ day of _____, 20____.

MAR 1 4 2011

Time: _____                  **Deputy District Clerk**
By _____                      **Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 14 day of MARCH, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H                    T    77019

**City**          **State**     **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0

**Bar Card/SPN Number**                           CD 81, 83, 84

7 1 3 - 2 3 7 - 8 5 4 7

**Phone Number**

7 1 3 - 3 2 8 - 0 1 5 3

**Fax Number**

The Court further ORDERS the cause set for : Apr

on the 13 day of April, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris

8:30

County, Texas.

Signed this 14 day of March, 20 11.

B. Ras

**Judge Presiding**

0002585



THE STATE OF TEXAS
VS.

**FRANK G GARCIA**

SPN: **01927003**
DOB:
DATE PREPARED: **4/27/2011**

D.A. LOG NUMBER:**1730755**
CJIS TRACKING NO.:**916639824X-A001**

BY: **LM**  DA NO: **001896241**
AGENCY:**HPD**
O/R NO: **030368211D**
ARREST DATE: **03 10 2011**

NCIC CODE: **5599 48**          RELATED CASES: **GARCIA 2 FEL / MARTINEZ - FEL / GARCIA - FEL**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: **1298482**                                    **BAIL: $30,000**
HARRIS COUNTY DISTRICT COURT NO: **262**                **PRIOR CAUSE NO:**
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **FRANK G. GARCIA**, hereafter styled the Defendant, heretofore on or about **MARCH 10, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE on or about MARCH 10, 2011, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIREARM, during the commission of said offense and during the immediate flight from said offense.

Before the commission of the offense alleged above, on FEBRUARY 17, 2005, in Cause No. 1010829, in the 230TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

**F I L E D**
Chris Daniel
District Clerk

APR 28 2011

Time: _____ 12:26
Harris County, Texas
By _____
Deputy

**Foreman**                          **351st**

Terry a Jones

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

---

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002586

CAUSE NO. *1298678*      CHARGE *MAJ*

THE STATE OF TEXAS     §    *185* DISTRICT COURT

VS.     §    OF

*Gil Escoto*     §    HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

*Gil Escoto* _____ (name), [X] the DEFENDANT [ ] a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney

(X) *Gil Escoto* _____
     Defendant/Witness

Sworn to and subscribed before me on this, the *19* day of *Dec*, 20 *12*

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the *19* day of *Dec*, 20 *12* the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that [✓] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____      _____
Attorney/Assistant Public Defender Assigned by HCPD     E-Mail Address

_____
Address       Phone Number

_____
City     State     Zip     Fax Number

_____
SPN Number      Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: *Aug.*

On the *22* day of *Jan*, 20 *13* at *9:00* a.m. at 1201 Franklin, Houston, Harris County, Texas

Signed this *19* day of *Dec*, 20 *12*

_____
Judge Presiding

[ ] The State has offered or     [ ] The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: [ ] Court    [ ] Defense    [ ] Operation of Law    [ ] Prosecution

Reason for Reset:

[ ] D.A. to Contact Complainant/Witness    [ ] Defense to Contact Witness    [ ] Not Indicted

[ ] D.A. to Evaluate Case    [ ] Disposition of Misc./OOC Case    [X] Other *to DoL SIR*

[ ] D.A. to Reindict    [ ] File Unavilable    [ ] Refer to _____

[ ] D.A. to file MRP/MAJ    [ ] MHMRA Evaluation    [ ] Restitution Info
           _____ 21 Day _____ Full

[ ] Defendant On Call    [ ] No Tape/Lab _____    [ ] To Hire Attorney

[ ] Defendant to Consider Offer    [ ] No Offense Report

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

0002587

THE STATE OF TEXAS
VS.

**GIL MOISES ESCOTO**

**02439509**

SPN:
DOB:
DATE PREPARED: 3/12/2011

D.A. LOG NUMBER:1731222
CJIS TRACKING NO.:9166403731-A001

BY: **BJE** DA NO: **050795683**
AGENCY:**HPD**
O/R NO: **931129211 F**
ARREST DATE: **3-12-11**

NCIC CODE: **1205 01**

RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1298678**
**185**

BAIL: **$10,000.00**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GIL MOISES ESCOTO**, hereafter styled the Defendant, heretofore on or about **MARCH 12, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by ELIAS LARA and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to ELIAS LARA, by STRIKING ELIAS LARA WITH HIS HAND.

**F I L E D**
Chris Danial
District Clerk
MAY 10 2011
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

179th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002588

CAUSE NO. 1299694                     CHARGE _The F t_____

THE STATE OF TEXAS                    178 DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

Latosha Crawford
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

---

☒ Latosha Crawford (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Latosha Crawfa_
**Defendant**

---

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

---

**F I L E D**
Chris Daniel
District Clerk

JAN 27 2012

Time: _____
       Harris County, Texas

By _____

Sworn to and subscribed before me on this, the _____ day of ___ JAN 27 2012 ___, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of ___ JAN 27 2012 ___, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

**Bar Card/SPN Number** [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Phone Number** [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

**Fax Number** [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

R.P. SKIP CORNELIL
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : __NJB\___
on the 21 day of __Feb__, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.                                        830
Signed this 27 day of __Jan__, 20 12
JAN 27 2012

_Ay W. Dupa_
**Judge Presiding**
JAN 27 2012

0002589

THE STATE OF TEXAS
VS.

**LATOSHA CRAWFORD**

SPN: 0255125
DOB:
DATE PREPARED: 3-18-11

D.A. LOG NUMBER: **1732031**
CJIS TRACKING NO.:

BY: **BW** DA NO: **002127726**
AGENCY: **THHSC**
O/R NO: **WF1094068-A1-10**
ARREST DATE:

NCIC CODE: **230075**          RELATED CASES:

FELONY CHARGE: **THEFT$1,500-$20,000 (FOOD STAMPS/SNAP)**
CAUSE NO: 1299894
HARRIS COUNTY DISTRICT COURT NO: 178
FIRST SETTING DATE:

BAIL: **$2,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LATOSHA CRAWFORD**, hereafter styled the Defendant, did then and there unlawfully, pursuant to one scheme and continuing course of conduct beginning on or about **MAY 1, 2008** and continuing through **AUGUST 31, 2008** and **NOVEMBER 1, 2009** and continuing through **FEBRUARY 28, 2010** appropriate, by acquiring and otherwise exercising control over property, namely, **FOOD STAMPS A/K/A SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM BENEFITS,** owned by the State of Texas, hereafter styled the Complainant, with the intent to deprive the Complainant of the property and the total value of the property appropriated was over **$1,500.00** dollars and under **$20,000.00** dollars.

**F I L E D**
Chris Danial
District Clerk

MAR 2 3 2011

Time
By _____ Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

177th                                    **Foreman**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002590

CAUSE NO. _129990 8_          CHARGE _Theft_

THE STATE OF TEXAS

_185th_ DISTRICT COURT

VS.          OF HARRIS COUNTY, TEXAS

_Leonardo Buentello_

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ _Leonaedo Buentello_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Leonardo Buentello_ ,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _16th_ day of _April_ , 20 _11_ .

_____ ,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk
APR - 6 2011
Harris County, Texas
Time: _____
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _16th_ day of _April_ , 20 _11_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arr_
on the _3rd_ day of _May_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _16th_ day of _April_ , 20 _11_ .

_____ ,
**Judge Presiding**

DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **01869146** | D.A. LOG NUMBER:**1734197**<br>CJIS TRACKING NO.: |
| **LEONARDO BUENTELLO** | SPN:<br>DOB:<br>DATE PREPARED: **3/23/2011** | BY: **RZ** DA NO: **002129278**<br>AGENCY:**HPD**<br>O/R NO: 29742911<br>ARREST DATE: **TO BE** |

NCIC CODE: **2300 76**          RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:                                                      **BAIL: $10,000**
HARRIS COUNTY DISTRICT COURT NO:          **1299908**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                      **183**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LEONARDO BUENTELLO**, hereafter styled the Defendant, heretofore on or about **MARCH 4, 2011**, did then and there unlawfully, appropriate by acquiring and exercising control over property, namely, A WHEEL CHAIR, owned by LAURA MOREY, hereinafter called the Complainant, of the value of over twenty thousand dollars and under one hundred thousand dollars, with the intent to deprive the Complainant of the property.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
**Chris Daniel**
**District Clerk**

APR 25 2011

Time: _____
By: _____
Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.          **Foreman**          **399th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002592

CAUSE NO. _1311799_  1311351  1323357

THE STATE OF TEXAS

VS.

Brooks, Edwin

**Defendant**

CHARGE

184 Burglary (F2)

_____ DISTRICT COURT

§

§ OF

§ HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Edwin Brooks _____ (name), ☑ the DEFENDANT ☐ a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

_____
**Defendant/Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

DEC 10 2012

Time: _____
Harris County, Texas

By _____ Deputy

### ORDER APPOINTING COUNSEL

On this, the _____ day of DEC 10 2012 _____, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP Skip Cornelius
**Attorney/Assistant Public Defender Assigned by HCPD**

2202 Buffalo Terr
**Address**

HTX  77019
**City          State          Zip**

00831500
**SPN Number**

_____
**E-Mail Address**

713-237-8547
**Phone Number**

713 528 0103
**Fax Number**

_____
**Bar Number**

The Court further ORDERS the cause set for: _Dis1_

On the _15_ day of _Jan_ _____, 20_12_ at _9:00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of DEC 10 2012 _____, 20____.

_____
**Judge Presiding**

☐ The State has offered or    ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials): _____    Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
**Reason for Reset:**

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ___ 21 Day ___ Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

0002593

**DISTRICT CLERK**

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**02064213**

D.A. LOG NUMBER:**1734840**
CJIS TRACKING NO.:

**EDWIN BROOKS**

SPN:
DOB:
DATE PREPARED: **3/24/2011**

BY: **HR** DA NO: **002129278**
AGENCY:**HPD**
O/R NO: **36322211N**
ARREST DATE: **TOBE**

NCIC CODE: **2202 05**     RELATED CASES: **CODEF: REFILE: 180TH**

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1300048**
FIRST SETTING DATE:     **180 184**

**BAIL: $NO BOND**
PRIOR CAUSE NO: **1300035**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWIN BROOKS**, hereafter styled the Defendant, heretofore on or about **MARCH 23, 2011**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally enter a habitation owned by RENEE RUSSELL, a person having a greater right to possession of the habitation than the Defendant, and commit theft of ONE TELEVISION.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 19, 2007, in Cause Number 1124463, in the 228TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 0986024 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on SEPTEMBER 29, 2004, in Cause Number 0986024, in the 177TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
**Chris Daniel**
**District Clerk**

APR 28 2011

Time: 12:30 PM
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman     **339th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Harris County District Clerk

0002594

CAUSE NO. _____ CHARGE _Agg Kidnapping_

THE STATE OF TEXAS

_228th_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

_Jesus Fedibiagini_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Jesus Fedibiagini_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of **MAR 2 9 2011** , 20____.

FILED
District Clerk
MAR 2 9 2011
Time:_____
Harris County, Texas
By_____

_____
**Deputy District Clerk**
**Harris County, Texas**

DOCKET
CAV
8:30 AM

## ORDER APPOINTING COUNSEL

On this, the _29_ day of _March_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_____ _____ _77019_
**City** **State** **Zip**

_____
**E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 9 5 7 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : on the _28_ day of _April_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _29_ day of _March_, 20_11_.

_____
**Judge Presiding**

4-28-11

8:30 AM

0002595

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**JESUS FEDIBIAGINI**

**02436701**

SPN:
DOB:
DATE PREPARED: 3/25/2011

D.A. LOG NUMBER:**1735246**
CJIS TRACKING NO.:**9166445450-A001**

BY: **TD** DA NO: **002129278**
AGENCY:**HPD**
O/R NO: **037170711W**
ARREST DATE: **03/25/2011**

NCIC CODE: **1007 10**

RELATED CASES: **ARELLANO-F , VASQUEZ-F**

FELONY CHARGE: **AGGRAVATED KIDNAPPING**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1300296
228**

BAIL: **$30000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JESUS FEDIBIAGINI**, hereafter styled the Defendant, heretofore on or about **MARCH 25, 2011**, did then and there unlawfully intentionally and knowingly abduct CHARLOTTE MALONE, hereafter styled the Complainant, without his consent, with intent to prevent his liberation by SECRETING AND HOLDING THE COMPLAINANT IN A PLACE WHERE THE COMPLAINANT WAS NOT LIKELY TO BE FOUND and with intent to HOLD THE COMPLAINANT FOR RANSOM.

**FILED**
Chris Daniel
District Clerk

MAR 2 5 2011

Time: _____22:50_____
Harris County, Texas
By _____SNR_____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **March 25, 2011**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

2406258Z
BAR NO.

**COMPLAINT**

1.0

CAUSE NO. _1300376_                    CHARGE _Burg w/Int SA_

THE STATE OF TEXAS                     _177_ DISTRICT COURT

VS.

_Desarias Cartwright_,

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Desarias Cartwright_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_x Desarias Cartwright_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _28_ day of _March_, 20_11_

_Chrysten Jatt_
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk
MAR 2 8 2011
Time: _____ Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _28_ day of _March_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R P SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H T       77019_
**City**          **State**          **Zip**          **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 0 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _Arrg._
on the _10_ day of _June_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _28_ day of _March_, 20_11_

**Judge Presiding**

0002597

| THE STATE OF TEXAS VS. | **02325303** | D.A. LOG NUMBER:**1735599** CJIS TRACKING NO.: |
|---|---|---|
| **DESARIAN ONEAL CARTWRIGHT** | SPN: DOB: DATE PREPARED: **3/26/2011** | BY: **BJE** DA NO: **001901698** AGENCY:**BAYTOWN** O/R NO: **201111256** ARREST DATE: **TO BE** |

NCIC CODE: **2202 09**        RELATED CASES:

FELONY CHARGE: **BURGLARY - HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1300376**
FIRST SETTING DATE:          **177**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESARIAN ONEAL CARTWRIGHT**, hereafter styled the Defendant, heretofore on or about **MARCH 26, 2011**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally and knowingly enter a habitation owned by MONICA YBARRA, a person having a greater right to possession of the habitation than the Defendant, and commit and attempt to commit the felony of SEXUAL ASSAULT.

**F I L E D**
Chris Daniel
District Clerk

MAY 2 4 2011

Time: _____ Harris County, Texas

By _____ Deputy

Foreman          179th

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002598

CAUSE NO. _____   CHARGE _____

THE STATE OF TEXAS   228th DISTRICT COURT

vs.   OF HARRIS COUNTY, TEXAS

Defendant   *Leland Dazey*
LELAND DAZEY

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _Leland Dazey_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of MAR 3 0 2011, 20____.

**FILED**
Chris Daniel
District Clerk

MAR 3 0 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 30 day of Marri, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address 2028 Buffalo Terra

City _____ State TX _____ Zip 77019 _____ E-Mail Address _____

Bar Card/SPN Number 0483 1500

Phone Number 713-237-8547

Fax Number 713-528-0158

The Court further ORDERS the cause set for :
on the 13 day of April, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 30 day of Marri, 20 11.

_____
Judge Presiding

4-13-11
8:30Am

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

DISTRICT CLERK

0002599

| THE STATE OF TEXAS | **01146692** | D.A. LOG NUMBER:1736314 |
| VS. | | CJIS TRACKING NO.:9166456800-A001 |

| **LELAND DAZEY** | SPN: | BY: **CM** DA NO: 002126743 |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: 3/29/2011 | O/R NO: **038889411X** |
| | | ARREST DATE: **3-28-11** |

NCIC CODE: **5599 04**          RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1300619**          **BAIL: $15000**
FIRST SETTING DATE:          **228**          PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **LELAND DAZEY,** hereafter styled the Defendant, heretofore on or about **MARCH 28, 2011,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, hereafter styled the primary offense, on JULY 22, 1991, in Cause Number 0592648, in the 337TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

Before the commission of the primary offense, and after the conviction in Cause Number 0592648 was final, the Defendant committed the felony offense of FORGERY and was finally convicted of that offense on SEPTEMBER 26, 2000, in Cause Number 0855654, in the 182ND DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

MAY – 5 2011

Time: _____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Unofficial Copy Office of Maureen Daniel, District Clerk

0002600

CAUSE NO. _1274601_ _1274609_
_1274609_
_1295160_
_1295162_
THE STATE OF TEXAS _1295671_

CHARGE _AGG ROB_

_35 1_ **DISTRICT COURT**

OF HARRIS COUNTY, TEXAS

VS.

_William Hernandez_ ,

**Defendant**

_AGG ROB_
_AGG ROB_

_Latt Latt_
_Latt Latt_
_Latt Latt_

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ _Wm Hernandez_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Wants to hire but has no $_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

FILED
Chris Daniel
District Clerk

JUL 2 1 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

**ORDER APPOINTING COUNSEL**

On this, the _21_ day of _July_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_VLP SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H T 77019_
**City** **State** **Zip** **E-Mail Address**

_0483 1500_
**Bar Card/SPN Number**

_713-237-8547_
**Phone Number**

_713-528-0153_
**Fax Number**

The Court further ORDERS the cause set for : _Ntl_

on the _25_ day of _August_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _JUL 2 1 2011_, 20___.

_____
**Judge Presiding**

DISTRICT CLERK

0002601

THE STATE OF TEXAS
VS.
**WILLIAM HERNANDEZ**

SPN: **01924757**
DOB:
DATE PREPARED: **4/26/2011**

D.A. LOG NUMBER:**1721854**
CJIS TRACKING NO.: **9166301572A001**

BY: **AA-SP/CD** DA NO: **068910750**
AGENCY:**HPD**
O/R NO: **010166011**
ARREST DATE: **2/9/2011**

NCIC CODE: **1204 04**          RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO: **1295162**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE:

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM HERNANDEZ**, hereafter styled the Defendant, heretofore on or about **January 24, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by BARBARA ARNOLD, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place BARBARA ARNOLD in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, on MARCH 17, 2003, in Cause Number 927718 in the 248TH District Court of Harris County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

**FILED**
Chris Daniel
District Clerk

APR 27 2011

Time: _13:35 Pm_
Harris County, Texas
By _____ ALO
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**177th**          **Foreman**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002602

CAUSE NO. _1295252_   CHARGE _Theft_

_1258022_

THE STATE OF TEXAS   _177_ DISTRICT COURT

VS.   OF HARRIS COUNTY, TEXAS

_Ione Allen_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Ione Allen_____ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

x _Ione Allen_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _14_ day of _Feb_ , 20 _11_

FILED

District Clerk

FEB 14 2011

County, Texas

Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _Feb_ , 20 _11_ , the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_M Cornelius_

**Attorney**

**Address** _2028 Buffalo Terrace_

**City** **State** **Zip** **E-Mail Address**

|0|4|8|3|1|5|1|0|
**Bar Card/SPN Number**

|7|1|3|.|2|3|7|.|8|5|4|7|
**Phone Number**

|7|1|3|.|5|2|8|.|0|1|5|3|
**Fax Number**

The Court further ORDERS the cause set for : _Arra_
on the _17_ day of _Feb_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _14_ day of _Feb_ , 20 _11_

**Judge Presiding**

Downloaded from Chris Daniel, Harris County District Clerk

0002603

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**IONE LASHAY ALLEN**

**01403258**

SPN:
DOB:
DATE PREPARED: **2/11/2011**

D.A. LOG NUMBER:**1722006**
CJIS TRACKING NO.:**916630346X-A001**

BY: **HR** DA NO: **002274973**
AGENCY:**HPD**
O/R NO: **017756811Z**
ARREST DATE: **2/10/11**

NCIC CODE: **2300 79**

RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1295252**
FIRST SETTING DATE: **177**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **IONE LASHAY ALLEN**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 10, 2011,** did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE PACK OF DRINK MIX, ONE HOODIE SET, ONE PACKAGE OF CHEESE, ONE CANDLE, TWO PACKS OF STRAWBERRIES, ONE SKILLET, ONE DIGITAL VIDEO DISC PLAYER, ONE FROZEN DINNER, ONE BOTTLE OF HAIR SHINE, ONE CARRYALL AND ONE LOCKER TIN, owned by ERIN CHERRY, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on MAY 1, 2008, in Cause Number 1490808, in the COUNTY CRIMINAL COURT AT LAW NO. 10, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on JULY 17, 2007, in Cause Number 0902115, in the 185TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

*State moves to sentence per § 12.42 a Texas Penal Code.*

**FILED**
District Clerk
FEB 17 2011
Time:
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

*00781363*
BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002604

CAUSE NO. _1296263_    CHARGE _Agg Rob_

THE STATE OF TEXAS

_177_ DISTRICT COURT

vs.

_Reginald Hollins_

OF HARRIS COUNTY, TEXAS

**Defendant**

_Latt /ARV_

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Reginald Hollins_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _9_ day of _Feb_ , 20_12_ .

_Ashley R Va_
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _9_ day of _Feb_ , 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**F I L E D**
Chris Daniel
District Clerk

FEB - 9 2012

_____
**Attorney**

_____
**Address**

Time. _____
Harris County, Texas

By _____
Deputy

_____
**City**          **State**          **Zip**

E-Mail Address _____

☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Jury Trial_
on the _20_ day of _March_ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _9_ day of _Feb_ , 20_12_

_____
**Judge Presiding**

0002605

| THE STATE OF TEXAS | 01344066 | D.A. LOG NUMBER:**1724879** |
| VS. | | CJIS TRACKING NO.:**9166335183-A001** |
| **REGINALD TYRONE HOLLINS** | SPN: | BY: **MM**  DA NO: **002275069** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **2/20/2011** | O/R NO: **021833011T** |
| | | ARREST DATE: **02/19/11** |

**NCIC CODE: 1204 04**                    RELATED CASES: **TWO CO. DEF. CEDRIC HOPES (F); DERRICK HOPES (F)**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                                           BAIL: **$50,000**
HARRIS COUNTY DISTRICT COURT NO:          **1296263**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                **177**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **REGINALD TYRONE HOLLINS**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 19, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by GEORGE BLAIR, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place GEORGE BLAIR in fear of imminent bodily injury and death , and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, on AUGUST 3, 1994, in Cause Number 9411011 in the 351ST District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT.

**F I L E D**
Chris Daniel
District Clerk
MAR 04 2011
Harris County, Texas
Time:
By_____ Deputy

**177th**                                         **Foreman**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002606

CAUSE NO. _____   CHARGE _____

THE STATE OF TEXAS

VS. _James Benton Thomas_

**Defendant**

_208th_ **DISTRICT COURT**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _James B. Thomas_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
APR 01 2011
Time_____
Harris County, Texas
By_____ Deputy

DOCKT
CAT1
8.30 AM

**ORDER APPOINTING COUNSEL**

On this, the _1_ day of _Apr_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**
_2028 Buffalo Terrace_
**Address**
_HT 77019_
**City          State          Zip          E-Mail Address**

RIP

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for ; on the _3_ day of _May_, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _1_ day of _April_, 20_11_.

_B. Rai_
**Judge Presiding**

5-3-11
8:30 AM

THE STATE OF TEXAS
VS.

**JAMES BENTON THOMAS**

SPN: **00766555**
DOB:
DATE PREPARED: **5/11/2011**

D.A. LOG NUMBER:**1726040**
CJIS TRACKING NO.:

BY: **LM** DA NO: **002328033**
AGENCY:**HPD**
O/R NO: **021608111G**
ARREST DATE: **TO BE**

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO: **1296660**
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE:

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JAMES BENTON THOMAS**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 19, 2011**, did then and there unlawfully,
intentionally and knowingly threaten CORA DARRINGTON, a person with whom the Defendant had a dating relationship, hereafter styled the
Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 3, 1987, in Cause Number 0486560,
in the 176TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A
CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0486569 was final, the Defendant committed the felony
of AGGRAVATED ASSAULT and was finally convicted of that offense on NOVEMBER 11, 2002, in Cause Number 0909475, in the 338TH
DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FILED
Chris Daniel
District Clerk
MAY 1 2 2011
Harris County, Texas
Time: _____ By _____ Deputy

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002608

NOPE FUND 1296922 / 1296921

CAUSE NO. _____ CHARGE _Tamper_

THE STATE OF TEXAS 228 _DOM / Possufint_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

_Broderick Keon Ansley_

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Broderick Ansley_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Broderick Ansley_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Docket All
8.30 AM

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

MAY 09 2011

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 9 day of _May_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. SKIP CORNELIUS_
Attorney

_2028 BUFFALO TERRACE_
Address

_TX_ _77019_
City          State          Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for on the _16_ day of _June_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _9_ day of _May_ 20_11_.

Judge Presiding

6-16-11
8.30 AM

| THE STATE OF TEXAS<br>VS. | **01710048** | D.A. LOG NUMBER:**1726574**<br>CJIS TRACKING NO.:**916635319X-A001** |
|---|---|---|
| **BRODERICK KEON ANSLEY** | SPN:<br>DOB:<br>DATE PREPARED: **2/25/2011** | BY: **BJE** DA NO: **002128209**<br>AGENCY:**HPD**<br>O/R NO: **024149211 P**<br>ARREST DATE: **2-25-11** |

NCIC CODE: **5599 48**     RELATED CASES: **DEF - ONE OTHER FEL.**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**

CAUSE NO:                                                         BAIL: **$30,000.00**

HARRIS COUNTY DISTRICT COURT NO:     **1296921**     PRIOR CAUSE NO:

FIRST SETTING DATE:     **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRODERICK KEON ANSLEY**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 25, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely,   COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

APR 1 4 2011

Time: ___2:00 p.m___
Harris County, Texas
By ___SNR___
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **351st**

Terry A Jones

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002610

Unofficial Copy Office of Marilyn Burgess District

NUNC FUND 1296952

1296922 / 1296921

CAUSE NO. _____

CHARGE _Tamper_

**THE STATE OF TEXAS**

228 DISTRICT COURT

DOM / Possu Pint

OF HARRIS COUNTY, TEXAS

NCJ

VS.

Broderick Keon Ansley

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Broderick Ansley _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Broderick Ansley

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Docket #11 8:30 AM

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

MAY 09 2011

Time: _____
Harris County, Texas

By _____
Deputy

**Deputy District Clerk**
**Harris County, Texas**

**ORDER APPOINTING COUNSEL**

On this, the _1_ day of _May_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RV SKIP CORNELIUS

**Attorney**

2028 BUFFALO TERRACE

**Address**

T 77019

**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0

**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7

**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3

**Fax Number**

The Court further ORDERS the cause set for

on the _16_ day of _June_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _9_ day of _May_ 20_11_

**Judge Presiding**

6-16-11
8:30 AM

**DISTRICT CLERK**          Pending Doses          0002611

THE STATE OF TEXAS
VS.

**01710048**

D.A. LOG NUMBER:**1726574**
CJIS TRACKING NO.:**916635319X-A002**

**BRODERICK KEON ANSLEY**

SPN:
DOB:
DATE PREPARED: **2/25/2011**

BY: **BJE DA NO: 002128209**
AGENCY:**HPD**
O/R NO: **024149211 P**
ARREST DATE: **2-25-11**

NCIC CODE: **3562 18**

RELATED CASES: **DEF - ONE OTHER FEL.**

FELONY CHARGE: **POSSESSION OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1296922**
**228**

BAIL: **$15,000.00**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRODERICK KEON ANSLEY**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 25, 2011**, did then and there unlawfully, intentionally and knowingly possess marihuana in a useable quantity of more than four ounces and less than five pounds.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on OCTOBER 25, 2006, in Cause Number 0990391, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of MANUFACTURE/DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF MARIHUANA and was convicted on OCTOBER 14, 2009, in Cause Number 1221305 in the 178TH District Court of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

APR 1 4 2011

Time: _2:00 p.m._
Harris County, Texas
By _SNR._
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **351st**

Terry a Jones

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002612

CAUSE NO. _130305_ 1297373

CHARGE _Capital Murder_

THE STATE OF TEXAS

_339th_ DISTRICT COURT

VS. _Bobby Jones_

OF HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Bobby Jones_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney. X _Bobby Jones_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

**F I L E D**
Chris Daniel
District Clerk

APR 19 2011

Time: _____
By _____
Harris County, Texas
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _19_ day of _APRIL_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H_ _T_ _77019_
**City** **State** **Zip**

**E-Mail Address**

_0_ _4_ _8_ _3_ _1_ _5_ _0_ _0_
**Bar Card/SPN Number**

_7_ _1_ _3_ - _2_ _3_ _7_ - _8_ _5_ _4_ _7_
**Phone Number**

I have not been found by a federal or state court to have rendered ineffective assistance of counsel during the trial or appeal of any capital case.

_W Cornelius_

_7_ _1_ _3_ - _5_ _2_ _8_ - _0_ _1_ _5_ _3_
**Fax Number**

**Attorney's Signature**

The Court further ORDERS the cause set for _____
on the _2_ day of _May_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _APR 19 2011_, 20____

_____
**Judge Presiding**

THE STATE OF TEXAS        **02500105**       D.A. LOG NUMBER:**1727896**
VS.       CJIS TRACKING NO.:**9166367247-A001**

**BOBBY JONES**       SPN:       BY: **CM** DA NO: **002275023**
      DOB:       **AGENCY:HUMBLE PD**
      DATE PREPARED: 3/2/2011       O/R NO: **11001259**
      **ARREST DATE: 3-1-11**

NCIC CODE: **1301 19**       RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:       **BAIL: $10000**
HARRIS COUNTY DISTRICT COURT NO:       **1297373**       **PRIOR CAUSE NO:**
FIRST SETTING DATE:       **184**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BOBBY JONES**, hereafter styled the Defendant, heretofore on or about **MARCH 1, 2011**, did then and there unlawfully, intentionally and knowingly threaten DAVID TUNNELL with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**F I L E D**
Chris Daniel
District Clerk

MAR 1 6 2011

Time: _____ 1416
Harris County, Texas

By _____
Deputy

**Foreman**       **176th**

*Veronie - Lizgue*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002614

CAUSE NO. 1297534

CHARGE Poss w/int to Del

THE STATE OF TEXAS

1854 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

vs. Amanda Michelle Thornton

**Defendant**

UAA

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Amanda M. Thornton (name), the DEFENDANT in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(X) Amanda Thornton

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

Sworn to and subscribed before me on this, the 5th day of April, 20 11.

_____

**FILED**
Chris Daniel
District Clerk

APR 05 2011

Time: _____

By _____
Deputy
Harris County, Texas

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 5th day of April, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____  E-Mail Address _____

Bar Card/SPN Number

☐☐☐☐☐☐☐☐

Phone Number

☐☐☐ - ☐☐☐ - ☐☐☐☐

Fax Number

☐☐☐ - ☐☐☐ - ☐☐☐☐

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arra

on the 6th day of May, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 5th day of April, 20 11.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

DA _____

DISTRICT CLERK

0002615

THE STATE OF TEXAS
VS.

**02547932**

D.A. LOG NUMBER:**1728289**
CJIS TRACKING NO.:**9166371708-A001**

**AMANDA MICHELLE THORNTON**

SPN:
DOB:
DATE PREPARED: **3/3/2011**

BY: **CS** DA NO: **002261480**
AGENCY:**JERSEY VILLAGE PD**
O/R NO: **1100002384**
ARREST DATE: **03/03/2011**

NCIC CODE: **5599 48**          RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:                                          **BAIL: $20,000**
HARRIS COUNTY DISTRICT COURT NO:          **1297534**          PRIOR CAUSE NO:
FIRST SETTING DATE:                      **185**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**AMANDA MICHELLE THORNTON**, hereafter styled the Defendant, heretofore on or about **MARCH 3, 2011**, did then and there unlawfully,
knowingly possess with intent to deliver a controlled substance, namely, METHAMPHETAMINE, weighing more than 4 grams and less than 200
grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk
JUN 08 2011
Time:
By

**Foreman**          **182nd**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002616

CAUSE NO. _1299587_                    CHARGE _Mur. 1st_

THE STATE OF TEXAS
VS.

_Desmon Preston_                       _177_ DISTRICT COURT
Defendant                              OF HARRIS COUNTY, TEXAS

                                       (1318986)
                                       (1319282)

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Desmon Preston_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**FILED**
Chris Daniel
District Clerk

OCT 11 2011

Time: _____ Harris County, Texas
By: _____ Deputy

Sworn to and subscribed before me on this, the _11_ day of _Oct_ ____, 20 _11_.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _Oct_ ____, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. Cornelis_
Attorney
_2028 Buffalo Terrace_
Address
_Hs_ _____ _77019_
City         State      Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 3 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 8 | 3 |
Fax Number

The Court further ORDERS the cause set for : _Non-trial/Ang._
on the _14_ day of _Nov_ ____, 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _11_ day of _Oct_ ____, 20 _11_.

_____
Judge Presiding

Order Appointing Counsel — Certified Document — Harris County District Clerk

0002617

THE STATE OF TEXAS        **02466514**        D.A. LOG NUMBER:**1728315**
VS.        CJIS TRACKING NO.:

**DESMON WAYNE PRESTON**      SPN:       BY: **EV  DA NO: 001892568**
       DOB:       AGENCY:**HPD**
       DATE PREPARED: **3/3/2011**    O/R NO: **022966511**
       ARREST DATE: **TO BE**

NCIC CODE: **1205 01**       RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO:                       BAIL: **$10,000**
HARRIS COUNTY DISTRICT COURT NO:   **1297587**     PRIOR CAUSE NO:
FIRST SETTING DATE:          **177**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESMON WAYNE PRESTON**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 17, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by HAROLD KEITH PALMER and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to HAROLD KEITH PRESTON, by STRIKING THE COMPLAINANT WITH HIS HAND.

**177th**

**Foreman**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002618

CAUSE NO. *130/545*
*1297594*

CHARGE *Theft*

*185th* DISTRICT COURT
OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

VS.
*Michael Reescand*,

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ *Michael Reescand* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

*X Michael Reeser*
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the *7th* day of *April*, 20 *11*.

*SJ*
_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
APR -7 2011
Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the *7th* day of *April*, 20 *11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*R. SKIP CORNELIUS*
**Attorney**
*2028 BUFFALO TERRACE*
**Address**
*H*          *T*          *77019*
**City**        **State**      **Zip**          **E-Mail Address**

*04831500*
**Bar Card/SPN Number**

*713-237-8547*
**Phone Number**

*713-528-0153*
**Fax Number**

The Court further ORDERS the cause set for : *Arr*
on the *IV* day of *May*, 20 *11* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this *7th* day of *April*, 20 *11*.

_____
**Judge Presiding**

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

0002619

DISTRICT CLERK

THE STATE OF TEXAS
VS.                                    **01478600**

**MICHAEL ANTHONY REESCANO**          SPN:
                                       DOB:
                                       DATE PREPARED: **3/3/2011**

D.A. LOG NUMBER:**1728352**
CJIS TRACKING NO.:

BY: **HR** DA NO: **001892568**
AGENCY:**HCSO**
O/R NO: **HC1124648**
ARREST DATE: **TOBE**

NCIC CODE: **2300 75**                RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:              **1297594**
FIRST SETTING DATE:                           **185**

BAIL: **$15000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL ANTHONY REESCANO**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 23, 2011**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, ONE RING owned by JAMES THORMAN, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on MAY 7, 1998, in Cause Number 0779382, in the 248TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 0779382 was final, the Defendant committed the felony offense of BURGLARY OF A HABITATION and was finally convicted of that offense on OCTOBER 17, 2005, in Cause Number 1027234, in the 230TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

MAR 16 2011

Time: _____
Harris County, Texas
By _____
Deputy

**Foreman**                           **176th**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS

vs.

Baptiste Teddwick

Defendant

_____ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Baptiste Teddwick_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20__.

**F I L E D**
Chris Daniel
District Clerk

MAR 10 2011

Time: _____
By: _____
Harris County, Texas
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City        State        Zip        E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20__.

_____
Judge Presiding

0002621

**DISTRICT CLERK**

Unofficial copy of Official Charges District Clerk

THE STATE OF TEXAS
VS.
**TEDDRICK BATISTE**

SPN: 02279030
DOB:
DATE PREPARED: **3/14/2011**

D.A. LOG NUMBER:**1729917**
CJIS TRACKING NO.: **9164072509A003**

BY: DA NO: **1962962** AGENCY:**SHERIFF'S DEPARTMENT HARRIS COUNTY**
O/R NO: **0941608**
ARREST DATE: **3/8/2011**

NCIC CODE: **120404**        RELATED CASES: **Capital Murder**

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1298168**
HARRIS COUNTY DISTRICT COURT NO: **174**
FIRST SETTING DATE: **4/4/2011**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TEDDRICK R BATISTE**, hereafter styled the Defendant, heretofore on or about **March 23, 2009**, did then and there unlawfully, while in the course of committing theft of property owned by WALTER JONES, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place WALTER JONES in fear of imminent bodily injury and death, and the defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

MAR 1 5 2011
Time: 1075
Harris County, Texas
By
Deputy

**Foreman**        **174th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

---

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002622

1298272

CAUSE NO. 1336575

CHARGE Burg Habit

THE STATE OF TEXAS

178 DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

Leroy Taylor

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ Leroy Taylor _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of FEB 13 2012 _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
FEB 13 2012
Time: _____

## ORDER APPOINTING COUNSEL

On this, the 13 day of FEB _____, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____    E-Mail Address _____

Bar Card/SPN Number
☐☐☐☐☐☐☐

Phone Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Fax Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

The Court further ORDERS the cause set for : Arrg _____
on the 20 day of Feb _____, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.          8:30

Signed this 13 day of Feb _____, 2012.

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

THE STATE OF TEXAS

VS.

**LEROY D. TAYLOR**

SPN: 02549079
DOB:
DATE PREPARED: **3/9/2011**

D.A. LOG NUMBER:**1730209**
CJIS TRACKING NO.:**9166392357-A001**

BY: **RZ** DA NO: **002261087**
AGENCY:**HPD**
O/R NO: **29721511U**
ARREST DATE: **03-09-2011**

NCIC CODE: **5599 05**

RELATED CASES: **D. TAYLOR-F**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO: 1298272
HARRIS COUNTY DISTRICT COURT NO: 178
FIRST SETTING DATE:

BAIL: **$5000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LEROY D. TAYLOR,** hereafter styled the Defendant, heretofore on or about **MARCH 9, 2011,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE , weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

APR 29 2011

Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

174th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002624

CAUSE NO. 1298312                CHARGE _Manibalcs_

THE STATE OF TEXAS              33*8* DISTRICT COURT

VS.                             OF HARRIS COUNTY, TEXAS

_Ethel Ibarra_,

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Ethel Ibarra_,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk

AUG 17 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___17___ day of ___Aug___, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H                    TX 77019
**City**        **State**        **Zip**        **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-8547
**Phone Number**

713-528-1013
**Fax Number**

The Court further ORDERS the cause set for : _Disp_
on the _14_ day of _Sept_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _17_ day of _Aug_____

_Hazel B Jones_
**Judge Presiding**

0002625

THE STATE OF TEXAS

VS.

**ETHEL IBARRA**

**02111172**

SPN:
DOB:
DATE PREPARED: **3/9/2011**

D.A. LOG NUMBER:**1730245**
CJIS TRACKING NO.:**916639273X-A001**

BY: **SP** DA NO: **001638714**
AGENCY:**TDCJ**
O/R NO: **COC100093**
ARREST DATE: **03-09-2011**

NCIC CODE: **5599 21**

RELATED CASES: **IBARRA, C. - 2F**

FELONY CHARGE: **Possession with Intent to Deliver a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1298312**
FIRST SETTING DATE: **338**

BAIL: **$124,800**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ETHEL IBARRA**, hereafter styled the Defendant, heretofore on or about **MARCH 9, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing at least 400 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on JANUARY 11, 2008, in Cause No. 1116138, in the 338TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman

**183rd**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002626

CAUSE NO. 1298423
1298424

CHARGE PCS (F3)

THE STATE OF TEXAS

262 Main (Del CSPG II (F2)
_____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

Wilson Ennis Barker IV
**Defendant**

P6

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Wilson Ennis Barker IV (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8130          Wilson Barker
                **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ Witness

Sworn to and Subscribed before me on this, the _____ day of **MAR 1 4 2011** , 20___.

Chris Daniel
District Clerk

MAR 1 4 2011

Deputy District Clerk
Harris County, Texas

Time: _____
_____ Harris County, Texas
By _____
          Deputy

## ORDER APPOINTING COUNSEL

On this, the 14 day of MARCH , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius
**Attorney**
1028 Buffalo Terrace
**Address**
H          T      77019
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 8 | 3 |
**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____ , 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.          8130
          Signed this 14 day of March , 20 11 .

_____
**Judge Presiding**

0002627

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **01676973** | D.A. LOG NUMBER:**1730604**<br>CJIS TRACKING NO.:**9166396468-A001** |
| **WILSON ENNIS BARKER III** | SPN:<br>DOB:<br>DATE PREPARED: **3/10/2011** | BY: **HR** DA NO: **001638714**<br>AGENCY:**HPD**<br>O/R NO: **029997911C**<br>ARREST DATE: **3/09/11** |

NCIC CODE: **5599 23**          RELATED CASES: **ONE OTHER F**

FELONY CHARGE: **DELIVERY OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1298422**
FIRST SETTING DATE:                                   **262**

BAIL: **$10000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **WILSON ENNIS BARKER III,** hereafter styled the Defendant, heretofore on or about **MARCH 9, 2011,** did then and there unlawfully, knowingly deliver by actual transfer to R. MEDEL, a controlled substance, namely, 3, 4 METHYLENEDIOXY METHAMPHETAMINE, weighing by aggregate weight, including any adulterants and dilutants, more than 1 gram and less than 4 grams.

It is further presented that in Harris County, Texas, WILSON ENNIS BARKER III, hereafter styled the Defendant, heretofore on or about MARCH 9, 2011, did then and there unlawfully, knowingly deliver by constructive transfer to R. MEDEL, a controlled substance, namely, 3, 4 METHYLENEDIOXY METHAMPHETAMINE, weighing by aggregate weight, including any adulterants and dilutants, more than 1 gram and less than 4 grams.

It is further presented that in Harris County, Texas, WILSON ENNIS BARKER III, hereafter styled the Defendant, heretofore on or about MARCH 9, 2011, did then and there unlawfully, knowingly deliver by offering to sell to R. MEDEL, a controlled substance, namely, 3, 4 METHYLENEDIOXY METHAMPHETAMINE, weighing by aggregate weight, including any adulterants and dilutants, more than 1 gram and less than 4 grams.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24041749
BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002628

CAUSE NO. 1298423
1298424

CHARGE PCS (F3)

THE STATE OF TEXAS

262 Man (Del CSPG II (F2)
DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

Wilson Ennis Barker IV

**Defendant**

P6

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Wilson Ennis Barker IV (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8130

Wilson Bmur

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and Subscribed before me on this, the _____ day of **MAR 1 4 2011**, 20___.

Chris Daniel
District Clerk

MAR 1 4 2011

Deputy District Clerk
Harris County, Texas

Time: _____

By _____ Harris County, Texas
Deputy

## ORDER APPOINTING COUNSEL

On this, the 14 day of MARCH, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius

**Attorney**

2028 Buffalo Terrace

**Address**

H              T   77019

**City**          **State**      **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
|---|---|---|---|---|---|---|---|

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 8 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas. 8130

Signed this 14 day of March, 20 11.

R Ray

**Judge Presiding**

0002629

TR 262 pend

THE STATE OF TEXAS
VS.

**WILSON ENNIS BARKER III**

**01676973**

SPN:
DOB:
DATE PREPARED: 3/10/2011

D.A. LOG NUMBER:1730604
CJIS TRACKING NO.:9166396468-A002

BY: **HR**  DA NO: **001638714**
**AGENCY:HPD**
O/R NO: **029997911C**
**ARREST DATE: 3/09/11**

NCIC CODE: **5599 09**

RELATED CASES: **ONE OTHER F**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1298423**
**262**

**BAIL: $5000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **WILSON ENNIS BARKER III**, hereafter styled the Defendant, heretofore on or about **MARCH 9, 2011**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, 3,4 METHYLENEDIOXY METHAMPHETAMINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

**MAR 1 0 2011**
Time.
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **March 10, 2011**

H Ramm

AFFIANT

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

2400603 71
BAR NO.

**COMPLAINT**

0002630

CAUSE NO. 1298423
1298424

CHARGE PCS (F3)
2w2 Man (Del CSPG II (F2)

THE STATE OF TEXAS

_____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

Wilson Ennis Barker IV
**Defendant**

P6

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Wilson Ennis Barker IV (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8730          WILSON Barker
          **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ Witness

Sworn to and subscribed before me on this, the _____ day of **MAR 1 4 2011**, 20___.

Chris Daniel
District Clerk

MAR 1 4 2011

Deputy District Clerk
Harris County, Texas

Time: _____
By _____ Harris County, Texas
          Deputy

## ORDER APPOINTING COUNSEL

On this, the 14 day of MARCH, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

H          T          77019
**City          State          Zip**

_____
**E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Phone Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.          8730
          Signed this 14 day of March, 20 11.

_____
**Judge Presiding**

Certified Copy of Harris County District Clerk

0002631

| THE STATE OF TEXAS | **01676973** | D.A. LOG NUMBER:**1730595** |
|---|---|---|
| VS. | | CJIS TRACKING NO.:**9166396425-A001** |

| **WILSON ENNIS BARKER III** | SPN: | BY: **HR** DA NO: **001638714** |
|---|---|---|
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **3/10/2011** | O/R NO: **017760511K** |
| | | ARREST DATE: **3/09/11** |

**NCIC CODE: 5599 23**   RELATED CASES:

**FELONY CHARGE: DELIVERY OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:   **1298424**   **BAIL: $10000**
FIRST SETTING DATE:   **262**   PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **WILSON ENNIS BARKER III**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 10, 2011,** did then and there unlawfully, knowingly deliver by actual transfer to R. MEDEL, a controlled substance, namely, 3, 4 METHYLENEDIOXY METHAMPHETAMINE, weighing by aggregate weight, including any adulterants and dilutants, more than 1 gram and less than 4 grams.

It is further presented that in Harris County, Texas, WILSON ENNIS BARKER III, hereafter styled the Defendant, heretofore on or about FEBRUARY 10, 2011, did then and there unlawfully, knowingly deliver by constructive transfer to R. MEDEL, a controlled substance, namely, 3, 4 METHYLENEDIOXY METHAMPHETAMINE, weighing by aggregate weight, including any adulterants and dilutants, more than 1 gram and less than 4 grams.

It is further presented that in Harris County, Texas, WILSON ENNIS BARKER III, hereafter styled the Defendant, heretofore on or about FEBRUARY 10, 2011, did then and there unlawfully, knowingly deliver by offering to sell to R. MEDEL, a controlled substance, namely, 3, 4 METHYLENEDIOXY METHAMPHETAMINE, weighing by aggregate weight, including any adulterants and dilutants, more than 1 gram and less than 4 grams.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002632

CAUSE NO. *1301394*
*1301396*

CHARGE *ACS*

*1854 Osslt Bod. Inj.*

THE STATE OF TEXAS

*1854* DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

*Justin Lott*,

**Defendant**

*PC LMT*
*LMT*

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ *Justin Lott* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(☒) *Justin Lott*,

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

Witness

Sworn to and subscribed before me on this, the *6th* day of *April*, 20 *11* .

_____ ,

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

APR - 6 2011

Time: _____
By _____ Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the *6th* day of *April*, 20 *11* the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____

**E-Mail Address** _____

**Bar Card/SPN Number** [ ][ ][ ][ ][ ][ ]

**Phone Number** [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

**Fax Number** [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this *6th* day of *April*, 20 *11* .

_____ ,

**Judge Presiding**

Unofficial Copy Official Marilyn Burgess District Clerk

*DA*

DISTRICT CLERK

0002633

THE STATE OF TEXAS
VS.

**02396037**

D.A. LOG NUMBER:1738053
CJIS TRACKING NO.:9166475988-A002

**JUSTIN LOTT**

SPN:
DOB:
DATE PREPARED: **4/3/2011**

BY: **ZAG** DA NO: **002333841**
AGENCY:**HPD**
O/R NO: **041419311Y**
ARREST DATE: **04/02/2011**

**P2**

NCIC CODE: **1313 18**

RELATED CASES: **ONE OTHER FEL**

FELONY CHARGE: **ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1301395**
**185**

**BAIL: $10,000**
**PRIOR CAUSE NO:**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JUSTIN LOTT**, hereafter styled the Defendant, heretofore on or about **APRIL 2, 2011**, did then and there unlawfully, INTENTIONALLY AND KNOWINGLY cause bodily injury to D. GREY, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: A PEACE OFFICER, by PUSHING THE COMPLAINANT WITH HIS HAND.

*State moves to reduce to Attempted Assault on a Public Servant.*

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

0002634

CAUSE NO. *1301394*
*1301396*

CHARGE *ACS*
/*8542 Asslt Bod. Inj.*

THE STATE OF TEXAS

/*854* DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

*Justin Lett*,

Defendant

*P6 UMM*
*UMM*

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ *Justin Lett* _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(X) *Justin Lett* _____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the *16th* day of *April*, 20 *11*.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
APR - 6 2011
Time: _____
Harris County, Texas
By _____

**ORDER APPOINTING COUNSEL**

On this, the *16th* day of *April*, 20 *11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____   State _____   Zip _____   E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20 ____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this *16th* day of *April*, 20 *11*.

_____,
Judge Presiding

*DA*

Unofficial Copy Official Marilyn Burgess District Clerk

DISTRICT CLERK

0002635

| THE STATE OF TEXAS VS. | 02396037 | D.A. LOG NUMBER:1738053 |
|---|---|---|
| | | CJIS TRACKING NO.:9166475988-A002 |

**JUSTIN LOTT**

SPN:
DOB:
DATE PREPARED: 4/3/2011

BY: **ZAG** DA NO: **002333841**
AGENCY:**HPD**
O/R NO: **041419311Y**
ARREST DATE: **04/02/2011**

NCIC CODE: **1313 18**

RELATED CASES: **ONE OTHER FEL**

FELONY CHARGE: **ASSAULT**
CAUSE NO: 1301396
HARRIS COUNTY DISTRICT COURT NO: 185
FIRST SETTING DATE:

1301395
185

**BAIL: $10,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JUSTIN LOTT**, hereafter styled the Defendant, heretofore on or about **APRIL 2, 2011**, did then and there unlawfully INTENTIONALLY AND KNOWINGLY cause bodily injury to D. GREY, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: A PEACE OFFICER, by PUSHING THE COMPLAINANT WITH HIS HAND.

**F I L E D**
Chris Danial
District Clerk

APR 03 2011

Time: 3:55
Harris County, Texas

By

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **April 3, 2011**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

2400S167
BAR NO.

**COMPLAINT**

0002636

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. _130146/_    CHARGE _PCS_

THE STATE OF TEXAS

VS.

_Jason Ryan La Fleur_
Defendant

185th DISTRICT COURT
OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Jason R. La Fleur_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _Jason La Fleur_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

Sworn to and subscribed before me on this, the _5th_ day of _April_, 20 _11_.

_____
Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
APR 05 2011
Time: _____ Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _5th_ day of _April_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

[   ][   ][   ][   ][   ][   ][   ]
Bar Card/SPN Number

[   ][   ][   ] - [   ][   ][   ] - [   ][   ][   ][   ]
Phone Number

[   ][   ][   ] - [   ][   ][   ] - [   ][   ][   ][   ]
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arra_

on the _26th_ day of _April_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _5th_ day of _April_, 20_11_.

_____
Judge Presiding

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

DK -

DISTRICT CLERK

0002637

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01655763** | D.A. LOG NUMBER:1738320 |
| VS. | | CJIS TRACKING NO.:9166478715-A001 |
| **JASON RYAN LAFEUR** | SPN: | BY: **CS** DA NO: **001707093** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **4/4/2011** | O/R NO: **041698511** |
| | | ARREST DATE: **04/03/2011** |

NCIC CODE: **5599 04**     RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:                                                          **BAIL: $15,000**
HARRIS COUNTY DISTRICT COURT NO:     **1301461**     PRIOR CAUSE NO:
FIRST SETTING DATE:                        **185**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JASON RYAN LAFEUR**, hereafter styled the Defendant, heretofore on or about **APRIL 3, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on OCTOBER 2, 2000, in Cause Number 0844506, in the 228TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0844506 was final, the Defendant committed the felony offense of FELON IN POSSESSION OF A WEAPON and was finally convicted of that offense on JULY 24, 2009, in Cause Number 1183257, in the 351ST DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                **183rd**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

FILED
Chris Daniel
District Clerk
MAY 27 2011
Harris County, Texas
Time:
By                Deputy

0002638

CAUSE NO. *130/482*
*130/483, 130/484*

THE STATE OF TEXAS

VS.

*Percy Lee Freeman,*

**Defendant**

CHARGE *Aggr Asslt*

*85th Fel. Poss Wpn*

*185th* **DISTRICT COURT**

OF HARRIS COUNTY, TEXAS

*PCS*

*PCS*

*W/NB Bond*

*LATT*
*LATT*
*LATT*

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

A *Percy Lee Freeman* _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X *Percy Freeman* _____,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

Sworn to and subscribed before me on this, the *16th* day of _____ *April* ____, 20 *11*.

_____

**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
APR - 6 2011
Harris County, Texas
Time: _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the *16th* day of _____ *April* ____, 20 *11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : *Aug* _____

on the *16th* day of _____ *May* ____, 20 *11* at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this *6th* day of _____ *April* ____, 20 *11*.

*D. Bur* _____,

**Judge Presiding**

DA

**DISTRICT CLERK**

0002639

THE STATE OF TEXAS
VS.

**PERCY LEE FREEMAN**

SPN: **01836180**
DOB:
DATE PREPARED: **6/28/2011**

D.A. LOG NUMBER:**1738381**
CJIS TRACKING NO.:**9166479401-A001**

BY: **CM**  DA NO: **002268150**
AGENCY:**HPD**
O/R NO: **041769911U**
ARREST DATE: **04 03 11**

NCIC CODE: **1314 21**          RELATED CASES: **SAME DEF. - 2 FELONIES**

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO: **1301482**
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PERCY LEE FREEMAN**, hereafter styled the Defendant, heretofore on or about **APRIL 3, 2011**, did then and there unlawfully, intentionally and knowingly threaten ORTENCIA VERGARA, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, on DECEMBER 28, 2001, in Cause No. 0886959, in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

**F I L E D**
**Chris Daniel**
**District Clerk**

JUN 2 9 2011

Time _____
              Harris County, Texas

By _____
              Deputy

Foreman                          **182nd**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002640

CAUSE NO. *130148*
*130148*, *130148*

THE STATE OF TEXAS

VS.

*Percy Lee Freeman*

**Defendant**

CHARGE *Agg. Asslt.*

*85th Fel. Poss. Wpn.*

*185th* DISTRICT COURT

OF HARRIS COUNTY, TEXAS

*PCS*

*PCS*

*WARR BOND*

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

A *Percy Lee Freeman* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _*Percy Freeman*_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the *16th* day of _*April*_, 20*11*.

**F I L E D**
Chris Daniel
District Clerk

APR - 6 2011

Harris County, Texas

Time: _____
By _____ Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the *16th* day of _*April*_, 20*11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Bar Card/SPN Number
☐☐☐☐☐☐☐☐☐

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

Fax Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

The Court further ORDERS the cause set for : *Aug* _____

on the *18th* day of _*May*_, 20*11* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this *6th* day of _*April*_, 20*11*.

_____,
**Judge Presiding**

DA

0002641

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**PERCY LEE FREEMAN**

SPN: **01836180**
DOB:
DATE PREPARED: **6/28/2011**

D.A. LOG NUMBER:**1738381**
CJIS TRACKING NO.:**9166479401-A002**

BY: **CM** DA NO: **002268150**
AGENCY:**HPD**
O/R NO: **041769911U**
ARREST DATE: **04 03 11**

NCIC CODE: **5203 03**                RELATED CASES: **SAME DEF. - 2 FELONIES**

FELONY CHARGE: **FELON IN POSSESSION OF FIREARM**
CAUSE NO: **1301483**
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$2,000**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PERCY LEE FREEMAN**, hereafter styled the Defendant, heretofore on or about **APRIL 3, 2011**, did then and there unlawfully, intentionally and knowingly possess a firearm after having been convicted of the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE, in the District Court for the 183RD Judicial District, HARRIS County, Texas, in Cause Number 1221564 on AUGUST 12, 2009, and said possession of the firearm occurred before the fifth anniversary of the Defendant's release from CONFINEMENT RESULTING FROM SAID CONVICTION on DECEMBER 19, 2009.

Before the commission of the offense alleged above, on DECEMBER 28, 2001, in Cause No. 0886959, in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

**F I L E D**
Chris Daniel
District Clerk

JUN 29 2011

Time _____
Harris County, Texas
By _____
Deputy

Foreman                **182nd**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002642

CAUSE NO. *130148*
*130483, 130484*

CHARGE *Agg Aslt*
*85th Fel. Poss Wpn*
*185th* DISTRICT COURT *PCS*

THE STATE OF TEXAS

OF HARRIS COUNTY, TEXAS

VS.

Defendant *Percy Lee Freeman.*

*PCS*
*W/no Bond*

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

A *Percy Lee Freeman* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the *16th* day of *April*, 20 *11*.

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
APR - 6 2011
Harris County, Texas
Time: _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the *6th* day of *April*, 20 *11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____    E-Mail Address _____

Bar Card/SPN Number [        ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number [   -    -     ]

Fax Number [   -    -     ]

The Court further ORDERS the cause set for : *Aug* _____
on the *16* day of *May*, 20 *11* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this *6th* day of *April*, 20 *11*.

_____
Judge Presiding

DISTRICT CLERK

0002643

THE STATE OF TEXAS
VS.

**PERCY LEE FREEMAN**

SPN: **01836180**
DOB:
DATE PREPARED: **6/28/2011**

D.A. LOG NUMBER:**1738381**
CJIS TRACKING NO.:**9166479401-A003**

BY: **CM** DA NO: **002268150**
AGENCY:**HPD**
O/R NO: **041769911U**
ARREST DATE: **04 03 11**

NCIC CODE: **5599 04**          RELATED CASES: **SAME DEF. - 2 FELONIES**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO: **1301484**
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$15,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PERCY LEE FREEMAN**, hereafter styled the Defendant, heretofore on or about **APRIL 2, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 27, 2009, in Cause Number 1213296, in the 209TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of MANUFACTURE/DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of MANUFACTURE/DELIVERY OF A CONTROLLED SUBSTANCE and was convicted on AUGUST 12, 2009, in Cause Number 1221564 in the 183RD District Court of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

JUN 29 2011

Time _____
             Harris County, Texas
By _____
             Deputy

Foreman                              182nd

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002644

CAUSE NO. *130/545*
*1297594*

CHARGE *Theft*

THE STATE OF TEXAS

*185th* DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

*Michael Reescand*
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ *Michael Reescand* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

*Michael Reeser*
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the *7th* day of *April*, 20*11*.

*SJ*

_____
**Deputy District Clerk**
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
APR -7 2011
Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the *7th* day of *April*, 20*11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*R. SKIP CORNELIUS*
**Attorney**
*2028 BUFFALO TERRACE*
**Address**
*H                    77019*
**City**        **State**        **Zip**        **E-Mail Address**

*04831500*
**Bar Card/SPN Number**

*713-237-8547*
**Phone Number**

*713-528-0153*
**Fax Number**

The Court further ORDERS the cause set for : *Arrg*
on the *IV* day of *May*, 20*11* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this *7th* day of *April*, 20*11*.

_____
**Judge Presiding**

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

0002645

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**01478600**

D.A. LOG NUMBER:**1738595**
CJIS TRACKING NO.:**916648183X-A001**

**MICHAEL REESCANO**

SPN:
DOB:
DATE PREPARED: **4/4/2011**

BY: **EG** DA NO: **001827326**
AGENCY:**SHF**
O/R NO: **HC1143736**
ARREST DATE: **04-04-2011**

NCIC CODE: **2300 79**

RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1301545
185**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**P2**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL REESCANO** hereafter styled the Defendant, heretofore on or about **APRIL 4, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO DRILS, owned by CARLOS OVIDIO, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on SEPTEMBER 19, 2008, in Cause Number 1543956, in the COUNTY CRIMINAL COURT AT LAW NO. 12, of HARRIS, County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

Before the commission of the primary offense, on JUNE 14, 2005, in Cause Number 1300570, in the COUNTY CRIMINAL COURT AT LAW NO. 11, of HARRIS County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on OCTOBER 17, 2005, in Cause Number 1027234, in the 230TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 1027234 was final, the Defendant committed the felony offense of ROBBERY and was finally convicted of that offense on JANUARY 14, 2010, in Cause Number 1243726, in the 337TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

MAY - 4 2011

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

_____
BAR CARD NO.

24048180

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

**INFORMATION**

0002646

CAUSE NO. _1301618010010_          CHARGE _PCS_

THE STATE OF TEXAS                    _185th_ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Rafael H. Gonzales._
Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Rafael H. Gonzales_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Rafael H. Delja_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this the _6th_ day of _April_, 20_11_.

_____,
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

FILED
Chris Daniel
District Clerk
APR - 6 2011
Time: _____
Harris County, Texas
By _____ Deputy

On this the _6th_ day of _April_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____   E-Mail Address _____

Bar Card/SPN Number
| 8 | 3 | 2 | . | 3 | | - | | | | |
Phone Number
| | | | - | | | | - | | | |
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _6th_ day of _April_, 20_11_.

_D. Bru_
Judge Presiding

THE STATE OF TEXAS
VS.

**01658176**

D.A. LOG NUMBER:**1738809**
CJIS TRACKING NO.:**916648393X-A001**

**RAFAEL HORAZEO GONZALES**

SPN:
DOB:
DATE PREPARED: **4/5/2011**

BY: **KL** DA NO: **068910750**
AGENCY:**HCSO**
O/R NO: **HC1144051**
ARREST DATE: **4/5/11**

NCIC CODE: **5599 05**

RELATED CASES:

**P2**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1301618**
**185**

**BAIL: $10000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **RAFAEL HORAZEO GONZALES**, hereafter styled the Defendant, heretofore on or about **APRIL 5, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

**00788538**
BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002648

CAUSE NO. _130166_   CHARGE _Theft_

THE STATE OF TEXAS

VS.

_Morris Banks_

**Defendant**

_1854th_ **DISTRICT COURT**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ _Morris Banks_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Morris Banks_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _7th_ day of _April_, 20 _11_.

**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
APR - 7 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _7th_ day of _April_, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R R SKIP CORNELIUS_
**Attorney**
_2028 BUFFALO TERRACE_
**Address**
_H      T   77019_
**City          State          Zip**          **E-Mail Address**

_04831540_
**Bar Card/SPN Number**

_713 - 237 - 8547_
**Phone Number**

_713 - 528 - 0153_
**Fax Number**

The Court further ORDERS the cause set for: _arr_

on the _5_ day of _May_, 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _7th_ day of _April_, 20 _11_.

_J Br_
**Judge Presiding**

**STATE JAIL DOCKET**,
Project Court #2, 20th Floor
713-755-5021

0002649

**DISTRICT CLERK**

| | | |
|---|---|---|
| THE STATE OF TEXAS | **00424682** | D.A. LOG NUMBER:**1738874** |
| VS. | | CJIS TRACKING NO.:**9166484545-A001** |
| **MORRIS BANKS** | SPN: | BY: **EV** DA NO: **068910750** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **4/5/2011** | O/R NO: **042496411** |
| | | ARREST DATE: **04/05/2011** |

NCIC CODE: **2300 75**       RELATED CASES: **CO-DEF DOBELMANN, R.-FEL**

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:       **1301661**       BAIL: **$15,000**
FIRST SETTING DATE:       **185**       PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MORRIS BANKS,** hereafter styled the Defendant, heretofore on or about **APRIL 5, 2011,** did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, EIGHTY NINE SHEETS OF HARDEE PLANK SIDING owned by DARA CHILDS, hereafter styled the Complainant , of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on FEBRUARY 24, 1999, in Cause Number 0797889, in the 182ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT.

Before the commission of the primary offense, and after the conviction in Cause Number 0797889 was final, the Defendant committed the felony offense of ASSAULT-FAMILY MEMBER and was finally convicted of that offense on FEBRUARY 25, 2003, in Cause Number 0920737, in the 179TH DISTRICT COURT of HARRIS County, Texas.

*State moves to reduce to Class A Theft*

**FILED**
Chris Daniel
District Clerk

MAY – 5 2011

Time: _____
                Harris County, Texas
By _____
                Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY       BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

0002650

CAUSE NO. _____ 1301900

CHARGE Obtain Drug

THE STATE OF TEXAS

339 DISTRICT COURT (F3)

OF HARRIS COUNTY, TEXAS

VS.

McKinney, Vern

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

I, McKinney, Vern (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Vern McKinney
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 200_

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

APR 11 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 11 day of APRIL, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

HOT 77019
**City**          **State**          **Zip**          **E-Mail Address**

04813150
**Bar Card/SPN Number**

713-237-8547
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : on the 10 day of May, 200_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 200_

APR 11 2011

_____
**Judge Presiding**

△ WANTS EXAMING TRN

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging

DISTRICT CLERK

0002651

THE STATE OF TEXAS
VS.

**VERN HAYWARD MCKINNEY**

SPN: 00327460
DOB:
DATE PREPARED: 4/7/2011

D.A. LOG NUMBER:1739499
CJIS TRACKING NO.:
BY: HR DA NO: 069051500
AGENCY:HPD
O/R NO: 0396399110
ARREST DATE: TOBE

NCIC CODE: 3500 52

RELATED CASES: **CODEF: DAVIS JR (F)**

FELONY CHARGE: **CONTROLLED SUBSTANCE FRAUD - PRESCRIPTION**
CAUSE NO: 1301900
HARRIS COUNTY DISTRICT COURT NO: 339
FIRST SETTING DATE:

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **VERN HAYWARD MCKINNEY,** hereafter styled the Defendant, heretofore on or about **MARCH 30, 2011,** did then and there unlawfully, knowingly ATTEMPT TO POSSESS a controlled substance, to-wit: HYDROCODONE by acquiring from DANIELLE GRAVES-BRADLEY through the use of a fraudulent prescription form attached hereto as Exhibit A, made without the authority and falsely purporting to be the prescription of a doctor THEODORE OTEY.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on APRIL 23, 1982, in Cause Number 0349673, in the 176TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of THEFT.

Before the commission of the primary offense, and after the conviction in Cause Number 0349673 was final, the Defendant committed the felony of ATTEMPTED AGGRAVATED PERJURY and was finally convicted of that offense on JUNE 29, 1983, in Cause Number 380759, in the 248TH DISTRICT COURT of HARRIS County, Texas.

FILED
Chris Daniel
District Clerk

APR 13 2011
Time: 10:00 A.M.
Harris County, Texas
By _____ Deputy

Foreman                    176th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

CAUSE NO. 1301953
1302501

CHARGE Felony poss with

ae2. Possyn Int Del CS.

THE STATE OF TEXAS

____ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

Brandon West

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Brandon West _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially <u>unable to hire an attorney.</u>

8130

✓/ Brandon West

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Unofficial copy of Harris County Judges District Clerk

F I L E D

Sworn to and subscribed before me on this, the ____ day of APR 13 2011 ____, 20____.

Chris Daniel
District Clerk

APR 13 2011

Time: _____ 2011

By _____
Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 13 day of APR ____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RA SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H T 77019

**City**          **State**          **Zip**          **E-Mail Address**

04831500

**Bar Card/SPN Number**

713-237-8547

**Phone Number**

713-528-0153

**Fax Number**

The Court further ORDERS the cause set for ; A ____ on the 26 day of May ____, 20 11 — at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas. 8130

Signed this 13 day of April ____, 20 11.

**Judge Presiding**

0002653

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02553883** | D.A. LOG NUMBER:**1739285** |
| VS. | | CJIS TRACKING NO.: |
| **BRANDON WEST** | SPN: | BY: **EG** DA NO: **001922011** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **4/7/2011** | O/R NO: **038825211F** |
| | | ARREST DATE: **TO BE** |

NCIC CODE: **5203 03**     RELATED CASES: **SAME DEF-FEL / RODRIGUEZ-FEL / LOPEZ- FEL**

FELONY CHARGE: **FELON IN POSSESSION OF FIREARM**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1301953**     BAIL: **$10,000**
FIRST SETTING DATE:     **262**     PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRANDON WEST**, hereafter styled the Defendant, heretofore on or about **MARCH 28, 2011**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of TAMPERING WITH EVIDENCE in the District Court of the 51ST Judicial District, HENDERSON County, KENTUCKY, in Cause Number 270827-5560, on MARCH 7, 2005.

**F I L E D**
**Chris Daniel**
**District Clerk**

JUL 0 6 2011

Time: _____
Harris County, Texas
By _____
Deputy

**Foreman**     **183rd**

_____
FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District

0002654

CAUSE NO. 1301953
1302501

CHARGE Felony Poss wpn

THE STATE OF TEXAS

ao2.   Possn Int Del CS.

DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

Brandon West

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Brandon West _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially <u>unable to hire an attorney.</u>

8/30   ✓/Brandon West _____,

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

**F I L E D**

Sworn to and subscribed before me on this, the ___ day of APR 13 2011 _____, 20___.

Chris Daniel
District Clerk

APR 13 2011

Deputy District Clerk
Harris County, Texas

Time: _____ 2011

Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 13 day of APR _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R/ SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H T 77019

**City**   **State**   **Zip**

_____

**E-Mail Address**

04831500

**Bar Card/SPN Number**

713-237-8547

**Phone Number**

713-528-0153

**Fax Number**

The Court further ORDERS the cause set for ; Arr _____
on the 26 day of May _____, 20 11, at 9:00 a.m. at 1201 Franklin, Houston, Harris
8/30
County, Texas.

Signed this 13 day of April _____, 20 11.

_____,

**Judge Presiding**

Unofficial copy of Harris County District Clerk

0002655

THE STATE OF TEXAS

VS.

**BRANDON WEST**

**02553883**

SPN:
DOB:
DATE PREPARED: **4/7/2011**

D.A. LOG NUMBER:**1739285**
CJIS TRACKING NO.:
BY: **EG** DA NO: **001922011**
AGENCY:**HPD**
O/R NO: **038825211F**
ARREST DATE: **TO BE**

**F I L E D**
Chris Daniel
District Clerk
APR 07 2011
Harris County, Texas

Time:
By

NCIC CODE: **3562 19**    RELATED CASES: **SAME DEF-FEL / RODRIGUEZ-FEL / LOPEZ-FEL**

FELONY CHARGE: **POSSESSION OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1301954**
**262**

**BAIL: $10,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **BRANDON WEST** hereafter styled the Defendant, heretofore on or about **MARCH 28, 2011**, did then and there unlawfully intentionally and knowingly possess marihuana in a useable quantity of more than five pounds and less than fifty pounds.

PROBABLE CAUSE:

The affiant, Arthur Phillips, is a police officer with the Houston Police Department. The affiant has reason to believe and does believe that on March 28, 2011, the defendant, Brandon West, committed the felony offense of Possession of Marijuana in Harris County, Texas. The affiant's belief is based on the following facts:

On March 28, 2011, Affiant was dispatched to a shooting call at 10438 Tolman in Harris County, Texas. When Affiant arrived at the scene, he makes contact with Brenda Banks, hereafter witness. The witness stated that her son in law had been shot outside of the residence located at 10438 Tolman. Additionally, Affiant spoke to Brenda Campos, whom Affiant believed to be credible and reliable. Witness Campos stated that she observed individuals outside of the residence at 10438 Tolman and believed that they had thrown objects into the Chevy Suburban that was sitting outside of the residence on Tolman. Witness Banks gave officers consent to search the Chevy Suburban, inside of the suburban affiant found 38.65 pounds of marijuana.

While Affiant was investigating the shooting and the marijuana found at the Tolman scene, he learned that Witness, Dagaberto Rodriguez, contacted HPD to discuss what occurred on March 28, 2011. Witness Rodriguez stated that on March 28, 2011 he had made a deal with an individual that he knew by name and sight as Brandon West, defendant, to sell the defendant 38.65 pounds of marijuana at the 10438 Tolman address. Witness Rodriguez stated that he went to the residence on Tolman residence on March 28, 2011 with another male by the name of Alfredo Lopez. Witness Rodriguez stated that Lopez took the marijuana and placed it in the Suburban that was outside of the Tolman residence. The defendant was outside of the residence and next to the Suburban when the marijuana was placed in the car. Witness Rodriguez stated that he remained in his vehicle but participated in the delivery of the marijuana to the defendant.

Affiant spoke with the defendant. The defendant stated that on March 28, 2011 he was at his residence on Tolman when he observed individuals approach his car and just throw a garbage bag inside of his truck.

The amount of the marijuana was an amount greater than 5 pounds and less than 50 pounds.

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **April 7, 2011**

AFFIANT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

ASSISTANT DISTRICT ATTORNEY    BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

0002656

CAUSE NO. _1302038_          CHARGE _Poss C.S. SJ_

THE STATE OF TEXAS                    _339_ DISTRICT COURT

VS. _Johnson, Janice_                 OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

_Johnson, Janice_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

APR 11 2011

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _April_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Skip Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_Houston_____ _TX_ _77019_                    _____
**City**          **State**      **Zip**          **E-Mail Address**

_04831500_
**Bar Card/SPN Number**

_713-237-8547_
**Phone Number**

_713-528-0173_
**Fax Number**

The Court further ORDERS the cause set for :

on the _27_ day of _April_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _APR 11 2011_, 20___.

_____
**Judge Presiding**

_BOND_

Original copy in office of Martin Burgess District Clerk

DISTRICT CLERK

0002657

THE STATE OF TEXAS

VS.

**JANICE RENEE JOHNSON**

**01488537**

SPN:
DOB:
DATE PREPARED: **4/8/2011**

D.A. LOG NUMBER:**1739629**
CJIS TRACKING NO.:**9166492211-A001**

BY: **CM** DA NO: **001827326**
AGENCY:**HPD**
O/R NO: **043641211N**
ARREST DATE: **4-7-11**

NCIC CODE: **5599 04**

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1302038**
**339**

**BAIL: $15000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JANICE RENEE JOHNSON**, hereafter styled the Defendant, heretofore on or about **APRIL 7, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Danial
District Clerk
MAY 12 2011
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**FOREMAN OF THE GRAND JURY**

17th

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002658

CAUSE NO. 1302077                    CHARGE Harrassment

339 DISTRICT COURT

THE STATE OF TEXAS

VS. Boyd, Vernis                     OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ Boyd, Vernis _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Boyd

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____ 20___.

**F I L E D**
Chris Daniel
District Clerk

APR 11 2011

Harris County, Texas

Deputy District Clerk
Harris County, Texas

Time: _____

By _____
        Deputy

## ORDER APPOINTING COUNSEL

On this, the 11 day of _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

2028 Buffalo Terrace
**Address**

_____ 77019
**City        State        Zip**        **E-Mail Address**

0487150
**Bar Card/SPN Number**

713-237-8897
**Phone Number**

713-528-0103
**Fax Number**

The Court further ORDERS the cause set for :
on the 11 day of May _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ APR 11 2011 ___, 20___

_____
**Judge Presiding**

DISTRICT CLERK

0002659

Official Copy from Martha Burgess District Clerk

THE STATE OF TEXAS
VS.

**02553969**

D.A. LOG NUMBER:**1739803**
CJIS TRACKING NO.:**916649396X-A001**

**VERNIS ELBERT BOYD**

SPN:
DOB:
DATE PREPARED: **4/8/2011**

BY: **CS** DA NO: **002094982**
AGENCY:**MTA**
O/R NO: **043838211**
ARREST DATE: **04/07/2011**

NCIC CODE: **7099 63**

RELATED CASES:

FELONY CHARGE: **HARASSMENT OF PUBLIC SERVANT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1302079**
**339**

**BAIL: $5,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**VERNIS ELBERT BOYD,** hereafter styled the Defendant, heretofore on or about **APRIL 7, 2011,** did then and there unlawfully, with the intent
to HARASS, cause G. NOVAK, hereafter styled the Complainant, whom the Defendant knew to be a public servant, to contact the SALIVA of the
DEFENDANT, while the Complainant was lawfully discharging an official duty.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**178th**

**Asst. Foreman**

Mary Almandarez

FOREMAN OF THE GRAND JURY

**INDICTMENT**

FILED
Chris Daniel
District Clerk
MAY 19 2011
Time: 3:30
Harris County, Texas
By: _____ Deputy

0002660

CAUSE NO. 1302122
1302123
1302124

CHARGE Agg Assit (F2)
339 Agg Assit (F2)
Ass C.S (SJ)

THE STATE OF TEXAS

DISTRICT COURT

VS. Faultry, Jarvis

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ Faultry, Jarvis _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 200__

**F I L E D**
Chris Daniel
District Clerk

APR 11 2011

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 11 day of Apr, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

W Skip Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

H_____ 7 7019
**City** **State** **Zip** **E-Mail Address**

0 4 7 3 1 5 8 0
**Bar/Card/SPN Number**

7 1 3 - 2 3 7 - 0 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for ;
on the 12 day of May, 200__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ APR 11 2011, 200__

Judge Presiding

0002661

THE STATE OF TEXAS
VS.

**JARVIS EUGENE FAULTRY**

SPN: **01857155**
DOB:
DATE PREPARED: **5/9/2011**

D.A. LOG NUMBER:**1739905**
CJIS TRACKING NO.:**9166494931-A001**

BY: **CM** DA NO: **002327938**
AGENCY:**HPD**
O/R NO: **044023911S**
ARREST DATE: **04 08 11**

NCIC CODE: **1301 19**

RELATED CASES: **TWO OTHER FEL**

FELONY CHARGE: **Aggravated Assault**
CAUSE NO: **1302122**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JARVIS EUGENE FAULTRY**, hereafter styled the Defendant, heretofore on or about **APRIL 8, 2011**, did then and there unlawfully, intentionally and knowingly threaten CALEB BOYD with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JANUARY 2, 2003, in Cause Number 925046, in the 263RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of AGGRAVATED ASSAULT WITH A DEADLY WEAPON.

Before the commission of the primary offense, and after the conviction in Cause Number 925046 was final, the Defendant committed the felony of AGGRAVATED ASSAULT WITH A DEADLY WEAPON and was finally convicted of that offense on AUGUST 11, 2009, in Cause Number 1193243, in the 185TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

MAY 1 1 2011
Time:
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002662

CAUSE NO. 1302122
1302123
1302124

CHARGE Agg Assit (F2)
Agg Assit (F2)
Ass C.S (SJ)

335

THE STATE OF TEXAS

DISTRICT COURT

VS. Faultry, Jarvis

OF HARRIS COUNTY, TEXAS

Defendant

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ Faultry, Jarvis _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the ____ day of _____, 200__

**FILED**
Chris Daniel
District Clerk

APR 11 2011

Time: ____
Harris County, Texas
By ____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 11 day of APR, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

W SKIP CORNELIU
Attorney

2828 Buffalo Texas
Address

7 7019
City        State        Zip        E-Mail Address

0473150
Bar Card/SPN Number

713-237-0847
Phone Number

713-528-9153
Fax Number

The Court further ORDERS the cause set for : on the 12 day of May, 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of APR 11 2011, 200__

Judge Presiding

0002663

THE STATE OF TEXAS
VS.

**JARVIS EUGENE FAULTRY**          SPN: **01857155**
                                   DOB:
                                   DATE PREPARED: **5/9/2011**

D.A. LOG NUMBER:**1739905**
CJIS TRACKING NO.:**9166494931-A003**

BY: **CM**  DA NO: **002327938**
AGENCY:**HPD**
O/R NO: **044023911S**
ARREST DATE: **04 08 11**

NCIC CODE: **5599 04**          RELATED CASES: **TWO OTHER FEL**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO: **1302124**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

BAIL: **$15,000**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JARVIS EUGENE FAULTRY**, hereafter styled the Defendant, heretofore on or about **APRIL 8, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JANUARY 2, 2003, in Cause Number 925046, in the 263RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of AGGRAVATED ASSAULT WITH A DEADLY WEAPON.

Before the commission of the primary offense, and after the conviction in Cause Number 925046 was final, the Defendant committed the felony of AGGRAVATED ASSAULT WITH A DEADLY WEAPON and was finally convicted of that offense on AUGUST 11, 2009, in Cause Number 1193243, in the 185TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
**Chris Daniel**
**District Clerk**

MAY 1 1 2011

Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002664

CAUSE NO. _130223*9_     CHARGE _Agg Assit_

THE STATE OF TEXAS     _339_ DISTRICT COURT F2

VS.     OF HARRIS COUNTY, TEXAS

_Vallejo, Ricky_

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Vallejo, Ricky_ (name), the DEFENDANT in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Ricky Vall_

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 200___.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

APR 11 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _Apr_, 200_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Skip Cornelius_
Attorney

_2028 Buffalo Ter_
Address

_W J 77019_
City     State     Zip     E-Mail Address

_04731820_
Bar Card/SPN Number

_713-237-8547_
Phone Number

_713-237-0158_
Fax Number

The Court further ORDERS the cause set for : on the _21_ day of _April_, 200_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _APR 11 2011_, 200_.

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002665

THE STATE OF TEXAS                          **01664939**                D.A. LOG NUMBER:1740129
VS.                                                                    CJIS TRACKING NO.:9166497760-A001

**RICKY LEE VALLEJO**          SPN:                              BY: **DB** DA NO: **001759187**
                                DOB:                            AGENCY:**HPD**
                                DATE PREPARED: **4/9/2011**     O/R NO: **044384611L**
                                                               ARREST DATE: **4-8-11**

NCIC CODE: **1301 19**          RELATED CASES: **J. MCGEE - FEL**

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1302237**        BAIL: **$30,000**
FIRST SETTING DATE:                     **339**            PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **RICKY LEE VALLEJO** hereafter styled the Defendant, heretofore on or about **APRIL 8, 2011**, did then and there unlawfully intentionally and knowingly threaten PEDRO ZAMBRANA with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**F I L E D**
Chris Daniel
District Clerk

APR 0 9 2011

Time: _____

By _____
          Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **April 9, 2011**

_O. Boadree_
AFFIANT

_signature_
ASSISTANT DISTRICT ATTORNEY        BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**                                          0002666

CAUSE NO. _____

CHARGE _____

**THE STATE OF TEXAS**

*208* **DISTRICT COURT**

VS.

CHARLES DOUG GRABOW,

**OF HARRIS COUNTY, TEXAS**

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

MAY 2 7 2011

Time: _____
By: _____
Harris County, Texas
Deputy

## ORDER APPOINTING COUNSEL

On this, the *27* day of *MAY*, 20*11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City        State        Zip**

_____
**E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 9 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____
on the *6* day of *July*, 20*11* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _____ day of _____, 20*11*.

_____,
**Judge Presiding**

0002667

009000060

THE STATE OF TEXAS
VS.

**CHARLES DOUGLAS GRABOW JR.**

D.A. LOG NUMBER:1740332
CJIS TRACKING NO.:
BY: TS DA NO: 062521650
AGENCY:HCSO
O/R NO: 1145683
ARREST DATE: **TO BE**

SPN: **009000060**
DOB:
DATE PR009000604/9/2011

NCIC CODE: **1301 19**    RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

1302296
339

BAIL: **$80,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:
1302296
339

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **CHARLES DOUGLAS GRABOW JR.** hereafter styled the Defendant, heretofore on or about **APRIL 8, 2011,** did then and there unlawfully intentionally and knowingly cause bodily injury to TIMOTHY COMEAUX SR. by using a deadly weapon, namely, A KNIFE.

It is further presented that in Harris County, Texas, CHARLES DOUGLAS GRABOW JR., hereafter styled the Defendant, heretofore on or about APRIL 8, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to TIMOTHY COMEAUX SR. by using a deadly weapon, namely, A METAL PIPE.

Before the commission of the offense alleged above, on AUGUST 12, 2003, in Cause Number 935599 in the 178TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of DEADLY CONDUCT.

PROBABLE CAUSE
Affiant, SGT Henry Palacios is employed as a certified peace officer with the Harris County Sheriff's Department. Affiant believes that on or about April 8, 2011 at 1010 Lakeside in Harris County, Texas CHARLES DOUGLAS GRABOW, hereafter the Defendant, committed the offense of Aggravated Assault with a Deadly Weapon, namely a knife or namely a metal pipe against Timothy Comeaux, Sr., hereafter the Complainant. Affiant bases his belief on the following:
On Friday, April 8, 2011 Affiant went to 1010 Lakeside in Harris County, Texas to investigate a disturbance.
Affiant met with witness JOHN CLARK, whom Affiant found credible. Clark told Affiant he was the owner of the property. CLARK informed affiant that he along with his girlfriend, TIFFANY RENAE HUMPHREY, where inside his trailer when they heard a knock on his door.
CLARK told Affiant, HUMPHREY answered the door to find the Defendant, whom he knows by name and sight as CHARLES DOUGLAS GRABOW. DEFENDANT asked to speak to "Stretch" also known as Jerry Morris. CLARK told the DEFENDANT that "Stretch" was not at home and to leave his property.
CLARK told Affiant, he closed his door and went to his bedroom. Shortly thereafter he heard two males fighting. He heard two male voices, one being the DEFENDANT'S screaming and cussing. CLARK returned to the front door to his trailer and observed the defendant had not left his property as instructed to do so. He also saw a white vehicle in the driveway. CLARK said he then observed the DEFENDANT with a knife in his hand stabbing an unknown white male, later identified as Timothy Comeaux, Sr.
CLARK told Affiant he then observed the DEFENDANT grab a metal pipe and began striking the Complainant about his head. CLARK said he closed his door and went back to his bedroom.
CLARK told Affiant he then heard the trunk to a vehicle close and a vehicle pull out of his driveway. He looked out his bedroom window and did not see the DEFENDANT or the Complainant any longer, and the white vehicle he had just seen was also gone.
Affiant observed what appeared to be blood, biological matter, along with what appeared to be a piece of human skull on the ground near the area where Clark said the assault occurred.
Affiant then spoke with TIMOTHY AARON COMEAUX, Jr., the Complainant's biological son and whom Affiant found credible. COMEAUX said he and the Complainant met the defendant at a night club, and they were drinking together. Upon leaving the club, Witness COMEAUX said he observed only the DEFENDANT and the Complainant enter the Witness Comeaux's vehicle, a white Cadillac, and drive away to an unknown location.
Affiant created a photo array with a picture of the Defendant and 5 like-featured males and showed it to Witness Comeaux. Witness Comeaux identified the Defendant as being the person that left the club with the Complainant in Complainant's car.
Affiant was informed that the white Cadillac in question was found at 10402 Gulf Freeway on April 9, 2011. Affiant was informed by CSI
investigators that the trunk area of the Complainant's vehicle contain a large amount of blood and what appeared to be brain matter. The Complainant was nowhere to be found.
Defendant was the last person seen with Complainant on April 8th, 2011 leaving the nightclub at 1:45 a.m. Witness John Clark said he saw the Defendant stabbing and hitting the white male on his property at approximately 2:20 a.m.
COMEAUX, Jr. informed Affiant he has not heard nor seen the Complainant since he left the night club with the Defendant. Witness Comeaux stated that Complainant is a white male was driving a white vehicle, much like witness John Clark described he saw on his property on April 8th, 2011. CSI has recovered biological material from the white Cadillac for purposes of DNA comparison with a known sample of the Complainant's DNA.
Affiant also spoke with Witness Taber Heath Francis, whom he found credible. Francis told Affiant that he was with the Defendant, whom he knows by name and sight, in a white Cadillac on April 9th, 2011 and that, while driving, Defendant admitted to him that he had killed someone. Taber also saw blood in the white Cadillac. Taber directed officers to the white Cadillac that Defendant was driving and that the white Cadillac driven by the Defendant is registered to Witness Timothy Comeaux, Jr.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Chris Daniel
District Clerk

APR 09 2011
Time:
By
Harris County, Texas
Deputy

Sworn to and subscribed before me on April 9, 2011

_____
**AFFIANT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

_____
**ASSISTANT DISTRICT ATTORNEY**
OF HARRIS COUNTY, TEXAS.

BAR NO.

0002668

**COMPLAINT**

CAUSE NO. 1301953
1302501

CHARGE *Felony poss w/in*
*ae2.* Possn Int Del CS.

THE STATE OF TEXAS

___ DISTRICT COURT

VS.

Brandon West

OF HARRIS COUNTY, TEXAS

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Brandon West _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially <u>unable to hire an attorney</u>.

8/30    ✓/ Brandon West
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

F I L E D
Sworn to and subscribed before me on this, the ___ day of APR 1 3 2011 _____, 20___.
Chris Daniel
District Clerk

APR 1 3 2011

Time: _____ 2011

By _____
        Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 13 day of APR _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City     State     Zip**

**E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-8847
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for ; Arr
on the 26 day of May _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris
8/30
County, Texas.

Signed this 13 day of April _____, 20 11.

_____
**Judge Presiding**

| | | |
|---|---|---|
| THE STATE OF TEXAS | | D.A. LOG NUMBER:1738694 |
| VS. | **02553883** | CJIS TRACKING NO.:9166505402-A001 |
| **BRANDON LEE WEST** | SPN: | BY: **TD** DA NO: 002126743 |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **4/11/2011** | O/R NO: **038939711G** |
| | | ARREST DATE: **04/01/2011** |

NCIC CODE: **5599 48**      RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:                                         BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:                 PRIOR CAUSE NO:
FIRST SETTING DATE:      **1302501**
                         ~~262~~

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRANDON LEE WEST,** hereafter styled the Defendant, heretofore on or about **MARCH 28, 2011,** did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
**Chris Daniel**
**District Clerk**

JUL 0 6 2011

Time: _____ 1200
            Harris County, Texas
By = _____ DM
            DEPUTY

**Foreman**                **183rd**

_____

FOREMAN OF THE GRAND JURY

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**INDICTMENT**

0002670

CAUSE NO. _1302509_ _1302514_  1302513  CHARGE _Agg Robx 3 / Agg Asst._

THE STATE OF TEXAS  _1302510_                    _177_  DISTRICT COURT

VS.                                              OF HARRIS COUNTY, TEXAS

_Christopher Franks_

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

□ _Christopher Franks_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _CHRISTOPHER FRANKS_

**Defendant**

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _13_ day of _April_, 20_11_.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _13_ day of _Apr_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_

**Attorney**

_1028 Buffalo Terrace_

**Address**

_H_          _T_      _77019_

**City**        **State**      **Zip**          **E-Mail Address**

_0 4 8 3 1 5 0 0_

**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_

**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_

**Fax Number**

_APPN_

The Court further ORDERS the cause set for : _____ on the _24_ day of _MAY_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _13_ day of _April_, 20_11_.

**F I L E D**
Chris Daniel
District Clerk

APR 13 2011

_____
**Judge Presiding**

Time: _____
Harris County, Texas

By _____
Deputy

DISTRICT CLERK

0002671

THE STATE OF TEXAS
VS.

**02554574**

**CHRISTOPHER JAMES FRANKS**

D.A. LOG NUMBER:1740737
CJIS TRACKING NO.:9166504341-A001

SPN:
DOB:
DATE PREPARED: **4/11/2011**

BY: **CP** DA NO: **051779050**
AGENCY:**HPD**
O/R NO: **045403611J**
ARREST DATE: **4/11/2011**

NCIC CODE: **1204 04**

RELATED CASES: **ONE OTHER CHARGE (F)**
**CO DEF: BM-W.FOWLER (2F)**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1302509**
**177**

**BAIL: $30,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER JAMES FRANKS**, hereafter styled the Defendant, heretofore on or about **APRIL 11, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by ANA SOBREVILLA, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE ANA SOBREVILLA IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk
JUN 0 8 2011
Harris County, Texas
By _____ Time _____

Foreman

**183rd**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002672

CAUSE NO. _1302509_ _1302514_ CHARGE _Agg Robx3 / Agg Asft_

_1302513_

_1302510_

THE STATE OF TEXAS

_177_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

_Christopher Franks_
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Christopher Franks_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _Christopher Franks_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _13_ day of _April_, 20_11_.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _13_ day of _Apr_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**

_1028 Buffalo Terrace_
**Address**

_H_ _TX_ _77019_
**City**   **State**   **Zip**   **E-Mail Address**

_04831500_
**Bar Card/SPN Number**

_713-237-8547_
**Phone Number**

_713-528-0153_
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _24_ day of _May_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _13_ day of _April_, 20_11_.

**F I L E D**
Chris Daniel
District Clerk

APR 1 3 2011

_____
**Judge Presiding**

Time: _____
        Harris County, Texas
By _____
        Deputy

0002673

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**CHRISTOPHER JAMES FRANKS**

**02554574**

SPN:
DOB:
DATE PREPARED: **4/11/2011**

D.A. LOG NUMBER:**1740737**
CJIS TRACKING NO.:**9166504341-A002**

BY: **CP** DA NO: **051779050**
AGENCY:**HPD**
O/R NO: **045403611J**
ARREST DATE: **4/11/2011**

NCIC CODE: **1301 19**

RELATED CASES: **ONE OTHER CHARGE (F)**
**CO DEF: BM-W.FOWLER (2F)**

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1302510**
**177**

BAIL: **$30,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER JAMES FRANKS,** hereafter styled the Defendant, heretofore on or about **APRIL 11, 2011**, did then and there unlawfully, intentionally and knowingly threaten ANA SOBREVILLA with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk
JUN 08 2011

Harris County, Texas

Deputy

Time: _____ By: _____

**Foreman**

**183rd**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002674

CAUSE NO. _____ CHARGE _____

THE STATE OF TEXAS

_____ DISTRICT COURT

vs. John Henry Addison

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ John H. Addison _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk
APR 1 8 2011
Time: _____
Harris County, Texas
By _____

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P SKIN (counsel)
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City** **State** **Zip**

_____
**E-Mail Address**

0483 1500
**Bar Card/SPN Number**

713 - 237 - 8897
**Phone Number**

713 - 528 - 0153
**Fax Number**

The Court further ORDERS the cause set for:
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _____ day of _____, 20____.

_____
**Judge Presiding**
Marc Carter

5-25-11
8.30 AM

0002675

| | | |
|---|---|---|
| THE STATE OF TEXAS | **00461889** | D.A. LOG NUMBER:**1741085** |
| VS. | | CJIS TRACKING NO.: |
| **JOHN HENRY ADDISON** | SPN: | BY: **EV** DA NO: **001922011** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **4/13/2011** | O/R NO: **045928411F** |
| | | ARREST DATE: **TO BE** |

**NCIC CODE: 1314 21**       RELATED CASES:

FELONY CHARGE: **Aggravated Assault – Family Member**
CAUSE NO:                                                                         **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:       **1302700**        PRIOR CAUSE NO:
FIRST SETTING DATE:                                        **228**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN HENRY ADDISON**, hereafter styled the Defendant, heretofore on or about **APRIL 12, 2011**, did then and there unlawfully, intentionally and knowingly threaten CASSANDRA MAYFIELD, a MEMBER OF THE DEFENDANT'S FAMILY, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A PIECE OF GLASS.

It is further presented that in Harris County, Texas, JOHN HENRY ADDISON, hereafter styled the Defendant, heretofore on or about APRIL 12, 2011, did then and there unlawfully intentionally and knowingly threaten CASSANDRA MAYFIELD, a MEMBER OF THE DEFENDANT'S HOUSEHOLD, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A PIECE OF GLASS.

Before the commission of the offense alleged above, on JULY 13, 1988, in Cause Number 502005 in the 228TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE.

**F I L E D**
Chris Daniel
District Clerk

APR 27 2011

Time: _13:25_
Harris County, Texas

By _____ Deputy

177th                                      **Foreman**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**                                                              0002676

CAUSE NO. 1302806 CHARGE Capital Murder

THE STATE OF TEXAS 1302731 182nd DISTRICT COURT

VS. OF HARRIS COUNTY, TEXAS

Judy Hambrick

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

Judy Hambrick (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Judy Hambrick
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

F I L E D
Chris Daniel
District Clerk
[ ? 1 8 2011
Harris County, Texas

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

Time: _____

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 18 day of APRIL, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

F I L E D
Chris Daniel
District Clerk
APR 1 8 2011
Harris County, Texas

R. P. SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City** **State** **Zip**

**E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : NT

on the 22 day of June, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of April, 20 11

**Judge Presiding**

0002677

DISTRICT CLERK

01044494
339

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01044494** | D.A. LOG NUMBER:**1741119** |
| VS. | | CJIS TRACKING NO.:**916650838X-A001** |
| **JUDY LUCILLE HAMBRICK** | SPN: | BY: **EG** DA NO: **068910750** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **4/13/2011** | O/R NO: **45896111U** |
| | | ARREST DATE: **04-12-2011** |

**NCIC CODE: 2300 86**     RELATED CASES:

FELONY CHARGE: **THEFT OF FIREARM**
CAUSE NO:                                          **BAIL: $500,000**
HARRIS COUNTY DISTRICT COURT NO:     **1302731**     PRIOR CAUSE NO:
FIRST SETTING DATE:                            **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JUDY LUCILLE HAMBRICK**, hereafter styled the Defendant, heretofore on or about **APRIL 12, 2011**, did then and there unlawfully appropriate by acquiring and otherwise exercising control over property, namely a firearm owned by MARY BREWER, hereafter styled the Complainant, with the intent to deprive the Complainant of the firearm.

**F I L E D**
**Chris Daniel**
**District Clerk**
APR 13 2011
Time: _____
By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **April 13, 2011**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY          24046913
OF HARRIS COUNTY, TEXAS.                    BAR NO.

**COMPLAINT**

CAUSE NO. 1303461        CHARGE PCS

THE STATE OF TEXAS                208.  DISTRICT COURT

VS. Mattheus Reed               OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Mattheus Reed _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8:30        Mattheus Reed
                **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                    **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

                        _____
                        **Deputy District Clerk**
                        **Harris County, Texas**

**FILED**
Chris Daniel
District Clerk
APR 2 5 2011
Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the 25 day of Apr _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. Skip Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

_____ TX 77019
**City**          **State**     **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
                                            8:30
County, Texas.
Signed this 25 day of April _____, 20 11

                        _____
                        **Judge Presiding**

0002679

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**MATTHEAUS REED**

**02209388**

SPN:
DOB:
DATE PREPARED: 4/20/2011

D.A. LOG NUMBER:1743430
CJIS TRACKING NO.:9166533236-A002

BY: **KL** DA NO: **002156159**
AGENCY:**HCCP6**
O/R NO: **HC1151362**
ARREST DATE: **4/19/11**

NCIC CODE: 5599 09

RELATED CASES: **SAME-M; EADEN-M; SAMUEL-M**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1303461**
**262**

**P2**

BAIL: **$5000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MATHEAUS REED,** hereafter styled the Defendant, heretofore on or about **APRIL 19, 2011,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, 3, 4 - METHYLENEDIOXY METHAMPHETAMINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

APR 2 5 2011

Time: _____ Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS**

24032346

**BAR CARD NO.**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

0002680

CAUSE NO. 1317501

CHARGE Theft S.J.

THE STATE OF TEXAS

1364487

13 05537

VS

Martinez, Adolfo

Defendant

179 DISTRICT COURT

MAJ Theft S.J.

OF HARRIS COUNTY, TEXAS

MAJ / Bursley S.J.

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

X Martinez, Adolfo _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

**FILED**
Chris Daniel
District Clerk

SEP - 9 2011

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 9 day of SEP, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney R CONNELY

Address 2028 Buffalo Terrace

City _____ State _____ Zip 77019

E-Mail Address _____

Bar Card/SPN Number: 0 4 8 3 1 5 0 0

Phone Number: 7 1 3 - 8 3 7 - 8 5 4 7

Fax Number: 7 1 3 - 5 2 3 - 0 7 5 3

The Court further ORDERS the cause set for : Arr

on the 23 day of Sept, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP - 9 2011, 20 SEP 0 9 2011

Judge Presiding

0002681

THE STATE OF TEXAS
VS.

**02433976**

D.A. LOG NUMBER:**1746057**
CJIS TRACKING NO.:**9166559952-A001**

**ADOLFO MARTINEZ**

SPN:
DOB:
DATE PREPARED: **4/28/2011**

BY: **SP** DA NO: **001827326**
AGENCY:**HPD**
O/R NO: **053574611**
ARREST DATE: **04-28-2011**

NCIC CODE: **2399 41**

RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1304487**
**177**

BAIL: **$2000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADOLFO MARTINEZ**, hereafter styled the Defendant, heretofore on or about **APRIL 28, 2011**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, coils consisting of at least fifty percent copper, of the value of less than twenty thousand dollars, owned by MICHAEL MEADOW, hereafter styled the Complainant, without the effective consent of the Complainant and with the intent to deprive the Complainant of that property.

FILED
Chris Daniel
District Clerk
MAY 17 2011
Harris County, Texas
Time:
By: Deputy

**180th**

Foreman

5₂

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. _____  CHARGE _____

THE STATE OF TEXAS                    _____ DISTRICT COURT

VS. **Curtis Pugh**                   OF HARRIS COUNTY, TEXAS

_____

**Defendant**

TO THE HONORABLE ~~JUDGE~~ OF SAID COURT: (check one)

☐ **Curtis Pugh** _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially <u>unable</u> to hire an attorney.

✓ **Curtis Pugh** _____,

_____ **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

_____ **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____

_____
**Deputy District Clerk
Harris County, Texas**

**FILED**
Chris Daniel,
District Clerk

AUG 25 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **25** day of **August**, 20**11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**R. P. SKIP CORNELIUS**
**Attorney**

**2028 Buffalo Terrace**
**Address**

**H T 77019**
**City          State          Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **25** day of **August**, 20**1**

_____
**Judge Presiding**

0002683

**DISTRICT CLERK**

THE STATE OF TEXAS                    **02532810**               D.A. LOG NUMBER:1746968
VS.                                                              CJIS TRACKING NO.:

**CURTIS PUGH**                  SPN:                           BY: **VF** DA NO: **002328322**
                                 DOB:                           AGENCY:**HPD**
                                 DATE PREPARED: **5/1/2011**    O/R NO: **054926911E**
                                                                ARREST DATE: **TO BE**

**NCIC CODE: 1314 21**           **RELATED CASES:**

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO:                                                       **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:            **1304788**         **PRIOR CAUSE NO:**
FIRST SETTING DATE:                         **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CURTIS PUGH**, hereafter styled the Defendant, heretofore on or about **APRIL 30, 2011**, did then and there unlawfully, intentionally and knowingly cause serious bodily injury to BRIANA SANDEL , a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, hereafter styled the Complainant by STRIKING THE COMPLAINANT WITH HIS HAND.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**ASSISTANT DISTRICT ATTORNEY**                    24526 0717
OF HARRIS COUNTY, TEXAS                            **BAR CARD NO.**

                         **INFORMATION**     RECORDER'S MEMORANBUM
                                             This instrument is of poor quality
                                             at the time of imaging          0002684

Nolle Prosequi 1296932

CAUSE NO. 1296922 / 1296921

THE STATE OF TEXAS

VS.

Broderick Keon Ansley

Defendant

CHARGE Tamper

228 DOM / Possu Pint NCJ

DISTRICT COURT

OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Broderick Ansley (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Broderick Ansley

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

MAY 09 2011

Time: _____
Harris County, Texas

By _____ Deputy

_____
Deputy District Clerk
Harris County, Texas

Docket #11
8:30AM

**ORDER APPOINTING COUNSEL**

On this, the 9 day of May, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RD SKIP CORNELIUS

Attorney

2028 BUFFALO TERRACE

Address

H T 77019

City          State          Zip          E-Mail Address

0 4 8 3 1 5 0 0
Bar Card/SPN Number

7 1 3 - 2 3 7 - 8 5 4 7
Phone Number

7 1 3 - 5 2 8 - 0 1 5 3
Fax Number

The Court further ORDERS the cause set for on the 16 day of June, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 9 day of May, 20 11

Judge Presiding

6-16-11
8:30AM

Pending 2002685

THE STATE OF TEXAS
VS.

**01710048**

D.A. LOG NUMBER:**1748236**
CJIS TRACKING NO.:**9166583942-A001**

**BRODERICK KEON ANSLEY**

SPN:
DOB:
DATE PREPARED: **5/6/2011**

BY: **KL/HR** DA NO: **002126743**
AGENCY:**HPD**
O/R NO: **57417811**
ARREST DATE: **5/6/11**

**NCIC CODE: 4802 21**

**RELATED CASES:**

**FELONY CHARGE: TAMPERING/FABRICATING PHYSICAL EVIDENCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:  **1305352**
FIRST SETTING DATE:  **228**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **BRODERICK KEON ANSLEY**, hereafter styled the Defendant, heretofore on or about **MAY 6, 2011**, did then and there unlawfully knowing that an offense has been committed, to-wit: POSSESSION OF MARIHUANA, DESTROY AND CONCEAL A THING, NAMELY, MARIHUANA with intent to impair its AVAILABILITY as evidence in any subsequent investigation of and official proceeding related to the aforesaid offense.

**FILED**
Chris Daniel
District Clerk

MAY 0 6 2011
10:53
Time: _____
Harris County, Texas
By _____
Deputy

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **May 6, 2011**

H. Rasmussen
_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

_____
BAR NO.

**COMPLAINT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging 00002686

CAUSE NO. 1317501     CHARGE Theft

13 64487

13 05537

THE STATE OF TEXAS     179 DISTRICT COURT

VS.     MAJ / Theft   S.J

Martinez, Adolfo     OF HARRIS COUNTY, TEXAS

**Defendant**     MAJ / Bursley   S.J

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

Martinez, Adolfo _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**

Chris Daniel
District Clerk

SEP - 9 2011

_____
**Deputy District Clerk**
**Harris County, Texas**

Time: _____
Harris County, Texas

By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the 9 day of SEP , 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** RR CORNELL

**Address** 2028 Buffalo Terrace

**City** _____ **State** T **Zip** 77019    **E-Mail Address** _____

**Bar Card/SPN Number** 0 4 8 3 1 5 0 0

**Phone Number** 7 13 - 23 7 - 8 5 4 7

**Fax Number** 7 13 - 5 2 3 - 07 5 3

The Court further ORDERS the cause set for : Arr
on the 23 day of Sept , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP - 9 2011 , 20 SEP 0 9 2011

_____
**Judge Presiding**

DISTRICT CLERK

0002687

THE STATE OF TEXAS
VS.

**02433976**

D.A. LOG NUMBER:**1748689**
CJIS TRACKING NO.:**9166588987-A001**

**ADOLFO MARTINEZ**

SPN:
DOB:
DATE PREPARED: **5/7/2011**

BY: **EMG** DA NO: **050795243**
AGENCY:**HPD**
O/R NO: **58028811F**
ARREST DATE: **5-7-2011**

NCIC CODE: **2200 96**

RELATED CASES:

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1305537**
**177**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADOLFO MARTINEZ**, hereafter styled the Defendant, heretofore on or about **MAY 7, 2011**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by BILL MCLEMORE, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

MAY 17 2011

Harris County, Texas

Time: _____ By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**180th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002688

CAUSE NO. _____ 1305885 _____

CHARGE _Agg Assault_

THE STATE OF TEXAS

VS. _Parker, Jimmy_

**Defendant**

_228_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

(F2)

_RIP_

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ _Parker, Jimmy_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_IN PROCESSING_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**

Chris Daniel
District Clerk

MAY 12 2011

Time: _____

Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

_DOCKET CALL 8.30AM_

**ORDER APPOINTING COUNSEL**

On this, the _12_ day of _MAY_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RIP SKIP CORNELIUS_

**Attorney**

_2028 Buffalo Terrace_

**Address**

_H_   _T_   _77019_

**City**          **State**          **Zip**

**E-Mail Address**

_RIP_

_04831500_

**Bar Card/SPN Number**

_713-237-8347_

**Phone Number**

_713-528-0153_

**Fax Number**

The Court further **ORDERS** the cause set for : _____

on the ___ day of _MAY_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _12_ day of _MAY_, 20__.

_____
**Judge Presiding**

_5-26-11_

_8.30Am_

0002689

**DISTRICT CLERK**

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02459733** | D.A. LOG NUMBER:**1749583** |
| VS. | | CJIS TRACKING NO.:**9166598311-A001** |
| **JIMMY CALVIN PARKER** | SPN: | BY: **RZ** DA NO: **002268931** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **5/11/2011** | O/R NO: **059716111E** |
| | | ARREST DATE: **05-10-2011** |

**NCIC CODE: 1314 21**          RELATED CASES:

**FELONY CHARGE: Aggravated Assault- Family Member**
CAUSE NO:                                                    **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:          **1305885**          PRIOR CAUSE NO:
FIRST SETTING DATE:          **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JIMMY CALVIN PARKER**, hereafter styled the Defendant, heretofore on or about **MAY 10, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to JESSICA MCCARTY, a member of the Defendant's family, hereafter styled the Complainant, by using a deadly weapon, namely, BASEBALL BAT.

*state moves to reduce the charge to Assault Family Member*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

240526717

BAR CARD NO.
RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

0002690

CAUSE NO. 1306894

CHARGE Agg Robbery

THE STATE OF TEXAS

183 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

Patrick Bernard Jackson

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Patrick Bernard Jackson (name), the DEFENDANT in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of MAY 2 3 2011, 20___.

Chris Daniel
District Clerk

MAY 2 3 2011

_____,
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 23 day of MAY, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Conelly
**Attorney**

2828 Buffalo Terrace
**Address**

H          T          77019
**City**          **State**          **Zip**          **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-0547
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : _____

on the 24 day of JUNE, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAY 2 3 2011, 20___.

_____,
**Judge Presiding**

0002691

THE STATE OF TEXAS
VS.

**PATRICK BERNARD JACKSON**

SPN: **02560080**
DOB:
DATE PREPARED: **7/5/2011**

D.A. LOG NUMBER:**1752279**
CJIS TRACKING NO.:**9166628210-A001**

BY: **CM** DA NO: **001922011**
AGENCY:**HPD**
O/R NO: **60423711**
ARREST DATE: **05 18 11**

NCIC CODE: **1204 04**

RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO: **1306894**
HARRIS COUNTY DISTRICT COURT NO: **183**
FIRST SETTING DATE:

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**PATRICK BERNARD JACKSON**, hereafter styled the Defendant, heretofore on or about **MAY 18, 2011**, did then and there unlawfully, while
in the course of committing theft of property owned by JUAN HERNANDEZ, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place JUAN HERNANDEZ in fear of imminent bodily injury and death, and the
Defendant did then and there use and exhibit a deadly weapon, namely, A KNIFE.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                                **182nd**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002692

CAUSE NO. 1307028                    CHARGE _Agg Assault FM_

THE STATE OF TEXAS                   357 DISTRICT COURT

VS.                                  OF HARRIS COUNTY, TEXAS

_Kennoth Welton_,

**Defendant**

                                     _Cam/2_

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

---

☑ _K Welton_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Kenneth Welton_

**Defendant**

---

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

---

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

MAY 2 4 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _24_ day of _MAY_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐.☐

**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐

**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _23_ day of _June_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAY 2 4 2011, 20____.

_____,

**Judge Presiding**

0002693

**DISTRICT CLERK**

THE STATE OF TEXAS

VS.

**KENNETH ROBERT WELTERS**

**02560188**

SPN:

DOB:

DATE PREPARED: **5/20/2011**

D.A. LOG NUMBER:**1752604**

CJIS TRACKING NO.:**9166631815-A001**

BY: **CS** DA NO: **002197877**

AGENCY:**HPD**

O/R NO: **064494711**

ARREST DATE: **05/20/2011**

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO: **1307028**

FIRST SETTING DATE: **351**

BAIL: **$NO BOND**

PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KENNETH ROBERT WELTERS,** hereafter styled the Defendant, heretofore on or about **MAY 20, 2011,** did then and there unlawfully, intentionally and knowingly threaten PATRICIA BUNDRANT, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

**182nd**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

000002694

F I L E D
Chris Daniel
District Clerk
JUN 06 201
Harris County, Texas
Deputy
Time:
By

CAUSE NO. _____          CHARGE _____

THE STATE OF TEXAS                    35____ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Calum Lavergne_____,

**Defendant**

_Calvin Lavergne_

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ _C. Lavergne_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Calvin Lavergne_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk
MAY 2 3 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of **MAY 2 3 2011** _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|
**Bar Card/SPN Number**

| | | - | | | - | | | |
**Phone Number**

| | | - | | | - | | | |
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Any_ _____ on the _20_ day of _June_ _____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ **MAY 2 3 2011** , 20____.

_____
**Judge Presiding**

0002695

Unofficial Copy Official of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**CALVIN LAVERGNE**

SPN: **2560307**
DOB:
DATE PREPARED: **5/23/2011**

D.A. LOG NUMBER:**1751969**
CJIS TRACKING NO.: **9166633176A001**
BY: **AB**  DA NO: **2268150** AGENCY:**HARRIS COUNTY D. A.**
O/R NO: **012187611Z**
ARREST DATE:

NCIC CODE: **120404**

RELATED CASES:

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1307048**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE: **5/23/2011**

BAIL: **$0**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CALVIN  LAVERGNE**, hereafter styled the Defendant, heretofore on or about **January 28, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by MARCHELL STEWART, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place MARCHELL STEWART in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit and deadly weapon, namely, a FIREARM.

Before the commission of the offense alleged above, on December 3, 2008, in Cause Number 2008-07861J in the 314th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Aggravated Robbery.

**F I L E D**
**Chris Daniel**
**District Clerk**

MAY 2 6 2011

Time: _____
Harris County, Texas
By _____
Deputy

**178th**                **Asst. Foreman**

*Mary Almendarez*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002696

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. IX7152                    CHARGE PC3 (3

THE STATE OF TEXAS                 351 DISTRICT COURT

VS.                                OF HARRIS COUNTY, TEXAS

TORRANCE Coleman ,
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

T. Coleman _____ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

                                   Torrance Coleman ,
                                   **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

                                   _____ ,
                                   **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

MAY 2 4 2011

Time: _____
Harris County, Texas
By _____
   Deputy

                                   _____ ,
                                   Deputy District Clerk
                                   Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 24 day of MAY _____, 20 11, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____            _____
**City**          **State**    **Zip**      **E-Mail Address**

| | | | | | |
|-|-|-|-|-|-|
**Bar Card/SPN Number**

| | | - | | | - | | | |        R.P. SKIP CORNELIUS
**Phone Number**                   SBN 04831500
                                   2028 Buffalo Terrace
| | | - | | | - | | | |        Houston, Texas  77019
**Fax Number**                     Phone 713 237 8547
                                   Fax 713 528 0153

The Court further ORDERS the cause set for : Arg _____
on the 24 day of June _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of MAY 2 4 2011 , 20 ___.

                                   _____ ,
                                   **Judge Presiding**

0002697

THE STATE OF TEXAS                      **01017739**              D.A. LOG NUMBER:**1752809**
VS.                                                                CJIS TRACKING NO.:**9166634083-A001**

**TORRANCE KEITH COLEMAN**         SPN:                          BY: **PW** DA NO: **050795683**
                                    DOB:                         AGENCY:**HPD**
                                    DATE PREPARED: **5/21/2011**  O/R NO: **064841211J**
                                                                 ARREST DATE: **05/20/11**

NCIC CODE: **5599 05**              RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:                                                         **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:            **1307152**           PRIOR CAUSE NO:
FIRST SETTING DATE:                         **351**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**TORRANCE KEITH COLEMAN**, hereafter styled the Defendant, heretofore on or about **MAY 20, 2011**, did then and there unlawfully,
intentionally and knowingly possess a controlled substance, namely, PHENCYCLIDINE, weighing more than 1 gram and less than 4 grams by
aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on APRIL 24, 1989, in Cause Number 528711, in the
209TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED
SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 528711 was final, the Defendant committed the felony
of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on FEBRUARY 6, 1997, in Cause Number
9416873, in the 177TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk
JUN 16 2011

Time:
By

178th                    Foreman

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

---

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002698

CAUSE NO. 1307176                    CHARGE ASSCT (F3)

THE STATE OF TEXAS                   351 DISTRICT COURT

VS.                                  OF HARRIS COUNTY, TEXAS

Manuel Luna
**Defendant**                        CAT TN

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ M. Luna _____ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

F I L E D
Chris Daniel
District Clerk

MAY 2 3 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of **MAY 2 3 2011**, 20____, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the 21 day of June, 20 __ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of **MAY 2 3 2011**, 20____.

_____
**Judge Presiding**

0002699

THE STATE OF TEXAS
VS.

**MANUEL L. LUNA**                    SPN: **00949642**
                                      DOB:
                                      DATE PREPARED: **5/25/2011**

D.A. LOG NUMBER:**1752987**
CJIS TRACKING NO.:**9166636043-A001**

BY: **CM**  DA NO: **059278650**
AGENCY:**HPD**
O/R NO: **065068611V**
ARREST DATE: **05 21 11**

NCIC CODE: **1314 08**            RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO: **1307176**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MANUEL L. LUNA**, hereafter styled the Defendant, heretofore on or about **MAY 21, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to CYNTHIA MEDINA, hereafter styled the Complainant, a MEMBER OF THE DEFENDANT'S HOUSEHOLD, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S THROAT AND BY APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

Before the commission of the offense alleged above, on JULY 18, 1988, in Cause No. 0502710, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

**FILED**
Chris Daniel
District Clerk

MAY 26 2011
1310

Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**176th**                    **Foreman**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002700

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1307351   CHARGE AGG ASSLT

THE STATE OF TEXAS   351 DISTRICT COURT

VS.   OF HARRIS COUNTY, TEXAS

LAURA TAYLOR

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

---

☑ L. TAYLOR _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____

**Defendant**

---

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

---

**F I L E D**
Chris Daniel
District Clerk

MAY 25 2011

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 25 day of MAY, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City** **State** **Zip**   **E-Mail Address**

☐☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ on the 24 day of JUNE, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAY 25 2011, 20____.

_____
**Judge Presiding**

0002701

THE STATE OF TEXAS
VS.

**LAURA KIM TAYLOR**

SPN: **01579397**
DOB:
DATE PREPARED: **6/20/2011**

D.A. LOG NUMBER:**1753547**
CJIS TRACKING NO.:**9166642000-A001**

BY: **CM** DA NO: **001638615**
AGENCY:**HPD**
O/R NO: **065960111S**
ARREST DATE: **05 23 11**

NCIC CODE: **5311 15**

RELATED CASES:

FELONY CHARGE: **DEADLY CONDUCT**
CAUSE NO: **1307331**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE:

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LAURA KIM TAYLOR**, hereafter styled the Defendant, heretofore on or about **MAY 23, 2011**, did then and there unlawfully, knowingly discharge a firearm at and in the direction of ALEX LANGLEY.

**F I L E D**
Chris Daniel
District Clerk
JUN 21 2011
Harris County, Texas
Time:
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    179th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002702

CAUSE NO. _1007363_          CHARGE _ASSLT F-M,_

THE STATE OF TEXAS                    _351_ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Julius Murray_ ,

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

---

☑ _J Murray_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

---

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

---

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

MAY 2 5 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ~~ORDER~~ APPOINTING COUNSEL

On this, the _____ day of _MAY 2 5 2011_, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Bar Card/SPN Number
☐☐☐☐☐☐☐☐

**R.P: SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

Fax Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

The Court further ORDERS the cause set for : _ACC9_
on the _22_ day of _June_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.          MAY 2 5 2011

Signed this _____ day of _5/25/11_, 20____.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002703

Unofficial Copy Official of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**JULIUS MURRAY**

SPN: **02560770**
DOB:
DATE PREPARED: **6/10/2011**

D.A. LOG NUMBER:**1753533**
CJIS TRACKING NO.:**9166641837-A001**

BY: **CM**  DA NO: **001638615**
AGENCY:**HPD**
O/R NO: **0659565111**
ARREST DATE: **05 23 11**

NCIC CODE: **1399 03**                    RELATED CASES:

FELONY CHARGE: **Assault of Family Member Second Offender and Impeding Breathing**
CAUSE NO: **1307363**
HARRIS COUNTY DISTRICT COURT NO: **351**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JULIUS MURRAY**, hereafter styled the Defendant, heretofore on or about **MAY 23, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to KRISTIN HULL, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing or circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

It is further presented that, before the commission alleged above, the Defendant, on APRIL 25, 2011, in the COUNTY CRIMINAL COURT AT LAW NO. 4 of TRAVIS County, Texas, in Cause Number 10-211354, was convicted of ASSAULT, which was committed against a MEMBER OF THE DEFENDANT'S FAMILY.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

17 th                                          Foreman

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002704

CAUSE NO. _135 7484_      CHARGE _PCS (F2)_

THE STATE OF TEXAS

VS. _Tramell Waller_ ,

**Defendant**

_351_ **DISTRICT COURT**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ _T. Waller_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Tramell Waller_
Defendant

☐ ✓ _Tramell Waller_ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,
Deputy District Clerk
Harris County, Texas

**F I L E D** **ORDER APPOINTING COUNSEL**

Chris Daniel
District Clerk

MAY 2 5 2011

On this, the _5_ day of __MAY 2 5 2011__, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

**City**     **State**     **Zip**     **E-Mail Address**

[ | | | ]
**Bar Card/SPN Number**

[ | | - | | - | | ]
**Phone Number**

[ | | - | | - | | ]
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arrg_
on the _24_ day of _JUNE_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____MAY 2 5 2011_____, 20____.

_____
**Judge Presiding**

CD 7405

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02560801** | D.A. LOG NUMBER:**1753664** |
| VS. | | CJIS TRACKING NO.:**9166643120-A001** |
| **TRAMELL A. WALLER** | SPN: | BY: **EG** DA NO: **062046510** |
| | DOB | AGENCY:**HPD** |
| | DATE PREPARED: **5/23/2011** | O/R NO: **066111011T** |
| | | ARREST DATE: **05-23-2011** |

NCIC CODE: **5599 10**          RELATED CASES: **WALLACE-FEL**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1307404**          BAIL: **$10,000**
FIRST SETTING DATE:          **351**          PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **TRAMELL A. WALLER,** hereafter styled the Defendant, heretofore on or about **MAY 23, 2011,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, 3, 4-METHYLENEDIOXY METHAMPHETAMINE, weighing more than 4 grams and less than 400 grams by aggregate weight, including any adulterants and dilutants.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

0002706

CAUSE NO. _130??84_                    CHARGE _Bail Jump_

THE STATE OF TEXAS                    _351_ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_John Joe Valencia_

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_John Joe Valencia_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

JUN 17 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _17_ day of _JUNE_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelius_
Attorney

_2028 B. Dale Texan_
Address

_Houston   TX   77009_ _____
City        State   Zip   E-Mail Address

_0 4 8 3 1 8 0 0_
Bar Card/SPN Number

_713 - 237 - 8847_
Phone Number

_713 - 528 - 0157_
Fax Number

_22_ The Court further ORDERS the cause set for : _N/m_
on the _22_ day of _July_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _17_ day of _June_, 20_11_.

_____
Judge Presiding

Unofficial Copy Copyright of Marilyn Burgess District Clerk

0002707

THE STATE OF TEXAS        **01713498**        D.A. LOG NUMBER:**1751939**
VS.        CJIS TRACKING NO.:

**JOHN JOE VALENCIA**        SPN:        BY: **EV** DA NO: **002268160**
       DOB:        AGENCY:**HCDAO**
       DATE PREPARED: **5/26/2011**        O/R NO: **1281626**
       ARREST DATE: **05/18/2011**

**NCIC CODE: 5002 02**        RELATED CASES:

FELONY CHARGE: **BAIL JUMPING AND FAILURE TO APPEAR**
CAUSE NO:        **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:        **1307784**        PRIOR CAUSE NO:
FIRST SETTING DATE:        **351**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JOHN JOE VALENCIA**, hereafter styled the Defendant, heretofore on or about **MAY 16, 2011**, did then and there unlawfully, after having been
lawfully released from custody WITH bail, on the condition that he would subsequently appear in District Court Number 351ST of Harris County,
Texas, on the 16TH day of MAY, where he was charged in Cause No. 1281626 with the felony offense of POSSESSION OF A CONTROLLED
SUBSTANCE, intentionally and knowingly fail to appear in the aforesaid court on the aforesaid date in accordance with the terms of his release.

F I L E D
Chris Daniel
District Clerk
JUN 07 2011

Time:
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.        Foreman        **180th**

_____
FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

0002708

CAUSE NO. 1310225
1310478
1311664

CHARGE AGG ROBB-Dead
AGG ROBB = Dead
DISTRICT COURT AGG ROBB DOA

THE STATE OF TEXAS

VS.

Brandon Bridges

**Defendant**

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ Brandon Bridges (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Brandon Bridges

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of JAN 24 2012 , 20___.

Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
JAN 24 2012
Time: _____ Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the 24 day of Jan , 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : NTRV
on the 24 day of Feb , 20 ___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.
Signed this 24 day of Jan , 20 12

Jay W. Burnett

**Judge Presiding**

0002709

THE STATE OF TEXAS
VS.

**BRANDON JOSEPH BRIDGES**

**02032068**

SPN:
DOB:
DATE PREPARED: **6/1/2011**

D.A. LOG NUMBER:**1756151**
CJIS TRACKING NO.:**9166669839-A001**

BY: **RZ** DA NO: **002126910**
AGENCY:**SPRING VALLEY PD**
O/R NO: **1108514**
ARREST DATE: **05-31-2011**

NCIC CODE: **2411 11**

RELATED CASES:

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1308369**
**178**

**BAIL: $15,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**BRANDON JOSEPH BRIDGES**, hereafter styled the Defendant, heretofore on or about **MAY 31, 2011,** did then and there unlawfully,
intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by JOSE LARA, hereafter styled the Complainant,
without the effective consent of the Complainant.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 21, 2010, in Cause Number 1240671, in
the 337TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of FORGERY and was convicted on
AUGUST 28, 2008, in Cause Number 0962509, in the 230TH District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk
AUG 19 2011
Harris County, Texas
Deputy
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**            **208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002710

CAUSE NO. *1308624*                    CHARGE *Agg Robbery - MFF*

                                       *183* DISTRICT COURT

THE STATE OF TEXAS

VS.                                    OF HARRIS COUNTY, TEXAS

*Pete Fulgencio Ramos*

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ *Pete Fulgencio Ramos* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

                                       _____
                                       **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                       _____
                                       **Witness**

Sworn to and subscribed before me on this, the _____ day of **FEB 16 2012** , 20___.

**FILED**
Chris Daniel
District Clerk

**FEB 16 2012**

Time: _____
Harris County, Texas
By _____ Deputy

                                       _____
                                       **Deputy District Clerk**
                                       **Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the *16* day of *FEB* , 20*12*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*R. P. Cornelius*
**Attorney**

*2028 Buffalo Terrace*
**Address**

*HTX*              *77019*
**City**        **State**      **Zip**         **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 8 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____ *N/* _____
on the *15* day of *MARCH* , 20*12* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ , 20___.    **FEB 16 2012**   **FEB 16 2012**

                                       _____
                                       **Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**DISTRICT CLERK**

0002711

| THE STATE OF TEXAS | **02243259** | D.A. LOG NUMBER:1756920 |
|---|---|---|
| VS. | | CJIS TRACKING NO.: |

**COLTON LAVOIRE HARRIS**  SPN:
DOB:
DATE PREPARED: 6/3/2011

BY: **EG** DA NO: **002333948**
AGENCY:**HPD**
O/R NO: **069877211**
ARREST DATE: **TO BE**

NCIC CODE: **2202 05**          RELATED CASES:

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1308710**
FIRST SETTING DATE:          **339**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **COLTON LAVOIRE HARRIS**, hereafter styled the Defendant, heretofore on or about **MAY 30, 2011**, did then and there unlawfully, with intent to commit an assault, enter a habitation owned by TAMEKA NUNN, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on JULY 9, 2008, in Cause Number 1168842 in the 351ST District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

FILED
Chris Daniel
District Clerk
JUL 25 2011
Harris County, Texas
By _____ Deputy
Time: _____
By _____

Foreman          **182nd**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002712

CAUSE NO. _130871O_   CHARGE _Burglary_

THE STATE OF TEXAS
VS.
_Colton Harris_,

**Defendant** COLTON HARRIS

_339th_ **DISTRICT COURT**
**OF HARRIS COUNTY, TEXAS**

RP

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

[X] _Colton Harris_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(X) _Colton Harris_,
**Defendant**

[ ] _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20__

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

SEP - 1 2011

me: _____
      Harris County, Texas
y _____
      Deputy

## ORDER APPOINTING COUNSEL

On this, the _1_ day of _SEP_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Colwell_   _Skip Colwell_
**Attorney**
_2028 Buffalo Terrace_
**Address**
_H T 77019_
**City**        **State**   **Zip**        **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 6 5 3_
**Fax Number**

The Court further ORDERS the cause set for :
on the _28th_ day of _Sept_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _SEP - 1 2011_, 20__

_____
**Judge Presiding**

0002713

CAUSE NO. _____ CHARGE _____

THE STATE OF TEXAS

_____ DISTRICT COURT

VS.

_____ OF HARRIS COUNTY, TEXAS

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn and subscribed before me on this, the _____ day of _____, 20_____.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 18 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 18 day of Aug, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

[  |  |  |  |  |  |  ]
Bar Card/SPN Number

[  |  | - |  |  | - |  |  ]
Phone Number

[  |  | - |  |  | - |  |  ]
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ on the _____ day of _____, 20_____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Aug, 20_____

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002714

**DISTRICT CLERK**

00465546

338 1309558

THE STATE OF TEXAS
VS.

**GLORIA TORRES**

D.A. LOG NUMBER:**1759179**
CJIS TRACKING NO.:**9166701171-A001**

SPN:
DOB:
DATE PREPARED: **6/11/2011**

BY: **JN** DA NO: **002198468**
AGENCY:**HPD**
O/R NO: **075557011V0**
ARREST DATE: **06/11/11**

NCIC CODE: **1301 19**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1309558**
**338**

BAIL: **$20,000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **GLORIA TORRES**, hereafter styled the Defendant, heretofore on or about **JUNE 11, 2011**, did then and there unlawfully intentionally and knowingly cause bodily injury to HERVE BUSTAMANTE by using a deadly weapon, namely, A KNIFE.

F I L E D
**Chris Daniel**
**District Clerk**

JUN 11 2011
Time:
Pr:

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **June 11, 2011**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

BAR NO.

**COMPLAINT**

0002715

CAUSE NO. 1311513

CHARGE

THE STATE OF TEXAS

208 DISTRICT COURT

VS.

Donovan C. Anderson

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Donovan Anderson (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Donovan Anderson

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 0 4 2011

Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H T 77019

**City**     **State**     **Zip**     **E-Mail Address**

0 4 8 3 1 5 0 0

**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 0 5 9 7

**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3

**Fax Number**

The Court further ORDERS the cause set for : _____ on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____

_____
**Judge Presiding**

9-8-11

8.30 AM

0002716

THE STATE OF TEXAS

VS.

**DONOVAN CHARLES ANDERSON**

**01345382**

D.A. LOG NUMBER:**1759536**
CJIS TRACKING NO.:

SPN:
DOB:
DATE PREPARED: **6/12/2011**

BY: **BAS** DA NO: **002397161**
AGENCY:**HCSO**
O/R NO: **110074606**
ARREST DATE: **TO BE**

**NCIC CODE: 1314 14**

**RELATED CASES:**

**FELONY CHARGE: Assault – Family Violence – 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1309645**
**228**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DONOVAN CHARLES ANDERSON**, hereafter styled the Defendant, heretofore on or about **JUNE 6, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to MELVINETTE GIPSON, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by striking the Complainant with his hand.

It is further presented that before the commission alleged above, the Defendant, on JANUARY 25, 2007, in the COUNTY CRIMINAL COURT AT LAW NO. 7 of HARRIS County, Texas, in Cause No. 1382963, was convicted of ASSAULT which was committed against a member of the Defendant's family.

Before the commission of the offense alleged above, on JANUARY 13, 2000, in Cause Number 0794117 in the 180th District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of FORGERY.

**F I L E D**
Chris Daniel
District Clerk
JUN 23 2011
Harris County, Texas
Deputy
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Asst. Foreman**

**179th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

00027717

CAUSE NO. 1314000 150,000     CHARGE _Burg of Hab_
1318992 15,000                Oleg ENAD ARREST

THE STATE OF TEXAS            _____ DISTRICT COURT

                             OF HARRIS COUNTY, TEXAS

VS.

Jeremy Williams

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Jeremy Williams _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8:30                          **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                             **Witness**

**F I L E D**

Sworn to and subscribed before me on this, the _____ day of **FEB 1 2012**, 20____.

Chris Daniel
District Clerk

FEB - 1 2012                 **Deputy District Clerk**
                             **Harris County, Texas**

Time: _____
Harris County, Texas

By _____
      Deputy

## ORDER APPOINTING COUNSEL

On this, the **1** day of **Feb** _____, 20**12** the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**

20 W Buffalo Te
**Address**

H                    T        77019
**City**              **State**         **Zip**          **E-Mail Address**

[0][4][8][3][1][5][0][0]
**Bar Card/SPN Number**

New Atty

[7][1][3]-[2][3][7]-[8][5][4][7]
**Phone Number**

[7][1][3]-[5][2][8]-[0][1][5][3]
**Fax Number**

The Court further **ORDERS** the cause set for : _Disp._

on the **1** day of **March** _____, 20**12** at 9:00 a.m. at 1201 Franklin, Houston, Harris
                                      8:30
County, Texas.

Signed this **1** day of **Feb.** _____, 20**12**.

                             **Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

                             0002718

**DISTRICT CLERK**

THE STATE OF TEXAS

VS.

**JEREMY WAYNE WILLIAMS**

**01689180**

SPN:
DOB:
DATE PREPARED: 6/14/2011

D.A. LOG NUMBER:1752665
CJIS TRACKING NO.:

BY: RZ  DA NO: 001922011
AGENCY:HPD
O/R NO: 63566611D
ARREST DATE: TO BE

NCIC CODE: 2901 23

RELATED CASES:

FELONY CHARGE: **CRIMINAL MISCHIEF**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1309773**
**262**

BAIL: **$15,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY WAYNE WILLIAMS**, hereafter styled the Defendant, heretofore on or about **MAY 18, 2011**, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely A MOTOR VEHICLE, owned by JACQUELINE DAVIS, a person having a greater right to possession of the property than the defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by STRIKING THE MOTOR VEHICLE WITH AN UNKNOWN OBJECT.

**F I L E D**
**Chris Daniel**
**District Clerk**

AUG 29 2011

12:30

Time: _____ Harris County, Texas

By _____ Deputy

**Foreman**                    200++

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

---

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002719

CAUSE NO. 1309846          CHARGE _POCS_

THE STATE OF TEXAS 1309846          338 DISTRICT COURT

VS.          OF HARRIS COUNTY, TEXAS

Johnathan Adams

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 16 2011

Time: _____
Harris County, Texas

By _____
        Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 16 day of August, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____          E-Mail Address _____

Bar Card/SPN Number

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : NTRL _____
on the 15 day of Sept, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 16 day of August, 20 11

_____
Judge Presiding

0002720

THE STATE OF TEXAS
VS.

**01740174**

D A. LOG NUMBER:**1760104**
CJIS TRACKING NO.:**9166710561-A001**

**JOHNATHAN MATTHEW ADAMS**

SPN:
DOB
DATE PREPARED: **6/14/2011**

BY: **TD** DA NO: **001542496**
AGENCY:**HPD**
O/R NO: **077098911W**
ARREST DATE: **06/14/2011**

NCIC CODE: **5599 05**

RELATED CASES: **SD:2F , COLLINS-2F, SOULARIE-M**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1309846**
**338**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHNATHAN MATTHEW ADAMS**, hereafter styled the Defendant, heretofore on or about **JUNE 14, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, OXYCODONE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MARCH 19, 2001, in Cause Number 871207, in the 176TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of ROBBERY.

Before the commission of the primary offense, and after the conviction in Cause Number 871207 was final, the Defendant committed the felony of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on SEPTEMBER 22, 2008, in Cause Number 1165205, in the 178TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

JUL 1 8 2011

Time _10 : 05_
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**178th**

Foreman

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002721

CAUSE NO. _131011 6_   CHARGE _MAJ/Poss CS_

THE STATE OF TEXAS                    §   _339th_ DISTRICT COURT

VS. _Debbie Sherman_                  §   OF

_Debbie Sherman_                      §   HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

_Debbie Sherman_ (name) ☐ the DEFENDANT ☐ a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

X _DEBBIE SHERMAN_

Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _21_ day of _March_, 20_13_, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ THE ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address
A.P. SKIP CORNELIUS
SBN 04831500

Address _____

Phone Number  2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547

City _____ State _____ Zip _____

Fax Number   Fax 713 528 0153

SPN Number _____

Bar Number _BFCC_

The Court further ORDERS the cause set for:

On the _16th_ day of _April_, 20_13_ at _9_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

MAR 2 1 2013

Signed this _____ day of _____, 20____.

_____
Judge Presiding

☐ The State has offered or   ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:

| | |
|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness     ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case     ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable     ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ___21 Day ___Full     ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab     ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report |

Unofficial Copy Office of Marilyn Burgess District Clerk

DISTRICT CLERK

5/2/12

0002722

P2

| THE STATE OF TEXAS<br>VS. | **01597955** | D.A. LOG NUMBER:**1760678**<br>CJIS TRACKING NO.:**9166716225-A001** |
|---|---|---|
| **DEBBIE RAE SHERMAN** | SPN:<br>DOB:<br>DATE PREPARED: **6/16/2011** | BY: **TD** DA NO: **002397165**<br>AGENCY:**HPD**<br>O/R·NO: **078159611V**<br>ARREST DATE: **06/16/2011** |

NCIC CODE: **5599 04**          RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:                                                                          BAIL: **$5000**
HARRIS COUNTY DISTRICT COURT NO:          **1310116**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                    **339**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DEBBIE RAE SHERMAN,** hereafter styled the Defendant, heretofore on or about **JUNE 16, 2011,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*Achan*

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

*24058618*

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

CAUSE NO. 1310225
1310478
THE STATE OF TEXAS 1311664

CHARGE _Agg Robb-Dead_

_Agg Robb=Dead_

178th DISTRICT COURT _Agg Robb Dead_

VS.

Brandon Bridges

**Defendant**

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ Brandon Bridges (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Brandon Bridges

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

**FILED**
Chris Daniel
District Clerk

JAN 24 2012

Time: _____ Harris County, Texas

By _____ Deputy

Sworn to and subscribed before me on this, the _____ day of JAN 24 2012, 20___.

_____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 24 day of Jan, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____  **State** _____  **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number**
| | | | | | | |
|-|-|-|-|-|-|-|

**Phone Number**
| | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|

**Fax Number**
| | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : NTRV
on the 24 day of Feb, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.
Signed this 24 day of Jan, 20 12

_____

**Judge Presiding**

0002724

THE STATE OF TEXAS

VS.

**BRANDON JOSEPH BRIDGES**

**02032068**

SPN:
DOB:
DATE PREPARED: **6/17/2011**

D.A. LOG NUMBER:**1760998**
CJIS TRACKING NO.:

BY: **EG** DA NO: **001896241**
AGENCY:**HPD**
O/R NO: **055647811L**
ARREST DATE: **TO BE**

**NCIC CODE: 1204 04**

RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1310225**
**178**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRANDON JOSEPH BRIDGES**, hereafter styled the Defendant, heretofore on or about **MAY 2, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by MARIE DANG, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place MARIE DANG in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A KNIFE.

Before the commission of the offense alleged above, on AUGUST 28, 2008, in Cause Number 1167278 in the 230TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY BY THREATS.

**F I L E D**
Chris Daniel
District Clerk
AUG 1 9 2011
Harris County, Texas
Deputy
Time:
By

**Foreman**        **208th**

JIM C HARRIS

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002725

CAUSE NO. *1310225*
*1310478*

CHARGE *Agg Robb—Dead*

THE STATE OF TEXAS *1311664*

_____ DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

*Brandon Bridges*
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ *Brandon Bridges* _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

*Brandon Bridges*
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of **JAN 24 2012**, 20___.

**F I L E D**
Chris Daniel
District Clerk
JAN 24 2012
Time: _____ Harris County, Texas
By _____ Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the *24* day of *Jan*, 20*12* the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____

**E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for : *NTRV*
on the *24* day of *Feb*, 20___ at 9:00 *8:30* a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this *24* day of *Jan*, 20*12*.

_____
**Judge Presiding**

0002726

THE STATE OF TEXAS
VS.
**BRANDON BRIDGES**

SPN:
DOB:
DATE PREPARED: **8/18/2011**

D.A. LOG NUMBER:**1760983**
CJIS TRACKING NO.: **9166725011A002**

BY:  DA NO: **2156159** AGENCY:**SHERIFF'S DEPARTMENT HARRIS COUNTY**
O/R NO: **1171661**
ARREST DATE: **6/20/2011**

NCIC CODE: **120404**

RELATED CASES:

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1310478**
HARRIS COUNTY DISTRICT COURT NO: **178**
FIRST SETTING DATE: **8/31/2011**

BAIL: **$0**
PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRANDON JOSEPH BRIDGES**, hereafter styled the Defendant, heretofore on or about **May 31, 2011**, did then and there unlawfully, while in the course of committing theft of property, INTENTIONALLY AND KNOWINGLY threaten and place MARISELA ABREGO, in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely A FIREARM.

Before the commission of the offense alleged above, on AUGUST 28, 2008, in Cause Number 1167278 in the 230th District Court of HARRIS County, Texas the Defendant was convicted of the felony offense of ROBBERY.

**FILED**
Chris Daniel
District Clerk
AUG 19 2011
Harris County, Texas
Deputy
Time:
By:

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**            **208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

002727

CAUSE NO. 1310708

CHARGE _____

**THE STATE OF TEXAS**

_____ DISTRICT COURT

vs. Kerri L. Livings

OF HARRIS COUNTY, TEXAS

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Kerri Livings _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUL 13 2011

Time: _____
Harris County, Texas

By _____ Deputy

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 13 day of JULY, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney** R. Cornelius

2028 Buffalo Terrace
**Address**

H - T  77019
**City          State          Zip**

_____
**E-Mail Address**

0 4 0 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3
**Fax Number**

The Court further ORDERS the cause set for :
on the 16 day of August, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of July _____, 20 ____.

_____
**Judge Presiding**

8-16-11
8:30 AM

0002728

THE STATE OF TEXAS
VS.

**KERRI LASHUN LIVINGS**

**01599693**

D.A. LOG NUMBER:**1762398**
CJIS TRACKING NO.:

SPN:
DOB:
DATE PREPARED: **6/22/2011**

BY: **HR** DA NO: **002197675**
AGENCY:**HCSO**
O/R NO: **HC10125317**
ARREST DATE: **TOBE**

NCIC CODE: **1204 04**

RELATED CASES: **CODEF: HARRIS (F)**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1310708**
**228**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KERRI LASHUN LIVINGS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 8, 2010**, did then and there unlawfully, while
in the course of committing theft of property owned by JOEL JASSO, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place JOEL JASSO in fear of imminent bodily injury and death, and the Defendant did
then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 25, 2003, in Cause Number 0957416,
in the 174TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A
CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0957416 was final, the Defendant committed the felony
of POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER and was finally convicted of that offense on
SEPTEMBER 28, 2006, in Cause Number 1014042, in the 339TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk
SEP 2 6 2011
Time
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**209th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002729

CAUSE NO. _1310753_     CHARGE _Poss Mari_

THE STATE OF TEXAS          _177_ ____ DISTRICT COURT

VS.                     OF HARRIS COUNTY, TEXAS

_Steven Scanlon_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Steven Scanlon_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _5_ day of _Aug_ _____, 20_11_.

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

AUG - 5 2011

Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _5_ day of _Aug_ _____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney**

**Address**

**City**          **State**     **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _Aug / Jury Trial_ on the _6_ day of _Sept_ _____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _5_ day of _Aug_ _____, 20_11_.

**Judge Presiding**

DISTRICT CLERK

0002730

THE STATE OF TEXAS
VS.

**02448316**

D.A. LOG NUMBER:1762474
CJIS TRACKING NO.:9166734681-A001

**STEVEN ANTHONY SCANLON**

SPN:
DOB:
DATE PREPARED: 6/22/2011

BY: **TD** DA NO: 002333948
AGENCY:**LAKEVIEW**
O/R NO: **20111098**
ARREST DATE: **06/22/2011**

NCIC CODE: **3562 18**

RELATED CASES:

FELONY CHARGE: **POSSESSION OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1310753**
**177**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEVEN ANTHONY SCANLON**, hereafter styled the Defendant, heretofore on or about **JUNE 22, 2011**, did then and there unlawfully, intentionally and knowingly possess marihuana in a useable quantity of more than four ounces and less than five pounds.

**F I L E D**
Chris Daniel
District Clerk

AUG 31 2011

Time:
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

**228th**

_____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

00002731

CAUSE NO. 1311351 1311799 1323357

CHARGE 184 Burglary (F2)

Burglary (F2)
Theft (S.J)

THE STATE OF TEXAS

§ 184 DISTRICT COURT

VS.

Brooks, Edwin

§ OF

§ HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT:

Edwin Brooks _____ (name), ☑ the DEFENDANT ☐ a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
DEC 10 2012
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of DEC 10 2012 _____, 20____ the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP Skip Cornelius
**Attorney/Assistant Public Defender Assigned by HCPD**

2028 Buffalo Terr
**Address**

HTX 77019
**City          State          Zip**

04831500
**SPN Number**

**E-Mail Address**

713-237-8547
**Phone Number**

7135280103
**Fax Number**

**Bar Number**

The Court further ORDERS the cause set for: Dis1

On the 15 day of Jan _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of DEC 10 2012 _____, 20____

_____
**Judge Presiding**

☐ The State has offered or  ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials): _____   Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense      ☐ Operation of Law      ☐ Prosecution
**Reason for Reset:**

☐ D.A. to Contact Complainant/Witness      ☐ Defense to Contact Witness      ☐ Not Indicted

☐ D.A. to Evaluate Case      ☐ Disposition of Misc./OOC Case      ☐ Other _____

☐ D.A. to Reindict      ☐ File Unavilable      ☐ Refer to _____

☐ D.A. to file MRP/MAJ      ☐ MHMRA Evaluation ____ 21 Day ____ Full      ☐ Restitution Info

☐ Defendant On Call      ☐ No Tape/Lab _____      ☐ To Hire Attorney

☐ Defendant to Consider Offer      ☐ No Offense Report

5/3/12

0002732

THE STATE OF TEXAS
VS.
**EDWIN BROOKS**

SPN: **02064213**
DOB:
DATE PREPARED: **6/28/2011**

D.A. LOG NUMBER:**1762786**
CJIS TRACKING NO.:
BY: **AA**  DA NO: **050788045** AGENCY:**HCSO**
O/R NO: **HC1135637**
ARREST DATE: **TO BE**

NCIC CODE: **2202 05**          RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:          **1311351**
                             **180** / 84

BAIL: **NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWIN BROOKS**, hereafter styled the Defendant, heretofore on or about **MARCH 18, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by ASHLEY SUELL, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 29, 2004, in Cause Number 986024, in the 177TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 986024 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on DECEMBER 19, 2007, in Cause Number 1124463, in the 228TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
**Chris Daniel**
**District Clerk**

OCT 1 8 2011

Time:
By
Harris County Texas
Deputy

Foreman          **208th**
JIM C HARRIS

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging  000273

CAUSE NO. 1309645      CHARGE _____ ASU

1311513      CCA

THE STATE OF TEXAS      208 _____ DISTRICT COURT

VS.      OF HARRIS COUNTY, TEXAS

Donovan C. Anderson

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Donovan Anderson _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Donovan Anderson

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 04 2011

Time: _____
Harris County, _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the ____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H T 77019

**City**      **State**      **Zip**      **E-Mail Address**

04831500

**Bar Card/SPN Number**

713 - 237 - 8547

**Phone Number**

713 - 528 - 9153

**Fax Number**

The Court further ORDERS the cause set for: _____

on the ____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of _____, 20____

Judge Presiding

9-8-11

8.30AM

0002734

THE STATE OF TEXAS
VS.

**01345382**

D.A. LOG NUMBER:**1764575**
CJIS TRACKING NO.:**9166757142-A001**

**DONOVAN CHARLES ANDERSON**

SPN:
DOB:
DATE PREPARED: **6/29/2011**

BY: **RZ** DA NO: **001901698**
AGENCY:**HPD**
O/R NO: **084254811**
ARREST DATE: **06-15-2011**

NCIC CODE: **2605 44**

RELATED CASES: **SAME DEF-F**

FELONY CHARGE: **CREDIT/DEBIT CARD ABUSE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1311512**
**228**

BAIL: **$5000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DONOVAN CHARLES ANDERSON**, hereafter styled the Defendant, heretofore on or about **JUNE 15, 2011**, did then and there unlawfully, possess with the intent to use a DEBIT card without the effective consent of the cardholder, MELVINETTE GIPSON, a person other than the Defendant.

**F I L E D**
Chris Daniel
District Clerk

JUL 0 8 2011

Time: _13:20_
By _____
Harris County, Texas
_____
Deputy

Foreman · **180th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002735

CAUSE NO. _1311351_
_1311799_
_1323357_

CHARGE _184_ Burglar (F2)
Burglar (F2)
Theft (S.J)
_184_ Burglar (F2)

THE STATE OF TEXAS

§ _184_ DISTRICT COURT

VS.

Brooks, Edwin

§ OF

§ HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

_Edwin Brooks_ (name), ☑ the DEFENDANT ☐ a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
DEC 10 2012
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of _DEC 10 2012_, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_R.P Skip Cornelius_
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

_2028 Buffalo Terr_
Address

Phone Number
_713-237-8547_

_HTX    77019_
City        State        Zip

Fax Number
_713 528 0103_

_0483/500_
SPN Number

Bar Number

The Court further ORDERS the cause set for: _Dis 1_

On the _15_ day of _Jan_, 20_12_ at _9:00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _DEC 10 2012_, 20____

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials): _____    Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation    ☐ Restitution Info
_____ 21 Day _____ Full

☐ Defendant On Call    ☐ No Tape/Lab    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

Unofficial Copy Office of Marilyn Burgess District Clerk

5/2/12

0002736

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**EDWIN JAMES BROOKS**

**02064213**

SPN:
DOB:
DATE PREPARED: **7/1/2011**

D.A. LOG NUMBER:**1764936**
CJIS TRACKING NO.:

BY: **HR** DA NO: **002333840**
AGENCY:**HCSO**
O/R NO: **1099399**
ARREST DATE: **TOBE**

NCIC CODE: **2300 75**

RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1311799**
~~180~~ /84

BAIL: ~~$NO BOND~~ *75,000*
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWIN JAMES BROOKS**, hereafter styled the Defendant, heretofore on or about **JULY 19, 2010**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, ONE MOTOR VEHICLE owned by FELIX PERAZA, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**FILED**
Chris Daniel
District Clerk

OCT 18 2011

Time: 11:55
By

Unofficial Copy Office of Marilyn Burgess District

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman** **208th**

JIM C HARE

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002737

CAUSE NO. _1311809_   CHARGE _Bing Bldg_

THE STATE OF TEXAS

_177_ DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

_Carrington Taylor_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Carrington Taylor_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney

X _Carrington Taylor_____

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _9_ day of _Feb_____, 20_12_

_Crystom lott_

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

FEB - 9 2012

Time _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _9_ day of _Feb_____, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Impact Docket_ on the _27_ day of _February_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _9_ day of _Feb_____, 20_12_

_____
**Judge Presiding**

0002738

| THE STATE OF TEXAS | **02045118** | D.A. LOG NUMBER:**1765303** |
|---|---|---|
| VS. | | CJIS TRACKING NO.:**9166764041-A001** |
| **CARRINGTON TAYLOR** | SPN: | BY: **EG** DA NO: **050789901** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **7/1/2011** | O/R NO: **085501311O** |
| | | ARREST DATE: **07-01-2011** |

**NCIC CODE: 2200 96**   RELATED CASES: **HENDERSON-FEL**

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**
CAUSE NO:                                               **BAIL: $15,000**
HARRIS COUNTY DISTRICT COURT NO:       **1311807**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **209**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CARRINGTON TAYLOR**, hereafter styled the Defendant, heretofore on or about **JULY 1, 2011**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by FERMIN TREVINO, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk

JUL 0 8 2011

Time: _____ 13:20 _____
Harris County, Texas
By _____ NLO _____
Deputy

**Foreman**                          **180th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**          **RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging 0002739

CAUSE NO. 1312234                    CHARGE _Agg Robbery_

THE STATE OF TEXAS                  Deadly Wpn

                                    _338_ DISTRICT COURT

VS.                                 OF HARRIS COUNTY, TEXAS

_Zackery Hayes_

**Defendant**

WNTH: VIDEO, etc

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_IN COURT  Zackery Hayes_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**

Chris Daniel
District Clerk

AUG 18 2011

_____

**Deputy District Clerk
Harris County, Texas**

Time: _____
        Harris County, Texas

By _____
        Deputy

**ORDER APPOINTING COUNSEL**

On this, the _18_ day of _Aug_, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____   E-Mail Address _____

Bar Card/SPN Number

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for : _NTRC_ _____

on the _18_ day of _Oct_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _18_ day of _Aug_, 20_11_

_Vanessa B Jones_

**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002740

**DISTRICT CLERK**

| THE STATE OF TEXAS | **02568555** | D.A. LOG NUMBER:1766798 |
|---|---|---|
| VS. | | CJIS TRACKING NO.: |

**ZACKERY LEE HAYES**

SPN:
DOB:
DATE PREPARED: **7/6/2011**

BY: **HR**  DA NO: **001638714**
AGENCY:**PASADENA PD**
O/R NO: **201114439**
ARREST DATE: **TOBE**

NCIC CODE: **1204 04**           RELATED CASES: **CODEF: HARRIS 338TH**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:           **1312234**
FIRST SETTING DATE:                        **338**

BAIL: **$30000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ZACKERY LEE HAYES**, hereafter styled the Defendant, heretofore on or about **JUNE 14, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by HEATHER PIGOTT, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place HEATHER PIGOTT in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

**F I L E D**
Chris Danial
District Clerk
JUL 2 7 2011
Harris County, Texas
Time: _____ By _____
Deputy

**Foreman**

**183rd**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002741

CAUSE NO. 1312658                    CHARGE _Robbery Threats_

THE STATE OF TEXAS                   _854th_ DISTRICT COURT

VS.                                  OF HARRIS COUNTY, TEXAS

_Esmai Kyet_ ,

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

X _Esmai Kyet_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _No No Mem share_ ,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

**Witness**

Sworn to and subscribed before me on this, the _12th_ day of _July_ , 20_11_

_____ ,

**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
JUL 12 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _12th_ day of _July_ , 20_11_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _M. Cornell_

**Address** _2022 Bibbelie Ten_

**City** _____ **State** _____ **Zip** _77019_      **E-Mail Address** _____

**Bar Card/SPN Number** |0|4|3|1|1|8|0|0|

**Phone Number** |7|3|-|2|3|7|-|8|5|4|7|

**Fax Number** |7|3|-|5|2|8|-|0|1|1|3|

The Court further ORDERS the cause set for : _Arra_

on the _10th_ day of _Aug._ , 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _12th_ day of _July_ , 20_11_ .

_S. Brown_

**Judge Presiding**

THE STATE OF TEXAS
VS.

**ESMAI KYET**

**02533147**

D.A. LOG NUMBER:**1767860**
CJIS TRACKING NO.:**9166790492-A001**

SPN:
DOB:
DATE PREPARED: **7/10/2011**

BY: **PW** DA NO: **002397278**
AGENCY:**HPD**
O/R NO: **089500211P**
ARREST DATE: **07/09/11**

NCIC CODE: **1205 02**

RELATED CASES: **CO-DEF: R. PEE (FELONY)**

FELONY CHARGE: **ROBBERY**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1312658**
**185**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ESMAI KYET,** hereafter styled the Defendant, heretofore on or about **JULY 9, 2011,** did then and there unlawfully, while in the course of committing theft of property owned by EDWIN PEREZ-GOMEZ , hereafter styled the Complainant, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place the Complainant in fear of imminent bodily injury and death, by STRIKING THE COMPLAINANT WITH AN UNKNOWN OBJECT.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

**INFORMATION**

24043666

BAR CARD NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002743

CAUSE NO. 1510178   CHARGE Viol of Protective order

THE STATE OF TEXAS   228 DISTRICT COURT

VS. Tremayne Givens   OF HARRIS COUNTY, TEXAS

**Defendant**

FCLD 11TH

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Tremayne Givens (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Tremayne Givens

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUL 1 8 2011

Time: _____

By _____ Deputy

Deputy District Clerk
Harris County, Texas

DOCKT
CTH
8:30AM

**ORDER APPOINTING COUNSEL**

On this, the 18 day of July, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

W Skip Cornelius   SKIP Cornelius
**Attorney**   713 237 8347

2028 Buffalo Texar
**Address**

H   T 77019
**City**   **State**   **Zip**   **E-Mail Address**

0 4 0 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 3 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for on the 17 day of AUGUST, 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of July 20 11.

8:30AM

_____
**Judge Presiding**

8-17-11
8:30AM

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**TREMAYNE GIVENS**

SPN: *016841650*
DOB:
DATE PREPARED: **7/13/2011**

D.A. LOG NUMBER:**1767397**
CJIS TRACKING NO.:

BY: **EG** DA NO: **002156159**
AGENCY:**HPD**
O/R NO: **076372911Q**
ARREST DATE: **TO BE**

NCIC CODE: **3899 01**             RELATED CASES:

FELONY CHARGE: **VIOLATION OF PROTECTIVE ORDER – FAMILY VIOLENCE**
CAUSE NO:     *1312972*
HARRIS COUNTY DISTRICT COURT NO: *228*
FIRST SETTING DATE:

BAIL: **$20,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TREMAYNE GIVENS**, hereafter styled the Defendant, heretofore on or about **JUNE 12, 2011**, did then and there unlawfully, with knowledge of the issuance of a family violence protective order, a copy of which is attached as Exhibit A, violate said order by intentionally and knowingly communicating with a protected individual, namely, JOY DAVIS, hereafter called the Complainant, in a threatening and harassing manner, by CALLING THE COMPLAINANT ON THE TELEPHONE AND/OR BY TEXTING THE COMPLAINANT AND THREATENING TO INFLICT BODILY INJURY UPON THE COMPLAINANT.

Before the commission of the offense alleged above, on JANUARY 14, 2011, in Cause No. 1730431, in the COUNTY CRIMINAL COURT AT LAW NO. 11 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF VIOLATION OF A PROTECTIVE ORDER.

Before the commission of the offense alleged above, on MARCH 16, 2011, in Cause No. 1740886, in the COUNTY CRIMINAL COURT AT LAW NO. 11 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF VIOLATION OF A PROTECTIVE ORDER.

Before the commission of the offense alleged above, on FEBRUARY 14, 2005, in Cause Number 1016470 in the 178TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

**F I L E D**
**Chris Daniel**
**District Clerk**

SEP 23 2011
11:50
Time: _____ Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                    **208th**
JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging 002745

CAUSE NO. 1313833    CHARGE Injury elderly

THE STATE OF TEXAS    228th DISTRICT COURT

VS. Orlando Salinas    OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Orlando Salinas (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

JUL 18 2011

Time: _____
Harris County, Texas
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 18 day of July, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City          State          Zip          E-Mail Address**

04931500
**Bar Card/SPN Number**

713-237-8547
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : on the 17 day of AUGUST, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of July 20 11.

Judge Presiding

8-17-11
8:30AM

Unofficial Copy Certified Copy Marilyn Burgess District Clerk

0002746

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**ORLANDO SALINAS**

**01780669**

D.A. LOG NUMBER:**1769447**
CJIS TRACKING NO.:**9166806224-A001**

SPN:
DOB:
DATE PREPARED: **7/16/2011**

BY: **MB** DA NO: **001901698**
AGENCY:**HPD**
O/R NO: **92101311**
ARREST DATE: **7-15-2011**

**NCIC CODE: 3802 57**

RELATED CASES:

FELONY CHARGE: **INJURY TO ELDERLY INDIVIDUAL**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:       **1313253**
FIRST SETTING DATE:       **228**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ORLANDO SALINAS**, hereafter styled the Defendant, heretofore on or about **JULY 15, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to SALVADOR SALINAS SR, hereinafter styled the Complainant, an individual who was at least sixty-five years of age, by BITING THE COMPLAINANT WITH HIS TEETH.

It is further presented that in Harris County, Texas, ORLANDO SALINAS, hereafter styled the Defendant, heretofore on or about JULY 15, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to SALVADOR SALINAS SR, hereinafter styled the Complainant, an individual who was at least sixty-five years of age, by STRIKING THE COMPLAINANT WITH HIS HAND.

FILED
Chris Daniel
District Clerk
AUG 11 2011
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Kenneth Kridle 184th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002747

CAUSE NO. 1313015                    CHARGE POCS 11-4g

THE STATE OF TEXAS                           338 DISTRICT COURT

VS.  Alejandro Castillo            OF HARRIS COUNTY, TEXAS

Defendant                                              RS 180d SD

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
/s/ Alex Castillo
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____ , 20____ .

_____ ,
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
AUG 17 2011
Time: _____ Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the __17__ day of __Aug__ , 20__11__ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State            Zip                    E-Mail Address

☐☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Phone Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : AUG 17 2011

on the _____ day of ____ AUG 17 2011 ____20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __17__ day of __Aug__ , 20__11__  Judge B Jones

_____
Judge Presiding

0002748

THE STATE OF TEXAS
VS.

**ALEJANDRO CASTILLO**

**01803560**

SPN:
DOB:
DATE PREPARED: **7/14/2011**

D.A. LOG NUMBER:**1768910**
CJIS TRACKING NO.:**9166801249-A001**

BY: **CS** DA NO: **001542496**
AGENCY:**HPD**
O/R NO: **091325511**
ARREST DATE: **07/14/2011**

NCIC CODE: **5599 05**

RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1313015**
**338**

BAIL: **$20,000**
PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ALEJANDRO CASTILLO**, hereafter styled the Defendant, heretofore on or about **JULY 14, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, PHENCYCLIDINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on APRIL 30, 2010, in Cause Number 1250411 in the 208TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of DRIVING WHILE INTOXICATED.

**F I L E D**
Chris Daniel
District Clerk
AUG 16 2011
Harris County, Texas
Time:
By: _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman** **208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002749

CAUSE NO. _1313900_   CHARGE _Agg Rob_

THE STATE OF TEXAS                     _177_ DISTRICT COURT
VS.                                    OF HARRIS COUNTY, TEXAS
_Pete Ramos_
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Pete Ramos_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

x _Ramos_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _16_ day of _Sept_, 20 _11_

_Chrystion  Catt_
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk
SEP – 6 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _6_ day of _Sept_, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Skip Cornelius_
**Attorney**
_2028 Buffalo Terrace_
**Address**
_Hou, TX 77019_
**City          State          Zip          E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 1 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 1 | - | 8 | 5 | 4 | 7 |
**Fax Number**

The Court further ORDERS the cause set for : _Non-trial_
on the _12_ day of _Sept_, 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _6_ day of _Sept_, 20 _11_

**Judge Presiding**

Unofficial copy Office of Harris County District Clerk - Marilyn Burgess

0002750

THE STATE OF TEXAS
VS.
**PETE RAMOS**

SPN: **2571113**
DOB:
DATE PREPARED: **8/10/2011**

D.A. LOG NUMBER:**1771119**
CJIS TRACKING NO.: **9166823498A001**
BY: DA NO: **2156159** AGENCY:**HOUSTON POLICE DEPARTMENT**
O/R NO: **082973511I**
ARREST DATE: **7/21/2011**

NCIC CODE: **120404**          RELATED CASES:

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1313906**
HARRIS COUNTY DISTRICT COURT NO: **230**
FIRST SETTING DATE: **9/6/2011**

BAIL: **$30000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PETE RAMOS**, hereafter styled the Defendant, heretofore on or about **June 26, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by Gladis Melendez, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place Gladis Melendez in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, a knife.

**F I L E D**
Chris Daniel
District Clerk

AUG 12, 2011

Time: _____
By _____
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sheryl E Price   228 th
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002751

CAUSE NO. 1314000  150,000    CHARGE Burg of Hab
1318992  15,000

THE STATE OF TEXAS    Old  ___ DISTRICT COURT

VS.    OF HARRIS COUNTY, TEXAS

Jeremy Williams

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Jeremy Williams ___ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8:30    **Defendant**

☐ ___ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

**F I L E D**

Chris Daniel
District Clerk

FEB - 1 2012

Time: ___
Harris County, Texas
By ___
Deputy

Sworn to and subscribed before me on this, the ___ day of FEB 1 2012 , 20___.

___
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 1 day of Feb , 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius
**Attorney**

2028 Buffalo Ter
**Address**

H ___ T ___ 77019
**City    State    Zip    E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

New Atty

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : Disp

on the 1 day of March , 20 12 , at 9:00 a.m at 1201 Franklin, Houston, Harris
County, Texas.    8:30

Signed this 1 day of Feb. , 20 12

___
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002752

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**01689180**

D.A. LOG NUMBER:**1771084**
CJIS TRACKING NO.:

**JEREMY WAYNE WILLIAMS**

SPN:
DOB:
DATE PREPARED: **7/22/2011**

BY: **HR** DA NO: **002156159**
AGENCY:**HPD**
O/R NO: **92141811P**
ARREST DATE: **TOBE**

NCIC CODE: **2202 05**

RELATED CASES:

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1314000
262**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY WAYNE WILLIAMS**, hereafter styled the Defendant, heretofore on or about **JULY 14, 2011**, did then and there unlawfully, with intent to commit an assault, enter a habitation owned by DANNA BRATTON, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on AUGUST 13, 2002, in Cause Number 0917803, in the 262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of TAMPERING WITH EVIDENCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0917803 was final, the Defendant committed the felony of AGGRAVATED ASSAULT and was finally convicted of that offense on JANUARY 10, 2006, in Cause Number 1001226, in the 209TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

AUG 2 9 2011

Time: 12:30
Harris County, Texas
By ___ Deputy

**Foreman** 209+1

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging 0002753

CAUSE NO. *1,714,871*     CHARGE *Burg Bldg*

THE STATE OF TEXAS                    *228* DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

Defendant *James Byron McCauley*

*JAMES BYRON McCAULEY*
TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ *James B. McCauley* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

F I L E D
Chris Daniel
District Clerk

AUG 02 2011

Time: _____
Harris County, Texas
By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the *1* day of *Aug*, 20*11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney *RP SKIP CORNELIUS*

Address *2028 Buffalo Terrace*

City *H*   State *T*   Zip *77019*   E-Mail Address _____

Bar Card/SPN Number *04831500*

Phone Number *713-528-0153*

Fax Number *713-237-8547*

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of AUG 02 2011, 20___.

Judge Presiding

0002754

| THE STATE OF TEXAS<br>VS. | **02389259** | D.A. LOG NUMBER:**1773476**<br>CJIS TRACKING NO.:**9166847753-A001** |
|---|---|---|
| **JAMES BYRON MCCAULEY** | SPN:<br>DOB:<br>DATE PREPARED: **7/29/2011** | BY: **RZ** DA NO: **002260744**<br>AGENCY:**HPD**<br>O/R NO: **098047411Z**<br>ARREST DATE: **07-29-2011** |

**NCIC CODE: 2200 96**     RELATED CASES: **JONES-F**

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**     **P2**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:     **1314871**     **BAIL: $2000**

FIRST SETTING DATE:     **228**     PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES BYRON MCCAULEY,** hereafter styled the Defendant, heretofore on or about **JULY 29, 2011,** did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by ELIZABETH WISDOM, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

F I L E D
Chris Daniel
District Clerk

AUG 0 1 2011

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24019073
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002755

CAUSE NO. _131501 6_          CHARGE _THEFT CHP500._

THE STATE OF TEXAS                    _228_ DISTRICT COURT

VS.                          OF HARRIS COUNTY, TEXAS

_Damian Orion Smith_
Defendant

_DAMIAN ORION SMITH_
TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _1_ day of _August_, 20_11_.

**FILED**
Chris Daniel
District Clerk

AUG 01 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _1_ day of _Aug_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. Skip Cornelius_
Attorney

_2028 Buffalo Terrace_
Address

_H_____ T 77019_
City          State          Zip

_____
E-Mail Address

04831500
Bar Card/SPN Number

713-528-9153
Phone Number

713-237-8847
Fax Number

The Court further ORDERS the cause set for : _Arrg_
on the _35_ day of _August_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of ____ AUG 01 2011 ____, 20 ____.

_____
Judge Presiding

0002756

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **01959665** | D.A. LOG NUMBER:1773817<br>CJIS TRACKING NO.:9166851203-A001 |
| **DAMIAN ORION SMITH** | SPN:<br>DOB:<br>DATE PREPARED: 7/30/2011 | BY: **DB** DA NO: **002215011**<br>AGENCY:**HPD**<br>O/R NO: **098538811Z**<br>ARREST DATE: **7-30-11** |

NCIC CODE: **2300 79**     RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                     **1315016**
HARRIS COUNTY DISTRICT COURT NO:    ~~1315916~~
FIRST SETTING DATE:              **228**

BAIL: **$15,000**
PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DAMIAN ORION SMITH** hereafter styled the Defendant, heretofore on or about **JULY 30, 2011**, did then and there unlawfully commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE AIR CONDITIONING UNIT, owned by CARL VEASLEY, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on FEBRUARY 9, 2006, in Cause Number 1015109, in the 208TH DISTRICT COURT, of HARRIS, County, Texas, the Defendant was convicted of the FELONY OFFENSE OF THEFT.

Before the commission of the primary offense, on AUGUST 16, 2007, in Cause Number 1473816, in the COUNTY CRIMINAL COURT AT LAW NO. 9, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT.

**FILED**
Chris Daniel
District Clerk

JUL 3 0 2011

Time: _____1607_____
Harris County, Texas
By _____
Deputy

### AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **July 30, 2011**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY     BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

0002757

CAUSE NO. 1315123          CHARGE Assault

THE STATE OF TEXAS          176 DISTRICT COURT  F3

VS.                         OF HARRIS COUNTY, TEXAS

Munoz, Claudia

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

Munoz, Claudia (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Claudia Munoz ,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 0 5 2011

Time: _____
By _____
Harris County, Texas
Deputy

_____ ,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 5 day of August, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H T 77019

**City          State          Zip**          **E-Mail Address**

0483 1500

**Bar Card/SPN Number**

713 - 237 - 8547

**Phone Number**

713 - 528 - 0153

**Fax Number**

The Court further ORDERS the cause set for : Arr

on the 29 day of Aug , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of AUG 0 5 2011 , 20____.

**Judge Presiding**

Certified Copy / Unofficial / Marilyn Burgess District Clerk

0002758

THE STATE OF TEXAS
VS.

**CLAUDIA ELIZABETH MUNOZ**

**02572688**

SPN:
DOB:
DATE PREPARED: 7/31/2011

D.A. LOG NUMBER:1774201
CJIS TRACKING NO.:9166855489-A001

BY: **VF** DA NO: **002333844**
AGENCY:**HPD**
O/R NO: **099278011H**
ARREST DATE: **7 31 11**

NCIC CODE: **1314 08**

RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1315123**
FIRST SETTING DATE: **176**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLAUDIA ELIZABETH MUNOZ**, hereafter styled the Defendant, heretofore on or about **JULY 31, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to CURTIS HARRIS, hereafter styled the Complainant, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S THROAT AND BY APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

**FILED**
Chris Daniel
District Clerk

SEP 2 3 2011

Time: _____ Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

**228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM.
This instrument is of poor quality
at the time of imaging

9002759

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS

_____ DISTRICT COURT

VS.

Paul Curtis Rideaux

OF HARRIS COUNTY, TEXAS

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Paul C. Rideaux_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk
AUG 04 2011
Time _____
Harris County, Texas
By _____ Deputy

**ORDER APPOINTING COUNSEL**

On this, the ___4___ day of _August_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H_ _T_ _77019_
**City**          **State**          **Zip**          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for: _____ on the ___5___ day of _August_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___4___ day of _August_, 20_11_

_____
**Judge Presiding**

8-5-11
8:30 AM

0002760

THE STATE OF TEXAS      **01866174**      D.A. LOG NUMBER:**1774861**
VS.      CJIS TRACKING NO.:**916685959X-D001**

**PAUL CURTIS RIDEAUX**     SPN:      BY: **CS** DA NO: **002333948**
     DOB:      AGENCY:**HPD**
     DATE PREPARED: **8/3/2011**      O/R NO: **99928311**
     ARREST DATE: **08/02/2011**

**NCIC CODE: 1314 08**      RELATED CASES: **REFILE**

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:      **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:    **1315349**    PRIOR CAUSE NO: **228TH D.CT./1315305**
FIRST SETTING DATE:      **228**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**PAUL CURTIS RIDEAUX**, hereafter styled the Defendant, heretofore on or about **AUGUST 2, 2011**, did then and there unlawfully,
intentionally and knowingly cause bodily injury to ROZENA TONEY, hereafter styled the Complainant, a person with whom the Defendant had a
dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's
throat and applying pressure to the Complainant's neck.

**F I L E D**
Chris Daniel
District Clerk

AUG 29 2011

Time: 12:30
Harris County, Texas
By _____ Deputy

Foreman      **209th**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**      RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002761

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1316417                    CHARGE *Credit/Debit*

                                     176 DISTRICT COURT *Card*
THE STATE OF TEXAS                   OF HARRIS COUNTY, TEXAS *S.J*

VS.

*Peralez, Auguestine*
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ *Peralez, Auguestine* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

                                    _____
                                    **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                    _____
                                    **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk
AUG 0 5 2011                         _____
Time: _____                        **Deputy District Clerk**
      Harris County, Texas           **Harris County, Texas**
By _____
      Deputy

**ORDER APPOINTING COUNSEL**

On this, the 5 day of *AUG*, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*RV SKIP (CORNELW)*
**Attorney**
*2028 Buffalo Te*
**Address**
*H _____ 77019*
**City**          **State**          **Zip**          E-Mail Address

*04831 SCU*                          *Case going up to*
**Bar Card/SPN Number**              *the State Jail*
*713-237-8547*                       *CRT*
**Phone Number**
*713-528-0153*
**Fax Number**

The Court further ORDERS the cause set for : _____ *Arr*
on the 29 day of *Aug*, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

                    AUG 0 5 2011
Signed this _____ day of _____, 20____.

                                    _____
                                    **Judge Presiding**

0002762

| THE STATE OF TEXAS | **02299858** | D.A. LOG NUMBER:1774990 |
| VS. | | CJIS TRACKING NO.:9166863619-A001 |

**AUGUSTINE M. PERALEZ**

SPN:
DOB:
DATE PREPARED: 8/4/2011

BY: **KL** DA NO: **002094982**
AGENCY:**PASADENA PD**
O/R NO: **201118806**
ARREST DATE: **8/3/11**

NCIC CODE: **2605 44**       RELATED CASES:

FELONY CHARGE: **CREDIT/DEBIT CARD ABUSE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:       **1315417**
FIRST SETTING DATE:       **176**

**BAIL: $15000**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **AUGUSTINE M. PERALEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 3, 2011**, did then and there unlawfully, with intent to obtain a benefit fraudulently, use a VISA DEBIT DEBIT card knowing the use was without the effective consent of the cardholder, ASHLEY VALDEZ, namely, without any consent of any kind, and knowing that the VISA DEBIT card had not been issued to the Defendant.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on SEPTEMBER 2, 2008, in Cause Number 1153816, in the 179TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION WITH INTENT TO DELIVERY A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1153816, was final, the Defendant committed the felony offense of BRIBERY and was finally convicted of that offense on JUNE 30, 2010, in Cause Number 1253387, in the 337TH DISTRICT COURT, of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

F I L E D
Chris Daniel
District Clerk
AUG 1 6 2011
Harris County
Deputy

Time:
By

185th

**Foreman**
Trisha S. Pollard

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002763

CAUSE NO. _____

CHARGE _____

THE STATE OF TEXAS

**228th** DISTRICT COURT

vs.

Dominic Rendon

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Dominic Rendon _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Dominic Rendon

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 25 2011

Time: _____
By _____
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **25** day of **August**, 20**11**, the Court determines that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City** **State** **Zip**

_____
**E-Mail Address**

O R
RIP

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for :

on the **28** day of **September** 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **25** day of **August** 11

_____
Judge Presiding

9-28-11
8:30 AM

0002764

THE STATE OF TEXAS
VS.
**DOMINIC RENDON**

SPN: **1986592**
DOB:
DATE PREPARED: **10/27/2011**

D.A. LOG NUMBER:**1775180**
CJIS TRACKING NO.: **9166922984A001**

BY: DA NO: **2397278** AGENCY:**SHERIFF'S DEPARTMENT HARRIS COUNTY**
O/R NO: **11103084**
ARREST DATE:

NCIC CODE: **120305**          RELATED CASES:

FELONY CHARGE: **AGG ROBBERY-OVER 65 OR DISABLE**
CAUSE NO: **1315485**
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE: **11/30/2011**

BAIL: **$30000**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DOMINIC RENDON**, hereafter styled the Defendant, heretofore on or about **August 3, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by DANIEL MUNGUIA and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY CAUSE BODILY INJURY to DANIEL MUNGUIA, A PERSON AT LEAST SIXTY-FIVE YEARS OF AGE by PUSHING THE COMPLAINANT TO THE GROUND.

Before the commission of the offense alleged above, on MAY 19, 2006, in Cause Number 1062717 in the 339th District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

**FILED**
Chris Daniel
District Clerk

OCT 28 2011

Time: _____
By _____
Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**          **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002765

CAUSE NO. _1319400_     CHARGE _Theft by Check_

THE STATE OF TEXAS

_177_ DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

_Stephanie Kaiser_

Defendant

_LATT / ARV_

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Stephanie Kaiser_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _Stephanie Kaiser_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _24_ day of _Oct_ , 20_11_.

_____

**FILED**
Chris Daniel
District Clerk

OCT 24 2011

Time: _____
By _____
Harris County, Texas
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _24_ day of _Oct_ , 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Michael E. Barrow_
Attorney
_1314 Texas #1300_
Address
_Houston TX 77002_
City            State        Zip          E-Mail Address

Bar Card/SPN Number: `0 1 8 3 1 9 0 0`

Phone Number: `7 1 3 - 2 2 4 - 8 3 8 3`

Fax Number: `7 1 3 - 2 2 4 - 3 5 0 6`

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

The Court further ORDERS the cause set for : _Non-trial_
on the _29_ day of _Nov_ , 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _24_ day of _Oct_ , 20_11_.

_____
Judge Presiding

0002766

THE STATE OF TEXAS
VS.
**STEPHANIE ANN KAISER**

D.A/LOG NUMBER:**1775519**

SPN: **01524553**
DOB:
DATE PREPARED: **8/5/2011**

BY: **ACV** DA NO: **402** AGENCY:**HCDA**
ARREST DATE: **TO BE**

NCIC CODE: **2301/00**

RELATED CASES:

FELONY CHARGE: **THEFT BY CHECK**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE: **DIRECT**

**BAIL: $2000.00**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEPHANIE ANN KAISER**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 1, 2010**, did then and there unlawfully, appropriate by acquiring and otherwise exercising control over property, namely, MEDICAL SERVICES, owned by KRISTEN HAVENSTEIN, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of property.

Before the commission of the offense alleged above, on June 1, 2007, in Cause No. 1442486, in the County Court at Law #15, of Harris County, Texas, the Defendant was convicted of Theft.

Before the commission of the offense alleged above, on June 1, 2007, in Cause No. 1442325, in the County Court at Law #15, of Harris County, Texas, the Defendant was convicted of Theft.

## TRUE BILL

AUG 0 8 2011

**F I L E D**
Chris Daniel
District Clerk
AUG 0 8 2011
Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002767

CAUSE NO. _____  CHARGE _____

THE STATE OF TEXAS

vs.

**Freddy Sanchez**

Defendant

_228th_ **DISTRICT COURT**

**OF HARRIS COUNTY, TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ **Freddy Sanchez** _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney. _IN BENT JAIL_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

FILED
Chris Daniel
District Clerk
AUG 10 2011
Harris County, Texas

Time: _____

By _____ Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _10_ day of _August_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R P SKIP CORNELIUS_
Attorney

_2028 Buffalo Terrace_
Address

_H     T  77019_
City          State        Zip          E-Mail Address

_0 4 8 3 1 5 0 0_
Bar Card/SPN Number

_7 1 3 - 2 3 7 - 8 5 4 7_
Phone Number

_7 1 3 - 5 2 8 - 0 5 3_
Fax Number

The Court further ORDERS the cause set for :
on the _24_ day of _August_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _10_ day of _August_, 20___ _8:30 am_

Judge Presiding

_8-24-11_
_8:30 AM_

_Hospital_

0002768

THE STATE OF TEXAS
VS.

**FREDDY SANCHEZ**

**00682692**

SPN:
DOB:
DATE PREPARED: 8/8/2011

D.A. LOG NUMBER:1776192
CJIS TRACKING NO.:9166875951-A001

BY: **AC** DA NO: **002305227**
AGENCY:**HPD**
O/R NO: **102425711Y**
ARREST DATE: **08/07/11**

NCIC CODE: **5599 06**

RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1315938**
FIRST SETTING DATE: **228**

BAIL: **NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **FREDDY SANCHEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 7, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, HEROIN , weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 18, 1989, in Cause Number 0538609, in the 209TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0538609 was final, the Defendant committed the felony of THEFT and was finally convicted of that offense on MAY 4, 1992, in Cause Number 0631498, in the 263RD DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

OCT 18 2011

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002769

CAUSE NO. _13160066_          CHARGE _Thos CS_

THE STATE OF TEXAS          _339th_ DISTRICT COURT

VS. _Janice Johnson_          OF HARRIS COUNTY, TEXAS

_____
Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

X  _Janice Johnson_ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.      X _IN CUSODY_

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

AUG 1 1 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _AUG_, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_RV CORNELIUS_
Attorney

_3028 Buffalo Texan_
Address

_77019_
City          State          Zip          E-Mail Address

|0|4|8|3|1|5|0|0|
Bar Card/SPN Number

|7|1|3|-|2|3|7|-|8|0|4|7|
Phone Number

|7|1|3|-|3|2|8|-|0|1|5|3|
Fax Number

The Court further ORDERS the cause set for :
on the _12_ day of _Sept_, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _____  AUG 1 1 2011

_____
Judge Presiding

0002770

*0148 8537*
*339 pend*

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **01488537** | D.A. LOG NUMBER:**1776701**<br>CJIS TRACKING NO.:**9166881056-A001** |
| **JANICE RENA JOHNSON** | SPN:<br>DOB:<br>DATE PREPARED: **8/9/2011** | BY: **EG** DA NO: **002333948**<br>AGENCY:**HPD**<br>O/R NO: **103201511I**<br>ARREST DATE: **08-09-2011** |

NCIC CODE: **5599 04**                 RELATED CASES: **BABINO-FEL**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:                 **1316066**            BAIL: **$NO BOND**
FIRST SETTING DATE:                                        **339**                  PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JANICE RENA JOHNSON**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

AUG 1.0 2011

Time:                    Harris County, Texas
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **August 9, 2011**

_____
AFFIANT

*Valerie C. Turner*
9000135

ASSISTANT DISTRICT ATTORNEY        BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

0002771

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS

      _____ DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

           _____
           **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

           _____
           **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

AUG 1 1 2011

Time: _____

Harris _____ Deputy

         _____
         **Deputy District Clerk**
         **Harris County, Texas**

**ORDER APPOINTING COUNSEL**

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney**

**Address**

**City**        **State**        **Zip**        **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for :

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20___.

         _____
         **Judge Presiding**

0002772

THE STATE OF TEXAS
VS.

**JYAMOS EDWARD MAXIE-MOUTON**

**02516998**

SPN:
DOB:
DATE PREPARED: 8/10/2011

D.A. LOG NUMBER:1776730
CJIS TRACKING NO.:9166881587-A001

BY: **KL** DA NO: 002294141
AGENCY:**HPD**
O/R NO: 103286011V
ARREST DATE: **8/9/11**

**NCIC CODE: 1314 08**         RELATED CASES:

**FELONY CHARGE: Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:         **1316076**
FIRST SETTING DATE:                      **228**

BAIL: **$NO/BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JYAMOS EDWARD MAXIE-MOUTON**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011,** did then and there unlawfully, intentionally and knowingly cause bodily injury to DALECIA GRIFFIN, hereafter styled the Complainant, a MEMBER OF THE DEFENDANT'S FAMILY, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S THROAT.

It is further presented that in Harris County, Texas, JYAMOS EDWARD MAXIE-MOUTON, hereafter styled the Defendant, heretofore on or about AUGUST 9, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to DALECIA GRIFFIN, hereafter styled the Complainant, a MEMBER OF THE DEFENDANT'S FAMILY, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

**F I L E D**
**Chris Daniel**
**District Clerk**

SEP 0 7 2011

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002773

CAUSE NO. _1316088_    CHARGE _POSS of INT DCS_

THE STATE OF TEXAS    _228_ DISTRICT COURT

VS.    OF HARRIS COUNTY, TEXAS

_James Edward Lewis_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)    _Whthm_

☐ _James Lewis_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.    _IN FORMA_

,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

,
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**FILED**
Chris Daniel
District Clerk

AUG 11 2011

Time: _____
Harris County
By _____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _11_ day of _Aug_, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIN_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H     T   77019_
**City          State          Zip          E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for _Aug_ on the _31_ day of _Aug_, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _11_ day of _Aug_, 20_11_.

**Judge Presiding**

8.31-11
8:30Am



THE STATE OF TEXAS
VS.

   **01586887**

D.A. LOG NUMBER:1776770
CJIS TRACKING NO.:9166881900-A001

**JAMES EDWARD LEWIS**

SPN:
DOB:
DATE PREPARED: **8/10/2011**

BY: **MB** DA NO: **0023334218**
AGENCY:**HPD**
O/R NO: **103366611**
ARREST DATE: **8-9-11**

NCIC CODE: **5599 48**

RELATED CASES: **CO-DEF ROLLINS (F) LINK (F)**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:   **1316088**
FIRST SETTING DATE:   **228**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES EDWARD LEWIS**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MARCH 28, 2001, in Cause Number 0863422, in the 179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DEADLY CONDUCT.

Before the commission of the primary offense, and after the conviction in Cause Number 0863422 was final, the Defendant committed the felony of POSSESSION OF CONTROLLED SUBSTANCE and was finally convicted of that offense on SEPTEMBER 5, 2003, in Cause Number 0951999, in the 183RD DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 27 2011

Time: ___1215___
   Harris County, Texas
By _____
   Deputy

Foreman   **208th**
JIM C HARRIS

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of ... District Clerk

0002775

CAUSE NO. _____ 1316148     CHARGE _____ (elderly)

THE STATE OF TEXAS      3394 DISTRICT COURT

VS. *Nicholas Bosley*      OF HARRIS COUNTY, TEXAS

BOSLEY

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

_Nicholas Bosley_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X Nicholas Bosley_____.

                 **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                 **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk
OCT 07 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of OCT 0 7 2011 , 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**    **State**    **Zip**      **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

            **R.P. SKIP CORNELIUS**
            SBN 04831500
            2028 Buffalo Terrace
            Houston, Texas 77019
            Phone 713 237 8547
            Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of OCT 0 7 2011 / 20____.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002776

DISTRICT CLERK

SY/

THE STATE OF TEXAS
VS.

**NICHOLAS RAY BOSLEY**

SPN: 01545885
DOB:
DATE PREPARED: 8/10/2011

D.A. LOG NUMBER: 1776910
CJIS TRACKING NO.:

P3

BY: **EG** DA NO: **002275023**
AGENCY: **HPD**
O/R NO: **097329611X**
ARREST DATE: **TO BE**

NCIC CODE: **2589 01**

RELATED CASES:

FELONY CHARGE: **Forgery**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1316148
339

BAIL: **$10,000**
PRIOR CAUSE NO:

FIRST SETTING DATE:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **NICHOLAS RAY BOSLEY**, hereafter styled the Defendant, heretofore on or about **JULY 12, 2011**, did then and there unlawfully, and with intent to defraud and harm, forge the writing duplicated attached hereto as Exhibit A, which purported to be the act of another who did not authorize that act, by possessing it with intent to utter it and while knowing it was forged, and the offense was committed against a person at least 65 years of age.

Before the commission of the offense alleged above, on MARCH 1, 2005, in Cause No. 1018120, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE.

*State moves to reduce to ST J*
*Frgery 2501/11*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

21.36822

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002777

# EXHIBIT A



**CLOSED ACCOUNT**

*111012822*
07/25/2011
9330398540

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-D
CLOSED ACCOUNT

*17430001*
*5198*
*1*
*00001-00197*

JONATHAN D RAINS OR ROBBIE RAIN
17827 MARL CT
CROSBY, TX 77532

1184

7-14-11

Pay to the
Order of      Nicholes Booley      $ 250.00

One Hundred Fifty      Dollars

COMMUNITY
RESOURCE

For

Robbie Rains

⑆313077513⑆01 20000000365658⑈ 1184  ⑉00000 250000⑈

4⑆313077513⑆01 200000003656508⑈ 1184  ⑉00000 250000⑈

CAUSE NO. _376170_          CHARGE _Capital_

THE STATE OF TEXAS

_248_ DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

_Kevin Antonio Owens_
**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Kevin A. Owens_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _AUG 1 2 2011_, 20_____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
AUG 12 2011
Time: _____
Harris County, Texas
By _____ Dep.

## ORDER APPOINTING COUNSEL

On this, the _12_ day of _AUG_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _R.P. Skip Cornelius_

**Address** _2028 Buffalo Terrace_

**City** _H_   **State** _T_   **Zip** _77019_          **E-Mail Address** _____

**Bar Card/SPN Number** | 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Phone Number** | 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |

**Fax Number** | 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

The Court further ORDERS the cause set for : _Arr_

on the _15_ day of _September_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _AUG 1 2 2011_ 20___.

_____
**Judge Presiding**

0002779

THE STATE OF TEXAS
VS.

**KEVIN ANTONIO OWENS**

**02574327**

SPN:
DOB:
DATE PREPARED: **8/10/2011**

D.A. LOG NUMBER:**1777032**
CJIS TRACKING NO.:

BY: **SP** DA NO: **068910750**
AGENCY:**HPD**
O/R NO: **103634711Y**
ARREST DATE: **TO BE**

NCIC CODE: **1305 19**         RELATED CASES: **SAME DEF - 2F**

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:         **1316171**
FIRST SETTING DATE:                      **248**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KEVIN ANTONIO OWENS**, hereafter styled the Defendant, heretofore on or about **AUGUST 10, 2011**, did then and there unlawfully, intentionally and knowingly threaten with imminent bodily injury I. SIMPSON of the HOUSTON POLICE DEPARTMENT, hereafter called the Complainant, while the Complainant was lawfully discharging an official duty, by using and exhibiting a deadly weapon, namely, A KNIFE, knowing that the Complainant was a public servant.

FILED
Chris Daniel
District Clerk
NOV 2 2011
Harris County, Texas
Deputy
Time:
By

**Foreman**                    **209th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002780

CAUSE NO. 1316230    CHARGE POCS

**THE STATE OF TEXAS**

**338** DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

Nathan Williams

Defendant

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

F I L E D
Chris Daniel
District Clerk

AUG 15 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 15 day of Aug, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**E-Mail Address**

CO: 1316231

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of Aug, 20 11

_____
Judge Presiding

0002781

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **00787616** | D.A. LOG NUMBER:1777043<br>CJIS TRACKING NO.:916688473X-A001 |
| **NATHAN EDWARD WILLIAMS**<br>**HOMELESS** | SPN:<br>DOB:<br>DATE PREPARED: **8/11/2011** | BY: **CP** DA NO: **002271451**<br>AGENCY:**METRO TRANSIT AUTHORITY**<br>O/R NO: 10379611P<br>ARREST DATE: **8/10/2011** |

NCIC CODE: **5599 04**                    RELATED CASES: **CO DEF: BM-R. NELSON (F)**

**FELONY CHARGE: Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1316230**          **BAIL: $15,000**
FIRST SETTING DATE:                                **338**          PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **NATHAN EDWARD WILLIAMS**, hereafter styled the Defendant, heretofore on or about **AUGUST 10, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on JULY 16, 2009, in Cause Number 1224043, in the 180TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1224043 was final, the Defendant committed the felony offense of PROSTITUTION and was finally convicted of that offense on MAY 16, 2008, in Cause Number 1149820, in the 178TH DISTRICT COURT of HARRIS County, Texas.

*State moves to proceed under 12.44(a)*

F I L E D
Chris Daniel
District Clerk

AUG 1 5 2011

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
**ASSISTANT DISTRICT ATTORNEY**
OF HARRIS COUNTY, TEXAS

2404925
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002782

CAUSE NO. 1316316                    CHARGE Burg of Hab

THE STATE OF TEXAS                  338 DISTRICT COURT

VS.                                 OF HARRIS COUNTY, TEXAS

LIS Sandro Pacheco

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

AUG 15 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 15 day of Aug, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**        **Zip**          **E-Mail Address**

[ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arrg

on the 13 day of Sept, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of Aug, 20 11

_____
**Judge Presiding**

Unofficial Copy Official of Marilyn Burgess District Clerk

0002783

| THE STATE OF TEXAS | **02522101** | D.A. LOG NUMBER:**1777274** |
| VS. | | CJIS TRACKING NO.: |
| **LISSANDRO PACHECO** | SPN: | BY: **TD** DA NO: **002198468** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **8/11/2011** | O/R NO: **103724211J** |
| | | ARREST DATE: **TO BE** |

NCIC CODE: **2202 05**          RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1316317**
FIRST SETTING DATE:          **338**

BAIL: **$10000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LISSANDRO PACHECO**, hereafter styled the Defendant, heretofore on or about **AUGUST 10, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by BIBIANA ALVARADO, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk

AUG 1 8 2011

Time: ___11:40 AM___
Harris County, Texas
By ___NLD___
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          184th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002784

CAUSE NO. 1316371

CHARGE Assit Bod Inj -FM

THE STATE OF TEXAS

338 DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

Ninja Brown
**Defendant**
NIJA BROWN

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Nija A. Brown
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG. 17 2011

_____
**Deputy District Clerk**
**Harris County, Texas**

Time: _____ Harris County.

**ORDER APPOINTING COUNSEL**

By _____ Deputy

On this, the 17 day of _____ Aug _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arra
on the 20 day of Sept , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of Aug , 20 11

_____
**Judge Presiding**

0002785

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **01482659** | D.A. LOG NUMBER:1777232<br>CJIS TRACKING NO.: |
| **NIJA A. BROWN** | SPN:<br>DOB:<br>DATE PREPARED: **8/12/2011** | BY: **RZ** DA NO: **002327476**<br>AGENCY:**HPD**<br>O/R NO: **099973711W**<br>ARREST DATE: **TO BE** |

**NCIC CODE: 1314 14**    RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:    **1316371**
FIRST SETTING DATE:    **338**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **NIJA A. BROWN**, hereafter styled the Defendant, heretofore on or about **JULY 23, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to DEMETRIUS ROBERTS, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by GRABBING THE COMPLAINANT WITH HIS HAND.

It is further presented that in Harris County, Texas, NIJA A. BROWN, hereafter styled the Defendant, heretofore on or about JULY 23, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to DEMETRIUS ROBERTS, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by THROWING THE COMPLAINANT TO THE GROUND WITH HIS HAND.

It is further presented that in Harris County, Texas, NIJA A. BROWN, hereafter styled the Defendant, heretofore on or about JULY 23, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to DEMETRIUS ROBERTS, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by HOLDING DOWN THE COMPLAINANT WITH HIS KNEES.

It is further presented that before the commission alleged above, the Defendant, on JANUARY 10, 2011, in the 248TH DISTRICT COURT of HARRIS County, Texas, in Cause No. 1267044, was convicted of ASSAULT which was committed against a a person with whom the Defendant had a dating relationship.

It is further presented that, at the time that the Defendant committed the felony offense of ASSAULT FAMILY MEMBER-SECOND on or about JULY 23, 2011, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a KNIFE, during the commission of said offense and during the immediate flight from said offense.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 27, 2000, in Cause Number 0860350, in the 184TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0860350, was final, the Defendant committed the felony of TAMPERING WITH EVIDENCE and was finally convicted of that offense on MAY 13, 2002, in Cause Number 0911585, in the 263RD DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**    **208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002786

CAUSE NO. _131629a_   CHARGE _Indecency_

THE STATE OF TEXAS   _338_ **DISTRICT COURT**

VS.   **OF HARRIS COUNTY, TEXAS**   _Child_

_Sergio Gil_

Defendant

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

□ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

AUG 15 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _15_ day of _Aug_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

| | | | | |
|---|---|---|---|---|

**Bar Card/SPN Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Fax Number**

**E-Mail Address** _ADRiK.Kahl_

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _18_ day of _Oct_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _15_ day of _Aug_, 20_11_.

_____
**Judge Presiding**

0002787

THE STATE OF TEXAS

VS.

**SERGIO LUIS GIL**

**02113341**

SPN:
DOB:
DATE PREPARED: 8/12/2011

D.A. LOG NUMBER:**1777235**
CJIS TRACKING NO.:**9166889774-A001**

BY: **EG**  DA NO: **002333841**
AGENCY:**PPD**
O/R NO: **1113237**
ARREST DATE: **08-12-2011**

NCIC CODE:  **1105 51**

RELATED CASES:

FELONY CHARGE:  **Indecency with a Child**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1316432**
**338**

**BAIL: $10,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**SERGIO LUIS GIL**, hereafter styled the Defendant, heretofore on or about **MAY 24, 2011**, did then and there unlawfully, with intent to arouse
the sexual desire of the Defendant, have sexual contact with ARIANA AROCHA, hereafter styled the Complainant, a child under the age of
seventeen years, by having the Complainant touch the Defendant's genitals.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                                        **184th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002788

CAUSE NO. 1316624                    CHARGE _Crim Misch_
                                                            STJ
**THE STATE OF TEXAS**              338 **DISTRICT COURT**

**VS.**                             **OF HARRIS COUNTY, TEXAS**

Juan Lucio-Lopez

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

                                    Juan Lucio
                                    **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                    **Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
**Chris Daniel**
**District Clerk**

**AUG 16 2011**
                                    _____
                                    **Deputy District Clerk**
Time: _____                    **Harris County, Texas**
Harris County, Texas
By _____                       **ORDER APPOINTING COUNSEL**
   Deputy

On this, the 16 day of Aug _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**     **Zip**        **E-Mail Address**

[ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]          **R.P. SKIP CORNELIUS**
**Phone Number**                          **SBN 04831500**
                                          **2028 Buffalo Terrace**
[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]          **Houston, Texas 77019**
**Fax Number**                            **Phone 713 237 8547**
                                          **Fax 713 528 0153**

The Court further ORDERS the cause set for : Arr 8
on the 14 day of Sept _____, 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 16 day of Aug _____, 20 11
                                    Dwight B Jones
                                    _____
                                    **Judge Presiding**

0002789

THE STATE OF TEXAS                          **02529457**                    D.A. LOG NUMBER:**1777777**
VS.                                                                         CJIS TRACKING NO.:**9166892333-A002**

**JUAN MANUEL LUCIO-LOPEZ**         SPN:                            BY: NMC  DA NO: **1777777**
                                    DOB:                            AGENCY:**HPD**
                                    DATE PREPARED: **8/13/2011**     O/R NO: **104911811D**
                                                                    ARREST DATE: **8/13/2011**

NCIC CODE: **5004 30**              RELATED CASES: **ONE OTHER FELONY**

FELONY CHARGE: **RETALIATION**
CAUSE NO:                                                           BAIL: **$55,000**
HARRIS COUNTY DISTRICT COURT NO:        **1316522**                 PRIOR CAUSE NO:
FIRST SETTING DATE:                      **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JUAN MANUEL LUCIO-LOPEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 13, 2011**, did then and there unlawfully,
intentionally and knowingly harm and threaten to harm SANTOS LIRA by an unlawful act, namely MURDER/ASSAULT, in retaliation for and
on account of the service and status of SANTOS LIRA as a PERSON WHO HAS REPORTED THE OCCURRENCE OF A CRIME.

**F I L E D**
Chris Daniel
District Clerk

OCT 07 2011

Time: _____ 10:55 _____
         Harris County, Texas
By _____
            Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.          **Foreman**              **228th**

                                                     _Cheryl E Siner_

                                                     FOREMAN OF THE GRAND JURY

                              **INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002790

CAUSE NO. 1316603

CHARGE Harrassment of public Serv

THE STATE OF TEXAS

338 DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

Kayla Matthews
Defendant

Pb 2-1/2 DPPS 3°
on bond bond

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

AUG 19 2011

Time: _____
Harris County, Texas
By _____
        Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of Aug, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RUSAP CORNELIUS
Attorney

2028 Buffalo Terra
Address

H T T 77019
City        State        Zip        E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | U | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 19 day of Aug, 20 11

_____
Judge Presiding

0002791

**P2**

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **02402910** | D.A. LOG NUMBER:**1776669**<br>CJIS TRACKING NO.: |
| **KAYLA MICHELE MATTHEWS** | SPN:<br>DOB:<br>DATE PREPARED: **8/14/2011** | BY: **VF** DA NO: **002268150**<br>AGENCY:**HCSO**<br>O/R NO: **HCI10105932**<br>ARREST DATE: **TO BE** |

NCIC CODE: **7099 63**                    RELATED CASES:

FELONY CHARGE:  **HARASSMENT OF PUBLIC SERVANT**
CAUSE NO:                                                                                            **BAIL: $5000**
HARRIS COUNTY DISTRICT COURT NO:              **1316603**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                      **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **KAYLA MICHELE MATTHEWS**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully, with the intent to HARASS, cause V. GAMBOA, hereafter styled the Complainant, whom the Defendant knew to be a public servant, to contact the SALIVA of THE DEFENDANT, WHILE THE COMPLAINANT WAS LAWFULLY DISCHARGING AN OFFICIAL DUTY.

State moves to reduce to attempted
Harassment of a public Servant
NCIC # 709965

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____                                       _____
ASSISTANT DISTRICT ATTORNEY                               BAR CARD NO.
OF HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

0002792

CAUSE NO. 1316624    CHARGE _Crim Misch_

Retaliation 3°
STJ

THE STATE OF TEXAS

**338** DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

Juan Lucio-Lopez

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Juan Lucio_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 16 2011

Time: _____
Harris County, Texas
By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the 16 day of Aug _____, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : Arr 9
on the 14 day of Sept _____, 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 16 day of Aug _____, 20 11

_Dwight B Jones_
**Judge Presiding**

0002793

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02529457** | D.A. LOG NUMBER:**1778186** |
| VS. | | CJIS TRACKING NO.:**9166892333-D001** |
| **JUAN MANUEL LUCIO-LOPEZ** | SPN: | BY: **KL** DA NO: **002311840** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **8/15/2011** | O/R NO: **104911811D** |
| | | ARREST DATE: **8/13/11** |

NCIC CODE: **2901 26**     RELATED CASES: **REFILE OF CAUSE NO. 1316521 / 338TH DISTRICT COURT**

FELONY CHARGE: **AGGREGATE CRIMINAL MISCHIEF**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1316624**     BAIL: **$52,000**
FIRST SETTING DATE:     **338**     PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JUAN MANUEL LUCIO-LOPEZ**, hereafter styled the Defendant, heretofore on or about AUGUST 13, 2011, did then and there unlawfully, , intentionally and knowingly DAMAGE tangible property, namely MOTOR VEHICLES, owned by SHEQUILLE BURRELL, JOSE HERIBERTO HERRERA-CELIS, LIZET MACEDO, AND SANTOS LUNA, persons having a greater right to possession of the property than the defendant and hereafter styled the Complainants without the effective consent of the Complainants, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by REMOVING THE DOOR LOCKS WITH AN UNKNOWN OBJECT.

It is further presented that in Harris County, Texas, JUAN MANUEL LUCIO-LOPEZ, hereafter styled the Defendant, heretofore on or about AUGUST 13, 2011, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely MOTOR VEHICLES, owned by SHEQUILLE BURRELL, JOSE HERIBERTO HERRERA-CELIS, LIZET MACEDO, AND SANTOS LUNA, persons having a greater right to possession of the property than the defendant and hereafter styled the Complainants without the effective consent of the Complainants, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by DAMAGING THE IGNITION WITH AN UNKNOWN OBJECT.

It is further presented that in Harris County, Texas, JUAN MANUEL LUCIO-LOPEZ, hereafter styled the Defendant, heretofore on or about AUGUST 13, 2011, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely MOTOR VEHICLES, owned by SHEQUILLE BURRELL, JOSE HERIBERTO HERRERA-CELIS, LIZET MACEDO, AND SANTOS LUNA, persons having a greater right to possession of the property than the defendant and hereafter styled the Complainants without the effective consent of the Complainants, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by REMOVING STEREO SYSTEMS FROM THE MOTOR VEHICLE DASHBOARDS WITH AN UNKNOWN OBJECT.

**FILED**
Chris Daniel
District Clerk

OCT 07 2011
10:55
Time: _____ Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**228th**
Foreman

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

CAUSE NO. 1316714                    CHARGE _Theft_

THE STATE OF TEXAS                   338 DISTRICT COURT

VS.                                  OF HARRIS COUNTY, TEXAS

_Christopher Hamlett_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney. .

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
AUG 17 2011
Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 17 day of _Aug_, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**          **Zip**          _____
                                                           **E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _AUG 17 2011_ _Disp_

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of _Aug_, 20 11

_____
**Judge Presiding**

0002795

THE STATE OF TEXAS **01141636** D.A. LOG NUMBER:**1778405**
VS. CJIS TRACKING NO.:**916689865X-A001**

**CHRISTOPHER BERNARD HAMLETT** SPN: BY: **SP** DA NO: **002271451**
DOB: AGENCY:**HPD**
DATE PREPARED: **8/15/2011** O/R NO: **105948911**
ARREST DATE: **08-15-2011**

NCIC CODE: **2300 79** RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO: **BAIL: $15000**
HARRIS COUNTY DISTRICT COURT NO: **1316714** PRIOR CAUSE NO:
FIRST SETTING DATE: **338**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER BERNARD HAMLETT,** hereafter styled the Defendant, heretofore on or about **AUGUST 15, 2011,** did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE VIDEO GAME CONSOLE WIRELESS REMOTE CONTROL AND FIVE BOXES OF FLEA REPELLANT, owned by J. CORMIER, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JANUARY 10, 2011, in Cause No. 1291329, in the 183RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of THEFT.

Before the Commission of the primary offense, on AUGUST 18, 2010, in Cause No. 1274440, in the 179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of THEFT.

Before the commission of the offense alleged above, on NOVEMBER 14, 2003, in Cause No. 0967914, in the 185TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of ATTEMPTED BURGLARY OF A HABITATION.

*8/17*

*State moved to punish under 1244a TPC.*
*Furea of*
*8/17*

**F I L E D**
Chris Daniel
District Clerk

AUG 1 7 2011

Time: _____
By _____ Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging 0002796

CAUSE NO. 1316737          CHARGE _Theft_

THE STATE OF TEXAS                    338 DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

Jordan Lane
**Defendant**

90 days
12.44a

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
AUG 17 2011
Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 17 day of _Aug_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City          State          Zip**

_____
**E-Mail Address**

_____
**Bar Card/SPN Number**

_____
**Phone Number**

_____
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

AUG 17 2011

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

AUG 17 2011

Signed this ____ day of _Aug_____, 20_11_

_____
**Judge Presiding**

0002797

| THE STATE OF TEXAS | **02389225** | D.A. LOG NUMBER:**1778495** |
|---|---|---|
| VS. | | CJIS TRACKING NO.:**9166900034-A001** |

**JORDAN LEE LANE**

SPN:
DOB:
DATE PREPARED: **8/16/2011**

BY: **CS** DA NO: **050789901**
AGENCY:**DEER PARK PD**
O/R NO: **1103295**
ARREST DATE: **08/16/2011**

NCIC CODE: **2300 79**      RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:      **1316737**
FIRST SETTING DATE:      **338**

BAIL: **$15,000**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JORDAN LEE LANE**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE CASE OF BEER, owned by BRYCE QUICK, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the commission of the primary offense, on OCTOBER 25, 2010, in Cause Number 1714976, in the COUNTY CRIMINAL COURT AT LAW NO. 4, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on OCTOBER 5, 2009, in Cause Number 1223682, in the 339TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on DECEMBER 29, 2010, in Cause Number 1286211, in the 176TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of CRIMINAL MISCHIEF and was convicted on OCTOBER 5, 2009, in Cause Number 1223683 in the 339TH District Court of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002798

CAUSE NO. 1318 08 9

CHARGE Assalt InflRct Imp

THE STATE OF TEXAS

338 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

Daniel Martinez

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Daniel Martinez

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

AUG 18 2011

Time: _____
Harris County, Texas
By _____
    Deputy

## ORDER APPOINTING COUNSEL

On this, the 18 day of Aug, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** ____ **Zip** _____

**E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arrg

on the 22 day of Sept, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Aug, 20__

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002799

**DISTRICT CLERK**



THE STATE OF TEXAS                    **02382248**                    D.A. LOG NUMBER:1778430
VS.                                                                   CJIS TRACKING NO.:9166899095-A002

**DANIEL MARTINEZ**              SPN:                                BY: **CS/AC**  DA NO: **002294141**
                                DOB:                                AGENCY:**HPD**
                                DATE PREPARED: **8/16/2011**        O/R NO: **106062911**
                                                                    ARREST DATE: **08/15/2011**

NCIC CODE: **1399 03**            RELATED CASES:

FELONY CHARGE: **Assault of Family Member Second Offender and Impeding Breathing**
CAUSE NO:                        **1316787**                         BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:  **338**                            PRIOR CAUSE NO:
FIRST SETTING DATE:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DANIEL MARTINEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 15, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ELIZABETH TORRES, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by impeding the normal breathing or circulation of the blood of the Complainant by applying pressure to the Complainant's throat and applying pressure to the Complainant's neck.

It is further presented that, before the commission alleged above, the Defendant, on JUNE 7, 2004, in the COUNTY CRIMINAL COURT AT LAW NO. 7 of HARRIS County, Texas, in Cause Number 1240681, was convicted of ASSAULT OF A FAMILY MEMBER, which was committed against a member of the Defendant's family.

**F I L E D**
**Chris Daniel**
**District Clerk**

OCT 0 3 2011
Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. For...                                184th

FOREMAN OF THE GRAND JURY

**INDICTMENT**                                          0002800

Unofficial Copy Office of Marily Burgain District Clerk

CAUSE NO. 1316826          CHARGE _____

THE STATE OF TEXAS          338 DISTRICT COURT

VS.                          OF HARRIS COUNTY, TEXAS

Jeremy Gonzalez
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Jeremy Gonzalez
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 18 2011

Time: _____
Harris County, Texas
By _____

**ORDER APPOINTING COUNSEL**

On this, the 18 day of Aug, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**      **Zip**          E-Mail Address

| | | | | |
|--|--|--|--|--|

**Bar Card/SPN Number**

| | | | - | | | |
|--|--|--|--|--|--|--|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | |
|--|--|--|--|--|--|--|

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Aug, 2011.

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002801

**P2**

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02275754** | D.A. LOG NUMBER:**1778674** |
| VS. | | CJIS TRACKING NO.:**9166901510-A001** |
| **JEREMY MICHAEL GONZALEZ** | SPN: | BY: **CS** DA NO: **002359767** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **8/17/2011** | O/R NO: **106273511** |
| | | ARREST DATE: **08/16/2011** |

NCIC CODE: **3562 18**     RELATED CASES:

FELONY CHARGE: **POSSESSION OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1316826**     BAIL: **$10,000**
FIRST SETTING DATE:     **338**     PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY MICHAEL GONZALEZ,** hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011,** did then and there unlawfully, intentionally and knowingly possess marijuana in a usable quantity of more than four ounces and less than five pounds.

**F I L E D**
Chris Daniel
District Clerk

AUG 1 8 2011

Time: _____ Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

16502/00

_____
ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

002802

CAUSE NO. _13/683/_

CHARGE _____

THE STATE OF TEXAS

_334th_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

VS.

_John Danna_ ,

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _John Danna_ ____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

**FILED**
Chris Daniel
District Clerk

NOV - 8 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _8_ day of _Nov_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. Skip Cornelius_
Attorney

_2028 Buffalo Terrace_
Address

_H_____ _T_ _70019_
City        State        Zip

_____
E-Mail Address

_04831500_
Bar Card/SPN Number

_713 - 237 - 8097_
Phone Number

_713 - 528 - 0153_
Fax Number

The Court further ORDERS the cause set for :
on the _8th_ day of _Dec_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _NOV - 8 2011_ day of _____, 20___

_____
Judge Presiding

Uncertified Copy of Marilyn Burgess District Clerk

0002803

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**JOHN V, DANNA**

**00569866**

SPN:
DOB:
DATE PREPARED: **8/17/2011**

D.A. LOG NUMBER:**1778622**
CJIS TRACKING NO.:**9166900956-A001**

BY: **BJE** DA NO: **002294141**
AGENCY:**HPD**
O/R NO: **106319811 R**
ARREST DATE: **8-16-11**

NCIC CODE: **1314 14**

RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1316831**
**339**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN V. DANNA**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to LEILANI KIMBRELL, hereafter styled the Complainant, A MEMBER OF THE DEFENDANT'S HOUSEHOLD, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on FEBRUARY 2, 2011, in the COUNTY CRIMINAL COURT AT LAW NO. 9 of HARRIS County, Texas, in Cause No. 1719689, was convicted of ASSAULT which was committed against a MEMBER OF THE DEFENDANT'S FAMILY.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on FEBRUARY 22, 1991, in Cause Number 0565445, in the 177TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of INVOLUNTARY MANSLAUGHTER.

Before the commission of the primary offense, and after the conviction in Cause Number 0565445 was final, the Defendant committed the felony of ROBBERY and was finally convicted of that offense on OCTOBER 13, 1995, in Cause Number 0693773, in the 180TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 23 2011

Time: _____ Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman** 208th

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002804

CAUSE NO. 1316848

CHARGE *ASR* Fam House mem

*R P Platt*

THE STATE OF TEXAS

VS.

**William Griffin**

Defendant

**338** DISTRICT COURT

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

**William Griffin**
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 18 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **18** day of **Aug**, 20**11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

[ ][ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ][ ] - [ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ][ ] - [ ][ ][ ][ ]
**Fax Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : **Arrs**

on the **16** day of **Sept**, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **18** day of **Au**, 20____

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002805

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**WILLIAM GRIFFIN**

**00892032**

SPN:
DOB:
DATE PREPARED: **8/17/2011**

D.A. LOG NUMBER:**1778711**
CJIS TRACKING NO.:**9166901863-A001**

BY: **BJE** DA NO: **001978003**
AGENCY:**HPD**
O/R NO: **106444411 P**
ARREST DATE: **8-16-11**

NCIC CODE: **1314 08**

RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1316848**
**338**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM GRIFFIN**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to CRYSTAL BRADSHAW, hereafter styled the Complainant, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

**FILED**
Chris Daniel
District Clerk
AUG 2 5 2011
Harris County, Texas
Time:
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**           **184th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002806

9/16

CAUSE NO. 1316953                    CHARGE ___Assh Bod Inj___
                                                FM

THE STATE OF TEXAS                   __338__ DISTRICT COURT

VS.                                  OF HARRIS COUNTY, TEXAS

Christopher Rhodes                   lof+✓   3° 2nd offend

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____Mento_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

AUG 1 9 2011

Time: _____
    Harris County, Texas
By _____
        Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __19__ day of __Aug__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

PP Skip Cornelius
**Attorney**
2024 Buffalo Terr
**Address**
HT   77019
**City**        **State**        **Zip**        **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-528-0153
**Phone Number**

713-237-8847
**Fax Number**

File MAJ
21 day order
Arr s

The Court further ORDERS the cause set for : _____
on the __16__ day of __Sept__, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __19__ day of __Aug__, 20_11_

_____
**Judge Presiding**

DISTRICT CLERK

0002807

P2

| THE STATE OF TEXAS | **01218071** | D.A. LOG NUMBER:**1778845** |
| VS. | | CJIS TRACKING NO.: |
| **CHRISTOPHER R. RHODES** | SPN: | BY: **CS** DA NO: **002466671** |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: **8/18/2011** | O/R NO: **105897011** |
| | | ARREST DATE: **08/13/2011** |

NCIC CODE: **1314 14**          RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1316953**
FIRST SETTING DATE:          **338**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER R. RHODES**, hereafter styled the Defendant, heretofore on or about **AUGUST 12, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to LYNNELL MORRISON, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by SHOVING THE COMPLAINANT TO THE GROUND WITH HIS HAND.

It is further presented that in Harris County, Texas, CHRISTOPHER R. RHODES, hereafter styled the Defendant, heretofore on or about AUGUST 12, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to LYNNELL MORRISON, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on MAY 24, 2004, in the COUNTY CRIMINAL COURT AT LAW NO. 8 of HARRIS County, Texas, in Cause No. 1238063, was convicted of ASSAULT which was committed against a member of the Defendant's family. *chr 11/22*

*State moves to reduce to Class A Assault Misdemeanor of Assault- Family Member (NCIC# 1314 20)*

*twood 11/22*

**FILED**
Chris Daniel
District Clerk

NOV 22 2011

Time: _____
By _____
    Harris County, Texas
    Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*24039247*

ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of Imaging

**INFORMATION**

Unofficial Copy Office of Harris Burg District Clerk

0002808

CAUSE NO. 1316985          CHARGE Del Mary

**THE STATE OF TEXAS**          338 **DISTRICT COURT**

VS.          **OF HARRIS COUNTY, TEXAS**

Tomisha Jones

Defendant

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____ Tomisha Jones ,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____ ,
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

AUG **1 9** 2011

Time: _____
Harris County, Texas

By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the 19 day of Aug , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

W SKIP CORNELL
**Attorney**

1028 Buffalo Texas
**Address**

H T 77019
**City          State          Zip**          **E-Mail Address**

CD: 1316986
        1316987

04831500
**Bar Card/SPN Number**

713 - 237 - 8847
**Phone Number**

713 - 528 - 0153
**Fax Number**

Arvs

The Court further ORDERS the cause set for : _____
on the 20 day of Sept , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 19 day of Aug , 20 11

_____
**Judge Presiding**

0002809

01832072

363 338

THE STATE OF TEXAS
VS.

**01832072**

D.A. LOG NUMBER:**1779038**
CJIS TRACKING NO.:**9166905389-A001**

**TAMISHA RENEE JONES**

SPN:
DOB:
DATE PREPARED: **8/18/2011**

BY: **VF** DA NO: **002397278**
AGENCY:**HPD**
O/R NO: **106955911**
ARREST DATE: **8 17 11**

NCIC CODE: **3560 17**

RELATED CASES: **CAROLYN BICKMAN; LINDA TURNER**

FELONY CHARGE: **DELIVERY OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1316985**
**338**

**BAIL: $5000**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **TAMISHA RENEE JONES**, hereafter styled the Defendant, heretofore on or about **AUGUST 17, 2011**, did then and there unlawfully intentionally and knowingly deliver by actual transfer more than one-fourth ounce and less than five pounds of marihuana to T. PARKER .

   It is further presented that in Harris County, Texas, TAMISHA RENEE JONES, hereafter styled the Defendant, heretofore on or about AUGUST 17, 2011, did then and there unlawfully, intentionally and knowingly deliver by constructive transfer more than one-fourth ounce and less than five pounds of marihuana to T. PARKER.

   It is further presented that in Harris County, Texas, TAMISHA RENEE JONES, hereafter styled the Defendant, heretofore on or about AUGUST 17, 2011, did then and there unlawfully, intentionally and knowingly deliver by offering to sell more than one-fourth ounce and less than five pounds of marihuana to T. PARKER.

**F I L E D**
Chris Daniel
District Clerk

AUG 1 8 2011
Time: 9:30 AM
Harris County, Texas
By N L D
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

   Sworn to and subscribed before me on **August 18, 2011**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

_____
BAR NO.

**COMPLAINT**

0002810

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. _____ CHARGE _____

THE STATE OF TEXAS

**339th** DISTRICT COURT

vs.

*Walter Gamble*

OF HARRIS COUNTY, TEXAS

Defendant

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ *Walter Gamble* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 0 4 2011

Time: _____
By _____
Harris County, Texas
_____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of **OCT 0 4 2011**, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City** **State** **Zip**

_____
**E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the **2ND** day of **NOV**, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of **OCT 0 4 2011**, 20____.

_____
**Judge Presiding**

Unofficial Copy Official Marilyn Burgess District Clerk

0002811

THE STATE OF TEXAS
VS.

**WALTER J. GAMBLE**

SPN: **01529344**
DOB:
DATE PREPARED: **9/23/2011**

D.A. LOG NUMBER:**1779342**
CJIS TRACKING NO.:

BY: **CM** DA NO: **002197869**
AGENCY:**CONSTABLE PCT8**
O/R NO: **110071420**
ARREST DATE: **TO BE**

NCIC CODE: **2411 11**               RELATED CASES: **ONE OTHER MISD**

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO: **1317118**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

**BAIL: $15,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WALTER J. GAMBLE**, hereafter styled the Defendant, heretofore on or about **MAY 30, 2011**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by TRESHAN WILLIAMS, hereafter styled the Complainant, without the effective consent of the Complainant.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 3, 2001, in Cause Number 34,759, in the 268TH DISTRICT COURT of FORT BEND County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 34,759 was final, the Defendant committed the felony of AGGRAVATED ASSAULT WITH A DEADLY WEAPON and was finally convicted of that offense on OCTOBER 3, 2006, in Cause Number 1032892, in the 178TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 2 6 2011

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **184th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002812

*"MAJ - Stalk..."*

CAUSE NO. _1317189_     CHARGE _184th_

THE STATE OF TEXAS     §     _____ DISTRICT COURT

VS. _Laverne Brown_     §     OF

_Laverne Brown_     §     HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

_Laverne Brown_ (name), ☑ the DEFENDANT ☐ a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _15_ day of _Dec_, 20_12_ the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD     E-Mail Address

Address     Phone Number

City     State     Zip     Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

SPN Number     Bar Number

The Court further ORDERS the cause set for: _MAJ Hearing_

On the _30_ day of _Jan_, 20_13_ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _15_ day of _Dec_, 20_12_

_____
Judge Presiding

☐ The State has offered or     ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____     Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness     ☐ Defense to Contact Witness     ☐ Not Indicted
☐ D.A. to Evaluate Case     ☐ Disposition of Misc./OOC Case     ☐ Other _____
☐ D.A. to Reindict     ☐ File Unavailable     ☐ Refer to _____
☐ D.A. to file MRP/MAJ     ☐ MHMRA Evaluation _____ 21 Day _____ Full     ☐ Restitution Info
☐ Defendant On Call     ☐ No Tape/Lab _____     ☐ To Hire Attorney
☐ Defendant to Consider Offer     ☐ No Offense Report

5/2/12

0002813

**DISTRICT CLERK**

Unofficial copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**LAVERNE M. BROWN**

00401087

SPN:
DOB
DATE PREPARED: **8/19/2011**

D.A. LOG NUMBER:**1779478**
CJIS TRACKING NO.:

BY: EG DA NO: **050793311**
AGENCY:**HPD**
O/R NO: **093790011N**
ARREST DATE: **TO BE**

NCIC CODE: **5309 04 3rd**

RELATED CASES:

FELONY CHARGE: **STALKING**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1317189**
**184**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LAVERNE M. BROWN**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 5, 2011 CONTINUING THOUGH AND UP UNTIL AUGUST 19, 2011**, did then and there unlawfully, on FEBRUARY 5, 2011 CONTINUING THROUGH AND UP UNTIL AUGUST 19, 2011, and pursuant to the same scheme and course of conduct directed specifically at CHERYL BROWN, hereinafter called the Complainant, did knowingly engage in conduct that the defendant knew and reasonably believed that the Complainant would regard as threatening the infliction of bodily injury and death upon the Complainant , namely, BY CALLING THE COMPLAINANT AND THREATENING TO KILL HER AND COMMUNICATING THREATS THOUGH A THIRD PERSON; and said conduct would cause a reasonable person to fear, and did cause the Complainant to be placed in fear of, the infliction of bodily injury or death upon the Complainant.

**FILED**
Chris Daniel
District Clerk

NOV 1 0 2011

Time:
By

Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

248th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002814

CAUSE NO. _____ CHARGE _____

THE STATE OF TEXAS

_178_ **DISTRICT COURT**
**OF HARRIS COUNTY, TEXAS**

VS.

_Kim Williams_ ,
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Kim William_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_On 177th Side_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _22_ day of _JUNE_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____ **E-Mail Address** _____

**Bar Card/SPN Number** [0][4][8][3][1][8][0][0]

**Phone Number** [7][1][3]-[2][3][7]-[8][6][4][7]

**Fax Number** [7][1][3]-[5][2][8]-[0][1][5][0]

The Court further ORDERS the cause set for : _____
on the _1_ day of _SEPT_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _22_ day of _AUG_, 20__.

_____,
**Judge Presiding**

0002815

THE STATE OF TEXAS
VS.

**KIM ANTHONY WILLIAMS**

**02475851**

SPN:
DOB:
DATE PREPARED: **8/19/2011**

D.A. LOG NUMBER:**1779514**
CJIS TRACKING NO.:**9166909732-A001**

BY: **SP DA NO: 002197877**
AGENCY:**HPD**
O/R NO: **107406511Q**
ARREST DATE: **08-18-2011**

NCIC CODE: **5599 48**

RELATED CASES: **HOOD - 2F; WILLIAMS, KENNETH - 2F; BURLESON - 1M; CORMIER - 1M**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 131705  **178**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KIM ANTHONY WILLIAMS**, hereafter styled the Defendant, heretofore on or about **AUGUST 18, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

OCT 17 2011

Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **184th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002816

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1318215                          CHARGE   D W I

                                          178   DISTRICT COURT
THE STATE OF TEXAS

VS.                                       OF HARRIS COUNTY, TEXAS

David Cain
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☑ David Cain _____ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

                                          _____
                                          **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

                                          _____
                                          **Witness**

Sworn to and subscribed before me on this, the _____ day of **JAN 2 7 2012**, 20____.

JAN 2 7 2012

Time: _____               **Deputy District Clerk**
By _____                **Harris County, Texas**
       Deputy

## ORDER APPOINTING COUNSEL

On this, the 27 day of Jan , 2012, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**        **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the 23 day of Feb , 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris
                                          8:30
County, Texas.
Signed this 27 day of Jan , 2012.

                                          _____
                                          **Judge Presiding**
                                          JAN 2 7 2012

0002817

THE STATE OF TEXAS
VS.

**DAVID MICHAEL CAIN**

SPN: **00588018**
DOB:
DATE PREPARED: **11/10/2011**

D.A. LOG NUMBER:**1782110**
CJIS TRACKING NO.:**9166937000-A001**

BY: **LM** DA NO: **002333841**
AGENCY:**DEER PARK PD**
O/R NO: **1103478**
ARREST DATE: **08 28 2011**

NCIC CODE: **5404 23**                    RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO: **1318215**
HARRIS COUNTY DISTRICT COURT NO: **178**
FIRST SETTING DATE:

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAVID MICHAEL CAIN**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2011**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on FEBRUARY 16, 200 , the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1011799 in 337TH DISTRICT COURT, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on DECEMBER 16, 1986, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 0905992 in COUNTY CRIMINAL COURT AT LAW NO. 9, HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

*337*

**INDICTMENT**

FILED
Chris Daniel
District Clerk
NOV 11 2011

0002818

Case 4:17-cv-03621 Document 89-8 Filed on 01/05/23 in TXSD Page 427 of 479

CAUSE NO. _1318466_                    CHARGE _339th_

THE STATE OF TEXAS                     _339th_ DISTRICT COURT

VS. _Zacorrieon Nauling_               OF HARRIS COUNTY, TEXAS

Defendant _ZACORRIEON NAULING_

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☑ _Zacorrieon Nauling_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Zacorrieon Nauling_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

**FILED**
Chris Daniel
District Clerk
SEP - 1 2011

Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _1_ day of _SEPT_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_SKIP CORNELIUS_
Attorney

_2028 Buffalo Texas_
Address

_H       T  77019_
City        State        Zip        E-Mail Address

_04831500_
Bar Card/SPN Number

_713-237-8547_
Phone Number

_713-526-0253_
Fax Number

The Court further ORDERS the cause set for _____
on the _30th_ day of _Sept_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _SEP - 1 2011_, 20___

_____
Judge Presiding

0002819

DISTRICT CLERK

IN THE 337TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

AND

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Ex parte OBEL CRUZ-GARCIA, | § | |
| | § | Writ No. _____ |
| | § | Trial Court Case No: |
| | § | 1384794 |
| | § | |
| Applicant. | § | CAPITAL CASE |
| | § | |
| | § | |
| | § | |

**SUBSEQUENT APPLICATION FOR
POST-CONVICTION WRIT OF HABEAS CORPUS
EXHIBIT 139 B**

Jeremy Schepers (Texas 24084578)
Supervisor, Capital Habeas Unit
David Currie (TX 24084240)
Naomi Fenwick (TX 24107764)
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, Texas 75202
jeremy_schepers@fd.org
(214) 767-2746
(214) 767-2886 (fax)

*Counsel for Obel Cruz-Garcia*

0002820

# EXHIBIT 139 B

THE STATE OF TEXAS          **02577425**        D.A. LOG NUMBER:**1782611**
VS.                                                  CJIS TRACKING NO.:**9166941814-A001**

**ZACORRIEON JHONTRAE NAULING**    SPN:                      BY: **MB** DA NO: **002156159**
                                       DOB:                     **AGENCY:WEST UNIV PDP**
                                       DATE PREPARED: **8/31/2011**     O/R NO: **11P0414**
                                                           ARREST DATE: **8-26-2011**

NCIC CODE: **1204 04**               RELATED CASES: **CO-DEF BROWN (F) SARGEON (F0) MORANT (F)**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                             **BAIL: $30,000.00**
HARRIS COUNTY DISTRICT COURT NO:       **1318466**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ZACORRIEON JHONTRAE NAULING**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by CHRISTOPHER COLLINS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place CHRISTOPHER COLLINS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, FIREARM .

**F I L E D/**
Chris Daniel
District Clerk

OCT 2 1 2011
Time: _____12:50_____
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**           Foreman          **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002822

CAUSE NO. 1318694

CHARGE Agg Robbery

THE STATE OF TEXAS

VS.

Nauling, Zacorrion

Defendant

339 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ Nauling, Zacorrion _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

SEP 30 2011

Time: _____
By _____
Harris County, Texas
Deputy

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the 30 day of SEP _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P Cornelly

Attorney

4028 Buffalo Texau

Address

1 _____ T _____ 77019

City                State                Zip                E-Mail Address

0 4 8 3 1 5 0 0

Bar Card/SPN Number

7 1 3 - 2 3 7 - 8 5 4 7

Phone Number

7 1 3 - 5 2 8 - 0 1 5 3

Fax Number

The Court further ORDERS the cause set for : _____ on the 31st day of October, 20 __ at 9:00 a.m at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 30 2011 , 20 __

_____

Judge Presiding

0002823

THE STATE OF TEXAS

**02577425**

VS.

**ZACORRIEN JHONTRAE NAULING**

SPN:
DOB:
DATE PREPARED: **9/1/2011**

D.A. LOG NUMBER:**1783147**
CJIS TRACKING NO.:**9166947456-A001**

BY: **AC** DA NO: **002275023**
AGENCY:**BELLAIRE PD**
O/R NO: **1108262565**
ARREST DATE: **09/01/11**

NCIC CODE: **1204 04**

RELATED CASES: **MORANT, BROWN AND SARGEON-ALL 1 FEL.**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1318694**
**339**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ZACORRIEN JHONTRAE NAULING**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by HASSAN GEBARA, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place HASSAN GEBARA in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

OCT 21 2011

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

000282

CAUSE NO. _13/8985_          CHARGE _Agg. Rob_

THE STATE OF TEXAS          _177_ DISTRICT COURT

vs.          OF HARRIS COUNTY, TEXAS

_Damien Jones_

**Defendant**          _RIP_

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Damien Jones_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

(X) _Damien Jone_ ,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _6_ day of _Sept_ , 20 _11_.

_____

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

SEP – 6 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _6_ day of _Sept_ , 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Skip Cornelius_
**Attorney**
_2028 Buffalo Terrace_
**Address**
_H T 77019_
**City**          **State**          **Zip**          **E-Mail Address**

_04831 0UU_
**Bar Card/SPN Number**

_713 - 237 - 8547_
**Phone Number**

_713 - 237 - 8547_
**Fax Number**

The Court further ORDERS the cause set for : _Aug._ on the _30_ day of _Sept_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _6_ day of _Sept_ , 20 _11_

_____
**Judge Presiding**

0002825

THE STATE OF TEXAS        **02389993**        D.A. LOG NUMBER:**1784073**
VS.        CJIS TRACKING NO.:**9166957931-A001**

**DAMIEN DESHONE JONES**    SPN:        BY: **BLC** DA NO: **002126743**
       DOB:        AGENCY:**HCSO**
       DATE PREPARED: **9/4/2011**        O/R NO: **HC1100118182**
       ARREST DATE: **09/04/11**

**NCIC CODE: 1204 04**        RELATED CASES: **CO DEF D. PRESTON (FEL)**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:        **BAIL: $30000**
HARRIS COUNTY DISTRICT COURT NO:    **1318985**        PRIOR CAUSE NO:
FIRST SETTING DATE:        **177**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAMIEN DESHONE JONES**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 04, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by HASSAM AMROLLAH-MAJDABADI, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE HASSAM AMROLLAH-MAJDABADI IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
**Chris Daniel**
**District Clerk**

OCT 2 4 2011

Time: _____
       Harris County, Texas
By _____
       Deputy

**Foreman**        **209th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

0002826

CAUSE NO. _131928C_   CHARGE _Agg Robbery F1_

THE STATE OF TEXAS

_177_ DISTRICT COURT

VS

_Preston, Desmon_

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _Preston, Desmon_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is <u>financially unable to hire an attorney.</u>

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

SEP - 9 2011

_____
**Deputy District Clerk**
**Harris County, Texas**

Time: _____
Harris County, Texas

By _____
Deputy

**ORDER APPOINTING COUNSEL**

On this, the _9_ day of _SEPT_ , 20 _11_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Connelly_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_____
**City**          **State**      **Zip**       **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 7 | 9 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 9 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _Arr -_
on the _11_ day of _Oct_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.   SEP - 9 2011

Signed this _____ day of _____, 20 ____.

_____
**Judge Presiding**

0002827

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02466514** | D.A. LOG NUMBER:**1784038** |
| VS. | | CJIS TRACKING NO.:**9166957923-A001** |
| **DESMON WAYNE PRESTON** | SPN: | BY: **BLC** DA NO: **002126743** |
| | DOB: | AGENCY:**HCSO** |
| | DATE PREPARED: **9/4/2011** | O/R NO: **HC1100118182** |
| | | ARREST DATE: **09/04/11** |

**NCIC CODE: 1204 04**      RELATED CASES: **CO DEF D. JONES (FEL)**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                                                **BAIL: $30000**
HARRIS COUNTY DISTRICT COURT NO:        **1318986**         **PRIOR CAUSE NO:**
FIRST SETTING DATE:                                      **177**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESMON WAYNE PRESTON,** hereafter styled the Defendant, heretofore on or about **SEPTEMBER 04, 2011,** did then and there unlawfully, while in the course of committing theft of property owned by MOHAMMED CHAWLA, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE MOHAMMED CHAWLA IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
**Chris Daniel**
**District Clerk**

**OCT 24 2011**

Time: _1435_
Harris County, Texas
By _____
Deputy

**Foreman**                                              **209th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

0002828

CAUSE NO. 1314000 150,000
1318992 15,000

CHARGE Burg of Hab
Evad Arrest

THE STATE OF TEXAS

Old _____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

VS.

Jeremy Williams

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Jeremy Williams _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8130

_____ **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ **Witness**

Sworn to and subscribed before me on this, the _____ day of FEB 1 2012 _____, 20_____.

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**

**Chris Daniel**
**District Clerk**

FEB - 1 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 1 day of Feb _____, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius

**Attorney**

2028 Buffalo Tce

**Address**

H _____ T _____ 77019

**City** **State** **Zip** **E-Mail Address**

0 4 8 3 1 5 0 0

**Bar Card/SPN Number**

New Atty

7 1 3 - 2 3 7 - 8 5 4 7

**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3

**Fax Number**

The Court further ORDERS the cause set for : Disp.

on the 1 day of March _____, 20 12, at 9:00 a.m at 1201 Franklin, Houston, Harris
County, Texas.                    8130

Signed this 1 day of Feb. _____, 20 12

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002829

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**JEREMY  WILLIAMS**

SPN: **01689180**
DOB:
DATE PREPARED: **9/27/2011**

D.A. LOG NUMBER:**1784020**
CJIS TRACKING NO.:**9166957370-A001**

BY: **LM**  DA NO: **002126743**
AGENCY:**HPD**
O/R NO: **114674411Z**
ARREST DATE: **09 03 2011**

NCIC CODE: **4801 26**

RELATED CASES:

FELONY CHARGE: **Evading Arrest or Detention - Second Offender**
CAUSE NO: **1318992**
HARRIS COUNTY DISTRICT COURT NO: **262**
FIRST SETTING DATE:

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY WILLIAMS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 3, 2011,** did then and there unlawfully, intentionally flee from E. SEPOLIO, hereafter styled the Complainant, a  peace officer employed by THE HOUSTON POLICE DEPARTMENT, lawfully attempting to  detain the Defendant, and the Defendant knew that the Complainant was a peace officer attempting to  detain the Defendant, and before the commission of the offense alleged herein, on APRIL 25, 2002, in Cause Number 1109052 in the COUNTY CRIMINAL COURT AT LAW NO. 13 of HARRIS County, Texas, the Defendant was finally convicted of the offense of evading ARREST.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on AUGUST 13, 2002, in Cause Number 917803, in the  262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of TAMPERING WITH EVIDENCE.

Before the commission of the primary offense, and after the conviction in Cause Number 917803 was final, the Defendant committed the felony of  AGGRAVATED ASSAULT and was finally convicted of that offense on  JANUARY 10, 2006, in Cause Number 1001226, in the 209TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 28 2011

Time: _____11:00_____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002830

CAUSE NO. _1319096_   CHARGE _A514_

THE STATE OF TEXAS

VS.

_Stacey Williams_

**Defendant**

_177_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

_R I P_

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _Stacey Williams_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

X _____ ,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

**Witness**

Sworn to and subscribed before me on this, the _7_ day of _Sept_ , 20 _11_

_Croysen Yatt_ ,

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

SEP - 7 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _7_ day of _Sept_ , 20 _11_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R P CONNELL_

**Attorney**

**Address** _2028 Buffalo Terace_

**City** _____ **State** _____ **Zip** _____ **E-Mail Address** _____

_04831500_

**Bar Card/SPN Number**

_713-237-8547_

**Phone Number**

_713-328-9153_

**Fax Number**

The Court further ORDERS the cause set for : _Aug_ _____

on the _4_ day of _October_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _7_ day of _Sept_ , 20 _11_

_____ ,

**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002831

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**STACY DEMON WILLIAMS**

**01784052**

D.A. LOG NUMBER:**1784415**
CJIS TRACKING NO.:**9166961742-A001**

SPN:
DOB:
DATE PREPARED: **9/5/2011**

BY: **YT** DA NO: **002397167**
AGENCY:**HPD**
O/R NO: **115388311**
ARREST DATE: **09/05/11**

NCIC CODE: **1399 03**          RELATED CASES:

FELONY CHARGE: **Assault of Family Member Second Offender and Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1319096**
**177**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**STACY DEMON WILLIAMS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 5, 2011**, did then and there unlawfully,
intentionally and knowingly cause bodily injury to SARA WILLIAMS, hereafter styled the Complainant, a member of the Defendant's household,
by impeding the normal breathing or circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

It is further presented that, before the commission alleged above, the Defendant, on OCTOBER 13, 2006, in the COUNTY CRIMINAL COURT
AT LAW NO. 7 of HARRIS County, Texas, in Cause Number 1369738, was convicted of ASSAULT, which was committed against a member
of the Defendant's family.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on OCTOBER 12, 2006, in Cause Number 1065974, in
the 178TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of FELON IN POSSESSION OF A
WEAPON.

Before the commission of the primary offense, and after the conviction in Cause Number 1065974 was final, the Defendant committed the felony
of ASSAULT and was finally convicted of that offense on SEPTEMBER 13, 2010, in Cause Number 1206955, in the 339TH DISTRICT COURT
of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

SEP 20 2011

Time: _____
Harris County, Texas
By _____
Deputy

**Foreman**          **208th**

JIM C HARRIS

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**          0002832

CAUSE NO. 1319138

CHARGE Agg Robbery

THE STATE OF TEXAS

177 DISTRICT COURT F1

VS.

OF HARRIS COUNTY, TEXAS

Jones, Damien

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ Jones, Damien _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of SEP 0 8 2011, 200___

F I L E D
Chris Daniel
District Clerk
SEP - 8 2011
Time: _____
Harris County, Texas
By _____ Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 8 day of SEPT, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney

Address

City            State        Zip            E-Mail Address

Bar Card/SPN Number 0 4 8 3 1 5 4 0

Phone Number 7 1 3 - 2 3 7 - 8 8 4 7

Fax Number 7 1 3 - 2 2 8 - 0 1 5 3

The Court further ORDERS the cause set for : _____

on the 30 day of SEPT, 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 0 8 2011, 200___

_____
Judge Presiding

**DISTRICT CLERK**

0002833

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02389993** | D.A. LOG NUMBER:**1784558** |
| VS. | | CJIS TRACKING NO.: |
| **DAMIEN DESHONE JONES** | SPN: | BY: **RZ** DA NO: **002197878** |
| | DOB: | AGENCY:**HCSO** |
| | DATE PREPARED: **9/6/2011** | O/R NO: **11105666** |
| | | ARREST DATE: **09-04-2011** |

**NCIC CODE: 1204 04**   RELATED CASES: **SAME DEF TRANS#1784555**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:   **1319138**   **BAIL: $NO BOND**
FIRST SETTING DATE:   **177**   PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAMIEN DESHONE JONES**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by JASON THOMAS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place JASON THOMAS, in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

OCT 2 4 2011

Time: _____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**   **209th**

_____
FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

0002834

CAUSE NO. _1319149_   CHARGE _Agg Robbx3_
_1319138_

THE STATE OF TEXAS   _177_ DISTRICT COURT

VS. _Damien Jones_   OF HARRIS COUNTY, TEXAS

**Defendant**   _(1318985)_

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Damien Jones_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_X Demi R Jos_ _____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _30_ day of _Sept_ , 20 _11_ .

**F I L E D**
Chris Daniel
District Clerk

SEP 3 0 2011

Time: _____
Harris County, Texas

By _____
Deputy

**Deputy District Clerk
Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _30_ day of _Sept_ , 20 _11_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. P. Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H_ _T_ _77019_
**City**          **State**          **Zip**          **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 9 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _Aug_

on the _3_ day of _Nov_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _30_ day of _Sept_ , 20 _11_

_____
**Judge Presiding**

0002835

THE STATE OF TEXAS
VS.

**02389993**

D.A. LOG NUMBER:**1784555**
CJIS TRACKING NO.:

**DAMIEN DESHONE JONES**

SPN:
DOB:
DATE PREPARED: **9/6/2011**

BY: **DB**  DA NO: **001638714**
AGENCY:**HCSO**
O/R NO: **1190491**
ARREST DATE: **9-6-11**

NCIC CODE: **1204 04**

RELATED CASES:

FELONY CHARGE:  **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1319149**
**183**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**DAMIEN DESHONE JONES**, hereafter styled the Defendant, heretofore on or about **JULY 8, 2011**, did then and there unlawfully, while in the
course of committing theft of property owned by NHU CHAW, and with intent to obtain and maintain control of the property, INTENTIONALLY
AND KNOWINGLY THREATEN AND PLACE NHU CHAW IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant
did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
**Chris Daniel**
**District Clerk**

SEP 20 2011

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **208th**

JIM C HARRIS

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002836

CAUSE NO. 1319241    CHARGE _Agg Assault_

THE STATE OF TEXAS

177 DISTRICT COURT

VS.

Scott, Alexander

OF HARRIS COUNTY, TEXAS

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _Scott, Alexander_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

**FILED**
Chris Daniel
District Clerk

SEP - 9 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _9_ day of _SEP_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornechi_
Attorney

_2028 Buffalo Terrace_
Address

_H__ T__ 77019_
City          State          Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 9 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for :
on the _11_ day of _Oct_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _SEP - 9 2011_, 20___

SEP 0 9 2011

_____
Judge Presiding

0002837



THE STATE OF TEXAS                    **02374996**                    D.A. LOG NUMBER:**1784636**
VS.                                                                   CJIS TRACKING NO.:

**ALEXANDER SCOTT**        SPN:                              BY: **EV** DA NO: **002156159**
**HOUSTON, TX**            DOB:                              AGENCY:**HPD**
                           DATE PREPARED: **9/7/2011**      O/R NO: **109333111Q**
                                                            ARREST DATE: **TO BE**

NCIC CODE: **1301 19**          RELATED CASES: **CO-DEF HOLMES, J.-FEL**

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:                                            **BAIL: $10,000**
HARRIS COUNTY DISTRICT COURT NO:      **1319241**    PRIOR CAUSE NO:
FIRST SETTING DATE:                   **177**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ALEXANDER SCOTT**, hereafter styled the Defendant, heretofore on or about **AUGUST 23, 2011**, did then and there unlawfully, intentionally
and knowingly threaten IBEN CERVANTES with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

SEP 2 1 2011
10:25
Time: _____
       Harris County, Texas
By _____
       Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                                            **228th**

_____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

0002838

CAUSE NO. _131 8986_   CHARGE _Agg Robbery F1_

THE STATE OF TEXAS

VS _Preston, Desmon_
**Defendant**

_177_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _Preston, Desmon_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is <u>financially unable to hire an attorney.</u>

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

SEP - 9 2011

Time: _____
By _____  Harris County, Texas
_____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _9_ day of _SEPT_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. Cornelius_
Attorney

_2028 Buffalo Terrace_
Address

City _____ State _____ Zip _____ E-Mail Address _____

Bar Card/SPN Number: | 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

Phone Number: | 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 9 | 7 |

Fax Number: | 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

The Court further ORDERS the cause set for : _Arr -_ on the _11_ day of _Oct_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

SEP - 9 2011

Signed this _____ day of _____, 20____.

_____
Judge Presiding

0002839

THE STATE OF TEXAS

VS.

**DESMON WAYNE PRESTON**

**02466514**

SPN:

DOB:

DATE PREPARED: 9/7/2011

D.A. LOG NUMBER:**1784916**

CJIS TRACKING NO.:

BY: **EV** DA NO: **002197878**

AGENCY:**HCSO**

O/R NO: **1191853**

ARREST DATE: **09/07/2011**

---

**NCIC CODE: 1204 04**

RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:

FIRST SETTING DATE:

**1319281**

**177**

**BAIL: $NO BOND**

PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESMON WAYNE PRESTON**, hereafter styled the Defendant, heretofore on or about **JULY 11, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by JEREMIAH TJARKS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE JEREMIAH TJARKS, IN FEAR OF IMMINENT BODILY INJURY AND DEATH and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**

Chris Daniel
District Clerk

OCT 24 2011

Time:

By

Harris County, Texas

Deputy

**Foreman**

**209th**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002840

CAUSE NO. 1317501                    CHARGE _Theft_

THE STATE OF TEXAS            13 64487        179 DISTRICT COURT
                             13 05537        MAJ Theft  S.J
VS.                                          OF HARRIS COUNTY, TEXAS
Martinez, Adolfo                             MAJ / Bursley  S.J
Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

Martinez, Adolfo _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

SEP - 9 2011

_____
Deputy District Clerk
Harris County, Texas

Time: _____
      Harris County, Texas
By _____
      Deputy

**ORDER APPOINTING COUNSEL**

On this, the 9 day of SEP _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____  State _____  Zip _____     E-Mail Address _____

Bar Card/SPN Number: 0 4 8 3 1 5 0 0

Phone Number: 7 1 3 - 2 3 7 - 8 5 4 7

Fax Number: 7 1 3 - 5 2 3 - 0 7 5 3

The Court further ORDERS the cause set for : _____ Arr

on the 23 day of Sept _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP - 9 2011, 20 SEP 0 9 2011

_____
Judge Presiding

0002841



THE STATE OF TEXAS
VS.

**ADOLFO MARTINEZ**

**02433976**

SPN:
DOB:
DATE PREPARED: **9/7/2011**

D.A. LOG NUMBER:**1784982**
CJIS TRACKING NO.:**9166967201-A001**

BY: **EG** DA NO: **002156159**
AGENCY:**HPD**
O/R NO: **116234611B**
ARREST DATE: **09-07-2011**

NCIC CODE: **2300 79**

RELATED CASES: **SAME DEF-MISD**

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1319301**
FIRST SETTING DATE: **177**

**BAIL: $NO BOND**
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADOLFO MARTINEZ**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 7, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO SOCKET WRENCH SETS, ONE WRENCH, AND ONE LASER, owned by KRISTAN PANLILINAN, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on DECEMBER 29, 2010, in Cause Number 1727470, in the COUNTY CRIMINAL COURT AT LAW NO. 10, of HARRIS, County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

Before the commission of the primary offense, on MARCH 17, 2011, in Cause Number 1731004, in the COUNTY CRIMINAL COURT AT LAW NO. 10, of HARRIS County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

**FILED**
Chris Daniel
District Clerk

SEP 14 2011

Time: _____10:25_____
Harris County, Texas
By _____ Bm _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman                    228th

_Howard H Koster_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002842

CAUSE NO. 1319441                         CHARGE _____

THE STATE OF TEXAS                        _____ DISTRICT COURT

VS.                                       OF HARRIS COUNTY, TEXAS

Valentina R. Gonzales

**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Valentina R Gonzales (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8:30                                      _____
                                          **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                          Witness

                                          SEP 12 2011

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk                            _____
                                          **Deputy District Clerk**
SEP 1 2 2011                              **Harris County, Texas**

Time: _____
        Harris County, Texas
By _____           **ORDER APPOINTING COUNSEL**
        Deputy

On this, the 12 day of SEPT _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**
_____
**Address**
_____
**City**        **State**        **Zip**        **E-Mail Address**

_____
**Bar Card/SPN Number**

713-237-____
**Phone Number**

713-528-____
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
                                          8:30
County, Texas.

Signed this 12 day of Sept _____, 20 11

                                          _____
                                          **Judge Presiding**

0002843

THE STATE OF TEXAS
VS.

**01890379**

D.A. LOG NUMBER:1785328
CJIS TRACKING NO.:9166971039-A001

**VALENTINA REBECCA GONZALES**

SPN:
DOB:
DATE PREPARED: 9/9/2011

BY: KL DA NO: 002359767
AGENCY:HPD
O/R NO: 116679711G
ARREST DATE: 9/8/11

**P2**

NCIC CODE: 5599 04

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1319441**
**262**

BAIL: $15000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **VALENTINA REBECCA GONZALES,** hereafter styled the Defendant, heretofore on or about **SEPTEMBER 8, 2011,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, HEROIN, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

*State moves to sentence under 12.44c.*

**FILED**
**Chris Daniel**
**District Clerk**

SEP 1 2 2011

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging    0002844

CAUSE NO. 1319546          CHARGE _____

THE STATE OF TEXAS          OLO DISTRICT COURT

VS.          OF HARRIS COUNTY, TEXAS

James Price Fagan,
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☒ James Price Fagan _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

8130          James P. Fagan,
          **Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

          **Witness**

Sworn to and subscribed before me on this, the _____ day of _____ SEP 1 2 2011 , 20 ___ .

**F I L E D**
Chris Daniel
District Clerk
SEP 1 2 2011

Time: _____          **Deputy District Clerk**
Harris County, Texas          **Harris County, Texas**

## ORDER APPOINTING COUNSEL

By _____ On this, the 12 day of _____ SEP _____ , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

HT 77019
**City          State          Zip**          **E-Mail Address**

0 4 8 3 1 8 C C U
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 0 9 7
**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____ ARRN
on the 12 day of _____ OCT _____ , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.          8130
Signed this 12 day of _____ Sep _____ , 20 11

          _____
          **Judge Presiding**

0002845

THE STATE OF TEXAS
VS.

**JAMES PRICE FAGAN**

SPN: **01003497**
DOB:
DATE PREPARED: **10/11/2011**

D.A. LOG NUMBER:**1785783**
CJIS TRACKING NO.:**9166976073-A001**

BY: **LM** DA NO: **062187900**
AGENCY:**BAYTOWN PD**
O/R NO: **201135155**
ARREST DATE: **09 09 2011**

NCIC CODE: **5404 23**

RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO: **1319596**
HARRIS COUNTY DISTRICT COURT NO: **262**
FIRST SETTING DATE:

BAIL: **$10,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES PRICE FAGAN**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 9, 2011**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on JUNE 30, 1998, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 9818705 in COUNTY CRIMINAL COURT AT LAW NO. 11, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on OCTOBER 5, 1998, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 9839892 in COUNTY CRIMINAL COURT AT LAW NO. 3, HARRIS County, Texas.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on OCTOBER 8, 1990, in Cause Number 0568182, in the 351ST DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of AGGRAVATED ASSAULT.

Before the commission of the primary offense, and after the conviction in Cause Number 0568182 was final, the Defendant committed the felony of BOATING WHILE INTOXICATED and was finally convicted of that offense on DECEMBER 6, 2007, in Cause Number 1124207, in the 351ST DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

OCT 1 2 2011
*1336*
Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                              **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

002846

CAUSE NO. 1319801

CHARGE Viol Protective Order

228th DISTRICT COURT

OF HARRIS COUNTY, TEXAS

164th

FCID

THE STATE OF TEXAS

vs.

Aaron Davon Kossie

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Aaron D. Kossie (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Aaron Kossie D

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Docut ct1 8.30 AM

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**

Chris Daniel
District Clerk
SEP 14 2011
Time: _____
Harris County, Texas
By _____
Deput.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 14 day of Sept, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R Conrecers

**Attorney**

2028 Buffalo Terra

**Address**

____ T ____ 77019

**City**   **State**   **Zip**

(RIP)

**E-Mail Address**

0463 13 00

**Bar Card/SPN Number**

713 - 237 - 0547

**Phone Number**

713 - 528 - 0153

**Fax Number**

The Court further ORDERS the cause set for ; _____ on the 12 day of Octbr, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 14 day of Sept, 20 11 830am

**Judge Presiding**

10-12-11
8.30 AM

| THE STATE OF TEXAS | **02570407** | D.A. LOG NUMBER:**1786297** 02570407 |
| VS. | | CJIS TRACKING NO.:**916698176X-A001** |

**AARON DAVON KOSSIE**

SPN:
DOB:
DATE PREPARED: **9/12/2011**

BY: **EV** DA NO: **001638615**
AGENCY:**HPD**
O/R NO: **118335411B**
ARREST DATE: **09/12/2011**

NCIC CODE: **3899 01**       RELATED CASES:

P2

FELONY CHARGE: **VIOLATION OF PROTECTIVE ORDER - FAMILY VIOLENCE**

| CAUSE NO: | | **BAIL: $NO BOND** |
| HARRIS COUNTY DISTRICT COURT NO: | **1319804** | PRIOR CAUSE NO: |
| FIRST SETTING DATE: | **228** | |

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **AARON DAVON KOSSIE**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2011**, did then and there unlawfully intentionally and knowingly violate a protective order, issued under Article 17.292, Code Criminal Procedure, and attached hereto as Exhibit A, by committing the offense of assault of ADRIAN KELLER, namely, by intentionally causing bodily injury to ADRIAN KELLER by STRIKING THE COMPLAINANT WITH HIS HAND AND by committing the offense of assault of ADRIAN KELLER, namely, by knowingly causing bodily injury to ADRIAN KELLER by STRIKING THE COMPLAINANT WITH HIS HAND.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **September 12, 2011**

AFFIANT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**F I L E D**
Chris Daniel
District Clerk

SEP 1 2 2011

Time: _____1430_____
Harris County, Texas

By _____
Deputy

0705752J

ASSISTANT DISTRICT ATTORNEY       BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

0002848

# EXHIBIT A

The State of Texas
V.
AARON KOSSIE

§
§
§
§

In the District
99
of Harris County, Texas

## MAGISTRATE'S ORDER FOR EMERGENCY PROTECTION

On the ___ day of _____, 20___, a request that this court issue a Magistrate's Order for Emergency Protection against AARON KOSSIE hereafter styled the Defendant was presented to the Court. The Court finds that on or about 7/17/2016, Defendant is alleged to have committed the offense of Aggravated Assault with Deadly Weapon.

The Court finds that ADRIAN KELLER, is/are now designated as the protected individual(s). The Court finds:

The Defendant has or has had a dating relationship with the protected individual.

This Court finds that the Defendant and the protected individual are members of the same family or household or were involved in a dating relationship as defined in Chapter 71 of the Texas Family Code. This Court finds that the defendant has been arrested for an offense involving family violence as defined in Chapter 71 of the Texas Family Code or of an offense under Section 42.071 (Stalking) of the Texas Penal Code.

### ORDERS

THEREFORE, IT IS HEREBY ORDERED, pursuant to Article 17.292 of the Texas Code of Criminal Procedure that:

the Defendant is prohibited from:

- committing family violence or an assault on the protected individual;
- committing an act in furtherance of an offense under Section 42.071 (Stalking) of the Texas Penal Code involving the protected individual;
- communicating, directly with a member of the family or household or with the protected individual in a threatening or harassing manner;
- communicating a threat through any person to a member of the family or household of the protected individual;
- possessing a firearm, unless the person is a peace officer, as defined by Section 1.07, Penal Code, actively engaged in employment as a sworn, full-time paid employee of a state agency or political subdivision;
- going to or near the residence of a _____ individual, specifically, within 200 feet of residence, to-wit: _____ or at any address the protected individual may reside.
- going to or near the place of employment or business of the protected individual, more specifically, within 200 feet of the place of employment, to-wit: . . , or at any address the protected individual may be employed.
- 

the District Clerk of Harris County, Texas, shall serve a copy of this Order on the Defendant in open court; and,

the District Clerk of Harris County, Texas shall send a copy of this Order to:

- the protected individual;
- the Chief of Police for the City of Houston
- the Child Care Facility described herein, if any;
- the School described herein, if any.

the law enforcement agency holding the defendant shall make a good faith effort to notify the protected individual, within 24 hours from the issuance of the order, that the order has been issued.



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this  September 12, 2011

Certified Document Number: _____

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

### WARNINGS

A VIOLATION OF THIS ORDER BY COMMISSION OF AN ACT PROHIBITED BY THE ORDER MAY BE PUNISHABLE BY A FINE OF AS MUCH AS $4,000 OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE YEAR OR BOTH. AN ACT THAT RESULTS IN FAMILY VIOLENCE OR A STALKING OFFENSE MAY BE PROSECUTED AS A SEPARATE MISDEMEANOR OR FELONY OFFENSE. IF THE ACT IS PROSECUTED AS A SEPARATE FELONY OFFENSE, IT IS PUNISHABLE BY CONFINEMENT IN PRISON FOR AT LEAST TWO YEARS.

THE POSSESSION OF A FIREARM BY A PERSON, OTHER THAN A PEACE OFFICER, AS DEFINED BY SECTION 1.07, PENAL CODE, ACTIVELY ENGAGED IN EMPLOYMENT AS A PAID FULL-TIME PAID EMPLOYEE OF A STATE AGENCY OR POLITICAL SUBDIVISION, WHO IS SUBJECT TO THIS ORDER MAY BE PROSECUTED AS A SEPARATE OFFENSE PUNISHABLE BY CONFINEMENT OR IMPRISONMENT.

NO PERSON, INCLUDING A PERSON WHO IS PROTECTED BY THIS ORDER, MAY GIVE PERMISSION TO ANYONE TO IGNORE OR VIOLATE ANY PROVISION OF THIS ORDER. DURING THE TIME IN WHICH THIS ORDER IS VALID, EVERY PROVISION OF THIS ORDER IS IN FULL FORCE AND EFFECT UNLESS A COURT CHANGES THE ORDER.

To the extent that a condition imposed by this Order conflicts with an existing court order granting possession of or access to a child, the condition imposed under this Order prevails for the duration of this Order.

To the extent that a condition imposed by this Order conflicts with a condition imposed by an order subsequently issued under Chapter 85, Subtitle B, Title 4, Family Code, or under Title 1 or Title 5, Family code, the condition imposed by the order issued under the Family Code prevails.

To the extent that a condition imposed by this Order conflicts with a condition imposed by an order subsequently issued under Chapter 85, Subtitle B, Title 4, Family Code, the condition imposed by this Order prevails unless the court issuing the order under Chapter 85, Family Code:

   (1) is informed of the existence of this Order; and
   (2) makes a finding in the order issued under Chapter 85, Family Code, that the court is superseding this Order.

This Order is effective immediately and shall remain in effect until the 61st day after this date of issuance or until the 91st day after the date of issuance if the offense involves the use of a deadly weapon.

Date of issuance: ___ July 2011

MAGISTRATE
Harris County Criminal Law
Hearing Officer
Harris County, Texas

I certify that I have received a copy of this Magistrate's Order for Emergency Protection in open court at the magistrate's hearing.

_____
(Defendant's Signature)
7-15-11
(Date)

Delivered, mailed or electronically transmitted on  7-15-11
to the protected person(s) and address(es) named in this order, by _____
(court official).

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

CAUSE NO. 1319887          CHARGE _____

THE STATE OF TEXAS                    228 DISTRICT COURT
VS. **Adrian Urriostigue**            OF HARRIS COUNTY, TEXAS

_Defendant_

1319888

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ **Adrian Urriostigue** (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

SEP 14 2011                           Deputy District Clerk
                                      Harris County, Texas

Time: _____
Harris County, Texas

By _____                    **ORDER APPOINTING COUNSEL**
      Deputy

On this, the **14** day of **SEPT**, 20**11**, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

**R P Cornelius**
Attorney

**2028 Buffalo Terrace**
Address

**H T 77019**
City          State          Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for :
on the **18** day of **October**, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this **14** day of **Sept** 20 **11**

_____
Judge Presiding

10-18-11
8:30 AM

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002850

THE STATE OF TEXAS

VS.

**ADRIAN URIOSTIGUE**

**01850601**

SPN:
DOB:
DATE PREPARED: 9/12/2011

D.A. LOG NUMBER:1786329
CJIS TRACKING NO.:9166982081-A001

BY: SP  DA NO: 001638615
AGENCY:HPD
O/R NO: 118298611X
ARREST DATE: 09-12-2011

NCIC CODE: 2202 05

RELATED CASES: **SUMRALL - 1F**

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1319827**
**228**

BAIL: **$20000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADRIAN URIOSTIGUE**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2011**, did then and there unlawfully, with intent to commit an assault, enter a habitation owned by ANTONIO VILLAMAR-HERNANDEZ, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on JUNE 22, 2009, in Cause No. 1220928, in the 262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

FILED
Chris Daniel
District Clerk
OCT 26 2011
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002851

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS

228ᵗʰ **DISTRICT COURT**

OF HARRIS COUNTY, TEXAS

VS.

Manuel S. Garcia

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ Manuel Garcia _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Manuel Garcia

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
**Chris Daniel**
**District Clerk**
**SEP 2 1 2011**
Time: _____
Harris County, Texas
By _____
Deputy

8:30 AM
(Court C/A)

## ORDER APPOINTING COUNSEL

On this, the 21 day of SEPT, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornelius

**Attorney**

2028 Buffalo Terrace

**Address**

H T 77019

**City        State        Zip        E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for :
on the 25 day of October, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21 day of Sept, 20 11

8:30 AM

**Judge Presiding**

10-25-11
8:30 AM

**DISTRICT CLERK**

0002852

THE STATE OF TEXAS
VS.

**MANUEL S. GARCIA**

**02004571**

SPN:
DOB:
DATE PREPARED: **9/19/2011**

D.A. LOG NUMBER:**1788511**
CJIS TRACKING NO.:**916700430X-A001**

BY: **JL** DA NO: **001896241**
AGENCY:**HCSO**
O/R NO: **110125570**
ARREST DATE: **9/19/2011**

NCIC CODE: **1314 14**

RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1320627**

228

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MANUEL S. GARCIA**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 19, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to AMANDA GARCIA, hereafter styled the Complainant, a member of the Defendant's family, by PUSHING THE COMPLAINANT WITH HIS HANDS.

It is further presented that before the commission alleged above, the Defendant, on FEBRUARY 1, 2011, in the COUNTY CRIMINAL COURT AT LAW NO. 2 of HARRIS County, Texas, in Cause No. 1731798, was convicted of ASSAULT which was committed against a member of the Defendant's family.

**FILED**
Chris Daniel
District Clerk

OCT 05 2011

Time:
Harris County, Texas
By: _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002853

CAUSE NO. _____     CHARGE _____

THE STATE OF TEXAS                   __228th__ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Patrice Annette Breeler_
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ _Patrice A. Breeler_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
                                   Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
                                   Witness

**FILED**
Chris Daniel
District Clerk

SEP 21 2011

Time: _____
Harris County, Texas
By _____
        Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _21_ day of _Sept_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Connelly_
**Attorney**
_2028 Buffalo Texa_
**Address**
_T    77019_
**City**          **State**          **Zip**          **E-Mail Address**

_0 4 8 7 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _22_ day of _Sept_____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _21_ day of _Sept_____ 20_11_.

_____
**Judge Presiding**

_9-22-11_
_8.30 Am_

THE STATE OF TEXAS
VS.

**PATRICE ANNETTE BREELER**

**01214061**

SPN:
DOB:
DATE PREPARED: 9/20/2011

D.A. LOG NUMBER:**1788565**
CJIS TRACKING NO.:**9167005020-A001**

BY: **CS** DA NO: **063842100**
AGENCY:**HPD**
O/R NO: **121890311**
ARREST DATE: **09/19/2011**

**NCIC CODE: 2300 79**

**RELATED CASES:**

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1320647**
**228**

**BAIL: $15,000**
PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PATRICE ANNETTE BREELER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 19, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO PACKAGES OF DIAPERS, owned by MITCHELL HONIG, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the commission of the primary offense, on MAY 17, 2001, in Cause Number 1057557, in the COUNTY CRIMINAL COURT AT LAW NO. 7, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on MAY 17, 2001, in Cause Number 1059176, in the COUNTY CRIMINAL COURT AT LAW NO. 7, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

**F I L E D**
Chris Daniel
District Clerk

OCT 0 5 2011

Time: _____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**

**228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002855

CAUSE NO. _____    CHARGE _____

THE STATE OF TEXAS

VS     _____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

Roy Charles Findley
**Defendant**

**TO THE HONORABLE JUDGE OF SAID COURT: (check one)**

☐ Roy Charles Findley _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

**F I L E D**
Chris Daniel
District Clerk

SEP 22 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of _SEPT_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

M'Connel
**Attorney**

2028 Buffalo Ter
**Address**

H _____ T _____ 77019
**City**    **State**    **Zip**     **E-Mail Address**

04831500
**Bar Card/SPN Number**

713 - 237 - 8547
**Phone Number**

713 - 528 - 0153
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20_____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _SEP 22 2011_, 20_____.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002856

THE STATE OF TEXAS
VS.

**ROY CHARLES FINDLEY**

**02329094**

SPN:
DOB:
DATE PREPARED: 9/20/2011

D.A. LOG NUMBER:**1788788**
CJIS TRACKING NO.:**9167007252-A001**

BY: **TD** DA NO: **002128142**
AGENCY:**HSCO**
O/R NO: **HC110126053**
ARREST DATE: **09/20/2011**

NCIC CODE: **2202 05**        RELATED CASES: **J. FLANERY:FEL & K. FLANERY:FEL**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:                **1320744**
FIRST SETTING DATE:                                      **228**

BAIL: **$10000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ROY CHARLES FINDLEY,** hereafter styled the Defendant, heretofore on or about **SEPTEMBER 20, 2011,** did then and there unlawfully, with intent to commit theft, enter a habitation owned by ANA LAURA SARABIA, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

SEP 22 2011

Harris County, Texas

Time: _____
        Deputy

By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002857

CAUSE NO. _____     CHARGE _____

*1320820*

THE STATE OF TEXAS     339th DISTRICT COURT

VS. *Adam Buchanan*     OF HARRIS COUNTY, TEXAS

_____,
Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ *Adam Buchanan* (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

☒ _____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**FILED**
Chris Daniel
District Clerk

OCT 0 4 2011

Time: _____ Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of OCT 0 4 2011 _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

E-Mail Address _____

Bar Card/SPN Number
[ ][ ][ ][ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number
[ ][ ][ ]-[ ]-[ ][ ][ ][ ][ ]

Fax Number
[ ][ ][ ]-[ ]-[ ][ ][ ][ ][ ]

The Court further ORDERS the cause set for :

on the _____ day of *Nov* _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of OCT 0 4 2011 _____, 20___.

_____
Judge Presiding

0002858



THE STATE OF TEXAS
VS.

**02581013**

**ADAM WADE BUCHANAN**

SPN:
DOB:
DATE PREPARED: 9/21/2011

D.A. LOG NUMBER:**1788923**
CJIS TRACKING NO.:**9167008704-A001**

BY: **EV**  DA NO: **065021651**
AGENCY:**HCCO 4**
O/R NO: **HC110124277**
ARREST DATE: **09/21/2011**

NCIC CODE: **5205 12 F3**

RELATED CASES:

FELONY CHARGE: **PROHIBITED WEAPONS**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1320820**
**339**

**BAIL: $5,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADAM WADE BUCHANAN**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 20, 2011**, did then and there unlawfully, intentionally and knowingly POSSESS AN EXPLOSIVE WEAPON.

**FILED**
Chris Daniel
District Clerk

SEP 29 2011

Time:
Harris County, Texas
By
Deputy

Foreman                                    **185th**

*Trisha S. Pollard*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002859

CAUSE NO. _132210S_
_1320838_

CHARGE _Evade Arr_
_339th agg Rob-DW_

THE STATE OF TEXAS

VS.

_Kenneth Grandnigo_
GRANDNIGO

_____ DISTRICT COURT
OF HARRIS COUNTY, TEXAS

Defendant

TO THE HONORABLE JUDGE OF SAID COURT, (check one)

☒ _Kenneth Grandnigo_ (name), the **DEFENDANT** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_Kenneth Grzeo_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

OCT 0 3 2011

Time: _____

Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _____ day of OCT 0 3 2011 _____, 20____, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____      E-Mail Address _____

Bar Card/SPN Number [  ][  ][  ][  ][  ][  ][  ]

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number [  ][  ][  ]-[  ][  ][  ]-[  ][  ][  ][  ]

Fax Number [  ][  ][  ]-[  ][  ][  ]-[  ][  ][  ][  ]

The Court further ORDERS the cause set for ;
on the _____ day of _Nov_ _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of OCT 0 3 2011 _____, 20____

OCT 0 3 2011

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

0002860

DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01710391** | D.A. LOG NUMBER:**1788956** |
| VS. | | CJIS TRACKING NO.: |
| **KENNETH GRADNIGO** | SPN: | BY: **EV DA NO: 002156159** |
| | DOB | AGENCY:**HCSO** |
| | DATE PREPARED: **9/21/2011** | O/R NO: **11121549** |
| | | ARREST DATE: **TO BE** |

NCIC CODE: **1204 04**        RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                                      **BAIL: $30,000**
HARRIS COUNTY DISTRICT COURT NO:        **1320838**        PRIOR CAUSE NO:
FIRST SETTING DATE:                                **339**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KENNETH GRADNIGO**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 11, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by WALTER TRAPPIO, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE WALTER TRAPPIO IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, on JULY 2, 2004, in Cause Number 992771 in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

Unofficial Copy Office of Marilyn Burgess District Clerk

**F I L E D**
Chris Daniel
District Clerk

OCT 2 1 2011

OCT 21 2011

Time:
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002861

CAUSE NO. _1321/72_    CHARGE _Agg Rob_

THE STATE OF TEXAS    _182_ DISTRICT COURT

VS.    OF HARRIS COUNTY, TEXAS

_Justin McGee_

**Defendant**

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☐ _Justin McGee_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_8:30_

_Justin McGee_

**Defendant**

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUN 11 2012

Harris County, Texas

Time: _____

By _____
    Deputy

**Deputy District Clerk**
**Harris County, Texas**

**ORDER APPOINTING COUNSEL**

JUN 11 2012

On this, the _11_ day of _June_, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. P. Skip Cornelius_

**Attorney**

_2028 Buffalo Terr_

**Address**

_H_  _TX_  _77019_

**City**    **State**    **Zip**    **E-Mail Address**

_0 4 8 3 1 5 0 0_

**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_

**Phone Number**

_7 1 3 - 5 2 8 - 0 1 6 3_

**Fax Number**

The Court further ORDERS the cause set for :

on the _3_ day of _July_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.    _8:30_

Signed this _11_ day of _June_, 20_12_.

**Judge Presiding**    JUN 11 2012

DISTRICT CLERK

0002862

| THE STATE OF TEXAS | **02465659** | D.A. LOG NUMBER:**1789683** |
|---|---|---|
| VS. | | CJIS TRACKING NO.:**9167016529-A001** |

**JUSTIN MCGEE**

SPN:
DOB:
DATE PREPARED: **9/23/2011**

BY: **EG** DA NO: **050788045**
AGENCY:**HPD**
O/R NO: **103113611N**
ARREST DATE: **09-23-2011**

NCIC CODE: **1204 04**    RELATED CASES: **SAME DEF-FEL / BARTHOLOMEW-FEL**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:    **1321171**    BAIL: **$NO BOND**
FIRST SETTING DATE:    **263**    PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JUSTIN MCGEE**, hereafter styled the Defendant, heretofore on or about **AUGUST 8, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by CAMERON DANSBY, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place CAMERON DANSBY in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

NOV 1 7 2011
Time:
Harris County, Texas
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002863

CAUSE NO. _132172_

THE STATE OF TEXAS

VS.

_Justin McRee_

**Defendant**

CHARGE _Agg Rob_

_ne2_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT:** (check one)

☐ _Justin McRee_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_8:30_

_Justin McRee_

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
**Chris Daniel**
**District Clerk**

JUN 11 2012

_____

**Deputy District Clerk**
**Harris County, Texas**

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

JUN 11 2012

On this, the _11_ day of _June_, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. Skip Cornelius_

**Attorney**

_2028 Buffalo Terr_

**Address**

_H TX        77019_

**City**         **State**         **Zip**         **E-Mail Address**

**Bar Card/SPN Number** [0][4][8][3][1][5][0][0]

**Phone Number** [7][1][3] - [2][3][7] - [8][5][4][7]

**Fax Number** [7][1][3] - [5][2][8] - [0][1][6][3]

The Court further ORDERS the cause set for :

on the _3_ day of _July_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.             _8:30_

Signed this _11_ day of _June_, 20_12_.

_____

**Judge Presiding**     JUN 11 2012

0002864

THE STATE OF TEXAS       **02465659**        D.A. LOG NUMBER:**1789683**
VS.        CJIS TRACKING NO.:**9167016529-A002**

**JUSTIN MCGEE**     SPN:        BY: **EG** DA NO: **050788045**
       DOB:        AGENCY:**HPD**
       DATE PREPARED: **9/23/2011**     O/R NO: **103113611N**
       ARREST DATE: **09-23-2011**

**NCIC CODE: 1007 10**        RELATED CASES: **SAME DEF-FEL / BARTHOLOMEW-FEL**

FELONY CHARGE: **AGGRAVATED KIDNAPPING**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1321172**     **BAIL: $NO BOND**
FIRST SETTING DATE:        **263**        PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JUSTIN MCGEE**, hereafter styled the Defendant, heretofore on or about **AUGUST 8, 2011**, did then and there unlawfully, intentionally and
knowingly abduct CAMERON DANSBY, hereafter styled the Complainant, without his consent, with intent to prevent his liberation by using and
threatening to use deadly force namely, a FIREARM, on the Complainant. and with intent to terrorize the Complainant and inflict bodily injury on
the Complainant.

**F I L E D**
Chris Daniel
District Clerk

NOV 17 2011
1300
Time: _____
     Harris County, Texas
By _____
     Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

248 M

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002865

CAUSE NO. _132/806_          CHARGE _Burg Hab_

THE STATE OF TEXAS                    _339th_ DISTRICT COURT

VS.                                   OF HARRIS COUNTY, TEXAS

_Ketrick White_

Defendant

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

X _Ketrick White_____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially <u>unable to hire an attorney</u>.

                                    Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

                                    Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

                                    _____
                                    Deputy District Clerk
                                    Harris County, Texas

**FILED**
Chris Daniel
District Clerk

OCT 07 2011

Time: _____
       Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _7_ day of _OCT_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_VP Connelly_
Attorney

_2028 Buffalo Tena~_
Address

_5         77019_
City         State      Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | √ |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for : _Arrg_

on the _____ day of _Nov_____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

OCT 0 7 2011

Signed this _____ day of _____, 20____.

                                    _____
                                    Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002866

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**01644967**

D.A. LOG NUMBER:**1787897**
CJIS TRACKING NO.:**9166997941-A001**

**KETRICK DEMONTA WHITE**

SPN:
DOB
DATE PREPARED: **9/29/2011**

BY: **MB**  DA NO: **001901698**
AGENCY:**HPD**
O/R NO: **120717311**
ARREST DATE: **9-17-2011**

NCIC CODE: **2202 05**

RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1321806**
FIRST SETTING DATE:                                      **339**

**BAIL: $20,000.00**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KETRICK DEMONTA WHITE**, hereafter styled the Defendant, heretofore on or about **9-17-2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by RANDY RASHON GRAY, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on MAY 29, 1998, in Cause Number 774820 in the 177TH DISTRICT COURT District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

**FILED**
Chris Daniel
District Clerk

FEB 09 2012

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Asst. Foreman**                    **339th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002867

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. *132/9/9*

CHARGE *Injury Elderly*

THE STATE OF TEXAS

*33* DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

*Kyle Mc Whorter*

Defendant

*R4P*

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

☒ _*Kyle Mc Whorter*_ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

**F I L E D**
Chris Daniel
District Clerk

OCT 03 2011

Time: _____
Harris County, Texas
By _____
Deputy

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _____ day of _____ OCT 03 2011 , 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :

on the _____ day of ____ Nov ____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas. OCT 03 2011

Signed this _____ day of _____, 20__

Judge Presiding _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging

0002868

DISTRICT CLERK

THE STATE OF TEXAS

VS.

**KYLE YAMCEY MCWHORTER**

**01848986**

D.A. LOG NUMBER:**1791599**
CJIS TRACKING NO.:**9167036309-A001**

SPN:
DOB:
DATE PREPARED: **9/30/2011**

BY: **CM** DA NO: **070917650**
AGENCY:**HPD**
O/R NO: **126266911Q**
ARREST DATE: **9-28-11**

NCIC CODE: **3802 57**

RELATED CASES:

FELONY CHARGE: **INJURY TO ELDERLY INDIVIDUAL**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1321919**
FIRST SETTING DATE: **339**

BAIL: $10000 No Bond
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KYLE YAMCEY MCWHORTER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 28, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to BETTE MARTIN, hereinafter styled the Complainant, an individual who was at least sixty-five years of age, by CHOKING THE COMPLAINANT WITH HIS HAND.

**F I L E D**
**Chris Daniel**
**District Clerk**

OCT 1 3 2011    OCT 1 3 2011

Time: 12:20

Harris County, Texas

By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman    **184th**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

**INDICTMENT**

0002869

CAUSE NO. _____

CHARGE _Theft_

THE STATE OF TEXAS

VS.

_Robert Byrd_

**Defendant**

_339th_ DISTRICT COURT

OF HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT: (check one)

_Robert Byrd_ _____ (name), the **DEFENDANT** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 03 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

OCT 03 2011

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_Mike Coulson_
**Attorney**

_550 Post Oak Blvd, #570_
**Address**

_Houston, Texas 77027_
**City**          **State**          **Zip**

_____
E-Mail Address

STJ-E

| 0 | 4 | 8 | 8 | 0 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 8 | 4 | 0 | - | 0 | 9 | 1 | 4 |
**Phone Number**

| 7 | 1 | 3 | - | 8 | 4 | 0 | - | 8 | 5 | 0 | 8 |
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

This Court further ORDERS this cause set for : _____

on the _____ day of _Oct_ _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

OCT 03 2011

Signed this _____ day of _____, 20___

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

0002870

DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02445210** | D.A. LOG NUMBER:1791804 |
| VS. | | CJIS TRACKING NO.:9167038506-A001 |
| **ROBERT EDWARD BYRD** | SPN: | BY: **TM** DA NO: 002197878 |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: 10/1/2011 | O/R NO: 1266749110 |
| | | ARREST DATE: 9-30-11 |

NCIC CODE: 2300 79          RELATED CASES: **CO-DEF: R. STERGIOU-2 FEL** ¿ | oTH MISD

FELONY CHARGE: **THEFT - THIRD OFFENDER**

| | | |
|---|---|---|
| CAUSE NO: | | **BAIL: $15,000** |
| HARRIS COUNTY DISTRICT COURT NO: | **1322034** | PRIOR CAUSE NO: |
| FIRST SETTING DATE: | **339** | |

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROBERT EDWARD BYRD**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 30, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, A GPS TRACKER, owned by MCKINLEY CHITTENDEN, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JUNE 23, 2010, in Cause Number 1267797, in the 262nd District Court , of Harris, County, Texas, the Defendant was convicted of the Felony of Theft.

Before the commission of the primary offense, on OCTOBER 5, 2009, in Cause Number 1632497, in the County Criminal Court at Law No. 14, of Harris County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    **337th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality 371
at the time of imaging

FILED
Chris Daniel
District Clerk
DEC 09 2011

Time:
By: