*p2*

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01597955** | D.A. LOG NUMBER:1760678 |
| VS. | | CJIS TRACKING NO.:9166716225-A001 |
| **DEBBIE RAE SHERMAN** | SPN: | BY: **TD** DA NO: 002397165 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | DOB:▓▓▓▓▓▓▓▓ | AGENCY:HPD |
| | DATE PREPARED: 6/16/2011 | O/R NO: 078159611V |
| | | ARREST DATE: 06/16/2011 |

NCIC CODE: 5599 04          RELATED CASES:

FELONY CHARGE: Possession of a Controlled Substance
CAUSE NO:                                                    BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:    **1310116**    PRIOR CAUSE NO:
FIRST SETTING DATE:                            **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DEBBIE RAE SHERMAN**, hereafter styled the Defendant, heretofore on or about **JUNE 16, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*Achan*                                           24058018
ASSISTANT DISTRICT ATTORNEY                BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                    **INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2718

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**

Chris Daniel
District Clerk

JAN 24 2012

Time: _____
Harris County, Texas

By _____

Sworn to and subscribed before me on this, the _____ day of _____ JAN 2 4 2012 , 20___.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ____24____ day of ____Jan____, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**         **Zip**              **E-Mail Address**

| | | | | | |
|-|-|-|-|-|-|
**Bar Card/SPN Number**

| | | - | | | - | | | |
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
**Fax Number**

The Court further ORDERS the cause set for : ____NTRII____
on the __24__ day of ____Feb____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.                                                8:30
Signed this __24__ day of ____Jan____, 20_12_

_____
**Judge Presiding**

2719

THE STATE OF TEXAS
VS.

**02032068**

D.A. LOG NUMBER:1760998
CJIS TRACKING NO.:

**BRANDON JOSEPH BRIDGES**

SPN:
DOB:
DATE PREPARED: 6/17/2011

BY: EG  DA NO: 001896241
AGENCY:HPD
O/R NO: 055647811L
ARREST DATE: TO BE

NCIC CODE: 1204 04

RELATED CASES:

FELONY CHARGE:  Aggravated Robbery – Deadly Weapon
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:            **1310225**
FIRST SETTING DATE:                                      **178**

BAIL: $NO BOND
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**BRANDON JOSEPH BRIDGES**, hereafter styled the Defendant, heretofore on or about **MAY 2, 2011**, did then and there unlawfully, while in
the course of committing theft of property owned by MARIE DANG, and with intent to obtain and maintain control of the property, intentionally
and knowingly threaten and place MARIE DANG in fear of imminent bodily injury and death, and the Defendant did then and there use and
exhibit a deadly weapon, namely, A KNIFE.

Before the commission of the offense alleged above, on AUGUST 28, 2008, in Cause Number 1167278 in the 230TH District Court of HARRIS
County, Texas, the Defendant was convicted of the felony offense of ROBBERY BY THREATS.

F I L E D
Chris Daniel
District Clerk

AUG 19 2011

Harris County, Texas
By_____ Deputy
Time:_____

Foreman                          208th

JIM L HARRIS

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2720

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

**F I L E D**

Chris Daniel
District Clerk

JAN 2 4 2012

Time: _____
Harris County, Texas

By _____ Deputy

Sworn to and subscribed before me on this, the _____ day of _____ **JAN 2 4 2012** , 20___.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _24_ day of _Jan_ , 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____  _____
**City**          **State**      **Zip**          **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | - | | | |
|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | | - | | | |
|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _NTRII_ on the _24_ day of _Feb_ , 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas. _8.30_

Signed this _24_ day of _Jan_ , 20_12_.

_____
**Judge Presiding**

2721

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.
**BRANDON BRIDGES**

SPN:
DOB:
DATE PREPARED: 8/18/2011

D.A. LOG NUMBER:1760983
CJIS TRACKING NO.: 9166725011A002

BY:   DA NO: 2156159 AGENCY:SHERIFF'S
**DEPARTMENT HARRIS COUNTY**
O/R NO: 1171661
ARREST DATE: 6/20/2011

NCIC CODE: 120404                    RELATED CASES:

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: 1310478
HARRIS COUNTY DISTRICT COURT NO: 178
FIRST SETTING DATE: 8/31/2011

BAIL: $0
PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRANDON JOSEPH BRIDGES**, hereafter styled the Defendant, heretofore on or about May 31, 2011, did then and there unlawfully,  while in the course of committing theft of property, INTENTIONALLY AND KNOWINGLY threaten and place MARISELA ABREGO, in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely  A FIREARM.

Before the commission of the offense alleged above, on AUGUST 28, 2008, in Cause Number 1167278 in the 230th District Court of HARRIS County, Texas the Defendant was convicted of the felony offense of ROBBERY.



AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                    **208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2722

show the Court that he / she is financially <u>unable to hire an attorney.</u>

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**

Chris Daniel
**District Clerk**

JUL 1 3 2011

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

### ORDER APPOINTING COUNSEL

On this, the 13 day of JULY _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

K CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

_____ T 77019
**City          State          Zip**          **E-Mail Address**

RIP

0 4 0 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____

on the 16 day of Aug _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 13 day of July _____, 20 ____

_____
**Judge Presiding**

8-16-11

8:30AM

2723

**DISTRICT CLERK**

THE STATE OF TEXAS                           **01599693**                    D.A. LOG NUMBER:1762398
VS.                                                                          CJIS TRACKING NO.:
**KERRI LASHUN LIVINGS**        SPN:                                         BY: **HR** DA NO: **002197675**
                                DOB:                                         AGENCY:HCSO
                                DATE PREPARED: 6/22/2011                     O/R NO: HC10125317
                                                                            ARREST DATE: **TOBE**

NCIC CODE: **1204 04**              RELATED CASES: **CODEF: HARRIS (F)**

FELONY CHARGE:  **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                                      BAIL: SNO **BOND**
HARRIS COUNTY DISTRICT COURT NO:          **1310708**          PRIOR CAUSE NO:
FIRST SETTING DATE:                       **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KERRI LASHUN LIVINGS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 8, 2010**, did then and there unlawfully, while in the course of committing theft of property owned by JOEL JASSO, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place JOEL JASSO in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 25, 2003, in Cause Number 0957416, in the 174TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0957416 was final, the Defendant committed the felony of POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER and was finally convicted of that offense on SEPTEMBER 28, 2006, in Cause Number 1014042, in the 339TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 26 2011

Time
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**          **Foreman**          **209th**

FOREMAN OF THE GRAND JURY

INDICTMENT                    RECORDER'S MEMORANDUM
                             This instrument is of poor quality
                             at the time of imaging               2724

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___ day of _____, 20__

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

AUG - 5 2011

Time: _____
Harris County, Texas

By _____  Deputy

## ORDER APPOINTING COUNSEL

On this, the ___ day of _____, 20__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney

Address

City          State          Zip          E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

The Court further ORDERS the cause set for : _____

on the ___ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___ day of _____, 20__

_____
Judge Presiding

2725

THE STATE OF TEXAS
VS.

**STEVEN ANTHONY SCANLON**

**02448316**

SPN:
DOB:
DATE PREPARED: 6/22/2011

D.A. LOG NUMBER:1762474
CJIS TRACKING NO.:9166734681-A001

BY: TD  DA NO: 002333948
AGENCY:LAKEVIEW
O/R NO: 20111098
ARREST DATE: 06/22/2011

NCIC CODE: **3562 18**                    RELATED CASES:

FELONY CHARGE:  **POSSESSION OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:                    **1310753**
FIRST SETTING DATE:                                          **177**

BAIL: $NO **BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEVEN ANTHONY SCANLON**, hereafter styled the Defendant, heretofore on or about **JUNE 22, 2011**, did then and there unlawfully, intentionally and knowingly possess marihuana in a useable quantity of more than four ounces and less than five pounds.

**F I L E D**
Chris Daniel
District Clerk

AUG 31 2011

Time:
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    220th

FOREMAN OF THE GRAND JURY

INDICTMENT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2726

Unofficial Copy Office of Marilyn Burgess District Clerk

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____

_____

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

DEC 1 0 2012

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of DEC 1 0 2012 _____, 20____ the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

RP Skip Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

2028 Buffalo Terr
Address

HTX          77019
City          State          Zip

0483/500
SPN Number

E-Mail Address

713-237-8547
Phone Number

713 528 0183
Fax Number

_____
Bar Number

The Court further ORDERS the cause set for: Dis 1

On the 15 day of Jan _____, 20 12 at 9:00 a.m. at 1201 Franklin,

Houston, Harris County, Texas.

Signed this _____ day of DEC 1 0 2012 _____, 20 _____

Dan Kracker
**Judge Presiding**

☐ The State has offered or          ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:
☐ D.A. to Contact Complainant/Witness     ☐ Defense to Contact Witness     ☐ Not Indicted

☐ D.A. to Evaluate Case     ☐ Disposition of Misc./OOC Case     ☐ Other _____

☐ D.A. to Reindict     ☐ File Unavailable     ☐ Refer to _____

☐ D.A. to file MRP/MAJ     ☐ MHMRA Evaluation _____ 21 Day _____ Full     ☐ Restitution Info

☐ Defendant On Call     ☐ No Tape/Lab _____     ☐ To Hire Attorney

☐ Defendant to Consider Offer     ☐ No Offense Report

5/2/12

2727

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS

VS.

**EDWIN BROOKS**

SPN: 02064213
DOB:
DATE PREPARED: 6/28/2011

D.A. LOG NUMBER:1762786
CJIS TRACKING NO.:
BY: AA  DA NO: 050788045 AGENCY:HCSO
O/R NO: HC1135637
ARREST DATE: **TO BE**

NCIC CODE: **2202 05**                    RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

BAIL: ~~NO BOND~~ *200,000*
PRIOR CAUSE NO:

1311351
~~100~~ /84/

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWIN BROOKS**, hereafter styled the Defendant, heretofore on or about **MARCH 18, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by ASHLEY SUELL, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 29, 2004, in Cause Number 986024, in the 177TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 986024 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on DECEMBER 19, 2007, in Cause Number 1124463, in the 228TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

OCT 18 2011

Time: 11:55
Harris County, Texas
By: _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman        208th

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2728

show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 0 4 2011

Time: _____

Harris County, Texas

By _____ Deputy

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

KPSKP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H  T  77019
**City**          **State**          **Zip**          **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-0547
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of September, 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 2011

_____
**Judge Presiding**

9-8-11

8.30AM

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS                          **01345382**              D.A. LOG NUMBER:1764575
VS.                                                                   CJIS TRACKING NO.:9166757142-A001

**DONOVAN CHARLES ANDERSON**       SPN:                   BY: RZ  DA NO: 001901698
                                   DOB:                   AGENCY:HPD
                                   DATE PREPARED: 6/29/2011   O/R NO: 084254811
                                                           ARREST DATE: 06-15-2011

NCIC CODE: 2605 44              RELATED CASES:  SAME DEF-F
FELONY CHARGE:  **CREDIT/DEBIT CARD ABUSE**
CAUSE NO:                                              BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:        **1311512**     PRIOR CAUSE NO:
FIRST SETTING DATE:                     **228**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**DONOVAN CHARLES ANDERSON**, hereafter styled the Defendant, heretofore on or about JUNE 15, 2011, did then and there unlawfully,
possess with the intent to use a DEBIT card without the effective consent of the cardholder, MELVINETTE GIPSON, a person other than the
Defendant.

**FILED**
Chris Daniel
District Clerk

JUL 08 2011

Time: _13:20_
Harris County, Texas
By _NLO_
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman ; 180th

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2730

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

**F I L E D**
Chris Daniel
District Clerk

DEC 1 0 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of DEC 1 0 2012, 20____ the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

RP Skip Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

2202 Buffalo Terr
Address

HTX          77019
City          State          Zip

0483150D
SPN Number

E-Mail Address

713-237-8547
Phone Number

713 528 0103
Fax Number

_____
Bar Number

The Court further ORDERS the cause set for:  Dis 1

On the  15  day of  Jan _____, 20 12 at  9:00  a.m. at 1201 Franklin,

Houston, Harris County, Texas.

DEC 1 0 2012
Signed this _____ day of _____, 20____.

_____
Dan Kracker
Judge Presiding

☐ The State has offered or          ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____          Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by:  ☐ Court          ☐ Defense          ☐ Operation of Law          ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness          ☐ Defense to Contact Witness          ☐ Not Indicted

☐ D.A. to Evaluate Case          ☐ Disposition of Misc./OOC Case          ☐ Other _____

☐ D.A. to Reindict          ☐ File Unavilable          ☐ Refer to _____

☐ D.A. to file MRP/MAJ          ☐ MHMRA Evaluation          ☐ Restitution Info
                                        _____ 21 Day _____ Full

☐ Defendant On Call          ☐ No Tape/Lab _____          ☐ To Hire Attorney

☐ Defendant to Consider Offer          ☐ No Offense Report

5/2/12

2731

THE STATE OF TEXAS      **02064213**      D.A. LOG NUMBER:1764936
VS.      CJIS TRACKING NO.:
**EDWIN JAMES BROOKS**      SPN:      BY: **HR** DA NO: **002333840**
     DOB:      AGENCY:HCSO
     DATE PREPARED: 7/1/2011      O/R NO: **1099399**
     ARREST DATE: **TOBE**

NCIC CODE: **2300 75**      RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:      **1311799**      BAIL: ~~**NO BOND**~~ *75,000*
FIRST SETTING DATE:      ~~180~~ *184*      PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWIN JAMES BROOKS**, hereafter styled the Defendant, heretofore on or about **JULY 19, 2010**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, ONE MOTOR VEHICLE owned by FELIX PERAZA, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

F I L E D
Chris Daniel
District Clerk

OCT 18 2011

Time: _____ 11:55
By _____ Harris County, Texas

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman      208th

JIM C HARRIS

FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INDICTMENT

2732

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _9_ day of _Feb_____, 20_12_

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

FEB - 9 2012

Time _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _9_ day of _Feb_____, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

**City**         **State**        **Zip**          **E-Mail Address**

| | | | | | | |
|--|--|--|--|--|--|--|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | - | | |
|--|--|--|--|--|--|--|--|--|

**Phone Number**

| | | - | | | | - | | |
|--|--|--|--|--|--|--|--|--|

**Fax Number**

The Court further ORDERS the cause set for : _Impact Docket_
on the _27_ day of _February_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _9_ day of _Feb_____, 20___

_____
**Judge Presiding**

2733

THE STATE OF TEXAS                          **02045118**                    D.A. LOG NUMBER:1765303
VS.                                                                         CJIS TRACKING NO.:9166764041-A001

**CARRINGTON  TAYLOR**              SPN:                          BY: **EG** DA NO: 050789901
▮▮▮▮▮▮▮▮▮▮▮▮▮                          DOB: ▮▮▮▮▮▮▮              AGENCY:HPD
                                    DATE PREPARED: 7/1/2011       O/R NO: 0855013110
                                                                 ARREST DATE: 07-01-2011

NCIC CODE: **2200 96**                 RELATED CASES:  **HENDERSON-FEL**

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1311807**               BAIL: $15,000
FIRST SETTING DATE:                        **209**               PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CARRINGTON TAYLOR**, hereafter styled the Defendant, heretofore on or about JULY 1, 2011, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by FERMIN TREVINO, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

JUL 0 8 2011

Time: _____ 13:20 __ NLO
Harris County, Texas
By _____
              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **180th**

_____
                    FOREMAN OF THE GRAND JURY

        **INDICTMENT**              **RECORDER'S MEMORANDUM**
                                    This instrument is of poor quality
                                    at the time of imaging

2734

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,

**FILED**
Chris Daniel
District Clerk

AUG. 1 8 2011

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___18___ day of ___Aug___, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                State          Zip

E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further **ORDERS** the cause set for : ___NTRC___

on the ___18___ day of ___Oct___, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___18___ day of ___Aug___, 20_11_

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2735

DISTRICT CLERK

THE STATE OF TEXAS                          02568555                    D.A. LOG NUMBER:1766798
VS.                                                                     CJIS TRACKING NO.:

**ZACKERY LEE HAYES**          SPN:                                     BY: HR  DA NO: 001638714
                               DOB:                                     AGENCY:PASADENA PD
                               DATE PREPARED: 7/6/2011                  O/R NO: 201114439
                                                                        ARREST DATE: TOBE

NCIC CODE: 1204 04                    RELATED CASES: **CODEF: HARRIS 338TH**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                                       BAIL: $30000
HARRIS COUNTY DISTRICT COURT NO:        **1312234**            PRIOR CAUSE NO:
FIRST SETTING DATE:                     **338**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ZACKERY LEE HAYES**, hereafter styled the Defendant, heretofore on or about **JUNE 14, 2011**, did then and there unlawfully, while in the
course of committing theft of property owned by HEATHER PIGOTT, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place HEATHER PIGOTT in fear of imminent bodily injury and death, and the Defendant
did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

JUL 27 2011

Harris County, Texas

Time:

By

Deputy

Foreman          183rd

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

INDICTMENT

2736

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20__ .

_____,
Deputy District Clerk,
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
JUL 12 2011
Harris County, Texas
Time: _____
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20__ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City            State            Zip            E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 8 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 9 | - | 0 | 1 | 1 | 3 |
Fax Number

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 2011 .

_____
Judge Presiding

**DISTRICT CLERK**

THE STATE OF TEXAS      **02533147**      D.A. LOG NUMBER:1767860
VS.      CJIS TRACKING NO.:9166790492-A001

**ESMAI KYET**      SPN:      BY: PW DA NO: 002397278
     DOB:      AGENCY:HPD
     DATE PREPARED: 7/10/2011      O/R NO: 089500211P
     ARREST DATE: 07/09/11

NCIC CODE: 1205 02      RELATED CASES: **CO-DEF: R. PEE (FELONY)**

FELONY CHARGE: **ROBBERY**
CAUSE NO:      BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:      **1312658**      PRIOR CAUSE NO:
FIRST SETTING DATE:      **185**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ESMAI KYET**, hereafter styled the Defendant, heretofore on or about **JULY 9, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by EDWIN PEREZ-GOMEZ , hereafter styled the Complainant, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place the Complainant in fear of imminent bodily injury and death, by STRIKING THE COMPLAINANT WITH AN UNKNOWN OBJECT.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY      *2404366C*
OF HARRIS COUNTY, TEXAS      BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2738

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

JUL 18 2011

Time: _____
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _18_ day of _July_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

SKIP CORNELIUS
713 237 8547

**Attorney** _W SKIP CORNELIUS_

**Address** _2028 Buffalo Terrace_

**City** _H_   **State** _TX_   **Zip** _77019_   **E-Mail Address** _____

**Bar Card/SPN Number** _04031500_

**Phone Number** _713-237-8547_

**Fax Number** _713-528-0153_

The Court further ORDERS the cause set for: on the _17_ day of _August_____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _18_ day of _July_____ 20_11_.

8:30 AM

_____
Judge Presiding

8-17-11
8:30 AM

2739

THE STATE OF TEXAS

VS.

**TREMAYNE GIVENS**

SPN: 01684160
DOB:
DATE PREPARED: 7/13/2011

D.A. LOG NUMBER:1767397

CJIS TRACKING NO.:

BY: EG DA NO: 002156159

AGENCY:HPD

O/R NO: 076372911Q

ARREST DATE: TO BE

NCIC CODE: 3899 01          RELATED CASES:

FELONY CHARGE:  **VIOLATION OF PROTECTIVE ORDER - FAMILY VIOLENCE**

CAUSE NO: 1312972                                    BAIL: $20,000

HARRIS COUNTY DISTRICT COURT NO: 228          PRIOR CAUSE NO:

FIRST SETTING DATE:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TREMAYNE GIVENS**, hereafter styled the Defendant, heretofore on or about JUNE 12, 2011, did then and there unlawfully, with knowledge of the issuance of a family violence protective order, a copy of which is attached as Exhibit A, violate said order by intentionally and knowingly communicating with a protected individual, namely, JOY DAVIS, hereafter called the Complainant, in a threatening and harassing manner, by CALLING THE COMPLAINANT ON THE TELEPHONE AND/OR BY TEXTING THE COMPLAINANT AND THREATENING TO INFLICT BODILY INJURY UPON THE COMPLAINANT.

Before the commission of the offense alleged above, on JANUARY 14, 2011, in Cause No. 1730431, in the COUNTY CRIMINAL COURT AT LAW NO. 11 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF VIOLATION OF A PROTECTIVE ORDER.

Before the commission of the offense alleged above, on MARCH 16, 2011, in Cause No. 1740886, in the COUNTY CRIMINAL COURT AT LAW NO. 11 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF VIOLATION OF A PROTECTIVE ORDER.

Before the commission of the offense alleged above, on FEBRUARY 14, 2005, in Cause Number 1016470 in the 178TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

**F I L E D**

Chris Daniel
District Clerk

SEP 23 2011

Time: _____ 11:50

Harris County, Texas

By _____ DM

Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          208th

JIM C HARRIS

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2740

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name)  a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**FILED**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

Chris Daniel
District Clerk

JUL 18 2011

Time: _____

Harris County, Texas

By: _____
Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __18__ day of __July__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIU
**Attorney**

2028 Buffalo Terrace
**Address**

H          T      77019
**City                    State          Zip**              **E-Mail Address**

0 4 9 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____ on the __17__ day of __August__, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __18__ day of __July__, 20_11_.

_____,
**Judge Presiding**

8-17-11
8:30AM

2741

DISTRICT CLERK

THE STATE OF TEXAS        **01780669**        D.A. LOG NUMBER:1769447
VS.        CJIS TRACKING NO.:9166806224-A001

**ORLANDO  SALINAS**        SPN:        BY: **MB**  DA NO: 001901698
       DOB:        AGENCY:**HPD**
       DATE PREPARED: 7/16/2011        O/R NO: 92101311
       ARREST DATE: 7-15-2011

NCIC CODE: **3802 57**        RELATED CASES:

FELONY CHARGE: **INJURY TO ELDERLY INDIVIDUAL**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1313253**        BAIL: **$NO BOND**
FIRST SETTING DATE:        **228**        PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ORLANDO SALINAS**, hereafter styled the Defendant, heretofore on or about **JULY 15, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to SALVADOR SALINAS SR, hereinafter styled the Complainant, an individual who was at least sixty-five years of age, by BITING THE COMPLAINANT WITH HIS TEETH.

    It is further presented that in Harris County, Texas, ORLANDO SALINAS, hereafter styled the Defendant, heretofore on or about JULY 15, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to SALVADOR SALINAS SR, hereinafter styled the Complainant, an individual who was at least sixty-five years of age, by STRIKING THE COMPLAINANT WITH HIS HAND.

**F I L E D**
Chris Daniel
District Clerk

AUG 11 2011

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*Kenneth Kindle* 184th
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2742

show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**

Chris Daniel
District Clerk

AUG 17 2011

Harris County, Texas

_____,
Deputy District Clerk
Harris County, Texas

Time: _____

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 17 day of A ug , 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**          **Zip**

_____
**E-Mail Address**

| | | | | | | | |
|-|-|-|-|-|-|-|-|

**Bar Card/SPN Number**

| | | | - | | | - | | |
|-|-|-|-|-|-|-|-|-|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | - | | |
|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : __AUG 17 2011__

on the _____ day of _____AUG 17 2011_____20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of ____A ug____, 2011

_____
**Judge Presiding**

2743

THE STATE OF TEXAS
VS.

**ALEJANDRO CASTILLO**

█████████████████

NCIC CODE: 5599 05

**01803560**

SPN:
DOB: █████████
DATE PREPARED: 7/14/2011

RELATED CASES:

D.A. LOG NUMBER:1768910
CJIS TRACKING NO.:9166801249-A001

BY: CS  DA NO: 001542496
AGENCY:HPD
O/R NO: 091325511
ARREST DATE: 07/14/2011

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1313015**
FIRST SETTING DATE:                       **338**

BAIL: $20,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ALEJANDRO CASTILLO**, hereafter styled the Defendant, heretofore on or about **JULY 14, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, PHENCYCLIDINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on APRIL 30, 2010, in Cause Number 1250411 in the 208TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of DRIVING WHILE INTOXICATED.

**F I L E D**
Chris Daniel
District Clerk

AUG 16 2011

Time: _____
By _____

Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          208th

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2744

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

Sworn to and subscribed before me on this, the 6 day of Sept , 20 11

_____
**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

SEP - 6 2011

Time: _____
Harris County, Texas

By _____
Deputy

# ORDER APPOINTING COUNSEL

On this, the 6 day of Sept , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*Skip Cornelius*
**Attorney**
*2028 Buffalo Terrace*
**Address**
*HOU, TX 77019*
**City**              **State**         **Zip**        **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Fax Number**

The Court further ORDERS the cause set for : *Non-trial*
on the 12 day of Sept , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 6 day of Sept , 20 11

_____
**Judge Presiding**

2745

Unofficial copy Official record Brazos District Clerk

THE STATE OF TEXAS
VS.
**PETE RAMOS**
▅▅▅▅▅▅▅▅▅▅▅▅

SPN: 2571113
DOB: ▅▅▅▅▅
DATE PREPARED: 8/10/2011

D.A. LOG NUMBER:1771119
CJIS TRACKING NO.: 9166823498A001
BY:  DA NO: 2156159 AGENCY:HOUSTON
**POLICE DEPARTMENT**
O/R NO: 082973511I
ARREST DATE: 7/21/2011

NCIC CODE: 120404                    RELATED CASES:

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1313906**
HARRIS COUNTY DISTRICT COURT NO: **230**
FIRST SETTING DATE: **9/6/2011**

BAIL: $30000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PETE RAMOS**, hereafter styled the Defendant, heretofore on or about **June 26, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by Gladis Melendez, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place Gladis Melendez in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, a knife.

F I L E D
Chris Daniel
District Clerk

AUG 12 2011

Time: 1400
Harris County, Texas
By: _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Sheryl E Price_  228th
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2746

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

**F I L E D**
Chris Daniel
District Clerk

FEB - 1 2012

Time: _____
By _____
        Deputy

Harris County, Texas

Sworn to and subscribed before me on this, the _____ day of _____ FEB 1 2012 _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __1__ day of __Feb_____, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P CORNELIS
**Attorney**

2028 Buffalo Ter
**Address**

_____ 77019 _____
**City**          **State**      **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

New Atty

7 1 3 · 2 3 7 · 8 5 9 7
**Phone Number**

7 1 3 · 5 2 8 · 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : __Disp._____
on the __1__ day of __March_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.                                                    8:30
Signed this __1__ day of __Feb._____, 20_12_.

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2747

**DISTRICT CLERK**

THE STATE OF TEXAS                    **01689180**          D.A. LOG NUMBER:1771084
VS.                                                         CJIS TRACKING NO.:
**JEREMY WAYNE WILLIAMS**        SPN:                       BY: HR  DA NO: 002156159
                                 DOB:                       AGENCY:HPD
██████████████                   DATE PREPARED: 7/22/2011   O/R NO: 9214181IP
                                                            ARREST DATE: TOBE

NCIC CODE: 2202 05                    RELATED CASES:

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:                                                   BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        **1314000**         PRIOR CAUSE NO:
FIRST SETTING DATE:                     **262**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY WAYNE WILLIAMS**, hereafter styled the Defendant, heretofore on or about **JULY 14, 2011**, did then and there unlawfully, with intent to commit an assault, enter a habitation owned by DANNA BRATTON, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on AUGUST 13, 2002, in Cause Number 0917803, in the 262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of TAMPERING WITH EVIDENCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0917803 was final, the Defendant committed the felony of AGGRAVATED ASSAULT and was finally convicted of that offense on JANUARY 10, 2006, in Cause Number 1001226, in the 209TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 29 2011

Time: _____
Harris County, Texas
By _____
Deputy

Foreman                    209ᵗ

_____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT          **RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2748

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 0 2 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __1__ day of __AUG__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H___ _TX__ _77019_ _____
**City**          **State**      **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of __AUG 0 2 2011__, 20____,

_____,
**Judge Presiding**

2749

Unofficial Copy of the Chris Daniel, Harris County District Clerk

State's Ex #1

THE STATE OF TEXAS        **02389259**        D.A. LOG NUMBER:**1773476**
VS.        CJIS TRACKING NO.:**9166847753-A001**

**JAMES BYRON MCCAULEY**      SPN:        BY: **RZ** DA NO: **002260744**

DOB:        AGENCY:**HPD**

DATE PREPARED: **7/29/2011**      O/R NO: **098047411Z**

ARREST DATE: **07-29-2011**

NCIC CODE: **2200 96**        RELATED CASES: **JONES-F**

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**        **P2**

CAUSE NO:        BAIL: **$2000**

HARRIS COUNTY DISTRICT COURT NO:      **1314871**      PRIOR CAUSE NO:

FIRST SETTING DATE:      **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES BYRON MCCAULEY**, hereafter styled the Defendant, heretofore on or about **JULY 29, 2011**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by **ELIZABETH WISDOM**, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk

AUG 01 2011

Time: _____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Doc             24019073

ASSISTANT DISTRICT ATTORNEY        BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

2750

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the 1 day of August , 20 11.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 0 1 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 1 day of Aug , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Skip Cornelius
**Attorney**
2028 Buffalo Terrace
**Address**

T 77019
**City**          **State**          **Zip**          **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-528-9153
**Phone Number**

713-237-8847
**Fax Number**

The Court further ORDERS the cause set for : _____ Arrg _____
on the 25 day of August , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of AUG 0 1 2011 , 20___.

_____
**Judge Presiding**

Unofficial Copy of Document - Marilyn Burgess District Clerk

2751

228

01959665

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01959665** | D.A. LOG NUMBER:1773817 |
| VS. | | CJIS TRACKING NO.:9166851203-A001 |
| **DAMIAN ORION SMITH** | SPN: | BY: **DB**  DA NO: 002215011 |
| | DOB: | AGENCY:**HPD** |
| | DATE PREPARED: 7/30/2011 | O/R NO: 098538811Z |
| | | ARREST DATE: 7-30-11 |

NCIC CODE: **2300 79**          RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**

CAUSE NO:                                1315016

HARRIS COUNTY DISTRICT COURT NO:          ~~1315916~~                BAIL: $15,000

FIRST SETTING DATE:                       **228**                    PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DAMIAN ORION SMITH** hereafter styled the Defendant, heretofore on or about **JULY 30, 2011**, did then and there unlawfully commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE AIR CONDITIONING UNIT, owned by CARL VEASLEY, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on FEBRUARY 9, 2006, in Cause Number 1015109, in the 208TH DISTRICT COURT, of HARRIS, County, Texas, the Defendant was convicted of the FELONY OFFENSE OF THEFT.

Before the commission of the primary offense, on AUGUST 16, 2007, in Cause Number 1473816, in the COUNTY CRIMINAL COURT AT LAW NO. 9, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT.

**F I L E D**
Chris Daniel
District Clerk

JUL 3 0 2011

Time: _1607_
Harris County, Texas

By _GM_
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on July 30, 2011

_D. broadnap_
AFFIANT

_[signature]_

ASSISTANT DISTRICT ATTORNEY          BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

2752

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621   Document 89-15   Filed on 01/05/23 in TXSD   Page 36 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**F I L E D**
Chris Daniel
District Clerk

AUG 0 5 2011

Time: _____
Harris County, Texas
By _____
        Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __5__ day of __AUGUST__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. SKIP CORNELIUS
**Attorney**
2028 Buffalo Terrace
**Address**
H   T   77019                    _____
**City**          **State**          **Zip**          **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-8547
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : ___Arr___
on the _29_ day of ___Aug___, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of AUG 0 5 2011 _____, 20___.

_____,
**Judge Presiding**

Uncertified Copy Obtained from Harris County District Clerk

2753

THE STATE OF TEXAS        **02572688**      D.A. LOG NUMBER:1774201
VS.      CJIS TRACKING NO.:9166855489-A001

**CLAUDIA ELIZABETH MUNOZ**    SPN:    ＊      BY: **VF** DA NO: 002333844
    DOB:        AGENCY:HPD
    DATE PREPARED: 7/31/2011     O/R NO: 099278011H
       ARREST DATE: 7 31 11

NCIC CODE: 1314 08     RELATED CASES:

FELONY CHARGE:  **Assault of Family Member -Impeding Breathing**
CAUSE NO:                                  BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:     **1315123**     PRIOR CAUSE NO:
FIRST SETTING DATE:              **176**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLAUDIA ELIZABETH MUNOZ**, hereafter styled the Defendant, heretofore on or about JULY 31, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to CURTIS HARRIS, hereafter styled the Complainant, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S THROAT AND BY APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

**FILED**
Chris Daniel
District Clerk

SEP 2 3 2011

Time: _____
Harris County, Texas
By _____  Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**      Foreman     **228th**

_____
FOREMAN OF THE GRAND JURY

     **INDICTMENT**          **RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2754

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

AUG 04 2011

Time _____
Harris County, Texas
By _____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H_____   T. 77019_____

**City**      **State**      **Zip**          E-Mail Address

0483 1500

**Bar Card/SPN Number**

713-237-8547

**Phone Number**

713-528-0153

**Fax Number**

The Court further ORDERS the cause set for: _____

on the 5 day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4 day of _August_, 20__ 830AM

_____
**Judge Presiding**

8-5-11
8.30Am

DISTRICT CLERK

THE STATE OF TEXAS        **01866174**        D.A. LOG NUMBER:1774861
VS.        CJIS TRACKING NO.:916685959X-D001

**PAUL CURTIS RIDEAUX**      SPN:        BY: **CS** DA NO: 002333948

       DOB:        AGENCY:HPD

       DATE PREPARED: 8/3/2011        O/R NO: 99928311

       ARREST DATE: 08/02/2011

NCIC CODE: 1314 08        RELATED CASES: **REFILE**

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**

CAUSE NO:        BAIL: $NO BOND

HARRIS COUNTY DISTRICT COURT NO:      **1315349**        PRIOR CAUSE NO: 228TH D.CT./1315305

FIRST SETTING DATE:        **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PAUL CURTIS RIDEAUX**, hereafter styled the Defendant, heretofore on or about **AUGUST 2, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ROZENA TONEY, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's throat and applying pressure to the Complainant's neck.

**FILED**
Chris Daniel
District Clerk

AUG 29 2011

Time: 12:30
Harris County, Texas

By _____ pm
Deputy

Foreman        209th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

INDICTMENT        **RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2756

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

_Virginia Juvaly_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ .
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____ .

**FILED**
Chris Daniel
District Clerk

AUG 0 5 2011

Time: _____
Harris County, Texas
By _____
    Deputy

_____ .
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___5___ day of ___Aug___, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_H Skep (Cornew)_
**Attorney**

_2028 Buffalo Te_
**Address**

_H___ ___ 77019_
**City**          **State**          **Zip**

_04831 Suu_
**Bar Card/SPN Number**

_713 - 237 - 8547_
**Phone Number**

_713 - 528 - 0153_
**Fax Number**

_E-Mail Address_

_Case going Up to the State Jail CRT_

The Court further ORDERS the cause set for : ___Arr__

on the _29_ day of _Aug_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

AUG 0 5 2011

Signed this _____ day of _____, 20___

_Shawna J Reep_
**Judge Presiding**

2757

THE STATE OF TEXAS                          02299858            D.A. LOG NUMBER:1774990
VS.                                                             CJIS TRACKING NO.:9166863619-A001

**AUGUSTINE M. PERALEZ**        SPN:                           BY: KL  DA NO: 002094982
                                DOB:                           AGENCY:PASADENA PD
                                DATE PREPARED: 8/4/2011         O/R NO: 201118806
                                                               ARREST DATE: 8/3/11

NCIC CODE: 2605 44              RELATED CASES:

FELONY CHARGE: **CREDIT/DEBIT CARD ABUSE**
CAUSE NO:                                                      BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:        **1315417**            PRIOR CAUSE NO:
FIRST SETTING DATE:                     **176**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **AUGUSTINE M. PERALEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 3, 2011**, did then and there unlawfully, with intent to obtain a benefit fraudulently, use a VISA DEBIT DEBIT card knowing the use was without the effective consent of the cardholder, ASHLEY VALDEZ, namely, without any consent of any kind, and knowing that the VISA DEBIT card had not been issued to the Defendant.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on SEPTEMBER 2, 2008, in Cause Number 1153816, in the 179TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION WITH INTENT TO DELIVERY A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1153816, was final, the Defendant committed the felony offense of BRIBERY and was finally convicted of that offense on JUNE 30, 2010, in Cause Number 1253387, in the 337TH DISTRICT COURT, of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

F I L E D
Chris Daniel
District Clerk

AUG 16 2011

Time:
By

Foreman                    185th

_Trisha S. Pollard_

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

2758

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**

Chris Daniel
District Clerk

Deputy District Clerk
Harris County, Texas

AUG 2 5 2011

Time: _____
By _____
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _25_ day of _August_, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_R P SKIP CORNELIUS_
Attorney

_2028 Buffalo Terrace_
Address

_H T        77019_
City        State        Zip        E-Mail Address

_04831500_
Bar Card/SPN Number

_713-237-8547_
Phone Number

_713-528-0153_
Fax Number

The Court further ORDERS the cause set for :
on the _28_ day of _September_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this _25_ day of _August_, 20_11_ 8:30am

_____
Judge Presiding

9-28-11
8:30am

2759

THE STATE OF TEXAS
VS.
**DOMINIC RENDON**

SPN: 1986592
DOB:
DATE PREPARED: 10/27/2011

D.A. LOG NUMBER:1775180
CJIS TRACKING NO.: 9166922984A001
BY:   DA NO: 2397278 AGENCY:SHERIFF'S
DEPARTMENT HARRIS COUNTY
O/R NO: 11103084
ARREST DATE:

NCIC CODE: 120305                    RELATED CASES:
FELONY CHARGE: **AGG ROBBERY-OVER 65 OR DISABLE**
CAUSE NO: 1315485
HARRIS COUNTY DISTRICT COURT NO: 228
FIRST SETTING DATE: 11/30/2011

BAIL: $30000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DOMINIC  RENDON**, hereafter styled the Defendant, heretofore on or about **August 3, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by DANIEL MUNGUIA and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY CAUSE BODILY INJURY to DANIEL MUNGUIA, A PERSON AT LEAST SIXTY-FIVE YEARS OF AGE by PUSHING THE COMPLAINANT TO THE GROUND.

Before the commission of the offense alleged above, on MAY 19, 2006, in Cause Number 1062717 in the 339th District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

**FILED**
Chris Daniel
District Clerk

OCT 28 2011

Time: 1630

By

Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                                    **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2760

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 24 day of Oct , 20 11.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
OCT 2 4 2011
Time: _____
By _____
Harris County, Texas
Deputy

## ORDER APPOINTING COUNSEL

On this, the 24 day of Oct , 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Michael E. Barrow
**Attorney**

1314 Texas #1300
**Address**

Houston TX 77002
**City          State          Zip**          E-Mail Address

0 1 8 3 1 9 0 0
**Bar Card/SPN Number**

7 1 3 - 2 2 4 - 8 3 8 3
**Phone Number**

7 1 3 - 2 2 4 - 3 5 0 6
**Fax Number**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

The Court further ORDERS the cause set for :  Non-Trial
on the 29 day of Nov , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 24 day of Oct , 20 11.

_____
Judge Presiding

2761

THE STATE OF TEXAS
VS.
**STEPHANIE ANN KAISER**
███████████████

SPN: 01524553
DOB: ███████
DATE PREPARED: 8/5/2011

D.A LOG NUMBER:1775519

BY: ACV  DA NO: 402 AGENCY:HCDA
ARREST DATE: TO BE

NCIC CODE: **2301/00**                    RELATED CASES:

FELONY CHARGE: **THEFT BY CHECK**
CAUSE NO:   315900
HARRIS COUNTY DISTRICT COURT NO: 177
FIRST SETTING DATE: **DIRECT**

BAIL: $2000.00

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEPHANIE ANN KAISER**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 1, 2010**, did then and there unlawfully, appropriate by acquiring and otherwise exercising control over property, namely, MEDICAL SERVICES, owned by KRISTEN HAVENSTEIN, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of property.

Before the commission of the offense alleged above, on June 1, 2007, in Cause No. 1442486, in the County Court at Law #15, of Harris County, Texas, the Defendant was convicted of Theft.

Before the commission of the offense alleged above, on June 1, 2007, in Cause No. 1442325, in the County Court at Law #15, of Harris County, Texas, the Defendant was convicted of Theft.

## TRUE BILL

AUG 0 8 2011

# FILED
**Chris Daniel**
**District Clerk**

AUG 0 8 2011

Time: 10:30

By: _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2762

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**

Chris Daniel
District Clerk

AUG 10 2011

Time: _____

Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **10** day of **August**, 20**11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P SKIP CORNELIUS
**Attorney**

2028 Buffalo Tenau
**Address**

H    T   77019
**City**        **State**        **Zip**        **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for :

on the **24** day of **August**, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **10** day of **August**, 20**11**.

_____
Judge Presiding

Docket
CATI
8:30AM

8-24-11
8:30AM

Unofficial copy from Marilyn Burgess District Clerk

2763

DISTRICT CLERK

THE STATE OF TEXAS                    **00682692**            D.A. LOG NUMBER:1776192
VS.                                                           CJIS TRACKING NO.:9166875951-A001

**FREDDY SANCHEZ**          SPN:                              BY: AC  DA NO: 002305227
                            DOB:                             AGENCY:HPD
                            DATE PREPARED: 8/8/2011           O/R NO: 102425711Y
                                                             ARREST DATE: 08/07/11

NCIC CODE: 5599 06              RELATED CASES:

FELONY CHARGE: **POSSESSION OF A  CONTROLLED SUBSTANCE**
CAUSE NO:                                                    BAIL: ~~NO BOND~~  25,000
HARRIS COUNTY DISTRICT COURT NO:            **1315938**       PRIOR CAUSE NO:
FIRST SETTING DATE:                         **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **FREDDY SANCHEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 7, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, HEROIN , weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 18, 1989, in Cause Number 0538609, in the 209TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0538609 was final, the Defendant committed the felony of THEFT and was finally convicted of that offense on MAY 4, 1992, in Cause Number 0631498, in the 263RD DISTRICT COURT of HARRIS County, Texas.

FILED
Chris Daniel
District Clerk

OCT 1 8 2011

Time: _____ 11:35
By _____

Foreman                          208th

JIM C HARRIS

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2764

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**FILED**
Chris Daniel
District Clerk

AUG 11 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**            **State**         **Zip**          **E-Mail Address**

_____
**Bar Card/SPN Number**

_____
**Phone Number**

_____
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ AUG 11 2011

_____
**Judge Presiding**

2765

*01488537*
*339 pend*

| | | |
|---|---|---|
| THE STATE OF TEXAS | __01488537__ | D.A. LOG NUMBER:1776701 |
| VS. | | CJIS TRACKING NO.:9166881056-A001 |
| JANICE RENA JOHNSON | SPN: | BY: EG  DA NO: 002333948 |
| ▓▓▓▓▓▓▓▓▓ | DOB: ▓▓▓▓ | AGENCY:HPD |
| | DATE PREPARED: 8/9/2011 | O/R NO: 103201511I |
| | | ARREST DATE: 08-09-2011 |

NCIC CODE: 5599 04                           RELATED CASES:  **BABINO-FEL**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:                                                           BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:          __1316066__     PRIOR CAUSE NO:
FIRST SETTING DATE:                                     __339__

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JANICE RENA JOHNSON**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

AUG 1 0 2011

Time: _____  Harris County, Texas
By _____  Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on August 9, 2011

_____                    *Valerie C. Turner*  9000135
AFFIANT                                         ASSISTANT DISTRICT ATTORNEY      BAR NO.
                                                OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

2766

numberud cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_____,

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

AUG 11 2011

Time: _____

Harris

_____
**Deputy District Clerk**
**Harris County, Texas**

Deputy

## ORDER APPOINTING COUNSEL

On this, the ____ day of _____, 20 ___, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

R P SKIP CORNELIU

**Attorney**

2028 Buffalo Terrace

**Address**

H          T  77019

**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 6 0 0

**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 8 4 7

**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3

**Fax Number**

The Court further ORDERS the cause set for :

on the ____ day of _September_, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this ____ day of _____, 20 11.

_____,
**Judge Presiding**

9-13-11

8:30AM

2767

THE STATE OF TEXAS
VS.

**JYAMOS EDWARD MAXIE-MOUTON**

02516998

D.A. LOG NUMBER:1776730
CJIS TRACKING NO.:9166881587-A001

SPN:
DOB:
DATE PREPARED: 8/10/2011

BY: KL  DA NO: 002294141
AGENCY:HPD
O/R NO: 103286011V
ARREST DATE: 8/9/11

NCIC CODE: 1314 08            RELATED CASES:

FELONY CHARGE:  Assault of Family Member -Impeding Breathing
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1316076**
FIRST SETTING DATE:        **228**

BAIL: ~~NO BOND~~   10,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JYAMOS EDWARD MAXIE-MOUTON**, hereafter styled the Defendant, heretofore on or about AUGUST 9, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to DALECIA GRIFFIN, hereafter styled the Complainant, a MEMBER OF THE DEFENDANT'S FAMILY, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S THROAT.

It is further presented that in Harris County, Texas, JYAMOS EDWARD MAXIE-MOUTON, hereafter styled the Defendant, heretofore on or about AUGUST 9, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to DALECIA GRIFFIN, hereafter styled the Complainant, a MEMBER OF THE DEFENDANT'S FAMILY, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

**FILED**
Chris Daniel
District Clerk

SEP 07 2011

Time:
By:                                    Deputy

Harris County, Texas

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman        228th

FOREMAN OF THE GRAND JURY

INDICTMENT

2768

Unofficial Copy Office of Harris County District Clerk

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_IN PERSON_

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

AUG 11 2011

Harris County
Texas

By _____ Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _August_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIN_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H_  _T_  _77019_
**City**     **State**     **Zip**          **E-Mail Address**

_0 4 9 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for _August_
on the _31_ day of _August_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _11_ day of _August_, 20_11_.

_____
**Judge Presiding**

8.31-11
8:30Am

☐ hospital

2769



THE STATE OF TEXAS                     __01586887__          D.A. LOG NUMBER:1776770
VS.                                                           CJIS TRACKING NO.:9166881900-A001
**JAMES EDWARD LEWIS**        SPN:                           BY: MB  DA NO: 0023334218
                              DOB:                           AGENCY:HPD
[BLACK BAR]                   DATE PREPARED: 8/10/2011        O/R NO: 103366611
                                                             ARREST DATE: 8-9-11

NCIC CODE: 5599 48              RELATED CASES:  **CO-DEF ROLLINS (F) LINK (F)**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        __1316088__          PRIOR CAUSE NO:
FIRST SETTING DATE:                     __228__

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES EDWARD LEWIS**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely,  COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MARCH 28, 2001, in Cause Number 0863422, in the 179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of  DEADLY CONDUCT.

Before the commission of the primary offense, and after the conviction in Cause Number  0863422 was final, the Defendant committed the felony of POSSESSION OF CONTROLLED SUBSTANCE and was finally convicted of that offense on SEPTEMBER 5, 2003, in Cause Number 0951999, in the 183RD DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 2 7 2011

Time: ___1215___
     Harris County, Texas
By _____  pm
        Deputy

Foreman            208th

JIM C HARRIS

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2770

Unofficial Copy Office of Managing District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 07 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of **OCT 0 7 2011** _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____     E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ **OCT 0 7 2011** 20____

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2771



THE STATE OF TEXAS

VS.

**NICHOLAS RAY BOSLEY**

SPN: **01545885**
DOB:
DATE PREPARED: 8/10/2011

D.A. LOG NUMBER:1776910
CJIS TRACKING NO.:
BY: EG  DA NO: 002275023
AGENCY:HPD
O/R NO: 097329611X
ARREST DATE: **TO BE**

P3

NCIC CODE: **2589 01**

RELATED CASES:

FELONY CHARGE:  **Forgery**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1316148**
**339**
FIRST SETTING DATE:

BAIL: **$10,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **NICHOLAS RAY BOSLEY**, hereafter styled the Defendant, heretofore on or about **JULY 12, 2011**, did then and there unlawfully, and with intent to defraud and harm, forge the writing duplicated attached hereto as Exhibit A, which purported to be the act of another who did not authorize that act, by possessing it with intent to utter it and while knowing it was forged, and the offense was committed against a person at least 65 years of age.

Before the commission of the offense alleged above, on MARCH 1, 2005, in Cause No. 1018120, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE.

*State moves to reduce to STJ*
*Forgery 2501/11*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24.36828

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2772

# EXHIBIT A

## CLOSED ACCOUNT

*111012822*
07/25/2011
9330398540

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-D
CLOSED ACCOUNT

*17430001*
*5198*
*1*
*00001-00197*

JONATHAN D RAINS OR ROBBIE RAINS                          1184
17827 MARL CT
CROSBY, TX 77532                                   2-14-11

Pay to the
Order of  Nicholes Boaley                    $ 250.00

One hundred fifty                              Dollars

COMMUNITY
RESOURCE

For  Hard Work                        Robbie Rains

⑈313077513⑈01 20000003 6565⑈ 1184  ⑈0000 25000⑈



Unofficial COPY offices of William Burgess Danforth Clerk

2773

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____ AUG 1 2 2011 , 20____.

FILED
Chris Daniel
District Clerk
AUG 1 2 2011

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _12_ day of _AUG_ , 20_11_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H_   _T_   _77019_
**City**          **State**          **Zip**          **E-Mail Address**

_04831570_
**Bar Card/SPN Number**

_713-237-8547_
**Phone Number**

_713-528-0153_
**Fax Number**

The Court further **ORDERS** the cause set for : _A-59_
on the _15_ day of _September_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ AUG 1 2 2011 , 20____.

_____,

**Judge Presiding**

2774

**DISTRICT CLERK**

THE STATE OF TEXAS                    **02574327**          D.A. LOG NUMBER:1777032
VS.                                                         CJIS TRACKING NO.:
**KEVIN ANTONIO OWENS**        SPN:                         BY: SP  DA NO: 068910750
                               DOB:                         AGENCY:HPD
                               DATE PREPARED: 8/10/2011     O/R NO: 103634711Y
                                                            ARREST DATE: **TO BE**

NCIC CODE: 1305 19                RELATED CASES:  SAME DEF - 2F

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:                                                   BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:      **1316171**           PRIOR CAUSE NO:
FIRST SETTING DATE:                   **248**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KEVIN ANTONIO OWENS**, hereafter styled the Defendant, heretofore on or about **AUGUST 10, 2011**, did then and there unlawfully,
intentionally and knowingly threaten with imminent bodily injury I. SIMPSON of the HOUSTON POLICE DEPARTMENT, hereafter called the
Complainant, while the Complainant was lawfully discharging an official duty, by using and exhibiting a deadly weapon, namely, A KNIFE,
knowing that the Complainant was a public servant.

**F I L E D**
Chris Daniel
District Clerk
NOV  2 2011

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                        209th

FOREMAN OF THE GRAND JURY

INDICTMENT

2775

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 15 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 15 day of Aug, 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

_____
E-Mail Address

CO. 1311231

Bar Card/SPN Number

| | | | | | | - | | | - | | | |

Phone Number

| | | | | - | | | | - | | | | |

Fax Number

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of Aug, 20 11.

_____
Judge Presiding

2776

THE STATE OF TEXAS      <u>00787616</u>      D.A. LOG NUMBER:1777043
VS.      CJIS TRACKING NO.:916688473X-A001

**NATHAN EDWARD WILLIAMS**     SPN:      BY: **CP** DA NO: 002271451
**HOMELESS**     DOB: ▓▓▓▓      AGENCY:METRO TRANSIT AUTHORITY
    DATE PREPARED: 8/11/2011      O/R NO: 10379611P
     ARREST DATE: 8/10/2011

**NCIC CODE: 5599 04**      RELATED CASES: **CO DEF: BM-R. NELSON (F)**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:      BAIL: **$15,000**
HARRIS COUNTY DISTRICT COURT NO:     <u>1316230</u>      PRIOR CAUSE NO:
FIRST SETTING DATE:      <u>338</u>

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **NATHAN EDWARD WILLIAMS**, hereafter styled the Defendant, heretofore on or about **AUGUST 10, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on JULY 16, 2009, in Cause Number 1224043, in the 180TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1224043 was final, the Defendant committed the felony offense of PROSTITUTION and was finally convicted of that offense on MAY 16, 2008, in Cause Number 1149820, in the 178TH DISTRICT COURT of Harris County, Texas.

*State moves to proceed under 12.44 (a)*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____      24049250
ASSISTANT DISTRICT ATTORNEY      BAR CARD NO.
OF HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
AUG 15 2011
Time: _____
By _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

2777

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____,

**F I L E D**
Chris Daniel
District Clerk

AUG 15 2011

Time: _____
Harris County, Texas

By _____
Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 15 day of Aug , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City                State              Zip**

_____
**E-Mail Address**

| | | | | |
|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | - | | | |
|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | | - | | | |
|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : Arr 9

on the 13 day of Sept , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of Aug , 20 11

_____
**Judge Presiding**

2778

THE STATE OF TEXAS  
VS.

**02522101**

**LISSANDRO PACHECO**

SPN:  
DOB:  
DATE PREPARED: 8/11/2011

D.A. LOG NUMBER:1777274  
CJIS TRACKING NO.:  
BY: TD DA NO: 002198468  
AGENCY:HPD  
O/R NO: 103724211J  
ARREST DATE: **TO BE**

NCIC CODE: **2202 05**       RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**  
CAUSE NO:  
HARRIS COUNTY DISTRICT COURT NO:       **1316317**  
FIRST SETTING DATE:       **338**

BAIL: **$10000**  
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LISSANDRO PACHECO**, hereafter styled the Defendant, heretofore on or about **AUGUST 10, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by BIBIANA ALVARADO, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**  
Chris Daniel  
District Clerk

AUG 1 8 2011

Time: _11:40 AM_  
Harris County, Texas

By _NILD_  
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman       184th

_Kenneth Kurd_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2779

show the Court that he / she is financially unable to hire an attorney.

_____ ,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG. 1 7 2011

Time: _____
Harris County, 

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 17 day of _____Aug_____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**        **Zip**

_____
**E-Mail Address**

| | | | | | | |
|---|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____Arrg_____

on the 20 day of _____Sept_____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of _____Aug_____, 20 11

_____ ,
**Judge Presiding**

2780

THE STATE OF TEXAS
VS.
**01482659**
D.A. LOG NUMBER:1777232
CJIS TRACKING NO.:

**NIJA A. BROWN**

SPN:
DOB:
DATE PREPARED: 8/12/2011

BY: RZ  DA NO: 002327476
AGENCY:HPD
O/R NO: 099973711W
ARREST DATE: **TO BE**

NCIC CODE: 1314 14

RELATED CASES:

FELONY CHARGE:  **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1316371**
FIRST SETTING DATE:                          **338**

BAIL: $NO BOND
PRIOR CAUSE NO:

**FILED**
Chris Daniel
District Clerk
AUG 23 2011

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **NIJA A. BROWN**, hereafter styled the Defendant, heretofore on or about JULY 23, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to DEMETRIUS ROBERTS, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by GRABBING THE COMPLAINANT WITH HIS HAND.

It is further presented that in Harris County, Texas, NIJA A. BROWN, hereafter styled the Defendant, heretofore on or about JULY 23, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to DEMETRIUS ROBERTS, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by THROWING THE COMPLAINANT TO THE GROUND WITH HIS HAND.

It is further presented that in Harris County, Texas, NIJA A. BROWN, hereafter styled the Defendant, heretofore on or about JULY 23, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to DEMETRIUS ROBERTS, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by HOLDING DOWN THE COMPLAINANT WITH HIS KNEES.

It is further presented that before the commission alleged above, the Defendant, on JANUARY 10, 2011, in the 248TH DISTRICT COURT of HARRIS County, Texas, in Cause No. 1267044, was convicted of ASSAULT which was committed against a a person with whom the Defendant had a dating relationship.

It is further presented that, at the time that the Defendant committed the felony offense of ASSAULT FAMILY MEMBER-SECOND on or about JULY 23, 2011, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a KNIFE, during the commission of said offense and during the immediate flight from said offense.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 27, 2000, in Cause Number 0860350, in the 184TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0860350, was final, the Defendant committed the felony of TAMPERING WITH EVIDENCE and was finally convicted of that offense on  MAY 13, 2002, in Cause Number 0911585, in the 263RD DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          208th

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2781

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 15 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **15** day of **Aug**, 20**11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

Attorney

_____

Address

_____

City                    State              Zip

E-Mail Address

Bar Card/SPN Number

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

Fax Number

The Court further ORDERS the cause set for : _____

on the **18** day of **Oct**, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **15** day of **Aug**, 20**11**.

_____

Judge Presiding

2782

THE STATE OF TEXAS
VS.

**SERGIO LUIS GIL**

**02113341**

SPN:
DOB:
DATE PREPARED: 8/12/2011

D.A. LOG NUMBER:1777235
CJIS TRACKING NO.:9166889774-A001

BY: **EG** DA NO: 002333841
AGENCY:PPD
O/R NO: 1113237
ARREST DATE: 08-12-2011

NCIC CODE: **1105 51**                    RELATED CASES:

FELONY CHARGE: **Indecency with a Child**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1316432**
FIRST SETTING DATE:                     **338**

BAIL: $10,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SERGIO LUIS GIL**, hereafter styled the Defendant, heretofore on or about **MAY 24, 2011**, did then and there unlawfully, with intent to arouse the sexual desire of the Defendant, have sexual contact with ARIANA AROCHA, hereafter styled the Complainant, a child under the age of seventeen years, by having the Complainant touch the Defendant's genitals.

Unofficial Copy Office of Marilyn Burgess District Clerk

**F I L E D**
Chris Daniel
District Clerk

NOV 03 2011

Time: _____
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**          **184th**

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

2783

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

AUG 16 2011

Time: _____
Harris County. Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20 _____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 16 day of Aug, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____  _____  _____     _____
**City**              **State**      **Zip**        **E-Mail Address**

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____ Arr 8 _____
on the 14 day of Sept, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 16 day of Au___ 20 11

_____,
**Judge Presiding**

2784

Unofficial Copy Official of Marilyn Burgess District Clerk

THE STATE OF TEXAS

VS.

**JUAN MANUEL LUCIO-LOPEZ**

**02529457**

SPN:
DOB:
DATE PREPARED: **8/13/2011**

D.A. LOG NUMBER:**1777777**
CJIS TRACKING NO.:**9166892333-A002**

BY: NMC  DA NO:**1777777**
AGENCY:**HPD**
O/R NO: **104911811D**
ARREST DATE: **8/13/2011**

NCIC CODE: **5004 30**

RELATED CASES: **ONE OTHER FELONY**

FELONY CHARGE: **RETALIATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1316522**
**338**

BAIL: **$55,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JUAN MANUEL LUCIO-LOPEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 13, 2011**, did then and there unlawfully, intentionally and knowingly harm and threaten to harm SANTOS LIRA by an unlawful act, namely MURDER/ASSAULT, in retaliation for and on account of the service and status of SANTOS LIRA as a PERSON WHO HAS REPORTED THE OCCURRENCE OF A CRIME.

**FILED**
Chris Daniel
District Clerk

OCT 07 2011

Time: 10:55
Harris County, Texas

By: pm

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**        **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2785

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 19 2011

Time: _____
Harris County, Texas
By _____
          Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ 19 _____ day of __Aug__, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_WISKP Cornelius_
Attorney

_2028 Buffalo Terra_
Address

_VA T 77019_
City          State          Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 7 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ 19 ____ day of __Aug__, 20__. _Stacy B Jones_

_____,
Judge Presiding

2786

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02402910** | D.A. LOG NUMBER:1776669 |
| VS. | | CJIS TRACKING NO.: |
| **KAYLA MICHELE MATTHEWS** | SPN: | BY: VF DA NO: 002268150 |
| | DOB: | AGENCY:HCSO |
| | DATE PREPARED: **8/14/2011** | O/R NO: **HC110105932** |
| | | ARREST DATE: **TO BE** |

| | |
|---|---|
| NCIC CODE: **7099 63** | RELATED CASES: |
| FELONY CHARGE: **HARASSMENT OF PUBLIC SERVANT** | |
| CAUSE NO: | **BAIL: $5000** |
| HARRIS COUNTY DISTRICT COURT NO: **1316603** | PRIOR CAUSE NO: |
| FIRST SETTING DATE: **338** | |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **KAYLA MICHELE MATTHEWS**, hereafter styled the Defendant, heretofore on or about **AUGUST 9, 2011**, did then and there unlawfully, with the intent to HARASS, cause V. GAMBOA, hereafter styled the Complainant, whom the Defendant knew to be a public servant, to contact the SALIVA of THE DEFENDANT, WHILE THE COMPLAINANT WAS LAWFULLY DISCHARGING AN OFFICIAL DUTY.

*State moves to reduce to a Attempted*
*Harassment of a Public Servant*
*NCIC # 70996S*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____ 24049250

ASSISTANT DISTRICT ATTORNEY        BAR CARD NO.
OF HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

2787

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**

Chris Daniel
District Clerk

AUG 16 2011

Time: _____
        Harris County, Texas
By _____
            Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __16__ day of __Aug__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : __Arr 8__
on the __14__ day of __Sept__, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __16__ day of __Aug__ 20___.

_____,
**Judge Presiding**

2788

DISTRICT CLERK

2789

THE STATE OF TEXAS
VS.

JUAN MANUEL LUCIO-LOPEZ

02529457

SPN:
DOB:
DATE PREPARED: 8/15/2011

D.A. LOG NUMBER:1778186
CJIS TRACKING NO.:9166892333-D001
BY: KL  DA NO: 0023111840
AGENCY:HPD
O/R NO: 104911811D
ARREST DATE: 8/13/11

NCIC CODE: 2901 26

FELONY CHARGE: AGGREGATE CRIMINAL MISCHIEF
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

RELATED CASES:  REFILE OF CAUSE NO. 1316521 / 338TH DISTRICT COURT

1316624
338

BAIL: $52,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, JUAN MANUEL LUCIO-LOPEZ, hereafter styled the Defendant, heretofore on or about AUGUST 13, 2011, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely MOTOR VEHICLES, owned by SHEQUILLE BURRELL, JOSE HERIBERTO HERRERA-CELIS, LIZET MACEDO, AND SANTOS LUNA, persons having a greater right to possession of the property than the defendant and hereafter styled the Complainants without the effective consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by REMOVING THE DOOR LOCKS WITH AN UNKNOWN OBJECT.

It is further presented that in Harris County, Texas, JUAN MANUEL LUCIO-LOPEZ, hereafter styled the Defendant, heretofore on or about AUGUST 13, 2011, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely MOTOR VEHICLES, owned by SHEQUILLE BURRELL, JOSE HERIBERTO HERRERA-CELIS, LIZET MACEDO, AND SANTOS LUNA, persons having a greater right to possession of the property than the defendant and hereafter styled the Complainants without the effective consent of the Complainants, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by DAMAGING THE IGNITION WITH AN UNKNOWN OBJECT.

It is further presented that in Harris County, Texas, JUAN MANUEL LUCIO-LOPEZ, hereafter styled the Defendant, heretofore on or about AUGUST 13, 2011, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely MOTOR VEHICLES, owned by SHEQUILLE BURRELL, JOSE HERIBERTO HERRERA-CELIS, LIZET MACEDO, AND SANTOS LUNA, persons having a greater right to possession of the property than the defendant and hereafter styled the Complainants without the effective consent of the Complainants, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by REMOVING STEREO SYSTEMS FROM THE MOTOR VEHICLE DASHBOARDS WITH AN UNKNOWN OBJECT.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

F I L E D
Chris Daniel
District Clerk

OCT 07 2011

Time: _____
Harris County, Texas
By _____ Deputy

Foreman    228th

FOREMAN OF THE GRAND JURY

INDICTMENT

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 17 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ⟨17⟩ day of ⟨Aug⟩_____, 20⟨11⟩, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State              Zip

_____
E-Mail Address

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for :   AUG 17 2011   Disp
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ⟨17⟩ day of ⟨Aug⟩_____, 20⟨11⟩

_____
Judge Presiding

2790

THE STATE OF TEXAS      **01141636**      D.A. LOG NUMBER:1778405
VS.      CJIS TRACKING NO.:916689865X-A001
**CHRISTOPHER BERNARD HAMLETT**    SPN:      BY: SP  DA NO: 002271451
     DOB:      AGENCY:**HPD**
     DATE PREPARED: 8/15/2011      O/R NO: 105948911
     ARREST DATE: 08-15-2011

NCIC CODE: 2300 79      RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:      BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:      **1316714**      PRIOR CAUSE NO:
FIRST SETTING DATE:      **338**

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER BERNARD HAMLETT**, hereafter styled the Defendant, heretofore on or about **AUGUST 15, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE VIDEO GAME CONSOLE WIRELESS REMOTE CONTROL AND FIVE BOXES OF FLEA REPELLANT, owned by J. CORMIER, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JANUARY 10, 2011, in Cause No. 1291329, in the 183RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of THEFT.

Before the Commission of the primary offense, on AUGUST 18, 2010, in Cause No. 1274440, in the 179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of THEFT.

Before the commission of the offense alleged above, on NOVEMBER 14, 2003, in Cause No. 0967914, in the 185TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of ATTEMPTED BURGLARY OF A HABITATION.

*tw 8/17*

*State moved to punish under 12.44a TPC.*

*twood 8/17*

# FILED
Chris Daniel
District Clerk

AUG 17 2011

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2791

show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 17 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___17___ day of ___Aug_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State            Zip

_____
E-Mail Address

| | | | | | | | |
|-|-|-|-|-|-|-|-|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|

**Phone Number**

| | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|

**Fax Number**

AUG 17 2011        Disp

The Court further ORDERS the cause set for : _____

on the _____ day of ___AUG 17 2011_____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___17___ day of ___Aug_____, 20_11_

_____
Judge Presiding

2792

THE STATE OF TEXAS        **02389225**      D.A. LOG NUMBER:1778495
VS.        CJIS TRACKING NO.:9166900034-A001

**JORDAN LEE LANE**     SPN:       BY: CS  DA NO: 050789901
      DOB:       AGENCY:**DEER PARK PD**
      DATE PREPARED: 8/16/2011     O/R NO: 1103295
      ARREST DATE: 08/16/2011

NCIC CODE: 2300 79      RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:        BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:    **1316737**     PRIOR CAUSE NO:
FIRST SETTING DATE:      **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JORDAN LEE LANE**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE CASE OF BEER, owned by BRYCE QUICK, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the commission of the primary offense, on OCTOBER 25, 2010, in Cause Number 1714976, in the COUNTY CRIMINAL COURT AT LAW NO. 4, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on OCTOBER 5, 2009, in Cause Number 1223682, in the 339TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on DECEMBER 29, 2010, in Cause Number 1286211, in the 176TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of CRIMINAL MISCHIEF and was convicted on OCTOBER 5, 2009, in Cause Number 1223683 in the 339TH District Court of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

            ASSISTANT DISTRICT ATTORNEY       BAR CARD NO.
            OF HARRIS COUNTY, TEXAS

               **RECORDER'S MEMORANDUM**
               This instrument is of poor quality
           **INFORMATION**     at the time of imaging

2793

_David Martinez_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

AUG 18 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 18 day of Aug , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

Attorney

_____

Address

_____

City          State          Zip          E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arrs

on the 22 day of Sept , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Aug , 20__

_Sayyi B Jones_

Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2794



THE STATE OF TEXAS                    **02382248**                    D.A. LOG NUMBER:1778430
VS.                                                                    CJIS TRACKING NO.:9166899095-A002
**DANIEL MARTINEZ**              SPN:                         BY: CS/AC  DA NO: 002294141
⬛⬛⬛⬛⬛⬛⬛⬛              DOB: ⬛⬛⬛⬛⬛⬛          AGENCY:HPD
                                 DATE PREPARED: 8/16/2011     O/R NO: 106062911
                                                              ARREST DATE: 08/15/2011

NCIC CODE: 1399 03              RELATED CASES:

FELONY CHARGE:  Assault of Family Member Second Offender and Impeding Breathing
CAUSE NO:                                **1316787**           BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:                              PRIOR CAUSE NO:
FIRST SETTING DATE:                      **338**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**DANIEL MARTINEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 15, 2011**, did then and there unlawfully, intentionally
and knowingly cause bodily injury to ELIZABETH TORRES, hereafter styled the Complainant, a person with whom the Defendant had a dating
relationship, by impeding the normal breathing or circulation of the blood of the Complainant by applying pressure to the Complainant's throat and
applying pressure to the Complainant's neck.

It is further presented that, before the commission alleged above, the Defendant, on JUNE 7, 2004, in the COUNTY CRIMINAL COURT AT
LAW NO. 7 of HARRIS County, Texas, in Cause Number 1240681, was convicted of ASSAULT OF A FAMILY MEMBER, which was
committed against a member of the Defendant's family.

**FILED**
Chris Daniel
District Clerk

OCT 0 8 2011

Time: _____
By _____  Harris County, Texas
                Deputy

Asst. Fore____                    184th
_Mary   Reyes_

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2795

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

AUG 18 2011

_____,
Deputy District Clerk
Harris County, Texas

Time: _____

Harris County, Texas

## ORDER APPOINTING COUNSEL

By _____ On this, the ____18____ day of ____Aug____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip          E-Mail Address

☐☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Phone Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __18__ day of ____Aug____, 20_11_

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2796

DISTRICT CLERK



THE STATE OF TEXAS            **02275754**        D.A. LOG NUMBER:1778674

VS.                                              CJIS TRACKING NO.:9166901510-A001

**JEREMY MICHAEL GONZALEZ**     SPN:            BY: CS  DA NO: 002359767

▉▉▉▉▉▉▉▉▉▉▉▉▉           DOB:▉▉▉▉▉▉▉▉        AGENCY:HPD

                               DATE PREPARED: 8/17/2011    O/R NO: 106273511

                                                 ARREST DATE: 08/16/2011

NCIC CODE: 3562 18           RELATED CASES:

FELONY CHARGE: **POSSESSION OF MARIHUANA**

CAUSE NO:                                         BAIL: $10,000

HARRIS COUNTY DISTRICT COURT NO:      **1316826**      PRIOR CAUSE NO:

FIRST SETTING DATE:                **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY MICHAEL GONZALEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, intentionally and knowingly possess marijuana in a usable quantity of more than four ounces and less than five pounds.

**FILED**
Chris Daniel
District Clerk

AUG 18 2011

Time: _____  Harris County, Texas

By _____  Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____      16502/00

ASSISTANT DISTRICT ATTORNEY              BAR CARD NO.

OF HARRIS COUNTY, TEXAS.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2797

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

**FILED**
Chris Daniel
District Clerk

NOV - 8 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __8__ day of __Nov_____, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

*RP SUP (Connelly)*

Attorney

*2028 Buffalo Terrace*

Address

*H                   T   70019*

City            State            Zip            E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
|---|---|---|---|---|---|---|---|

Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 0 | 9 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 9 | 1 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Fax Number

The Court further ORDERS the cause set for :

on the _8th_ day of __Dec_____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this    NOV - 8 2011    day of _____, 20___

_____,

Judge Presiding

2798

DISTRICT CLERK

THE STATE OF TEXAS                    00569866                    D.A. LOG NUMBER:1778622
VS.                                                               CJIS TRACKING NO.:9166900956-A001

**JOHN V, DANNA**              SPN:                               BY: **BJE**  DA NO: 002294141
                              DOB:                                AGENCY:**HPD**
                              DATE PREPARED: **8/17/2011**        O/R NO: 106319811 R
                                                                 ARREST DATE: 8-16-11

NCIC CODE: 1314 14                    RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1316831**              BAIL: **$NO BOND**
FIRST SETTING DATE:                     **339**                 PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN V. DANNA**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to LEILANI KIMBRELL, hereafter styled the Complainant, A MEMBER OF THE DEFENDANT'S HOUSEHOLD, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on FEBRUARY 2, 2011, in the COUNTY CRIMINAL COURT AT LAW NO. 9 of HARRIS County, Texas, in Cause No. 1719689, was convicted of ASSAULT which was committed against a MEMBER OF THE DEFENDANT'S FAMILY.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on FEBRUARY 22, 1991, in Cause Number 0565445, in the 177TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of INVOLUNTARY MANSLAUGHTER.

Before the commission of the primary offense, and after the conviction in Cause Number 0565445 was final, the Defendant committed the felony of ROBBERY and was finally convicted of that offense on OCTOBER 13, 1995, in Cause Number 0693773, in the 180TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 2 3 2011

Time: _____
        Harris County, Texas

By _____
        Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                              208th

JIM C HARRIS

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2799

Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____,

Deputy District Clerk
Harris County, Texas

**FILED**

Chris Daniel
District Clerk

AUG 18 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 18 day of Aug, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arrs

on the 16 day of Sept, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Au...

Floyd B Jones

**Judge Presiding**

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging

2800

THE STATE OF TEXAS        **00892032**      D.A. LOG NUMBER:1778711
VS.                                          CJIS TRACKING NO.:9166901863-A001

**WILLIAM GRIFFIN**       SPN:                         BY: BJE  DA NO: 001978003
                                  DOB:                    AGENCY:HPD
                                  DATE PREPARED: 8/17/2011     O/R NO: 106444411 P
                                                                 ARREST DATE: 8-16-11

NCIC CODE: 1314 08            RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:                                                       BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:      **1316848**      PRIOR CAUSE NO:
FIRST SETTING DATE:                     **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM GRIFFIN**, hereafter styled the Defendant, heretofore on or about **AUGUST 16, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to CRYSTAL BRADSHAW, hereafter styled the Complainant, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

**F I L E D**
Chris Daniel
District Clerk

AUG 25 2011

Time: _____
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          184th

_Kenneth Kuh_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2801

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

AUG 1 9 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __19__ day of __Aug__, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNELIUS_
**Attorney**

_2028 Buffalo Terra_
**Address**

_HT          77019_
**City**          **State**          **Zip**          **E-Mail Address**

_04831500_
**Bar Card/SPN Number**

_713 - 528 - 0153_
**Phone Number**

_713 - 237 - 8824_
**Fax Number**

File MAJ
21 day order
Arrs

The Court further ORDERS the cause set for : ___Arrs___
on the __10__ day of ___Sept___, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __19__ day of __Aug__, 20_11_

_Jingel B Jones_,
**Judge Presiding**

2802

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01218071** | D.A. LOG NUMBER:1778845 |
| VS. | | CJIS TRACKING NO.: |
| **CHRISTOPHER R. RHODES** | SPN: | BY: CS  DA NO: 002466671 |
| | DOB: | AGENCY:HPD |
| | DATE PREPARED: 8/18/2011 | O/R NO: 105897011 |
| | | ARREST DATE: 08/13/2011 |

NCIC CODE: 1314 14          RELATED CASES:

FELONY CHARGE:  **Assault - Family Violence - 2nd Offender**
CAUSE NO:                                                            **BAIL: $NO BOND**
HARRIS COUNTY DISTRICT COURT NO:          **1316953**          PRIOR CAUSE NO:
FIRST SETTING DATE:                              **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER R. RHODES**, hereafter styled the Defendant, heretofore on or about **AUGUST 12, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to LYNNELL MORRISON, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by SHOVING THE COMPLAINANT TO THE GROUND WITH HIS HAND.

It is further presented that in Harris County, Texas, CHRISTOPHER R. RHODES, hereafter styled the Defendant, heretofore on or about AUGUST 12, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to LYNNELL MORRISON, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on MAY 24, 2004, in the COUNTY CRIMINAL COURT AT LAW NO. 8 OF HARRIS County, Texas, in Cause No. 1238063, was convicted of ASSAULT which was committed against a member of the Defendant's family.

*State moves to reduce to Class A ~~Assault~~ Misdemeanor of Assault - Family Member (NCIC# 1314 20)*

**FILED**
Chris Daniel
District Clerk

NOV 22 2011

Time: _____
By _____
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.   2A039247
OF HARRIS COUNTY, TEXAS

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2803

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____ ,

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 19 2011

Time: _____
Harris County, Texas

By _____

## ORDER APPOINTING COUNSEL

On this, the ___19___ day of ___Aug___, 20_11_, the Court determined that the

above named defendant / witness has executed an affidavit stating that he / she is without counsel and is

financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to

represent the defendant / witness named above in this cause.

_W SKIP CORNELL_

Attorney

_2028 Buffalo Terrace_

Address

_HT 77019_

City          State          Zip          E-Mail Address

_0483 1500_

Bar Card/SPN Number

_713 - 237 - 8847_

Phone Number

_713 - 528 - 0153_

Fax Number

CD: 1316986
1316987

The Court further ORDERS the cause set for : _Arvs_____

on the _20_ day of ___Sept___, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this _19_ day of ___Aug___, 20_11_

_Angel B Jones_

Judge Presiding

2804

01832072

1 of 3    338

THE STATE OF TEXAS                    **01832072**         D.A. LOG NUMBER:1779038
VS.                                                        CJIS TRACKING NO.:9166905389-A001
**TAMISHA RENEE JONES**        SPN:                        BY: VF DA NO: 002397278
                               DOB:                        AGENCY:HPD
                               DATE PREPARED: 8/18/2011    O/R NO: 106955911
                                                           ARREST DATE: 8 17 11

NCIC CODE: 3560 17                    RELATED CASES: **CAROLYN BICKMAN; LINDA TURNER**

FELONY CHARGE: **DELIVERY OF MARIHUANA**
CAUSE NO:                                                  BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:      **1316985**          PRIOR CAUSE NO:
FIRST SETTING DATE:                   **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **TAMISHA RENEE JONES**, hereafter styled the Defendant, heretofore on or about **AUGUST 17, 2011**, did then and there unlawfully intentionally and knowingly deliver by actual transfer more than one-fourth ounce and less than five pounds of marihuana to T. PARKER .

It is further presented that in Harris County, Texas, TAMISHA RENEE JONES, hereafter styled the Defendant, heretofore on or about AUGUST 17, 2011, did then and there unlawfully, intentionally and knowingly deliver by constructive transfer more than one-fourth ounce and less than five pounds of marihuana to T. PARKER.

It is further presented that in Harris County, Texas, TAMISHA RENEE JONES, hereafter styled the Defendant, heretofore on or about AUGUST 17, 2011, did then and there unlawfully, intentionally and knowingly deliver by offering to sell more than one-fourth ounce and less than five pounds of marihuana to T. PARKER.

**F I L E D**
Chris Daniel
District Clerk

AUG 1 8 2011

Time: _9:30 AM_
Harris County, Texas
By _____ NLD
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **August 18, 2011**

_____          _____       _____
AFFIANT                  ASSISTANT DISTRICT ATTORNEY    BAR NO.
                         OF HARRIS COUNTY, TEXAS.

                              **COMPLAINT**

2805

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,
Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

On this, the _____ day of OCT 0 4 2011 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**                **State**           **Zip**              E-Mail Address

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for :

on the _____ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of OCT 0 4 2011, 20____.

_____ ,
**Judge Presiding**

FILED
Chris Daniel
District Clerk
OCT 0 4 2011
Time: _____
By _____
Harris County, Texas
Deputy

2806

Unofficial Copy Official Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

   **WALTER J. GAMBLE**

SPN: 01529344
DOB:
DATE PREPARED: 9/23/2011

D.A. LOG NUMBER:1779342
CJIS TRACKING NO.:
BY: **CM** DA NO: 002197869
AGENCY:CONSTABLE PCT8
O/R NO: 110071420
ARREST DATE: TO BE

NCIC CODE: 2411 11            RELATED CASES: **ONE OTHER MISD**

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO: 1317118
HARRIS COUNTY DISTRICT COURT NO: 339
FIRST SETTING DATE:

BAIL: $15,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WALTER J. GAMBLE**, hereafter styled the Defendant, heretofore on or about **MAY 30, 2011**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by TRESHAN WILLIAMS, hereafter styled the Complainant, without the effective consent of the Complainant.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 3, 2001, in Cause Number 34,759, in the 268TH DISTRICT COURT of FORT BEND County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 34,759 was final, the Defendant committed the felony of AGGRAVATED ASSAULT WITH A DEADLY WEAPON and was finally convicted of that offense on OCTOBER 3, 2006, in Cause Number 1032892, in the 178TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 26 2011

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**       **184th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2807

would show the Court that he/she is financially unable to hire an attorney.

_____
**Defendant/Witness**

Sworn to and subscribed before me on this, the _____ day of_____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ⟨15⟩ day of ⟨Dec⟩_____, 20__, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| Address | Phone Number |
| City          State          Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ⟨MAJ Hearing⟩

On the ⟨30⟩ day of ⟨Jan⟩_____, 20⟨13⟩ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ⟨15⟩ day of ⟨Dec⟩_____, 20⟨12⟩

_____
**Judge Presiding**

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

---

### FOR COURT STAFF ONLY

Reset by:  ☐ Court      ☐ Defense      ☐ Operation of Law      ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____ 21 Day _____ Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab _____ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

2808

THE STATE OF TEXAS           00401087              D.A. LOG NUMBER:1779478
VS.                                                CJIS TRACKING NO.:
**LAVERNE M. BROWN**         SPN:                  BY: EG  DA NO: 050793311
                            DOB                    AGENCY:HPD
                            DATE PREPARED: 8/19/2011   O/R NO: 093790011N
                                                   ARREST DATE: **TO BE**

NCIC CODE: **5309 04 3rd**        RELATED CASES:

FELONY CHARGE: **STALKING**
CAUSE NO:                                          BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:     **1317189**   PRIOR CAUSE NO:
FIRST SETTING DATE:                  **184**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LAVERNE M. BROWN**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 5, 2011 CONTINUING THOUGH AND UP UNTIL AUGUST 19, 2011**, did then and there unlawfully, on FEBRUARY 5, 2011 CONTINUING THROUGH AND UP UNTIL AUGUST 19, 2011, and pursuant to the same scheme and course of conduct directed specifically at CHERYL BROWN, hereinafter called the Complainant, did knowingly engage in conduct that the defendant knew and reasonably believed that the Complainant would regard as threatening the infliction of bodily injury and death upon the Complainant , namely, BY CALLING THE COMPLAINANT AND THREATENING TO KILL HER AND COMMUNICATING THREATS THOUGH A THIRD PERSON; and said conduct would cause a reasonable person to fear, and did cause the Complainant to be placed in fear of, the infliction of bodily injury or death upon the Complainant.

Unofficial Copy Office of Marilyn Burgess District Clerk

**F I L E D**
Chris Daniel
District Clerk

NOV 10 2011

Time: _____
Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

248th

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2809

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
AUG 22 2011

Time: _____
Harris County, Texas
By _____ Deputy

Co-D's
Williams Kenneth
Hood,
Hood,
Fetton
Kelvin

## ORDER APPOINTING COUNSEL

On this, the ____ day of _____, 20__, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

_____
**Bar Card/SPN Number**

_____
**Phone Number**

_____
**Fax Number**

The Court further ORDERS the cause set for : _____
on the ____ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this ____ day of _____, 20__.

_____,
**Judge Presiding**

2810

THE STATE OF TEXAS                      **02475851**          D.A. LOG NUMBER:1779514
VS.                                                           CJIS TRACKING NO.:9166909732-A001
**KIM ANTHONY WILLIAMS**         SPN:                 BY: SP  DA NO: 002197877
                                 DOB:                 AGENCY:HPD
                                 DATE PREPARED: 8/19/2011    O/R NO: 107406511Q
                                                     ARREST DATE: 08-18-2011

NCIC CODE: 5599 48          RELATED CASES: **HOOD - 2F; WILLIAMS, KENNETH - 2F; BURLESON - 1M;**
                                          **CORMIER - 1M**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:                         178                BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO: 1317205            PRIOR CAUSE NO:
FIRST SETTING DATE:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KIM ANTHONY WILLIAMS**, hereafter styled the Defendant, heretofore on or about **AUGUST 18, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

OCT 17 2011

Time: _____
Harris County, Texas

By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                                184th

Kenneth Kindle

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2811

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

**F I L E D**
District Clerk

JAN 2 7 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of **JAN 2 7 2012** , 20____.

_____ ,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the **27** day of **Jan** , 20**12**, the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : NTR
on the **23** day of **Feb** , 20**12** at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.                                                      8:30
Signed this **27** day of **Jan** **JAN 2 7 2012** , 20**12**

_____
**Judge Presiding**
JAN 2 7 2012

2812

THE STATE OF TEXAS
VS.

**DAVID MICHAEL CAIN**

SPN: 00588018
DOB:
DATE PREPARED: 11/10/2011

D.A. LOG NUMBER:1782110
CJIS TRACKING NO.:9166937000-A001
BY: LM  DA NO: 002333841
AGENCY:DEER PARK PD
O/R NO: 1103478
ARREST DATE: 08 28 2011

NCIC CODE: 5404 23                     RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO: **1318215**
HARRIS COUNTY DISTRICT COURT NO: 178
FIRST SETTING DATE:

BAIL: $30,000
PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAVID MICHAEL CAIN**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2011**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on FEBRUARY 16, 200 , the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1011799 in 337TH DISTRICT COURT, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on  DECEMBER 16, 1986, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 0905992 in COUNTY CRIMINAL COURT AT LAW NO. 9, HARRIS County, Texas.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

337

**INDICTMENT**

FILED
Chris Daniel
District Clerk
NOV 1 1 2011
Time:
By

2813

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

**FILED**
Chris Daniel
District Clerk

SEP - 1 2011

Time: _____   Harris County, Texas

By _____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___ day of ___SEPT___, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

R P SKIP CORNELIJ
**Attorney**

20 28 Buffalo Texas
**Address**

H    T 77019
**City**          **State**          **Zip**          _____ **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 5 1 3
**Fax Number**

The Court further ORDERS the cause set for _____
on the __30th__ day of __Sept__, 20_11_ at 9:00 a.m at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of ___SEP - 1 2011___, 20___

_____
**Judge Presiding**

2814

4/9/2021 3:07 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52320276
By: E Lane-Orton
Filed: 4/9/2021 3:07 PM

## 13847940101C / Court: 337

### IN THE 337TH JUDICIAL DISTRICT COURT
### HARRIS COUNTY, TEXAS

### AND

### IN THE TEXAS COURT OF CRIMINAL APPEALS
### AUSTIN, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| **Ex parte OBEL CRUZ-GARCIA,** | § | |
| | § | **Writ No. _____** |
| | § | Trial Court Case No: |
| | § | 1384794 |
| | § | |
| **Applicant.** | § | **CAPITAL CASE** |
| | § | |
| | § | |
| | § | |

## SUBSEQUENT APPLICATION FOR
## POST-CONVICTION WRIT OF HABEAS CORPUS
## EXHIBIT 139 B

Jeremy Schepers (Texas 24084578)
Supervisor, Capital Habeas Unit
David Currie (TX 24084240)
Naomi Fenwick (TX 24107764)
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, Texas 75202
jeremy_schepers@fd.org
(214) 767-2746
(214) 767-2886 (fax)

*Counsel for Obel Cruz-Garcia*

1

2815

13847940101C / Court: 337

# EXHIBIT 139 B

THE STATE OF TEXAS

VS.

**ZACORRIEON JHONTRAE NAULING**

02577425

D.A. LOG NUMBER:1782611

CJIS TRACKING NO.:9166941814-A001

SPN:

DOB:

DATE PREPARED: 8/31/2011

BY: MB  DA NO: 002156159

AGENCY:WEST UNIV PDP

O/R NO: 11P0414

ARREST DATE: 8-26-2011

NCIC CODE: 1204 04                    RELATED CASES:  CO-DEF BROWN (F) SARGEON (F0) MORANT (F)

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon

CAUSE NO:                                                                    BAIL: $30,000.00

HARRIS COUNTY DISTRICT COURT NO:          1318466          PRIOR CAUSE NO:

FIRST SETTING DATE:                                      339

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ZACORRIEON JHONTRAE NAULING**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by CHRISTOPHER COLLINS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY  threaten and place CHRISTOPHER COLLINS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, FIREARM .

**FILED/**
Chris Daniel
District Clerk

OCT 21 2011

Time: 12:50

By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    228th

FOREMAN OF THE GRAND JURY

INDICTMENT

2817

Unofficial Copy Office of Marilyn Bu... District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

SEP 3 0 2011

Time: _____
By _____
Harris County, Texas
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ___30___ day of ___SEP_____, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

R/ CORNELY
**Attorney**

2028 Buffolo Terrace
**Address**

1st T 77019
**City**         **State**      **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 / 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 / 3 - 5 2 9 - 0 / 5 3
**Fax Number**

The Court further ORDERS the cause set for :
on the ___31st___ day of ___October_____, 20__, at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of SEP 3 0 2011 , 20____

_____,
**Judge Presiding**

2818

THE STATE OF TEXAS
VS.
**ZACORRIEN JHONTRAE NAULING**
[REDACTED]

**02577425**

SPN:
DOB: [REDACTED]
DATE PREPARED: 9/1/2011

D.A. LOG NUMBER:1783147
CJIS TRACKING NO.:9166947456-A001
BY: AC  DA NO: 002275023
AGENCY:BELLAIRE PD
O/R NO: 1108262565
ARREST DATE: 09/01/11

NCIC CODE: 1204 04          RELATED CASES:  MORANT, BROWN AND SARGEON-ALL 1 FEL.
FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                    **1318694**           BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:             **339**               PRIOR CAUSE NO:
FIRST SETTING DATE:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ZACORRIEN JHONTRAE NAULING**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2011**, did then and there
unlawfully, while in the course of committing theft of property owned by HASSAN GEBARA, and with intent to obtain and maintain control of
the property, INTENTIONALLY AND KNOWINGLY threaten and place HASSAN GEBARA in fear of imminent bodily injury and death, and
the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

OCT 21 2011

Time: 10:50
By [signature]
Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    **228th**

[signature]
FOREMAN OF THE GRAND JURY

INDICTMENT

28/19

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the ___6___ day of ___Sept___, 20_11_

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

SEP – 6 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___6___ day of ___Sept___, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Skip Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

H    T    77019
**City**        **State**    **Zip**        **E-Mail Address**

04831000
**Bar Card/SPN Number**

713 - 237 - 8547
**Phone Number**

713 - 237 - 8547
**Fax Number**

The Court further ORDERS the cause set for :    Aug.

on the ___30___ day of ___Sept___, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___6___ day of ___Sept___, 20_11_

**Judge Presiding**

2820

Unofficial Copy Office of Harris County District Clerk

THE STATE OF TEXAS              **02389993**              D.A. LOG NUMBER:1784073
VS.                                                        CJIS TRACKING NO.:9166957931-A001
**DAMIEN DESHONE JONES**         SPN:                     BY: **BLC** DA NO: 002126743
                                 DOB:                     AGENCY:**HCSO**
                                 DATE PREPARED: 9/4/2011  O/R NO: HC1100118182
                                                          ARREST DATE: 09/04/11

NCIC CODE: 1204 04              RELATED CASES: CO DEF D. PRESTON (FEL)

FELONY CHARGE:  **Aggravated Robbery – Deadly Weapon**
CAUSE NO:                                                  BAIL: $30000
HARRIS COUNTY DISTRICT COURT NO:      **1318985**          PRIOR CAUSE NO:
FIRST SETTING DATE:                   **177**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAMIEN DESHONE JONES**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 04, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by HASSAM AMROLLAH-MAJDABADI, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE HASSAM AMROLLAH-MAJDABADI IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

OCT 24 2011

Time: _____
Harris County, Texas
By _____
Deputy

Foreman                                            209th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

INDICTMENT

2821

show the Court that he / she is <u>financially unable to hire an attorney.</u>

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is finansially unable to hire an attorney.

_____,
Witness

**FILED**
Chris Daniel
District Clerk

SEP - 9 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the **9** day of **SEP**, 20**11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

2028 Buffalo Terra
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 7 | 9 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 9 | - | 9 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____ Arg -
on the **11** day of **Oct**, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.  SEP - 9 2011

Signed this _____ day of _____, 20____.

_____
**Judge Presiding**

2822

THE STATE OF TEXAS       **02466514**      D.A. LOG NUMBER:1784038
VS.                                              CJIS TRACKING NO.:9166957923-A001

**DESMON WAYNE PRESTON**    SPN:                 BY: **BLC**   DA NO: 002126743
                              DOB:                 AGENCY:HCSO
                              DATE PREPARED: 9/4/2011     O/R NO: HC1100118182
                                                           ARREST DATE: 09/04/11

NCIC CODE: 1204 04         RELATED CASES: CO DEF D. JONES (FEL)

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                                  BAIL: $30000
HARRIS COUNTY DISTRICT COURT NO:     **1318986**        PRIOR CAUSE NO:
FIRST SETTING DATE:                **177**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESMON WAYNE PRESTON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 04, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by MOHAMMED CHAWLA, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE MOHAMMED CHAWLA IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

OCT 24 2011

Time: 1435

Harris County, Texas

By _____ Deputy

Foreman                 209th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INDICTMENT

2823

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

**F I L E D**
Chris Daniel
District Clerk

FEB - 1 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of **FEB 1 2012** _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _1_ day of _Feb_ , 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELUS
**Attorney**

2028 Buffalo Ter
**Address**

Hu    T    77019
**City          State          Zip**          **E-Mail Address**

New Atty

|0|4|8|3|1|5|0|0|
**Bar Card/SPN Number**

|7|1|3|-|2|3|7|-|8|5|4|7|
**Phone Number**

|7|1|3|-|5|2|8|-|0|1|5|3|
**Fax Number**

The Court further ORDERS the cause set for : ___ Disp. ___
on the _1_ day of _March_ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.

Signed this _1_ day of _Feb._ , 20_12_

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2824

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.
**JEREMY  WILLIAMS**

SPN: 01689180
DOB:
DATE PREPARED: 9/27/2011

D.A. LOG NUMBER:1784020
CJIS TRACKING NO.:9166957370-A001
BY: LM  DA NO: 002126743
AGENCY:HPD
O/R NO: 114674411Z
ARREST DATE: 09 03 2011

NCIC CODE: 4801 26                    RELATED CASES:

FELONY CHARGE:  Evading Arrest or Detention - Second Offender
CAUSE NO: 1318992
HARRIS COUNTY DISTRICT COURT NO: 262
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY WILLIAMS**, hereafter styled the Defendant, heretofore on or about SEPTEMBER 3, 2011, did then and there unlawfully, intentionally flee from E. SEPOLIO, hereafter styled the Complainant, a peace officer employed by THE HOUSTON POLICE DEPARTMENT, lawfully attempting to  detain the Defendant, and the Defendant knew that the Complainant was a peace officer attempting to  detain the Defendant, and before the commission of the offense alleged herein, on APRIL 25, 2002, in Cause Number 1109052 in the COUNTY CRIMINAL COURT AT LAW NO. 13 of HARRIS County, Texas, the Defendant was finally convicted of the offense of evading ARREST.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on AUGUST 13, 2002, in Cause Number 917803, in the  262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of TAMPERING WITH EVIDENCE.

Before the commission of the primary offense, and after the conviction in Cause Number 917803 was final, the Defendant committed the felony of  AGGRAVATED ASSAULT and was finally convicted of that offense on  JANUARY 10, 2006, in Cause Number 1001226, in the 209TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 28 2011

Time: _____ 11:00
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                    **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2825

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would
show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___7___ day of ___Sept___, 20_11_

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

SEP - 7 2011

Harris County, Texas

Time: _____

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___7___ day of ___Sept___, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

_____  _____  _____  _____
**City**              **State**          **Zip**         **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 3 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : ___Aug_____
on the ___4___ day of ___October_____, 20_11_ at 9:00 a.m at 1201 Franklin, Houston, Harris
County, Texas.

Signed this ___7___ day of ___Sept_____, 20_11_

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2826

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**STACY DEMON WILLIAMS**

**01784052**

SPN:
DOB:
DATE PREPARED: 9/5/2011

D.A. LOG NUMBER:1784415
CJIS TRACKING NO.:9166961742-A001
BY: YT  DA NO: 002397167
AGENCY:HPD
O/R NO: 115388311
ARREST DATE: 09/05/11

NCIC CODE: 1399 03

RELATED CASES:

FELONY CHARGE:  Assault of Family Member Second Offender and Impeding Breathing
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1319096**                BAIL: $NO BOND
FIRST SETTING DATE:                     **177**                    PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, STACY DEMON WILLIAMS, hereafter styled the Defendant, heretofore on or about SEPTEMBER 5, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to SARA WILLIAMS, hereafter styled the Complainant, a member of the Defendant's household, by impeding the normal breathing or circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

It is further presented that, before the commission alleged above, the Defendant, on OCTOBER 13, 2006, in the COUNTY CRIMINAL COURT AT LAW NO. 7  of HARRIS County, Texas, in Cause Number 1369738, was convicted of ASSAULT, which was committed against a member of the Defendant's family.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on OCTOBER 12, 2006, in Cause Number 1065974, in the 178TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of FELON IN POSSESSION OF A WEAPON.

Before the commission of the primary offense, and after the conviction in Cause Number 1065974 was final, the Defendant committed the felony of ASSAULT and was finally convicted of that offense on SEPTEMBER 13, 2010, in Cause Number 1206955, in the 339TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

SEP 20 2011

Time: _____ 1115
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman        208th**

JIM C HARRIS

FOREMAN OF THE GRAND JURY

**INDICTMENT**                                              2827

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of SEP 0 8 2011 , 200___

**FILED**
Chris Daniel
District Clerk

SEP -8 2011

Time: _____

By _____

Harris County, Texas

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 8 day of SEP , 2011, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney

Address

City          State          Zip          E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

The Court further ORDERS the cause set for : _____

on the 30 day of SEPT , 2011 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 0 8 2011 , 200___.

Judge Presiding

Unofficial copy of Marilyn Burgess District Clerk

2828



THE STATE OF TEXAS        02389993        D.A. LOG NUMBER:1784558
VS.                                          CJIS TRACKING NO.:

**DAMIEN DESHONE JONES**      SPN:             BY: **RZ**  DA NO: 002197878
                                    DOB: ▇▇▇▇▇▇        AGENCY:HCSO
                                    DATE PREPARED: 9/6/2011      O/R NO: 11105666
                                                         ARREST DATE: 09-04-2011

NCIC CODE: 1204 04           RELATED CASES:  SAME DEF TRANS#1784555

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                                  BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:      **1319138**        PRIOR CAUSE NO:
FIRST SETTING DATE:                    **177**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAMIEN DESHONE JONES**, hereafter styled the Defendant, heretofore on or about AUGUST 9, 2011, did then and there unlawfully, while in the course of committing theft of property owned by JASON THOMAS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place JASON THOMAS, in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

OCT 24 2011

Time: _____ 1435

Harris County, Texas

By _____

Deputy

**Foreman**           **209th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

INDICTMENT

2829

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the ___30___ day of ___Sept___ , 20_11_ .

_____ ,

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

SEP 3 0 2011

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___30___ day of ___Sept___ , 20_11_ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. P. Cornelis_
**Attorney**

_2028 Buffalo Tenac_
**Address**

_H_ _T_ _77019_
**City** **State** **Zip** _____
**E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 9 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _Aug_
on the ___3___ day of ___Nov___ , 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___30___ day of ___Sept___ , 20_11_ .

_____ ,
**Judge Presiding**

2830

THE STATE OF TEXAS                          **02389993**          D.A. LOG NUMBER:1784555
VS.                                                               CJIS TRACKING NO.:
**DAMIEN DESHONE JONES**          SPN:                            BY: DB  DA NO: 001638714
                                  DOB:                            AGENCY:HCSO
                                  DATE PREPARED: 9/6/2011         O/R NO: 1190491
                                                                 ARREST DATE: 9-6-11

NCIC CODE: 1204 04                RELATED CASES:

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                                         BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:         **1319149**              PRIOR CAUSE NO:
FIRST SETTING DATE:                      **183**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAMIEN DESHONE JONES**, hereafter styled the Defendant, heretofore on or about **JULY 8, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by NHU CHAW, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE NHU CHAW IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

SEP 20 2011

Time: _____
Harris County, Texas

By _____
          Deputy

Foreman                    208th

JIM C HARRIS

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2831

Unofficial Copy Office of Marilyn Burgy District Clerk

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 _____.

_____

**F I L E D**
Chris Daniel
District Clerk

SEP - 9 2011

Time: _____
       Harris County, Texas
By _____
       Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL   LAST

On this, the 9 day of SEPT, 20 11, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

RP CORNECUS
**Attorney**
2028 Buffalo Terrace
**Address**
H T 77019
**City            State            Zip            E-Mail Address**

0483/500
**Bar Card/SPN Number**

713-237-0597
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for :                Arr

on the 11 day of Oct, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of SEP - 9 2011, 20 _____     SEP 0 9 2011

_____
**Judge Presiding**

Unofficial Copy Office of Harris County District Clerk

2832



| | | |
|---|---|---|
| THE STATE OF TEXAS | **02374996** | D.A. LOG NUMBER:1784636 |
| VS. | | CJIS TRACKING NO.: |
| **ALEXANDER  SCOTT** | SPN: | BY: EV DA NO: 002156159 |
| **HOUSTON, TX** | DOB:▓▓▓▓▓▓ | AGENCY:HPD |
| | DATE PREPARED: 9/7/2011 | O/R NO: 109333111Q |
| | | ARREST DATE: **TO BE** |

NCIC CODE: **1301 19**          RELATED CASES:  **CO-DEF HOLMES, J.-FEL**

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                                              BAIL: **$10,000**
HARRIS COUNTY DISTRICT COURT NO:        **1319241**      PRIOR CAUSE NO:
FIRST SETTING DATE:                              **177**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ALEXANDER SCOTT**, hereafter styled the Defendant, heretofore on or about **AUGUST 23, 2011**, did then and there unlawfully, intentionally and knowingly threaten IBEN CERVANTES with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

SEP 21 2011  10:25

Time: _____
Harris County, Texas
By _____  15m
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                              **228th**

_Sheryl E. ____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2833

show the Court that he / she is **financially unable to hire an attorney.**

_____
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

**F I L E D**
Chris Daniel
District Clerk

SEP - 9 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the **9** day of **SEP**, 20 **11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City                    State              Zip             E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 1 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 9 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____ **Arg.** _____
on the **11** day of **Oct**, 20 **11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

SEP - 9 2011

Signed this _____ day of _____, 20___.

_____
**Judge Presiding**

2834

**DISTRICT CLERK**

THE STATE OF TEXAS          **02466514**          D.A. LOG NUMBER:1784916
VS.                                                CJIS TRACKING NO.:
**DESMON WAYNE PRESTON**     SPN:                  BY: EV  DA NO: 002197878
                            DOB:                   AGENCY:HCSO
                            DATE PREPARED: 9/7/2011 O/R NO: 1191853
                                                   ARREST DATE: 09/07/2011

NCIC CODE: 1204 04          RELATED CASES:

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                          BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:    131928         PRIOR CAUSE NO:
FIRST SETTING DATE:                 177

___

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DESMON WAYNE PRESTON**, hereafter styled the Defendant, heretofore on or about **JULY 11, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by JEREMIAH TJARKS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE JEREMIAH TJARKS, IN FEAR OF IMMINENT BODILY INJURY AND DEATH and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

OCT 24 2011

Time: 1435
                    Harris County, Texas
By
                    Deputy

**Foreman**          209th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INDICTMENT

2835

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**F I L E D**
Chris Daniel
District Clerk

SEP - 9 2011

**Deputy District Clerk**
**Harris County, Texas**

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **9** day of **SEPT**_____, 20**11**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _R.P. CORNELIS_

**Address** _2028 Buffalo Terrace_

**City** _____ **State** _HT_ **Zip** _97019_     **E-Mail Address** _____

**Bar Card/SPN Number** `0 4 8 3 1 5 0 0`

**Phone Number** `7 1 3 - 2 3 7 - 8 5 4 7`

**Fax Number** `7 1 3 - 5 2 3 - 0 7 5 3`

The Court further ORDERS the cause set for : _Arr_

on the **23** day of **Sept**_____, 20**11** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _SEP - 9 2011_, 20 _SEP 0 9 2011_

_____

**Judge Presiding**

2836



THE STATE OF TEXAS
VS.

**ADOLFO MARTINEZ**

02433976

SPN:
DOB:
DATE PREPARED: 9/7/2011

D.A. LOG NUMBER:1784982
CJIS TRACKING NO.:9166967201-A001

BY: EG  DA NO: 002156159
AGENCY:HPD
O/R NO: 116234611B
ARREST DATE: 09-07-2011

NCIC CODE: 2300 79                RELATED CASES: SAME DEF-MISD

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1319301**
FIRST SETTING DATE:                                    **177**

BAIL: $NO BOND
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADOLFO MARTINEZ**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 7, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO SOCKET WRENCH SETS, ONE WRENCH, AND ONE LASER, owned by KRISTAN PANLILINAN, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on DECEMBER 29, 2010, in Cause Number 1727470, in the COUNTY CRIMINAL COURT AT LAW NO. 10, of HARRIS, County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

Before the commission of the primary offense, on MARCH 17, 2011, in Cause Number 1731004, in the COUNTY CRIMINAL COURT AT LAW NO. 10, of HARRIS County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

**FILED**
**Chris Daniel**
**District Clerk**

SEP 14 2011

Time: 1:25
Harris County, Texas
By _____ pm
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman          228th

_Howard H Koslar_

FOREMAN OF THE GRAND JURY

INDICTMENT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2837

show the Court that he / she is financially unable to hire an attorney.

8.30                                Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

SEP 1 2 2011

SEP 1 2 2011

_____
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 12 day of SEPT _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

PP Garcia
Attorney

2028 Buffalo Terrace
Address

H T 77019
City          State          Zip          E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 9 | 5 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.                    8:30
Signed this 12 day of Sept _____, 20 11.

_____
Judge Presiding

Certified Copy Office of Marilyn Burgess District Clerk

2838

THE STATE OF TEXAS      **01890379**      D.A. LOG NUMBER:1785328

VS.      CJIS TRACKING NO.:9166971039-A001

**VALENTINA REBECCA GONZALES**    SPN:      BY: KL DA NO: 002359767

DOB:      AGENCY:HPD

DATE PREPARED: 9/9/2011      O/R NO: 116679711G    **P2**

ARREST DATE: 9/8/11

NCIC CODE: 5599 04      RELATED CASES:

FELONY CHARGE: Possession of a Controlled Substance

CAUSE NO:      BAIL: $15000

HARRIS COUNTY DISTRICT COURT NO:    **1319441**      PRIOR CAUSE NO:

FIRST SETTING DATE:      **262**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **VALENTINA REBECCA GONZALES**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 8, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, HEROIN, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

*State moves to sentence under 12.44c.*

**FILED**
Chris Daniel
District Clerk

SEP 12 2011

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY      BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2839

8130

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____ SEP 1 2 2011 , 20 ___ .

**F I L E D**
Chris Daniel
District Clerk

SEP 1 2 2011

Time: _____ Harris County, Texas

By _____ Deputy

_____ ,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 12 day of SEP , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

2028 Buffalo Texal
**Address**

HT 77019
**City**          **State**          **Zip**          E-Mail Address

| 0 | 9 | 8 | 3 | 1 | 8 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 0 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 3 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for : _____ ARRN

on the 12 day of OCT , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.          8130

Signed this 12 day of Sept , 20 11

_____
**Judge Presiding**

2840

THE STATE OF TEXAS

VS.

**JAMES PRICE FAGAN**

SPN: 01003497
DOB:
DATE PREPARED: 10/11/2011

D.A. LOG NUMBER:1785783
CJIS TRACKING NO.:9166976073-A001
BY: LM  DA NO: 062187900
AGENCY:BAYTOWN PD
O/R NO: 201135155
ARREST DATE: 09 09 2011

NCIC CODE: 5404 23                    RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO: 1319596
HARRIS COUNTY DISTRICT COURT NO: 262
FIRST SETTING DATE:

BAIL: $10,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES PRICE FAGAN**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 9, 2011**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on JUNE 30, 1998, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 9818705 in COUNTY CRIMINAL COURT AT LAW NO. 11, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on OCTOBER 5, 1998, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 9839892 in COUNTY CRIMINAL COURT AT LAW NO. 3, HARRIS County, Texas.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on OCTOBER 8, 1990, in Cause Number 0568182, in the 351ST DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of AGGRAVATED ASSAULT.

Before the commission of the primary offense, and after the conviction in Cause Number 0568182 was final, the Defendant committed the felony of BOATING WHILE INTOXICATED and was finally convicted of that offense on DECEMBER 6, 2007, in Cause Number 1124207, in the 351ST DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

OCT 12 2011

Time: 1336
Harris County, Texas
By AG
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**            **228th**

_Sheryl E Vine_

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2841

show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

Chris Daniel
District Clerk

SEP 14 2011

_____
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _Sept_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Corrects
Attorney

2028 Buffalo Terra
Address

HT 77019
City          State          Zip          E-Mail Address

[0][4][6][3][1][5][0][0]
Bar Card/SPN Number

[7][1][3]-[2][3][7]-[0][5][4][7]
Phone Number

[7][1][3]-[5][2][8]-[0][1][5][3]
Fax Number

The Court further ORDERS the cause set for : _____
on the _12_ day of _October_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _14_ day of _Sept_, _11_

_____
Judge Presiding

10-12-11
8:30 AM

2842

THE STATE OF TEXAS
VS.

**02570407**

D.A. LOG NUMBER:1786297 *02570407*
CJIS TRACKING NO.:916698176X-A001

**AARON DAVON KOSSIE**

SPN:
DOB:
DATE PREPARED: 9/12/2011

BY: EV  DA NO: 001638615
AGENCY:HPD
O/R NO: 118335411B
ARREST DATE: 09/12/2011

*P2*

NCIC CODE: **3899 01**          RELATED CASES:

FELONY CHARGE: **VIOLATION OF PROTECTIVE ORDER - FAMILY VIOLENCE**
CAUSE NO:                                                          BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:      **1319804**      PRIOR CAUSE NO:
FIRST SETTING DATE:                   **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **AARON DAVON KOSSIE**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2011**, did then and there unlawfully intentionally and knowingly violate a protective order, issued under Article 17.292, Code Criminal Procedure, and attached hereto as Exhibit A, by committing the offense of assault of ADRIAN KELLER, namely, by intentionally causing bodily injury to ADRIAN KELLER by STRIKING THE COMPLAINANT WITH HIS HAND AND by committing the offense of assault of ADRIAN KELLER, namely, by knowingly causing bodily injury to ADRIAN KELLER by STRIKING THE COMPLAINANT WITH HIS HAND.

**FILED**
Chris Daniel
District Clerk

SEP 12 2011

Time: _____1430_____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on September 12, 2011

_____
AFFIANT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

_____       *A705752*
ASSISTANT DISTRICT ATTORNEY      BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

2843

# EXHIBIT A

Unofficial — Office of Marilyn Burgess

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,

**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk

SEP 14 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___14___ day of ___SEPT___, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for :
on the __18__ day of __October__, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __14__ day of __Sept__, 20_11_

_____
**Judge Presiding**

10-18-11
8:30 AM

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2845

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**ADRIAN URIOSTIGUE**

<span style="color:black">■■■■■■■■■■■■■■</span>

**01850601**

SPN:
DOB:
DATE PREPARED: 9/12/2011

D.A. LOG NUMBER:1786329
CJIS TRACKING NO.:9166982081-A001

BY: SP  DA NO: 001638615
AGENCY:HPD
O/R NO: 118298611X
ARREST DATE: 09-12-2011

NCIC CODE: 2202 05                     RELATED CASES:  SUMRALL - 1F

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:                                          **1319827**          BAIL: $20000
HARRIS COUNTY DISTRICT COURT NO:                   **228**             PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADRIAN URIOSTIGUE**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2011**, did then and there unlawfully, with intent to commit an assault, enter a habitation owned by ANTONIO VILLAMAR-HERNANDEZ, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on JUNE 22, 2009, in Cause No. 1220928, in the 262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

FILED
Chris Daniel
District Clerk
OCT 2 6 2011
Time:
By:

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2846

_Unofficial copy made by Marilyn Burgess District Clerk_

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___

**FILED**
Chris Daniel
District Clerk

_____
**Deputy District Clerk**
**Harris County, Texas**

SEP 21 2011

Time: _____
By _____
Harris County, Texas
Deputy

## ORDER APPOINTING COUNSEL

On this, the _21_ day of _SEP_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H      T     77019_
**City               State          Zip          E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for :
on the ___ day of _October_, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _21_ day of _Sept_, 20_11_

_____
**Judge Presiding**

_8:30 Am_
_Court (A1)_

_10-25-11_
_8:30 Am_

2847

**DISTRICT CLERK**

THE STATE OF TEXAS                                            D.A. LOG NUMBER:1788511
VS.                                                          CJIS TRACKING NO.:916700430X-A001
                                    SPN:              **02004571**
**MANUEL S. GARCIA**                 DOB:                     BY: JL  DA NO: 001896241
                                    DATE PREPARED: 9/19/2011  AGENCY:HCSO
                                                             O/R NO: 110125570
                                                             ARREST DATE: 9/19/2011

NCIC CODE: 1314 14              RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender
CAUSE NO:                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:                             PRIOR CAUSE NO:
FIRST SETTING DATE:                        **1320627**
                                            **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**MANUEL S. GARCIA**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 19, 2011**, did then and there unlawfully,
intentionally and knowingly cause bodily injury to AMANDA GARCIA, hereafter styled the Complainant, a member of the Defendant's family,
by PUSHING THE COMPLAINANT WITH HIS HANDS.

It is further presented that before the commission alleged above, the Defendant, on FEBRUARY 1, 2011, in the COUNTY CRIMINAL COURT
AT LAW NO. 2 of HARRIS County, Texas, in Cause No. 1731798, was convicted of ASSAULT which was committed against a member of the
Defendant's family.

**FILED**
Chris Daniel
District Clerk

OCT 0 5 2011

Time:_____
                   Harris County, Texas
By_____
                   Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                                             **Foreman**            **228th**

                                             _____
                                             FOREMAN OF THE GRAND JURY

                        **INDICTMENT**

2848

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

**FILED**
**Chris Daniel**
**District Clerk**

SEP 2 1 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _21_ day of _Sept_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Cornelly_____
**Attorney**

_2028 Buffalo Texa_____
**Address**

_H      T    77019_____
**City**          **State**          **Zip**          _____
**E-Mail Address**

_0 4 8 7 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _22_ day of _Sept_____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _21_ day of _Sept_____ 20_11_

_____
**Judge Presiding**

_9-22-11_
_8.30 Am_

2849

THE STATE OF TEXAS                **01214061**          D.A. LOG NUMBER:1788565
VS.                                                     CJIS TRACKING NO.:9167805020-A001
**PATRICE ANNETTE BREELER**     SPN:                    BY: CS  DA NO: 063842100
                                DOB:                    AGENCY:HPD
                                DATE PREPARED: 9/20/2011   O/R NO: 121890311
                                                        ARREST DATE: 09/19/2011

NCIC CODE: 2300 79              RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                               BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:      **1320647**       PRIOR CAUSE NO:
FIRST SETTING DATE:                   **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PATRICE ANNETTE BREELER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 19, 2011**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO PACKAGES OF DIAPERS, owned by MITCHELL HONIG, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the commission of the primary offense, on MAY 17, 2001, in Cause Number 1057557, in the COUNTY CRIMINAL COURT AT LAW NO. 7, of Harris County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on MAY 17, 2001, in Cause Number 1059176, in the COUNTY CRIMINAL COURT AT LAW NO. 7, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

**FILED**
Chris Daniel
District Clerk

OCT 0 5 2011

Time: _____
       Harris County, Texas
By _____
              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**          **Foreman**        **228th**

                                                         _____
                                                         FOREMAN OF THE GRAND JURY

                    **INDICTMENT**

2850

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

SEP 2 2 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____SEPT_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_M. Conner_
**Attorney**

_2024 Buffalo Ten_
**Address**

_H  T  77019_
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____SEP 2 2 2011_____, 20____.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2851

THE STATE OF TEXAS
VS.

**ROY CHARLES FINDLEY**

02329094

SPN:
DOB:
DATE PREPARED: 9/20/2011

D.A. LOG NUMBER:1788788
CJIS TRACKING NO.:9167007252-A001
BY: TD  DA NO: 002128142
AGENCY:HSCO
O/R NO: HC110126053
ARREST DATE: 09/20/2011

NCIC CODE: 2202 05

RELATED CASES: J. FLANERY:FEL  &  K. FLANERY:FEL

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

1320744
228

BAIL: $10000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ROY CHARLES FINDLEY**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 20, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by ANA LAURA SARABIA, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

*State moves to ammend to th State Jail Felony ot Burglary ot a Building*

*NCIC  2200 96*

**FILED**
Chris Daniel
District Clerk

SEP 22 2011

Time:
By:

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*2y.322006*

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

INFORMATION

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2852

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**FILED**
Chris Daniel
District Clerk

OCT 0 4 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the _____ day of _____OCT 0 4 2011_____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State              Zip

_____
E-Mail Address

[   ] Bar Card/SPN Number

[ __ - __ - __ ] Phone Number

[ __ - __ - __ ] Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :

on the _____ day of _____Nov_____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____OCT 0 4 2011_____, 20____

_____ ,
Judge Presiding

2853



THE STATE OF TEXAS
VS.

**ADAM WADE BUCHANAN**

NCIC CODE: **5205 12 F3**

02581013

SPN:
DOB:
DATE PREPARED: 9/21/2011

RELATED CASES:

D.A. LOG NUMBER:1788923
CJIS TRACKING NO.:9167008704-A001

BY: EV  DA NO: 065921651
AGENCY:HCCO 4
O/R NO: HC110124277
ARREST DATE: 09/21/2011

FELONY CHARGE: **PROHIBITED WEAPONS**
CAUSE NO:                                      **1320820**
HARRIS COUNTY DISTRICT COURT NO:   **339**
FIRST SETTING DATE:

BAIL: $5,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADAM WADE BUCHANAN**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 20, 2011**, did then and there unlawfully, intentionally and knowingly POSSESS AN EXPLOSIVE WEAPON.

**FILED**
Chris Daniel
District Clerk

SEP 2 9 2011

Time:
Harris County, Texas
By
Deputy

Foreman                    185th

*Trisha S. Pollard*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2854

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____ , 20____ .

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 03 2011

Time: _____
Harris County, Texas
By _____
    Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of OCT 03 2011 , 20____ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                State            Zip

| | | | | | |
Bar Card/SPN Number

| | | | - | | | - | | |
Phone Number

| | | | - | | | | | |
Fax Number

_____
E-Mail Address

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for _____
on the _____ day of _____ , 20____ , at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ OCT 03 2011 , 20____

OCT 03 2011

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2855

THE STATE OF TEXAS        **01710391**      D.A. LOG NUMBER:1788956
VS.                                                CJIS TRACKING NO.:

**KENNETH  GRADNIGO**     SPN:                        BY: EV  DA NO: 002156159
                                  DOB: ▮▮▮▮▮▮▮           AGENCY:HCSO
                                  DATE PREPARED: 9/21/2011     O/R NO: 11121549
                                                                       ARREST DATE: **TO BE**

NCIC CODE: **1204 04**                 RELATED CASES:

FELONY CHARGE:  Aggravated Robbery – Deadly Weapon
CAUSE NO:                                                      BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:     **1320838**        PRIOR CAUSE NO:
FIRST SETTING DATE:                   **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KENNETH GRADNIGO**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 11, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by WALTER TRAPPIO, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE WALTER TRAPPIO IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, on JULY 2, 2004, in Cause Number 992771 in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

**FILED**
Chris Daniel
District Clerk

OCT 21 2011

OCT 2 1 2011

Time: 12:50

By _____

---

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman         **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2856

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUN 11 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

JUN 11 2012

On this, the 11 day of June, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**

2028 Buffalo Terr
**Address**

HTX        77019
**City        State        Zip**        **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 6 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____ on the 3 day of July, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
8:30

Signed this 11 day of June, 20 12.

_____
**Judge Presiding**        JUN 11 2012

2857

THE STATE OF TEXAS
VS.

**JUSTIN  MCGEE**

**02465659**

D.A. LOG NUMBER:1789683
CJIS TRACKING NO.:9167016529-A001

SPN:
DOB:
DATE PREPARED: 9/23/2011

BY: EG  DA NO: 050788045
AGENCY:HPD
O/R NO: 103113611N
ARREST DATE: 09-23-2011

NCIC CODE: 1204 04                    RELATED CASES: SAME DEF-FEL / BARTHOLOMEW-FEL

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                                          BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:          **1321171**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                  **263**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
JUSTIN MCGEE, hereafter styled the Defendant, heretofore on or about AUGUST 8, 2011, did then and there unlawfully, while in the course of
committing theft of property owned by CAMERON DANSBY, and with intent to obtain and maintain control of the property, intentionally and
knowingly threaten and place CAMERON DANSBY in fear of imminent bodily injury and death, and the Defendant did then and there use and
exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

NOV 17 2011

Time: _____ 1300
Harris County, Texas
By _____ pm
Harris

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____  248ll
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2858

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUN 11 2012

Time: _____
Harris County, Texas

By _____
        Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

JUN 11 2012

On this, the 11 day of June, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**

2028 Buffalo Terr
**Address**

HTX                    77019
**City**          **State**          **Zip**          _____
                                                     **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 0 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 6 3
**Fax Number**

The Court further ORDERS the cause set for :
on the 3 day of July, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
                                        8:30
County, Texas.

Signed this 11 day of June, 20 12.

_____
**Judge Presiding**

JUN 11 2012

2859

THE STATE OF TEXAS
VS.

**02465659**

D.A. LOG NUMBER:1789683
CJIS TRACKING NO.:9167016529-A002

JUSTIN  MCGEE

SPN:
DOB:
DATE PREPARED: 9/23/2011

BY: EG  DA NO: 050788045
AGENCY:HPD
O/R NO: 103113611N
ARREST DATE: 09-23-2011

NCIC CODE: 1007 10

RELATED CASES:  SAME DEF-FEL / BARTHOLOMEW-FEL

FELONY CHARGE:   AGGRAVATED KIDNAPPING
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1321172**
FIRST SETTING DATE:                                    **263**

BAIL: $NO BOND
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JUSTIN MCGEE**, hereafter styled the Defendant, heretofore on or about **AUGUST 8, 2011**, did then and there unlawfully, intentionally and
knowingly abduct CAMERON DANSBY, hereafter styled the Complainant, without his consent, with intent to prevent his liberation by using and
threatening to use deadly force namely, a FIREARM, on the Complainant. and with intent to terrorize the Complainant and inflict bodily injury on
the Complainant.

**FILED**
Chris Daniel
District Clerk

NOV 17 2011

Time: _____ 1300
Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

INDICTMENT

2860

show the Court that he / she is financially **unable to hire an attorney.**

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 0 7 2011

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _7_ day of _OCT_, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_JW Connecly_
**Attorney**

_2028 Buffalo Texan_
**Address**

_H__ ___ _77019_
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | ✓ |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for :

on the _____ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

OCT 0 7 2011

Signed this _____ day of _____, 20____.

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2861

DISTRICT CLERK

THE STATE OF TEXAS        **01644967**        D.A. LOG NUMBER:1787897

VS.        CJIS TRACKING NO.:9166997941-A001

**KETRICK DEMONTA WHITE**        SPN:        BY: MB  DA NO: 001901698

       DOB        AGENCY:HPD

       DATE PREPARED: 9/29/2011        O/R NO: 120717311

       ARREST DATE: 9-17-2011

NCIC CODE: 2202 05        RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**

CAUSE NO:        BAIL: $20,000.00

HARRIS COUNTY DISTRICT COURT NO:        **1321806**        PRIOR CAUSE NO:

FIRST SETTING DATE:        **339**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KETRICK DEMONTA WHITE**, hereafter styled the Defendant, heretofore on or about 9-17-2011, did then and there unlawfully, with intent to commit theft, enter a habitation owned by RANDY RASHON GRAY, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on MAY 29, 1998, in Cause Number 774820 in the 177TH DISTRICT COURT District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

**F I L E D**
Chris Daniel
District Clerk

FEB 09 2012

Time:
Harris County, Texas

By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman        **339th**

FOREMAN OF THE GRAND JURY

INDICTMENT

2862

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____ , 20 ____

**F I L E D**
**Chris Daniel**
**District Clerk**

OCT 0 3 2011

Time: _____
　　　Harris County, Texas
By _____
　　　Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

OCT 0 3 2011

On this, the _____ day of _____ , 20 ____ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**　　　　　**State**　　　**Zip**　　　　**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : on the _____ day of _____ Nov , 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

OCT 0 3 2011

Signed this _____ day of _____ , 20 ____

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2863

**DISTRICT CLERK**

THE STATE OF TEXAS       **01848986**       D.A. LOG NUMBER:1791599
VS.       CJIS TRACKING NO.:9167036309-A001

**KYLE YAMCEY MCWHORTER**    SPN:       BY: CM  DA NO: 070917650
DOB:       AGENCY:HPD
DATE PREPARED: 9/30/2011    O/R NO: 126266911Q
ARREST DATE: 9-28-11

NCIC CODE: 3802 57       RELATED CASES:

FELONY CHARGE: **INJURY TO ELDERLY INDIVIDUAL**
CAUSE NO:       BAIL: ~~$10000~~ NoBond
HARRIS COUNTY DISTRICT COURT NO:    **1321919**    PRIOR CAUSE NO:
FIRST SETTING DATE:    **339**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KYLE YAMCEY MCWHORTER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 28, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to BETTE MARTIN, hereinafter styled the Complainant, an individual who was at least sixty-five years of age, by CHOKING THE COMPLAINANT WITH HIS HAND.

**FILED**
Chris Daniel
District Clerk
OCT 1 3 2011
Time: 12:20
Harris County, Texas
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman    184th

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

2864

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**FILED**
Chris Daniel
District Clerk

OCT 0 3 2011

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

OCT 0 3 2011

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Mike Coulson
**Attorney**

550 Post Oak Blvd, #570
**Address**

Houston, Texas 77027
**City          State          Zip**

_____
**E-Mail Address**

STJ-E

0 4 8 8 0 5 0 0
**Bar Card/SPN Number**

7 1 3 - 8 4 0 - 0 9 1 4
**Phone Number**

7 1 3 - 8 4 0 - 8 5 0 8
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

OCT 0 3 2011

Signed this _____ day of _____, 20____

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2865

**DISTRICT CLERK**

THE STATE OF TEXAS                           **02445210**          D.A. LOG NUMBER:1791804
VS.                                                                CJIS TRACKING NO.:9167038506-A001
**ROBERT EDWARD BYRD**          SPN:                               BY: TM  DA NO: 002197878
                                DOB:                               AGENCY:**HPD**
                                DATE PREPARED: 10/1/2011           O/R NO: 1266749110
                                                                   ARREST DATE: 9-30-11

NCIC CODE: 2300 79                     RELATED CASES:  CO-DEF: R. STERGIOU-2 FEL ; 1 OTH MISD

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                                  BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:       **1322034**         PRIOR CAUSE NO:
FIRST SETTING DATE:                    **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ROBERT EDWARD BYRD**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 30, 2011**, did then and there unlawfully,
commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property,
namely, A GPS TRACKER, owned by MCKINLEY CHITTENDEN, hereafter styled the Complainant, of the value of under one thousand five
hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JUNE 23, 2010, in Cause Number 1267797, in the 262nd District Court , of Harris, County,
Texas, the Defendant was convicted of the Felony of Theft.

Before the commission of the primary offense, on OCTOBER 5, 2009, in Cause Number 1632497, in the County Criminal Court at Law No. 14,
of Harris County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

**F I L E D**
Chris Daniel
District Clerk

DEC 09 2011

Time: 1330

Harris County, Texas
By_____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **337th**

FOREMAN OF THE GRAND JURY

INDICTMENT                    RECORDER'S MEMORANDUM
                             This instrument is of poor quality
                             at the time of imaging

2866

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

JUN 0 4 2012

Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ____ day of _____, 20__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

Attorney

_____

Address

_____

City            State            Zip            E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :

on the ____ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of _____, 20__.

_____,

Judge Presiding

CIO File MAJ

2867

THE STATE OF TEXAS                    **02439397**              D.A. LOG NUMBER:1791931
VS.                                                            CJIS TRACKING NO.:9167040098-A001

**AMBER RAE SILVA**          SPN:                               BY: **YT**  DA NO: 002197675
                             DOB:                               AGENCY:CONSTABLE PCT6
                             DATE PREPARED: 10/1/2011           O/R NO: HC11131178
                                                               ARREST DATE: 10/01/11

NCIC CODE: 5599 48              RELATED CASES:  ONE OTHER FEL                              **P2**

FELONY CHARGE:  POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE
CAUSE NO:                                                      BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        **1322060**            PRIOR CAUSE NO:
FIRST SETTING DATE:                     **228**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District
Court of Harris County, Texas, that in Harris County, Texas, **AMBER RAE SILVA**, hereafter styled the Defendant, heretofore on or about
**OCTOBER 1, 2011**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely,  COCAINE,
weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

NOV 03 2011

Time: _____
            Harris County, Texas
By _____
            Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____                          24045875
ASSISTANT DISTRICT ATTORNEY                       BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION                      RECORDER'S MEMORANDUM
                                 This instrument is of poor quality
                                 at the time of imaging              2868

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**FILED**
Chris Daniel
District Clerk

OCT 0 3 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of OCT 0 3 2011 _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State              Zip              E-Mail Address

| | | | | | | |
Bar Card/SPN Number

| | | - | | | - | | |
Phone Number

| | | - | | | | | |
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for ;

on the _____ day of _____, 2011, at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ OCT 0 3 2011 , 20___

OCT 0 3 2011

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2869

DISTRICT CLERK

THE STATE OF TEXAS                    **01710391**          D.A. LOG NUMBER:1792151
VS.                                                         CJIS TRACKING NO.:9167042597-A002
**KENNETH DAVONNE GRANDNIGO**    SPN:                       BY: TS_DA NO: 002268160
                                 DOB:                       AGENCY:HCCP6
                                 DATE PREPARED: 10/1/2011   O/R NO: 110131525
                                                            ARREST DATE: 10-1-11

NCIC CODE: 4801 26                    RELATED CASES: **TWO MISDS**

FELONY CHARGE:  Evading Arrest or Detention - Second Offender
CAUSE NO:                                                   BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO:      **1322105**           PRIOR CAUSE NO:
FIRST SETTING DATE:                   **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KENNETH DAVONNE GRANDNIGO**, hereafter styled the Defendant, heretofore on or about **OCTOBER 1, 2011**, did then and there
unlawfully, intentionally flee from T WRIGHT , hereafter styled the Complainant, a PEACE OFFICER employed by HARRIS COUNTY
CONSTABLE PRECINCT 6 , lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE
OFFICER attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on APRIL 13, 2000 , in Cause Number
0994149 in the COUNTY CRIMINAL COURT AT LAW NO 13 of HARRIS County, Texas, the Defendant was finally convicted of the offense
of evading DETENTION .

**FILED**
Chris Daniel
District Clerk

OCT 21 2011

Time: _____
By _____    Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**          Foreman          **228th**

                                                         _____
                                                         FOREMAN OF THE GRAND JURY

                              **INDICTMENT**

2870

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 0 5 2011

Time _____
Harris County, Texas

By _____
Deputy

# ORDER APPOINTING COUNSEL

On this, the _____ day of OCT 0 5 2011 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

[ ][ ][ ][ ][ ][ ][ ]
Bar Card/SPN Number

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
Fax Number

The Court further ORDERS the cause set for _____ on the _____ day of _____Nov_____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of OCT 0 5 2011 20____.

_____,
Judge Presiding

2871

THE STATE OF TEXAS

VS.

**JVARRO  YOUNG**

SPN: 02426649

DOB:

DATE PREPARED: 12/16/2011

D.A. LOG NUMBER:1792424

CJIS TRACKING NO.:9167045650-A001

BY: CM  DA NO: 002397254

AGENCY:HCSO

O/R NO: 110132013

ARREST DATE: 10 03 11

NCIC CODE: 1314 14                    RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender

CAUSE NO: 1322212                                        BAIL: $NO BOND

HARRIS COUNTY DISTRICT COURT NO: 339            PRIOR CAUSE NO:

FIRST SETTING DATE:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JVARRO YOUNG**, hereafter styled the Defendant, heretofore on or about **OCTOBER 2, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to HERLON HOPSON, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by PUSHING THE COMPLAINANT WITH HIS HAND.

    It is further presented that in Harris County, Texas, JVARRO YOUNG, hereafter styled the Defendant, heretofore on or about OCTOBER 2, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to HERLON HOPSON, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by DRAGGING THE COMPLAINANT ON THE GROUND.

    It is further presented that in Harris County, Texas, JVARRO YOUNG, hereafter styled the Defendant, heretofore on or about OCTOBER 2, 2011, did then and there unlawfully and knowingly cause bodily injury to HERLON HOPSON, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by STRIKING THE COMPLAINANT WITH HIS HAND.

    It is further presented that in Harris County, Texas, JVARRO YOUNG, hereafter styled the Defendant, heretofore on or about OCTOBER 2, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to HERLON HOPSON, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by PUSHING THE COMPLAINANT'S HEAD INTO A WALL.

It is further presented that before the commission alleged above, the Defendant, on JUNE 6, 2003, in the COUNTY CRIMINAL COURT AT LAW of BOWIE County, Texas, in Cause No. 03M0916CCL, was convicted of ASSAULT which was committed against a MEMBER OF THE DEFENDANT'S FAMILY.

**FILED**
Chris Daniel
District Clerk

DEC 1 9 2011          DEC 1 9 2011

Time:

By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**          **232nd**

_Paul Thomas Miller, Jr_

_____

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

INDICTMENT

2872

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**

Chris Daniel
District Clerk

OCT 04 2011

Time: _____

By _____
        Deputy

Harris County, Texas

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of OCT 04 2011 _____, 20 ____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_STJ Court_

_____
Attorney

_____
Address

_____
City                State              Zip

E-Mail Address

☐☐☐☐☐☐☐☐
Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
Phone Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Fax Number

The Court further ORDERS the cause set for :

on the _2nd_ day of _Nov_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

OCT 04 2011

Signed this _____ day of _____, 20 ____.

_____,

Judge Presiding

2873

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS                    00838690              D.A. LOG NUMBER:1792457
VS.                                                         CJIS TRACKING NO.:9167046037-A001
**ALANIZ ARTURO ESPINOZA**          SPN:                    BY: KL  DA NO: 050789901
                                    DOB:                    AGENCY:HPD
                                    DATE PREPARED: 10/3/2011 O/R NO: 128021511M
                                                            ARREST DATE: 10/3/11

NCIC CODE: 5599 04                  RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                                   BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:    **1322236**            PRIOR CAUSE NO:
FIRST SETTING DATE:                 **339**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ALANIZ ARTURO ESPINOZA**, hereafter styled the Defendant, heretofore on or about **OCTOBER 3, 2011**, did then and there unlawfully,
intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any
adulterants and dilutants.

F I L E D
Chris Daniel
District Clerk

NOV 16 2011

Harris County, Texas

Time: _____
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY                263

INDICTMENT

2874

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**

Chris Daniel
District Clerk

OCT 0 4 2011

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the _____ day of **OCT 0 4 2011**, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State            Zip

E-Mail Address _____

| | | | | | | | |
|-|-|-|-|-|-|-|-|

Bar Card/SPN Number

| | | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
F   713   28 0153

| | | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|

Fax Number

The Court further ORDERS the cause set for : _____

on the _____ day of _____NOV_____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of **OCT 0 4 2011**, 20____

_____,
Judge Presiding

2875

DISTRICT CLERK

THE STATE OF TEXAS                    **01848986**          D.A. LOG NUMBER:1791457
VS.                                                          CJIS TRACKING NO.:

**KYLE YANCEY MCWHORTER**    SPN:              BY: AC  DA NO: 002156159
                             DOB:              AGENCY:PASADENA PD
                             DATE PREPARED: 10/3/2011    O/R NO: 1113139
                                                          ARREST DATE: 09/29/11

NCIC CODE: 2200 96              RELATED CASES:

FELONY CHARGE:  BURGLARY WITH INTENT TO COMMIT THEFT
CAUSE NO:                                           BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        **1322239**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **339**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KYLE YANCEY MCWHORTER**, hereafter styled the Defendant, heretofore on or about **MAY 30, 2011**, did then and there unlawfully, with
intent to commit theft, enter a building not then open to the public, owned by JORGE ESTRADA, a person having a greater right to possession of
the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any
consent of any kind.

**FILED**
Chris Daniel
District Clerk

OCT 1 3 2011          OCT 1 3 2011

Time: 12:20
Harris County, Texas
By
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman              184th

FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INDICTMENT

2876

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

**F I L E D**

Chris Daniel
District Clerk

OCT 0 6 2011

Time: _____

By _____
Harris County, Texas
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

OCT 0 6 2011

On this, the _____ day of _____, 20_____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20_____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20_____.

OCT 0 6 2011

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2877

**DISTRICT CLERK**

SX 1

THE STATE OF TEXAS
VS.
TERELL D. JONES
[redacted]

02448067

SPN:
DOB: [redacted]
DATE PREPARED: 10/4/2011

D.A. LOG NUMBER:1792896
CJIS TRACKING NO.:9167050530-A001
BY: EG DA NO: 002328022
AGENCY:HPD
O/R NO: 128721611T
ARREST DATE: 10-04-2011

NCIC CODE: 5599 04 RELATED CASES: **WHITE-MISD**

P2

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1322415
FIRST SETTING DATE: 339

BAIL: $2,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **TERELL D. JONES**, hereafter styled the Defendant, heretofore on or about **OCTOBER 4, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24136822
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

_____

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

OCT 0 6 2011

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

OCT 0 6 2011

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

Attorney

_____

Address

_____        _____        _____        _____

City                        State            Zip            E-Mail Address

☐☐☐☐☐☐☐☐☐

Bar Card/SPN Number

☐☐☐-☐☐☐-☐☐☐☐

Phone Number

☐☐☐-☐☐☐-☐☐☐☐

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____

OCT 0 6 2011

_____

Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2879

DISTRICT CLERK

SY1

THE STATE OF TEXAS        **01880845**       D.A. LOG NUMBER:1793039
VS.                                            CJIS TRACKING NO.:9167052290-A001

**JOSE MENDOZA**        SPN:                         BY: KL DA NO: 062187900
                              DOB:                     AGENCY:HPD
                              DATE PREPARED: 10/5/2011    O/R NO: 128921611R
                                                     ARREST DATE: 10/5/11

NCIC CODE: 5599 04            RELATED CASES: TIEMEYER-F           **P2**

FELONY CHARGE: Possession of a Controlled Substance
CAUSE NO:                                                   BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:     **1322453**      PRIOR CAUSE NO:
FIRST SETTING DATE:                     **339**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE MENDOZA**, hereafter styled the Defendant, heretofore on or about **OCTOBER 5, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on DECEMBER 18, 2009, in Cause Number 1210794, in the 337TH District Court, of HARRIS County, Texas; the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on JUNE 3, 2008, in Cause Number 1158116, in the 248TH District Court, of HARRIS County, Texas.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

                                               24036820

ASSISTANT DISTRICT ATTORNEY              BAR CARD NO.
OF HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INFORMATION

2880

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

OCT 07 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

OCT 07 2011

On this, the _____ day of _____, 20____, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____          _____
**City**               **State**          **Zip**          **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

| | | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for :

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _____, 20____.

OCT 07 2011

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2881

DISTRICT CLERK

THE STATE OF TEXAS         **02576888**       D.A. LOG NUMBER:1793052
VS.                                        CJIS TRACKING NO.:9167052487-A001

**STEFEN KENNEDY**        SPN:                   BY: AC  DA NO: 002215011
                               DOB:                  AGENCY:HCSO
                               DATE PREPARED: 10/5/2011     O/R NO: HC11133080
                                                          ARREST DATE: 10/05/11

NCIC CODE: 1204 04            RELATED CASES: S. DEF.-2 FEL. TOTAL

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                               BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:     **1322501**       PRIOR CAUSE NO:
FIRST SETTING DATE:                  **339**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEFEN KENNEDY**, hereafter styled the Defendant, heretofore on or about **OCTOBER 5, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by LASHONDA HUDSON, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place LASHONDA HUDSON in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Asst  Foreman

*[signature]*      **337th**

F I L E D
Chris Daniel
District Clerk
DEC 02 2011

Time: ___
By ___

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

INDICTMENT

2882

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

OCT 07 2011

Time: _____   Harris County, Texas

By _____
            Deputy

_____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

OCT 07 2011

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____         _____

**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

| | | - | | | - | | |
|---|---|---|---|---|---|---|---|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | |
|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____ on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____.

OCT 07 2011

_____,

**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2883

**DISTRICT CLERK**

THE STATE OF TEXAS                    **02576888**              D.A. LOG NUMBER:1793052
VS.                                                             CJIS TRACKING NO.:9167052487-A002

**STEFEN KENNEDY**              SPN:                            BY: AC DA NO: 002215011
                                DOB: ▮▮▮▮▮▮                    AGENCY:HCSO
                                DATE PREPARED: 10/5/2011        O/R NO: HC11133080
                                                               ARREST DATE: 10/05/11

NCIC CODE: 2300 86              RELATED CASES: **S. DEF.-2 FEL. TOTAL**

FELONY CHARGE: **THEFT OF FIREARM**
CAUSE NO:                                                      BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:        **1322502**
FIRST SETTING DATE:                     **339**               PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEFEN KENNEDY**, hereafter styled the Defendant, heretofore on or about OCTOBER 5, 2011, did then and there unlawfully, appropriate by acquiring and otherwise exercising control over property, namely a firearm owned by ZEB TOWNSEL, hereafter styled the Complainant, with the intent to deprive the Complainant of the firearm.

F I L E D
Chris Daniel
District Clerk
DEC 02 2011
Time:
By

Asst Foreman          337th

*Mieghen Kirkbach*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

2884

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

OCT 0 7 2011

Time: _____
          Harris County, Texas
By _____
          Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ OCT 0 7 2011 ____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____     _____     _____          _____
**City**                **State**      **Zip**             **E-Mail Address**

[  ][  ][  ][  ][  ][  ][  ]
**Bar Card/SPN Number**

[  ][  ][  ] - [  ][  ][  ] - [  ][  ][  ][  ]          R.P. SKIP CORNELIUS
**Phone Number**                                               SBN 04831500
                                                              2028 Buffalo Terrace
[  ][  ][  ] - [  ][  ][  ] - [  ][  ][  ][  ]               Houston, Texas  77019
**Fax Number**                                                Phone 713 237 8547
                                                              Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ OCT 0 7 2011 , 20___

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2885

SX1 

THE STATE OF TEXAS
VS.

**MAMMIE LAKEYSHA NELSON**

SPN: 01968957
DOB:
DATE PREPARED: 10/6/2011

D.A. LOG NUMBER:1793269
CJIS TRACKING NO.:916705479X-A001
BY: CS DA NO: 002328322
AGENCY:HPD
O/R NO: 129323411                    **P2**
ARREST DATE: 10/05/2011

NCIC CODE: 4004 05                    RELATED CASES:

FELONY CHARGE: **PROSTITUTION**
CAUSE NO:                                              BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:          PRIOR CAUSE NO:
FIRST SETTING DATE:                       1322568
                                          339

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MAMMIE LAKEYSHA NELSON**, hereafter styled the Defendant, heretofore on or about **OCTOBER 5, 2011**, did then and there unlawfully, in a public place knowingly solicit M. RYANS to engage with the Defendant in sexual conduct, namely deviate sexual intercourse, to-wit: ORAL SEX for hire.

Before the commission of the offense alleged above, on APRIL 17, 2008, in Cause No. 1520148, in the County Criminal Court at Law No. 12 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on JULY 15, 2005, in Cause No. 1315225, in the County Criminal Court at Law No. 8 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on NOVEMBER 11, 2002, in Cause No. 1143469, in the County Criminal Court at Law No. 12 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on AUGUST 23, 2007, in Cause Number 1129999, in the 228TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on JUNE 18, 2007, in Cause Number 1121015 in the 178TH District Court of HARRIS County, Texas.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24036822
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____

**F I L E D**
Chris Daniel
District Clerk

OCT 07 2011

Deputy District Clerk
Harris County, Texas

**ORDER APPOINTING COUNSEL**

Time: _____
Harris County, Texas

By _____
Deputy

On this, the _____ day of OCT 07 2011 , 20_____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

City _____ State _____ Zip _____    E-Mail Address _____

| | | | | | | |
|---|---|---|---|---|---|---|

Bar Card/SPN Number

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

Phone Number

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

Fax Number

The Court further ORDERS the cause set for :

on the _____ day of _____ Nov _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of OCT 07 2011 , 20_____.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2887

THE STATE OF TEXAS       **00828427**       D.A. LOG NUMBER:1793289

VS.       CJIS TRACKING NO.:9167055001-A001

**ELRIDGE BROWN**       SPN:       BY: KL DA NO: 002197879

DOB:       AGENCY:HPD

DATE PREPARED: 10/6/2011       O/R NO: 129239111U

ARREST DATE: 10/5/11    **P2**

NCIC CODE: 5599 17       RELATED CASES: **HAMPTON-F; JACKSON-F; WILLIAMS-F**

FELONY CHARGE: **DELIVERY OF A CONTROLLED SUBSTANCE**

CAUSE NO:       BAIL: $15000

HARRIS COUNTY DISTRICT COURT NO:       **1322586**       PRIOR CAUSE NO:

FIRST SETTING DATE:       **339**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ELRIDGE BROWN**, hereafter styled the Defendant, heretofore on or about **OCTOBER 5, 2011**, did then and there unlawfully, knowingly deliver by actual transfer to R. MORALES, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, ELRIDGE BROWN, hereafter styled the Defendant, heretofore on or about OCTOBER 5, 2011, did then and there unlawfully, knowingly deliver by constructive transfer to R. MORALES, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, ELRIDGE BROWN, hereafter styled the Defendant, heretofore on or about OCTOBER 5, 2011, did then and there unlawfully, knowingly deliver by offering to sell to R. MORALES, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JUNE 13, 2008, in Cause Number 1170734, in the 338TH District Court, of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of BURGLARY OF A MOTOR VEHICLE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on SEPTEMBER 20, 2006, in Cause Number 1078405, in the 180TH District Court, of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*[signature]*       24049250

ASSISTANT DISTRICT ATTORNEY       BAR CARD NO.

OF HARRIS COUNTY, TEXAS

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2888

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

OCT 14 2011

Time: _____
        Harris County, Texas
By _____

_____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ____14____ day of ____OCT_____, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

RP SKIP CORNELY
**Attorney**

2028 Buffalo Terrace
**Address**

H   T   77019
**City**          **State**      **Zip**

E-Mail Address: _____

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

CO:131345O

7 1 3 - 8 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : ____NTRL_____

on the _16_ day of ____NOV____, 20_11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this _14_ day of ___Oct_____, 20_11_

_____
**Judge Presiding**

2889

THE STATE OF TEXAS          **02583248**          D.A. LOG NUMBER:1792546
VS.                                                CJIS TRACKING NO.:

**ANITA DIAMOND WASHINGTON**          SPN:          BY: AC  DA NO: 002044691
                                       DOB:          AGENCY:**HPD**
                                       DATE PREPARED: **10/6/2011**          O/R NO: **1317470101**
                                                     ARREST DATE: **TO BE**

NCIC CODE: **F1 - 3802 52**          RELATED CASES:

FELONY CHARGE: **INJURY TO CHILD - OMISSION**
CAUSE NO:                                          BAIL: **$30,000**
HARRIS COUNTY DISTRICT COURT NO:          **1322591**          PRIOR CAUSE NO:
FIRST SETTING DATE:          **232**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANITA DIAMOND WASHINGTON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 14, 2010**, did then and there unlawfully, while having a statutory duty to act pursuant to Section 151.001 of the Texas Family Code, intentionally and knowingly by omission cause serious bodily injury to ALICIA GRIFFIN, hereafter styled the Complainant, a child younger than fifteen years of age, by FAILING TO PROVIDE AND SEEK APPROPRIATE MEDICAL CARE FOR THE COMPLAINANT.

**FILED**
Chris Daniel
District Clerk

OCT 1 2 2011          OCT 1 2 2011

Time: _1336_
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                                        **228th**
                              Foreman
                              _Sheryl E Ivie_
                              FOREMAN OF THE GRAND JURY

                    **INDICTMENT**          RECORDER'S MEMORANDUM
                                            This instrument is of poor quality
                                            at the time of imaging          2890

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___6___ day of ___Feb___, 20_12_.

_____JAG_____

F I L E D
Chris Daniel
District Clerk

FEB -6 2012

Time: _____
Harris County, Texas

By: _____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___6___ day of ___Feb___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

☐☐☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : ___Non-trial___ on the ___2___ day of ___March___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___6___ day of ___Feb___, 20_12_.

_____
**Judge Presiding**

0178259

2891

THE STATE OF TEXAS
VS.

**02265590**

D.A. LOG NUMBER:1793674
CJIS TRACKING NO.:9167059104-A001

**CHRISTOPHER  BARILLAS**

SPN:
DOB:
DATE PREPARED: 10/7/2011

BY: **DB**  DA NO: 062046510
AGENCY:**HPD**
O/R NO: 129905511C
ARREST DATE: **10-7-11**

NCIC CODE: **5203 03**             RELATED CASES:

FELONY CHARGE: **FELON IN POSSESSION OF FIREARM**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1322789**
FIRST SETTING DATE:                       **177**

BAIL: $5000

PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER BARILLAS**, hereafter styled the Defendant, heretofore on or about **OCTOBER 7, 2011**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE in the District Court of the 177TH Judicial District, HARRIS County, Texas, in Cause Number 1259857, on JANUARY 6, 2011.

**FILED**
Chris Daniel
District Clerk

OCT 1 3 2011        OCT 1 3 2011   12:20

Time: _____  Harris County, Texas

By _____  Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman     184th

_Mary Heyes_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2892

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

**F I L E D**
Chris Daniel
District Clerk

DEC 1 0 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of DEC 1 0 2012 _____, 20_____ the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

R P Skip Comulos
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2020 Buffalo Terr
Address

713-237-0547
Phone Number

HTX          77019
City          State     Zip

713 528 0103
Fax Number

0U831500
SPN Number

Bar Number

The Court further ORDERS the cause set for: Dis 1

On the 15 day of Jan _____, 20 12 at 9:00 a.m. at 1201 Franklin,

Houston, Harris County, Texas.

DEC 1 0 2012

Signed this _____ day of _____, 20_____.

_____
Judge Presiding

☐ The State has offered or       ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____     Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court     ☐ Defense     ☐ Operation of Law     ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness     ☐ Defense to Contact Witness     ☐ Not Indicted

☐ D.A. to Evaluate Case     ☐ Disposition of Misc./OOC Case     ☐ Other _____

☐ D.A. to Reindict     ☐ File Unavailable     ☐ Refer to _____

☐ D.A. to file MRP/MAJ     ☐ MHMRA Evaluation _____ 21 Day _____ Full     ☐ Restitution Info

☐ Defendant On Call     ☐ No Tape/Lab _____     ☐ To Hire Attorney

☐ Defendant to Consider Offer     ☐ No Offense Report

5/2/12

2893

Unofficial Copy Office of Marilyn Burgess District Clerk

**DISTRICT CLERK**



THE STATE OF TEXAS                **02064213**            D.A. LOG NUMBER:1795312
VS.                                                       CJIS TRACKING NO.:

**EDWIN JAMES BROOKS JR.**    SPN:                        BY: AC  DA NO: 002421881
                              DOB:                        AGENCY:HCSO
                              DATE PREPARED: 10/13/2011   O/R NO: HC1132334
                                                          ARREST DATE: 10/13/11

NCIC CODE: 2202 05            RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:                                                 BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        **1323357**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **184**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWIN JAMES BROOKS JR.**, hereafter styled the Defendant, heretofore on or about **MARCH 11, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by KENNETH LYMAN, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 29, 2004, in Cause Number 0986024, in the 177TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 0986024 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on DECEMBER 19, 2007, in Cause Number 1124463, in the 228TH DISTRICT COURT of HARRIS County, Texas.

F I L E D
Chris Daniel
District Clerk
NOV 2 8 2011
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    232nd

Paul Thomas Miller, Jr
FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM          INDICTMENT                 2894
This instrument is of poor quality
at the time of imaging

Unofficial Copy Office of Harris County Burglary District Clerk

show the Court that he / she is financially unable to hire an attorney.

_Daniel Lewis_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 28 2012

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _28_ day of _August_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**            **State**         **Zip**            **E-Mail Address**

[ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20_____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _28_ day of _August_

_____,
Judge Presiding

2895

THE STATE OF TEXAS        **01922692**       D.A. LOG NUMBER:1772898
VS.                                           CJIS TRACKING NO.:

**BIANCE CHINTEL LEWIS**      SPN:                     BY: EV DA NO: 002397278

                               DOB:                       AGENCY:HCSO

                               DATE PREPARED: 10/20/2011     O/R NO: 1190807

                                                       ARREST DATE: **TO BE**

NCIC CODE: 2300 79          RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                                 BAIL: $2,000
HARRIS COUNTY DISTRICT COURT NO:      **1324169**
FIRST SETTING DATE:                 **338**               PRIOR CAUSE NO:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BIANCE CHINTEL LEWIS**, hereafter styled the Defendant, heretofore on or about JULY 9, 2011, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, FIVE DIGITAL VIDEO DISCS, owned by JOE CRAIN, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

     Before the Commission of the primary offense, on SEPTEMBER 29, 2004, in Cause Number 1185147, in the COUNTY CRIMINAL COURT AT LAW NO. 6, of HARRIS, County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

     Before the commission of the primary offense, on FEBRUARY 23, 2011, in Cause Number 083894CR2, in the COUNTY COURT AT LAW NO. 2, of MCLENNAN County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

**FILED**
Chris Daniel
District Clerk

JAN 3 0 2012    JAN 3 0 2012

Time: 11:45
Harris County, Texas
By _____ 6m
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Jonathan Mena 174_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Molly Purvis Harris District Clerk

2896

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 21st day of Nov, 20 11.

**FILED**
Chris Daniel
District Clerk

NOV 21 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21st day of Nov, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

(W SKIP CORNER.)
Attorney

2021 Buffalo Tenace
Address

77019
City          State          Zip          E-Mail Address

04831800
Bar Card/SPN Number

713-237-8347
Phone Number

713-528-9183
Fax Number

The Court further ORDERS the cause set for : _____
on the 12 day of _____, 20 __ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21st day of Nov, 20 11.

_____
Judge Presiding

**DISTRICT CLERK**

2897

CAPM

THE STATE OF TEXAS
VS.
**CHARLES DOUGLAS GARBOW JR.**

SPN: 900060
DOB:
DATE PREPARED: 07/29/2011

D.A. LOG NUMBER:1744040
CJIS TRACKING NO.: 9166539048-A002
BY: JS  DA NO: 1638714 AGENCY:HCSO
O/R NO: HC1145683
ARREST DATE: 04/21/2011

NCIC CODE: 1204 04                    RELATED CASES:

FELONY CHARGE: AGGRAVATED ROBBERY - DEADLY WEAPON
CAUSE NO: 1320880
HARRIS COUNTY DISTRICT COURT NO: 008
FIRST SETTING DATE:

BAIL: $50,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHARLES DOUGLAS GARBOW JR.**, hereafter styled the Defendant, heretofore on or about **APRIL 8, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by TIMOTHY COMEAUX, and with intent to obtain and maintain control of the property, INTENTIONALLY CAUSE BODILY INJURY TO TIMOTHY COMEAUX, and the Defendant did then and there use and exhibit a deadly weapon, namely, A KNIFE.

F I L E D
Chris Daniel
District Clerk
OCT 26 2011

Time:
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    228th

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

2898

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the 21st day of _Nov_, 20 11.

**FILED**
Chris Daniel
District Clerk

NOV 21 2011

Time: _____
Harris County, Texas
By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21st day of _Nov_, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_[W/SUP COUNSEL]_
**Attorney**

_2021 Buffalo Terrace_
**Address**

_Hou____ 77019_ _____
**City         State       Zip        E-Mail Address**

_0 4831 800_
**Bar Card/SPN Number**

_713 - 237 - 8347_
**Phone Number**

_713 - 528 - 9183_
**Fax Number**

The Court further ORDERS the cause set for : _Dec_ _____
on the 12 day of _Dec_, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21st day of _Nov_, 20 11

_____
**Judge Presiding**

2899

**DISTRICT CLERK**

CAPM

THE STATE OF TEXAS
VS.
**CHARLES DOUGLAS GARBOW JR.**

SPN: 900060
DOB:
DATE PREPARED: 07/29/2011

D.A. LOG NUMBER:1744040
CJIS TRACKING NO.: 9166539048-A0023
BY: JS  DA NO: 1638714 AGENCY:HCSO
O/R NO: HC1145683
ARREST DATE: 4/21/2011

NCIC CODE: 4802 42                    RELATED CASES:

FELONY CHARGE:  **TAMPERING/ FABRICATING PHYSICAL EVIDENCE**
CAUSE NO:  1324881                                              BAIL: $50,000
HARRIS COUNTY DISTRICT COURT NO: 208           PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**CHARLES DOUGLAS GARBOW JR.**, hereafter styled the Defendant, heretofore on or about **APRIL 8, 2011**, did then and there unlawfully,
knowing that an offense has been committed, to-wit: MURDER, CONCEAL A THING, NAMELY A HUMAN CORPSE with intent to impair its
AVAILABILITY as evidence in any subsequent investigation of and official proceeding related to the aforesaid offense.

FILED
Chris Daniel
District Clerk
OCT 26 2011

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    228th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2900

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**F I L E D**
Chris Daniel
District Clerk

AUG 0 3 2012

Time: _____
    Harris County, Texas
By _____
    Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __3__ day of __August__, 20__2__, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this __3__ day of __August__, 20__12__

_____
Judge Presiding

2901

THE STATE OF TEXAS
VS.
**JEROME LIGE**

**01292682**

D.A. LOG NUMBER:1799341
CJIS TRACKING NO.:9167119735-A001

SPN:
DOB:
DATE PREPARED: 10/27/2011

BY: MB   DA NO: 001377499
AGENCY:HPD
O/R NO: 139329711
ARREST DATE: 10-27-2011

NCIC CODE: 1314 08                    RELATED CASES:

FELONY CHARGE:  **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1324977**              BAIL: $NO BOND
FIRST SETTING DATE:                       **338**                  PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEROME LIGE**, hereafter styled the Defendant, heretofore on or about **OCTOBER 27, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to LAETITIA BANSIE, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

**FILED**
Chris Daniel
District Clerk

FEB 0 3 2012

Time: 13:35

By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman        176th

_Gerald W. Joseph_

FOREMAN OF THE GRAND JURY

INDICTMENT

2902

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

NOV 0 7 2011

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 7 day of NOV , 20 11 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

☐☐☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Phone Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Fax Number

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : on the ____ day of _____, 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 7 day of NOV , 20 11

_____
Judge Presiding

12-13-11
8.30 AM

2903

THE STATE OF TEXAS        <u>02314258</u>      D.A. LOG NUMBER:1801605
VS.      CJIS TRACKING NO.:9167142664-A001

**JAMAL MOLIZONE**     SPN:           BY: BJE  DA NO: 002275023
    ▓▓▓▓▓▓▓       DOB: ▓▓▓▓▓       AGENCY:HPD
                   DATE PREPARED: 11/4/2011    O/R NO: 142975811 D
                                                    ARREST DATE: 11-3-11

NCIC CODE: **1314 21**        RELATED CASES:
FELONY CHARGE:  **Aggravated Assault - Family Member**
CAUSE NO:                                        BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:        PRIOR CAUSE NO:
FIRST SETTING DATE:         <u>1325912</u>
                                  228

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMAL MOLIZONE**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 3, 2011**, did then and there unlawfully, intentionally and knowingly threaten  JACQUISHA BRUCE, a  PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely,  A KNIFE.

**FILED**
Chris Daniel
District Clerk    12-21-11

DEC 21 2011

Time: _____ 660 _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**         **337th**

*Tony R. Dhergen*
FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

2904

would show the Court that he/she is financially unable to hire an attorney.

_Mistau Sthmas_
**Defendant/Witness**

Sworn to and subscribed before me on this, the ____30____ day of ___April___, 20__13__.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ___30___ day of ___April___, 20__13__, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
|---|---|
| Address | Phone Number |
| City          State          Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for:
On the ___6___ day of ___May___, 20__13__ at _____ a.m. at 201 Franklin, Houston, Harris County, Texas.
Signed this ___30___ day of ___April___, 20__13__

_____
**Judge Presiding**

☐ The State has offered or        ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____ 21 Day ____ Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab _____ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

2905

THE STATE OF TEXAS
VS.

**MISTER ELIAKIM THOMAS**

**02587957**

SPN:
DOB:
DATE PREPARED: 11/4/2011

D.A. LOG NUMBER:1801798
CJIS TRACKING NO.:
BY: AC  DA NO: 002260927
AGENCY:HCCO4
O/R NO: HC11138962
ARREST DATE: TO BE

NCIC CODE: 2202 05          RELATED CASES:

FELONY CHARGE:  **BURGLARY OF A HABITATION**
CAUSE NO:                                     **1325973**          BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:      **174**          PRIOR CAUSE NO:
FIRST SETTING DATE:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**MISTER ELIAKIM THOMAS**, hereafter styled the Defendant, heretofore on or about **OCTOBER 17, 2011**, did then and there unlawfully,
with intent to commit theft, enter a habitation owned by DAMON VICTOR, a person having a greater right to possession of the habitation than the
Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

F I L E D
Chris Daniel
District Clerk
DEC 0 2 2011

Time:
By:

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Foreman          **262nd**

FOREMAN OF THE GRAND JURY

INDICTMENT

2906

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

NOV 07 2011

Time: _____

By _____
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____   _____   _____
City                    State              Zip

_____
E-Mail Address

☐☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Phone Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for ; on the _____ day of _____ 20 11 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____

_____
Judge Presiding

DISTRICT CLERK

THE STATE OF TEXAS

VS.

**CLIFFORD JONES**

SPN: 02266349
DOB:
DATE PREPARED: 1/3/2012

D.A. LOG NUMBER:1802172
CJIS TRACKING NO.:9167149049-A001
BY: LM  DA NO: 002158528
AGENCY:HCSO
O/R NO: HC11148550
ARREST DATE: 11 05 2011

NCIC CODE: 1301 19            RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO: 1326108
HARRIS COUNTY DISTRICT COURT NO: 228
FIRST SETTING DATE:

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLIFFORD JONES**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 5, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to DAVIONNE HARRIS, hereinafter called the Complainant, by cutting the complainant, and the Defendant used and exhibited a deadly weapon, namely a broken bottle.

**FILED**
Chris Daniel
District Clerk

FEB 16 2012

Time: _____

By _____

Harris County, Texas

Foreman _____ 339th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2908

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**FILED**
Chris Daniel
District Clerk

JAN 2 4 2012

Time: _____

By _____

Sworn to and subscribed before me on this, the _____ day of _____ JAN 2 4 2012 _____, 20 ___.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 24 day of JAN, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____ E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ NTVU _____
on the 25 day of JAN, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.

Signed this _____ day of JAN 2 4 2012, 2012

_____,
Judge Presiding

2909

P2

| THE STATE OF TEXAS | | **00480746** | D.A. LOG NUMBER:1802768 |
|---|---|---|---|

VS.

CJIS TRACKING NO.:9167155162-A001

**MELVIN GLEN BLACK**

SPN:
DOB:
DATE PREPARED: 11/8/2011

BY: **DS** DA NO: 001827359
AGENCY:HPD
O/R NO: 144895311K
ARREST DATE: 11/07/2011

NCIC CODE: **5599 04**          RELATED CASES:

FELONY CHARGE:  **Possession of a Controlled Substance**
CAUSE NO:                                                    BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:          **1326314**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                  **178**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MELVIN GLEN BLACK**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 07, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

F I L E D
Chris Daniel
District Clark

NOV 2 8 2011      NOV 2 8 2011

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

2910

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

NOV 1 0 2011

Time: _____

Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of NOV 1 0 2011 _____, 20 ____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. P. Cornelius_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_HTX_          _77019_
**City**          **State**          **Zip**          **E-Mail Address**          _____

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _15_ day of _Dec_ , 20 _11_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of NOV 1 0 2011 _____, 20 ____.

_____

**Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk

2911

THE STATE OF TEXAS     **01482143**     D.A. LOG NUMBER:1802728
VS.     CJIS TRACKING NO.:9167154662-A001

**THANH KIM HOANG**     SPN:     BY: EV DA NO: 002294141
    DOB: ▮     AGENCY:HPD
    DATE PREPARED: 11/8/2011     O/R NO: 144812511O
    ARREST DATE: 11/07/20114

NCIC CODE: 1204 04     RELATED CASES:

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1326363**     BAIL: $30,000
FIRST SETTING DATE:     **228**     PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **THANH KIM HOANG**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 7, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by JUAN JOSE DE LA CRUZ, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place JUAN JOSE DE LA CRUZ in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A PIPE.

F I L E D
Chris Daniel
District Clerk

NOV 2 1 2011

Time: _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Paul Thomas Mille, Jr 252
FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INDICTMENT**

2912

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

_____
Witness

Sworn to and subscribed before me on this, the 9 day of Feb , 20 12

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

FEB - 9 2012

Time _____ Harris County, Texas

By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the 9 day of Feb , 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Aug

on the 12 day of March , 20 12 at 9:00 a.m at 1201 Franklin, Houston, Harris County, Texas.

Signed this 9 day of Feb , 20 12

_____
**Judge Presiding**

2913

THE STATE OF TEXAS                    02588624                  D.A. LOG NUMBER:1802976
VS.                                                             CJIS TRACKING NO.:
MUNTASER HAZEM JUDEH        SPN:                                BY: AC DA NO: 001901250
                           DOB:                                AGENCY:HCSO
                           DATE PREPARED: 11/9/2011            O/R NO: 11137764
                                                               ARREST DATE: TO BE

NCIC CODE: 1305 16              RELATED CASES: MCBRIDE-FEL. IN CUSTODY AND MACOY-FEL. TO BE

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                                      BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:        1326527                PRIOR CAUSE NO:
FIRST SETTING DATE:                     177

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about **OCTOBER 8, 2011**, did then and there unlawfully, intentionally and knowingly cause serious bodily injury to RICHARD BERRIOS, hereinafter called the Complainant, by STRIKING THE COMPLAINANT WITH HIS HAND.

    It is further presented that in Harris County, Texas, MUNTASER HAZEM JUDEH, hereafter styled the Defendant, heretofore on or about OCTOBER 8, 2011, did then and there unlawfully intentionally and knowingly cause serious bodily injury to RICHARD BERRIOS, hereinafter called the Complainant, by STRIKING THE COMPLAINANT WITH HIS FIST.

**FILED**
Chris Daniel
District Clerk

DEC 13 2011

Time: 15:10

By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    262nd

FOREMAN OF THE GRAND JURY

INDICTMENT

2914

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of NOV 1 8 2011 _____, 20___

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
NOV 18 2011

Time: _____
Harris County, Texas
By _____ Dep.

## ORDER APPOINTING COUNSEL

On this, the _18_ day of _Nov_ _____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP Connery_
**Attorney**

_2028 Buffalo Terr_
**Address**

_H___   _T_   _97019_
**City**        **State**        **Zip**        **E-Mail Address**

_0 4 8 3 1 8 4 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _____ on the _10_ day of _January_ _____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of NOV 1 8 2011 _____, 20___

_____
**Judge Presiding**

2915

# 13847940101C / Court: 337

THE STATE OF TEXAS
VS.

**PETE RAMOS**

SPN: 02571113
DOB:
DATE PREPARED: 11/16/2011

D.A. LOG NUMBER:1805044
CJIS TRACKING NO.:9167179266-A001
BY: AC DA NO: 001576522
AGENCY:HPD
O/R NO: 148478711Q
ARREST DATE: 11/16/11

NCIC CODE: 2202 05          RELATED CASES: **GARCIA AND HERNANDEZ-BOTH FEL. AND CARO-MISD.**

FELONY CHARGE: BURGLARY OF A HABITATION
CAUSE NO: 1327299
HARRIS COUNTY DISTRICT COURT NO: 184          BAIL: $NO BOND
FIRST SETTING DATE:                            PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PETE RAMOS**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 15, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by IRIS BALLADARES, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

DEC 01 2011

Harris County, Texas
By _____ Deputy

Time: 3:30

Foreman _____ 248th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

2916

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

**F I L E D**
Chris Daniel
District Clerk

NOV 18 2011

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of ___NOV___, 20__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney
_____

Address
_____

City          State          Zip          E-Mail Address
_____

Bar Card/SPN Number

Phone Number

Fax Number

The Court further ORDERS the cause set for _____ on the _____ day of ___December___, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of ___NOV___, 20__.

_____
Judge Presiding

**Marc Carter**

**DISTRICT CLERK**

2917

P2

THE STATE OF TEXAS                    02465801            D.A. LOG NUMBER:1805343
VS.                                                        CJIS TRACKING NO.:9167182119-A001
**FRANK KENNETH BURNETT**        SPN:                     BY: CS  DA NO: 001759187
                                 DOB:                     AGENCY:HPD
                                 DATE PREPARED: 11/17/2011  O/R NO: 148993311
                                                          ARREST DATE: 11/17/2011

NCIC CODE: 5599 04                    RELATED CASES:  **MOORE-M, RICHARDSON-M**

FELONY CHARGE: Possession of a Controlled Substance
CAUSE NO:                                                 BAIL: $2,000
HARRIS COUNTY DISTRICT COURT NO:       **1327392**        PRIOR CAUSE NO:
FIRST SETTING DATE:                    **228**

___

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **FRANK KENNETH BURNETT**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 17, 2011**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

*Statemenes to proceed under 12.44(a)*

F I L E D
Chris Daniel
District Clerk
JAN - 3 2012
Time: 01-03-12
Harris County, Texas
By: _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____          _____
ASSISTANT DISTRICT ATTORNEY            BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2918

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _21_ day of _NOV_____, 20 _11_.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _21_ day of _NOV_____, 20_11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City**            **State**            **Zip**

**FILED**
Chris Daniel
District Clerk

NOV 21 2011

Time: _____
By _____
Harris County, Texas
Deputy

**E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 8 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 13 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 13 | - | 5 | 2 | 8 | 0 | 1 | 0 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : ____ ARRN _____

on the _18_ day of _JAN_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _21_ day of _NOV_____, 20_11_.

_____
**Judge Presiding**

2919

Unofficial copy from Marilyn Burgess District Clerk

THE STATE OF TEXAS                                  **02590253**                    D.A. LOG NUMBER:1805977
VS.                                                                                 CJIS TRACKING NO.:9167189016-A001

**ANGELICA LEE SERRANO**           SPN:                           BY: PW DA NO: 066502100
                                   DOB:                           AGENCY:**HPD**
                                   DATE PREPARED: 11/19/2011       O/R NO: 148924111Y
                                                                   ARREST DATE: 11/18/11

NCIC CODE: 0903 20                        RELATED CASES: **CO-DEFS: R. ALONSO/J. NELSON/D. PORTER-ALL FELONIES**

FELONY CHARGE: **MURDER**
CAUSE NO:                                                              BAIL: $50,000.00
HARRIS COUNTY DISTRICT COURT NO:          **1327734**                  PRIOR CAUSE NO:
FIRST SETTING DATE:                       **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANGELICA LEE SERRANO**, hereafter styled the Defendant, heretofore on or about NOVEMBER 16, 2011, did then and there unlawfully, intentionally and knowingly cause the death of WARREN WHITE, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, A FIREARM.

   It is further presented that in Harris County, Texas, ANGELICA LEE SERRANO, hereinafter styled the Defendant, heretofore on or about NOVEMBER 16, 2011, did then and there unlawfully intend to cause serious bodily injury to WARREN WHITE , hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

FEB. 07 2012

Time:
By:

Asst. Foreman          **339th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2920

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the  6  day of  Feb  , 20 12.

JAG

FILED IN
Chris Daniel
District Clerk

FEB - 6 2012

Time: _____

By _____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the  6  day of  Feb  , 20 12 the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

R P SKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

Vt      T  77019
**City**                    **State**            **Zip**                **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
|---|---|---|---|---|---|---|---|

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for :   Plea
on the  23  day of  Feb  , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this  6  day of  Feb  , 20 12

_____
**Judge Presiding**

0782599

2921

Unofficial Copy Office of Harris County District Clerk

DISTRICT CLERK



THE STATE OF TEXAS        **02511144**      D.A. LOG NUMBER·1808682
VS.                                               CJIS TRACKING NO.:9167217451-A001

**WALID PERVEZ**       SPN:                             BY: AC  DA NO. 002261087
█████████████    DOB: ████████                 AGENCY:HPD
                       DATE PREPARED: 11/30/2011     O/R NO: 154512911M
                                               ARREST DATE: 11/30/11

NCIC CODE: 5404 65           RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED WITH CHILD PASSENGER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:      **1328640**        BAIL: $~~4000~~ **10,000**
FIRST SETTING DATE:                    **177**          PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WALID PERVEZ**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 30, 2011**, did then and there unlawfully, operate in a public place, while intoxicated, a motor vehicle occupied by a passenger younger than fifteen years of age, namely, NILAN TARIKH.

**FILED**
Chris Daniel
District Clerk

FEB 0 3 2012

Time: _____
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman               176th

_Gerald W. Joseph_

FOREMAN OF THE GRAND JURY

INDICTMENT

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**

Chris Daniel
District Clerk

DEC 19 2011

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

DEC 19 2011

Time: _____
                    Harris County, Texas

By _____
                    Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the *19* day of *Dec*_____, 20 *11*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City                      State                    Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

| | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for :

on the *3* day of *Jan*_____, 20 *12* at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this *19* day of *Dec*_____, 20 *11*

_____
**Judge Presiding**

2923

THE STATE OF TEXAS        02254803        D.A. LOG NUMBER:1810664

VS.        CJIS TRACKING NO.:

**CASEY ALBERT SMITH**        SPN:        BY: EV  DA NO: 001901250

DOB:        AGENCY:HPD

DATE PREPARED: 12/7/2011        O/R NO: 148524811J

ARREST DATE: **TO BE**

NCIC CODE: 1301 19        RELATED CASES: **CO-DEF DAVIS, S-FEL TO BE**

FELONY CHARGE:  **Aggravated Assault**

CAUSE NO:        BAIL: $50,000

HARRIS COUNTY DISTRICT COURT NO:        **1329463**        PRIOR CAUSE NO:

FIRST SETTING DATE:        **262**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CASEY ALBERT SMITH**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 16, 2011**, did then and there unlawfully, intentionally and knowingly threaten KEVONDRIA ALEXANDER with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

FEB 2 3 2012     FEB 2 3 2012

Time:

By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman     **339th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2924

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ 9 day of _____ Dec _____, 20 11

_____
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk
DEC - 9 2011
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ 9 day of _____ Dec _____, 20 11, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

T P Conner
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City           State           Zip**

_____
**E-Mail Address**

04831500
**Bar Card/SPN Number**

713 - 237 - 8847
**Phone Number**

713 - 528 - 0753
**Fax Number**

The Court further ORDERS the cause set for : Aug.

on the _____ 4 day of _____ January _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ 9 day of _____ Dec _____, 20 11

_____
**Judge Presiding**

2925

THE STATE OF TEXAS      **02502848**      D.A. LOG NUMBER:1810515

VS.      CJIS TRACKING NO.:

**SELINA RUBY DOMINGUEZ**      SPN:      BY: **DB** DA NO: 001759727

DOB:      AGENCY:**HPD**

DATE PREPARED: 12/7/2011      O/R NO: 139741311C

ARREST DATE: **TOBE**

NCIC CODE: 2202 05      RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**

CAUSE NO:      BAIL: **$10,000**

HARRIS COUNTY DISTRICT COURT NO:      **1329482**      PRIOR CAUSE NO:

FIRST SETTING DATE:      **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SELINA RUBY DOMINGUEZ**, hereafter styled the Defendant, heretofore on or about **OCTOBER 27, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by RUFINA ZAMORA, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk

FEB 15 2012      FEB 15 2012

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**      **Foreman**      **176th**

_Gerald W. Joseph_

FOREMAN OF THE GRAND JURY

**INDICTMENT**      **RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2926

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

DEC 1 2 2011

Time: _____

By _____
        Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _12_ day of _Dec_____, 20_11_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

RP Cornell
**Attorney**
2028 Buffalo Te
**Address**
Us            77019
**City**          **State**        **Zip**          **E-Mail Address**

0 4 8 3 1 5 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 0 4 7
**Phone Number**

7 1 3 - 0 2 8 - 0 1 8 0
**Fax Number**

The Court further ORDERS the cause set for : _____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
on the _24_ day of _Janua_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this _12_ day of _Dec_____, 20_11_.

_____
**Judge Presiding**

1-24-12
8:30 AM

DISTRICT CLERK

02234817

THE STATE OF TEXAS
VS.

**CHEZARE RIVERS**

 

SPN:
DOB:
DATE PREPARED: 12/9/2011

D.A. LOG NUMBER:1811190
CJIS TRACKING NO.:9167244033-A001
BY: BAS DA NO: 002198468
AGENCY:HPD
O/R NO: 158328611B
ARREST DATE: 12/08/2011

NCIC CODE: 3599 98

RELATED CASES: **GREEN - 2 F / HAILEY - 2 F / WEBB - 2 F / MILLER - 2 F**

FELONY CHARGE: **Possession with Intent to Deliver a Controlled Substance**
CAUSE NO: **1329698**
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE:

BAIL: $30,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHEZARE RIVERS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 8, 2011**, did then and there unlawfully, intentionally and knowingly possess with intent to deliver a controlled substance, namely, a material, compound, mixture and preparation containing not more than 15 milligrams of dihydrocodeinone (hydrocodone) per dosage unit, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts, weighing at least 400 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

JAN 27 2012

Time: 1:45 PM
Harris County, Texas
By _____ DLO
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

_____
FOREMAN OF THE GRAND JURY

176

INDICTMENT

2928

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

JAN 24 2012

Time: _____
Harris County, Texas

By _____

Sworn to and subscribed before me on this, the _____ day of **JAN 24 2012**, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 24 day of Jan, 2012, the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**         **Zip**              **E-Mail Address**

| | | | | | |
|-|-|-|-|-|-|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | - | | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Phone Number**

| | | - | | | | - | | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : ____Arrg____
on the 21 day of Feb, 2012 at ~~9:00~~ a.m. at 1201 Franklin, Houston, Harris County, Texas.      8:30
Signed this 24 day of Jan, 2012

_____
**Judge Presiding**

2929

THE STATE OF TEXAS
VS.                                    02593606
**GLINDA GAIL BUSTAMAN**          SPN:
                                  DOB: ▬▬▬▬▬▬▬
■■■■■■■■■■■■                     DATE PREPARED: 12/9/2011

D.A. LOG NUMBER:1811420
CJIS TRACKING NO.:9167246559-A001
BY: TD  DA NO: 002327599
AGENCY:LA PORTE
O/R NO: 1103411
ARREST DATE: 12/09/2011

NCIC CODE: 3802 49              RELATED CASES:

FELONY CHARGE:  **INJURY TO CHILD**
CAUSE NO:                                          BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:                   PRIOR CAUSE NO:
FIRST SETTING DATE:                1329804
                                   178

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**GLINDA GAIL BUSTAMAN**, hereafter styled the Defendant, heretofore on or about **DECEMBER 9, 2011**, did then and there unlawfully,
intentionally and knowingly cause bodily injury to MARGARITA GARCIA hereinafter styled the Complainant, a child younger than fifteen years
of age, by STRIKING THE COMPLAINANT WITH HER HAND AND BY KICKING THE COMPLAINANT WITH HER FOOT.

**FILED**
Chris Daniel
District Clerk

FEB 07 2012

Time: _____
By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    339th

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2930

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**FILED**
Chris Daniel
District Clerk

JUL 31 2012

Time: _____

Harris County, Texas

By _____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 31 day of _____July_____, 20 12 the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

| | | | | | | |
|---|---|---|---|---|---|---|
Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|
Phone Number

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|
Fax Number

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 31st day of _____July_____, 20 12

_____
Judge Presiding

114 TT
2931

P2

**02560127**

THE STATE OF TEXAS

VS.

SAUL  MELESIO, JR.

SPN:
DOB:
DATE PREPARED: 12/10/2011

D.A. LOG NUMBER:1811657
CJIS TRACKING NO.:9167249280-A001
BY: HLS  DA NO: 50787813
AGENCY:GALENA PARK PD
O/R NO: 2011120234
ARREST DATE: 12 10 11

NCIC CODE: 1314 14          RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender
CAUSE NO:                                              **1329885**
HARRIS COUNTY DISTRICT COURT NO:      **338**
FIRST SETTING DATE:

BAIL: SNO BOND
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **SAUL MELESIO, JR.,** hereafter styled the Defendant, heretofore on or about **DECEMBER 9, 2011,** did then and there unlawfully, intentionally and knowingly cause bodily injury to OLGA NUNCIO, hereafter styled the Complainant, a member of the Defendant's family and a member of the Defendant's household, by GRABBING THE COMPLAINANT WITH HIS HAND.

It is further presented that in Harris County, Texas, SAUL MELESIO, JR., hereafter styled the Defendant, heretofore on or about DECEMBER 10, 2011, did then and there unlawfully intentionally and knowingly cause bodily injury to OLGA NUNCIO, a member of the Defendant's family and member of the Defendant's household , hereafter styled the Complainant by PUSHING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on MAY 26, 2011, in the COUNTY CRIMINAL COURT AT LAW NO. 5 of HARRIS County, Texas, in Cause No. 1757872, was convicted of ASSAULT which was committed against a FAMILY MEMBER.

_State moves to Reduce to Class A Aslt FM_
_NCIC 1314 20_

FILED
Chris Daniel
District Clerk

DEC 27 2011      12-27-11

---

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

RBG

24045515

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INFORMATION

2932

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ 9 day of _____ Jan _____, 20 12

**FILED**
Chris Daniel
District Clerk

JAN - 9 2012

Time: _____
Harris County, Texas

By _____ Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ 9 day of _____ Jan _____, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney

Address

City          State          Zip          E-Mail Address

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____ Aug. _____
on the _____ 10 day of _____ February _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ 9 day of _____ Jan _____, 20 12

Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

DISTRICT CLERK                    2933

THE STATE OF TEXAS        <u>02502848</u>      D.A. LOG NUMBER:1812461
VS.                                      CJIS TRACKING NO.:

**SELINA RUBY DOMINGUEZ**     SPN:            BY: EG DA NO: 002327476

                             DOB:            AGENCY:HPD

                             DATE PREPARED: 12/13/2011     O/R NO: 154210511E

                                                      ARREST DATE: 12-07-2011

NCIC CODE: 2202 05          RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:                                     BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:     <u>1330156</u>     PRIOR CAUSE NO:
FIRST SETTING DATE:             <u>177</u>

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SELINA RUBY DOMINGUEZ**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 29, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by CARLOS ZAMORA, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

JAN 26 2012       JAN 26 2012

Time: _____ 1330
        Harris County, Texas
By _____
            Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

_____ 379
FOREMAN OF THE GRAND JURY

INDICTMENT

2934

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___19___ day of ___Dec___, 20 _11_.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___19___ day of ___Dec___, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP (anwell)
**Attorney**

2028 BuffaloTerra
**Address**

H T 77019
**City**                **State**          **Zip**          E-Mail Address

0483150U
**Bar Card/SPN Number**

**F I L E D**
Chris Daniel
District Clerk

DEC 19 2011

713-237-8047
**Phone Number**

Time: _____
Harris County, Texas
By _____
Deputy

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : ___Disp___
on the ___5___ day of ___Feb___, 20 _13_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___19___ day of ___Dec___, 20 _11_.

_____
**Judge Presiding**

2935

THE STATE OF TEXAS
VS.

**DESMON WAYNE PRESTON**

**02466514**

SPN:
DOB:
DATE PREPARED: 12/14/2011

D.A. LOG NUMBER:1812654
CJIS TRACKING NO.:9167259790-A001

BY: SC DA NO: 002197878
AGENCY:HPD
O/R NO: 101688111G
ARREST DATE: 9/4/11

NCIC CODE: 1204 04                    RELATED CASES:

FELONY CHARGE: Aggravated Robbery - Deadly Weapon
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1330238**        BAIL: $NO BOND
FIRST SETTING DATE:                     **177**            PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**DESMON WAYNE PRESTON**, hereafter styled the Defendant, heretofore on or about **AUGUST 6, 2011**, did then and there unlawfully, while
in the course of committing theft of property owned by CRISTINA MORALES, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place CRISTINA MORALES in fear of imminent bodily injury and death, and the
Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

JAN 3 1 2012

Time: 1255
Harris County, Texas
By SB
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2936

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

**F I L E D**

City, County Clerk
District Clerk

DEC 19 2011

Time: _____

Harris County, Texas

By _____ Deputy

Sworn to and subscribed before me on this, the _____ day of DEC 19 2011 _____, 20 _____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _19_ day of _Dec_____, 20 _11_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

☐☐☐☐☐☐☐

**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _3_ day of _Jan_____, 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _19_ day of _Dec_____, 20 _11_

_____
**Judge Presiding**

2937

THE STATE OF TEXAS
VS.

**02458846**

VIOLA  ROBLES

SPN:
DOB:
DATE PREPARED: 12/15/2011

D.A. LOG NUMBER:1812705
CJIS TRACKING NO.:
BY: EV  DA NO: 002398018
AGENCY:HPD
O/R NO: 157407511U
ARREST DATE: TO BE

NCIC CODE: 2202 05                    RELATED CASES:

FELONY CHARGE:  **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:                **1330357**
FIRST SETTING DATE:                                     **262**

BAIL: $10,000
PRIOR CAUSE NO:

P2

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District
Court of Harris County, Texas, that in Harris County, Texas, **VIOLA ROBLES**, hereafter styled the Defendant, heretofore on or about
**DECEMBER 1, 2011**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by IAIN KINLOCH, a person having
a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the
Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

JAN  6 2012

Time:
Harris County, Texas
By
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

7SD2H5
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

2938

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___8___ day of ___Feb___, 20_12_

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___8___ day of ___Feb___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____ _____ _____
City            State            Zip

[ ][ ][ ][ ][ ][ ][ ][ ]
Bar Card/SPN Number

[ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]
Phone Number

[ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]
Fax Number

# FILED
Chris Daniel
District Clerk

FEB - 8 2012

Time: _____
Harris County, Texas
By _____
Deputy

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the ___6___ day of ___March___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this ___8___ day of ___Feb___, 20_12_

_____
Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2939

DISTRICT CLERK

THE STATE OF TEXAS

VS.

**OSCAR PEREZ**

SPN: 02026980

DOB:

DATE PREPARED: 2/14/2012

D.A. LOG NUMBER: 1814337

CJIS TRACKING NO.:

BY: LM  DA NO: 002333841

AGENCY: HCCO #4

O/R NO: 11166264

ARREST DATE: TO BE

NCIC CODE: 3802 49                              RELATED CASES:

FELONY CHARGE: **INJURY TO CHILD**

CAUSE NO: 1331011

HARRIS COUNTY DISTRICT COURT NO: 177

FIRST SETTING DATE:

BAIL: $NO BOND

PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **OSCAR PEREZ**, hereafter styled the Defendant, heretofore on or about **DECEMBER 13, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to BRANDON ODOM hereinafter styled the Complainant, a child younger than fifteen years of age, by STRIKING THE COMPLAINANT WITH HIS HAND.

   It is further presented that in Harris County, Texas, OSCAR PEREZ, hereafter styled the Defendant, heretofore on or about DECEMBER 13, 2011, did then and there unlawfully  intentionally and knowingly cause bodily injury to BRANDON ODOM hereinafter styled the Complainant, a child younger than fifteen years of age, by KICKING THE COMPLAINANT WITH HIS FOOT.

   It is further presented that in Harris County, Texas, OSCAR PEREZ, hereafter styled the Defendant, heretofore on or about DECEMBER 13, 2011, did then and there unlawfully  intentionally and knowingly cause bodily injury to BRANDON ODOM hereinafter styled the Complainant, a child younger than fifteen years of age, by PUSHING THE COMPLAINANT WITH HIS HANDS.

**FILED**
Chris Daniel
District Clerk

FEB 15 2012    FEB 1 5 2012

Time:
Harris County, Texas

By
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                                      176th

*Gerald W. Joseph*

FOREMAN OF THE GRAND JURY

INDICTMENT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

2940

Unofficial Copy Office of Harris County District Clerk

Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the __6__ day of __Feb__, 20__12__.

_JAG_

**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

FEB - 6 2012

## ORDER APPOINTING COUNSEL

On this, the __6__ day of __Feb__, 20__12__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP SKIP CORNECIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

_H  T  77019_
**City**          **State**          **Zip**          **E-Mail Address**

_0 4 8 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 1 3 - 5 2 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _B Arrg_.

on the __23__ day of __Feb__, 20__12__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __6__ day of __Feb__, 20__12__.

_____
**Judge Presiding**

_01782599_

Unofficial Copy Chris Daniel, Harris County District Clerk

2941

DISTRICT CLERK

02417076
177

THE STATE OF TEXAS                    **02417076**          D.A. LOG NUMBER:1815141
VS.                                                         CJIS TRACKING NO.:9167286380-A001

**DAVID ANTHONY TORREENCE**      SPN:                 BY: **BLC** DA NO: 002260722
                                 DOB:                 AGENCY:HCSO
                                 DATE PREPARED: 12/23/2011   O/R NO: HC110171142
                                                            ARREST DATE: 12/23/11

NCIC CODE: 5599 04               RELATED CASES:

FELONY CHARGE: Possession of a Controlled Substance
CAUSE NO:                                             BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:      **1331220**     PRIOR CAUSE NO:
FIRST SETTING DATE:                   **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DAVID ANTHONY TORRENCE**, hereafter styled the Defendant, heretofore on or about **DECEMBER 23, 2011**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

DEC 29 2011   12-23-11
Time: 14:33
By _____
Harris County, Texas
Deputy   SE

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on December 23, 2011

_____          _____   2404117
**AFFIANT**                        ASSISTANT DISTRICT ATTORNEY   BAR NO.
                                   OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

2942

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

Co.D   Brenda Caviness

_____
**Deputy District Clerk**
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
JAN 23 2012

Time: _____
By _____
Harris County, Texas
Deputy

# ORDER APPOINTING COUNSEL

On this, the _23_ day of _Jan_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

_____
**City**            **State**        **Zip**            **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for : _Arraigners_

on the _28_ day of _Feb_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
830
County, Texas.

Signed this _23_ day of _Jan_, 20_12_

_____
**Judge Presiding**

2943

THE STATE OF TEXAS
VS.

JOSHUA WILLIAM ANDERSON

**01634879**

SPN:
DOB:
DATE PREPARED: 1/6/2012

D.A. LOG NUMBER:1818219
CJIS TRACKING NO.:9167318401-A001

BY: DS  DA NO: 002398018
AGENCY:HPD
O/R NO: 001967712H
ARREST DATE: 01/05/2012

NCIC CODE: 3600 06                 RELATED CASES: H. ROGERS 1-FEL

FELONY CHARGE: **Possession with Intent to Deliver a Controlled Substance**
CAUSE NO:                                                    BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:                             PRIOR CAUSE NO:
FIRST SETTING DATE:                    **1332389**
                                       **178**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSHUA WILLIAM ANDERSON**, hereafter styled the Defendant, heretofore on or about **JANUARY 05, 2012**, did then and there unlawfully, intentionally and knowingly possess with intent to deliver a controlled substance, namely, a material, compound, mixture and preparation containing not more than 15 milligrams of dihydrocodeinone (hydrocodone) per dosage unit, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts, weighing at least 28 grams but less than 200 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

FEB 21 2012

Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                                    339th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

2944

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

_____,

**F I L E D**
Chris Daniel
District Clerk

SEP 1 4 2012

Time: _____
        Harris County, Texas
by _____
        Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 14 day of Sept 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**

2028 Buffalo Terr
**Address**

HTX                    77019
**City**          **State**          **Zip**

**E-Mail Address**

New Atty

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 7 | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : PTCR

on the _____ day of ____Oct_____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

SEP 1 4 2012

Signed this _____ day of _____ 20____.
                                        9-14-12

_____,
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2945

THE STATE OF TEXAS
VS.

**KENNETH JUNIOR ARTHUR**

D.A. LOG NUMBER:1821212
CJIS TRACKING NO.:9167350739-A001
BY: CM   DA NO: 002328322
AGENCY:HPD
O/R NO: 006858312H
ARREST DATE: 01 16 12

SPN: 01797810
DOB:
DATE PREPARED: 3/27/2012

NCIC CODE: 4802 21                     RELATED CASES: C. MURRY - F

FELONY CHARGE:  **TAMPERING/FABRICATING PHYSICAL EVIDENCE**
CAUSE NO: 1333489                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO: 339                   PRIOR CAUSE NO:
FIRST SETTING DATE:

_____

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KENNETH JUNIOR ARTHUR**, hereafter styled the Defendant, heretofore on or about **JANUARY 16, 2012**, did then and there unlawfully,
knowing that an INVESTIGATION was IN PROGRESS, CONCEAL A THING, NAMELY, A CONTAINER HOLDING CODEINE SYRUP
with intent to impair its AVAILABILITY as evidence in the INVESTIGATION.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JUNE 12, 2002, in Cause Number 0871119, in the
179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED
SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0871119 was final, the Defendant committed the felony
of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on OCTOBER 18, 2006, in Cause Number
1082087, in the 177TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

MAR 30 2012

Time: _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                           **351st**

_Rhonda Lowe_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2946

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
JAN 2 3 2012
Time: _____
By _____
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the _23_ day of _Jan_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

**Bar Card/SPN Number**
| | | | | | | |
|-|-|-|-|-|-|-|

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**
| | | | - | | | - | | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Fax Number**
| | | | - | | | - | | | | |
|-|-|-|-|-|-|-|-|-|-|-|

The Court further ORDERS the cause set for : _Arrs_
on the _10_ day of _Feb_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.
Signed this _23_ day of _Jan_, 20_12_

_____
**Judge Presiding**

2947

SKX1
P2

THE STATE OF TEXAS                    02596217
VS.

ASHLEY LANERICA JACKSON        SPN:
DOB:
DATE PREPARED: 1/19/2012

D.A. LOG NUMBER:1821796
CJIS TRACKING NO.:9167356109-A001
BY: DB  DA NO: 001212537
AGENCY:HPD
O/R NO: 007594012G
ARREST DATE: 1-18-12

NCIC CODE: 2202 05              RELATED CASES:

FELONY CHARGE: BURGLARY OF HABITATION
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1333822**
FIRST SETTING DATE:                     **178**

BAIL: $10,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ASHLEY LANERICA JACKSON ALSO KNOWN AS ANGELIC JOHNSON,** hereafter styled the Defendant, heretofore on or about **JANUARY 18, 2012,** did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally enter a habitation owned by MIGUEL CONNER, a person having a greater right to possession of the habitation than the Defendant, and commit theft of TENNIS SHOES.

*State moves to reduce to Class B
Criminal Trespass*

FILED
Chris Daniel
District Clerk
MAY 0 2 2012

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____        2405396 1
ASSISTANT DISTRICT ATTORNEY            BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2948

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

I sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

JAN 2 3 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ___22___ day of ___Jan___, 20_1_2_ the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness named above~~ in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____     E-Mail Address _____

Bar Card/SPN Number
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Phone Number
[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

Fax Number
[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further **ORDERS** the cause set for : ___Arrg___ on the ___29___ day of ___Feb___, 20_12_ at ~~9:00 a.m.~~ 8:30 at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___23___ day of ___Jan___, 20_12_

_____
**Judge Presiding**   Jay W. Burnett

2949

THE STATE OF TEXAS                          02600661              D.A. LOG NUMBER:1822109
VS.                                                               CJIS TRACKING NO.:9167359140-A001
BRIAN ANTHONY PENDARVIS           SPN:                            BY: EG  DA NO: 002333844
                                  DOB:                            AGENCY:BPD
                                  DATE PREPARED: 1/19/2012        O/R NO: 20122514
                                                                 ARREST DATE: 01-19-2012

NCIC CODE: 2202 05                  RELATED CASES:

FELONY CHARGE: BURGLARY OF A HABITATION
CAUSE NO:                                                         BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO:           1333840                PRIOR CAUSE NO:
FIRST SETTING DATE:                        178

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
BRIAN ANTHONY PENDARVIS, hereafter styled the Defendant, heretofore on or about DECEMBER 26, 2011, did then and there
unlawfully, with intent to commit theft, enter a habitation owned by DOLORES AVANT JANOWSKI, a person having a greater right to
possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely,
without any consent of any kind.

FILED
Chris Daniel
District Clerk

FEB 1 3 2012

Time: _____
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.        Asst. Foreman        174th

                                                   FOREMAN OF THE GRAND JURY

                        INDICTMENT

2950

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

Co.D  Brenda Cauiness

_____
**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
JAN 23 2012
Time: _____
By _____
Harris County, Texas
Deputy

## ORDER APPOINTING COUNSEL

On this, the _23_ day of _Jan_, 20_12_, the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _Arreg/Arrg_

on the _28_ day of _Feb_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.       830

Signed this _23_ day of _Jan_, 20_12_

_____
**Judge Presiding**

2951

P2

| | |
|---|---|
| THE STATE OF TEXAS | D.A. LOG NUMBER:1822075 |
| VS. | CJIS TRACKING NO.:9167358985-A001 |

**01634879**

| | |
|---|---|
| **JOSHUA WILLIAM ANDERSON**   SPN: | BY: DS  DA NO: 002126024 |
| DOB: | AGENCY:HPD |
| DATE PREPARED: 1/20/2012 | O/R NO: 7935712R |
| | ARREST DATE: 01/19/2012 |

NCIC CODE: 3500 52          RELATED CASES:  **B. CAVINESS 1-FEL**

FELONY CHARGE: **CONTROLLED SUBSTANCE FRAUD - PRESCRIPTION**

| | |
|---|---|
| CAUSE NO: | BAIL: $5000 |
| HARRIS COUNTY DISTRICT COURT NO: | PRIOR CAUSE NO: |
| FIRST SETTING DATE: | **1333885** |
| | **178** |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSHUA WILLIAM ANDERSON**, hereafter styled the Defendant, heretofore on or about **JANUARY 19, 2012**, did then and there unlawfully, knowingly issue by CALLING IN, a prescription, attached hereto as Exhibit A, for DIHYDROCODEINONE, bearing a FICTITIOUS signature.

**F I L E D**
Chris Daniel
District Clerk

FEB 17 2012

Time: _____
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman                176th**

*Gerald W. Joseph*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2952

# EXHIBIT A

## Katy Freeway Wellness, PA

Fax: (713) 589-4678

RAYLENE LAWARENCE, PA-C
AYO AJIM, MD
9055 KATY FREEWAY
SUITE 415
HOUSTON, TX 77024
(713) 589-5656

| | | |
|---|---|---|
| **Patient:** | JOSHUA ANDERSON | **Rx Date:** 01/9/2012 10:30:00 AM |
| **MRN:** | 1891224 | **Gender:** MALE  **Age:** 32 |
| **Address:** | ███████████████ | |
| **Phone:** | ███████████████ | ate Of Birth: ████████ |

| | |
|---|---|
| **RX:** | LORCET 10-650 TABLET |
| **Sig:** | 1 TABS ORAL EVERY 4-6 HOURS PRN |
| **Disp:** | 120 (ONE HUNDRED TWENTY )    **Refills:** 0 |
| **Dx:** | LOW BACK PAIN (LUMBAGO, LBP |

R Lawrence PA-C

Transaction#:19667657

PA DEA#: ML0719243  MD DEA: BA5993212  NPI#: 1932286531
PA State Cntl Sub#: 40177196 MD State Cntl Sub#: X0119660

2953

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**FILED**
Chris Daniel
District Clerk

JAN 2 3 2012

Time: _____

By _____
Deputy

Harris County, Texas

Sworn to and subscribed before me on this, the _____ day of _____, 20 ___.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

JAN 2 3 2012

On this, the _____ day of _____, 20 12 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

a mos
CISA
Misd

_____
**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**          R.P. SKIP **CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
**Fax Number**          Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20 12  at 9:00 a.m. at 1201 Franklin, Houston, Harris

8:30

County, Texas.

Signed this _____ day of _____, 20 12

_____,
**Judge Presiding**

2954

*5751*

*P2*

THE STATE OF TEXAS                    **01471294**            D.A. LOG NUMBER:1822698
VS.                                                           CJIS TRACKING NO.:9167365744-A001
**JOSE SORTO**              SPN:                              BY: JMB  DA NO: 002466738
                           DOB:                              AGENCY:HPD
                           DATE PREPARED: 1/21/2012          O/R NO: 008791312T
                                                             ARREST DATE: 01/21/12

NCIC CODE: 5404~~23~~  *540407*     RELATED CASES:

FELONY CHARGE:  **DRIVING WHILE INTOXICATED**
CAUSE NO:                                                    BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO:          **1334082**        PRIOR CAUSE NO:
FIRST SETTING DATE:                       **178**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE SORTO**, hereafter styled the Defendant, heretofore on or about **JANUARY 21, 2012**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on MAY 3, 2002, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1113181 in COUNTY CRIMINAL COURT AT LAW NO. 8, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on JUNE 26, 1995, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 9526437 in COUNTY CRIMINAL COURT AT LAW NO. 1, HARRIS County, Texas.

*State moves to reduce to DWI-2nd.*

**FILED**
Chris Daniel
District Clerk

JAN 23 2012

Time: _____
By _____
    Harris County, Texas
         Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS                    BAR CARD NO.

                    **INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2955

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
JAN 23 2012
Harris County, Texas

## ORDER APPOINTING COUNSEL

Time: _____
By _____

On this, the 23 day of Jan, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____   **E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : ACCS
on the 2C day of FEB, 2012 at 9:00 830 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 23 day of Jan, 2012.

Jay W. Burnett
**Judge Presiding**

2956

DISTRICT CLERK

THE STATE OF TEXAS
VS.                                      **02492179**
**NATHAN LEE SHELTON**          SPN:
                                         DOB:
                                         DATE PREPARED: 1/22/2012

D.A. LOG NUMBER:1822846
CJIS TRACKING NO.:9167367550-A001
BY: KV  DA NO: 001892568
AGENCY:HPD
O/R NO: 009063312J
ARREST DATE: 01/21/12

NCIC CODE: 1301 19            RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                          BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:      **1334143**       PRIOR CAUSE NO:
FIRST SETTING DATE:                           **178**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **NATHAN LEE SHELTON**, hereafter styled the Defendant, heretofore on or about **JANUARY 21, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to RICHARD DAVILA, hereinafter called the Complainant, by STRIKING THE COMPLAINANT, and the Defendant used and exhibited a deadly weapon, namely a BASEBALL BAT.

**FILED**
Chris Daniel
District Clerk
FEB 1 0 2012
Time:
By _____ Harris County, Texas
Deputy

**FILED**
Chris Daniel
District Clerk
FEB 1 0 2012
Time:
By

**FILED**
Chris Daniel
District Clerk
FEB 1 0 2012
Time: _____ Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    **351st**

_Rhonda Lowe_

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

INDICTMENT

2957

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

JAN 2 4 2012

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

JAN 2 4 2012

Time: _____

_____

**Deputy District Clerk**
**Harris County, Texas**

By _____

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**        **State**        **Zip**

_____
**E-Mail Address**

[ ][ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

The Court further ORDERS the cause set for : ___Arrg_____
on the __17__ day of ___Feb_____, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __24__ day of ___Jan____, 2012

_____
**Judge Presiding**

2958

01049050
178

THE STATE OF TEXAS                                    01049050              D.A. LOG NUMBER:1823149
VS.                                                                        CJIS TRACKING NO.:9167370918-A001

MARK JOHNSON                          SPN:                                 BY: MB  DA NO: 002271451
                                      DOB:                                 AGENCY:HPD
                                      DATE PREPARED: 1/23/2012             O/R NO: 009585412
                                                                          ARREST DATE: 1-22-2012

NCIC CODE: 5599 04                    RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                                                  BAIL: $15,000.
HARRIS COUNTY DISTRICT COURT NO:              1334208                      PRIOR CAUSE NO:
FIRST SETTING DATE:                           178

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says
that he has good reason to believe and does believe that in Harris County, Texas, MARK JOHNSON hereafter styled the Defendant, heretofore
on or about JANUARY 22, 2012, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE,
weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MARCH 6, 1991, in Cause Number 0541626, in
the 182ND DISTRICT COURT of HARRIS COUNTY, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED
SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0615262 was final, the Defendant committed the
felony of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on DECEMBER 22, 1991, in Cause
Number 0615262, in the 337TH DISTRICT COURT of HARRIS County, Texas.

FILED
Chris Daniel
District Clerk

JAN 3 3 2012

Time: _____
By _____
Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on January 23, 2012

_____                              _____
AFFIANT                                     ASSISTANT DISTRICT ATTORNEY      BAR NO.
                                            OF HARRIS COUNTY, TEXAS.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

COMPLAINT

2959

Unofficial Copy Office of Harris County District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

JAN 2 4 2012

Time: _____
Harris County, Texas
By _____ Deputy

Sworn to and subscribed before me on this, the _____ day of   JAN 24 2012   , 20___.

_____
**Deputy District Clerk**
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __1__ day of ____2Y____, 2012 the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____     _____     _____     _____
**City**          **State**     **Zip**      **E-Mail Address**

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | | - | | | |
|--|--|--|--|--|--|--|--|--|--|--|

**Phone Number**

| | | | - | | | | - | | | |
|--|--|--|--|--|--|--|--|--|--|--|

**Fax Number**

The Court further ORDERS the cause set for : _____ *pcea* _____

on the __21__ day of ____Jan____, 2012 at ~~9:00~~ a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.

Signed this _____ day of   JAN 2 4 2012   , 2012

_____
**Judge Presiding**

2960

P2

THE STATE OF TEXAS                     02295465              D.A. LOG NUMBER:1823204
VS.                                                          CJIS TRACKING NO.:9167371434-A001

**RONNIE ANTONIO JORDAN**       SPN:                 BY: **CS** DA NO: 002126743
                                DOB:                 AGENCY:HCSO
                                DATE PREPARED: 1/23/2012   O/R NO: 120010638
                                                     ARREST DATE: 01/23/2012

NCIC CODE: 4801 27              RELATED CASES:

**FELONY CHARGE:  Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**
CAUSE NO:                                            BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO:      **1334238**    PRIOR CAUSE NO:
FIRST SETTING DATE:                   **178**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **RONNIE ANTONIO JORDAN**, hereafter styled the Defendant, heretofore on or about **JANUARY 23, 2012**, did then and there unlawfully, intentionally flee from A. ALBERS, hereafter styled the Complainant, a PEACE OFFICER employed by HARRIS COUNTY SHERIFF'S OFFICE, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

*State moves to Reduce to Attempted Evading in a mv (NCIC 480132)*

**FILED**
Chris Daniel
District Clerk

JAN 2 4 2012

Time: _____
By _____
     Harris County, Texas
          Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                                                    24049241

ASSISTANT DISTRICT ATTORNEY                          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                          **INFORMATION**          **RECORDER'S MEMORANDUM**
                                                   This instrument is of poor quality
                                                   at the time of imaging

2961

Unofficial Copy Office of Harris County District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ___.

_____

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

**ORDER APPOINTING COUNSEL**

On this, the **25** day of **Jan** , 20 **12** the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**         **Zip**            **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ **Arrg** _____
on the **26** day of **Jan** , 20 **12** at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.                                          **8.30**

Signed this **25** day of **Jan** , 20 **12**

_____
**Judge Presiding**

FILED
JAN 25 2012
Chris Daniel
District Clerk
Time: _____
By _____ Deputy
Harris County, Texas

**P2**

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02044206** | D.A. LOG NUMBER:1823411 |
| VS. | | CJIS TRACKING NO.:9167372996-A001 |
| **PRISCILLA LEE GONZALEZ** | SPN: | BY: TD DA NO: 002360005 |
| | DOB: | AGENCY:HPD |
| | DATE PREPARED: 1/23/2012 | O/R NO: 009905612-I |
| | | ARREST DATE: 01/23/2012 |

NCIC CODE: 2300 79                RELATED CASES:

FELONY CHARGE:  **THEFT - THIRD OFFENDER**
CAUSE NO:                                                    BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:          **1334334**    PRIOR CAUSE NO:
FIRST SETTING DATE:                                **178**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **PRISCILLA LEE GONZALEZ**, hereafter styled the Defendant, heretofore on or about JANUARY 23, 2012, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, FIVE SHIRTS AND ONE HAT, owned by BIANCA NUNEZ, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on DECEMBER 31, 2008, in Cause Number 1568435, in the COUNTY CRIMINAL COURT AT LAW NO. 15 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on JULY 1, 2004, in Cause Number 1239187, in the COUNTY CRIMINAL COURT AT LAW NO. 7 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

**FILED**
Chris Daniel
District Clerk

JAN 26 2012

Time: _____
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

240019241
_____
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2963

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

JAN 2 5 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20 ___.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 26 day of Jan , 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____        E-Mail Address _____

Bar Card/SPN Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Phone Number [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

Fax Number [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Pret Arrg
on the 26 day of Jan , 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.        8:30
Signed this 25 day of Jan , 2012.

_____
Judge Presiding

2964

DISTRICT CLERK

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02594123** | D.A. LOG NUMBER:1823491 |
| VS. | | CJIS TRACKING NO.:9167373976-A001 |
| **IVORY S. DELANEY** | SPN: | BY: **CS**  DA NO: 002360005 |
| ▓▓▓▓▓▓▓▓▓▓ | DOB: ▓▓▓▓▓ | AGENCY:HCCO 4 |
| | DATE PREPARED: 1/24/2012 | O/R NO: 1211122 |
| | | ARREST DATE: 01/23/2012 |

NCIC CODE: 1205 01         RELATED CASES:

FELONY CHARGE:  **ROBBERY**

CAUSE NO:                                                          BAIL: $10,000

HARRIS COUNTY DISTRICT COURT NO:          **1334354**         PRIOR CAUSE NO:

FIRST SETTING DATE:                           **178**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **IVORY S. DELANEY**, hereafter styled the Defendant, heretofore on or about **JANUARY 23, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by DAVID DIAZ and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to DAVID DIAZ, by STRIKING THE COMPLAINANT WITH HIS HAND.

**F I L E D**
Chris Daniel
District Clerk

JAN 2 6 2012

Time: _____
Harris County, Texas

By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____                              _____
ASSISTANT DISTRICT ATTORNEY                      BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2965

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
**Witness**

**F I L E D**
Chris Daniel
District Clerk

JAN 2 6 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of ~~JAN 2 6 2012~~ , 20____

_____ ,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 24th day of _____Jan_____ , 2012 , the Court determined that the
above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _____Arre_____
on the 14 day of _____Feb_____ , 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this 26 day of _____Jan_____ , 2012

_____
**Judge Presiding**

2966

THE STATE OF TEXAS
VS.
**CHRISTOPHER LADERRICK AMOS**

SPN:
DOB:
DATE PREPARED: 1/23/2012

02540365

D.A. LOG NUMBER:1823299
CJIS TRACKING NO.:
BY: RW  DA NO: 051617700
AGENCY:**BAYTOWN**
O/R NO: 201148321
ARREST DATE: **TO BE**

NCIC CODE: 2101 29          RELATED CASES:  CO DEF: CANTRELL, LUCATERO, PENA

FELONY CHARGE:  **ENGIAGING IN ORGANIZED CRIMINAL ACTIVITY**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1334370**
FIRST SETTING DATE:                                      **178**

BAIL: $5000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER LADERRICK AMOS**, hereafter styled the Defendant, heretofore on or about OCTOBER 14, 2011 AND CONTUNING THROUGH DECEMBER 1, 2011, did then and there unlawfully, with intent to establish, maintain and participate in a combination and in the profits of a combination, said combination consisting of CHRISTOPHER LADERRICK AMOS, JEFFERSON RANDOLPH CANTRELL, DANIEL HUMBERTO LUCATERO AND AARON ANTONIO PENA, commit the offense of theft, namely, in that he did unlawfully appropriate, by acquiring and otherwise exercising control over property, namely, six 4-wheelers and one motorcycle owned by M. Rivera, B. Markham, J. Padilla, R. Green, N. Moreno and S. Murch, hereafter styled the Complainants, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

F I L E D
Chris Daniel
District Clerk
APR 11 2012

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____  1804L
FOREMAN OF THE GRAND JURY

INDICTMENT

2967

Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

JAN 2 6 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of JAN 2 6 2012 , 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 26 day of Jan , 20 12 the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____     E-Mail Address _____

Bar Card/SPN Number [ ][ ][ ][ ][ ][ ][ ][ ][ ]

Phone Number [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

Fax Number [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : ARRS
on the 27 day of Feb , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
830
County, Texas.
Signed this 26 day of Jan , 20 12

_____
Judge Presiding

2968

THE STATE OF TEXAS      02360771      D.A. LOG NUMBER:1823444

VS.      CJIS TRACKING NO.:9167373291-A001

**TORREY TAYLOR**      SPN:      BY: SC DA NO: 001759187

     DOB:      AGENCY:HPD

     DATE PREPARED: 1/24/2012      O/R NO: 009881612C

     ARREST DATE: 1/23/12

NCIC CODE: 1204 04      RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**

CAUSE NO:      BAIL: $30,000

HARRIS COUNTY DISTRICT COURT NO:      **1334416**      PRIOR CAUSE NO:

FIRST SETTING DATE:      **178**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TORREY TAYLOR**, hereafter styled the Defendant, heretofore on or about **JANUARY 23, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by PATRICK KING, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place PATRICK KING in fear of imminent bodily injury and death , and the Defendant did then and there use and exhibit a deadly weapon, namely, A KNIFE.

FILED
Chris Daniel
District Clerk
APR 23 2012
Harris County, Texas
Time: _____ By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman      177th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2969

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

# FILED
Chris Daniel
District Clerk

JAN 2 6 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of JAN 2 6 2012 _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 26 day of Jan , 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐

**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Fax Number**

The Court further ORDERS the cause set for : _____ A r r G _____
on the ____ day of Jan Feb , 2012 at 9:00 a.m. 8:30 at 1201 Franklin, Houston, Harris County, Texas.

Signed this 26 day of Jan , 2012

_____
**Judge Presiding**

2970

THE STATE OF TEXAS

VS.

**ADRIAN R. JAMESON**

SPN: 01937203
DOB:
DATE PREPARED: 1/30/2012

D.A. LOG NUMBER:1823593
CHS TRACKING NO.:916774883-A001

BY: **CM** DA NO: 002327779
AGENCY:HPD
O/R NO: 10086312V
ARREST DATE: 01 24 12

NCIC CODE: 2901 23          RELATED CASES:

FELONY CHARGE: **CRIMINAL MISCHIEF**
CAUSE NO: 1334435
HARRIS COUNTY DISTRICT COURT NO: 178
FIRST SETTING DATE:

BAIL: $2,000
PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADRIAN R. JAMESON**, hereafter styled the Defendant, heretofore on or about **JANUARY 24, 2012**, did then and there unlawfully, intentionally and knowingly DAMAGE tangible property, namely A MIRROR AND GLASS WINDOW, owned by BOBBY BOMER, a person having a greater right to possession of the property than the defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by THROWING A ROCK AT THE WINDOW AND STRIKING THE MIRROR WITH AN UNKNOWN OBJECT.

It is further presented that in Harris County, Texas, ADRIAN R. JAMESON, hereafter styled the Defendant, heretofore on or about JANUARY 24, 2012, did then and there unlawfully intentionally and knowingly DAMAGE tangible property, namely A MIRROR AND GLASS WINDOW, owned by BOBBY BOMER, a person having a greater right to possession of the property than the defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by STRIKING THE MIRROR WITH HIS HAND AND THROWING A ROCK AT THE WINDOW.

**FILED**
Chris Daniel
District Clerk

JAN 3 1 2012

Time:
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____ 339
FOREMAN OF THE GRAND JURY

INDICTMENT

Unofficial Copy Office of Harris County District Clerk

2971

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

JAN 2 7 2012

Time. _____

By _____
Deputy
Harris County, Texas

Sworn to and subscribed before me on this, the _____ day of _____ JAN 2 7 2012 , 20 _____.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ JAN 2 7 2012 _____, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20 12 at 8:30 a. m. at 1201 Franklin, Houston, Harris
County, Texas.   JAN 2 7 2012

Signed this _____ day of _____ JAN 2 7 2012 , 20 12

_____
**Judge Presiding**
JAN 2 7 2012

2972



| | | |
|---|---|---|
| THE STATE OF TEXAS | **02106318** | D.A. LOG NUMBER:1823935 |
| VS. | | CJIS TRACKING NO.:9167378676-A001 |
| **CHATHAM HAYES SUMMERS** | SPN: | BY: SP  DA NO: 001212537 |
| | DOB: | AGENCY:PPD |
| | DATE PREPARED: 1/25/2012 | O/R NO: 201202003 |
| | | ARREST DATE: 01-25-2011 |

NCIC CODE: 2399 37                           RELATED CASES:

FELONY CHARGE:  **Theft of Metal**
CAUSE NO:                                                                         BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:          **1334592**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                    **178**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CHATHAM HAYES SUMMERS**, hereafter styled the Defendant, heretofore on or about **JANUARY 25, 2011**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, aluminum, of the value of less than twenty thousand dollars, owned by ISMAEL HERNANDEZ, hereafter styled the Complainant, without the effective consent of the Complainant and with the intent to deprive the Complainant of that property.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

24058645

ASSISTANT DISTRICT ATTORNEY                          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

2973

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

JAN 2 7 2012

_____ ,

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

JAN 2 7 2012

Time: _____

By: _____

# ORDER APPOINTING COUNSEL

JAN 2 7 2012

On this, the _____ day of _____, 20 12, the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**                    **State**            **Zip**

_____
**E-Mail Address**

| | | | | | | |
|-|-|-|-|-|-|-|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | |
|-|-|-|-|-|-|-|-|

**Phone Number**

| | | - | | | - | | |
|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.          8:30

Signed this _____ day of JAN 2 7 2012 , 20 12.

_____
**Judge Presiding**
JAN 2 7 2012

2974

DISTRICT CLERK

St's 1

THE STATE OF TEXAS
VS.                                    02144073
**BRUCE KEVIN CURRY**              SPN:
                                   DOB: ▮▮▮
                                   DATE PREPARED: 1/26/2012

D.A. LOG NUMBER:1824024
CJIS TRACKING NO.:9167379532-A001
BY: DS_DA NO.: 002359767
AGENCY:HPD
O/R NO: 010
ARREST DATE: 01/25/2012

NCIC CODE: 2300 79                 RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                              BAIL: $ 15,000         P2
HARRIS COUNTY DISTRICT COURT NO:                       PRIOR CAUSE NO:
FIRST SETTING DATE:                    1334611
                                       178

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **BRUCE KEVIN CURRY**, hereafter styled the Defendant, heretofore on or about **JANUARY 25, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE PACK OF RAZORS AND ONE PACK OF CONDOMS, owned by PHILIP STROTHER, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on APRIL 11, 2005, in Cause Number 1296401, in the County Criminal Court at Law No. 11, of HARRIS , County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on FEBRUARY 17, 2006, in Cause Number 1055993, in the 209th District Court, of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JANUARY 04, 2008, in Cause Number 11477646, in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of THEFT and was convicted on JUNE 20, 2007, in Cause Number 1116086 in the 338TH District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

JAN 27 2012

Time: _____
                Harris County, Texas
By _____
                Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                                       796910

ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                                       **RECORDER'S MEMORANDUM**
                                       This instrument is of poor quality
**INFORMATION**                        at the time of imaging

2975

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _2_ day of _Oct_, 20_12_

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _2_ day of _Oct_, 20_12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_RP Connelly_
**Attorney**
_2024 Bissonett_
**Address**
_TX     77019_
**City                    State              Zip                    E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 2 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 4 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _Non-trial_
on the _13_ day of _November_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _2_ day of _Oct_, 20_12_

_____,
Judge Presiding

F I L E D
Chris Daniel
District Clerk

OCT 02 2012

Time: _____
Harris County, Texas
By _____
Deputy

2976

**DISTRICT CLERK**

THE STATE OF TEXAS
VS

**CHRISTOPHER J SIMPSON**

SPN D231de97
DOB
DATE PREPARED 2/1/2012

D A LOG NUMBER 1826196
CJIS TRACKING NO 9167401058-A001
BY EG DA NO 002197869
AGENCY HPD
O/R NO 013649812K
ARREST DATE 02-01 2012

NCIC CODE 1305 19

RELATED CASES   SAME DEF FEL

FELONY CHARGE   **AGGRAVATED ASSAULT**
CAUSE NO
HARRIS COUNTY DISTRICT COURT NO
FIRST SETTING DATE

BAIL  **$30 000**
PRIOR CAUSE NO

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

The duly organized Grand Jury of Harris County Texas presents in the District Court of Harris County Texas that in Harris County Texas, **CHRISTOPHER J SIMPSON** hereafter styled the Defendant, heretofore on or about **FEBRUARY 1, 2012** did then and there unlawfully intentionally and knowingly threaten with imminent bodily injury C ROZEK, hereafter called the Complainant, while the Complainant was lawfully discharging an official duty by using and exhibiting a deadly weapon namely A MOTOR VEHICLE knowing that the Complainant was a public servant

F I L E D
Chris Daniel
District Clerk

APR 30 2012

Time
By

Asst. Foreman

180th

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2977

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _2_ day of _Oct_, 20 _12_.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _2_ day of _Oct_, 20 _12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_R? CONNEL(y)_
**Attorney**
_2028 Bakbtih_
**Address**
_KTY    77019_
**City**            **State**          **Zip**          **E-Mail Address**

_0 4 8 3 1 1 0 0_
**Bar Card/SPN Number**

_7 13 - 2 3 7 - 8 5 4 7_
**Phone Number**

_7 13 - 5 4 8 - 0 1 5 3_
**Fax Number**

The Court further ORDERS the cause set for : _Non-trial_
on the _13_ day of _November_, 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _2_ day of _Oct_, 20 _12_.

**F I L E D**
Chris Daniel
District Clerk
OCT 02 2012

_____,
**Judge Presiding**

Time: _____
Harris County, Texas

By _____

**DISTRICT CLERK**

2978

THE STATE OF TEXAS

VS

**CHRISTOPHER J SIMPSON**

SPN 02246697
DOB
DATE PREPARED 2/1/2012

D A LOG NUMBER 1826196
CJIS TRACKING NO 9167401058-A002
BY EG DA NO 002197869
AGENCY HPD
O/R NO 013649812K
ARREST DATE 02-01 2012

NCIC CODE 5599 04

RELATED CASES **SAME DEF-FEL**

FELONY CHARGE **Possession of a Controlled Substance**
CAUSE NO
HARRIS COUNTY DISTRICT COURT NO
FIRST SETTING DATE

BAIL $2,000
PRIOR CAUSE NO

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

The duly organized Grand Jury of Harris County Texas presents in the District Court of Harris County Texas that in Harris County Texas **CHRISTOPHER J SIMPSON** hereafter styled the Defendant, heretofore on or about **FEBRUARY 1, 2012** did then and there unlawfully intentionally and knowingly possess a controlled substance namely COCAINE weighing less than one gram by aggregate weight, including any adulterants and dilutants

F I L E D
Chris Daniel
District Clerk
APR 30 2012
Time
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman          180th

Scarlett Boyce-Rogers

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2979

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _10_ day of _Feb_ , 20_12_ .

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _10_ day of _Feb_ , 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**F I L E D**
Chris Daniel
District Clerk

FEB 1 0 2012

**Attorney** _____

Time: _____

**Address** _____

Harris County, Texas

By _____
Deputy

**City**          **State**          **Zip**

**E-Mail Address** _____

[ Bar Card/SPN Number boxes ]
**Bar Card/SPN Number**

[ Phone Number boxes ]
**Phone Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 526 0153

[ Fax Number boxes ]
**Fax Number**

The Court further ORDERS the cause set for : _Impact Docket_
on the _14_ day of _March_ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _10_ day of _Feb_ , 20_12_ .

_____
**Judge Presiding**

2980

THE STATE OF TEXAS
VS.
ROY ALEJOS

SPN: 01883526
DOB:
DATE PREPARED: 2/20/2012

D.A. LOG NUMBER:1825886
CJIS TRACKING NO.:
BY: LM  DA NO: 002126024
AGENCY:PASADENA PD
O/R NO: 121412
ARREST DATE: TO BE

NCIC CODE: 2300 79                    RELATED CASES:

FELONY CHARGE:  **THEFT - THIRD OFFENDER**
CAUSE NO: 1335652
HARRIS COUNTY DISTRICT COURT NO: 177
FIRST SETTING DATE:

BAIL: $5,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROY ALEJOS**, hereafter styled the Defendant, heretofore on or about **JANUARY 18, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, SEVEN SHIRTS, owned by YANSI PARENT, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on MAY 25, 2011, in Cause Number 1295093, in the 232ND DISTRICT COURT, of HARRIS, County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the primary offense, on OCTOBER 19, 2006, in Cause Number 1086660, in the 209TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

**FILED**
Chris Daniel
District Clerk

FEB 21 2012

Time: 1245
Harris County, Texas
By 10m
Deputy

Asst. Foreman          339th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2981

and would show the Court that he/she is financially unable to hire an attorney.

_____
**Defendant/Witness**

Sworn to and subscribed before me on this, the ___19___ day of ___Dec___, 20_12_.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ___19___ day of ___Dec___, 20_12_, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑the ATTORNEY LISTED BELOW ☐the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____     _____
**Attorney/Assistant Public Defender Assigned by HCPD**          **E-Mail Address**

**Address**          R.P. SKIP CORNELIUS          **Phone Number**          R.P. SKIP CORNELIUS
                     SBN 04831500                                             SBN 04831500
                     2028 Buffalo Terrace                                     2028 Buffalo Terrace
**City**             Houston, Texas 77019          **Fax Number**            Houston, Texas 77019
                     Phone 713 237 8547                                       Phone 713 237 8547
                     Fax 713 528 0153                                         Fax 713 528 0153

_____     _____
**SPN Number**                                    **Bar Number**

The Court further ORDERS the cause set for: _____

On the _____ day of _____, 20_____ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___19___ day of ___Dec___, 20_12_.

_____
**Judge Presiding**

☐ The State has offered or          ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____          Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court          ☐ Defense          ☐ Operation of Law          ☐ Prosecution
**Reason for Reset:**

☐ D.A. to Contact Complainant/Witness     ☐ Defense to Contact Witness     ☐ Not Indicted

☐ D.A. to Evaluate Case                   ☐ Disposition of Misc./OOC Case   ☐ Other _____

☐ D.A. to Reindict                        ☐ File Unavilable                 ☐ Refer to _____

☐ D.A. to file MRP/MAJ                    ☐ MHMRA Evaluation                ☐ Restitution Info
                                          _____21 Day _____Full
☐ Defendant On Call                       ☐ No Tape/Lab _____      ☐ To Hire Attorney

☐ Defendant to Consider Offer             ☐ No Offense Report

5/2/12

2982

Unofficial Copy Office of Marilyn Burgess District Clerk

P2

| THE STATE OF TEXAS | **01788699** | D.A. LOG NUMBER:1826970 |
| VS. | | CJIS TRACKING NO.: |
| **KEITH LEONARD TOWNSEND** | SPN: | BY: SP DA NO: 002126024 |
| | DOB: | AGENCY:HPD |
| | DATE PREPARED: 2/3/2012 | O/R NO: 014622312L |
| | | ARREST DATE: **TO BE** |

NCIC CODE: 3802 57          RELATED CASES:

FELONY CHARGE:  **Injury to an Elderly Individual**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1335856**          BAIL: **$NO BOND**
FIRST SETTING DATE:          **185**          PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **KEITH LEONARD TOWNSEND**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 3, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to FLOYD TOWNSEND, hereafter styled the Complainant, an individual who was at least 65 years of age, by GRABBING THE COMPLAINANT WITH HIS HAND.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

240436006

ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

2983

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___6___ day of ___Feb___, 20_12_

Chris Daniel
District Clerk

FEB - 6 2012

Harris County, Texas

Time: _____

By _____

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ___6___ day of ___Feb___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

☐☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : ___Aug___

on the ___2___ day of ___March___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___6___ day of ___Feb___, 20_12_

_____
**Judge Presiding**

01782599

2984

THE STATE OF TEXAS                          02248821          D.A. LOG NUMBER:1826983
VS.                                                           CJIS TRACKING NO.:9167409016-A001
                                            SPN: 02403064     BY: EG  DA NO: 050783722
XIN  GU                                     DOB:              AGENCY:USS
                                            DATE PREPARED: 2/3/2012    O/R NO: 1216309
                                                             ARREST DATE: 02-03-2012

NCIC CODE: 2506 38                RELATED CASES: SAME DEF-FEL

FELONY CHARGE: FORGERY - GOVERNMENT INSTRUMENT
CAUSE NO:                                                     BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO:          1335869             PRIOR CAUSE NO:
FIRST SETTING DATE:                       338  177

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, XIN GU, hereafter styled the Defendant, heretofore on or about FEBRUARY 3, 2012, did then and there unlawfully, and with intent to defraud and harm another, forge a writing, namely a government instrument issued by the United States, attached hereto as Exhibit A, which purported to be the act of another who did not authorize that act, by possessing it with intent to utter it, and while knowing it was forged.

F I L E D
Chris Daniel
District Clerk

MAR 0 8 2012          MAR 0 8 2012

Time: _____
      Harris County, Texas
By _____
         Deputy

Asst. Foreman          339th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INDICTMENT

2985

# EXHIBIT A



This card is the official verification of your Social Security number. Please sign it right away. Keep it in a safe place.

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA–3000 (6-96)                 E94238655

Unofficial Copy Office of Marilyn Burgess District C...

2986

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___6___ day of ___Feb___, 20_12_

Chris Daniel
District Clerk

FEB - 6 2012

Time: _____ Harris County, Texas

By _____

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ___6___ day of ___Feb___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**       **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐-☐☐☐☐
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : ___Aug.___
on the ___2___ day of ___March___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___6___ day of ___Feb___, 20_12_

_____
**Judge Presiding**

01782599

2987

| | | |
|---|---|---|
| THE STATE OF TEXAS | ~~01335917~~ | D.A. LOG NUMBER:1826983 |
| VS. | | CJIS TRACKING NO.:9167409016-A002 |
| XIN GU | SPN: 02603044 | BY: EG DA NO: 050783722 |
| ▮▮▮▮▮▮▮ | DOB: ▮▮▮▮ | AGENCY:USS |
| | DATE PREPARED: 2/3/2012 | O/R NO: 1216309 |
| | | ARREST DATE: 02-03-2012 |

NCIC CODE: 2300 78            RELATED CASES: **SAME DEF-FEL**

**FELONY CHARGE: THEFT - AGGREGATE**
CAUSE NO:                                                                         BAIL: $1,800,000
HARRIS COUNTY DISTRICT COURT NO:            1335868 -*170*            PRIOR CAUSE NO:
FIRST SETTING DATE:                                     ~~248~~ -*177*

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **XIN GU**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 3, 2012**, did then and there unlawfully, pursuant to one scheme and continuing course of conduct, appropriate, by acquiring and otherwise exercising control over property, namely, CASH MONEY, owned by WEN LI LENG, hereafter styled the Complainant, with the intent to deprive the Complainant of the property and the total value of the property appropriated was over two hundred thousand dollars.

**F I L E D**
Chris Daniel
District Clerk

MAR 0 8 2012            MAR 0 8 2012

Time: _____  1336
Harris County, Texas
By _____

**Asst. Foreman**            **339th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2988

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ____ day of _Feb_____, 20_12_

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ____ day of _Feb_____, 20_12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

F I L E D
Chris Daniel
District Clerk

FEB - 7 2012

Harris County, Texas
Time: _____
By _____ Deputy

_____
Attorney

_____
Address

_____
City          State          Zip            E-Mail Address

☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐-☐☐☐☐
Phone Number

☐☐☐-☐☐☐-☐☐☐☐
Fax Number

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this __01_ day of _Feb_____, 20_12_

_____
Judge Presiding

2989

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | 01835094 | D.A. LOG NUMBER:1827313 |
| VS. | | CJIS TRACKING NO.:9167412858-A001 |
| **CHRISTIAN BLAIR PILLOW** | SPN: | BY: **MB** DA NO: 002328322 |
| | DOB: | AGENCY:PCT 5 |
| | DATE PREPARED: 2/5/2012 | O/R NO: 015198412 |
| | | ARREST DATE: 2-4-2012 |

NCIC CODE: **5599 05**        RELATED CASES:

FELONY CHARGE:  **POSSESSION OF A CONTROLLED SUBSTANCE**

CAUSE NO:                                                                                     BAIL.: $10,000.

HARRIS COUNTY DISTRICT COURT NO:        **1335983**        PRIOR CAUSE NO:

FIRST SETTING DATE:                                  **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **BLAIR CHRISTIAN PILLOW**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 4, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on APRIL 29, 2005, in Cause Number 50406-E in the 108TH District Court of POTTER County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY                    BAR CARD NO.
OF HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**INFORMATION**

2990

Defendant

□ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the __6__ day of __Feb_____, 20_12_

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __6__ day of __Feb_____, 20_512_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**F I L E D**
Chris Daniel
District Clerk

FEB - 7 2012

_____
**Attorney**

Time: _____ Harris County, Texas

_____
**Address**
By _____ Deputy

_____
**City**          **State**       **Zip**       **E-Mail Address**

| | | | | | | | |
|-|-|-|-|-|-|-|-|
| | | | | | | | |

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|

**Phone Number**

| | | - | | | - | | | |
|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __6__ day of __Feb_____, 20_12_

_____
**Judge Presiding**

2991

SX ~ 1 P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | __01924559__ | D.A. LOG NUMBER:1827458 |
| VS. | | CJIS TRACKING NO.:9167414478-A001 |
| **YALOBEH LEVORN JARRA** | SPN: | BY: HLS  DA NO: 50787163 |
| **HOMELESS** | DOB: | AGENCY:HPD |
| **HOUSTON, TX** | DATE PREPARED: 2/5/2012 | O/R NO: 0153636120 |
| | | ARREST DATE: 02 05 12 |

NCIC CODE: 5599 06          RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**

CAUSE NO:                                                                 BAIL: $20,000

HARRIS COUNTY DISTRICT COURT NO:          __1336016__          PRIOR CAUSE NO:

FIRST SETTING DATE:                        __177__

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **YALOBEH LEVORN JARRA**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 5, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on JANUARY 12, 2006, in Cause Number 959678 in the 178TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE.

*State reduces to PCS <1g and abandons the enhancement paragraph & moves to punish under 12.44(a)*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

24048186

~~24605169~~

_____          _____
ASSISTANT DISTRICT ATTORNEY                          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2992

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _Feb_____, 20 _12_

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _7_ day of _Feb_____, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**F I L E D**
Chris Daniel
District Clerk

FEB - 7 2012

Time: _____
Harris County, Texas
By _____
Deputy

_____
**Attorney**

_____
**Address**

_____
City          State          Zip          **E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _Feb_ FEB 0 7 2012 20_12_

_____
**Judge Presiding**

2993

01026440

| | | |
|---|---|---|
| THE STATE OF TEXAS | | D.A. LOG NUMBER:1827523 |
| VS. | **01026440** | CJIS TRACKING NO.:9167415245-A001 |
| **ADAM DANIEL MARTINEZ** | SPN: | BY: AH  DA NO: 002261480 |
| | DOB: | AGENCY:HCSO |
| | DATE PREPARED: 2/5/2012 | O/R NO: HC120017270 |
| | | ARREST DATE: 02 05 2012 |

NCIC CODE: 5404 23            RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO:                                          BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:                   PRIOR CAUSE NO:
FIRST SETTING DATE:                    **1336036**
                                       **177**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ADAM DANIEL MARTINEZ**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 5, 2012**, did then and there unlawfully operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on AUGUST 17, 2004, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1251866 in COUNTY CRIMINAL COURT AT LAW NO. 11, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on JANUARY 22, 1996, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No.9603125 in COUNTY CRIMINAL COURT AT LAW NO. 14 , Harris County, Texas.

Before the commission of the offense alleged above, on July 5, 1991, in Cause Number 0532441 in the 208th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Burglary of a Motor Vehicle.

**FILED**
Chris Daniel
District Clerk

FEB 0 5 2012
2345
Time: _____
Harris County, Texas
By _____ 06
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **February 5, 2012**

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

24055849
BAR NO.

**COMPLAINT**

2994

Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the ___8___ day of __Feb_____, 20_12_.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___8___ day of __Feb_____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**F I L E D**
Chris Daniel
District Clerk

FEB − 8 2012

Attorney _____

Address _____

Time: _____

Harris County, Texas

City _____ State _____ Zip _____

By _____

E-Mail Address _____

Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for : __Impact Docket__

on the _15_ day of __March_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___8___ day of __Feb_____, 20_12_.

Judge Presiding

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

2995

THE STATE OF TEXAS
VS.

**RICHARD ALLEN POWELL**

SPN: 02088302
DOB:
DATE PREPARED: 3/5/2012

D.A. LOG NUMBER:1827874
CJIS TRACKING NO.:916741835X-A001
BY: LM  DA NO: 002360005
AGENCY:WEBSTER PD
O/R NO: 1200286
ARREST DATE: 02 06 2012

NCIC CODE: 2299 05          RELATED CASES:  **SAME MISD**

FELONY CHARGE:  **BURGLARY OF A MOTOR VEHICLE**
CAUSE NO: **1336160**                                    BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO: **177**               PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RICHARD ALLEN POWELL**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 6, 2012**, did then and there unlawfully, with intent to commit theft, break into and enter a vehicle owned by ALEJANDRO COVARRIBIAS, a person having a greater right to possession of the vehicle than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on JULY 16, 2004, in Cause No. 234627, in the COUNTY COURT AT LAW NO. 3 District Court of GALVESTON County, Texas, the Defendant was convicted of the felony offense of MISDEMEANOR OF BURGLARY OF A MOTOR VEHICLE.

Before the commission of the offense alleged above, on JULY 16, 2004, in Cause No. 234645, in the COUNTY COURT AT LAW NO. 3 District Court of GALVESTON County, Texas, the Defendant was convicted of the felony offense of MISDEMEANOR OF BURGLARY OF A MOTOR VEHICLE.

FILED
Chris Daniel
District Clerk

MAR 06 2012

Time:
Asst. Foreman          339th

By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

2996

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

_____
Witness

**F I L E D**
Chris Daniel
District Clerk
FEB - 9 2012

Time _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the 9 day of Feb, 20 12

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 9 day of Feb, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address** _____

| | | | | | |
|---|---|---|---|---|---|
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
**Phone Number**

| | | - | | | - | | | |
**Fax Number**

The Court further ORDERS the cause set for : Aug
on the 12 day of March, 20 12 at 9:00 a.m at 1201 Franklin, Houston, Harris County, Texas.

Signed this 9 day of Feb, 20 12

_____
**Judge Presiding**

2997



THE STATE OF TEXAS
VS.

**02588624**

D.A. LOG NUMBER:1828045
CJIS TRACKING NO.:9167419984-A001

**MUNTASER HAZEM JUDEH**

SPN:
DOB:
DATE PREPARED: 2/7/2012

BY: EG  DA NO: 001642011
AGENCY:SHF
O/R NO: HC1218061
ARREST DATE: 02-07-2012

NCIC CODE: 5599 48                    RELATED CASES:  SAME DEF-3 FEL

FELONY CHARGE:  POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE
CAUSE NO:                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        **1336271**          PRIOR CAUSE NO:
FIRST SETTING DATE:                     **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about FEBRUARY 7, 2012, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION WITH THE INTENT TO DELIVER A CONTROLLED SUBSTANCE on or about FEBRUARY 7, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIREARM, during the commission of said offense and during the immediate flight from said offense.

**F I L E D**
Chris Danial
District Clerk

MAR 23 2012

Time: _____ 12:55 _____
Harris County, Texas
By _____ ᵖm
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*Foreman*

176th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

2998

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

**FILED**

is Daniel

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

JUL 11 2013

_____
Deputy District Clerk
Harris County, Texas

County, Texas

Deputy

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _July_, 20_13_, the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

R P Cornelus
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terra
Address

713 237 8547
Phone Number

A T 77019
City          State     Zip

713 528 0153
Fax Number

04831 cw
SPN Number

04831 cw
Bar Number

The Court further ORDERS the cause set for: _AMN / DISP / NI_

On the _12_ day of _Aug_, 20_13_ at _____ a.m. at 1201 Franklin,

Houston, Harris County, Texas.

Signed this _____ day of _07-11-13_, 20____.

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation _____ 21 Day _____ Full    ☐ Restitution Info

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

5/2/12

2999

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.
**MUNTASER HAZEM JUDEH**

D.A. LOG NUMBER:1826045
CJIS TRACKING NO.:9167419984-A002

SPN: 02588624
DOB:
DATE PREPARED: 4/23/2012

BY: LM  DA NO: 001642011
AGENCY:SHF
O/R NO: HC1218061
ARREST DATE: 02 07 2012

NCIC CODE: 5599 48                    RELATED CASES:  SAME DEF 3 FEL

FELONY CHARGE:  **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: 1336272                                          BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO: 177          PRIOR CAUSE NO:
FIRST SETTING DATE:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 7, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, METHAMPHETAMINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE on or about FEBRUARY 7, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIREARM, during the commission of said offense and during the immediate flight from said offense.

**FILED**
Chris Daniel
District Clerk

APR 24 2012

Time: _____ Harris County, Texas
By: _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman          178th
Leo Gallegos

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3000

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

Witness _____

Sworn to and subscribed before me on this, the **9** day of **Feb**, 20**12**

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

FEB - 9 2012

Time _____
Harris County, Texas

By _____
Deputy

# ORDER APPOINTING COUNSEL

On this, the **9** day of **Feb**, 20**12** the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**      **Zip**          **E-Mail Address** _____

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : **Aug**
on the **12** day of **March**, 20**12** at 9:00 a.m at 1201 Franklin, Houston, Harris County, Texas.

Signed this **9** day of **Feb**, 20**12**

_____
**Judge Presiding**

3001

THE STATE OF TEXAS         **02588624**         D.A. LOG NUMBER:1828045
VS.         CJIS TRACKING NO.:9167419984-A003

**MUNTASER HAZEM JUDEH**    SPN:         BY: EG DA NO: 001642011
          DOB:         AGENCY:SHF
          DATE PREPARED: 2/7/2012      O/R NO: HC1218061
          ARREST DATE: 02-07-2012

NCIC CODE: 7099 63       RELATED CASES: **SAME DEF-3 FEL**

FELONY CHARGE: **HARASSMENT OF PUBLIC SERVANT**
CAUSE NO:          BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:    **1336273**     PRIOR CAUSE NO:
FIRST SETTING DATE:      **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 7, 2012**, did then and there unlawfully, with the intent to HARASS, cause C. JAMES, hereafter styled the Complainant, whom the Defendant knew to be a public servant, to contact the SALIVA of the DEFENDANT, while the Complainant was lawfully discharging an official duty.

**FILED**
Chris Daniel
District Clerk

MAR 23 2012

Time: _____ Harris County, Texas
By _____ 6m
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman            176th

_Gerald W. Joseph_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3002

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _10_ day of _Feb_ , 20_12_

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _10_ day of _Feb_ , 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**FILED**
Chris Daniel
District Clerk

FEB 1 0 2012

Time: _____
Harris County, Texas
By _____
Deputy

Attorney _____

Address _____

City _____ State _____ Zip _____   E-Mail Address _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for : _Arrg_

on the _13_ day of _March_ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _10_ day of _Feb_ , 20_12_

_____
Judge Presiding

3003

THE STATE OF TEXAS                  D.A. LOG NUMBER:1828436
VS.            **01691617**               CJIS TRACKING NO.:9167424384-A001

**JASON ANDREW BURROW**     SPN:                 BY: **TD** DA NO: 002397165
                               DOB:              AGENCY:PASADENA
                               DATE PREPARED: 2/8/2012     O/R NO: 20123217
                                                       ARREST DATE: 02/08/2012

NCIC CODE: 5404 23            RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO:                                           BAIL: $10000
HARRIS COUNTY DISTRICT COURT NO:            PRIOR CAUSE NO:
FIRST SETTING DATE:

~~1336435~~
~~177~~

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JASON ANDREW BURROW**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 8, 2012**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on MAY 3, 2007, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1443886 in COUNTY CRIMINAL COURT AT LAW NO. 7, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on MAY 3, 2007, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1438350 in COUNTY CRIMINAL COURT AT LAW NO. 7, HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

MAR 23 2012  32312

Time: _____ 12:55
Harris County, Texas

By _____ bm
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**           176th

_Gerald W. Joseph_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

3004

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _10_ day of _Feb_ , 20_12_

_____
**Deputy District Clerk**
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _10_ day of _Feb_ , 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**F I L E D**
Chris Daniel
District Clerk

FEB 1 0 2012

_____
**Attorney**

Time: _____
Harris County, Texas

_____
**Address**

By _____
Deputy

_____ _____ _____
**City**       **State**   **Zip**

E-Mail Address

Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for : _Aug_

on the _19_ day of _March_ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _10_ day of _Feb_ , 20_12_

_____
**Judge Presiding**

3005

THE STATE OF TEXAS        **02381691**      D.A. LOG NUMBER:1828463
VS.        CJIS TRACKING NO.:9167424856-A001

**CEDRIC BROWN**      SPN:       BY: **EG** DA NO: 002126024
     DOB:       AGENCY:HPD
     DATE PREPARED: 2/8/2012     O/R NO: 019908408
       ARREST DATE: 02-08-2012

NCIC CODE: 1204 04      RELATED CASES:
FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:        BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:     **1336461**     PRIOR CAUSE NO:
FIRST SETTING DATE:      **177**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CEDRIC BROWN**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 9, 2008**, did then and there unlawfully, while in the course of committing theft of property owned by AMALIA CASAS, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place AMALIA CASAS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

MAR 2 0 2012

Time: _____
Harris County, Texas
By _____
Deputy

Foreman      339th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3006

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _10_ day of _Feb_____, 20_12_

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _10_ day of _Feb_____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

**F I L E D**
Chris Daniel
District Clerk

FEB 1 0 2012

Time: _____
Harris County, Texas
By _____
**E-Mail Address**          Deputy

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 538 0153

The Court further ORDERS the cause set for : _____

on the _13_ day of _March_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _10_ day of _Feb_____, 20_12_

_____
**Judge Presiding**

3007

THE STATE OF TEXAS

VS.

**MATTHEW WADE BROWN**

SPN: 01958608

DOB: ▓▓▓▓▓▓▓▓

DATE PREPARED: 4/5/2012

D.A. LOG NUMBER: 1828447

CJIS TRACKING NO.: 91674246919-A001

BY: **CM** DA NO: 002397991

AGENCY: HPD

O/R NO: 016739812W

ARREST DATE: 02 08 12

NCIC CODE: 5404 23                    RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**

CAUSE NO: 1336485

HARRIS COUNTY DISTRICT COURT NO: 177

FIRST SETTING DATE:

BAIL: $5,000

PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW WADE BROWN**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 8, 2012**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on FEBRUARY 16, 1984, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 230636 in COUNTY COURT AT LAW NO. 2, TRAVIS County, Texas.

It is further presented that before the commission of the offense alleged above, on JANUARY 14, 2003, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1136043 in COUNTY CRIMINAL COURT AT LAW NO. 10, HARRIS County, Texas.

**FILED**

Chris Daniel
District Clerk

APR 0 9 2012

Time: 1320
Harris County, Texas

By 6m
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_(signature)_ 177^2

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3008

Unofficial Copy Office of Harris County District Clerk

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

MAY 01 2013

Sworn to and subscribed before me on this, the _____ day of _____, 20 _____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 1st day of May , 2013, the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address | R.P. SKIP CORNELIUS SBN 04831500 |
|---|---|---|
| Address | Phone Number | 2028 Buffalo Terrace Houston, Texas  77019 Phone 713 237 8547 Fax 713 528 0153 |
| City          State          Zip | Fax Number | |
| SPN Number | Bar Number | |

The Court further ORDERS the cause set for: Arrg.

On the 30th day of May , 2013 at 8:30 a.m. at 1201 Franklin,

Houston, Harris County, Texas.

Signed this 1st day of May , 2013

_____
Judge Presiding

☐ The State has offered or     ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____     Prosecutor (Initials) _____

_____

## FOR COURT STAFF ONLY

Reset by: ☐ Court     ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____ 21 Day _____ Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab _____ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

3009

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**02603912**

D.A. LOG NUMBER:1828586
CJIS TRACKING NO.:9167426271-A001

**TUAN ANH NGUYEN**

SPN:
DOB:
DATE PREPARED: 2/9/2012

BY: **DB** DA NO: 001863827
AGENCY:HCCO #5
O/R NO: 016959512J
ARREST DATE: 2-9-12

NCIC CODE: **3562 18**          RELATED CASES:

FELONY CHARGE: **POSSESSION OF MARIHUANA**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1336563**
FIRST SETTING DATE:          **174**

BAIL: $2000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TUAN ANH NGUYEN**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 9, 2012**, did then and there unlawfully, intentionally and knowingly possess marihuana in a useable quantity of more than four ounces and less than five pounds.

**F I L E D**
Chris Daniel
District Clerk

APR 09 2012

Time: _____
By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Melissa Beel_          1804u

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3010

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

Sworn to and subscribed before me on this, the _____ day of FEB 13 2012 _____, 20 ____.

_____,

**F I L E D**
Chris Daniel
District Clerk
FEB 13 2012

Time: _____

By _____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 13 day of FEB, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ Arreg

on the 20 day of Feb, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
8:30
County, Texas.

Signed this 13 day of Feb, 20 12

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3011

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**LEROY DEVONTE TAYLOR**

<u>02549079</u>

SPN:
DOB:
DATE PREPARED: 2/9/2012

D.A. LOG NUMBER:1828713
CJIS TRACKING NO.:9167427324–A001

BY: JL  DA NO: 001212537
AGENCY:HPD
O/R NO: 011138212K
ARREST DATE: 2/9/2012

NCIC CODE: 2202 05          RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION AND THEFT**
CAUSE NO:                                                      BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:                PRIOR CAUSE NO:
FIRST SETTING DATE:          <u>1336575</u>
                                              <u>178</u>

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LEROY DEVONTE TAYLOR**, hereafter styled the Defendant, heretofore on or about **JANUARY 26, 2012**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by AMANDA BEZEMEK, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

It is further presented that in Harris County, Texas, LEROY TAYLOR , hereafter styled the Defendant, heretofore on or about JANUARY 26, 2012, did then and there unlawfully appropriate property, namely, ONE LAPTOP AND ONE CAMERA, owned by AMANDA BEZEMEK, a person having a greater right to possession of the property than the Defendant and hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property, and without the effective consent of the Complainant, namely, without any consent of any kind.

FILED
Chris Daniel
District Clerk
MAY 04 2012
Harris County, Texas
Time: _____ By _____

Foreman
_Janie Reyes_  179th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3012

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**FILED**
Chris Daniel
District Clerk

SEP 14 2012

Time: _____
Harris County, Texas
By: _____
Deputy

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the **14** day of **Sept.**, 20**12**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*R. P. Skip Cornelius*
**Attorney**

*7028 Buffalo Ten*
**Address**

*HTX     77019*
**City          State          Zip**

_____
**E-Mail Address**

*New Atty*

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for :

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

SEP 14 2012

Signed this _____ day of _____, 20____.

*9-14-12*

_____,
**Judge Presiding**

**RECORDER'S MEMORANDUM**
**This instrument is of poor quality**
**at the time of imaging**

3013

THE STATE OF TEXAS

VS.

**KENNETH ARTHUR**

<span style="color:black">████████████</span>

SPN: 01797810
DOB: ████████████
DATE PREPARED: 3/27/2012

D.A. LOG NUMBER:**1828863**
CJIS TRACKING NO.:**9167429025-A001**

BY: **CM**  DA NO: 052979100
AGENCY:**HPD**
O/R NO: 017151912J
ARREST DATE: 02 09 12

NCIC CODE: 5203 03

RELATED CASES: **SAME DEF 1 FEL, M. SHIELDS 1 MISD, AND D. MENEFE 1 MISD**

FELONY CHARGE:  **FELON IN POSSESSION OF FIREARM**
CAUSE NO: 1336674
HARRIS COUNTY DISTRICT COURT NO: 339
FIRST SETTING DATE:

BAIL: **SNO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KENNETH ARTHUR**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 9, 2012**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE in the District Court of the 177TH Judicial District, HARRIS County, Texas, in Cause Number 1082087, on OCTOBER 18, 2006.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 22, 1997, in Cause Number 281611, in the 240TH DISTRICT COURT of FORT BEND County, Texas, the Defendant was convicted of the felony of ARSON.

Before the commission of the primary offense, and after the conviction in Cause Number 281611 was final, the Defendant committed the felony of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on JUNE 12, 2002, in Cause Number 0871119, in the 179TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

MAR 30 2012

Time: _____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman      **351st**

*Rhonda Lowe*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3014

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

FEB 1 7 2012

Harris County, Texas

Time: _____

By _____ Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___17___ day of ___Feb___, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

HTX           77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 9 3 1 5 0 6
**Bar Card/SPN Number**

7 1 3 - 2 3 1 - 8 5 4 7
**Phone Number**

[ ] [ ] [ ] - [ ] [ ] [ ] - [ ] [ ] [ ] [ ]
**Fax Number**

The court further ORDERS the cause set for : _____
on the _____ day of ___Feb___, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___17___ day of ___Feb___, 20 12

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

8:30 Am

OD Cd
CHL

2-20-12
8:30 Am

**DISTRICT CLERK**

3015

# 13847940101C  Court: 337

| | | |
|---|---|---|
| THE STATE OF TEXAS | | D.A. LOG NUMBER:1830562 |
| VS. | **01341618** | CJIS TRACKING NO.: |
| **RONALD GLEN SIMON** | SPN: | BY: VF DA NO: 002397991 |
| | DOB: ▇▇▇▇ | AGENCY: WEST UNIV |
| ▇▇▇▇▇▇▇▇ | DATE PREPARED: 2/16/2012 | O/R NO: 12P0056 |
| | | ARREST DATE: **TO BE** |

NCIC CODE: 2300 79                RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                                  BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:          **1337289**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                **338**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RONALD GLEN SIMON**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 8, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO CAMERAS, owned by KELSEY WALTERS, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

  Before the Commission of the primary offense, on DECEMBER 16, 2002, in Cause Number 933449, in the 338TH DISTRICT COURT, HARRIS, County, Texas, the Defendant was convicted of the FELONY OF THEFT.

  Before the commission of the primary offense, on JULY 6, 2009, in Cause Number 1180067, in the 208TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on NOVEMBER 2, 2007, in Cause Number 1139643, in the 183RD District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE and was convicted on JUNE 15, 2000, in Cause Number 845928 in the 180TH District Court of HARRIS County, Texas.

FILED
Chris Daniel
District Clerk

MAR 05 2012

Time: _____
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.          Asst. Foreman          174th

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Harris County District Clerk

3016

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of **MAR 1 4 2012** , 20 ____

**F I L E D**
Chris Daniel
District Clerk

**MAR 1 4 2012**

Time: _____  Harris County, Texas
By _____  Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of **MAR 1 4 2012** , 20 ____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip          E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

The Court further ORDERS the cause set for : _____
on the __17__ day of __April__ , 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of **MAR 1 4 2012** , 20 ____

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3017

DISTRICT CLERK

THE STATE OF TEXAS                    02381691                D.A. LOG NUMBER:1832753
VS.                                                           CJIS TRACKING NO.:9167470505-A001
**CEDRIC BROWN**              SPN:                            BY: SP DA NO: 002197878
                             DOB:                            AGENCY:HUMBLE PD
                             DATE PREPARED: 2/23/2012         O/R NO: 12815
                                                             ARREST DATE: 02-08-2012

NCIC CODE: 2202 05                    RELATED CASES:

FELONY CHARGE:  BURGLARY OF A HABITATION
CAUSE NO:                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:      1338227                PRIOR CAUSE NO:
FIRST SETTING DATE:                   177

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**CEDRIC BROWN**, hereafter styled the Defendant, heretofore on or about FEBRUARY 5, 2012, did then and there unlawfully, with intent to
commit theft, enter a habitation owned by RICHARD MOORE, a person having a greater right to possession of the habitation than the Defendant
and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk
MAR 20 2012
Time:
Harris County, Texas
By                    Deputy

Foreman                              339th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

---

FOREMAN OF THE GRAND JURY

INDICTMENT

3018

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of ____APR 1 7 2020__, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _17_ day of _Apr_____, 20_13_, the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause. _RP Cornelius_

**Attorney/Assistant Public Defender Assigned by HCPD**        **E-Mail Address**

_20 W Buffalo Terrace_ 7132378547

**Address**                                                   **Phone Number**

_H  T  77019_ 7135280153

**City**        **State**        **Zip**                      **Fax Number**

_0483100_ 048315w

**SPN Number**                                               **Bar Number**

The Court further ORDERS the cause set for: _MAY 16, 2013_ _BRRN_

On the _16_ day of _MAY_____, 20_13_ at _9:w_ a.m. at 1201 Franklin, _N1_

Houston, Harris County, Texas.

Signed this _____ day of _APR 1 7 2013_, 20____.

_David Mendoza_
**Judge Presiding**

☐ The State has offered or        ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court        ☐ Defense        ☐ Operation of Law        ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness        ☐ Not Indicted

☐ D.A. to Evaluate Case                 ☐ Disposition of Misc./OOC Case      ☐ Other _____

☐ D.A. to Reindict                      ☐ File Unavailable                   ☐ Refer to _____

☐ D.A. to file MRP/MAJ                  ☐ MHMRA Evaluation                   ☐ Restitution Info
                                        _____ 21 Day _____ Full

☐ Defendant On Call                     ☐ No Tape/Lab _____         ☐ To Hire Attorney

☐ Defendant to Consider Offer           ☐ No Offense Report

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

5/2/12

3019

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**MARQUIET ANTONIO DAVIS**

02157309

SPN:
DOB:
DATE PREPARED: 3/1/2012

D.A. LOG NUMBER:1834595
CJIS TRACKING NO.:9167489966-A001
BY: CS DA NO: 050795683
AGENCY:HPD
O/R NO: 026173612
ARREST DATE: 03/01/2012

NCIC CODE: 5599 09          RELATED CASES: SAME-M

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1338908**
FIRST SETTING DATE:          **178**

BAIL: $5,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MARQUIET ANTONIO DAVIS**, hereafter styled the Defendant, heretofore on or about **MARCH 1, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, 3,4-METHYLENEDIOXYMETHAMPHETAMINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

MAR 26 2012

Time: _____  Harris County, Texas

By _____  Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24058645
BAR CARD NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3020

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of **MAR - 5 2012**, 20_____.

F I L E D
District Clerk

MAR - 5 2012

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___5___ day of ___MARCH___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _26_ day of ___March___, 20_13_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _5_ day of ___March___, 20_12_.

Judge Presiding

3021

THE STATE OF TEXAS                     **01719252**              D.A. LOG NUMBER:1835158
VS.                                                              CJIS TRACKING NO.:9167496415-A001

**MANDY LEA MELDER**          SPN:                              BY: VF  DA NO: 002271451
                              DOB:                              AGENCY:HCSO
                              DATE PREPARED: 3/3/2012           O/R NO: HC120029481
                                                                ARREST DATE: 3 2 12

NCIC CODE: 5599 15            RELATED CASES: SAME DEF. 1 OTHER CHG; CO-DEF.: NORMAN SEGURA (F)

FELONY CHARGE:  POSSESSION OF A CONTROLLED SUBSTANCE
CAUSE NO:                                                       BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:          **1339134**           PRIOR CAUSE NO:
FIRST SETTING DATE:                       **262**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says
that he has good reason to believe and does believe that in Harris County, Texas,  MANDY LEA MELDER, hereafter styled the Defendant,
heretofore on or about **MARCH 2, 2012**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely,
CARISOPRODOL, weighing more than 28 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants

**F I L E D**
Chris Daniel
District Clerk

MAR 0 3 2012

Time: 0350
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on March 3, 2012

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY          2404 4225
OF HARRIS COUNTY, TEXAS.             BAR NO.

**COMPLAINT**

3022

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

_____
Witness

MAR -5 2012

**FILED**
Chris Daniel
District Clerk

MAR - 5 2012

Time. _____
By _____

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk,
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City               State          Zip            E-Mail Address

Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for _____

on the _10_ day of ___April___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _5_ day of _March_, 20_12_.

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3023

THE STATE OF TEXAS
VS.

**ROBERT LEE BUSBY**

SPN: 01824604
DOB:
DATE PREPARED: 5/17/2012

D.A. LOG NUMBER:1835314
CJIS TRACKING NO.:9167498213-A001
BY: CM  DA NO: 052815600
AGENCY:HPD
O/R NO: 027188112L
ARREST DATE: 03 03 12

NCIC CODE: **2001 01**          RELATED CASES: **SAME DEF - F**

FELONY CHARGE: **ARSON**
CAUSE NO: **1339164**                                            BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO: **262**                        PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROBERT LEE BUSY**, hereafter styled the Defendant, heretofore on or about **MARCH 3, 2012**, did then and there unlawfully, START A FIRE by IGNITING A COMBUSTIBLE MATERIAL with the intent to destroy and damage A MOTOR VEHICLE, owned by CANDICE PRICE, and the Defendant KNEW THAT THE MOTOR VEHICLE WAS WITHIN THE INCORPORATED LIMITS OF A CITY, NAMELY, HOUSTON, TEXAS.

It is further presented that, at the time that the Defendant committed the felony offense of ARSON on or about MARCH 3, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIRE, during the commission of said offense and during the immediate flight from said offense.

**F I L E D**
Chris Daniel
District Clerk

MAY 1 8 2012

Time: 11:35

Harris County, Texas

By _____ Kim
          Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman        182nd

_Anne R Harris_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3024

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

Witness

MAR 5 2012

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

MAR - 5 2012

Time. _____
MAR 5 2012
Harris County, Texas

By _____

_____
Deputy District Clerk,
Harris County, Texas

### ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for _____

on the 10 day of _April_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 5 day of _March_, 20_12_.

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3025

THE STATE OF TEXAS
VS.

**ROBERT LEE BUSBY**

<span style="color:black">████████████████</span>

01824604

SPN:
DOB: ████
DATE PREPARED: 3/3/2012

D.A. LOG NUMBER:1835314
CJIS TRACKING NO.:9167498213-A002

BY: **RZ**  DA NO: 052815600
AGENCY:**HPD**
O/R NO: 027188112L
ARREST DATE: 03-03-2012

NCIC CODE: 5004 30

RELATED CASES: **SAME DEF-F**

FELONY CHARGE: **RETALIATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

1339165
262

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROBERT LEE BUSBY**, hereafter styled the Defendant, heretofore on or about **MARCH 3, 2012**, did then and there unlawfully, intentionally and knowingly harm and threaten to harm CANDICE PRICE by an unlawful act, namely ASSAULT , in retaliation for and on account of the service and status of CANDICE PRICE as a . person who has reported the occurrence of a crime .

**FILED**
Chris Daniel
District Clerk

MAY 18 2012

Time: _____ 11:35
        Harris County, Texas
By _____
        Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman        182nd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3026

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney

Witness _____

Sworn to and subscribed before me on this, the _____ day of **MAR - 9 2012**, 20____.

**F I L E D**
Chris Daniel
District Clerk

MAR - 9 2012

Time 3-9-1345
Harris County Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 9 day of Marn, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Cornehs
**Attorney**

2028 Buffalo Terr
**Address**

H. TX    77019
**City**        **State**        **Zip**        _____
**E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| | | | - | | | | - | | | |
**Fax Number**

The Court further ORDERS the cause set for : _____
on the 12 day of Marn, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris

MAR - 9 2012

County, Texas.

Signed this _____ day of _____ 20____.

_____
**Judge Presiding**

3027

THE STATE OF TEXAS       <u>01000427</u>      D.A. LOG NUMBER:1836566
VS.       CJIS TRACKING NO.:9167511767-A001

**DON MORRIS WASHINGTON**     SPN:      BY: **DS** DA NO: 001863827
     DOB: ▆▆▆▆▆▆▆     AGENCY:HPD
     DATE PREPARED: 3/8/2012     O/R NO: 029358312D
     ARREST DATE: 03/07/2012

NCIC CODE: 5599 04      RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:         BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:    <u>1339699</u>    PRIOR CAUSE NO:
FIRST SETTING DATE:       <u>178</u>

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DON MORRIS WASHINGTON**, hereafter styled the Defendant, heretofore on or about **MARCH 07, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on DECEMBER 11, 1990, in Cause Number 577646, in the 209TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 577646 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on FEBRUARY 03, 1993, in Cause Number 623511, in the 339TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

APR 20 2012

Time: _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman _____
_____ 182n

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3028

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

APR 19 2012

Time: _____  Harris County, Texas

By _____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _17_ day of _April_, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

**E-Mail Address** _____

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

APR 19 2012

Signed this _____ day of _____, 20____

_____
**Judge Presiding**

3029

THE STATE OF TEXAS
VS.
**MICHAEL SLAUGHTER**

SPN: 2038650
DOB: ▮▮▮▮▮▮
DATE PREPARED: 5/30/2012

D.A. LOG NUMBER:1836718
CJIS TRACKING NO.:
BY: DA NO: 2126024 AGENCY:HOUSTON
POLICE DEPARTMENT
O/R NO: 023618312L
ARREST DATE:

NCIC CODE: 100701          RELATED CASES:

FELONY CHARGE: **KIDNAPPING**
CAUSE NO: 1339892
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE: 6/18/2012

BAIL: $
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL WAYNE SLAUGHTER**, hereafter styled the Defendant, heretofore on or about **February 24, 2012**, did then and there unlawfully, intentionally and knowingly abduct BRITTANY MCCUTCHEON, hereinafter styled the Complainant, without his consent, and did restrain BRITTANY MCCUTCHEON with intent to prevent his liberation, to-wit by secreting and holding the Complainant in a place where the Complainant was not likely to be found.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on APRIL 18, 2005, in Cause Number 1023751, in the 339TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1023751 was final, the Defendant committed the felony of AGGRAVATED ASSAULT and was finally convicted of that offense on JULY 1, 2010, in Cause Number 09DCR051818, in the 400TH DISTRICT COURT of FORT BEND County, Texas.

FILED
Chris Daniel
District Clerk
MAY 31 2012
Time:____ By____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          177th

_Lana R. Ury_

FOREMAN OF THE GRAND JURY

INDICTMENT

3030

would show the Court that he/she is financially unable to hire an attorney.

**Defendant/Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20___, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____    _____
Attorney/Assistant Public Defender Assigned by HCPD    E-Mail Address

_____
Address

**R.P. SKIP CORNELIUS**
Phone Number    SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019

_____
City                State          Zip

Fax Number    Phone 713 237 8547
Fax 713 528 0153

_____    _____
SPN Number                Bar Number

The Court further ORDERS the cause set for:

On the _____ day of _____, 20___ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20___

_____
**Judge Presiding**

☐ The State has offered or    ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation _____ 21 Day _____ Full    ☐ Restitution Info

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

5/2/12

3031

THE STATE OF TEXAS                     __02608846__              D.A. LOG NUMBER:1837204
VS.                                                              CJIS TRACKING NO.:9167518575-A001

**JESUS ANGEL CHAVIRA**          SPN:                           BY: MA  DA NO: 002398018
                                 DOB:                           AGENCY:HPD
                                 DATE PREPARED: 3/10/2012        O/R NO: 030256512P
                                                                ARREST DATE: 03/09/2012

NCIC CODE: 1301 19              RELATED CASES:  ONE OTHER CS (S)

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                                        BAIL: $30,000.
HARRIS COUNTY DISTRICT COURT NO:          __1339977__            PRIOR CAUSE NO:
FIRST SETTING DATE:                       __174__

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JESUS ANGEL CHAVIRA**, hereafter styled the Defendant, heretofore on or about **MARCH 09, 2012**, did then and there unlawfully,
intentionally and knowingly threaten ANDREW CHARCAS with imminent bodily injury by using and exhibiting a deadly weapon, namely, A
HAMMER.

intentionally and knowingly cause bodily injury to ANDREW CHARCAS, hereinafter called the Complainant, by STABBING COMPLAINANT,
and the Defendant used and exhibited a deadly weapon, namely a FORK .

FILED
Chris Daniel
District Clerk

MAR 1 9 2012

Time:_____
        Harris County, Texas

By_____
        Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    338th

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3032

*DOES NOT WANT TO SIGN*

Defendant

*DOES NOT WANT TO WAIVE 10 days.*

☐ _____ (name) a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

[Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

MAR 3 0 2012

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **30** day of **MARCH**, 20**12**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*R P CORNELIUS*
**Attorney**

*2028 Buffalo Terra*
**Address**

*H          T    77019*
**City                    State              Zip**       _____
                                                          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of **MAR 3 0 2012**, 20____.

_____
**Judge Presiding**

3033

THE STATE OF TEXAS                             D.A. LOG NUMBER:1838393
VS.                                            CJIS TRACKING NO.:
**WILLIAM HERNANDEZ**     SPN: 01924757             BY: AA-SP/AW DA NO: 050788045
████████████              DOB: ████                  AGENCY:HPD
                          DATE PREPARED: 3/14/2012      O/R NO: 10234011
                                                ARREST DATE: **RE-INDICTMENT**

NCIC CODE: **2101 25**          RELATED CASES: **REFILE OF 1295671, 351ST**

FELONY CHARGE: **ENGAGING IN ORGANIZED CRIMINAL ACTIVITY**
CAUSE NO:                                        BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:   1340574       PRIOR CAUSE NO:
FIRST SETTING DATE:               351

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM HERNANDEZ**, hereafter styled the Defendant, heretofore on or about **JANUARY 24, 2011 AND CONTINUING THROUGH FEBRUARY 1, 2011**, did then and there unlawfully, with intent to establish, maintain and participate in a combination and in the profits of a combination, said combination consisting of WILLIAM HERNANDEZ, PEDRO CASTRO-MARQUEZ, and EDDIE CASTANEDA, commit the offenses of AGGRAVATED ROBBERY, namely, in that he did on or about JANUARY 24, 2011, unlawfully, while in the course of committing theft of property owned by JORGE MUNOZ, and with intent to obtain and maintain control of the property, threaten and place JORGE MUNOZ in fear of imminent bodily injury and death and the Defendant did then and there use and exhibit a deadly weapon, namely A FIREARM and on or about FEBRUARY 1, 2011, unlawfully, while in the course of committing theft of property owned by LIZETTE AWADEIN, and with intent to obtain and maintain control of the property, threaten and place LIZETTE AWADEIN in fear of imminent bodily injury and death and the Defendant did then and there use and exhibit a deadly weapon, namely A FIREARM.

Before the commission of the offense alleged above, on MARCH 17, 2003, in Cause No. 927718, in the 248TH DISTRICT COURT of Harris County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

**FILED**
Chris Daniel
District Clerk

MAR 15 2012

Time: _____ 1:45    MAR 15 2012
Harris County, Texas
By _____
Deputy

**Foreman**             339th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3034

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _19_ day of _March_ , 20_12_.

_____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _19_ day of _March_ , 20_12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_R.P. Cornelius_
**Attorney**

_2020 Buffalo Terr_
**Address**

_HTX   77019_
**City**          **State**          **Zip**

**FILED**
Chris Daniel
District Clerk

MAR 1 9 2012

Time: _____
Harris County, Texas
**E-Mail Address**
Deputy

_0 4 9 3 1 5 0 0_
**Bar Card/SPN Number**

_7 1 3 - 2 3 7 - 8 5 4 7_
**Phone Number**

| | | | - | | | | - | | | |
**Fax Number**

The Court further ORDERS the cause set for : _April 19 Aug._
on the _19_ day of _April_ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _19_ day of _March_ , 20_12_

_____

**Judge Presiding**

3035

THE STATE OF TEXAS        <u>02588624</u>        D.A. LOG NUMBER:1838769

VS.        CJIS TRACKING NO.:

**MUNTASER HAZEM JUDEH**        SPN:        BY: AC  DA NO: 068910750

DOB: ▇▇▇▇▇        AGENCY:HCSO

DATE PREPARED: 3/16/2012        O/R NO: HC1234479

ARREST DATE: 3/12/12

NCIC CODE: 1313 18        RELATED CASES:

FELONY CHARGE: **ASSAULT**

CAUSE NO:        BAIL: **SNO BOND**

HARRIS COUNTY DISTRICT COURT NO:        **1340642**        PRIOR CAUSE NO:

FIRST SETTING DATE:        **177**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about **MARCH 12, 2012**, did then and there unlawfully, INTENTIONALLY AND KNOWINGLY cause bodily injury to A. KING, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: MAINTAINING ORDER IN THE HARRIS COUNTY JAIL, by STRIKING THE COMPLAINANT IN THE SHOULDER WITH THE DEFENDANT'S ELBOW.

F I L E D

Chris Daniel
District Clerk

APR 05 2012

Time: _____

By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY    177th

**INDICTMENT**

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

_____
Deputy District Clerk
Harris County, Texas

MAR 26 2012

## ORDER APPOINTING COUNSEL

Time: _____
Harris County, Texas
By _____
Deputy

On this, the 26 day of MARCH, 20/2, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R+ Connely
**Attorney**

2028 Buffalo Tenan
**Address**

H T 77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3
**Fax Number**

The Court further ORDERS the cause set for :
on the 25 day of April, 20/2 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 26 day of Mau, 20/2

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

4-23-12

8.30m

3037

DISTRICT CLERK

*pend*

THE STATE OF TEXAS
VS.
**JAMES BENTON THOMAS**

SPN: 766555
DOB:
DATE PREPARED: 3/20/2012

D.A. LOG NUMBER:1839862
CJIS TRACKING NO.: 9166461480 D001D
BY:  DA NO: 2328033 AGENCY: HOUSTON
**POLICE DEPARTMENT**
O/R NO: 021608111G
ARREST DATE:

NCIC CODE: 1314 14                  RELATED CASES:
FELONY CHARGE:  AGG ASSAULT-FAMILY MEMBER
CAUSE NO:                          *1341053*
HARRIS COUNTY DISTRICT COURT NO: 228
FIRST SETTING DATE: 3/26/2012

BAIL: $0
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES BENTON THOMAS**, hereafter styled the Defendant, heretofore on or about February 19, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to CORA DARRINGTON a person with whom the Defendant had a dating relationship, by STRIKING COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on August 16, 1999, in the CCCL#2 of FORT BEND County, Texas, in Cause No. 082544, was convicted of ASSAULT which was committed against a person with whom the Defendant had a dating relationship.

It is further presented that, at the time that the Defendant committed the felony offense of ASSAULT-FAMILY VIOLENCE-2nd OFFENDER on or about FEBRUARY 19, 2011, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a KNIFE, during the commission of said offense and during the immediate flight from said offense.
Before the commission of the offense alleged above, on DECEMBER 3, 1987, in Cause No. 0486560, in the 176th District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the offense alleged above, on NOVEMBER 11, 2002, in Cause No. 0909475, in the 338th District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT.

**FILED**
Chris Daniel
District Clerk

MAR 3 0 2012   *332012*

Time: _____
By: _____

**Asst. Foreman**      **339th**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

INDICTMENT

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ___*12*___ day of ___*Feb*___, 20_*13*_

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___*12*___ day of ___*FEB*___, 20_*13*_, the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney.  The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause. *RP Cornelius*

| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| --- | --- |
| *2028 Buffalo Terrace* | *713 237 8547* |
| Address | Phone Number |
| *X  T  77019* | *713 528 0153* |
| City         State         Zip | Fax Number |
| *01782599* | *ARRN* |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for: _____

On the ___*14*___ day of ___*March*___, 20_*13*_ at ___*9*___ a.m. at 1201 Franklin,

Houston, Harris County, Texas.

Signed this _____ day of  **FEB 1 2 2013** , 20____.

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

| | | |
| --- | --- | --- |
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation | ☐ Restitution Info |
| | _____ 21 Day _____ Full | |
| ☐ Defendant On Call | ☐ No Tape/Lab _____ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

Unofficial Copy from the Office of Marilyn Burgess, District Clerk

3039

**DISTRICT CLERK**

THE STATE OF TEXAS                                          D.A. LOG NUMBER:1840442
VS.                                                         CJIS TRACKING NO.:
**KEVIN JAMON JOHNSON**                                     BY: **DEC  DA NO: 1827359**
       SPN: 2332927        AGENCY:HOUSTON POLICE
       DOB: ▮              DEPARTMENT
       DATE PREPARED: 5/17/2012   O/R NO: 167409811
                  ARREST DATE: TO BE

NCIC CODE: 1204 04                       RELATED CASES:
FELONY CHARGE:  **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1341148**                               BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO: 176                PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KEVIN JAMON JOHNSON**, hereafter styled the Defendant, heretofore on or about **December 30, 2011**, did then and there unlawfully, while in
the course of committing theft of property owned by CARLTON DONATTO, and with intent to obtain and maintain control of the property,
intentionally and knowingly threaten and place CARLTON DONATTO in fear of imminent bodily injury and death, and the Defendant did then
and there use and exhibit a deadly weapon, namely, A FIREARM.

 Before the commission of the offense alleged above, on OCTOBER 30, 2008, in Cause Number 1168573 in the 180th District Court of HARRIS
County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

```
                            F I L E D
                            Chris Daniel
                            District Clerk

                            MAY 2 1 2012

                    Time: _____0923_____
                            Harris County, Texas
                    By _____ /bm
                                    Deputy
```

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**                     177th
                             **Foreman**
                          *Lena F. Ury*
                        FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
**This instrument is of poor quality**
**at the time of imaging**                     **INDICTMENT**

3040

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**FILED**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.
District Clerk

MAR 3 0 2012                                    _____,

Time: _____                          **Deputy District Clerk**
Harris County, Texas                           **Harris County, Texas**

By _____
        Deputy        **ORDER APPOINTING COUNSEL**

        On this, the 30 day of Mar , 20 12, the Court determined that the

above named defendant / witness has executed an affidavit stating that he / she is without counsel and is

financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to

represent the defendant / witness named above in this cause.

R.P. Cornelius
**Attorney**

2028 Buffalo
**Address**

HTX          77019           **STATE JAIL DOCKET**
**City**    **State**    **Zip**    Project Court #2, 20th Floor
                                    713-755-5027
_____
                                    **E-Mail Address**

| 0 | 4 | 9 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 1 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| | | | - | | | | - | | | | |
**Fax Number**

        The Court further ORDERS the cause set for :  JTRL  (1A)

on the 23 day of Apr , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

        Signed this 30 day of Mar , 20 12

_____
                              **Judge Presiding**

4-23-12
8:30Am

8:30AM
Oral CAL

*pend*

THE STATE OF TEXAS
VS.
**JAMES THOMAS**

SPN: 766555
DOB:
DATE PREPARED: 3/26/2012

D.A. LOG NUMBER:1839862
CJIS TRACKING NO.: 9166461480D002
BY: SG  DA NO: 1901698
AGENCY:HOUSTON POLICE
DEPARTMENT
O/R NO: 021608111G
ARREST DATE:

NCIC CODE: 3899 01          RELATED CASES:

**FELONY CHARGE:  VIOLATION OF PROTECTIVE ORDER - FAMILY VIOLENCE**
CAUSE NO:                                                    BAIL: $0
HARRIS COUNTY DISTRICT COURT NO: 228  1341866
FIRST SETTING DATE: 3/26/2012                    PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES BENTON THOMAS**, hereafter styled the Defendant, heretofore on or about **February 19, 2011**, did then and there unlawfully, intentionally and knowingly violate a protective order, issued under CHAPTER 85, FAMILY CODE, and attached hereto as Exhibit A, BY COMMITTING THE OFFENCE OF ASSAULT OF CARA DARRINGTON, NAMELY, BY INTENTIONALLY AND KNOWINGLY CAUSING BODILY INJURY TO CARA DARRINGTON BY STRIKING COMPLAINANT WITH HIS HAND.

It is further presented that, at the time that the Defendant committed the felony offense of VIOLATION OF PROTECTIVE ORDER, on or about FEBRUARY 19, 2011, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a KNIFE, during the commission of said offense and during the immediate flight from said offense.

Before the commission of the offense alleged above, on NOVEMBER 11, 2002, in Cause No. 0909475, in the 338TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of AGGRAVATED ASSAULT.

Before the commission of the offense alleged above, on DECEMBER 3, 1987, in Cause No. 0486560, in the 176TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of POSSESSION OF CONTROLLED SUBSTANCE.

**FILED**
Chris Daniel
District Clerk
MAR 27 2012
Time:
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          **351st**
*Rhonda Love*

FOREMAN OF THE GRAND JURY

INDICTMENT

3042

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

# ORDER APPOINTING COUNSEL

On this, the *20* day of *April*, 20*12*, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*RP CORNELIUS*
**Attorney**

*2028 Buffalo Terrace*
**Address**

*HT 77019*
**City          State          Zip**

E-Mail Address

*04831500*
**Bar Card/SPN Number**

*713-237-8547*
**Phone Number**

*713-528-0153*
**Fax Number**

**F I L E D**
Chris Daniel
District Clerk

APR 2 0 2012

Time: _____
Harris County, Texas
By _____
Deputy

The Court further ORDERS the cause set for :          *JML*

on the *3rd* day of *August*, 20*12* at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this *20th* day of *April*, 20*12*

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3043

Unofficial copy of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**REGINALD HOLLINS**

SPN: 01344066
DOB:
DATE PREPARED: 3/27/2012

D.A. LOG NUMBER:1842232
CJIS TRACKING NO.: 9166335183-D001
BY: **JR** DA NO: 2197878
AGENCY:HOUSTON POLICE DEPARTMENT
O/R NO: 021833011T
ARREST DATE: 2/19/2011

NCIC CODE: 120404          RELATED CASES: **2 CO.DEF. CEDRIC HOPES (F), DERRICK HOPES (F)**
FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO:          1342022
HARRIS COUNTY DISTRICT COURT NO: 177
FIRST SETTING DATE: 4/20/2012

BAIL: $100,000
PRIOR CAUSE NO: 1296263

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **REGINALD TYRONE HOLLINS**, hereafter styled the Defendant, heretofore on or about **February 19, 2011**, did then and there unlawfully, while in the course of committing theft of property owned by GEORGE BLAIR, and and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place GEORGE BLAIR in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on AUGUST 3, 1994, in Cause Number 9411011, in the 351st District Court of Harris County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT.

Before the commission of the primary offense, and after the conviction in Cause Number 9411011 was final, the Defendant committed the felony of CARJACKING, and was finally convicted of that offense on JANUARY 25, 2001 with an amended judgment on OCTOBER 17, 2005, in Cause Number 4:00CR00242-001, in the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS.

**FILED**
Chris Daniel
District Clerk

MAR 2 8 2012          MAR 2 8 2012

Time:
By

**Foreman          176th**

*Gerald W. Joseph*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3044

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

**F I L E D**
**Chris Daniel**
**District Clerk**

APR 02 2012

Time: _____

Harris County, Texas

By _____
Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the **2** day of _____, 20_____, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip            E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

The Court further ORDERS the cause set for :
on the _____ day of _____, 20_____ at 9:00 a.m., at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _____, 20 **12**

_____
Judge Presiding

4-26-12
8:30am

3045

**DISTRICT CLERK**

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS

VS.

**CHESARE DENONTRAE RIVERS**

SPN: ███████  02234817

DOB: ███████

DATE PREPARED: 3/29/2012

D.A. LOG NUMBER:1842848

CJIS TRACKING NO.:

BY: EG  DA NO: 002198666

AGENCY:HPD

O/R NO: 039448712B

ARREST DATE: **TO BE**

NCIC CODE: 1301 19                    RELATED CASES:

FELONY CHARGE:  Aggravated Assault

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:

FIRST SETTING DATE:

BAIL: $NO BOND

PRIOR CAUSE NO:

**1342143**

**228**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHESARE DENONTRAE RIVERS**, hereafter styled the Defendant, heretofore on or about **MARCH 29, 2012**, did then and there unlawfully, intentionally and knowingly threaten SHARON ANN BOLDEN with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

F I L E D
Chris Daniel
District Clerk

JUN 07 2012

Time: _____
By _____ Deputy
Harris County, Texas

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**

_signature_  178th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3046

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____ F I L E D 20__.

C o A S Victoria Jackson 1343080
Steven Fontenot 1343081

Chris Daniel
District Clerk

**Deputy District Clerk**
**Harris County, Texas**

APR 1 0 2012

Time: _____

Harris County, Texas

Deputy

## ORDER APPOINTING COUNSEL

On this, the 10 day of April, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Cornelius
**Attorney**

2028 Buffalo Terr
**Address**

H TX 77019
**City**          **State**          **Zip**          _____
                                                    **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : Arrs
on the 15 day of May, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
                                        830
County, Texas.

Signed this 10 day of April, 20 12.

David Mendoza
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3047

THE STATE OF TEXAS                          01903836                    D.A. LOG NUMBER:1845220
VS.                                                                     CJIS TRACKING NO.:9167603211-A00
                                                                       BY: KES  DA NO: 001892568
**AMY LYNN CATLETT**                SPN:                                AGENCY:HPD
                                    DOB:                                O/R NO: 042370112R
                                    DATE PREPARED: 4/6/2012             ARREST DATE: 04/06/2012

NCIC CODE: 1205 01                  RELATED CASES:  **CO DEF – V. JACKSON (F); F. FONTENOT (F)**

FELONY CHARGE:  **ROBBERY**
CAUSE NO:                                                              BAIL: $20,000
HARRIS COUNTY DISTRICT COURT NO:              **1343079**              PRIOR CAUSE NO:
FIRST SETTING DATE:                            **178**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**AMY LYNN CATLETT**, hereafter styled the Defendant, heretofore on or about **APRIL 4, 2012**, did then and there unlawfully, while in the
course of committing theft of property owned by OSCAR MALDONADO and with intent to obtain and maintain control of the property,
intentionally, knowingly and recklessly cause bodily injury to OSCAR MALDONADO, by STRIKING THE COMPLAINANT WITH HER
HAND.

**F I L E D**
Chris Daniel
District Clerk

APR 20 2012

Time: _____
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman

182n.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3048

Case 4:17-cv-03621   Document 89-15   Filed on 01/05/23 in TXSD   Page 332 of 602

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

MAY 21 2012

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 21 day of May, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Cornelius
**Attorney**

2028 Buffalo Twv
**Address**

HTX          77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 0 3 1 6 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3
**Fax Number**

The Court further **ORDERS** the cause set for : NTM
on the 22nd day of June, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this 21st day of May, 20 12.

_____

**Judge Presiding**

3049

THE STATE OF TEXAS
VS.

**JUSTIN JOSEPH MORRIS**

SPN:  02177810
DOB:
DATE PREPARED: 4/11/2012

D.A. LOG NUMBER:1846550
CJIS TRACKING NO.:
BY: EG  DA NO: 002268095
AGENCY:HPD
O/R NO: 45450012G
ARREST DATE: TO BE

NCIC CODE: 3600 98          RELATED CASES:

FELONY CHARGE:  **Failure To Comply With Sex Registration Requirements**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:          1343569
                            177

BAIL: $5,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JUSTIN JOSEPH MORRIS**, hereafter styled the Defendant, heretofore on or about **JANUARY 8, 2012**, did then and there unlawfully, while a person with a reportable conviction for the offense of INDECENCY WITH A CHILD, and while subject to registration under the Texas sex offender registration program, and while intending to change his residential address, intentionally and knowingly fail to timely provide in person the Defendant's anticipated move date and new address to the local law enforcement authority designated as the Defendant's primary registration authority, by failing to provide said information in person to said officer at least seven days before the Defendant change of address.

**FILED**
Chris Daniel
District Clerk

APR 1 8 2012

Time: 1330
Harris County, Texas
By: pm
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          182nd

FOREMAN OF THE GRAND JURY

INDICTMENT

3050

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

APR 16 2012

Time: _____

By _____
Deputy

Harris County, Texas

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of **APR 16 2012**, 20____, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for :
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

APR 16 2012

Signed this _____ day of _____, 20___.

_____
**Judge Presiding**

3051

ORIGINAL

THE STATE OF TEXAS      **00118606**      D.A. LOG NUMBER:1847008
VS.      CJIS TRACKING NO.:9167622054-A001

**ANTONIO ARTURO HERNANDEZ**    SPN:      BY: JL  DA NO: 002044691
     DOB:      AGENCY:HPD
     DATE PREPARED: 4/12/2012      O/R NO: 46033412Q
     ARREST DATE: 4/12/2012

NCIC CODE: 5599 48      RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:      BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:      **1343774**      PRIOR CAUSE NO:
FIRST SETTING DATE:      **339**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ANTONIO ARTURO HERNANDEZ**, hereafter styled the Defendant, heretofore on or about **APRIL 12, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, HEROIN, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on APRIL 17, 1979, in Cause Number 293454, in the 209TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 293454 was final, the Defendant committed the felony of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on JULY 31, 1998, in Cause Number 776439, in the 248TH DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY      BAR CARD NO.
OF HARRIS COUNTY, TEXAS

         **INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3052

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____

_____

**F I L E D**
Chris Daniel
District Clerk

APR 17 2012

Time: _____
Harris County, Texas

By _____
      Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ APR 17 2012 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City**      **State**      **Zip**

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-5021

**E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for _____

on the _____ day of _____ May _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ APR 17 2012 ,20____

_____
Judge Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

3053

02178101

THE STATE OF TEXAS
VS.

**JOSHUA COLE**

SPN: 02178101
DOB:
DATE PREPARED: 4/13/2012

D.A. LOG NUMBER:1847318
CJIS TRACKING NO.:9167625339-A001
BY: KL  DA NO: 001901250
AGENCY:HPD
O/R NO: 046534312H
ARREST DATE: 4/13/12

NCIC CODE: 5599 04          RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                                    BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:                             PRIOR CAUSE NO:
FIRST SETTING DATE:

1343898
IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:
337

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JOSHUA COLE** hereafter styled the Defendant, heretofore on or about **APRIL 13, 2012**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on MARCH 15, 2010, in Cause Number 1254806, in the 337TH District Court, of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of THEFT FROM PERSON and was convicted on AUGUST 25, 2009, in Cause Number 1221037, in the 183RD District Court, of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

APR 1 3 2012

Time:
Harris County, Texas

By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **April 13, 2012**

AFFIANT

00787163

ASSISTANT DISTRICT ATTORNEY       BAR NO.
OF HARRIS COUNTY, TEXAS.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**COMPLAINT**

3054

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**

Chris Daniel
District Clerk

SEP 21 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 21 day of Sept , 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____          _____
**City**          **State**          **Zip**                    **E-Mail Address**

[ | | | | | ]
**Bar Card/SPN Number**

[ | | - | | | - | | | | ]
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

[ | | | - | | | - | | | | ]
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21 day of Sept , 20 12

_____,
**Judge Presiding**

3055



THE STATE OF TEXAS

VS.

**STEPHEN LUCAS**

SPN: 01660548

DOB:

DATE PREPARED: 5/21/2012

D.A. LOG NUMBER:1847638

CJIS TRACKING NO.:

BY: CM  DA NO: 001863827

AGENCY:HPD

O/R NO: 047042512

ARREST DATE: **TO BE**

NCIC CODE: 2300 79          RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**

CAUSE NO: **1343978**

HARRIS COUNTY DISTRICT COURT NO: 351

FIRST SETTING DATE:

BAIL: $15,000

PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEPHEN LUCAS**, hereafter styled the Defendant, heretofore on or about **APRIL 14, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE CAMERA LENS, owned by JOSE OROZCO, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on MAY 23, 2007, in Cause Number 157675, in the COUNTY COURT AT LAW NO. 3, of BRAZORIA, County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on JANUARY 22, 1999, in Cause Number 98282, in the COUNTY COURT AT LAW NO. 1, of BRAZORIA County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

F I L E D
Chris Daniel
District Clerk
MAY 2 2 2012
Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman _____

FOREMAN OF THE GRAND JURY

INDICTMENT

3056

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

APR 16 2012

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the _____ day of APR 16 2012 , 20____ , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

City _____ State _____ Zip _____

Bar Card/SPN Number

Phone Number

Fax Number

**STATE JAIL DOCKET**
Project Court #2, 20th Floor
713-755-3021

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ APR 16 2012

_____
Judge Presiding

3057

DISTRICT CLERK

THE STATE OF TEXAS                    **00076362**          D.A. LOG NUMBER:1847696
VS.                                                         CJIS TRACKING NO.:9167629644-A001

**WILLIAM CHAMBERS**          SPN:                          BY: MM  DA NO: 001901250
                              DOB:                          AGENCY:HPD
                              DATE PREPARED: 4/15/2012      O/R NO: 047227912B
                                                            ARREST DATE: 04/14/12

NCIC CODE: 5599 04            RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                                   BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:        **1344007**         PRIOR CAUSE NO:
FIRST SETTING DATE:                     **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM CHAMBERS**, hereafter styled the Defendant, heretofore on or about **APRIL 14, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 15, 2011, in Cause Number 1295034, in the 351ST District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on APRIL 21, 2009, in Cause Number 1212377 in the 338TH  District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

MAY 1 7 2012

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**                                    178th

Foreman

FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

**INDICTMENT**

3058

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,

**F I L E D**
Chris Daniel
District Clerk

APR 18 2012

Time: _____
Harris County, Texas

By _____
        Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

APR 18 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney
_____

Address
_____

City _____ State _____ Zip _____          E-Mail Address

Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for

on the ___ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____   APR 18 2012

_____,

Judge Presiding

3059

THE STATE OF TEXAS
VS.

**CUONG KHANH NGUYEN**
**HOUSTON, TX**

01617106

SPN:
DOB:
DATE PREPARED: 4/16/2012

D.A. LOG NUMBER:1848153
CHS TRACKING NO.:9167634230-A001

BY: EG  DA NO: 002396961
AGENCY:HPD
O/R NO: 047997312Z
ARREST DATE: 04-16-2012

NCIC CODE: 2300 79          RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          1344184
FIRST SETTING DATE:          339

BAIL: $2,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CUONG KHANH NGUYEN**, hereafter styled the Defendant, heretofore on or about **APRIL 16, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, THREE RAZORS, owned by NATHAN SMITH, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on MARCH 9, 2012, in Cause Number 1814316, in the COUNTY CRIMINAL COURT AT LAW NO. 3, of HARRIS, County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

Before the commission of the primary offense, on JANUARY 9, 2012, in Cause Number 1802198, in the COUNTY CRIMINAL COURT AT LAW NO. 10, of HARRIS County, Texas, the Defendant was convicted of the Misdemeanor of Theft.

F I L E D
Chris Daniel
District Clerk
APR 26 2012

Time: _____  Harris County, Texas
By _____  Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          182nd

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3060

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

**F I L E D**
Chris Daniel
District Clerk

APR 18 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

APR 18 2012

On this, the _____ day of _____, 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____        _____        _____
**City**           **State**        **Zip**        **E-Mail Address**

☐☐☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for _____
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _____ APR 18 2012 __, 20___.

_____
**Judge Presiding**

3061

THE STATE OF TEXAS
VS.                              02538714
**VICENTE AGUILAR, JR.**         SPN:
                                 DOB:
                                 DATE PREPARED: 4/17/2012

D.A. LOG NUMBER: 1848258
CJIS TRACKING NO.: 9167635555-A001
BY: SP DA NO: 001901250
AGENCY: HCSO
O/R NO: HC120051432
ARREST DATE: 04-17-2012

NCIC CODE: 2101 29               RELATED CASES: **FUENTES - 1F; GRACIA - 1F**
FELONY CHARGE:  **Engaging in Organized Criminal Activity - Participate in Combination**
CAUSE NO:                                              BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:                       PRIOR CAUSE NO:
FIRST SETTING DATE:              **1344216**
                                 ~~339~~

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **VICENTE AGUILAR, JR.**, hereafter styled the Defendant, heretofore on or about **APRIL 17, 2012**, did then and there unlawfully, with intent to establish, maintain and participate in a combination and in the profits of a combination, said combination consisting of CRISTAL FUENTES, VICENTE AGUILAR, JR., AND LOUIS ISAAC GRACIA, commit the offense of THEFT, namely, in that he did unlawfully appropriate, by acquiring and otherwise exercising control over property, namely, FOUR RIMS AND TIRES, owned by CLAUDIO HINOJOSA, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**FILED**
Chris Daniel
District Clerk

APR 2 4 2012

Time: _____
Harris County, Texas
By _____ Deputy

Asst. Foreman
_Lee Galley_

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3062

show the Court that he / is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**FILED**
Chris Daniel
District Clerk

APR 19 2012

Time: _____
Harris County, Texas

By _____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of Apr, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____  State _____  Zip _____     E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Clerk further ORDERS the cause set for : on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____  APR 19 2012 20___

Judge Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

3063

THE STATE OF TEXAS
VS.

**02140709**

D.A. LOG NUMBER:1848565
CJIS TRACKING NO.:9167638546-A001

**GERNETTE TORAN**

SPN:
DOB:
DATE PREPARED: 4/18/2012

BY: **DS** DA NO: 00297869
AGENCY:**HPD**
O/R NO: 0485916120
ARREST DATE: 04/17/2012

NCIC CODE: **4804 09**

RELATED CASES:

FELONY CHARGE: **PROSTITUTION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1344379**
FIRST SETTING DATE:                       **339**

BAIL: **$5000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GERNETTE TORAN**, hereafter styled the Defendant, heretofore on or about **APRIL 17, 2012**, did then and there unlawfully, knowingly AGREE TO ENGAGE in sexual conduct, namely, deviate sexual intercourse, to-wit: ORAL SEX, with L. HALE, for a fee.

Before the commission of the offense alleged above, on MAY 02, 2007, in Cause No. 1114745, in the 232ND DISTRICT COURT, of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on JUNE 29, 2006, in Cause No. 1072788, in the 262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on MAY 24, 2005, in Cause No. 1020902, in the 178TH DISTRICT COURT of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                    **177th**

_Lena T. Chz_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

F I L E D
Chris Daniel
District Clerk
APR 30 2012
Harris County, Texas
Time:
By:

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3064

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

APR 2 0 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _20_ day of _____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

_____
**Bar Card/SPN Number**

_____
**Phone Number**

_____
**Fax Number**

The Court further ORDERS the cause set for _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of APR 2 0 2012 , 20____.

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3065

Certified Copy Certificate Number Marilyn Burgess District Clerk

THE STATE OF TEXAS        02596077        D.A. LOG NUMBER:1848662
VS.                                         CJIS TRACKING NO.:9167639453-A001

**TRAVONE DESEAN HARRIS**     SPN:                    BY: **DB**  DA NO: 002327938
                             DOB:                   AGENCY:BAYTOWN PD
                             DATE PREPARED: 4/18/2012      O/R NO: 201214563
                                                              ARREST DATE: 4-17-12

NCIC CODE: 4801 26            RELATED CASES:

FELONY CHARGE:  **Evading Arrest or Detention - Second Offender**
CAUSE NO:                                              BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:     **1344471**      PRIOR CAUSE NO:
FIRST SETTING DATE:                       **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TRAVONE DESEAN HARRIS**, hereafter styled the Defendant, heretofore on or about **APRIL 17, 2012**, did then and there unlawfully, intentionally flee from N. BROWN, hereafter styled the Complainant, a PEACE OFFICER employed by BAYTOWN POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on DECEMBER 20, 2011, in Cause Number 1798918 in the COUNTY CRIMINAL COURT AT LAW NO. 5 of Harris County, Texas, the Defendant was finally convicted of the offense of evading DETENTION.

**F I L E D**
Chris Daniel
District Clerk

APR 30 2012

Time: 3:00
By: _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.            man        **177th**

_____
FOREMAN OF THE GRAND JURY

INDICTMENT            RECORDER'S MEMORANDUM
                             This Instrument is of poor quality
                                at the time of imaging

3066

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of ~~JUN 2 5 2012~~, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

FILED
Chris Daniel
District Clerk
JUN 2 5 2012
Harris County, Texas
Time: _____

## ORDER APPOINTING COUNSEL

On this, the 25 day of _June_, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_RP CORNELIUS_
**Attorney**

_2028 Buffalo Terrace_
**Address**

H _____ T _____ 77019 _____
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 9 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 25 day of _June_, 20_12_

_____,
**Judge Presiding**

3067

**DISTRICT CLERK**

THE STATE OF TEXAS

VS.

**JOSE FIERROS**

SPN: 01959685
DOB:
DATE PREPARED: 4/27/2012

D.A. LOG NUMBER:1851378
CJIS TRACKING NO.:916766895X-A001
BY: KL  DA NO: 002126024
AGENCY:HPD
O/R NO: 052404412A
ARREST DATE: 4/27/12

NCIC CODE: 2411 11            RELATED CASES: A. VALENZUELA-2M

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

BAIL: $2000
PRIOR CAUSE NO:

1345586
248

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE FIERROS**, hereafter styled the Defendant, heretofore on or about **APRIL 27, 2012**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by LATIFU ADENIRAN, hereafter styled the Complainant, without the effective consent of the Complainant.

FILED
Chris Daniel
District Clerk

MAY 04 2012

Harris County, Texas
By _____ Deputy

Time: _____  By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                          182nd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3068

Defendant

Dcan't read/write

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

MAY 0 9 2012

Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

8.30AM

## ORDER APPOINTING COUNSEL

On this, the 9 day of MAY _____, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CONNELLY

RIP

Attorney
2028 Buffalo Terace
Address
H          T   77019
City       State     Zip                    E-Mail Address

| 0 | 4 | 8 | 3 | 1 | 8 | 0 |
Bar Card/SPN Number

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 0 | 4 | 7 |
Phone Number

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
Fax Number

The Court further ORDERS the cause set for :

on the 12 day of June _____, 20 ___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 9 day of May _____, 20 ___.

_____
Judge Presiding

6.12-12
8.30AM

3069

Unofficial Copy Office of Harris County District Clerk

THE STATE OF TEXAS
VS.

**CARLOS GARCIA**

SPN:
DOB:
DATE PREPARED: 5/7/2012

02109359

D.A. LOG NUMBER:1854161
CJIS TRACKING NO.:9167698646-A001
BY: SC DA NO: 051617700
AGENCY:HPD
O/R NO: 057677612E
ARREST DATE: 5/6/12

NCIC CODE: 1204 04          RELATED CASES: **N. DORIA - FELONY**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                              BAIL: $80,000
HARRIS COUNTY DISTRICT COURT NO:                      PRIOR CAUSE NO:
FIRST SETTING DATE:                    **1346763**
                                       **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CARLOS GARCIA ALSO KNOWN AS JULIO CESAR ALEMAN GARCIA,** hereafter styled the Defendant, heretofore on or about **MAY 6, 2012,** did then and there unlawfully, while in the course of committing theft of property owned by CARLOS MENDOZA, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place CARLOS MENDOZA in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A KNIFE.

*State moves to reduce to Theft (MA)*

**FILED**
Chris Daniel
District Clerk

JUL 1 9 2012          JUL 1 9 2012

Time: _____
       Harris County, Texas
By _____
       Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____          24061990
ASSISTANT DISTRICT ATTORNEY          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3070

Unofficial Copy Office of Marilyn Burgess District Clerk

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____

**F I L E D**
Chris Daniel
District Clerk

MAY 3 1 2012

Time: _____

**Deputy District Clerk**
**Harris County, Texas**

Harris County, Texas
Deputy

8.30AM
DOCHETPML

## ORDER APPOINTING COUNSEL

On this, the **31** day of **MAY**, 20 **12** the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

*[handwritten: NO Counsel]*

**Attorney**

*[handwritten: 2028 Buffalo Ten]*

**Address**

*[handwritten: 77019]*

**City          State          Zip          E-Mail Address**

*[handwritten: 04831500]*

**Bar Card/SPN Number**

*[handwritten: 713-237-8547]*

**Phone Number**

*[handwritten: 713-528-0153]*

**Fax Number**

The Court further ORDERS the cause set for : *[handwritten: NTP]*

on the **8** day of **JULY**, 20 **12** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **31** day of **MAY**, 20 **12**.

_____
**Judge Presiding**

7-12-12
8:30AM

DISTRICT CLERK

THE STATE OF TEXAS       <u>02155536</u>     D.A. LOG NUMBER:1854437
VS.                                 CJIS TRACKING NO.:
**LAURA EILEEN HOLLOWAY**    SPN:               BY: SP  DA NO: 002359851
███████████████       DOB:███████     AGENCY:HUMBLE PD
                          DATE PREPARED: 5/10/2012     O/R NO: 12003024
                                            ARREST DATE: **TO BE**

NCIC CODE: 2300 79        RELATED CASES:

FELONY CHARGE:  **THEFT - THIRD OFFENDER**
CAUSE NO:                                        BAIL: $2000
HARRIS COUNTY DISTRICT COURT NO:     <u>1347104</u>     PRIOR CAUSE NO:
FIRST SETTING DATE:                   <u>228</u>

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LAURA EILEEN HOLLOWAY**, hereafter styled the Defendant, heretofore on or about MAY 7, 2012, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO BANDANAS, ONE ITEM OF BREAD, ONE PAIR OF SHORTS, TWO ITEMS OF CHEESE, ONE PACKAGE OF HAIR CLIPS, ONE CONTAINER OF CONDITIONER, THREE ITEMS OF CLOTHING, ONE SET OF EARPHONES, ONE EYE SHADOW, TWO AIR FRESHENERS, ONE GAUZE PAD, ONE BRUSH, ONE LIGHTER, ONE CONTAINER OF POWDER, ONE PACKAGE OF HAIR TIES, AND TWO PACKAGES OF BUNS, owned by TERRANCE BRIMZY, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JUNE 8, 2005, in Cause No. 1307792, in the COUNTY CRIMINAL COURT AT LAW NO. 7 of HARRIS County, Texas, the Defendant was convicted of the misdemeanor offense of THEFT.

Before the Commission of the primary offense, on MAY 28, 2008, in Cause No. 1526019, in the COUNTY CRIMINAL COURT AT LAW NO. 2 of HARRIS County, Texas, the Defendant was convicted of the misdemeanor offense of THEFT.

**FILED**
Chris Daniel
District Clerk

MAY 1 8 2012

Time: _____11:30 AM_____
          Harris County, Texas
By _____ Nlo
           Deputy

**Foreman**
_Javier Reyes_   178tr

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3072

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a WITNESS in the above-styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 16 day of May, 2012.

_____

**FILED**
Chris Daniel
District Clerk
MAY 16 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 16 day of May, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P Cornelius
**Attorney**
2028 Buffalo Terrace
**Address**
H T 77019
**City          State          Zip**

04835100
**Bar Card/SPN Number**

713-237-8847
**Phone Number**

713-528-0153
**Fax Number**

**E-Mail Address**
_____

"As a condition of release on bond, all defendants will be required to submit to random screening for the presence of controlled substances. Refusal to submit to testing or positive test results will cause bond to be revoked."

The Court further ORDERS the cause set for : Arrs on the 20 day of June, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 16 day of May, 2012.

_____
**Judge Presiding**

3073

THE STATE OF TEXAS                    **01570417**                    D.A. LOG NUMBER:1856371
VS.                                                                   CJIS TRACKING NO.:9167717020-D001

**ASHTON VINCENT CRAVEN**        SPN:                                 BY: **RW**  DA NO: 062716000
                                 DOB:                                 AGENCY:**HPD**
                                 DATE PREPARED: 5/14/2012             O/R NO: 060370012S
                                                                      ARREST DATE: 05 12 12

NCIC CODE: 0903 20                RELATED CASES: **REFILE 1347496 / 180 /**

FELONY CHARGE: **FELONY MURDER**
CAUSE NO:                                                             BAIL: $200,000
HARRIS COUNTY DISTRICT COURT NO:       **1347592**                    PRIOR CAUSE NO:
FIRST SETTING DATE:                    **180**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ASHTON VINCENT CRAVEN**, hereafter styled the Defendant, heretofore on or about **MAY 12, 2012**, did then and there unlawfully, commit the felony offense of driving while intoxicated-3rd by operating a motor vehicle in a public place while intoxicated. It is further presented that before the commission of the offense alleged above, on October 30, 3008, the Defendant was convicted of the offense of driving while intoxicated in Cause No.1533463 in County Criminal Court at Law No. 4, Harris County, Texas. It is further presented that before the commission of the offense alleged above, on November 17, 2005, the Defendant was convicted of the offense of driving while intoxicated in Cause No. 1311366 in County Criminal Court at Law No. 11, Harris County, Texas and while in the course of and furtherance of the commission of said offense did commit an act clearly dangerous to human life, to-wit: failing to stop at a stop sign, failing to maintain a proper lookout, and did thereby cause the death of Baby Boy Smith.

Before the commission of the offense alleged above, on March 10, 2010, in Cause Number 61033 in the 149th District Court of Angelton County, Texas, the Defendant was convicted of the felony offense of driving while intoxicated - 3rd..

**FILED**
Chris Daniel
District Clerk

AUG 09 2012    8:312

Time: 12:00
By: Harris County Texas
Deputy

                                    209th
Foreman  Robt E Slagy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                                    FOREMAN OF THE GRAND JURY

**INDICTMENT**                                                       3074

show the Court that he / she is financially unable to hire an attorney.

8.30

**Defendant**

---

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

---

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

**F I L E D**
Chris Daniel
District Clerk

MAY 2 9 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

MAY 2 9 2012

On this, the **29** day of **MAY**, 20**12**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Cornell
**Attorney**

2028 Buffalo Te
**Address**

_____ TX 77019
**City          State          Zip**

_____
**E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 0 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris

8.30

County, Texas.

Signed this **29** day of **May**, 20**12**.

_____,
**Judge Presiding**        MAY 2 9 2012

Unofficial Copy Office of Harris County District Clerk

3075

THE STATE OF TEXAS
VS.

**JEREMY WAYNE WILLIAMS**          SPN: 01689180
                                    DOB:
                                    DATE PREPARED: 05/14/2012

D.A. LOG NUMBER:1855843
CJIS TRACKING NO.:9166959063-D001
BY: AS  DA NO: 002397388
AGENCY:HPD
O/R NO: 92141811P
ARREST DATE:

NCIC CODE: 1314 14                 RELATED CASES:

FELONY CHARGE: **ASSAULT OF A FAMILY MEMBER**
CAUSE NO: 1347677
HARRIS COUNTY DISTRICT COURT NO: 262
FIRST SETTING DATE:

BAIL: $150,000
PRIOR CAUSE NO:
KID  1314000

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JEREMY WAYNE WILLIAMS**, hereafter styled the Defendant, heretofore on or about **JULY 14, 2011**, did then and there unlawfully, intentionally and knowingly cause bodily injury to DANNA BRATTON, hereafter styled the Complainant, A MEMBER OF THE DEFENDANT'S FAMILY AND A MEMBER OF THE DEFENDANT'S HOUSEHOLD AND A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on APRIL 25, 2002, IN COUNTY COURT NUMBER 13 of HARRIS County, Texas, in Cause No.1111711, was convicted of ASSAULT which was committed against a MEMBER OF THE DEFENDANT'S FAMILY.

Before the commission of the offense alleged above, on JANUARY 10, 2006, in Cause No. 1001226, in the 209TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT.

Before the commission of the offense alleged above, on AUGUST 13, 2002, in Cause No. 0917803, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of TAMPERING WITH EVIDENCE.

**FILED**
Chris Daniel
District Clerk

MAY 1 5 2012

Time:
By
Harris County, Texas

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman          178th
Leo Gallegos

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3076

Case 4:17-cv-03621 Document 89-15 Filed on 01/05/23 in TXSD Page 360 of 602

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

MAY 21 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **21** day of **May**, 20**12**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**R.P. Cornelius**
**Attorney**
**2028 Buffalo Terr**
**Address**
**HTX** - **77019**
**City          State          Zip          E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | D |
|---|---|---|---|---|---|---|---|

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : **STJ/Arug.** on the **5th** day of **June**, 20**12** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **21st** day of **May**, 20**12**

_____,
**Judge Presiding**

THE STATE OF TEXAS                                         D.A. LOG NUMBER:1857362
VS.                                                        CJIS TRACKING NO.:9167732682-A001
**CLINTON BLOUNT**            SPN: 01174344                BY: CM  DA NO: 002197886
                              DOB: ▮▮▮▮▮                   AGENCY:HPD
                              DATE PREPARED: 8/1/2012      O/R NO: 062630512D
                                                          ARREST DATE: 05 17 12

NCIC CODE: 5599 17              RELATED CASES: L. CROOKS - F / F. HERFORD - F

FELONY CHARGE: **DELIVERY OF A CONTROLLED SUBSTANCE**
CAUSE NO: 1348020                                          BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO: 177                       PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLINTON BLOUNT**, hereafter styled the Defendant, heretofore on or about **MAY 17, 2012**, did then and there unlawfully, knowingly deliver by actual transfer to B. PRESENT, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, CLINTON BLOUNT, hereafter styled the Defendant, heretofore on or about MAY 17, 2012, did then and there unlawfully, knowingly deliver by constructive transfer to B. PRESENT, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, CLINTON BLOUNT, hereafter styled the Defendant, heretofore on or about MAY 17, 2012, did then and there unlawfully, knowingly deliver by offering to sell to B. PRESENT, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on MAY 31, 1988, in Cause Number 88-15-C, in the 54TH DISTRICT COURT of MCLENNAN County, Texas, the Defendant was convicted of the felony of MURDER.

Before the commission of the primary offense, and after the conviction in Cause Number 88-15-C was final, the Defendant committed the felony of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on FEBRUARY 21, 1995, in Cause Number 9401956, in the 182ND DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 0 2 2012

Time: _____
Harris County, Texas
By _____
Deputy

Asst. Foreman            184th

_Menn Gme Britt_

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

3078

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

Sworn and subscribed before me on this, the _____ day of __052212__, 20___

**FILED**
Chris Daniel
District Clerk

MAY 2 2 2012

Time: _____
Harris County, Texas
By _____
Deputy

JAG

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __22__ day of __MAY__, 20__12__ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address __2028 Buffalo Terr__

City __H-T__   State   Zip __77019__   E-Mail Address _____

Bar Card/SPN Number

Phone Number __713-237-8847__

Fax Number __713-528-0153__

The Court further ORDERS the cause set for : __Arraignment__

on the __27__ day of _____, 20__12__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __22__ day of __may__, 20__12__

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3079

DISTRICT CLERK

THE STATE OF TEXAS                          02296696              D.A. LOG NUMBER:1858045
VS.                                                              CJIS TRACKING NO.:9167739903-A001

**BRANNON KIRK CHAPPEL**          SPN:                          BY: MM DA NO: 062187900
                                  DOB:                          AGENCY:HCSO
                                  DATE PREPARED: 5/20/2012       O/R NO: HC1268177
                                                                ARREST DATE: 05/20/2012

NCIC CODE: 1205 01                RELATED CASES:

FELONY CHARGE:  **ROBBERY**
CAUSE NO:                                                        BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:            **1348240**          PRIOR CAUSE NO:
FIRST SETTING DATE:                         **337**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**BRANNON KIRK CHAPPEL**, hereafter styled the Defendant, heretofore on or about **MAY 19, 2012**, did then and there unlawfully, while in the
course of committing theft of property owned by PILAR WHITTINGTON and with intent to obtain and maintain control of the property,
intentionally, knowingly and recklessly cause bodily injury to PILAR WHITTINGTON, by STRIKING THE COMPLAINANT'S ARM WITH
HIS HAND.

FILED
Chris Daniel
District Clerk
JUN 2 4 2012

Time:_____  By_____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    180th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3080

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

**FILED**
Chris Daniel
District Clerk

MAY 2 2 2012

Sworn to and subscribed before me on this, the _____ day of 052212 , 20___.

JAG

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 22 day of M/6/ , 20/2 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. CORNEER

**Attorney**

2028 Buffalo Ter

**Address**

H_____ T____ 77019

**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for : _____(ARRAIGNMENT)_____

on the 27 day of June , 20/2 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 22 day of May , 20/2

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3081

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**01293719**

**ERICK CHARLES ERMINGER**

SPN:
DOB:
DATE PREPARED: 5/20/2012

D.A. LOG NUMBER:1858165
CJIS TRACKING NO.:9167741150-A001

BY: NMC  DA NO: 1858165
AGENCY:HPD
O/R NO: 063537412Y
ARREST DATE: 5/19/2012

NCIC CODE: 0903 20

RELATED CASES:

FELONY CHARGE: **MURDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1348285**
**337**

BAIL: $50,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERICK CHARLES ERMINGER**, hereafter styled the Defendant, heretofore on or about **MAY 19, 2012**, did then and there unlawfully, intentionally and knowingly cause the death of JENNIFER LYNETTE MCKINLEY, hereinafter called the Complainant, by STRANGLING THE COMPLAINANT WITH HIS HANDS.

    It is further presented that in Harris County, Texas, ERICK CHARLES ERMINGER, hereinafter styled the Defendant, heretofore on or about MAY 19, 2012, did then and there unlawfully intend to cause serious bodily injury to THE COMPLAINANT, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely BY STRANGLING THE COMPLAINANT WITH HIS HANDS.

Foreman  Robert E Sleep

209th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3082

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

# FILED
Chris Daniel
District Clerk

MAY 29 2012

Time: _____

_____
Deputy District Clerk
Harris County, Texas

By _____

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20/2, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Comelas
**Attorney**

2028 Buffalo Terr
**Address**

HTX 77019
**City**          **State**          **Zip**          _____
                                                    **E-Mail Address**

0 4 8 3 1 5 8 0
**Bar Card/SPN Number**

7 1 3 - 7 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____.

_____
**Judge Presiding** Marc Carter

For

6-28-12
8:30Am

3083

DISTRICT CLERK

THE STATE OF TEXAS

VS.

**DANIEL VELASCO**

SPN:

DOB:

DATE PREPARED: 5/23/2012

D.A. LOG NUMBER:1858999

CJIS TRACKING NO.:9167749631-A001

BY: TD  DA NO: 002409430

AGENCY:HPD

O/R NO: 065315212

ARREST DATE: 05/23/2012

02620201

NCIC CODE: 2202 05

RELATED CASES: SD:F,M  & ELIZARRARAZ:2FEL

FELONY CHARGE: **BURGLARY OF A HABITATION**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:

FIRST SETTING DATE:

1348606

228

BAIL: $10000

PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DANIEL VELASCO**, hereafter styled the Defendant, heretofore on or about MAY 23, 2012, did then and there unlawfully, with intent to commit theft, enter a habitation owned by JOE CARRILLO, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

FILED
Chris Daniel
District Clerk

JUN 15 2012

Harris Co...

Time:

By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman

182n.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3084

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

MAY 2 9 2012

Time: _____

By _____
Deputy

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __29__ day of _____MAY_____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Cornelius
**Attorney**

2028 Buffalo Terr
**Address**

HTX       77019
**City**     **State**     **Zip**

_____
**E-Mail Address**

| 0 | 4 | 9 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for :
on the _28_ day of _____June_____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _29_ day of _____MAY_____, 20___

_____
**Judge Presiding**

For Marc Carter

6-28-12

8:30am

3085

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**ROMAN NATHAN LAZO**

02183305

D.A. LOG NUMBER:1859857
CJIS TRACKING NO.:9167758401-A001

SPN:
DOB:
DATE PREPARED: 5/26/2012

BY: YT  DA NO: 002197879
AGENCY:HPD
O/R NO: 066672412S
ARREST DATE: 05/25/12

NCIC CODE: 1399 03                    RELATED CASES:  ONE OTHER FEL

FELONY CHARGE:  Assault of Family Member Second Offender and Impeding Breathing
CAUSE NO:                                                              BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:            **1348948**      PRIOR CAUSE NO:
FIRST SETTING DATE:                                      **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROMAN NATHAN LAZO**, hereafter styled the Defendant, heretofore on or about **MAY 25, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to TYLEENA SERRATO, hereafter styled the Complainant, a member of the Defendant's family, by impeding the normal breathing or circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

It is further presented that, before the commission alleged above, the Defendant, on MAY 14, 2012, in the COUNTY CRIMINAL COURT AT LAW NO. 13 of HARRIS County, Texas, in Cause Number 1827155 , was convicted of ASSAULT, which was committed against a member of the Defendant's family.

FILED
Chris Daniel
District Clerk

JUN 1 8 2012

Time: _____
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**                    **180th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3086

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

**F I L E D**

Chris Daniel
District Clerk

MAY 2 9 2012

Time: _____

By _____ Deputy

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 29 day of ___MAY___, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Cornelius
**Attorney**

2020 Buffalo Terr
**Address**

HTX    77019
**City        State        Zip**

E-Mail Address

| 0 | 4 | 9 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for :
on the 28 day of ___June___, 20 __ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of ___MAY___, 20 __

_____
**Judge Presiding**

For Marc Carter

Unofficial copy of Office of Harris County District Clerk

3087

THE STATE OF TEXAS      <u>**02183305**</u>      D.A. LOG NUMBER:1859857

VS.                                                   CJIS TRACKING NO.:9167758401-A002

**ROMAN NATHAN LAZO**      SPN:                           BY: YT  DA NO: 002197879

DOB                  AGENCY:HPD

DATE PREPARED: 5/26/2012      O/R NO: 066672412S

ARREST DATE: 05/25/12

NCIC CODE: 3899 01                RELATED CASES:  **ONE OTHER FEL**

FELONY CHARGE:  **VIOLATION OF PROTECTIVE ORDER - FAMILY VIOLENCE**

CAUSE NO:                                                      BAIL: **$NO BOND**

HARRIS COUNTY DISTRICT COURT NO:      <u>**1348949**</u>      PRIOR CAUSE NO:

FIRST SETTING DATE:              <u>**228**</u>

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROMAN NATHAN LAZO**, hereafter styled the Defendant, heretofore on or about **MAY 25, 2012**, did then and there unlawfully, intentionally and knowingly violate a protective order, issued under  Article 17.292, Code Criminal Procedure, and attached hereto as Exhibit A, by committing the offense of assault of TYLEENA SERRATO, namely, by intentionally causing bodily injury to TYLEENA SERRATO by CHOKING THE COMPLAINANT WITH HIS HAND.

**F I L E D**

Chris Daniel
District Clerk

JUN 1 8 2012

Time: _____

By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**            **180th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**                  **RECORDER'S MEMORANDUM**

This instrument is of poor quality
at the time of imaging

3088

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney:

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

MAY 31 2012

## ORDER APPOINTING COUNSEL

Time: _____

By _____
Harris County, Texas
Deputy

On this, the 31 day of May , 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Skip Cornelius
**Attorney**

2028 Buffalo Terr
**Address**

HTX 77019
**City** **State** **Zip** **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

[ ] [ ] [ ] - [ ] [ ] - [ ] [ ] [ ] [ ]
**Fax Number**

The Court further ORDERS the cause set for : _____ ARRN _____ on the 1 day of JUNE , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 31 day of MAY , 20 12

_____
**Judge Presiding**

6-1-12
8:30am

8:30am

3089

THE STATE OF TEXAS
VS.

**OZZIE WALKER**

**02552581**

SPN:
DOB:
DATE PREPARED: 5/29/2012

D.A. LOG NUMBER:1860831
CJIS TRACKING NO.:9167768423-A001
BY: **TD** DA NO: 002261149
AGENCY:**HPD**
O/R NO: 068151912-T
ARREST DATE: 05/29/2012

NCIC CODE: 2300 79          RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                **1349326**          BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:         **228**              PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **OZZIE WALKER**, hereafter styled the Defendant, heretofore on or about **MAY 29, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, SIX SAW BLADES AND TWO BIT KITS, owned by DEANDRE HUDDLESTON, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on FEBRUARY 9, 2012, in Cause Number 1336255, in the 248TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the primary offense, on JUNE 9, 2011, in Cause Number 1761858, in the COUNTY CRIMINAL COURT AT LAW NO. 15 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

**FILED**
Chris Daniel
District Clerk

JUN 01 2012

Time: _____
Harris County, Texas
By: _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24061990
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3090

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

JUN 01 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ JUNE _____, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Police dept
O/R

_____
**Attorney**

_____
**Address**

_____
**City**            **State**            **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _____
on the 17 day of July _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this _____ day of June _____, 20 12.

_____,
**Judge Presiding**

For Marc Carter

7-17-12
8.30Am

8.30Am
Docket Am

3091

THE STATE OF TEXAS
VS.

**JAIRO UMANZOR**

**02009466**

SPN:
DOB:
DATE PREPARED: 5/30/2012

NCIC CODE: 0903 20

RELATED CASES:

D.A. LOG NUMBER:1860999
CJIS TRACKING NO.:916777055X-A001

BY: CS DA NO: 065021651
AGENCY:HPD
O/R NO: 68389712
ARREST DATE: 05/29/2012

FELONY CHARGE: **MURDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1349385**
**228**

BAIL: $50,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAIRO UMANZOR**, hereafter styled the Defendant, heretofore on or about **MAY 29, 2012**, did then and there unlawfully, intentionally and knowingly cause the death of REGINALD SHEPPARD, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY A FIREARM.

It is further presented that in Harris County, Texas, **JAIRO UMANZOR**, hereinafter styled the Defendant, heretofore on or about MAY 29, 2012, did then and there unlawfully intend to cause serious bodily injury to REGINALD SHEPPARD, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely, BY SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY A FIREARM.

**F I L E D**
**Chris Daniel**
**District Clerk**

AUG 1 5 2012

Time: 11:45 AM
Harris County, Texas
By _____ N.O.
Deputy

**Foreman**          **209th**

RobA & Slagg

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3092

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

JUN 01 2012

Time: _____
Harris County, Texas
By _____
Deputy

8:30 AM
David G...

## ORDER APPOINTING COUNSEL

On this, the _____ day of ___June___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | | | |
|-|-|-|-|-|-|-|-|
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | - | | | |
**Phone Number**

| | | | - | | | - | | | |
**Fax Number**

The Court further ORDERS the cause set for : ___Aug 1 a,00___
on the _17_ day of ___July___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _____ day of ___June___, 20_12_.

_____
**Judge Presiding**

For Marc Carter

7-17-12

8:30AM CIO F60 MJ

3093

THE STATE OF TEXAS                                    **02007921**          D.A. LOG NUMBER:1860943
VS.                                                                         CJIS TRACKING NO.:9167769896-A001
**ROBERT EARL GARNER**          SPN:                                        BY: SC  DA NO: 002343756
                                DOB:                                        AGENCY:HPD
                                DATE PREPARED: 5/30/2012                    O/R NO: 068350412C
                                                                           ARREST DATE: 5/29/12

NCIC CODE: 2202 05                   RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:                                            **1349399**          BAIL: **SNO BOND**
HARRIS COUNTY DISTRICT COURT NO:                     **228**              PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**ROBERT EARL GARNER**, hereafter styled the Defendant, heretofore on or about **MAY 29, 2012**, did then and there unlawfully, with intent to
commit theft, enter a habitation owned by OSCAR BROWN, a person having a greater right to possession of the habitation than the Defendant and
hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**F I L E D**
Chris Daniel
District Clerk

JUN 11 2012

Time: _____
By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**            **1000th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3094

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**

8:30AM
00cutcm5

Sworn to and subscribed before me on this, the _____ day of _____, 20 _____.

Chris Daniel
District Clerk

JUN 0 4 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the **4** day of **June**, 20 **12**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐☐

**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____ June, 20 **12** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **4** day of **June**, 20 ___.

6-5-12

**Judge Presiding**

8:30Am

3095

Unofficial Copy Office of Harris County District Clerk

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02515809** | D.A. LOG NUMBER:1861060 |
| VS. | | CJIS TRACKING NO.:9167771017-A001 |
| **RHIANNON MICHELLE HENDON** | SPN: ▮ | BY: EV  DA NO: 001901250 |
| ▮ | DOB: ▮ | AGENCY:PASADENA ARSON |
| | DATE PREPARED: 5/31/2012 | O/R NO: 12676 |
| | | ARREST DATE: 05/30/2012 |

NCIC CODE: 2005 03                   RELATED CASES:

FELONY CHARGE:  **ATTEMPTED ARSON**
CAUSE NO:                                                                          BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:        **1349502**        PRIOR CAUSE NO:
FIRST SETTING DATE:                                     **248**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **RHIANNON MICHELLE HENDON ALSO KNOWN AS RHIANNON FREE,** hereafter styled the Defendant, heretofore on or about MAY 30, 2012, did then and there unlawfully, intentionally, with the specific intent to commit the offense of ARSON of A HABITATION UNDER THE CONTROL OF ROBERT PARRA, hereafter styled the Complainant, do an act, to-wit: BY DISPENSING LIGHTER FLUID ON TO COMBUSTIBLE MATERIALS AND THREATENING TO LIGHT IT, which amounted to more than mere preparation that tended to but failed to effect the commission of the offense intended.

*State moves to reduce to a Class B Crim. Misch.*

**F I L E D**
Chris Daniel
District Clerk

JUN 05 2012

Time: _____  Harris County, Texas
By _____  Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_signature_                                    24061990

ASSISTANT DISTRICT ATTORNEY                 BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3096

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**FILED**
**Chris Daniel**
**District Clerk**

JUN 04 2012

Time _____

Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___4___ day of _____June_____, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for :

on the _11_ day of _July_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _4_ day of _June_, 20__.

_____,

**Judge Presiding**

C10 File MAJ

3097

THE STATE OF TEXAS  02439397  D.A. LOG NUMBER:1861817
VS.  CJIS TRACKING NO.:916777833X-A001
**AMBER R. SILVA**  SPN:  BY: YT  DA NO: 002397165
  DOB:  AGENCY:HPD
  DATE PREPARED: 6/2/2012  O/R NO: 069704412W
  ARREST DATE: 06/01/12

NCIC CODE: 1205 01  RELATED CASES: **ONE OTHER FEL/CO-DEF J REYES-FEL**

FELONY CHARGE: **ROBBERY**
CAUSE NO:  BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:  1349735  PRIOR CAUSE NO:
FIRST SETTING DATE:  228

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **AMBER R. SILVA**, hereafter styled the Defendant, heretofore on or about **JUNE 1, 2012**, did then and there unlawfully while in the course of committing theft of property owned by IDALBERTO ALONZO and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to IDALBERTO ALONZO, by STRIKING THE COMPLAINANT WITH HER HAND.

**FILED**
Chris Daniel
District Clerk

JUN 02 2012

Time: 0435
Harris County, Texas
By _____ Am
DEPUTY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on June 2, 2012

_____
AFFIANT

_____  240 ____
ASSISTANT DISTRICT ATTORNEY  BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3098

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**FILED**
Chris Daniel
District Clerk

JUN 0 4 2012

Time _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___ day of _____, 20__ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State              Zip

_____
E-Mail Address

[ ][ ][ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]
**Fax Number**

The Court further ORDERS the cause set for :
on the ___ day of _____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___ day of _____, 20__.

_____,
Judge Presiding

THE STATE OF TEXAS                      02439397                    D.A. LOG NUMBER:1861817
VS.                                                                 CJIS TRACKING NO.:916777833X-A002
  AMBER R. SILVA                    SPN:                            BY: YT  DA NO: 002397165
                                    DOB:                            AGENCY:HPD
                                    DATE PREPARED: 6/2/2012         O/R NO: 069704412W
                                                                   ARREST DATE: 06/01/12

NCIC CODE: 5599 04              RELATED CASES:  ONE OTHER FEL/CO-DEF J REYES-FEL

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                    1349736          BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:               228            PRIOR CAUSE NO:
FIRST SETTING DATE:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says
that he has good reason to believe and does believe that in Harris County, Texas, **AMBER R. SILVA**, hereafter styled the Defendant, heretofore
on or about **JUNE 1, 2012**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE,
weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

JUN 0 2 2012

Time: _____0435_____
By _____
Harris County, Texas
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on June 2, 2012

_____                    _____     24054660
AFFIANT                                       ASSISTANT DISTRICT ATTORNEY    BAR NO.
                                              OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3100

Unofficial Copy Office of Marilyn Burgess District Clerk

would show the Court that he/she is financially unable to hire an attorney.

_Rhonda Sparks_
**Defendant/Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _April_, 20_13_, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_RP Cornelius_
**Attorney/Assistant Public Defender Assigned by HCPD**

_2028 Buffalo Terrace_
**Address**

**E-Mail Address** _713 2378547_

_H T 77019_
**City**   **State**   **Zip**

**Phone Number** _713 5280153_

_048310 W_

**Fax Number**

**SPN Number**                                    **Bar Number**

The Court further ORDERS the cause set for: _Sent_

On the _25_ day of _April_, 20_13_ at _9:00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _11_ day of _April_, 20_13_

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

Unofficial Copy Office of Marilyn Burgess District Clerk

**FOR COURT STAFF ONLY**

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation _____ 21 Day _____ Full    ☐ Restitution Info

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

5/2/12

3101

DISTRICT CLERK

THE STATE OF TEXAS                    **02622130**                      D.A. LOG NUMBER:1862731
VS.                                                                     CJIS TRACKING NO.:
**RHONDA DENISE SPARKS**        SPN:                                    BY: **CS** DA NO: 002197675
                                DOB: ▓▓▓▓▓▓                             AGENCY:HPD
                                DATE PREPARED: 6/6/2012                 O/R NO: 056484712
                                                                        ARREST DATE: **TO BE**

NCIC CODE: **1301 19**          RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:                              **1350164**                      BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:       **338**                          PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**RHONDA DENISE SPARKS**, hereafter styled the Defendant, heretofore on or about **MAY 4, 2012**, did then and there unlawfully, intentionally
and knowingly cause bodily injury to DEWAYNE HORNSBY, hereinafter called the Complainant, by STRIKING THE COMPLAINANT WITH
A KNIFE, and the Defendant used and exhibited a deadly weapon, namely a KNIFE.

**F I L E D**
Chris Daniel
District Clerk

OCT 22 2012

Time: _____1:55_____
Harris County, Texas
By _____CS_____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman** ~~~~~                    **228th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3102

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

8.30m
DOUtens

Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

JUN 1 8 2012

Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

Time: _____

On this, the 18 day of June , 20 12, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

R.P. Cornelos
**Attorney**

2020 Buffalo Terr
**Address**

HTX          77019
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 9 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

|   |   |   | - |   |   |   | - |   |   |   |   |

**Fax Number**

The Court further ORDERS the cause set for : COURT TRIAL

on the 9 day of July , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this 18 day of June , 20 12

8.30
Judge Presiding

7-9-12

8.30 Ams

ll-Inculés

**DISTRICT CLERK**

3103

THE STATE OF TEXAS
VS.
**CLIFFORD JONES**

SPN: 2266349
DOB:
DATE PREPARED: 6/6/2012

D.A. LOG NUMBER: 1863144
CJIS TRACKING NO.: 9167149049A001
BY:  DA NO: 2158528 AGENCY:SHERIFF'S
DEPARTMENT HARRIS COUNTY
O/R NO: HC11148550
ARREST DATE: 11/5/2011

NCIC CODE: 130119                       RELATED CASES:

FELONY CHARGE:  **AGG ASSAULT W/DEADLY WEAPON**
CAUSE NO: 1350329
HARRIS COUNTY DISTRICT COURT NO: 228
FIRST SETTING DATE: 6/18/2012

BAIL: $30000
PRIOR CAUSE NO:
RID 1326108

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLIFFORD JONES**, hereafter styled the Defendant, heretofore on or about November 5, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to DAVIONNE HARRIS, hereinafter called the Complainant, by cutting the complainant, and the Defendant used and exhibited a deadly weapon, namely a broken bottle.

It is further presented that in Harris County, Texas, CLIFFORD JONES, hereafter styled the Defendant, heretofore on or about NOVEMBER 5, 2011, did then and there unlawfully, intentionally and knowingly cause bodily injury to DAVIONNE HARRIS, hereafter styled the Complainant, by burning the complainant, and the Defendant used and exhibited a deadly weapon, namely an iron.

**FILED**
Chris Daniel
District Clerk

JUN 07 2012
1135
Time:
Harris County, Texas
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          177th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3104

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

JUL 31 2012

_____
**Deputy District Clerk**
**Harris County, Texas**

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _31_ day of ___July___, 20_12_, the Court determined that the above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / ~~witness~~ named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ Arr9 _____
on the _29_ day of _August_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _31st_ day of ___July___, 20_12_

_____
**Judge Presiding**

M11

3105

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS        <u>00436226</u>        D.A. LOG NUMBER:1864457

VS.        CJIS TRACKING NO.:

**JERRY WAYNE ADAWAY**     SPN:        BY: SC DA NO: 002197886

       DOB:        AGENCY:HPD

       DATE PREPARED: 6/11/2012     O/R NO: 074152912V

       ARREST DATE: **TO BE**

NCIC CODE: 3612 10        RELATED CASES:

FELONY CHARGE: **Failure to Comply with Sex Registration Requirements**

CAUSE NO:        BAIL: $10,000

HARRIS COUNTY DISTRICT COURT NO:     <u>1350774</u>        PRIOR CAUSE NO:

FIRST SETTING DATE:     <u>338</u>

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JERRY WAYNE ADAWAY**, hereafter styled the Defendant, heretofore on or about **APRIL 7, 2012**, did then and there unlawfully, while a person with TWO REPORTABLE CONVICTIONS for the OFFENSES of SEXUAL ASSAULT OF A CHILD AND AGGRAVATED RAPE, and while subject to registration under the Texas sex offender registration program, intentionally and knowingly fail to timely report to the LOCAL LAW ENFORCEMENT designated as the Defendant's primary registration authority, namely, the HOUSTON POLICE DEPARTMENT, during a particular ninety-day period following DECEMBER 27, 2011, the date upon which the Defendant first registered as a sex offender, in order to verify the information in the sex offender registration form maintained by that law enforcement authority, to-wit, the Defendant failed to report to said authority as required during the period beginning MARCH 23, 2012 and ending APRIL 6, 2012.

**FILED**
Chris Daniel
District Clerk

AUG 1 0 2012

Time: 12:45 PM
Harris County, Texas
By _____ NLO
       Deputy

Foreman        209th

RobA E.Slagy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**FILED**
Chris Daniel
District Clerk
JUN 18 2012

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
JUN 18 2012
Harris County, Texas

Time: _____

**ORDER APPOINTING COUNSEL**

By _____ Deputy

On this, the 18 day of June, 20 12 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**
2020 Buffalo Terr
**Address**
H TX 77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for

on the 31 day of July, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of June, 20 12

**Judge Presiding**

7-31-12
8.30am

8.30AM
DocketCall

OIR

3107

THE STATE OF TEXAS                                          D.A. LOG NUMBER:1865719
VS.                                                         CJIS TRACKING NO.:
**EDWARD MONTEMAYER**          SPN: 02262921                BY: LEB  DA NO:
                               DOB:                         AGENCY:HPD
                               DATE PREPARED: 09-04-12      O/R NO: 074934712N
                                                            ARREST DATE:

NCIC CODE: 0903 20             RELATED CASES:

FELONY CHARGE: **MURDER**
CAUSE NO: 1351306                                           BAIL: $50,000
HARRIS COUNTY DISTRICT COURT NO: 228TH                      PRIOR CAUSE NO:
FIRST SETTING DATE:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWARD MONTEMAYER**, hereafter styled the Defendant, heretofore on or about **JUNE 12, 2012**, did then and there unlawfully, intentionally and knowingly cause the death of ROBERT GUTIERREZ, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, A FIREARM.

It is further presented that in Harris County, Texas, EDWARD MONTEMAYER, hereinafter styled the Defendant, heretofore on or about JUNE 12, 2012, did then and there unlawfully intend to cause serious bodily injury to ROBERT GUTIERREZ, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

SEP 0 5 2012

Time _____ By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                 208th

_Dusti Free_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3108

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

JUN 18 2012

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

JUN 18 2012

Time: _____

By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the 18 day of June, 20 12 the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**

2020 Buffalo Terr
**Address**

H TX 77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for _____
on the 31 day of July, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this 18 day of June, 20 12

**Judge Presiding**

7-31-12
8.30am

8.30AM
DOCKET

OIR

THE STATE OF TEXAS                         02262921           D.A. LOG NUMBER:1865779
VS.                                                            CJIS TRACKING NO.:9167818633-A001

**EDWARD  MONTEMAYOR**        SPN:                      BY: BJE  DA NO: 002425936
█████████████████            DOB:██████████            AGENCY:HPD
                             DATE PREPARED: 6/16/2012   O/R NO: 076193312P
                                                        ARREST DATE: 6-15-12

NCIC CODE: 3599 23                RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:                                               BAIL: $10,000.00
HARRIS COUNTY DISTRICT COURT NO:        1351322         PRIOR CAUSE NO:
FIRST SETTING DATE:                     228th

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EDWARD MONTEMAYOR**, hereafter styled the Defendant, heretofore on or about **JUNE 15, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

SEP 0 5 2012

Time: _____
Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                  208th

_Dustin Free_

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3110

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

**Sworn to and subscribed before me on this, the** _____ **day of** _____, 20____.

**FILED**
Chris Daniel
District Clerk

JUN 2 0 2012

Time: _____
      Harris County, Texas

By _____
      Deputy

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _20_ day of _June_, 20 _12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_R P. Skip Cornelius_
**Attorney**

_2020 Buffalo Terr_
**Address**

_H TX   97019_
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _Aug._
on the _2nd_ day of _Aug._ 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _20th_ day of _July_ _June_ 20 _12_

_____,
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3111

02462231

177

THE STATE OF TEXAS
VS.
**JOSEPH EARL MARSHALL**

02462231

SPN: 02462231
DOB:
DATE PREPARED: 6/18/2012

D.A. LOG NUMBER:1866418
CJIS TRACKING NO.:
BY: AA  DA NO: 050788045 AGENCY:HPD
O/R NO: 073775012M
ARREST DATE: JAIL

NCIC CODE: 0903 20

RELATED CASES:

FELONY CHARGE: **MURDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

BAIL: $100,000
PRIOR CAUSE NO:

1351510
177

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JOSEPH EARL MARSHALL**, hereafter styled the Defendant, heretofore on or about **JUNE 10, 2012**, did then and there unlawfully, intentionally and knowingly cause the death of DWAYNE COOLEY, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY A FIREARM.

It is further presented that in Harris County, Texas, JOSEPH EARL MARSHALL, hereinafter styled the Defendant, heretofore on or about JUNE 10, 2012, did then and there unlawfully intend to cause serious bodily injury to DWAYNE COOLEY, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely BY SHOOTING THE COMPLAINANT WITH A DEADLY WEAPON, NAMELY A FIREARM.

**FILED**
Chris Daniel
District Clerk

JUN 18 2012

Time: 15:37
Harris County, Texas
By: Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on June 18, 2012

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3112

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**F I L E D**
Chris Daniel
District Clerk

AUG 2 8 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ~~28~~ day of ~~August~~, 20~~12~~, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

~~RP SKIP CORNELLY~~
**Attorney**

~~2028 Buffalo Ter~~
**Address**

~~H T 77019~~
City        State        Zip        E-Mail Address

~~0 4 93 1 5 00~~
**Bar Card/SPN Number**

~~7 1 3 - 2 3 7 - 8 5 4 7~~
**Phone Number**

~~7 1 3 - 5 2 8 - 0 1 5 3~~
**Fax Number**

~~LSIR~~

The Court further ORDERS the cause set for : ~~Arrs~~
on the ~~21~~ day of ~~Sept~~, 20~~12~~ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this ~~28~~ day of ~~August~~ 20~~12~~

_____
Judge Presiding

~~MATT~~
~~MATT~~3113

DISTRICT CLERK

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02624531** | D.A. LOG NUMBER:1866841 |
| VS. | | CJIS TRACKING NO.:9167827683-D002 |
| **EMILY NICOLE MEDINA** | SPN: | BY: EG  DA NO: 002397833 |
| ▮▮▮▮▮▮▮ | DOB: ▮▮▮▮▮▮ | AGENCY:SHF |
| | DATE PREPARED: 6/19/2012 | O/R NO: 1283418 |
| | | ARREST DATE: 06-19-2012 |

NCIC CODE: 2300 86          RELATED CASES: **DICE-FEL / REFILE: CCCL#3 / 1834590**

FELONY CHARGE: **THEFT OF FIREARM**

CAUSE NO:                                              BAIL: $2,000

HARRIS COUNTY DISTRICT COURT NO:        **1351678**        PRIOR CAUSE NO:

FIRST SETTING DATE:                          **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **EMILY NICOLE MEDINA**, hereafter styled the Defendant, heretofore on or about **JUNE 19, 2012**, did then and there unlawfully, appropriate by acquiring and otherwise exercising control over property, namely a firearm owned by ROBIN BERNELLE, hereafter styled the Complainant, with the intent to deprive the Complainant of the firearm.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

X▮▮▮▮▮▮                           24055493

ASSISTANT DISTRICT ATTORNEY                BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3114

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,

Witness

Sworn to and subscribed before me on this, the _25_ day of _June_ , 20_12_

_____ .

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _25_ day of _June_ , 20 _12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. CORNELL_
**Attorney**

_2028 Buffalo Terrace   77019_
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _2nd_ day of _Aug_ , 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _25_ day of _June_ , 20_12_

_____ ,

Judge Presiding

3115

THE STATE OF TEXAS                  02625138                D.A. LOG NUMBER:1867972
VS.                                                         CJIS TRACKING NO.:9167840612-A001

   JUAN JUCRO PENALUER         SPN:                          BY: YT  DA NO: 002215011
                              DOB:                           AGENCY:PASADENA PD
                              DATE PREPARED: 6/23/2012       O/R NO: 201200014992
                                                            ARREST DATE: 06/23/12

NCIC CODE: 1204 04              RELATED CASES:

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:                                                   BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:        1352143             PRIOR CAUSE NO:
FIRST SETTING DATE:                     248

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
JUAN JUCRO PENALUER, hereafter styled the Defendant, heretofore on or about JUNE 23, 2012, did then and there unlawfully, while in the
course of committing theft of property owned by FIDEL RODRIGUEZ, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place FIDEL RODRIGUEZ in fear of imminent bodily injury and death, and the
Defendant did then and there use and exhibit a deadly weapon, namely, A MACHETE.

FILED
Chris Daniel
District Clerk

SEP 1 4 2012

Time: _____
Harris County, Texas
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

                                    Foreman                    185th
                                    John W. Shellenberger

                                    FOREMAN OF THE GRAND JURY

                        INDICTMENT

3116

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621   Document 89-15   Filed on 21/05/23 in TXSD   Page 400 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**FILED**

Chris Daniel
District Clerk

JUN 28 2012

Time: _____

Harris County, Texas

By _____

Sworn to and subscribed before me on this, the _____ day of _____JUN 28 2012_____, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _28_ day of _____JUNE_____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P CORNELL

**Attorney**

2028 Buffalo Ter

**Address**

_____ 77019

**City                State            Zip**        **E-Mail Address**

0 4 8 3 1 5 2 0

**Bar Card/SPN Number**

"As a condition of release on bond, all defendants will be required to submit to random screening for the presence of controlled substances. Refusal to submit to testing or positive test results will cause bond to be revoked."

7 1 3 - 2 3 7 - 8 0 4 7

**Phone Number**

7 1 3 - 5 2 8 - 0 1 5 3

**Fax Number**

The Court further ORDERS the cause set for : _____Aug_____

on the _____ day of _7-20-12_, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.                         JUN 28 2012

Signed this _____ day of _____ 20____

_____

**Judge Presiding**

3117

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**JOHNTRELL ANDERSON GABLE**          SPN: 02392072
                                       DOB:
                                       DATE PREPARED: 8/20/2012

D.A. LOG NUMBER:1868476
CJIS TRACKING NO.:9167845533-A001
BY: CM  DA NO: 002409430
AGENCY:HPD
O/R NO: 080493812Q
ARREST DATE: 06 25 12

NCIC CODE: 2202 05          RELATED CASES:  **J. CARMOUCHE FELONY AND SAME DEF. ONE OTHER FELONY**

FELONY CHARGE:  **ATTEMPTED BURGLARY OF A HABITAITON**
CAUSE NO: 1352328
HARRIS COUNTY DISTRICT COURT NO: 183
FIRST SETTING DATE:

BAIL: $20,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHNTRELL ANDERSON GABLE**, hereafter styled the Defendant, heretofore on or about **JUNE 25, 2012**, did then and there unlawfully, intentionally, with the specific intent to commit the offense of BURGLARY OF A HABITATION of ROBERT CARMOUCHE, hereafter styled the Complainant, do an act, to-wit: KICKING THE COMPLAINANT'S DOOR, which amounted to more than mere preparation that tended to but failed to effect the commission of the offense intended.

Before the commission of the offense alleged above, on JANUARY 27, 2009, in Cause No. 1192233, in the 177TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

FILED
Chris Daniel
District Clerk
AUG 2 1 2012
Time:
Harris County, Texas
By:                Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**          **184th**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3118

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**FILED**

Chris Daniel
District Clerk

JUN 28 2012

Time: _____

By _____

Harris County, Texas

Sworn to and subscribed before me on this, the _____ day of JUN 28 2012 , 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 28 day of JUNE , 20 12 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**

2028 Buffalo Ter
**Address**

_____ 77019
**City**          **State**          **Zip**          **E-Mail Address**

04831520
**Bar Card/SPN Number**

713-237-8047
**Phone Number**

713-528-0153
**Fax Number**

"As a condition of release on bond, all defendants will be required to submit to random screening for the presence of controlled substances. Refusal to submit to testing or positive test results will cause bond to be revoked."

The Court further ORDERS the cause set for : Aug _____

on the _____ day of 7-20-12 , 20 _____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ , 20 _____

**Judge Presiding**

3119

Unofficial Copy of document Martin in progress District Clerk

THE STATE OF TEXAS        **02392072**      D.A. LOG NUMBER:1868476
VS.                                                     CJIS TRACKING NO.:9167845533-A002

**JOHNTRELL ANDERSON GABLE**     SPN:                  BY: **AZ** DA NO: 002409430
                                    DOB:                 AGENCY:HPD
                                    DATE PREPARED: 6/25/2012     O/R NO: 080493812Q
                                                            ARREST DATE: 06/25/12

NCIC CODE: 5203 03           RELATED CASES: J. CARMOUCHE FELONY AND SAME DEF. ONE OTHER
                                                    FELONY

FELONY CHARGE: **FELON IN POSSESSION OF FIREARM**
CAUSE NO:                            **1352329**          BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:     **183**             PRIOR CAUSE NO:
FIRST SETTING DATE:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JOHNTRELL ANDERSON GABLE**, hereafter styled the Defendant, heretofore on or about **JUNE 25, 2012**, did then and there unlawfully,
intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the
felony offense of ROBBERY in the District Court of the 177TH Judicial District, HARRIS County, Texas, in Cause Number 1192233, on
JANUARY 27, 2009.

F I L E D
Chris Daniel
District Clerk
AUG 2 1 2012
Time:_____ By_____

AGAINST THE PEACE AND DIGNITY OF THE STATE.        **Foreman**           **184th**

_Fairol Weller_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

# F I L E D
Chris Daniel
District Clerk

AUG 2 8 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _28_ day of _August_, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_RP SKIP CORNELLY_
**Attorney**

_2028 Buffalo Ter_
**Address**

_HT 77019_
**City            State            Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

LSIR

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for : _____ _Arr's_ _____

on the _21_ day of _Sept_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _28_ day of _August_, 20_12_

_____
**Judge Presiding**

MATT
MATT 3121

**DISTRICT CLERK**

P2

THE STATE OF TEXAS                    D.A. LOG NUMBER:1868843
VS.                 **02624531**          CJIS TRACKING NO.:
          SPN:                   BY: TD  DA NO: 002397165
**EMILY NICOLE MEDINA**     DOB:               AGENCY:HSCO
          DATE PREPARED: 6/26/2012      O/R NO: HC12-82650
                                                       ARREST DATE: 06/19/2012

NCIC CODE: 2200 96       RELATED CASES: D. DICE:FEL   ─ (338th)

FELONY CHARGE: **BURGLARY OF A BUILDING**
CAUSE NO:                                               BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:     **1352456**       PRIOR CAUSE NO:
FIRST SETTING DATE:              **338**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **EMILY NICOLE MEDINA**, hereafter styled the Defendant, heretofore on or about **JUNE 17, 2012**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by WENDELL HUTCHINS, a person having a greater right to possession of the building than the Defendant, and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

It is further presented that in Harris County, Texas, EMILY MEDINA, hereafter styled the Defendant, heretofore on or about JUNE 17, 2012, did then and there unlawfully appropriate property, namely, ONE DRILL AND TOOLS, owned by WENDELL HUTCHINS, a person having a greater right to possession of the property than the Defendant and hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property, and without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk

JUN 2 8 2012     JUN 2 8 2012

Time: _____ Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

2402ec0 73

ASSISTANT DISTRICT ATTORNEY            BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

Unofficial Copy Office of Marilyn Burgess District Clerk

3122

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621   Document 89-15   Filed on 01/05/23 in TXSD   Page 406 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of **JUN 28 2012**, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

# FILED
**Chris Daniel**
**District Clerk**

JUN 28 2012

## ORDER APPOINTING COUNSEL

Time: _____
By _____ On this, the _28_ day of _JUNE_, 20_12_, the Court determined that the
Harris County, Texas
Deputy

above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CONNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H _____ 77019
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

"As a condition of release on bond, all defendants will be required to submit to random screening for the presence of controlled substances. Refusal to submit to testing or positive test results will cause bond to be revoked."

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : _Aug_

on the _____ day of _7-20-12_, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

JUN 28 2012

Signed this _____ day of _____, 20____.

_____
**Judge Presiding**

3123

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02625558** | D.A. LOG NUMBER:1868697 |
| VS. | | CJIS TRACKING NO.:9167847994-A002 |
| **VICTOR MANUEL FUENTES** | SPN: | BY: GU   DA NO: 002158528 |
| ▮▮▮▮▮▮▮ | DOB: ▮▮▮▮ | AGENCY:HPD |
| | DATE PREPARED: 6/26/2012 | O/R NO: 80843812 |
| | | ARREST DATE: 6-26-2012 |

NCIC CODE: 1204 04                    RELATED CASES: **DELCASTILLO-1F**

FELONY CHARGE:  **Aggravated Robbery - Deadly Weapon**
CAUSE NO:                                                          BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:        **1352466**        PRIOR CAUSE NO:
FIRST SETTING DATE:                                    **183**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**VICTOR MANUEL FUENTES**, hereafter styled the Defendant, heretofore on or about **JUNE 25, 2012**, did then and there unlawfully, while in
the course of committing theft of property owned by LILLY RINCON, and with intent to obtain and maintain control of the property, intentionally
and knowingly threaten and place LILLY RINCON in fear of imminent bodily injury and death, and the Defendant did then and there use and
exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

SEP 2 1 2012

Time: _____ 100
Harris County, Texas        CG
By _____
Deputy

209th

Foreman  Robert F Slagg

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3124

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621    Document 89-15    Filed on 01/05/23 in TXSD    Page 408 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of **JUN 2 8 2012** , 20_____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

JUN 2 8 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _28_ day of _JUNE_ , 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H                    77019
**City**          **State**          **Zip**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 0 | 1 | 5 | 3 |
**Fax Number**

_____
**E-Mail Address**

"As a condition of release on bond, all defendants will be required to submit to random screening for the presence of controlled substances. Refusal to submit to testing or positive test results will cause bond to be revoked."

The Court further ORDERS the cause set for : _Aug_
on the _____ day of _7-20-12_ , 20_____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

JUN 2 8 2012

Signed this _____ day of _____, 20_____.

_____
**Judge Presiding**

3125

THE STATE OF TEXAS
VS.
**VICTOR MANUEL FUENTES**

SPN: 02625858
DOB:
DATE PREPARED: 6/26/2012

D.A. LOG NUMBER:1868697
CJIS TRACKING NO.:9167847994-A001
BY: GU  DA NO: 002158528
AGENCY:HPD
O/R NO: 80843812
ARREST DATE: 6-26-2012

NCIC CODE: 1204 04              RELATED CASES: DELCASTILLO-1F

FELONY CHARGE: Aggravated Robbery - Deadly Weapon
CAUSE NO: 1352467
HARRIS COUNTY DISTRICT COURT NO: 183
FIRST SETTING DATE:

BAIL: $30,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**VICTOR MANUEL FUENTES**, hereafter styled the Defendant, heretofore on or about JUNE 25, 2012, did then and there unlawfully, while in
the course of committing theft of property owned by JUAN RINCON, and with intent to obtain and maintain control of the property, intentionally
and knowingly threaten and place JUAN RINCON in fear of imminent bodily injury and death, and the Defendant did then and there use and
exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

SEP 21 2012

Time: _____ 100
Harris County, Texas
By _____
Deputy

Foreman                                   209th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3126

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the _____ 30 day of _____ April, 20 _13_.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _30_ day of _____ April _____, 20__, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

Address

City                State          Zip

SPN Number

E-Mail Address **R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone Number Phone 713 237 8547
Fax 713 528 0153

Fax Number

Bar Number

The Court further ORDERS the cause set for: _____ MRC

On the _21_ day of _May_, 20 _13_ at _9_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _30_ day of _April_, 20 _13_

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation    ☐ Restitution Info
_____ 21 Day _____ Full

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

5/2/12

3127

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
KRISTIN LOUISE BUNCH

02625793

SPN:
DOB:
DATE PREPARED: 6/28/2012

D.A. LOG NUMBER:1806264
CJIS TRACKING NO.:
BY: SC   DA NO: 001978003
AGENCY:WALLER PD
O/R NO: 111021951
ARREST DATE: TO BE

NCIC CODE: 5599 04                    RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1352665**
FIRST SETTING DATE:                       **174**

BAIL: $2,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**KRISTIN LOUISE BUNCH**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 2, 2011**, did then and there unlawfully,
intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any
adulterants and dilutants.

FILED
Chris Daniel
District Clerk
JUL 17 2012

Time:
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3128

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the_____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 5 day of July, 20/2, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City**          **State**          **Zip**          **E-Mail Address**

0 4 0 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 0 1 8 3
**Fax Number**

The Court further ORDERS the cause set for : Arrng.
on the 3rd day of Aug, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 5th day of July 20 12

_____
Judge Presiding

**F I L E D**
Chris Daniel
District Clerk

JUL - 5 2012

Time: _____
By _____
Harris County, Texas
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3129

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**TONI TAVAREZ**

SPN: 2626358
DOB:
DATE PREPARED: 8/13/2012

D.A. LOG NUMBER:1870566
CJIS TRACKING NO.: 9167868819A001

BY: **DC** DA NO: 57703100
AGENCY:HOUSTON POLICE
DEPARTMENT
O/R NO: 077903112F
ARREST DATE:

NCIC CODE: 380252            RELATED CASES:

FELONY CHARGE: **INJURY TO CHILD-SBI**
CAUSE NO: 1353062
HARRIS COUNTY DISTRICT COURT NO: 177
FIRST SETTING DATE: 9/4/2012

BAIL: $100000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TONI TAVAREZ**, hereafter styled the Defendant, heretofore on or about **June 18, 2012**, did then and there unlawfully, intentionally and knowingly cause serious bodily injury to YAZMIN TAVAREZ, hereinafter styled the Complainant, a child younger than fifteen years of age, by STRIKING THE COMPLAINANT'S HEAD AGAINST A DRESSER.

It is further presented that, at the time that the Defendant committed the felony offense of INJURY TO CHILD on or about JUNE 18, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely HANDS, during the commission of said offense and during the immediate flight from said offense.

**F I L E D**
Chris Daniel
District Clerk
AUG 1 4 2012   AUG 1 4 2012
Harris County, Texas
Deputy
Time _____
By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman              185th

*John W. Sheller finger*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3130

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUL 09 2012

Harris County, Texas

Time: _____

By _____
Deputy

Deputy District Clerk
Harris County, Texas

_____

# ORDER APPOINTING COUNSEL

On this, the _9_ day of _JULY_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. SKIP CORNELIY

**Attorney**

2028 Buffalo Ter

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

0483180

**Bar Card/SPN Number**

713-528-0183

**Phone Number**

713-528-0153

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _8_ day of _AUGUST_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _9_ day of _July_ 20_12_

_____
**Judge Presiding**

8-8-12

8:30am

8:30am
DOC...

3131

THE STATE OF TEXAS                    01885980              D.A. LOG NUMBER:1870717
VS.                                                         CJIS TRACKING NO.:
**RORY DARNELL JONES**        SPN:                          BY: SC  DA NO: 002197886
                              DOB:                          AGENCY:HCSO
                              DATE PREPARED: 7/3/2012       O/R NO: 1284644
                                                            ARREST DATE: **TO BE**

NCIC CODE: **1315 06**            RELATED CASES: **T. EDWARDS - FELONY**

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:                                                   BAIL: **$30,000**
HARRIS COUNTY DISTRICT COURT NO:          **1353155**       PRIOR CAUSE NO:
FIRST SETTING DATE:                       **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RORY DARNELL JONES**, hereafter styled the Defendant, heretofore on or about **JUNE 21, 2012**, did then and there unlawfully, intentionally and knowingly threaten with imminent bodily injury ANGEL MADRAZO, hereinafter called the Complainant, a person the Defendant knew to be a security officer, while the Complainant was performing a duty as a security officer, and the Defendant used and exhibited a deadly weapon, namely, a FIREARM, during the commission of that assault.

Before the commission of the offense alleged above, on JULY 1, 2002, in Cause Number 0901845 in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY WITH A DEADLY WEAPON.

**FILED**
Chris Daniel
District Clerk

AUG 1 5 2012

Time: 12:01

By _____
     Harris County, Texas
              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    208th

_Dustin Free_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3132

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20 ___.

**F I L E D**
Chris Daniel
District Clerk

JUL 09 2012

Time: _____
Harris County, Texas

By _____
        Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ___9___ day of ___JULY___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RPSKIP CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

H T 77019
**City          State          Zip**          **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 3 4 7
**Phone Number**

7 1 3 - 3 2 8 - 0 1 4 3
**Fax Number**

The Court further ORDERS the cause set for: _____
on the ___8___ day of ___August___, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this ___9___ day of ___July___, 20_12_

_____
**Judge Presiding**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3133

THE STATE OF TEXAS                    01664393               D.A. LOG NUMBER:1871435
VS.                                                          CJIS TRACKING NO.:9167875416-A001

DANIEL WARD                    SPN:                          BY: SP DA NO: 002198666
                               DOB:                          AGENCY:HCSO
                               DATE PREPARED: 7/6/2012       O/R NO: 120091838
                                                             ARREST DATE: 07-06-2012

NCIC CODE: 1204 04                  RELATED CASES:

FELONY CHARGE: Aggravated Robbery - Deadly Weapon
CAUSE NO:                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:        1353392              PRIOR CAUSE NO:
FIRST SETTING DATE:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DANIEL WARD**, hereafter styled the Defendant, heretofore on or about **JULY 6, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by ALICIA BARNS, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place ALICIA BARNS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 30, 1999, in Cause No. 0790040, in the 179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT.

Before the commission of the primary offense, and after the conviction in Cause No. 0790042 was final, the Defendant committed the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, and was finally convicted of that offense on JUNE 4, 2009, in Cause No. 1164704, in the 177TH DISTRICT COURT of HARRIS County, Texas.

F I L E D
Chris Daniel
District Clerk
SEP 0 4 2012
Time:
By                    Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**          **Foreman**          **184th**

                                                         FOREMAN OF THE GRAND JURY

                              **INDICTMENT**

                                                                    3134

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

**Witness**

**F I L E D**

**Chris Daniel**
**District Clerk**

SEP 17 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

SEP 17 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**              **State**          **Zip**          **E-Mail Address**

[ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _22_ day of _October_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 17 2012 _____, 20____.

_____

**Judge Presiding**

3135

01179045

P 3

THE STATE OF TEXAS
VS.                                    01179045                    D.A. LOG NUMBER:1871459
                                                                   CJIS TRACKING NO.:

TYRONE LEE BROWN            SPN:                          BY: EV  DA NO: 002122788
HOMELESS                   DOB:                           AGENCY:HPD
HOUSTON, TX                DATE PREPARED: 7/6/2012         O/R NO: 081272612E
                                                          ARREST DATE: TO BE

NCIC CODE: 1203 05              RELATED CASES:

FELONY CHARGE:  AGGRAVATED ROBBERY
CAUSE NO:                                                 BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:        1353410           PRIOR CAUSE NO:
FIRST SETTING DATE:                     351

**FILED** (stamp)
Time: ___
Chris Daniel
District Clerk
JUL 24 2012
Harris County, Texas
By ___ Deputy

District Clerk (watermark)

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **TYRONE LEE BROWN** hereafter styled the Defendant, heretofore on or about **JUNE 26, 2012**, did then and there unlawfully while in the course of committing theft of property owned by CATHERINE MCDANIEL and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY CAUSE BODILY INJURY TO CATHERINE MCDANIEL, a PERSON AT LEAST SIXTY-FIVE YEARS OF AGE by STRIKING THE COMPLAINANT WITH HIS HAND.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 25, 1991, in Cause Number 0609156, in the 248TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of AGGRAVATED ROBBERY.

Before the commission of the primary offense, and after the conviction in Cause Number 0609156 was final, the Defendant committed the felony of AGGRAVATED ROBBERY and was finally convicted of that offense on OCTOBER 23, 2000, in Cause Number 0858896, in the 184TH DISTRICT COURT of Harris County, Texas.

PROBABLE CAUSE

I, OFFICER T.O. TRIPLETT, EMPLOYED BY THE HOUSTON POLICE DEPARTMENT, HAS REASON TO BELIEVE THAT TYRONE BROWN, HEREAFTER KNOWN AS THE DEFENDANT, COMMITTED THE OFFENSE OF AGGRAVATED ROBBERY (ELDERLY-65 OR OVER) ON JUNE 26, 2012, IN THE 3800 BLOCK OF LYONS, A LOCATION IN THE CITY OF HOUSTON, HARRIS COUNTY, TEXAS. THE COMPLAINANT IN THIS INCIDENT IS 73 YEARS OLD.

ON JUNE 26, 2012, CATHERINE MCDANIEL, HEREAFTER LISTED AS THE COMPLAINANT, WHOSE DATE OF BIRTH IS 04/20/39, AND WHO 73 YEARS OF AGE. COMPLAINANT ADVISED THAT SHE WAS SITTING AT THE BUS STOP IN THE 3800 BLOCK OF LYONS, HOUSTON, HARRIS COUNTY, TEXAS. THE DEFENDANT APPROACHED, SAT DOWN AT THE BUS STOP AND BEGAN TALKING TO THE COMPLAINANT. THE DEFENDANT ASKED THE COMPLAINANT SEVERAL TIMES FOR SOME MONEY TO PURCHASE SOME BEER, BUT THE COMPLAINANT STATED THAT SHE ONLY HAD MONEY TO BUY CAT FOOD. THE COMPLAINANT OBSERVED THAT THE BUS DID NOT ARRIVE ON TIME SO SHE GOT UP TO GO BACK TO HER APARTMENT. THE DEFENDANT GOT UP, WALKED UP BEHIND HER AND WITH A CLOSED FIST, PUNCHED HER ONE TIME ON THE SIDE OF THE HEAD KNOCKING HER TO THE GROUND, CAUSING HER TO HURT HER HIP. THE DEFENDANT GRABBED HER PURSE AND FLED EAST BOUND ON LYONS.

THE COMPLAINANT ADVISED THAT SHE KNOWS THE DEFENDANT BY FACE AND SIGHT. COMPLAINANT ADVISED THAT SHE KNOWS THAT THE DEFENDANT LIVES IN THE SAME COMPLEX APARTMENT COMPLEX SHE DOES AT 3814 LYONS, HOUSTON, HARRIS COUNTY, TEXAS. COMPLAINANT ADVISED THAT SHE KNOWS THE DEFENDANT'S MOTHER TO BE "KIM

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3136

ABLE" WHO RESIDES WITH THE DEFENDANT IN APARTMENT #228.  OFFICER TRIPLETT ARRIVED TO 3814 LYONS #228 AND MET WITH KIM ABLE.  KIM ABLE PROVIDED OFFICER TRIPLETT WITH THE DEFENDANT'S NAME TYRONE LEE BROWN AND THE DEFENDANT'S IDENTIFYING INFORMATION.  KIM ABLE ADVISED THAT SHE HAD HEARD THAT HER SON, THE DEFENDANT HAD ROBBED THE COMPLAINANT.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **July 6, 2012**

_____

AFFIANT

ASSISTANT DISTRICT ATTORNEY          BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3137

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

JUL 09 2012

_____
Deputy District Clerk
Harris County, Texas

Time: _____

By _____
     Deputy

## ORDER APPOINTING COUNSEL

On this, the _9_ day of _JULY_, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_RP SKIP CONNELLY_
**Attorney**

_2028 Buffalo Ter_
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

_0483 1800_
**Bar Card/SPN Number**

_713-528-0183_
**Phone Number**

_713-528-0153_
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _8_ day of _August_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _9_ day of _July_, 20_12_

_____
**Judge Presiding**

8-8-12

8:30am

8:30am
Douglas

3138

THE STATE OF TEXAS
VS.

**RORY DARNELL JONES**

SPN: 01885980
DOB: ▓▓▓▓▓
DATE PREPARED: 8/14/2012

D.A. LOG NUMBER:1871612
CJIS TRACKING NO.:9167876897-A001

BY: SG  DA NO: 002398018
AGENCY:HPD
O/R NO: 085609512F
ARREST DATE: 7-6-12

NCIC CODE: **5203 03**        RELATED CASES:

FELONY CHARGE:  **FELON IN POSSESSION OF FIREARM**
CAUSE NO: **1353471**
HARRIS COUNTY DISTRICT COURT NO: **228**
FIRST SETTING DATE:

BAIL: $5000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RORY DARNELL JONES**, hereafter styled the Defendant, heretofore on or about **JULY 6, 2012**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of AGGRAVATED ROBBERY in the District Court of the 262ND Judicial District, HARRIS County, Texas, in Cause Number 0897198 , on JULY 1, 2002.

Before the commission of the offense alleged above, on JULY 1, 2002, in Cause No. 0901845, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

**FILED**
Chris Daniel
District Clerk

AUG 1 5 2012

Time: _12:01_
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman        208th

_Dustin Free_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3139

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

Sworn to and subscribed before me on this, the 4 day of September, 20 12.

**F I L E D**
Chris Daniel
District Clerk

SEP 04 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 4 day of SEPT , 20 12 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Skip Cornelius
**Attorney**
2028 Buffalo Terrace
**Address**
HT 77019
**City          State          Zip          E-Mail Address**

04831500
**Bar Card/SPN Number**

713-528-9153
**Phone Number**

713-237-8847
**Fax Number**

The Court further ORDERS the cause set for : Arr
on the 8 day of October , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4 day of September , 20 12.

_____
**Judge Presiding**

3140

THE STATE OF TEXAS
VS.

**JOSE  FRAGA JR.**

<u>01558574</u>

SPN:
DOB:
DATE PREPARED: 7/12/2012

D.A. LOG NUMBER:1873147
CJIS TRACKING NO.:

BY: AC  DA NO: 002275023
AGENCY:HPD
O/R NO: 80398812
ARREST DATE: TO BE

NCIC CODE: 1204 04

RELATED CASES: M. ALVAREZ-FEL. IN CUSTODY

FELONY CHARGE:  **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:       <u>1354008</u>
FIRST SETTING DATE: .                            <u>184</u>

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JOSE FRAGA JR.**, hereafter styled the Defendant, heretofore on or about **JUNE 25, 2012**, did then and there unlawfully, while in the course of
committing theft of property owned by MICHAEL CRUZ, and with intent to obtain and maintain control of the property, INTENTIONALLY
AND KNOWINGLY cause bodily injury to MICHAEL CRUZ, and the Defendant did then and there use and exhibit a deadly weapon, namely, A
FIREARM.

**FILED**
Chris Daniel
District Clerk

AUG 0 9 2012   8.3.12

Time: 12:00

By

Harris County, Texas
Deputy

Foreman                209th

Robt A. F. Slagg

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3141

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the 5 day of Oct , 20 12 .

_____,
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

OCT 05 2012

Time: _____
Harris County, Texas

By _____

## ORDER APPOINTING COUNSEL

On this, the 5 day of Oct , 20 12 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**            **State**            **Zip**            **E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : Aug .
on the 8 day of Oct , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 5 day of Oct , 20 12 .

_____,
**Judge Presiding**

3142

THE STATE OF TEXAS
VS.

**STEVEN DAVILA**

**02350016**

D.A. LOG NUMBER:1874533
CJIS TRACKING NO.:9167906095-A001
BY: DS DA NO: 002126024
AGENCY:HPD
O/R NO: 0902202120
ARREST DATE: 07/16/2012

SPN:
DOB:
DATE PREPARED: 7/17/2012

NCIC CODE: 1314 21                    RELATED CASES:

FELONY CHARGE: Aggravated Assault - Family Member
CAUSE NO:                                                          BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:    **1354485**    PRIOR CAUSE NO:
FIRST SETTING DATE:                              **185**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEVEN DAVILA**, hereafter styled the Defendant, heretofore on or about **JULY 16, 2012**, did then and there unlawfully, intentionally and knowingly threaten DAVID DAVILA, a member of the Defendant's family, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**FILED**
Chris Daniel
District Clerk

AUG 01 2012

Time: 1350
Harris County, Texas
By _____
Deputy

Asst. Foreman          209th

*Jane Johnstone*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3143

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**FILED**
Chris Daniel
District Clerk

AUG 0 2 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of **AUG 0 2 2012**, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___2___ day of ___August___ 2012, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | | |
|-|-|-|-|-|-|-|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Phone Number**

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : ___Arrs___
on the ___7___ day of ___Sept___, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this ___2___ day of ___August___ 12

_____
**Judge Presiding**

3144

THE STATE OF TEXAS

VS.

**JOSE RUBEN PEREZ**

SPN: 1708083
DOB:
DATE PREPARED: 10/22/2012

D.A. LOG NUMBER:1865327
CJIS TRACKING NO.:
BY:   DA NO: 2268095 AGENCY:HOUSTON
**POLICE DEPARTMENT**
O/R NO: 060810712F
ARREST DATE:

NCIC CODE: 380242                    RELATED CASES:

FELONY CHARGE: **RECKLESS INJURY TO CHILD**
CAUSE NO: 1355976
HARRIS COUNTY DISTRICT COURT NO: 338
FIRST SETTING DATE:

BAIL: $2000
PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE RUBEN PEREZ**, hereafter styled the Defendant, heretofore on or about **May 12, 2012**, did then and there unlawfully, recklessly cause BODILY INJURY to JOSE PEREZ, hereafter styled the Complainant, a child younger than fifteen years of age, by GRABBING THE COMPLAINANT WITH HIS HANDS AND CAUSING THE COMPLAINANT'S ARM TO TWIST AND FRACTURE.

Before the commission of the offense alleged above, on JULY 12, 2005, in Cause No. 0805285, in the 185TH District Court of Harris County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF MARIHUANA 5-50 LBS.

**F I L E D**
Chris Daniel
District Clerk

OCT 2 4 2012

Time:
Harris County
By:                Deputy

Foreman              262nd

*Nancy C Brainerd*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

---

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3145

THE STATE OF TEXAS
VS.
**JOSE RUBEN PEREZ**

SPN: 1708083
DOB:
DATE PREPARED: 10/22/2012

D.A. LOG NUMBER:1865327
CJIS TRACKING NO.:
BY:   DA NO: 2268095 AGENCY:HOUSTON
**POLICE DEPARTMENT**
O/R NO: 060810712F
ARREST DATE:

NCIC CODE: 3802 49                    RELATED CASES:

FELONY CHARGE:  **INJURY CHILD UNDER 15 B/INJURY**
CAUSE NO: 1355977
HARRIS COUNTY DISTRICT COURT NO: 338
FIRST SETTING DATE:

BAIL: $2000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE RUBEN PEREZ**, hereafter styled the Defendant, heretofore on or about **May 12, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to JUSTIN ROBINSON hereinafter styled the Complainant, a child younger than fifteen years of age, by STRIKING THE COMPLAINANT WITH A BELT.

Before the commission of the offense alleged above, on JULY 12, 2005, in Cause No. 0805285, in the 185TH District Court of Harris County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF MARIHUANA 5-50 LBS.

**F I L E D**
Chris Daniel
District Clerk
OCT 2 4 2012
Time:
By

**Foreman**          **262nd**

*Nancy C Brassard*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3146

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 01 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the __1__ day of __August__, 20_12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

[ ][ ][ ][ ][ ][ ][ ][ ]
Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
Phone Number

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
Fax Number

The Court further ORDERS the cause set for : ___Arrg___
on the __5__ day of __Sept__, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __1__ day of __August__ 20_12_

_____
Judge Presiding

3147



THE STATE OF TEXAS        **02372395**      D.A. LOG NUMBER:1878497
VS.                                                  CJIS TRACKING NO.:9167946119-A001
**JERRELL BELL**          SPN:               BY: GU  DA NO: 002197886
                                 DOB:              AGENCY:HPD
                                 DATE PREPARED: 7/30/2012     O/R NO: 0964446120
                                                       ARREST DATE: 7-30-2012

NCIC CODE: 5203 03           RELATED CASES:
FELONY CHARGE:  **FELON IN POSSESSION OF FIREARM**
CAUSE NO:                                                      BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:       **1356023**      PRIOR CAUSE NO:
FIRST SETTING DATE:                        **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JERRELL BELL**, hereafter styled the Defendant, heretofore on or about **JULY 30, 2012**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE in the 174TH District Court of the Judicial District, HARRIS County, Texas, in Cause Number 1305470, on MAY 9, 2011.

**F I L E D**
Chris Daniel
District Clerk

AUG 10 2012

Time: 12:45 PM
Harris County, Texas

By _____ NLO
Deputy

209th

Foreman _Ruben E Sloan_

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3148

show the Court that he / she is financially unable to hire an attorney.

Defendant

□ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

**F I L E D**
Chris Daniel
District Clerk

AUG 01 2012

Time: _____ Harris County, Texas

By _____ Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ____1____ day of ___August___, 20_12_ the Court determined that the
above named defendant / ~~witness~~ has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / ~~witness~~ named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          E-Mail Address

**Bar Card/SPN Number**

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this ___1___ day of ___AUG___, 20_12_

_____

**Judge Presiding**

3149

P2

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01261586** | D.A. LOG NUMBER:1878521 |
| VS. | | CJIS TRACKING NO.:9167946453-A001 |
| **JOHN EARL JACKSON** | SPN: | BY: CS  DA NO: 002397165 |
| | DOB: | AGENCY:HPD |
| | DATE PREPARED: 7/31/2012 | O/R NO: 096587512 |
| | | ARREST DATE: 07/30/2012 |

NCIC CODE: 5599 04          RELATED CASES:

FELONY CHARGE: *Possession of a Controlled Substance*

CAUSE NO:                                                                    BAIL: $15,000

HARRIS COUNTY DISTRICT COURT NO:         **1356046**        PRIOR CAUSE NO:

FIRST SETTING DATE:                                  **338**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN EARL JACKSON**, hereafter styled the Defendant, heretofore on or about **JULY 30, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JUNE 24, 2009, in Cause Number 1221485, in the 230TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of CREDIT CARD ABUSE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of CREDIT CARD ABUSE and was convicted on SEPTEMBER 17, 2007, in Cause Number 1133179 in the 263RD District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 0 1 2012     AUG 0 1 2012

Time: _____
        Harris County, Texas

By _____
        Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____                    2 4009409
ASSISTANT DISTRICT ATTORNEY                 BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION                    RECORDER'S MEMORANDUM
                               This instrument is of poor quality
                               at the time of imaging

3150

Unofficial Copy Office of Harris County District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**

Chris Daniel
District Clerk

AUG 0 3 2012

Time: _____

Harris County, Texas

By _____

Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 3 day of August, 2012 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**                    **State**              **Zip**

☐☐☐☐☐☐☐

**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐

**Fax Number**

_____

**E-Mail Address**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : ____Arrg_____

on the 24 day of August, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 3 day of August, 2012.

_____,

Judge Presiding

3151

THE STATE OF TEXAS          __02482369__         D.A. LOG NUMBER:1878443
VS.                                       CJIS TRACKING NO.:

**CARL ALEXANDER TURNER**      SPN:                BY: SC  DA NO: 002395913
▆▆▆▆▆▆▆▆▆▆            DOB: ▆▆▆▆▆▆      AGENCY:HPD
                              DATE PREPARED: 7/31/2012     O/R NO: 96430012Y
                                                     ARREST DATE: TO BE

NCIC CODE: 3600 97            RELATED CASES:

FELONY CHARGE:  **Failure to Comply with Sex Offender Registration**
CAUSE NO:                                             BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:     __1356062__       PRIOR CAUSE NO:
FIRST SETTING DATE:                  __338__

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CARL ALEXANDER TURNER**, hereafter styled the Defendant, heretofore on or about **JUNE 8, 2012**, did then and there unlawfully, while a person with a reportable CONVICTION for the offense of AGGRAVATED SEXUAL ASSAULT OF A CHILD and while subject to registration under the Texas sex offender registration program, intentionally and knowingly fail to report to the LOCAL LAW ENFORCEMENT AGENCY designated as the Defendant's primary registration authority, namely, the CITY OF HOUSTON POLICE DEPARTMENT during the period beginning thirty days before the anniversary of the Defendant's date of birth and ending thirty days after that anniversary, in order to verify the information in the sex offender registration form maintained by that law enforcement authority for the Defendant.

**F I L E D**
Chris Daniel
District Clerk

AUG 1 0 2012

Time: ___12:45 PM___
         Harris County, Texas
By _____ ▆▆▆

209th

Foreman ___Robert F. Slagg___

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3152

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD      E-Mail Address

Address      Phone Number

City      State      Zip      Fax Number

SPN Number      Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: _____

On the _____ day of _____, 20____ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____

_____
Judge Presiding

☐ The State has offered or      ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____      Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court      ☐ Defense      ☐ Operation of Law      ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness      ☐ Defense to Contact Witness      ☐ Not Indicted

☐ D.A. to Evaluate Case      ☐ Disposition of Misc./OOC Case      ☐ Other _____

☐ D.A. to Reindict      ☐ File Unavailable      ☐ Refer to _____

☐ D.A. to file MRP/MAJ      ☐ MHMRA Evaluation
_____ 21 Day _____ Full      ☐ Restitution Info

☐ Defendant On Call      ☐ No Tape/Lab _____      ☐ To Hire Attorney

☐ Defendant to Consider Offer      ☐ No Offense Report

5/2/12

3153

THE STATE OF TEXAS        **02457330**        D.A. LOG NUMBER:1878671

VS.                                               CJIS TRACKING NO.:

**MIKESHA MATTHEWS**      SPN:                         BY: TD DA NO: 002126743

                              DOB: ▓▓▓▓▓▓                AGENCY:HPD

                              DATE PREPARED: 7/31/2012       O/R NO: 86281512R

                                                          ARREST DATE: **TO BE**

NCIC CODE: **2411 11**            RELATED CASES: **SD:2FEL** ; REFILE:184/1356090

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**

CAUSE NO:                                                        BAIL: **$2,000**

HARRIS COUNTY DISTRICT COURT NO:         **1356096**         PRIOR CAUSE NO:

FIRST SETTING DATE:                       **184**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MIKESHA MATTHEWS**, hereafter styled the Defendant, heretofore on or about **JULY 7, 2012**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by **PATRICIA JACKSON**, hereafter styled the Complainant, without the effective consent of the Complainant.

**F I L E D**
Chris Daniel
District Clerk

AUG 06 2012

Time: _____
Harris County, Texas
By _____ Deputy

Foreman            183rd

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3154

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of **AUG 0 2 2012** , 20 ____.

_____,

**FILED**
Chris Daniel
District Clerk

AUG 0 2 2012

Deputy District Clerk
Harris County, Texas

Time: _____
By _____
Harris County, Texas
Deputy

## ORDER APPOINTING COUNSEL

On this, the __2__ day of ___August___, 20_12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**        **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : ___Arrs___
on the _23_ day of ___August___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this __2__ day of ___August___, 20_12_

_____,
**Judge Presiding**

3155

THE STATE OF TEXAS

VS.

**RAMON LOPEZ ELIZARRARAZ JR.** SPN: 01855758

DOB:

DATE PREPARED: 9/14/2012

D.A. LOG NUMBER:1878736

CJIS TRACKING NO.:9167948650-A001

BY: CM  DA NO: 002467911

AGENCY:CD3

O/R NO: HC12500104611

ARREST DATE: 07 31 12

NCIC CODE: 5599 04          RELATED CASES: **SAME DEF-FEL / ALBA-MISD**

FELONY CHARGE: Possession of a Controlled Substance

CAUSE NO: 1356136

HARRIS COUNTY DISTRICT COURT NO: 338

FIRST SETTING DATE:

BAIL: $5,000

PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RAMON LOPEZ ELIZARRARAZ JR.**, hereafter styled the Defendant, heretofore on or about **JULY 31, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

FILED
Chris Daniel
District Clerk
SEP 20 2012
Time:
By:

Foreman          183rd

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

INDICTMENT

3156

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of **AUG 0 2 2012**, 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 0 2 2012

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the ____ day of ____August____, 20__12__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

[ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of ____August, 2012____

_____,
Judge Presiding

P2

| THE STATE OF TEXAS | 01280869 | D.A. LOG NUMBER:1878728 |
| VS. | | CJIS TRACKING NO.:9167948545-A001 |

**RUSSELL RAY DELAUNE**   SPN:

BY: AZ  DA NO: 002197675

DOB: ▇▇▇▇▇▇

AGENCY:HPD

DATE PREPARED: 8/1/2012

O/R NO: 096902912V

ARREST DATE: 07-31-12

NCIC CODE: 2399 37          RELATED CASES:

FELONY CHARGE:  **Theft of Metal**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:     **1356193**

BAIL: $5,000

FIRST SETTING DATE:     **338**

PRIOR CAUSE NO:

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **RUSSELL RAY DELAUNE**, hereafter styled the Defendant, heretofore on or about **JULY 31, 2012**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, BRASS, of the value of less than twenty thousand dollars, owned by ZIYAD QANAH, hereafter styled the Complainant, without the effective consent of the Complainant and with the intent to deprive the Complainant of that property.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

24009485

| ASSISTANT DISTRICT ATTORNEY | BAR CARD NO. |
| OF HARRIS COUNTY, TEXAS | |

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3158

4/9/2021 3:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52320669
By: E Lane-Orton
Filed: 4/9/2021 3:11 PM

## 13847940101C / Court: 337

**IN THE 337TH JUDICIAL DISTRICT COURT**
**HARRIS COUNTY, TEXAS**

**AND**

**IN THE TEXAS COURT OF CRIMINAL APPEALS**
**AUSTIN, TEXAS**

| | | |
|---|---|---|
| | § | |
| **Ex parte OBEL CRUZ-GARCIA,** | § | |
| | § | **Writ No. _____** |
| | § | Trial Court Case No: |
| | § | 1384794 |
| | § | |
| **Applicant.** | § | **CAPITAL CASE** |
| | § | |
| | § | |
| | § | |

## SUBSEQUENT APPLICATION FOR
## POST-CONVICTION WRIT OF HABEAS CORPUS
## EXHIBIT 139 C

Jeremy Schepers (Texas 24084578)
Supervisor, Capital Habeas Unit
David Currie (TX 24084240)
Naomi Fenwick (TX 24107764)
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, Texas 75202
jeremy_schepers@fd.org
(214) 767-2746
(214) 767-2886 (fax)

*Counsel for Obel Cruz-Garcia*

1

13847940101C / Court: 337

# EXHIBIT 139 C

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**F I L E D**
Chris Daniel
District Clerk

AUG 03 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **3** day of **August**, 20**12** the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**               **State**          **Zip**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

**E-Mail Address** _____

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : **Arrs**
on the **23** day of **August**, 20**12** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **3** day of **August** 20 **12**

_____
**Judge Presiding**

3161

THE STATE OF TEXAS
VS.

**VICKI LYNN KINTZ**                    SPN: 02424788
▇▇▇▇▇▇▇▇▇                              DOB: ▇▇▇▇▇
                                       DATE PREPARED: 9/12/2012

D.A. LOG NUMBER:1878895
CJIS TRACKING NO.:9167950310-A001
BY: SG  DA NO: 002397833
AGENCY:**HPD**
O/R NO: 097242812-O
ARREST DATE: 8-1-12

NCIC CODE: 5599 04              RELATED CASES:

FELONY CHARGE:  **Possession of a Controlled Substance**
CAUSE NO: **1356244**
HARRIS COUNTY DISTRICT COURT NO: **338**
FIRST SETTING DATE:

BAIL: $15000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **VICKI LYNN KINTZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 1, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely,  COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on NOVEMBER 18, 2011, in Cause Number 1327153, in the 209TH District Court of  HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of DELIVERY OF A CONTROLLED SUBSTANCE and was convicted on MARCH 22, 2011, in Cause Number 1299053 in the 232ND District Court of  HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 1 3 2012        SEP 1 3 2012
                    Time:
                    Harris County, Texas
                    By:
                    Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**            **184th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3162

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the ___4___ day of _Oct_____ , 20 _12_.

_____ ,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___4___ day of _Oct_____ , 20 _12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip          E-Mail Address

☐☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐-☐☐☐-☐☐☐☐
Phone Number

☐☐☐-☐☐☐-☐☐☐☐
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____ , 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___4___ day of _Oct_____ , 20 _12_

_____ ,
Judge Presiding

FILED
Chris Daniel
District Clerk
OCT - 4 2012
Harris County, Texas
Time: _____
By: _____ Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

3163

THE STATE OF TEXAS        **02513715**      D.A. LOG NUMBER:1879556

VS.                                                       CJIS TRACKING NO.:

 **MICHAEL JAMES BAKER**      SPN:                      BY: VF DA NO: 002198468

                                       DOB: ████████          AGENCY:HPD

                                       DATE PREPARED: 8/4/2012      O/R NO: 097006512R

                                                              ARREST DATE: **TO BE**

NCIC CODE: 2300 75             RELATED CASES:

FELONY CHARGE: **THEFT**

CAUSE NO:                                                       BAIL: $2000

HARRIS COUNTY DISTRICT COURT NO:        **1356588**      PRIOR CAUSE NO:

FIRST SETTING DATE:                    **185**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL JAMES BAKER**, hereafter styled the Defendant, heretofore on or about **JULY 2, 2012**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, ONE COMPUTER owned by SHELDON REICHSTEIN, hereafter styled the Complainant , of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**F I L E D**
Chris Daniel
District Clerk

AUG 21 2012

Time: _____ 10:40
Harris County, Texas

By: _____ pm
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                 185th

*John W. Shellenberger*

_____

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3164

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

F I L E D
Chris Daniel
District Clerk

OCT 05 2012

10 3 12

Time: _____
Harris County, Texas

By _____ Deputy

Sworn to and subscribed before me on this, the 3 day of Oct , 20 12

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 3 day of Oct , 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____   E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Non-trial

on the 19 day of Nov , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 3 day of Oct , 20 12.

Judge Presiding



| THE STATE OF TEXAS | **02392195** | D.A. LOG NUMBER:1879690 |
| VS. | | CJIS TRACKING NO.: |

**BRODRICK LICHRIS GREEN**       SPN:                              BY: TC  DA NO: 002230114
                               DOB:                             AGENCY:HPD
                               DATE PREPARED: 8/4/2012           O/R NO: 087063212
                                                                ARREST DATE: **TO BE**

NCIC CODE: **1205 01**        RELATED CASES:  **C GREEN-FEL/ T TURNER-FEL**

FELONY CHARGE: **ROBBERY**
CAUSE NO:                                                        BAIL: **$20,000**
HARRIS COUNTY DISTRICT COURT NO:        **1356608**             PRIOR CAUSE NO:
FIRST SETTING DATE:                     **185**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRODRICK LICHRIS GREEN**, hereafter styled the Defendant, heretofore on or about **JULY 9, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by CRYSTAL SEALS and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to CRYSTAL SEALS, by STRIKING THE COMPLAINANT WITH THE HAND OF TERRY REMON TURNER JR.

**F I L E D**
Chris Daniel
District Clerk

SEP 19 2012

Time: _____ 1615
       Harris County, Texas
By _____
         Deputy

Foreman          208th

_Dustin Free_

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

3166

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _April_, 20_13_, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_RP Cornelius_
Attorney/Assistant Public Defender Assigned by HCPD

_2028 Buffalo Terrace_
Address

_HT 77019_
City          State     Zip

_04831SW_
SPN Number

E-Mail Address
_713 237 8547_

Phone Number
_713 528 0153_

Fax Number

Bar Number
_D ???_

The Court further ORDERS the cause set for:
On the _19_ day of _April_, 20_13_ at _9:00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _11_ day of _April_, 20_13_.

_____
Judge Presiding

☐ The State has offered or   ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness   ☐ Not Indicted

☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☐ Other _____

☐ D.A. to Reindict   ☐ File Unavailable   ☐ Refer to _____

☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation _____ 21 Day _____ Full   ☐ Restitution Info

☐ Defendant On Call   ☐ No Tape/Lab _____   ☐ To Hire Attorney

☐ Defendant to Consider Offer   ☐ No Offense Report

5/2/12

3167

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS                    **01708153**              D.A. LOG NUMBER:**1880318**
VS.                                                             CJIS TRACKING NO.:
**JAVED STEPHEN TAFARROJI**      SPN:                           BY: AZ  DA NO: 002359851
                                 DOB:                           AGENCY:HCSO
                                 DATE PREPARED: 8/7/2012         O/R NO: HC1258570
                                                               ARREST DATE: TO BE

NCIC CODE: 2202 05                   RELATED CASES:  J. MARTINEZ, G. KING FELONY

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:                                                      BAIL: $20,000
HARRIS COUNTY DISTRICT COURT NO:     **1356874**              PRIOR CAUSE NO:
FIRST SETTING DATE:                  **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAVED STEPHEN TAFARROJI**, hereafter styled the Defendant, heretofore on or about MAY 1, 2012, did then and there unlawfully, with intent to commit theft, enter a habitation owned by CAL SMITH, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Chris Daniel
District Clerk

AUG 1 5 2012

Time: 11:45 AM
Harris County, Texas

By _____
Deputy

Foreman                          209th

RobA F Slagg

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3168

show the Court that he / she is financially unable to hire an attorney.

_R. Marvin Robinson_
**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
**Witness**

Sworn to and subscribed before me on this, the ___3___ day of ___Oct_____, 20_12_

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

OCT 0 3 2012

Time: _____
By _____

10/3/12
Harris County, Texas
Deputy

# ORDER APPOINTING COUNSEL

On this, the ___3___ day of ___Oct_____, 20_12_ the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____            _____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : ___Non-trial_____
on the ___4___ day of ___October_____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this ___3___ day of ___Oct_____, 20_12_

_____
**Judge Presiding**

3169

THE STATE OF TEXAS

VS.

**MARVIN E ROBINSON**

SPN: 01832807
DOB:
DATE PREPARED: 8/27/2012

D.A. LOG NUMBER:1880921
CJIS TRACKING NO.:
BY: SG  DA NO: 002395913
AGENCY:HCSO
O/R NO: HC120108511
ARREST DATE: TO BE

NCIC CODE: 1314 21          RELATED CASES:

FELONY CHARGE:  Aggravated Assault - Family Member
CAUSE NO: 1357004
HARRIS COUNTY DISTRICT COURT NO: 185
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MARVIN E. ROBINSON**, hereafter styled the Defendant, heretofore on or about **AUGUST 8, 2012**, did then and there unlawfully, intentionally and knowingly threaten TAMIKA WILLIAMS, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**          **184th**

FOREMAN OF THE GRAND JURY

FILED
Chris Daniel
District Clerk
AUG 2 8 2012

Time:
By

INDICTMENT

3170

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 1 3 2012

_____,
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the **13** day of **AUG**, 20**12**, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_JP Cokneys_
**Attorney**

_4028 Buffalo Texar_
**Address**

_Y J 77019_
**City          State          Zip          E-Mail Address**

_04831590_
**Bar Card/SPN Number**

_713-237-2547_
**Phone Number**

_713-528-0183_
**Fax Number**

The Court further ORDERS the cause set for : _Arr_
on the **29** day of **Aug**, 20**12** at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____.

_____,
**Judge Presiding**   Marc Carter

FOR

P2

THE STATE OF TEXAS                    00792662              D.A. LOG NUMBER:1881691
VS.                                                          CJIS TRACKING NO.:9167979408-A001

**ANDREW LEE RATCLIFF**        SPN:                      BY: BJE  DA NO: 002343829
                               DOB:                      AGENCY:HPD
                               DATE PREPARED: 8/11/2012  O/R NO: 101683012 I
                                                         ARREST DATE: 8-11-12

NCIC CODE: 5203 03              RELATED CASES:

FELONY CHARGE:  **FELON IN POSSESSION OF FIREARM**
CAUSE NO:                                                BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:       **1357324**       PRIOR CAUSE NO:
FIRST SETTING DATE:                    **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ANDREW LEE RATCLIFF**, hereafter styled the Defendant, heretofore on or about **AUGUST 11, 2012**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE in the District Court of the 185TH Judicial District,  HARRIS County, Texas, in Cause Number 1264791, on JUNE 1, 2010.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on  JUNE 6, 1990, in Cause Number 0539017, in the 232ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of  POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number  0539017 was final, the Defendant committed the felony of  UNAUTHORIZED USE OF A MOTOR VEHICLE and was finally convicted of that offense on  APRIL 26, 1991, in Cause Number 0596046, in the  337TH DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 2 9 2012

Time: _____
           Harris County, Texas

By _____
              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____          24040160
ASSISTANT DISTRICT ATTORNEY                    BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                    INFORMATION          **RECORDER'S MEMORANDUM**
                                         This instrument is of poor quality
                                         at the time of imaging

3172

would show the Court that he/she is financially unable to hire an attorney.

Case 4:17-cv-03621 Document 59-15 Filed on 03/05/23 in TXSD Page 456 of 602

Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____ ,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **14** day of **Dec** _____, 20_____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
|---|---|
| Address | Phone Number |
| City        State        Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: _____

On the _____ day of _____, 20_____ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **15** day of **Dec** _____, 20_____

_____
Judge Presiding

☐ The State has offered or        ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by:  ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____21 Day _____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab _____ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

3173

THE STATE OF TEXAS               **01204522**               D.A. LOG NUMBER:**1881723**
VS.                                            CJIS TRACKING NO.:**9167979769-A001**

**BARRON KEITH WILLIAMS**      SPN:                        BY: **YT** DA NO: 002343829
                                 DOB:                        AGENCY:**HPD**
                                 DATE PREPARED: 8/11/2012     O/R NO: 101685512H
                                                    ARREST DATE: 08/11/12

NCIC CODE: 1314 08            RELATED CASES:
FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:                                           BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:     **1357349**      PRIOR CAUSE NO:
FIRST SETTING DATE:                  **184**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **BARRON KEITH WILLIAMS**, hereafter styled the Defendant, heretofore on or about **AUGUST 11, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to JANIE WILLIAMS, hereafter styled the Complainant, a member of the Defendant's family, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

Before the commission of the offense alleged above, on NOVEMBER 18, 1993, in Cause Number 0609502 in the 177TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE.

# FILED
### Chris Daniel
### District Clerk

AUG 1 4 2012

Time: _____
             Harris County, Texas
By _____
                Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____               _____
ASSISTANT DISTRICT ATTORNEY         BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                       **INFORMATION**          **RECORDER'S MEMORANDUM**
                                                 This Instrument is of poor quality
                                             at the time of imaging

3174

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _20_ day of ___AUG___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

H                           77019

**City**            **State**       **Zip**         **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |

**Bar Card/SPN Number**

| 7 | 1 | 3 | . | 2 | 3 | 7 | . | 8 | 5 | 4 | 7 |

**Phone Number**

| 7 | 1 | 3 | . | 5 | 2 | 8 | . | 0 | 1 | 5 | 3 |

**Fax Number**

The Court further ORDERS the cause set for :  Arr____

on the _18_ day of _September_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _20_ day of _Augst_, 20_12_.

_____

**Judge Presiding**

9 - 18 - 12

8:30 AM

8:30 AM
Dw(ca)

3175

THE STATE OF TEXAS                    **01541630**                    D.A. LOG NUMBER:1883339
VS.                                                                    CJIS TRACKING NO.:916799623X-A001

**ARTHUR COLLINS**          SPN:                          BY: SC  DA NO: 065021651
                            DOB:                          AGENCY:**HPD**
                            DATE PREPARED: 8/17/2012      O/R NO: 104370912D
                                                          ARREST DATE: 8/17/12

NCIC CODE: 5599 15                    RELATED CASES: **M. GRIGSBY - FELONY**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:                                                 BAIL: **$5,000**
HARRIS COUNTY DISTRICT COURT NO:      **1357992**         PRIOR CAUSE NO:
FIRST SETTING DATE:                   **228**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ARTHUR COLLINS**, hereafter styled the Defendant, heretofore on or about **AUGUST 17, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, compound, mixture and preparation containing not more than 200 milligrams of codeine per 100 milliliters and one or more nonnarcotic active medicinal ingredients in sufficient proportion to confer on the compound, mixture and preparation valuable medicinal qualities other than those possessed by the codeine alone, weighing  AT LEAST 28 GRAMS BUT LESS THAN 200 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

OCT 0 4 2012

Time: 10:10 AM
Harris County, Texas
By: NLO
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3176

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___20___ day of ____AUG____, 20_/2_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CONNELL)
_____
**Attorney**

2028 Buffalo Terrace
_____
**Address**

H_____ T_____ 77019 _____
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 9 | 1 | 5 | 3 |
**Fax Number**

The Court further ORDERS the cause set for : 2
on the ___20___ day of ____September____, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___20___ day of ____Ayst____, 20__

_____
**Judge Presiding**

3177

THE STATE OF TEXAS                    02253129           D.A. LOG NUMBER:1883509
VS.                                                      CJIS TRACKING NO.:9167997740-A001
                                    SPN:                 BY: VF  DA NO: 002128914
**CESAR  MARTINEZ**                 DOB:                 AGENCY:HPD
████████████                        DATE PREPARED: 8/18/2012   O/R NO: 104466612Y
                                                        ARREST DATE: 8 17 12

NCIC CODE:  5203 03          RELATED CASES: SAME DEF. 2 OTHER CHGS.; co-A. J. Molina

FELONY CHARGE:  **FELON IN POSSESSION OF FIREARM**
CAUSE NO:                                               BAIL: $20,000
HARRIS COUNTY DISTRICT COURT NO:        **1358058**     PRIOR CAUSE NO:
FIRST SETTING DATE:                     **228**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**CESAR MARTINEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 17, 2012**, did then and there unlawfully, intentionally and
knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of
AGGRAVATED ROBBERY in the District Court of the 182ND Judicial District, HARRIS County, Texas, in Cause Number 1091897, on
FEBRUARY 1, 2007.

Before the commission of the offense alleged above, on FEBRUARY 1, 2007, in Cause Number 1092184 in the 182ND District Court of HARRIS
County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

**F I L E D**
Chris Daniel
District Clerk

SEP 1 2 2012

Harris County, Texas

By _____ Deputy

Time: _____

By _____

                                        **Asst. Foreman**        **208th**

                                        *J. Emmett B Clemon~*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**                                              3178

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621   Document 89-15   Filed on 01/05/23 in TXSD   Page 462 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _20_ day of _AUG_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP CORNELIUS
**Attorney**
2028 Buffalo Terrace
**Address**
H         TX      77019
**City                State            Zip              E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 8 - 9 1 5 3
**Fax Number**

The Court further ORDERS the cause set for : 2 on the _20_ day of _September 12_, 20_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _20_ day of _Ayst_, 20_12_

_____
**Judge Presiding**

THE STATE OF TEXAS
VS.

**CESAR MARTINEZ**

██████████████

**02253129**

SPN:
DOB:
DATE PREPARED: 8/18/2012

D.A. LOG NUMBER:1883509
CJIS TRACKING NO.:9167997740-A002
BY: VF DA NO: 002128914
AGENCY:HPD
O/R NO: 104466612Y
ARREST DATE: 8 17 12

NCIC CODE: 2202 05              RELATED CASES: SAME DEF. 2 OTHER CHGS.

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1358059**
FIRST SETTING DATE:                       **228**

BAIL: $20,000
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CESAR MARTINEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 17, 2012**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by JUAN MORENO, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on FEBRUARY 1, 2007, in Cause Number 1092184 in the 182ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

FILED
Chris Daniel
District Clerk
SEP 12 2012
Harris County, Texas
Time:
By:              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          208th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3180

show the Court that he / she is financially unable to hire an attorney.

_____ Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____ Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __20__ day of ___AUG___, 20_/2_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_R P Connelly_ _____
**Attorney**

_2028 Buffalo Terrace_ _____
**Address**

_H_____ Tx_____ 77019_ _____
**City**           **State**       **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
|---|---|---|---|---|---|---|---|

**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Phone Number**

| 7 | 1 | 3 | - | 5 | 2 | 8 | - | 9 | 1 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for :
on the __20__ day of ___September__, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this __20__ day of ___Aug st__, 20__

_____
**Judge Presiding**

9-20-12
8:30 AM

8:30 AM
Docket

RIP
O/R

3181

THE STATE OF TEXAS        **02253129**      D.A. LOG NUMBER:1883509
VS.                                                  CJIS TRACKING NO.:9167997740-A003

**CESAR MARTINEZ**     SPN:                    BY: VF DA NO: 002128914
                             DOB: ███████          AGENCY:HPD
                             DATE PREPARED: 8/18/2012     O/R NO: 104466612Y
                                                        ARREST DATE: 8 17 12

NCIC CODE: **2202 05**          RELATED CASES: **SAME DEF. 2 OTHER CHGS.**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:                                                  BAIL: $20,000
HARRIS COUNTY DISTRICT COURT NO:     **1358060**             PRIOR CAUSE NO:
FIRST SETTING DATE:                   **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**CESAR MARTINEZ**, hereafter styled the Defendant, heretofore on or about **AUGUST 17, 2012**, did then and there unlawfully, with intent to
commit theft, enter a habitation owned by JOSE IBARRA, a person having a greater right to possession of the habitation than the Defendant and
hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on FEBRUARY 1, 2007, in Cause Number 1092184 in the 182ND District Court of HARRIS
County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

FILED
Chris Daniel
District Clerk

SEP 12 2012

Harris County, Texas
Time_____ By_____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman        208th

_Dustin Free_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3182

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

**F I L E D**
Chris Daniel
District Clerk

AUG 23 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 22 day of Aug, 20 12, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____  State _____  Zip _____

Bar Card/SPN Number

E-Mail Address _____

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for :
on the 24 day of Sept, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this 22 day of Aug, 20 12

_____
Judge Presiding

9-24-12

8:30AM

3183

01729651
1/2      228

| | | |
|---|---|---|
| THE STATE OF TEXAS | **01729651** | D.A. LOG NUMBER:1884150 |
| VS. | | CJIS TRACKING NO.:9168004737-A001 |
| **JASON GATES** | SPN: | BY: AZ  DA NO: 001576522 |
| | DOB: | AGENCY:HPD |
| | DATE PREPARED: 8/20/2012 | O/R NO: 105735812C |
| | | ARREST DATE: 08-20-12 |

NCIC CODE: 5599 48          RELATED CASES: **SAME DEF ONE OTHER FELONY**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**

CAUSE NO:                                                          BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:          **1358247**          PRIOR CAUSE NO:
FIRST SETTING DATE:                        **228**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JASON GATES**, hereafter styled the Defendant, heretofore on or about **AUGUST 20, 2012**, did then and there unlawfully knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on MARCH 4, 2002, in Cause Number 0881485 in the 263RD District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

**FILED**
Chris Daniel
District Clerk

AUG 2 0 2012

Time: _12:20 PM_
Harris County, Texas
By _____ NLO
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on **August 20, 2012**

_Q.Feliske_ _____          _signature_ _____
AFFIANT                            ASSISTANT DISTRICT ATTORNEY          BAR NO.
                                   OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3184

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

**Witness**

**F I L E D**
Chris Daniel
District Clerk

Sworn to and subscribed before me on this, the _____ day of _____, 20____

AUG 2 3 2012

Time: _____
Harris County, Texas

By _____
Deputy

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 22 day of Aug, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____

**E-Mail Address** _____

**Bar Card/SPN Number**

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

The Court further ORDERS the cause set for on the 24 day of SEPT, 20 2 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 22 day of Agst 20 2.

**Judge Presiding**

9.24-12
8.30Am

3185

P2

THE STATE OF TEXAS        **02232940**        D.A. LOG NUMBER:1884467
VS.        CJIS TRACKING NO.:9168008031-A001
**VELMA WILEY**        SPN:        BY: AZ  DA NO: 001901698
       DOB:        AGENCY:HPD
       DATE PREPARED: 8/21/2012        O/R NO: 106129512N
       ARREST DATE: 08-21-12

NCIC CODE: 5404 23        RELATED CASES:
FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO:        BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:        **1358372**        PRIOR CAUSE NO:
FIRST SETTING DATE:        **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **VELMA WILEY**, hereafter styled the Defendant, heretofore on or about **AUGUST 21, 2012**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on JULY 14, 2011, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1750266 in COUNTY CRIMINAL COURT AT LAW NO. 9, HARRIS County, Texas.

It is further presented that before the commission of the offense alleged above, on MARCH 27, 2012, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 1816186 in COUNTY CRIMINAL COURT AT LAW NO. 9, HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

OCT 17 2012

Time: _____
By _____ Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY        BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3186

numbered cause respectfully petitions to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_Delvin Williams_

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of **AUG 2 7 2012** , 20 ___.

**FILED**
**Chris Daniel**
**District Clerk**

AUG 2 7 2012

_____,

Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _27_ day of _August_ , 20 _12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

_Bond Issue ??_

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | | | - | | | - | | | |
|--|--|--|--|--|--|--|--|--|--|--|

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _Arrs_ on the _28_ day of _August_ , 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _27_ day of _August_ 20 _12_

_____,

**Judge Presiding**

3187

THE STATE OF TEXAS
VS.
**DELVIN LAMAR WILLIAMS**

SPN: 2634055
DOB:
DATE PREPARED:

D.A. LOG NUMBER:1884801
CJIS TRACKING NO.: 9168017480A001
BY: TH  DA NO: 2260742
AGENCY:HOUSTON POLICE
DEPARTMENT
O/R NO: 010620312F
ARREST DATE:

NCIC CODE: 120404            RELATED CASES: **SAME DEF ONE OTHER FEL**

FELONY CHARGE: **AGG ROBBERY-DEADLY WPN**
CAUSE NO: **1358604**
HARRIS COUNTY DISTRICT COURT NO: **338**
FIRST SETTING DATE: **10/16/2012**

BAIL: $30000.00
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DELVIN LAMAR WILLIAMS**, hereafter styled the Defendant, heretofore on or about January 16, 2012, did then and there unlawfully, while in the course of committing theft of property owned by JOSE RODRIGUEZ, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place JOSE RODRIGUEZ in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

OCT 2 4 2012

Harris County, Texas
_____ Deputy
Time: _____ By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman            262nd

*Nancy C. Braard*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3188

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of _____ AUG 2 7 2012 _____, 20 ____.

_____,

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 2 7 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 27 day of August, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.D. SKIP CORNELIUS

**Attorney**

2028 Buffalo Terrace

**Address**

Hou TX 77019

**City** **State** **Zip** **E-Mail Address**

04831000

**Bar Card/SPN Number**

713-237-8647

**Phone Number**

713-524-0153

**Fax Number**

The Court further ORDERS the cause set for ; Arrs _____
on the 26 day of Sept, 20 1 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 27 day of August, 20 12

_____,

**Judge Presiding**

3189

THE STATE OF TEXAS

VS.

**ASHLEY DAWN ROBINSON**
▓▓▓▓▓▓▓▓▓▓▓

02634312

SPN:
DOB: ▓▓▓▓▓▓
DATE PREPARED: 8/24/2012

D.A. LOG NUMBER:1885320
CJIS TRACKING NO.:9168017022-A001
BY: SC  DA NO: 062187900
AGENCY:HPD
O/R NO: 107544712F
ARREST DATE: 8/24/12

NCIC CODE: 1301 19

RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

1358766
338

BAIL: $30,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ASHLEY DAWN ROBINSON**, hereafter styled the Defendant, heretofore on or about **AUGUST 24, 2012**, did then and there unlawfully, intentionally and knowingly threaten LENA JONES SWINDLE with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**FILED**
Chris Daniel
District Clerk

SEP 1 0 2012

Time: _____
Harris County, Texas
By _____
Deputy

Asst. Foreman          **208th**

_Lenox B Clemon_

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3190

numbered cause respectfully petitions the Court to appoint counsel to represent him / her in this cause and would show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**

Chris Daniel
District Clerk

AUG 2 7 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____ AUG 2 7 2012 , 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _27_ day of _August_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**                    **State**              **Zip**

_____
**E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐-☐☐☐☐
**Fax Number**

*(handwritten)* FA File MAS

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Arrs_ _____ on the _26_ day of _Sept_, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _27_ day of _Aug_, 20_12_.

_____
**Judge Presiding**

3191

DISTRICT CLERK

THE STATE OF TEXAS       **01442249**       D.A. LOG NUMBER:1885666
VS.       CJIS TRACKING NO.:9168020538-A001

**JASON LEE REED**     SPN:       BY: VF  DA NO: 002328322
DOB:       AGENCY:HPD
DATE PREPARED: 8/25/2012     O/R NO: 108018012W
ARREST DATE: 8 25 12

NCIC CODE: 1301 19       RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO:       BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:    **1358854**     PRIOR CAUSE NO:
FIRST SETTING DATE:     **338**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JASON LEE REED**, hereafter styled the Defendant, heretofore on or about **AUGUST 25, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to CHARLES MATTHEWS, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A FIREARM, and the Defendant used and exhibited a deadly weapon, namely a FIREARM.

**FILED**
Chris Daniel
District Clerk

OCT 09 2012

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman     232nd

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3192

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____,

**F I L E D**
Chris Daniel
District Clerk

AUG 28 2012

Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas

**ORDER APPOINTING COUNSEL**

By _____
Deputy

On this, the ___28___ day of ___August___, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

☐☐☐☐☐
**Bar Card/SPN Number**

CO: 1358903

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

**R.P. SKIP CORNELIUS**
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this ___28___ day of ___August___, 20____

_____
Judge Presiding

3193

P2

THE STATE OF TEXAS                  02493556                  D.A. LOG NUMBER:1885789
VS.                                                           CJIS TRACKING NO.:9168021895-A001
**SHADARICK BRUCE JOSEPH**          SPN:                      BY: SC DA NO: 068910750
                                    DOB:                      AGENCY:HPD
                                    DATE PREPARED: 8/25/2012  O/R NO: 108289912L
                                                              ARREST DATE: 8/25/12

NCIC CODE: 2300 79                  RELATED CASES: **B. ROCKER - FELONY**

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                                     BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:    **1358904**               PRIOR CAUSE NO:
FIRST SETTING DATE:                 **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **SHADARICK BRUCE JOSEPH**, hereafter styled the Defendant, heretofore on or about **AUGUST 25, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, FIVE CHARGERS, owned by ANTHONY DEPILIPPIS, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on SEPTEMBER 8, 2010, in Cause Number 3307678, in the JUSTICE OF THE PEACE COURT, PRECINCT NO. 7, of GALVESTON County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT.

Before the commission of the primary offense, on OCTOBER 27, 2010, in 22ND DISTRICT COURT, of HAYES County, Texas, the Defendant was convicted of the FELONY OFFENSE OF THEFT.

**FILED**
Chris Daniel
District Clerk

AUG 28 2012

Time: _____
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

2 Y609419

---

ASSISTANT DISTRICT ATTORNEY                              BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                                    RECORDER'S MEMORANDUM
                                    This instrument is of poor quality
            **INFORMATION**         at the time of imaging

3194

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____,
Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

AUG 28 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the 28 day of ___August___, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____    _____
**City**          **State**       **Zip**        **E-Mail Address**

[ ][ ][ ][ ][ ][ ][ ]
**Bar Card/SPN Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Phone Number**

[ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : ___A115___ on the 28 day of ___Aug___, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 28 day of ___August___ 12

_____
Judge Presiding

3195

*State's Ex 71*

THE STATE OF TEXAS                 **00541637**                 D.A. LOG NUMBER:1885841
VS.                                                             CJIS TRACKING NO.:9168022425-A002
**BOBBY RAY SHORT**        SPN:                                 BY: CP  DA NO: 071759400
                           DOB:                                 AGENCY:HPD
                           DATE PREPARED: 8/26/2012             O/R NO: 108404012I
                                                                ARREST DATE: 8/26/2012

NCIC CODE: 5599 04              RELATED CASES: **ONE OTHER CHARGE (F)**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:                                                       BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:        **1358936**             PRIOR CAUSE NO:
FIRST SETTING DATE:                     ~~176~~ 338

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **BOBBY RAY SHORT**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JUNE 21, 1988, in Cause Number 500680, in the 338TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.   *state abandons*

Before the commission of the primary offense, and after the conviction in Cause Number 500680 was final, the Defendant committed the felony of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on MARCH 27, 1989, in Cause Number 523408, in the 182ND DISTRICT COURT of HARRIS County, Texas.   *state abandons*

**F I L E D**
Chris Daniel
District Clerk
AUG 29 2012

Time: _____  Harris County, Texas

By _____  Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____          24086083
ASSISTANT DISTRICT ATTORNEY                 BAR CARD NO.
OF HARRIS COUNTY, TEXAS

INFORMATION

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3196

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

AUG 28 2012

_____,
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas

By _____
Deputy

### ORDER APPOINTING COUNSEL

On this, the __28__ day of __August__, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____       _____
**City**        **State**        **Zip**         **E-Mail Address**

☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : __Arrs__
on the __28__ day of __Aug__, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this __28__ day of __August__ 20 12

_____
Judge Presiding

3197

P2

THE STATE OF TEXAS      **00541637**      D.A. LOG NUMBER:188584I
VS.      CJIS TRACKING NO.:9168022425-A001

**BOBBY RAY SHORT**      SPN:      BY: CP  DA NO: 071759400
     DOB:      AGENCY:HPD
     DATE PREPARED: 8/26/2012      O/R NO: 108404012I
     ARREST DATE: 8/26/2012

NCIC CODE: 4802 21 - F3      RELATED CASES: **ONE OTHER CHARGE (F)**

FELONY CHARGE: **TAMPERING/FABRICATING PHYSICAL EVIDENCE**
CAUSE NO:      **1358937**
HARRIS COUNTY DISTRICT COURT NO:      **338**      BAIL: **SNO BOND**
FIRST SETTING DATE:      PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **BOBBY RAY SHORT**, hereafter styled the Defendant, heretofore on or about **AUGUST 26, 2012**, did then and there unlawfully, knowing that an INVESTIGATION was IN PROGRESS, CONCEAL A THING, NAMELY, COCAINE with intent to impair its AVAILABILITY as evidence in the INVESTIGATION.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JUNE 21, 1989, in Cause Number 500680, in the 338TH DISTRICT COURT of Harris County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.   *state aband.*

Before the commission of the primary offense, and after the conviction in Cause Number 500680 was final, the Defendant committed the felony of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on MARCH 27, 1989, in Cause Number 523408, in the 182ND DISTRICT COURT of HARRIS COUNTY, Texas.   *state aband*

*State moves to reduce to att. Tamp.*
*(NCIC: 480222)*

FILED
Chris Daniel
District Clerk
AUG 29 2012
Time:
Harris County, Texas
Deputy
By

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS      24080673
     BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3198

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621   Document 89-15   Filed on 01/05/22 in TXSD   Page 482 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 _____.

**F I L E D**
Chris Daniel
District Clerk

AUG 28 2012

_____,
Deputy District Clerk
Harris County, Texas

Time: _____
Harris County, Texas

By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the __28__ day of __August__, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____  State _____  Zip _____     E-Mail Address _____

Bar Card/SPN Number

| | | | | | | |
|---|---|---|---|---|---|---|

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

| | | - | | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|

Fax Number

| | | - | | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|

The Court further ORDERS the cause set for : ___VC_____
on the __5__ day of __Sept__, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this __28__ day of __August__ 20_12_

_____,
Judge Presiding

338th

10|4|12

MATT

3199

THE STATE OF TEXAS

VS.

**MATTHEW WARD ALBRITTON**

SPN: 02634563
DOB:
DATE PREPARED: 12/5/2012

D.A. LOG NUMBER:1886041
CJIS TRACKING NO.:9168024819-A001
BY: SG   DA NO: 002197878
AGENCY:HPD
O/R NO: 12117844
ARREST DATE: 8-26-12

NCIC CODE: 3802 49                    RELATED CASES:

FELONY CHARGE:  INJURY TO CHILD
CAUSE NO: 1358987
HARRIS COUNTY DISTRICT COURT NO: 338
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW WARD ALBRITTON**, hereafter styled the Defendant, heretofore on or about AUGUST 26, 2012, did then and there unlawfully, intentionally and knowingly cause bodily injury to TYLER STOVALL hereinafter styled the Complainant, a child younger than fifteen years of age, by STRIKING THE COMPLAINANT WITH A CANDLE.

Before the commission of the offense alleged above, on JUNE 5, 1997, in Cause No. 1995CF895, in the 12TH Circuit Court of MANATEE County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED STALKING.

F I L E D
Chris Daniel
District Clerk
DEC 0 6 2012
Time:
BY

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    228th

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3200

show the Court that he / she is financially unable to hire an attorney.

Defendant _____

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

Sworn to and subscribed before me on this, the _____ day of ___AUG 2 9 2012___, 20___.

_____,

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

AUG 2 9 2012

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this the __29__ day of __August__, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____ State _____ Zip _____

E-Mail Address _____

ADA: K. Kehle

Bar Card/SPN Number
☐☐☐☐☐☐☐☐

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

Fax Number
☐☐☐ - ☐☐☐ - ☐☐☐☐

The Court further ORDERS the cause set for : ___Arrs___
on the __2__ day of __Oct__, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this __29__ day of __August__, 20_12_

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3201

DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02351905** | D.A. LOG NUMBER:1885083 |
| VS. | | CJIS TRACKING NO.: |
| **ROLANDO TOMAS MENDEZ** | SPN: | BY: SC DA NO: 002197886 |
| ▮▮▮▮▮▮▮▮▮▮ | DOB: ▮▮▮▮ | AGENCY:HUMBLE PD |
| | DATE PREPARED: 8/27/2012 | O/R NO: 12003562 |
| | | ARREST DATE: **TO BE** |

NCIC CODE: 3802 52          RELATED CASES:

FELONY CHARGE:  **INJURY TO CHILD**
CAUSE NO:                                                                          BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:          **1359029**          PRIOR CAUSE NO:
FIRST SETTING DATE:          **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROLANDO TOMAS MENDEZ**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 28, 2011**, did then and there unlawfully, intentionally and knowingly cause SERIOUS BODILY INJURY to ANGEL MALDONADO, hereinafter styled the Complainant, a child younger than fifteen years of age, by POURING SALT INTO THE COMPLAINANT'S MOUTH.

**FILED**
Chris Daniel
District Clerk

NOV 1 3 2012

Time: _____ 1200
Harris County, Texas
By _____ CG
          Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          262nd

*Nancy C Brouaerd*

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

show the Court that he / she is financially unable to hire an attorney.

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
**Witness**

**F I L E D**

Chris Daniel
District Clerk

AUG 2 9 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of **AUG 2 9 2012**, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 29 day of August, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

**E-Mail Address**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐☐☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : _____ Arrs _____

on the 19 day of Sept, 2010 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of August, 2012

_____
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3203

DISTRICT CLERK

THE STATE OF TEXAS                    **00504241**              D.A. LOG NUMBER:1886265
VS.                                                             CJIS TRACKING NO.:9168026269-A001

**DONALD RAY JOHNSON**       SPN:                              BY: GU  DA NO: 069051500
                             DOB:                              AGENCY:HPD
                             DATE PREPARED: 8/27/2012           O/R NO: 1089734121I
                                                               ARREST DATE: 8-27-2012

NCIC CODE: 5599 04                RELATED CASES:  **GILLIAM - FEL**

FELONY CHARGE:  *Possession of a Controlled Substance*
CAUSE NO:                                                      BAIL: $ 15,000
HARRIS COUNTY DISTRICT COURT NO:         **1359102**           PRIOR CAUSE NO:
FIRST SETTING DATE:                      **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DONALD RAY JOHNSON**, hereafter styled the Defendant, heretofore on or about **AUGUST 27, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on AUGUST 18, 2010, in Cause Number 1270387, in the 176TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on JANUARY 31, 2008, in Cause Number 1146597 in the 339TH District Court of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

2400554589

ASSISTANT DISTRICT ATTORNEY                    BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3204

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of  **AUG 2 9 2012** , 20____.

_____,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk
AUG 2 9 2012
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _29_ day of ___August___, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City            State            Zip            E-Mail Address

☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐ - ☐☐ - ☐☐☐☐
Phone Number

☐☐☐ - ☐☐ - ☐☐☐☐
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _29_ day of ___Aug_____

_____
Judge Presiding

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3205



THE STATE OF TEXAS                    **01438220**          D.A. LOG NUMBER:1886377
VS.                                                        CJIS TRACKING NO.:9168027524-A001

**ELIZABETH ANN ESPARZA**        SPN:                     BY: SP  DA NO: 002397991
                                 DOB:                     AGENCY:HPD
                                 DATE PREPARED: 8/28/2012 O/R NO: 109108812K
                                                          ARREST DATE: 08-27-2012

NCIC CODE: 3500 19              RELATED CASES:

FELONY CHARGE: **DELIVERY SIMULATED CONTROLLED SUBSTANCE**
CAUSE NO:                                                 BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:        **1359137**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ELIZABETH ANN ESPARZA**, hereafter styled the Defendant, heretofore on or about **AUGUST 27, 2012**, did then and there unlawfully, intentionally and knowingly deliver by actual transfer to J. AGUIRRE, a simulated controlled substance and the Defendant expressly represented the substance to be a controlled substance, namely, COCAINE.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 19, 2010, in Cause No. 1259506, in the 339TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on OCTOBER 30, 2009, in Cause No. 1238773, in the 230TH DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____                    2400 ~~9489~~
ASSISTANT DISTRICT ATTORNEY                 BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                          **INFORMATION**          **RECORDER'S MEMORANDUM**
                                                   This instrument is of poor quality
                                                   at the time of imaging

                                                                              3206

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of **AUG 3 0 2012** _____, 20____.

F I L E D
Chris Daniel
District Clerk
AUG 3 0 2012
Time: _____
Harris County, Texas
By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 30 day of August, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P Connelly
**Attorney**

2024 Buffalo Terrace
**Address**

Houston T 77019
**City**            **State**        **Zip**        **E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-8097
**Phone Number**

713-528-0153
**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 30 day of August, 2012

_____
Judge Presiding

3207

THE STATE OF TEXAS                    **01133788**              D.A. LOG NUMBER:1886587
VS.                                                             CJIS TRACKING NO.:9168029985-A001
**DIANE  JOHNSON**              SPN:                            BY: JL  DA NO: 002294141
                               DOB:                            AGENCY:HCSO
                               DATE PREPARED: 8/28/2012        O/R NO: HC120118772
                                                               ARREST DATE: 8/28/2012

NCIC CODE: 2300 79             RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:                                                      BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:        **1359224**            PRIOR CAUSE NO:
FIRST SETTING DATE:                     **338**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DIANE JOHNSON**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, SIX CONTAINERS OF MOTOR OIL AND TWO CASES OF BEER, owned by LEON ANTONIO, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JULY 10, 2002, in Cause Number 1124599, in the COUNTY CRIMINAL COURT AT LAW NO. 5, of HARRIS, County, Texas, the Defendant was convicted of the SEPTEMBER 30, 2002.  → *Misd. Theft*

Before the commission of the primary offense, on 1137246 in Cause Number 1137246, in the COUNTY CRIMINAL COURT AT LAW NO. 13, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT.

*9-30-02*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY                          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                    **INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3208

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

Sworn to and subscribed before me on this, the _____ day of AUG 31 2012 _____, 20___.

_____,

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

AUG 31 2012

Time: _____ Harris County, Texas

By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the 30 day of August, 2012, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____    **E-Mail Address** _____

**Bar Card/SPN Number**

CD:1359258

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this 30 day of August, 20 12

_____,

**Judge Presiding**

3209

P3

THE STATE OF TEXAS                    **02116490**              D.A. LOG NUMBER:1886658
VS.                                                             CJIS TRACKING NO.:9168030460-A001
**FRANKLIN JAMILE RANDLE**        SPN:                          BY: MB  DA NO: 002294141
                                  DOB:                          AGENCY:HUMBLE
                                  DATE PREPARED: 8/29/2012      O/R NO: 125691
                                                                ARREST DATE: 8-28-2012

NCIC CODE: 2501 18            RELATED CASES:  **CO-DEF S WILLIAMS (F)**
FELONY CHARGE:  **FORGERY-COMMERCIAL INSTRUMENT**
CAUSE NO:                                                       **BAIL: $5000.00**
HARRIS COUNTY DISTRICT COURT NO:        **1359257**             PRIOR CAUSE NO:
FIRST SETTING DATE:                     **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **FRANKLIN JAMILE RANDLE**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2012,** did then and there unlawfully, and with intent to defraud and harm, forge the writing duplicated attached hereto as Exhibit A,  which purported to be the act of another who did not authorize that act, by possessing it with intent to utter it and while knowing it was forged;

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____          2480540?
**ASSISTANT DISTRICT ATTORNEY**        BAR CARD NO.
**OF HARRIS COUNTY, TEXAS**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3210

# EXHIBIT A



Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

**F I L E D**
Chris Daniel
District Clerk

AUG 3 1 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of **AUG 3 1 2012**, 20____.

_____ ,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 30 day of August, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____     **E-Mail Address** _____

**Bar Card/SPN Number**

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Fax Number**

| | | - | | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|

The Court further ORDERS the cause set for : _____ Arrs _____
on the 10 day of Sept , 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 30 day of August 12 _____

_____
**Judge Presiding**

3212

THE STATE OF TEXAS                     02048377                D.A. LOG NUMBER:1886655
VS.                                                            CJIS TRACKING NO.:9168030428-A001
**DARIUS YOHAUNCE MOORE**     SPN:                             BY: KL  DA NO: 002294141
                              DOB:                             AGENCY:**HPD**
                              DATE PREPARED: 8/29/2012         O/R NO: 109653712Z
                                                              ARREST DATE: 8/28/12

NCIC CODE: 1313 18                    RELATED CASES:  **SAME DEFENDANT-2F**

FELONY CHARGE:  **ASSAULT**
CAUSE NO:                                                     BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:      **1359303**             PRIOR CAUSE NO:
FIRST SETTING DATE:                   **338**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**DARIUS YOHAUNCE MOORE**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2012**, did then and there unlawfully,
INTENTIONALLY AND KNOWINGLY cause bodily injury to T. LOTT, hereinafter called the Complainant, A PERSON THE DEFENDANT
KNEW WAS A PUBLIC SERVANT WHILE THE COMPLAINANT WAS LAWFULLY DISCHARGING AN OFFICIAL DUTY, TO-WIT:
RESPONDING TO AND INVESTIGATING A NARCOTIC AND GANG RELATED ACTIVITY COMPLAINT by STRIKING T. LOTT
WITH HIS HAND.

Before the commission of the offense alleged above, on APRIL 6, 2006, in Cause Number 1063208, in the 262ND District Court, of HARRIS
County, Texas, the Defendant was convicted of the felony offense of FELON IN POSSESSION OF A WEAPON.

**FILED**
Chris Daniel
District Clerk

SEP 2 7 2012

Time: 12:12

By _____

---

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                          183rd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3213

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**

Chris Daniel
District Clerk

AUG 3 1 2012

Time: _____
          Harris County, Texas

By _____
              Deputy

Sworn to and subscribed before me on this, the _____ day of **AUG 3 1 2012**, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the 30 day of August, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney** _____

**Address** _____

**City** _____ **State** _____ **Zip** _____    **E-Mail Address** _____

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | - | | | - | | | |
|---|---|---|---|---|---|---|---|

**Phone Number**

| | - | | | - | | | |
|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____ Arrs _____
on the 10 day of Sept, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this 30 day of August 12

_____

**Judge Presiding**

3214

THE STATE OF TEXAS      **02048377**      D.A. LOG NUMBER:1886655
VS.      CJIS TRACKING NO.:9168030428-A002
**DARIUS YOHAUNCE MOORE**     SPN:      BY: KL  DA NO: 002294141
    DOB: ▮▮▮      AGENCY: HPD
    DATE PREPARED: 8/29/2012      O/R NO: 109653712Z
     ARREST DATE: 8/28/12

NCIC CODE: **5599 48**      RELATED CASES:  **SAME DEFENDANT-2F**

FELONY CHARGE:  **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:      BAIL: **$10,000**
HARRIS COUNTY DISTRICT COURT NO:    **1359304**      PRIOR CAUSE NO:
FIRST SETTING DATE:      **338**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DARIUS YOHAUNCE MOORE**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, PHENCYCLIDINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on APRIL 6, 2006, in Cause Number 1063208, in the 262ND District Court, of HARRIS County, Texas, the Defendant was convicted of the felony offense of FELON IN POSSESSION OF A WEAPON.

**FILED**
Chris Daniel
District Clerk

SEP 2 7 2012

Time: _____ 12:17
      Harris County, Texas
By _____ CC
      Deputy

Foreman       183rd

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3215

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

**F I L E D**

Chris Daniel
District Clerk

AUG 3 1 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of **AUG 3 1 2012** , 20____ .

_____ ,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **30** day of **August** , 20**12** , the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____          _____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | |
|---|---|---|---|---|

**Bar Card/SPN Number**

| | | - | | - | | | |
|---|---|---|---|---|---|---|---|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | - | | | |
|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____ **Arrs** _____
on the **10** day of **Sept** , 20**12** at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this **30** day of **August** **12** _____

_____
**Judge Presiding**

THE STATE OF TEXAS
VS.

**02048377**

D.A. LOG NUMBER:1886655
CJIS TRACKING NO.:9168030428-A003

**DARIUS YOHAUNCE MOORE**

SPN:
DOB:
DATE PREPARED: 8/29/2012

BY: KL DA NO: 002294141
AGENCY:HPD
O/R NO: 109653712Z
ARREST DATE: 8/28/12

NCIC CODE: 4801 26          RELATED CASES: SAME DEFENDANT-2F

FELONY CHARGE:  Evading Arrest or Detention - Second Offender
CAUSE NO:                                                          BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:          **1359305**      PRIOR CAUSE NO:
FIRST SETTING DATE:                                    **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**DARIUS YOHAUNCE MOORE**, hereafter styled the Defendant, heretofore on or about **AUGUST 28, 2012**, did then and there unlawfully,
intentionally flee from C. LOVINGS, hereafter styled the Complainant, a PEACE OFFICER employed by THE HOUSTON POLICE
DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER
attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on DECEMBER 21, 2009, in Cause Number
1648859, in the COUNTY CRIMINAL COURT AT LAW NO. 6, of HARRIS County, Texas, the Defendant was finally convicted of the offense
of evading ARREST.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 19, 2011, in Cause Number 1295730, in
the 183RD District Court, of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A
CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED
SUBSTANCE and was convicted on APRIL 14, 2008, in Cause Number 1153392, in the 209TH District Court, of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 2 7 2012

Time: _____ 12:12
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          183rd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3217

show the Court that he / she is financially unable to hire an attorney.

_____,
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __20__ day of __SEP_____, 20_12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip          E-Mail Address

| | | 5 4 8 3 1 5 0 0 |
Bar Card/SPN Number

| 7 1 3 - 2 3 7 - 8 8 5 4 |
Phone Number

| 7 1 3 - 5 2 0 - 0 2 3 |
Fax Number

The Court further ORDERS the cause set for : __ARng_____ on the __26__ day of __Oct_____, 20_12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of __SEP 2 0 2012__, 20____.

_____
Judge Presiding

3218



P2

THE STATE OF TEXAS      **02635082**      D.A. LOG NUMBER:1885350
VS.      CJIS TRACKING NO.:

**DAVE VU MAI, II**      SPN:      BY: SC DA NO: 002397833
     DOB:      AGENCY:HCC NO. 4
     DATE PREPARED: 8/30/2012      O/R NO: HC120085172
     ARREST DATE: **TO BE**

NCIC CODE: **2202 05**      RELATED CASES: **C. BRAY - FELONY**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:      BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO:    **1359426**      PRIOR CAUSE NO:
FIRST SETTING DATE:    **351**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DAVE VU MAI, II**, hereafter styled the Defendant, heretofore on or about **JUNE 22, 2012**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by PATRICIA TRIOLA, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY      0078853F
OF HARRIS COUNTY, TEXAS      BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3219

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 4 day of September, 20 12

**F I L E D**
Chris Daniel
District Clerk

SEP 04 2012

Time: _____ Harris County, Texas

By _____ Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 4 day of SEPT, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP Skip Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

HT    77019
**City          State          Zip          E-Mail Address**

04831500
**Bar Card/SPN Number**

713-528-9153
**Phone Number**

713-237-8847
**Fax Number**

The Court further **ORDERS** the cause set for : _____ Arr _____
on the 8 day of October, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4 day of September, 20 12

_____
**Judge Presiding**

3220

THE STATE OF TEXAS  
VS.  
**JOSE FRAGA**

**01558574**

SPN:  
DOB:  
DATE PREPARED: 8/30/2012

D.A. LOG NUMBER:1887083  
CJIS TRACKING NO.:  
BY: AZ  DA NO: 002397833  
AGENCY:PASADENA PD  
O/R NO: 201220369  
ARREST DATE: TO BE

NCIC CODE: 2300 79  
FELONY CHARGE: **THEFT - THIRD OFFENDER**  
CAUSE NO:  
HARRIS COUNTY DISTRICT COURT NO:     **1359451**  
FIRST SETTING DATE:     **184**

RELATED CASES: **P. FRAGA MISD**

BAIL: $5,000  
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE FRAGA**, hereafter styled the Defendant, heretofore on or about **AUGUST 24, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO TWENTY-FOUR PACKS OF BEER, owned by JESSE CRAYTON, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on OCTOBER 29, 2007, in Cause Number 1464992, in the COUNTY CRIMINAL COURT AT LAW NO. 5, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on JUNE 29, 2005, in Cause Number 1270397, in the COUNTY CRIMINAL COURT AT LAW NO. 8, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

**FILED**  
Chris Daniel  
District Clerk

SEP 1 2 2012

Time: _____ 1400  
Harris County, Texas  
By _____ CG  
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**     **208th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3221

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**
Chris Daniel
District Clerk

SEP 0 6 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____

**Deputy District Clerk**
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 6 day of September , 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Skip Cornelius
**Attorney**

2020 Buffalo Terr
**Address**

H TX 77019
**City** **State** **Zip**

_____
**E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

☐ ☐ ☐ - ☐ ☐ ☐ - ☐ ☐ ☐ ☐
**Fax Number**

The Court further ORDERS the cause set for : NT
on the 11 day of Oct , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this 6 day of Sept , 20 12.

_____
**Judge Presiding**

3222

THE STATE OF TEXAS       **01761209**       D.A. LOG NUMBER:1887722
VS.       CJIS TRACKING NO.:
**HAROLD DEWAYNE BRADLEY**    SPN:       BY: MB  DA NO: 002334218
      DOB:       AGENCY:PCT 4
      DATE PREPARED: 9/1/2012       O/R NO: 120120430
      ARREST DATE: **TO-BE**

NCIC CODE: 1314 21       RELATED CASES:
FELONY CHARGE:  Aggravated Assault - Family Member
CAUSE NO:       BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:       **1359693**       PRIOR CAUSE NO:
FIRST SETTING DATE:       **182ND**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**HAROLD DEWAYNE BRADLEY**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 1, 2012**, did then and there
unlawfully, intentionally and knowingly threaten CHRISTINA FLEMING, a member of the Defendant's family , hereafter styled the Complainant,
with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

SEP 1 9 2012

Time: _____ 1615
Harris County, Texas

By _____
Deputy

Asst. Foreman       **208th**

_Leonix B Clarmon_

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3223

show the Court that he / she is financially unable to hire an attorney.

_____ Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ Witness

**F I L E D**
Chris Daniel
District Clerk

SEP 0 4 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the ___4___ day of ___September___, 20_1 2

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___4___ day of ___SEP___, 20_1 2 the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

HT          77019
**City            State          Zip          E-Mail Address**

04831500
**Bar Card/SPN Number**

713-237-8547
**Phone Number**

713-528-2157
**Fax Number**

The Court further ORDERS the cause set for : ___Arr___
on the ___20___ day of ___September___, 20_2 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___4___ day of ___September___, 20_11

_____
**Judge Presiding**

3224

THE STATE OF TEXAS
VS.

**ALFONSO  BOSQUEZ**

02029256

SPN:
DOB:
DATE PREPARED: 9/2/2012

D.A. LOG NUMBER:1888075
CJIS TRACKING NO.:9168044674-A001

BY: JL  DA NO: 001896241
AGENCY:HPD
O/R NO: 11609212C
ARREST DATE: 9/2/2012

NCIC CODE: 1314 14

RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1359806**
FIRST SETTING DATE:          **184**

BAIL: SNO BOND
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ALFONSO  BOSQUEZ**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 2, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to YVONNE TREVINO, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by STRIKING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on JUNE 29, 2007, in the COUNTY CRIMINAL COURT AT LAW NO. 8 of HARRIS County, Texas, in Cause No. 1463713, was convicted of ASSAULT which was committed against a  member of the Defendant's family.

**F I L E D**
Chris Daniel
District Clerk

SEP 1 2 2012

Time: _____ 1400
Harris County, Texas
By _____ CG
   Deputy

Asst. Foreman          208th

*Leonel B Clonoron*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3225

would show the Court that he/she is financially unable to hire an attorney.

_D. Michael Davik_
**Defendant/Witness**

Sworn to and subscribed before me on this, the _18_ day of _Dec_____, 20_12_

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _18_ day of _Dec_____, 20_12_, the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

_____               _____
**Attorney/Assistant Public Defender Assigned by HCPD**    **E-Mail Address**

_____               _____
**Address**                             **Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

_____               _____
**City**          **State**      **Zip**   **Fax Number**

_____               _____
**SPN Number**                          **Bar Number**

The Court further ORDERS the cause set for: _Non-trial_____

On the _24_ day of _Jan_____, 20_13_ at _9:00_ a.m. at 1201 Franklin,

Houston, Harris County, Texas.

Signed this _18_ day of _Dec_____, 20_12_

_D. Brown_____
**Judge Presiding**

☐ The State has offered or   ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

| FOR COURT STAFF ONLY |
| --- |

Reset by: ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness   ☐ Not Indicted

☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☐ Other _____

☐ D.A. to Reindict   ☐ File Unavilable   ☐ Refer to _____

☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation ____ 21 Day ____ Full   ☐ Restitution Info

☐ Defendant On Call   ☐ No Tape/Lab _____   ☐ To Hire Attorney

☐ Defendant to Consider Offer   ☐ No Offense Report

5/2/12

3226

**DISTRICT CLERK**

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS      02573059      D.A. LOG NUMBER:1888362
VS.      CJIS TRACKING NO.:

**MICHAEL ANTHONY DAVILA**    SPN:      BY: **EMG** DA NO: 002333844
     DOB:      AGENCY:HCSO
     DATE PREPARED: 9/3/2012      O/R NO: HC120121373
     ARREST DATE: **TO BE**

NCIC CODE: 1314 25      RELATED CASES:

FELONY CHARGE: Aggravated Assault- Family Member
CAUSE NO:      BAIL: **SNO BOND**
HARRIS COUNTY DISTRICT COURT NO:    **1359876**      PRIOR CAUSE NO:
FIRST SETTING DATE:    **185**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL ANTHONY DAVILA**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 3, 2012**, did then and there unlawfully, intentionally and knowingly cause serious bodily injury to WEGIN NG, a member of the Defendant's family as hereafter styled the Complainant, by STABBING THE COMPLAINANT with a deadly weapon, namely, A KNIFE.

*[handwritten]* AN UNKNOWN OBJECT MLE 6/15/2015

*[handwritten]* HOUSEHOLD MLE 6/12/2015

*[stamp]* FILED Chris Daniel District Clerk OCT 10 2012 Time: 12:00 By: Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*[signature]*
FOREMAN OF THE GRAND JURY

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

INDICTMENT

3227

show the Court that he / she is financially unable to hire an attorney.

_Otis Thompson_
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

# F I L E D
Chris Daniel
District Clerk

Witness _____,

SEP 06 2012
Sworn to and subscribed before me on this, the _____ day of _____, 20____.

Time: _____
Harris County, Texas

By _____
Deputy

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __6__ day of __September__, 20 _1 2_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R.P. Skip Cornelius_
**Attorney**

_2028 Buffalo Terr_
**Address**

_H   TX   77019_
**City**          **State**          **Zip**          _____
                                                     **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 0 | 0 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| | | | - | | | - | | | | |
**Fax Number**

The Court further ORDERS the cause set for : _NT_____
on the __19__ day of __Sept__, 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __6__ day of __Sept__, 20 _12_.

_____,
**Judge Presiding**

3228

THE STATE OF TEXAS
VS.

**OTIS LEE THOMPSON**

02587524

SPN:
DOB:
DATE PREPARED: 9/5/2012

D.A. LOG NUMBER:1888749
CJIS TRACKING NO.:9168051743-A001

BY: **DS**  DA NO: 002044691
AGENCY:HPD
O/R NO: 1127882120
ARREST DATE: 09/04/2012

NCIC CODE: 1301 19

RELATED CASES:

FELONY CHARGE: Aggravated Assault
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:       **1360026**
FIRST SETTING DATE:                             **182**

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **OTIS LEE THOMPSON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 04, 2012**, did then and there unlawfully, intentionally and knowingly threaten QUINCY JOHNSON with imminent bodily injury by using and exhibiting a deadly weapon, namely, FIREARM.

State moves to reduce to Class B mjzd offre of Deadly Conduct
NalC 531/02

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3229

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**F I L E D**
**Chris Daniel**
**District Clerk**

SEP 17 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

SEP 17 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**

_____
**E-Mail Address**

| | | | | | |
|--|--|--|--|--|--|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | | - | | | |
|--|--|--|--|--|--|--|--|--|--|--|

**Phone Number**

| | | - | | | | | - | | | |
|--|--|--|--|--|--|--|--|--|--|--|

**Fax Number**

The Court further ORDERS the cause set for : _____

on the 22 day of October, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

SEP 17 2012

Signed this _____ day of _____, 20____.

_____,
**Judge Presiding**

3230



THE STATE OF TEXAS                    02270138            D.A. LOG NUMBER:1889956
VS.                                                       CJIS TRACKING NO.:

**JORDEN MARQUIS THOMPSON**    SPN:                       BY: KES  DA NO: 068910750
                               DOB:                       AGENCY:FRIENDSWOOD PD
                               DATE PREPARED: 9/9/2012    O/R NO: 121880
                                                          ARREST DATE: **TO BE**

NCIC CODE: 1314 08             RELATED CASES:
FELONY CHARGE:  **Assault of Family Member -Impeding Breathing**
CAUSE NO:                                                 BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:        **1360537**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **351**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JORDEN MARQUIS THOMPSON**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 8, 2012**, did then and there
unlawfully, intentionally and knowingly cause bodily injury  to SUELLEN COLLIER, hereafter styled the Complainant, a MEMBER OF THE
DEFENDANT'S FAMILY AND A MEMBER OF THE DEFENDANT'S HOUSEHOLD, by impeding the normal breathing and circulation of
the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S THROAT.

It is further presented that in Harris County, Texas, JORDEN MARQUIS THOMPSON, hereafter styled the Defendant, heretofore on or about
SEPTEMBER 8, 2012, did then and there unlawfully intentionally and knowingly cause bodily injury  to SUELLEN COLLIER, hereafter styled
the Complainant, a MEMBER OF THE DEFENDANT'S FAMILY AND A MEMBER OF THE DEFENDANT'S HOUSEHOLD, by impeding
the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

FILED
Chris Daniel
District Clerk
NOV 01 2012
Harris County, Texas
Time: _____
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**        **228th**

                        **Foreman**

                        FOREMAN OF THE GRAND JURY

                        **INDICTMENT**

3231

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

SEP 14 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _14_ day of _SEPT_____, 20/_2_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

RP SKIP CORNELIUS
**Attorney**

2028 Buffalo Terace
**Address**

H   T   77019
**City**          **State**          **Zip**          _____
                                                      **E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

7 1 3 - 5 2 3 - 0 1 5 3
**Fax Number**

The Court further ORDERS the cause set for _ARRG_
on the _10th_ day of _October_, 20_2_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____  SEP 14 2012  (20)

_____,
**Judge Presiding**

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

3232

DISTRICT CLERK



THE STATE OF TEXAS                          **02478900**                    D.A. LOG NUMBER:1887429
VS.                                                                         CJIS TRACKING NO.:
  **WILLIAM JOSEPH BERNARD**         SPN:                         BY: AZ  DA NO: 002397833
                                            DOB:                            AGENCY:LA PORTE PD
                                            DATE PREPARED: 9/11/2012        O/R NO: 1202218
                                                                           ARREST DATE: **TO BE**

NCIC CODE: **2300 75**                      RELATED CASES:

FELONY CHARGE:  **THEFT**
CAUSE NO:                                                                   BAIL: $2,000
HARRIS COUNTY DISTRICT COURT NO:            **1360704**                      PRIOR CAUSE NO:
FIRST SETTING DATE:                         **339**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM JOSEPH BERNARD**, hereafter styled the Defendant, heretofore on or about AUGUST 27, 2012, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, FOUR GUITARS AND TWO AMPLIFIERS owned by CHARLES KOLAFA, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**F I L E D**
Chris Daniel
District Clerk
SEP 2 0 2012
Time:
Harris County, Texas
By:                Deputy

Foreman                183rd

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3233

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

**F I L E D**
Chris Daniel
District Clerk

SEP 17 2012

Time: _____
Harris County, Texas
By _____
Deputy

_____ ,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ SEP 17 2012 _____, 20 ____, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**          **Zip**              **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : ARRY
on the 24 day of OCT _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.
Signed this _____ day of _____ SEP 17 2012 _____, 20 ____.

_____ ,
**Judge Presiding**

3234

Unofficial Copy Office of Harris County District Clerk



THE STATE OF TEXAS
VS.

**JOSHUA DEANDRE JONES**          SPN: 02517555
                                  DOB:
                                  DATE PREPARED: 10/31/2012

D.A. LOG NUMBER:1890757
CJIS TRACKING NO.:9168073151-A001
BY: CM  DA NO: 002395913
AGENCY:HPD
O/R NO: 116091712D
ARREST DATE: 09 12 12

NCIC CODE: 2300 76          RELATED CASES: **SAME DEF - F**

FELONY CHARGE: **THEFT**
CAUSE NO: 1360903                          BAIL: $10,000
HARRIS COUNTY DISTRICT COURT NO: 351       PRIOR CAUSE NO:
FIRST SETTING DATE:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSHUA DEANDRE JONES**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2012**, did then and there unlawfully, appropriate by acquiring and exercising control over property, namely, ONE MOTOR VEHICLE AND ONE RING, owned by RORY CHENIER, hereinafter called the Complainant, of the value of over twenty thousand dollars and under one hundred thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above, on FEBRUARY 12, 2009, in Cause No. 2008-082973, in the 315TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

**FILED**
Chris Daniel
District Clerk
NOV 01 2012
Time:
Harris County, Texas
By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                    **228th**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3235

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

**F I L E D**
Chris Daniel
District Clerk

SEP 17 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of SEP 17 2012 , 20___, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**               **State**        **Zip**          **E-Mail Address**

| | | | | | | | |
|-|-|-|-|-|-|-|-|

**Bar Card/SPN Number**

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : ARRY _____
on the 24 day of Oct _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 17 2012 , 20___.

_____,
**Judge Presiding**

3236

THE STATE OF TEXAS

VS.

**JOSHUA DEANDRE JONES**                   SPN: 02517555

DOB:

DATE PREPARED: 10/31/2012

D.A. LOG NUMBER:1890757

CJIS TRACKING NO.:9168073151-A002

BY: CM  DA NO: 002395913

AGENCY:HPD

O/R NO: 116091712D

ARREST DATE: 09 12 12

NCIC CODE: 4801 27                   RELATED CASES:  SAME DEF - F

FELONY CHARGE:  **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**

CAUSE NO: **1360904**                                    BAIL: $10,000

HARRIS COUNTY DISTRICT COURT NO: 351              PRIOR CAUSE NO:

FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSHUA DEANDRE JONES**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 12, 2012**, did then and there unlawfully, intentionally flee from M. WILLIAMS, hereafter styled the Complainant, a PEACE OFFICER employed by THE HOUSTON POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

Before the commission of the offense alleged above, on FEBRUARY 12, 2009, in Cause No. 2008-08297J, in the 315TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

FILED
Chris Daniel
District Clerk

NOV 0 1 2012

Time:
By
Harris County, Texas
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**Foreman**                                  228++

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3237

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

SEP 1 9 2012

Time: _____
        Harris County, Texas
By _____
        Deputy

_____
_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of September, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____  _____  _____      _____
**City**                    **State**            **Zip**                      **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____

on the 25 day of October, 20 7 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 1 9 2012, 20____.

_____
**Judge Presiding**

3238

P2

THE STATE OF TEXAS       02320092       D.A. LOG NUMBER:1891723
VS.       CJIS TRACKING NO.:9168082444-A001

**MATTHEW WADSWORTH**       SPN:       BY: ACV DA NO: 062187900
      DOB: ▮       AGENCY:HCSO
      DATE PREPARED: 9/15/2012       O/R NO: 120127375
      ARREST DATE: 09/15/2012

NCIC CODE: **2200 96**       RELATED CASES: **2 OTHER FEL**

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**
CAUSE NO:       BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:       **1361249**       PRIOR CAUSE NO:
FIRST SETTING DATE:       **351**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW WADSWORTH**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2012**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by JEFF PFIESTER, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JULY 1, 2008, in Cause Number 1169664, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of BURGLARY OF A BUILDING and was convicted on MARCH 19, 2010, in Cause Number 1255581 in the 174TH District Court of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

OCT 2 5 2012

Time: _____ Harris County, Texas
By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

00788528
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3239

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**FILED**
Chris Daniel
District Clerk

SEP 1 9 2012

Time: _____
        Harris County, Texas
By _____
        Deputy

_____

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of September, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip          E-Mail Address

| | | | | | |
|---|---|---|---|---|---|
Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
Phone Number

| | | - | | | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
Fax Number

The Court further ORDERS the cause set for : _____ ARRY _____
on the 25 day of October, 20 7 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 1 9 2012 _____, 20____.

_____
Judge Presiding

3240

THE STATE OF TEXAS       **02320092**       D.A. LOG NUMBER:1891723
VS.       CJIS TRACKING NO.:9168082444-A002

**MATTHEW  WADSWORTH**     SPN:       BY: ACV  DA NO: 062187900
      DOB:       AGENCY:HCSO
      DATE PREPARED: 9/15/2012       O/R NO: 120127375
      ARREST DATE: 09/15/2012

NCIC CODE: 4801 27       RELATED CASES: 2 OTHER FEL

FELONY CHARGE:  Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device
CAUSE NO:       BAIL: $5,000
HARRIS COUNTY DISTRICT COURT NO:     **1361250**       PRIOR CAUSE NO:
FIRST SETTING DATE:       **351**

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW WADSWORTH**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2012,** did then and there unlawfully, intentionally flee from C. WELLS, hereafter styled the Complainant, a PEACE OFFICER employed by HARRIS COUNTY SHERIFF'S DEPARTMENT, lawfully attempting to ARREST the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to ARREST the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

**FILED**
Chris Daniel
District Clerk
OCT 2 5 2012
Time:
By:

AGAINST THE PEACE AND DIGNITY OF THE STATE.

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

? 4045815
BAR CARD NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3241

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____

**F I L E D**
Chris Daniel
District Clerk

SEP 1 9 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of September, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City          State          Zip

_____
E-Mail Address

Bar Card/SPN Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

Fax Number

The Court further ORDERS the cause set for : _____ ARRY _____

on the 25 day of October, 20 Z at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 1 9 2012, 20____.

_____
**Judge Presiding**

3242

5/3    0232092

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02320092** | D.A. LOG NUMBER:1891723 |
| VS. | | CJIS TRACKING NO.:9168082444-A003 |
| **MATTHEW WADSWORTH** | SPN: | BY: **ACV** DA NO: 062187900 |
| | DOB: | AGENCY:HCSO |
| | DATE PREPARED: 9/15/2012 | O/R NO.: 120127375 |
| | | ARREST DATE: 09/15/2012 |

| | | |
|---|---|---|
| NCIC CODE: **2300 75** | RELATED CASES: **2 OTHER FEL** | PCND |
| FELONY CHARGE: **THEFT** | | |
| CAUSE NO: | | BAIL: $15,000 |
| HARRIS COUNTY DISTRICT COURT NO: | **1361251** | PRIOR CAUSE NO: |
| FIRST SETTING DATE: | **351** | |

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **MATTHEW WADSWORTH**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2012**, did then and there unlawfully appropriate, by acquiring and otherwise exercising control over property, namely, **EIGHT CHAINS AND STRAPS** owned by ALLEN NASH, hereafter styled the Complainant , of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JULY 1, 2008, in Cause Number 1169664, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of BURGLARY OF A BUILDING and was convicted on MARCH 19, 2010, in Cause Number 1255581 in the 174TH District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

SEP 1 5 2012

Harris County, Texas
Time: _____
Deputy
By _____

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on September 15, 2012

_____
AFFIANT

_____ 12187900
ASSISTANT DISTRICT ATTORNEY        BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3243

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _4_ day of _April_, 20_13_, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_RP CORNELIUS_
**Attorney/Assistant Public Defender Assigned by HCPD**

_2028 Buffalo Terrace_
**Address**

_HT 77019_
**City          State          Zip**

_04835CW_
**SPN Number**

_713 237 8547_
**E-Mail Address**

_713 528 0153_
**Phone Number**

_____
**Fax Number**

_D18P_
**Bar Number**

The Court further ORDERS the cause set for:
On the _19_ day of _April_, 20_13_ at _9:00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _11_ day of _April_, 20_13_.

_____
Judge Presiding

☐ The State has offered or   ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation _____ 21 Day _____ Full    ☐ Restitution Info

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

5/2/12

3244

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS

VS.

**JAVED STEPHEN TAFARROJI**

<span style="background:black">     </span>

**01708153**

SPN:
DOB: <span style="background:black">  </span>
DATE PREPARED: 9/15/2012

D.A. LOG NUMBER:1891849
CJIS TRACKING NO.:9168083815-A001
BY: TC  DA NO: 001902375
AGENCY:DPS
O/R NO: 12770FXR00A
ARREST DATE: 9-15-12

NCIC CODE: 4801 27          RELATED CASES: **OTHER FEL**

FELONY CHARGE:  **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**

CAUSE NO:                                                                     BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:          **1361294**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                    **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAVED STEPHEN TAFARROJI**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2012**, did then and there unlawfully, intentionally flee from M GENS , hereafter styled the Complainant, a PEACE OFFICER employed by DEPARTMENT OF PUBLIC SAFETY , lawfully attempting to ARREST the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to ARREST the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

# FILED

Chris Daniel
District Clerk

OCT 0 4 2012

Time: _____10:30_____
Harris County Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          232nd

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3245

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the **11** day of **April**, 20**13**, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

**R P CORNELIUS**
Attorney/Assistant Public Defender Assigned by HCPD

**2028 Buffalo Terrace**
Address

**HT 77019**
City            State       Zip

**0483150**
SPN Number

**7132378547**
E-Mail Address

**7135280153**
Phone Number

_____
Fax Number

**Dish**
Bar Number

The Court further ORDERS the cause set for: _____

On the **19** day of **April**, 20**13** at **9:00** a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **11** day of **April**, 20**13**

_____
Judge Presiding

☐ The State has offered or   ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

Unofficial Copy Office of Marilyn Burgess District Clerk

### FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness   ☐ Not Indicted

☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☐ Other _____

☐ D.A. to Reindict   ☐ File Unavailable   ☐ Refer to _____

☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation   ☐ Restitution Info
    _____ 21 Day _____ Full

☐ Defendant On Call   ☐ No Tape/Lab _____   ☐ To Hire Attorney

☐ Defendant to Consider Offer   ☐ No Offense Report

5/2/12

3246

DISTRICT CLERK

THE STATE OF TEXAS          **01708153**          D.A. LOG NUMBER:1891849
VS.                                               CJIS TRACKING NO.:9168083815-A002
**JAVED STEPHEN TAFARROJI**     SPN:              BY: TC  DA NO: 001902375
                                DOB:              AGENCY:DPS
                                DATE PREPARED: 9/15/2012   O/R NO: 12770FXR00A
                                                  ARREST DATE: 9-15-12

NCIC CODE: 2411 11          RELATED CASES:  **OTHER FEL**
FELONY CHARGE:  **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO:                                         BAIL: **$NO BOND**
HARRIS COUNTY DISTRICT COURT NO:     **1361295**   PRIOR CAUSE NO:
FIRST SETTING DATE:                  **338**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JAVED STEPHEN TAFARROJI**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2012**, did then and there
unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by JOE WARREN, hereafter styled the
Complainant, without the effective consent of the Complainant.

**FILED**
Chris Daniel
District Clerk

OCT 04 2012

Time: 10:30

Harris County, Texas

By _____ pm

Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    232nd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3247

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

_____

**Defendant**

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

**Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk
SEP 21 2012

Time: _____
        Harris County, Texas
By _____
        Deputy

## ORDER APPOINTING COUNSEL

SEP 21 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**                    **State**            **Zip**            **E-Mail Address**

| | | | | | |
|-|-|-|-|-|-|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Phone Number**

| | | | - | | | | - | | | |
|-|-|-|-|-|-|-|-|-|-|-|

**Fax Number**

The Court further ORDERS the cause set for : _____ on the 19 day of OCT , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 21 2012 , 20____.

_____,

**Judge Presiding**

3248

THE STATE OF TEXAS
VS.
**JOE VILLARREAL**

SPN: 01635874
DOB:
DATE PREPARED: 12/6/2012

D.A. LOG NUMBER:1892202
CJIS TRACKING NO.: 9168087535A002

BY: SW  DA NO:  AGENCY:HPD
O/R NO: 118344812S
ARREST DATE: 9/17/2012

NCIC CODE: 1314 14

RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender
CAUSE NO: 1361414
HARRIS COUNTY DISTRICT COURT NO: 351
FIRST SETTING DATE: 1/16/2013

BAIL: $0
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOE VILLARREAL**, hereafter styled the Defendant, heretofore on or about **September 17, 2012**, did then and there unlawfully, intentionally and knowingly and recklessly cause bodily injury to ANGELA VILLARREAL, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by PUSHING THE COMPLAINANT WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on MAY 9, 2011, in the 180TH DISTRICT COURT of HARRIS County, Texas, in Cause No. 1284848, was convicted of ASSAULT which was committed against a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP.

Before the commission of the offense alleged above, on OCTOBER 6, 2004, in Cause No. 907514, in the 179TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of INJURY TO A CHILD.

**FILED**
Chris Daniel
District Clerk

DEC 07 2012

Time: _____ 1400
By _____
Harris County, Texas
Deputy

Foreman          248th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3249

show the Court that he / she is financially unable to hire an attorney.

_____

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**FILED**

Chris Daniel
District Clerk

SEP 2 1 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _21_ day of _Sept_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          E-Mail Address

☐☐☐☐☐☐☐☐☐☐

**Bar Card/SPN Number**

☐☐☐☐-☐☐☐-☐☐☐☐

**Phone Number**

☐☐☐☐-☐☐☐-☐☐☐☐

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :

on the __4__ day of __Oct__, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _21_ day of _Sept_, 20_12_,

_____,

**Judge Presiding**

3250

THE STATE OF TEXAS
VS.
**HAROLD BRUISE LACKEY**

00951535

SPN:
DOB:
DATE PREPARED: 9/13/2012

D.A. LOG NUMBER:1890141
CJIS TRACKING NO.:
BY: AA  DA NO: 002261480 AGENCY:DPS
O/R NO: RC2012BO11117
ARREST DATE: TO BE

NCIC CODE: 3503 02                  RELATED CASES:

FELONY CHARGE:  Controlled Substance - Fraud - Fraudulent Acquisition of Controlled Substance - Section 481.129 (a-1), Health and Safety Code

CAUSE NO:                                              BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:                      PRIOR CAUSE NO:
FIRST SETTING DATE:                    **1361437**
                                       **351**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **HAROLD BRUISE LACKEY**, hereafter styled the Defendant, heretofore on or about **APRIL 26, 2012**, did then and there unlawfully, with intent to obtain a controlled substance that was not medically necessary for the defendant, obtain from INNAD HUSAINI, a practitioner, namely, a MEDICAL DOCTOR, a prescription for a controlled substance that is listed in Schedule III of the Schedule of Controlled Substances issued by the Texas Department of State Health Services, namely, HYDROCODONE, by concealment of a material fact, namely, THAT THE DEFENDANT WAS SEEKING MEDICAL TREATMENT ELSEWHERE AND HAD ALREADY OBTAINED A PRESCRIPTION FOR HYDROCODONE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on OCTOBER 5, 1988, in Cause Number 505949, in the 183RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 505949 was final, the Defendant committed the felony of DELIVERY OF COCAINE and was finally convicted of that offense on JULY 10, 1992, in Cause Number 637920, in the 351ST DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

OCT 1 0 2012

Time: _____  1320
      Harris County, Texas
By _____  DM
              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_Jan Wolfay Opml_  263d
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3251

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
· Witness

**FILED**
Chris Daniel
District Clerk

SEP 1 9 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __19__ day of _September_, 20__12__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ARREY_____

on the __25__ day of _October_, 20__1__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of SEP 1 9 2012 _____, 20____.

_____
**Judge Presiding**

3252

| THE STATE OF TEXAS | 02134386 | D.A. LOG NUMBER:1892454 |
|---|---|---|
| VS. | | CJIS TRACKING NO.:9168089813-A001 |

**RORY KEITH CHENIER**

SPN:
DOB:
DATE PREPARED: 9/18/2012

BY: CS  DA NO: 002359851
AGENCY:HPD
O/R NO: 118726612
ARREST DATE: 09/17/2012

NCIC CODE: 5599 17          RELATED CASES: **SAME-F**

FELONY CHARGE: **DELIVERY OF A CONTROLLED SUBSTANCE**
CAUSE NO:                                                          BAIL: $15,000
HARRIS COUNTY DISTRICT COURT NO:          **1361521**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                    **351**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RORY KEITH CHENIER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 17, 2012**, did then and there unlawfully, knowingly deliver by actual transfer to N. ASHRAF, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, RORY KEITH CHENIER, hereafter styled the Defendant, heretofore on or about SEPTEMBER 17, 2012, did then and there unlawfully, knowingly deliver by constructive transfer to N. ASHRAF, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

It is further presented that in Harris County, Texas, RORY KEITH CHENIER, hereafter styled the Defendant, heretofore on or about SEPTEMBER 17, 2012, did then and there unlawfully, knowingly deliver by offering to sell to N. ASHRAF, a controlled substance, namely, COCAINE, weighing by aggregate weight, including any adulterants and dilutants, less than 1 gram.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on NOVEMBER 1, 2005, in Cause Number 1041905, in the 338TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1041905 was final, the Defendant committed the felony offense of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on APRIL 30, 2009, in Cause Number 1200294, in the 176TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

NOV 0 1 2012

Time:
Harris County, Texas
By: Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman          22

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3253

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

**F I L E D**

Chris Daniel
District Clerk

SEP 1 9 2012

Time: _____

Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the __19__ day of __September__, 20__12__, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further **ORDERS** the cause set for : _____ARRey_____

on the __25__ day of __October__, 20__1__2 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of __SEP 1 9 2012__, 20____.

_____
**Judge Presiding**

3254

THE STATE OF TEXAS

VS.

**RORY KEITH CHENIER**

SPN: 02134386
DOB:
DATE PREPARED: 10/31/2012

D.A. LOG NUMBER:1892454
CJIS TRACKING NO.:9168089813-A002
BY: CM  DA NO: 002359851
AGENCY:HPD
O/R NO: 118726612
ARREST DATE: 09 17 12

NCIC CODE: 5599 48               RELATED CASES:  SAME - F

FELONY CHARGE:  **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: 1361522                                BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO: 351             PRIOR CAUSE NO:
FIRST SETTING DATE:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RORY KEITH CHENIER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 17, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 1, 2005, in Cause Number 1041905, in the 338TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1041905 was final, the Defendant committed the felony of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on APRIL 30, 2009, in Cause Number 1200294, in the 176TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

NOV 01 2012

Harris County, Texas

By _____ Deputy

Time: _____  By _____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                                  228++

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3255

show the Court that he / she is financially unable to hire an attorney.

_____
JOSEPH PAYNE
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ SEP 2 0 2012 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City            State            Zip            E-Mail Address

| O Y R 3 | | | | | | 5 4 8 3 1 5 0 0 |
Bar Card/SPN Number

| 7 1 3 | - | 2 3 7 | - | | |
Phone Number

| 7 1 4 | - | 3 4 4 | | |
Fax Number

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ SEP 2 0 2012 _____, 20____.

_____,
Judge Presiding

TO ST MAIL Cut

FILED
Chris Daniel
District Clerk
SEP 2 0 2012
Harris County, Texas
Time: _____
By: _____
Deputy

3256

P2

THE STATE OF TEXAS                    02638104              D.A. LOG NUMBER:1892548
VS.                                                         CJIS TRACKING NO.:9168090692-A001
**JOSEPH NORMAN PAYNE**        SPN:                         BY: SC  DA NO: 002395913
                               DOB:                         AGENCY:SPRING ISD PD
                               DATE PREPARED: 9/18/2012     O/R NO: I221448
                                                            ARREST DATE: 9/18/12

NCIC CODE: 3600 55              RELATED CASES:
FELONY CHARGE: **POSSESSION OF DANGEROUS DRUG**
CAUSE NO:                                                   BAIL: $2,000
HARRIS COUNTY DISTRICT COURT NO:       **1361588**          PRIOR CAUSE NO:
FIRST SETTING DATE:                    **351**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JOSEPH NORMAN PAYNE**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 18, 2012**, did then and there unlawfully, intentionally and knowingly possess a dangerous drug, namely, CARISOPRODOL, which drug was not obtained from a pharmacist acting in the manner described by V.T.C.A. HEALTH & SAFETY CODE Section 483.042(a) or a practitioner acting in a manner described by V.T.C.A., HEALTH & SAFETY CODE Section 483.042(a)(2).

It is further presented that the Defendant committed the aforesaid alleged offense IN THE PREMISES OF A SCHOOL, NAMELY, DEKANEY HIGH SCHOOL.

**FILED**
Chris Daniel
District Clerk
SEP 2 0 2012

SEP 2 0 2012
Time:_____
By_____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                                                           24045875
ASSISTANT DISTRICT ATTORNEY                                BAR CARD NO.
OF HARRIS COUNTY, TEXAS

                                    RECORDER'S MEMORANDUM
                                    This instrument is of poor quality
                                    at the time of imaging
                    **INFORMATION**

3257

Unofficial Copy Office of Marilyn Burgess District Clerk

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ SEP 2 0 2012 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

**Attorney**
_____
**Address**
_____
**City**            **State**            **Zip**            **E-Mail Address**

| | | | | | | |
|---|---|---|---|---|---|---|

5483150

**Bar Card/SPN Number**

713 - 237 - 844

**Phone Number**

74 - 531

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ SEP 2 0 2012 _____, 20____.

_____,
**Judge Presiding**

2 week setting
then St Jail cut

F I L E D
Chris Daniel
District Clerk
SEP 2 0 2012
Time: _____
Harris County, Texas
By _____

3258

THE STATE OF TEXAS       **02612503**       D.A. LOG NUMBER:1892831    P2

VS.       CJIS TRACKING NO.:

**LEONARD FLOWERS**       SPN:       BY: SC DA NO: 002327658

DOB:       AGENCY:**HPD**

DATE PREPARED: 9/19/2012       O/R NO: 105290312

ARREST DATE: 8/19/2012

NCIC CODE: 2399 37       RELATED CASES:

FELONY CHARGE: **Theft of Metal**

CAUSE NO:       BAIL: $15,000

HARRIS COUNTY DISTRICT COURT NO:       **1361675**       PRIOR CAUSE NO:

FIRST SETTING DATE:       **351**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **LEONARD FLOWERS**, hereafter styled the Defendant, heretofore on or about **AUGUST 19, 2012**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, COPPER, of the value of less than twenty thousand dollars, owned by JULIO SALINAS, hereafter styled the Complainant, without the effective consent of the Complainant and with the intent to deprive the Complainant of that property.

**FILED**
Chris Daniel
District Clerk

SEP 20 2012

Time: _____ Harris County, Texas

By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____      24045875

ASSISTANT DISTRICT ATTORNEY      BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3259

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

13847940101C / Court: 337

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**

Chris Daniel
District Clerk

OCT 0 9 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

OCT 0 9 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____   _____   _____         _____
**City**                       **State**               **Zip**                              **E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for :   Arp

on the __31__ day of ____Oct____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of __OCT 0 9 2012__, 200__   Belinda Hill

_____,
**Judge Presiding**

3260

**DISTRICT CLERK**

THE STATE OF TEXAS
VS.

**MARKUS DWAYNE BUTLER**

SPN: 01723211
DOB:
DATE PREPARED: 11/12/2012

D.A. LOG NUMBER:1893764
CJIS TRACKING NO.:9168103271-A001

BY: SG  DA NO: 050787163
AGENCY: HPD
O/R NO: 120358612G
ARREST DATE: 9-21-12

NCIC CODE: 5599 20          RELATED CASES:

FELONY CHARGE:  Possession with Intent to Deliver a Controlled Substance
CAUSE NO: 1362093
HARRIS COUNTY DISTRICT COURT NO: 230
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MARKUS DWAYNE BUTLER**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 21, 2012**, did then and there unlawfully, knowingly possess with intent to deliver, a controlled substance, namely, COCAINE, weighing more than 200 grams and less than 400 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on OCTOBER 25, 2007, in Cause Number 1111711, in the 337TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 1111711 was final, the Defendant committed the felony of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on DECEMBER 23, 2008, in Cause Number 1196356, in the 228TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

NOV 1 4 2012

Time:
By:

Asst. Foreman          262nd

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3261

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20 ____.

_____

**F I L E D**
Chris Daniel
District Clerk

SEP 2 7 2012

Time: _____
Harris County, Texas

By _____
Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ SEP _____, 20 / Z , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R P CORNELIUS
**Attorney**

2028 Buffalo Terrace
**Address**

_____ 77019
**City**          **State**          **Zip**          **E-Mail Address**

| 0 | 4 | 8 | 3 | 1 | 5 | 4 |
**Bar Card/SPN Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 5 | 4 | 7 |
**Phone Number**

| 7 | 1 | 3 | - | 2 | 3 | 7 | - | 8 | 8 | 4 | 7 |
**Fax Number**

The Court further ORDERS the cause set for : _____ ARRN _____
on the 23 day of OCT _____, 20 / Z at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this 27 day of Sept _____, 20 ____.

_____
**Judge Presiding**

10-23-12
8:30am

THE STATE OF TEXAS        **02253129**        D.A. LOG NUMBER:1894433
VS.        CJIS TRACKING NO.:

**CESAR ALEJANDRO MARTINEZ**     SPN:        BY: JL  DA NO: 002594735
██████████████      DOB:██████       AGENCY:HCSO
        DATE PREPARED: 9/25/2012      O/R NO: 12104383
                    ARREST DATE: 8/18/2012

NCIC CODE: 2202 05        RELATED CASES:

FELONY CHARGE:  **BURGLARY OF A HABITATION**
CAUSE NO:                                     BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:     **1362480**       PRIOR CAUSE NO:
FIRST SETTING DATE:              **228**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CESAR ALEJANDRO MARTINEZ**, hereafter styled the Defendant, heretofore on or about JULY 13, 2012, did then and there unlawfully, with intent to commit theft, enter a habitation owned by GLORIA CHOI, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on FEBRUARY 1, 2007, in Cause Number 1091897 in the 182ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

**F I L E D**
Chris Daniel
District Clerk

OCT 1 2 2012

Time: _____ 1500
     Harris County, Texas
By _____
            Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                               **Foreman**        **263rd**

                               *John Wolfgang Agard*
                         FOREMAN OF THE GRAND JURY

                    **INDICTMENT**

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the ___2___ day of ___Oct_____ , 20_12_.

_____,

Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
OCT 02 2012
Time: _____ Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the ___2___ day of ___Oct_____ , 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

City            State            Zip            E-Mail Address

☐☐☐☐☐☐☐☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐ - ☐☐☐ - ☐☐☐☐
Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
Fax Number

The Court further ORDERS the cause set for : _____Aug_____

on the __30__ day of __October_____ , 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___2___ day of ___Oct_____ , 20_12_.

FILED
Chris Daniel
District Clerk
OCT 02 2012
Time: _____ Harris County, Texas
By _____ Deputy

_____,
Judge Presiding

3264

DISTRICT CLERK

THE STATE OF TEXAS                    **02639327**          D.A. LOG NUMBER:1894962
VS.                                                         CJIS TRACKING NO.:
  **MICHAEL DEJEAN SIMMONS**    SPN:                        BY: AZ  DA NO: 002466586
                                DOB:                        AGENCY:HPD
                                DATE PREPARED: 9/26/2012    O/R NO: 119086712B
                                                           ARREST DATE: **TO BE**

NCIC CODE: 1301 19              RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                                  BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:      **1362557**          PRIOR CAUSE NO:
FIRST SETTING DATE:                   **185**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**MICHAEL DEJEAN SIMMONS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 18, 2012**, did then and there
unlawfully, intentionally and knowingly threaten CRYSTAL JOHNSON with imminent bodily injury by using and exhibiting a deadly weapon,
namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

OCT 1 2 2012

Time: _____
        Harris County, Texas
By _____
        Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman              263rd

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

3265

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the ____ day of Oct _____, 20 12

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 01 2012

Time: _____
Harris County, Texas
By _____

## ORDER APPOINTING COUNSEL

On this, the 1 day of Oct _____, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City              State           Zip**          E-Mail Address

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : _____ Aug _____ on the 29 day of October _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 1 day of Oct _____, 20 12.

_____
**Judge Presiding**

3266

THE STATE OF TEXAS
VS.

**JOSEPH WAYNE GENERAL**

02257604

SPN:
DOB:
DATE PREPARED: 9/26/2012

D.A. LOG NUMBER:1895111
CJIS TRACKING NO.:9168117116-A001

BY: GU  DA NO: 002126024
AGENCY:HPD
O/R NO: 122625712F
ARREST DATE: 9-26-2012

NCIC CODE: 5599 12                    RELATED CASES:  SAME DEF - 2F
FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1362630**
FIRST SETTING DATE:                     **185**

BAIL: $10,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSEPH WAYNE GENERAL**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 26, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, ALPRAZOLAM, weighing more than 28 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

**FILED**
Chris Daniel
District Clerk

NOV 0 8 2012

Time: 11:30 pm
Harris County, Texas
By N.O.
Deputy

Foreman                      232nd

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

3267

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the ___ day of Oct _____, 20 12

Deputy District Clerk
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

OCT 01 2012

Time: _____
Harris County, Texas
By _____ Deputy

# ORDER APPOINTING COUNSEL

On this, the 1 day of Oct _____, 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City            State        Zip

_____
E-Mail Address

☐☐☐☐☐☐
Bar Card/SPN Number

☐☐☐-☐☐☐-☐☐☐☐
Phone Number

☐☐☐-☐☐☐-☐☐☐☐
Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _____ Aug _____
on the 29 day of October _____, 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 1 day of Oct _____, 20 12.

_____
Judge Presiding

3268

THE STATE OF TEXAS      **02257604**      D.A. LOG NUMBER:1895111
VS.      CJIS TRACKING NO.:9168117116-A002

**JOSEPH WAYNE GENERAL**      SPN:      BY: GU  DA NO: 002126024
     DOB:      AGENCY:HPD
     DATE PREPARED: 9/26/2012      O/R NO: 122625712F
     ARREST DATE: 9-26-2012

NCIC CODE: 5599 13      RELATED CASES:  SAME DEF - 2F
FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:      BAIL: $20,000
HARRIS COUNTY DISTRICT COURT NO:      **1362631**      PRIOR CAUSE NO:
FIRST SETTING DATE:      **185**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSEPH WAYNE GENERAL**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 26, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, a material, compound, mixture and preparation containing not more than 15 milligrams of dihydrocodeinone (hydrocodone) per dosage unit, with one or more active, nonnarcotic ingredients in recognized therapeutic amounts, weighing at least 200 grams but less than 399 grams by aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

NOV 0 8 2012

Time: 11:30 AM
Harris County, Texas
By _____ NLO _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman      232nd

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3269

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

Sworn to and subscribed before me on this, the ____ day of _Oct_ _____, 20_12_,

_____,
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk
OCT 01 2012
Harris County, Texas
Time: _____
By _____

## ORDER APPOINTING COUNSEL

On this, the ____ day of _Oct_ _____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____          _____
**City**            **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Impact Docket_ _____

on the _29_ day of _October_ _____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of _Oct_ _____, 20_12_

_____,
**Judge Presiding**

3270



THE STATE OF TEXAS
VS.

**RACHAEL CHANNELLE SCOTT**
**HOUSTON, TX**

SPN: 02226681
DOB: ████████
DATE PREPARED: 10/11/2012

D.A. LOG NUMBER: **1895534**
CJIS TRACKING NO.: **9168121768-A001**
BY: SG  DA NO: 002328328
AGENCY: HPD
O/R NO: 123221812
ARREST DATE: 9-27-12

NCIC CODE: **4004 09**          RELATED CASES:

FELONY CHARGE: **PROSTITUTION**
CAUSE NO: 1362799
HARRIS COUNTY DISTRICT COURT NO: 185
FIRST SETTING DATE:

BAIL: $5000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RACHAEL CHANNELLE SCOTT**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 27, 2012**, did then and there unlawfully, knowingly  agree to engage in sexual conduct, namely, sexual intercourse, to-wit: STRAIGHT SEX, with B. SMITH, for a fee.

Before the commission of the offense alleged above, on AUGUST 18, 2008, in Cause No. 1544104 , in the County Criminal Court at Law No. 11, of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on  JUNE 9, 2008, in Cause No.  1530513, in the County Criminal Court at Law No. 2 of HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

Before the commission of the offense alleged above, on  OCTOBER 27, 2008, in Cause No. 1557723, in the County Criminal Court at Law No. 1 of  HARRIS County, Texas, the Defendant was finally convicted of the offense of prostitution.

**F I L E D**
Chris Daniel
District Clerk

OCT 1 2 2012

Time: _____ 1500
Harris County, Texas
By _____
          Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman          263rd**

John Wolfgang Agard
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3271

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the ____ day of _October_, 20_12_.

_____

**Deputy District Clerk**
**Harris County, Texas**

**FILED**
Chris Daniel
District Clerk

OCT 01 2012

Time: _____
Harris County, Texas
By: _____

## ORDER APPOINTING COUNSEL

On this, the __1__ day of _October_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | |
|--|--|--|--|--|--|

**Bar Card/SPN Number**

| | | - | | | - | | | |
|--|--|--|--|--|--|--|--|--|

**Phone Number**

| | | - | | | - | | | |
|--|--|--|--|--|--|--|--|--|

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : _Impact Docket_

on the _29_ day of _October_, 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __1__ day of _October_, 20_12_.

_____

**Judge Presiding**

3272

DISTRICT CLERK



THE STATE OF TEXAS            **01577638**         D.A. LOG NUMBER:1895857
VS.                                           CJIS TRACKING NO.:9168125542-A001

**MARVIS DOMINICK COLLINS**     SPN:             BY: **VF** DA NO: 063814150
                                   DOB: ▮▮▮▮▮▮▮     AGENCY:HPD
                                   DATE PREPARED: 9/29/2012   O/R NO: 123747912V
                                                           ARREST DATE: 9 29 12

NCIC CODE: 4801 26 /         RELATED CASES:

FELONY CHARGE: Evading Arrest or Detention - Second Offender
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1362945**         BAIL: $15,000
FIRST SETTING DATE:                 **185**            PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MARVIS DOMINICK COLLINS**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 29, 2012**, did then and there unlawfully, intentionally flee from P. KOPULOS , hereafter styled the Complainant, a PEACE OFFICER employed by THE CITY OF HOUSTON POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on JUNE 20, 2011, in Cause Number 1310393 in the 177TH DISTRICT COURT of HARRIS County, Texas, the Defendant was finally convicted of the offense of evading ARREST.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on SEPTEMBER 8, 2011, in Cause Number 1318309, in the 174TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE PENALTY GROUP ONE LESS THAN ONE GRAM and was convicted on MARCH 19, 2010, in Cause Number 1255637 in the 230TH District Court of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

OCT 16 2012

Time: _____ 1315
Harris County, Texas
By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman               232nd

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3273

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the ___2___ day of ___Oct___, 20_12_

_____,
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

OCT 02 2012

Time: _____ Harris County, Texas

By _____

# ORDER APPOINTING COUNSEL

On this, the ___2___ day of ___Oct___, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**R.P. SKIP CORNELIUS**
**SBN 04831500**
**2028 Buffalo Terrace**
**Houston, Texas  77019**
**Phone 713 237 8547**
**Fax 713 528 0153**

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : ___Impact Docket___
on the ___31___ day of ___October___, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this ___2___ day of ___Oct___, 20_12_

_____,
**Judge Presiding**

3274

THE STATE OF TEXAS
VS.
**RUBEN DIONISO STERGIOU**
[redacted]

SPN: 01524613
DOB: [redacted]
DATE PREPARED: 12/10/2012

D.A. LOG NUMBER:1896339
CJIS TRACKING NO.:9168130767-A001
BY: SG DA NO: 002328322
AGENCY:HPD
O/R NO: 124550312
ARREST DATE: 10-1-12

NCIC CODE: 5599 04

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO: 1363054
HARRIS COUNTY DISTRICT COURT NO: 185
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RUBEN DIONISO STERGIOU**, hereafter styled the Defendant, heretofore on or about **OCTOBER 1, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JUNE 4, 1999, in Cause Number 0807305, in the 337TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 0807305 was final, the Defendant committed the felony of ROBBERY and was finally convicted of that offense on FEBRUARY 25, 2004, in Cause Number 0949091, in the 228TH DISTRICT COURT of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 11 2012
Time: ____ Harris County, Texas
By ____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 248th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness

Sworn to and subscribed before me on this, the _3_ day of _Oct_____, 20 _12_

Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk
OCT 03 2012
Harris County, Texas
Time: _____
By _____

## ORDER APPOINTING COUNSEL

On this, the _3_ day of _Oct_____, 20 _12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney _____

Address _____

City _____  State _____  Zip _____     E-Mail Address _____

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : ____Aug_____
on the _14_ day of _Nov_____, 20 _12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _3_ day of _Oct_____, 20 _12_

Judge Presiding _____,

3276

DISTRICT CLERK

THE STATE OF TEXAS                                    D.A. LOG NUMBER:1896550
VS.                          **00073165**            CJIS TRACKING NO.:916813293X-A001

**CARL WILLIAM WOOLERY**        SPN:                  BY: EG  DA NO: 001576522
                                DOB:                  AGENCY:SHF
                                DATE PREPARED: 10/1/2012   O/R NO: 120135751
                                                      ARREST DATE: 10-01-2012

NCIC CODE: 1301 19              RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                             BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:    **1363127**       PRIOR CAUSE NO:
FIRST SETTING DATE:                 **185**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CARL WILLIAM WOOLERY**, hereafter styled the Defendant, heretofore on or about **OCTOBER 1, 2012**, did then and there unlawfully, intentionally and knowingly threaten ROBERT MARTIN with imminent bodily injury by using and exhibiting a deadly weapon, namely, a FIREARM.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 3, 1976, in Cause Number 247365, in the 183RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of THEFT.

Before the commission of the primary offense, and after the conviction in Cause Number 247365 was final, the Defendant committed the felony of ROBBERY and was finally convicted of that offense on MAY 28, 1981, in Cause Number 335280, in the 208TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

OCT 16 2012

Time:  _____  1315
Harris County, Texas
By  _____  CG
              Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman  ~~~~  232nd

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3277

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 4 day of Oct , 20 12

_____
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk
OCT 0 4 2012
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the 4 day of Oct , 20 12, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R.P. Cornelius
**Attorney**

2028 Buffalo Terrace
**Address**

H-T     77019
**City          State          Zip          E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 5 2 8 - 0 1 5 3
**Phone Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Aug _____
on the 19 day of Nov , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4 day of Oct , 20 12.

_____
**Judge Presiding**

3278

Uncertified Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS                          **01051688**              D.A. LOG NUMBER:1896564
VS.                                                                   CJIS TRACKING NO.:916813312X-A001

**JASON ANDREW FURRER**        SPN:                          BY: SP  DA NO: 001576522
                               DOB:                          AGENCY:HPD
                               DATE PREPARED: 10/2/2012      O/R NO: 24868529
                                                             ARREST DATE: 10-01-2012

NCIC CODE: **4801 27**                    RELATED CASES:

FELONY CHARGE:  **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**
CAUSE NO:                                                    BAIL: $**NO BOND**
HARRIS COUNTY DISTRICT COURT NO:          **1363149**        PRIOR CAUSE NO:
FIRST SETTING DATE:                       **185**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**JASON ANDREW FURRER**, hereafter styled the Defendant, heretofore on or about **OCTOBER 1, 2012**, did then and there unlawfully,
intentionally flee from C. MASSEY, hereafter styled the Complainant, a peace officer employed by the HOUSTON POLICE DEPARTMENT,
lawfully attempting to detain the Defendant, and the Defendant knew that the Complainant was a peace officer attempting to detain the Defendant,
and the Defendant used a motor vehicle while he was in flight.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JULY 1, 1992, in Cause No. 0546415, in the
262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of THEFT.

Before the commission of the primary offense, and after the conviction in Cause No. 0546415 was final, the Defendant committed the felony
offense of AGGRAVATED ASSAULT and was finally convicted of that offense on MARCH 29, 2001, in Cause No. 0765937, in the 174TH
DISTRICT COURT of HARRIS County, Texas.

**FILED**
Chris Daniel
District Clerk

OCT 16 2012

Time: _____1315_____
Harris County, Texas
By _____
          Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman ⌐          232nd

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3279

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**F I L E D**
Chris Daniel
District Clerk

OCT – 4 2012

Time: _____
Harris County, Texas

By _____

Sworn to and subscribed before me on this, the __4__ day of _Oct_____, 20 _12_

_____,

**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the __4__ day of _Oct_____, 20 _12_ the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

| | | | | |
|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this __4__ day of _Oct_____, 20 _12_

_____,

**Judge Presiding**

3280

Unofficial Copy Office of Marilyn Burgess District Clerk

P2

THE STATE OF TEXAS
VS.

**KALE TRAYLOR FORKS**

R#1
# 1363183

10-4-12

02509416

SPN:
DOB:
DATE PREPARED: 10/2/2012

D.A. LOG NUMBER:1896666
CJIS TRACKING NO.:91681340503-A001

BY: **AZ**  DA NO: 001897720
AGENCY:HCCO 4
O/R NO: HC120136011
ARREST DATE: 10-02-12

NCIC CODE: 5599 04                    RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                                        BAIL: $2,000
HARRIS COUNTY DISTRICT COURT NO:        **1363183**       PRIOR CAUSE NO:
FIRST SETTING DATE:                     **185**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **KALE TRAYLOR FORKS**, hereafter styled the Defendant, heretofore on or about **OCTOBER 2, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, METHAMPHETAMINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____                    24004735
ASSISTANT DISTRICT ATTORNEY                 BAR CARD NO.
OF HARRIS COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INFORMATION

3281

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

**F I L E D**
Chris Daniel
District Clerk

OCT 05 2012

Time: _____
Harris County, Texas
By _____
Deputy

Sworn to and subscribed before me on this, the 5 day of Oct , 20 12

_____
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 5 day of Oct , 20 12, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
Attorney

_____
Address

_____
City                    State            Zip            E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Aug
on the 13 day of Nov , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this 5 day of Oct , 20 12

_____
Judge Presiding

3282

THE STATE OF TEXAS      **02491757**      D.A. LOG NUMBER:1896680
VS.      CJIS TRACKING NO.:

**SAMUEL PLACENCIA**      SPN:      BY: JL  DA NO: 002197879
     DOB:      AGENCY:HPD
     DATE PREPARED: 10/2/2012      O/R NO: 123100612W
     ARREST DATE: **TO BE**

NCIC CODE: 1204 04      RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:      BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:      **1363199**      PRIOR CAUSE NO:
FIRST SETTING DATE:      **185**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**SAMUEL PLACENCIA**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 27, 2012**, did then and there unlawfully, while in
the course of committing theft of property owned by ESTHER MELGAR, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place ESTHER MELGAR in fear of imminent bodily injury and death, and the Defendant
did then and there use and exhibit a deadly weapon, namely, A KNIFE.

**FILED**
Chris Daniel
District Clerk

DEC 20 2012

Time: _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman      232nd

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3283

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 5 day of Oct , 20 12 .

_____
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 05 2012

Time: _____
Harris County, Texas

By _____

# ORDER APPOINTING COUNSEL

On this, the 5 day of Oct , 20 12 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Aug.

on the 8 day of Oct , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 5 day of Oct , 20 12 .

_____
**Judge Presiding**

3284

THE STATE OF TEXAS          02350016          D.A.      LOG      NUMBER:1896949

VS.                                            CJIS TRACKING NO.:

**STEVEN  DAVILA**          SPN:               BY: AZ  DA NO: 069051500
                            DOB:               AGENCY:HPD
                            DATE PREPARED: 10/3/2012    O/R NO: 118268712L
                                               ARREST DATE: TO BE

NCIC CODE: 1314 21          RELATED CASES: **SAME DEF 2 FELONIES TOTAL**

FELONY CHARGE:  Aggravated Assault - Family Member
CAUSE NO:                   **1363312**                 BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:  **185**               PRIOR CAUSE NO:
FIRST SETTING DATE:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **STEVEN DAVILA**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 16, 2012**, did then and there unlawfully, intentionally and knowingly threaten DAVID DAVILA, a MEMBER OF THE DEFENDANT'S FAMILY, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

**F I L E D**
Chris Daniel
District Clerk

OCT 1 9 2012

Time: _____ 1210
Harris County, Texas          CG
By _____
                 Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman          263rd

_John Wolfgang Apend_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3285

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the 5 day of Oct , 20 12 .

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

OCT 05 2012

Time: _____
Harris County, Texas

By _____

## ORDER APPOINTING COUNSEL

On this, the 5 day of Oct , 20 12 , the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐-☐☐☐-☐☐☐☐
**Phone Number**

☐☐☐-☐☐☐-☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : Aug.

on the 8 day of Oct , 20 12 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 5 day of Oct 20 12 .

_____
**Judge Presiding**

3286

THE STATE OF TEXAS                          02350016               D.A.       LOG        NUMBER:1896949

VS.                                                                CJIS TRACKING NO.:
STEVEN DAVILA              SPN:                                    BY: AZ  DA NO: 069051500
                          DOB:                                    AGENCY:HPD
                          DATE PREPARED: 10/3/2012                O/R NO: 118268712L
                                                                  ARREST DATE: TO BE           P2

NCIC CODE: 3899 01             RELATED CASES: SAME DEF 2 FELONIES TOTAL
FELONY CHARGE: VIOLATION OF PROTECTIVE ORDER - FAMILY VIOLENCE
CAUSE NO:                          1363313              BAIL: SNO BOND
HARRIS COUNTY DISTRICT COURT NO:   185                 PRIOR CAUSE NO:
FIRST SETTING DATE:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
STEVEN DAVILA, hereafter styled the Defendant, heretofore on or about SEPTEMBER 16, 2012, did then and there unlawfully, intentionally
and knowingly violate a protective order, issued under ARTICLE 17,292, CODE CRIMINAL PROCEDURE, and attached hereto as Exhibit A,
by committing the offense of assault of DAVID DAVILA, namely, by intentionally causing bodily injury to DAVID DAVILA by
THREATENING THE COMPLAINANT WITH A KNIFE.

**FILED**
Chris Daniel
District Clerk

OCT 19 2012

Time: _____ 1210
Harris County, Texas        CG
By _____
              Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**Foreman**          263rd

_John Wolfgang Apunt_

FOREMAN OF THE GRAND JURY

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging

INDICTMENT

3287

Case No. _____

The State of Texas
v.
STEVEN DAVILA

In the District Court ____
of Harris County, Texas

**MAGISTRATE'S ORDER FOR EMERGENCY PROTECTION**

On the _____ day of JUL 17 2012 ____, a request that this court issue a Magistrate's Order for Emergency Protection against STEVEN DAVILA (hereinafter styled the Defendant) was presented to the Court. The Court finds that on or about JULY 16, 2012, Defendant is alleged to have committed the offense of AGGRAVATED ASSAULT FAMILY MEMBER WITH DEADLY WEAPON.

The Court finds that, DAVID DAVILA, is/are now designated as the protected individual(s). The Court finds:

The Defendant is related to the protected individual by consanguinity or affinity, To-wit: The Defendant is the BROTHER of the protected individual.

This Court finds that, the Defendant and the protected individual are members of the same family or household or were a dating relationship as defined in Chapter 71 of the Texas Family Code. This Court finds that the defendant has been arrested for an offense involving family violence as defined in Chapter 71 of the Texas Family Code or of an offense under Section 42.072 (Stalking) of the Texas Penal Code.

**ORDERS**

THEREFORE, IT IS HEREBY ORDERED, pursuant to Article 17.292 of the Texas Code of Criminal Procedure that:

the Defendant is prohibited from:

- committing family violence or an assault on the protected individual;
- committing an act in furtherance of an offense under Section 42.072 (Stalking) of the Texas Penal Code involving the protected individual;
- communicating directly with a member of the family or household or with the protected individual in a threatening or harassing manner;
- communicating a threat through any person to a member of the family or household of the protected individual;
- possessing a firearm, unless the person is a peace officer, as defined by Section 1.07, Penal Code, actively engaged in employment as a sworn, full-time paid employee of a state agency or political subdivision;
- going to or near the residence of a member of the family or household or of a protected individual, specifically, within 200 feet of residence, to-wit: _____ at any address the protected individual may reside.
- going to or near the place of employment or business of the protected individual, more specifically, within 200 feet of the place of employment, to-wit: , , or at any address the protected individual may be employed.

the District Clerk of Harris County, Texas, shall serve a copy of this Order on the Defendant in open court; and,

the District Clerk of Harris County, Texas shall send a copy of this Order to:

- the protected individual;
- the Chief of Police for the City of HOUSTON
- the Child Care Facility described herein, if any;
- the School described herein, if any.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

the law enforcement agency holding the defendant shall make a good faith effort to notify the protected individual, within 24 hours from the issuance of this order, that the order has been issued.



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and/or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office
this October 2, 2012

Certified Document Number: _____

**FILED**
Chris Daniel
District Clerk

OCT 19 2012

Time: _____
Harris County, Texas

By _____
Deputy

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**WARNINGS**

A VIOLATION OF THIS ORDER BY COMMISSION OF AN ACT PROHIBITED BY THE ORDER MAY BE PUNISHABLE BY A FINE OF AS MUCH AS $4,000 OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE YEAR OR BOTH. AN ACT THAT RESULTS IN FAMILY VIOLENCE OR A STALKING OFFENSE MAY BE PROSECUTED AS A SEPARATE MISDEMEANOR OR FELONY OFFENSE. IF THE ACT IS PROSECUTED AS A SEPARATE FELONY OFFENSE, IT IS PUNISHABLE BY CONFINEMENT IN PRISON FOR AT LEAST TWO YEARS.

THE POSSESSION OF A FIREARM BY A PERSON, OTHER THAN A PEACE OFFICER, AS DEFINED BY SECTION 1.07, PENAL CODE, ACTIVELY ENGAGED IN EMPLOYMENT AS A PART FULL-TIME PAID EMPLOYEE OF A STATE AGENCY OR POLITICAL SUBDIVISION, WHO IS SUBJECT TO THIS ORDER MAY BE PROSECUTED AS A SEPARATE OFFENSE PUNISHABLE BY CONFINEMENT OR IMPRISONMENT.

NO PERSON, INCLUDING A PERSON WHO IS PROTECTED BY THIS ORDER, MAY GIVE PERMISSION TO ANYONE TO IGNORE OR VIOLATE ANY PROVISION OF THIS ORDER. DURING THE TIME IN WHICH THE ORDER IS VALID, EVERY PROVISION OF THIS ORDER IS IN FULL FORCE AND EFFECT UNLESS A COURT CHANGES THE ORDER.

To the extent that a condition imposed by this Order conflicts with an existing court order granting possession of or access to a child, the condition imposed under this Order prevails for the duration of this Order.

To the extent that a condition imposed by this Order conflicts with a condition imposed by an order subsequently issued under Chapter 85, Subtitle B, Title 4, Family Code, or under Title 1 or Title 5, Family Code, the condition imposed by the order issued under the Family Code prevails.

To the extent that a condition imposed by this Order conflicts with a condition imposed by an order subsequently issued under Chapter 83, Subtitle B, Title 4, Family Code, the condition imposed by this Order prevails unless the court issuing the order under Chapter 83, Family Code:

(1) is informed of the existence of this Order; and
(2) makes a finding in the order issued under Chapter 83, Family Code, that the court is superseding this Order.

This Order is effective immediately and shall remain in effect until the 61st day after the date of issuance or until the 91st day after the date of issuance if the offense involves the use of a deadly weapon.

Date of issuance: 7.17.12

_____
Magistrate
Harris County, Texas

I certify that I have received a copy of this Magistrate's Order for Emergency Protection in open court at the Magistrate's hearing.

_____
(Defendant's Signature)

JUL 17 2012
(Date)

Delivered, mailed or electronically transmitted on JUL 17 2012

to the protected person(s) and address(es) named in this order.

_____
(court official)

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____ ,
Witness

Sworn to and subscribed before me on this, the _____ day of _____ , 20____.

_____ ,
Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk

OCT 0 8 2012

Time: _____
County, Texas
By _____

## ORDER APPOINTING COUNSEL

OCT 0 7 2012

On this, the _____ day of _____ , 20____, the Court determined that the above-named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**              **State**         **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for: _____ on the _____ day of _____ , 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____ , 20____

_____
**Judge Presiding**

3289

THE STATE OF TEXAS                      00168566                     D.A. LOG NUMBER:1897106
VS.                                                                  CJIS TRACKING NO.:9168138776-A001

**FRED MICHAEL ANDERSON**          SPN:                             BY: SP  DA NO: 051617700
                                   DOB:                             AGENCY:HCSO
                                   DATE PREPARED: 10/4/2012         O/R NO: HC120136789
                                                                    ARREST DATE: 10-03-2012

NCIC CODE: 5599 04            RELATED CASES:

FELONY CHARGE:  Possession of a Controlled Substance
CAUSE NO:                                                    BAIL: $15000
HARRIS COUNTY DISTRICT COURT NO:        **1363399**          PRIOR CAUSE NO:
FIRST SETTING DATE:                     **230**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **FRED MICHAEL ANDERSON**, hereafter styled the Defendant, heretofore on or about **OCTOBER 3, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, METHAMPHETAMINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on SEPTEMBER 14, 2004, in Cause No. 969280, in the 351ST DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of AGGRAVATED ASSAULT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE and was convicted on SEPTEMBER 14, 2004, in Cause No. 969279, in the 351ST DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

                          ASSISTANT DISTRICT ATTORNEY                    BAR CARD NO.
                          OF HARRIS COUNTY, TEXAS

                                    **INFORMATION**                RECORDER'S MEMORANDUM
                                                                  This instrument is of poor quality
                                                                  at the time of imaging
                                                                                          3290

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,

Witness

**FILED**
Chris Daniel
District Clerk
OCT 8 2012
10/8/12
Harris County, Texas
Time: _____
By _____ Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

OCT 8 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

[ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

**Phone Number**

[ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

**Fax Number**

The Court further ORDERS the cause set for: _____

on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris

County, Texas.

Signed this _____ day of _____, 20____

_____,

Belinda Hill

**Judge Presiding**

3291

02640610
230

| | | |
|---|---|---|
| THE STATE OF TEXAS | **02640610** | D.A. LOG NUMBER:1897387 |
| VS. | | CJIS TRACKING NO.:9168141408-A001 |
| **KELBY  SWINNEY** | SPN: | BY: GU  DA NO: 002466586 |
| | DOB: | AGENCY:LAPORTEPD |
| | DATE PREPARED: 10/4/2012 | O/R NO: 1202615 |
| | | ARREST DATE: 10-4-2012 |

NCIC CODE: 1301 19         RELATED CASES:

FELONY CHARGE:  Aggravated Assault
CAUSE NO:                                                                    BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:          **1363548**          PRIOR CAUSE NO:
FIRST SETTING DATE:                                      **230**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **KELBY SWINNEY**, hereafter styled the Defendant, heretofore on or about **OCTOBER 4, 2012**, did then and there unlawfully intentionally and knowingly threaten TYLER WHITE with imminent bodily injury by using and exhibiting a deadly weapon, namely, a MOTOR VEHICLE,

**FILED**
Chris Daniel
District Clerk

OCT 0 4 2012

Time: 22:57

Harris County, Texas

By _____

Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on October 4, 2012

_____                                    _____        28064244
AFFIANT                                                         ASSISTANT DISTRICT ATTORNEY      BAR NO.
                                                               OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3292

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,

Deputy District Clerk
Harris County, Texas

**F I L E D**
Chris Daniel
District Clerk
OCT 8 2012
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

Time: On this, the _____ day of OCT 8 2012, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | | |
**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | | - | | | |
**Phone Number**

| | | - | | | | - | | | |
**Fax Number**

The Court further ORDERS the cause set for : on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 8 day of _____, 20____  Belinda Hill

_____
**Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk

3293

DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | **00672274** | D.A. LOG NUMBER:1897896 |
| VS. | | CJIS TRACKING NO.:9168146574-A001 |
| **LLOYD DEWAYNE GILBERT** | SPN: | BY: PW  DA NO: 001901698 |
| ▮▮▮▮▮▮▮▮ | DOB: ▮▮▮▮▮▮▮ | AGENCY:HPD |
| ▮▮▮▮▮▮▮▮ | DATE PREPARED: 10/6/2012 | O/R NO: 126858612G |
| | | ARREST DATE: 10/06/12 |

NCIC CODE: 1205 01          RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO:                                                    BAIL: $NO BOND
HARRIS COUNTY DISTRICT COURT NO:     **1363776**        PRIOR CAUSE NO:
FIRST SETTING DATE:                  **230**

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **LLOYD DEWAYNE GILBERT**, hereafter styled the Defendant, heretofore on or about **OCTOBER 6, 2012**, did then and there unlawfully while in the course of committing theft of property owned by JAMES FOX and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to JAMES FOX, by STRIKING JAMES FOX WITH HIS HAND.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JULY 25, 1989, in Cause Number 0418865, in the 338TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF A HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 041886J was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on JANUARY 15, 1992, in Cause Number 0614588, in the 176TH DISTRICT COURT of HARRIS County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on October 6, 2012

_____
AFFIANT

**FILED**
Chris Daniel
District Clerk

OCT 0 6 2012

Time: _____
       Harris County, Texas
By _____
              Deputy

_____        00787163
ASSISTANT DISTRICT ATTORNEY    BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3294

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

OCT 0 8 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

OCT 0 7 2012

On this, the _____ day of _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**            **State**        **Zip**

_____
**E-Mail Address**

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

**Phone Number**

**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _____, 20____.

_____
**Judge Presiding**   Belinda Hill

3295

Unofficial Copy Official of Marilyn Burgess District Clerk

EX1

P2

THE STATE OF TEXAS
VS.

**00532692**

D.A. LOG NUMBER:1898149
CJIS TRACKING NO.:9168149816-A002

**JAMES RONALD COLEMAN**

SPN:
DOB:
DATE PREPARED: 10/7/2012

BY: KV  DA NO: 002327599
AGENCY:HCSO
O/R NO: HC12138480
ARREST DATE: 10/07/12

NCIC CODE: 5599 04

RELATED CASES:  **SAME DEF-M**

FELONY CHARGE:  **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1363854**
FIRST SETTING DATE:                                        **230**

BAIL: $2000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES RONALD COLEMAN**, hereafter styled the Defendant, heretofore on or about **OCTOBER 7, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

75002489

BAR CARD NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3296

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
**Deputy District Clerk**
**Harris County, Texas**

F I L E D
Chris Daniel
District Clerk

OCT 1 2 2012

Time: _____
Harris County, Texas
By _____ Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ OCT 1 2 2012 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____          _____
**City              State           Zip**            **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

| | | - | | | - | | | |
|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20____ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _____ day of _____, 20____

_____,
**Judge Presiding**

3297

230

02427302

THE STATE OF TEXAS
VS.

**JESUS ARTURO VENTURA**

SPN:
DOB:
DATE PREPARED: 10/8/2012

D.A. LOG NUMBER:1898327.99
CJIS TRACKING NO.:
BY: DS  DA NO: 002467765
AGENCY: HCSO
O/R NO: 12137935
ARREST DATE: **TO BE**

**FILED**
Chris Daniel
District Clerk
OCT - 8 2012
Time:

NCIC CODE: 1314 14           RELATED CASES:

FELONY CHARGE:  Assault - Family Violence - 2nd Offender
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1363898**
FIRST SETTING DATE:                        **230**

BAIL: SNO BOND
PRIOR CAUSE NO:

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JESUS ARTURO VENTURA** hereafter styled the Defendant, heretofore on or about **OCTOBER 05, 2012**, did then and there unlawfully intentionally and knowingly cause bodily injury to PRISCILLA ACUNA, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by CHOKING THE COMPLAINANT WITH HIS HANDS.

It is further presented that in Harris County, Texas, JESUS ARTURO VENTURA, hereafter styled the Defendant, heretofore on or about OCTOBER 5, 2012, did then and there unlawfully intentionally and knowingly cause bodily injury to PRISCILLA ACUNA, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by PUNCHING THE COMPLAINANT WITH HIS FIST.

It is further presented that before the commission alleged above, the Defendant, on JUNE 29, 2010, in the COUNTY CRIMINAL COURT AT LAW NO. 9 of HARRIS County, Texas, in Cause No. 1602235, was convicted of ASSAULT FAMILY MEMBER which was committed against a member of the Defendant's family.

Probable cause - Aggravated Assault 2nd

THE AFFIANT, DEPUTY MENCHACA, A, IS A CERTIFIED PEACE OFFICER WITH THE HARRIS COUNTY SHERIFF'S OFFICE. THE AFFIANT HAS REASON TO BELIEVE AND DOES BELIEVE THAT ON OCTOBER 5, 2012, THE DEFENDANT, JESUS VENTURA, INTENTIONALLY AND KNOWINGLY COMMITTED THE OFFENSE OF AGGRAVATED ASSAULT OF A FAMILY MEMBER AT 1826 GAULT RD, IN HOUSTON, IN HARRIS COUNTY, TEXAS. AFFIANT'S BELIEF IS BASED ON THE FOLLOWING FACTS:

AFFIANT MET AND SPOKE TO COMPLAINANT, PRISCILLA ACUNA ,WHO AFFIANT BELIEVES IS A RELIABLE AND CREDIBLE PERSON, WHO STATED THAT ON OCTOBER 5, 2012, COMPLAINANT WAS ASSAULTED BY DEFENDANT, WHO COMPLAINANT KNOWS BY NAME AND SIGHT AS HER EX-BOYFRIEND JESUS VENTURA AT

COMPLAINANT STATED WHILE AT THE SLOW PITCH BASEBALL FIELDS SHE OBSERVED THE DEFENDANT. THE DEFENDANT GRABBED HER BY HER ARMS AND BICEPS AREA AND DRUG HER TO HIS CAR AGAINST HER WILL. DEFENDANT SAT HER ON THE FRONT SEAT OF HIS CAR AND HELD ON TO HER WHILE HE DROVE HER TO A SECLUDED PART OF THE PARKING LOT.

WHEN HE STOPPED THE VEHICLE HE STATED "WHY ARE YOU CHEATING ON ME" AND GRABBED HER THROAT WITH BOTH HIS HANDS AND BEGAN SQUEEZING APPLYING PRESSURE RESTRICTING HER BREATHING. HE THEN PUNCHED HER WITH A CLOSED FIST REPEATEDLY ON HER FACE AND HEAD CAUSING HER EXTREME PAIN AND DISCOMFORT.

COMPLAINANT ADVISED SHE BELIEVES SHE LOST CONSCIOUSNESS DURING THE ASSAULT. DEFENDANT LET HER GO AND STATED "YOU KNOW I AM GOING THROUGH A LOT RIGHT NOW AND YOU MADE ME DO THIS TOO YOU".

3298

COMPLAINANT DROVE HOME WHERE SHE CALLED THE POLICE TO FILE A REPORT AND SHE ADVISED SHE WAS IN FEAR FOR HER SAFETY WHILE BEING ASSAULTED BY THE DEFENDANT

AFFIANT OBSERVED VISIBLE INJURIES TO THE COMPLAINANTS FACE, NECK, THROAT, ARMS AND BICEPS.

DEFENDANT HAS A PREVIOUS ASSAULT CONVICTION (COMPLETED DEFERRED ADJUDICATION WHICH CAN BE USED FOR CONVICTION POST-1999) FOR ASSAULT FAMILY MEMBER IN HARRIS COUNTY, COUNTY COURT AT LAW NUMBER 9, CAUSE NUMBER 16022350, ON JUNE 29, 2010.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **October 8, 2012**

_____  2114
AFFIANT

_____          )40 8 94 6
ASSISTANT DISTRICT ATTORNEY   BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

3299

Terry Bagley

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

OCT 11 2012

_____
Deputy District Clerk
Harris County, Texas

Time: _____
        Harris County, Texas

By _____
        Deputy

## ORDER APPOINTING COUNSEL

On this, the _11_ day of _Oct_, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. P. Cornelius_
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

**Bar Card/SPN Number**

**Phone Number**

**Fax Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas  77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for :
on the _____ day of _Nov_, 20__ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of _Oct_, 20__

_____
**Judge Presiding**

3300

THE STATE OF TEXAS       **01847232**       D.A. LOG NUMBER:1898645
VS.       CJIS TRACKING NO.:9168155069-A001

**TERRY LEE BAGLEY**      SPN:      BY: CS  DA NO: 066502100
     DOB:      AGENCY:MTA
     DATE PREPARED: 10/9/2012      O/R NO: 127616712
     ARREST DATE: 10/09/2012

NCIC CODE: 1305 19       RELATED CASES:

FELONY CHARGE: **AGGRAVATED ASSAULT**
CAUSE NO:       BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:     **1364009**     PRIOR CAUSE NO:
FIRST SETTING DATE:      **230**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TERRY LEE BAGLEY**, hereafter styled the Defendant, heretofore on or about **OCTOBER 8, 2012**, did then and there unlawfully, intentionally and knowingly threaten with imminent bodily injury ANUGWOM DURHAM, hereafter called the Complainant, while the Complainant was lawfully discharging an official duty, by using and exhibiting a deadly weapon, namely A KNIFE, knowing that the Complainant was a public servant.

Before the commission of the offense alleged above, on JUNE 29, 2005, in Cause Number 1028967 in the 263RD District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

**FILED**
Chris Daniel
District Clerk
NOV 09 2012
Harris County, Texas
By_____ Deputy
Time:_____ By_____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst Foreman     263rd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

3301

show the Court that he / she is financially unable to hire an attorney.

_____
Defendant

☐ _____ (name), a **WITNESS** in the above styled and
numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of
justice and would show the Court that he / she is financially unable to hire an attorney.

_____,
Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

**F I L E D**
Chris Daniel
District Clerk

OCT 11 2012

Time: _____
Harris County, Texas

By _____
Deputy

_____,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the _11_ day of ___OCT___, 20_12_, the Court determined that the
above named defendant / witness has executed an affidavit stating that he / she is without counsel and is
financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to
represent the defendant / witness named above in this cause.

_____
**Attorney**

_____
**Address**

_____
**City**          **State**          **Zip**          **E-Mail Address**

☐☐☐☐☐☐☐☐
**Bar Card/SPN Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS this cause set for :
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris
County, Texas.

Signed this _____ day of _____, 20_12_,

_____,
Belinda Hill
**Judge Presiding**

3302

DISTRICT CLERK

THE STATE OF TEXAS                    02641349                D.A. LOG NUMBER:1898969
VS.                                                           CJIS TRACKING NO.:9168158378-A001
**CHRISTOPHER PYSE**            SPN:                          BY: DS  DA NO: 062187900
                               DOB:                          AGENCY:HCCO 8
                               DATE PREPARED: 10/10/2012      O/R NO: 120139913
                                                             ARREST DATE: 10/10/2012

NCIC CODE: 4801 27              RELATED CASES: **SAME DEF-MISD**

FELONY CHARGE:  **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**
CAUSE NO:                                                    BAIL: $5000
HARRIS COUNTY DISTRICT COURT NO:          **1364147**         PRIOR CAUSE NO:
FIRST SETTING DATE:                       **230**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTOPHER PYSE**, hereafter styled the Defendant, heretofore on or about **OCTOBER 10, 2012**, did then and there unlawfully, intentionally flee from A. CRUZ, hereafter styled the Complainant, a PEACE OFFICER employed by HARRIS COUNTY CONSTABLE PRECINCT 8, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and the Defendant used a MOTOR while he was in flight.

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY                          BAR CARD NO.
OF HARRIS COUNTY, TEXAS

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3303

show the Court that he / she is financially unable to hire an attorney.

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_____

Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

OCT 1 2 2012

Time: _____
Harris County, Te...

By _____
Deputy

_____

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _____ day of _____ OCT 1 2 2012 _____, 20____, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

_R. P. Cornelius_ -

**Attorney**

_____

**Address**

_____

**City**          **State**          **Zip**          **E-Mail Address**

| | | | | | |
|---|---|---|---|---|---|

**Bar Card/SPN Number**

| | | | - | | | - | | |
|---|---|---|---|---|---|---|---|---|

**Phone Number**

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

| | | | - | | | - | | |
|---|---|---|---|---|---|---|---|---|

**Fax Number**

The Court further ORDERS the cause set for : _____
on the _____ day of _____, 20___ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this ___ day of _____, 20___

_Belinda Hill_

**Judge Presiding**

3304

THE STATE OF TEXAS                           **02012313**                      D.A. LOG NUMBER:1899243
VS.                                                                            CJIS TRACKING NO.:9168161182-A001

**BRANDON LAMONT FISHER**        SPN:                           BY: **DS** DA NO: 001902375
                                 DOB:                           AGENCY:**HPD**
                                 DATE PREPARED: 10/11/2012       O/R NO: 128743912J
                                                                ARREST DATE: 10/10/2012

NCIC CODE: 5599 48                    RELATED CASES: HUBBARD, J.HUBBARD, WILLIAMS, AND LEE-FEL

FELONY CHARGE:  **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:                                                       BAIL: $20,000
HARRIS COUNTY DISTRICT COURT NO:              **1364277**        PRIOR CAUSE NO:
FIRST SETTING DATE:                           **230**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**BRANDON LAMONT FISHER**, hereafter styled the Defendant, heretofore on or about **OCTOBER 10, 2012**, did then and there unlawfully,
knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by
aggregate weight, including any adulterants and dilutants.

**F I L E D**
Chris Daniel
District Clerk

DEC 2 0 2012

Time: _____
By _____

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman                    232nd

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3305

show the Court that he / she is financially unable to hire an attorney.

Case 4:17-cv-03621   Document 89-15   Filed on 01/05/23 in TXSD   Page 589 of 602

Defendant

☐ _____ (name), a **WITNESS** in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

Witness _____,

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

F I L E D
Chris Daniel
District Clerk

OCT 31 2012

Time: _____
Harris County, Texas
By _____
        Deputy

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _31_ day of _____Oct_____, 20_12_, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

R. P. Skip Cornelius
**Attorney**

2020 Buffalo Terr
**Address**

H TX 77019
**City          State          Zip**

_____
**E-Mail Address**

0 4 8 3 1 5 0 0
**Bar Card/SPN Number**

7 1 3 - 2 3 7 - 8 5 4 7
**Phone Number**

☐☐☐ - ☐☐☐ - ☐☐☐☐
**Fax Number**

The Court further ORDERS the cause set for : Plea
on the _6_ day of ____Nov____, 20_12_ at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this _31_ day of _____Oct_____, 20_12_.

_____
**Judge Presiding**

3306

THE STATE OF TEXAS
VS.
**KELBY SWINNEY**

SPN: 2640610
DOB:
DATE PREPARED: 10/24/2012

D.A. LOG NUMBER: 1897387
CJIS TRACKING NO.: 9168141408A002
BY: **TMB**  DA NO: 01962962 AGENCY: LA
**PORTE POLICE DEPARTMENT**
O/R NO: 1202615
ARREST DATE: 10/4/2012

NCIC CODE: 2901 23                RELATED CASES: **AGG. ASSAULT 1363548**

FELONY CHARGE: **CRIMINAL MISCHIEF**
CAUSE NO:        *1365885*
HARRIS COUNTY DISTRICT COURT NO: 230
FIRST SETTING DATE: ~~10/24/2012~~

BAIL: $2000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **KELBY SWINNEY**, hereafter styled the Defendant, heretofore on or about **October 4, 2012**, did then and there unlawfully, intentionally and knowingly damage tangible property, namely a motor vehicle, owned by TYLER JOHN WHITE a person having a greater right to possession of the property than the defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was over one thousand five hundred dollars and under twenty thousand dollars, by STRIKING THE COMPLAINANT'S MOTOR VEHICLE WITH A MOTOR VEHICLE.

*State moves to reduce to Class A Criminal Mischief,*
*a lesser included offense.*

*NCIC - 290127.*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3307

would show the Court that he/she is financially unable to hire an attorney.

_Defendant/Witness_

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____
Deputy District Clerk
Harris County, Texas

**FILED**
Chris Daniel
District Clerk

DEC 10 2012

Time: _____
Harris County, Texas
By _____
Deputy

## ORDER APPOINTING COUNSEL

On this, the _____ day of DEC 10 2012, 20____ the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 526 0153

_____
Address

Phone Number

_____
City          State          Zip

Fax Number

_____
SPN Number

Bar Number

The Court further ORDERS the cause set for: _____NT_____

On the **18** day of **January**, 20**13** at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this **10** day of **Dec**, 20**12**

_Need Sign language interpreter_

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

_____

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

_____

**FOR COURT STAFF ONLY**

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation    ☐ Restitution Info
         _____21 Day _____Full

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

5/2/12

3308

THE STATE OF TEXAS                                        D.A. LOG NUMBER:1903293
VS.                                                       CJIS TRACKING NO.:

**MATTHEW VINCENT WOODARD**      SPN: 02604455            BY: SG  DA NO: 069051500
▮▮▮▮▮▮▮▮▮▮▮▮▮              DOB: ▮▮▮▮▮                 AGENCY:HPD
                                 DATE PREPARED: 1/9/2013   O/R NO: 130354412
                                                          ARREST DATE: **TO BE**

NCIC CODE: 1301 19               RELATED CASES:

FELONY CHARGE:  **Aggravated Assault**
CAUSE NO: 1366319                                         BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO: 182                      PRIOR CAUSE NO:
FIRST SETTING DATE:

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW VINCENT WOODARD**, hereafter styled the Defendant, heretofore on or about **OCTOBER 14, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to VERONDA BAILEY, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A FIREARM, and the Defendant used and exhibited a deadly weapon, namely a FIREARM.

Before the commission of the offense alleged above, on MARCH 29, 1999, in Cause No. 0805775, in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

```
F I L E D
Chris Daniel
District Clerk

JAN 11 2013

Time: _____ 1345
By: _____
    Harris County, Texas
        Deputy
```

**Foreman**                                        339th

*[signature]*

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3309

would show the Court that he/she is financially unable to hire an attorney.

V Rashawn Ross
Defendant/Witness

**F I L E D**
Chris Daniel
District Clerk

DEC 11 2012

Time: _____
Harris County, Texas

By _____
Deputy

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ___11___ day of ___Dec___, 20___, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
|---|---|
| Address | Phone Number |
| City          State          Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for:

ARRG

On the ___11___ day of ___Dec___, 20_13_ at _9.00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___11___ day of ___Dec___, 20_13_

_____
Judge Presiding

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

_____

**FOR COURT STAFF ONLY**

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _____ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to _____ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____21 Day _____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab _____ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

3310

Unofficial Copy Office of Marilyn Burgess District Clerk

| THE STATE OF TEXAS | 02526310 | D.A. LOG NUMBER:1903285 |
|---|---|---|
| VS. | | CJIS TRACKING NO.: |

**RASHAWN DEMOND ROSS**

SPN:

DOB:

DATE PREPARED: 10/30/2012

BY: **RZ** DA NO: 002397165

AGENCY:HCSO

O/R NO: HC12136470

ARREST DATE: **TO BE**

NCIC CODE: 2300 75                RELATED CASES:

FELONY CHARGE: **THEFT**

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:        **1366366**        BAIL: $2000

FIRST SETTING DATE:        **184**        PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RASHAWN DEMOND ROSS**, hereafter styled the Defendant, heretofore on or about **OCTOBER 3, 2012**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, ONE TELEVISION owned by DOROTHY MESHELL, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

**FILED**

Chris Daniel

District Clerk

DEC 2 6 2012

Time: _____ 10:10

Harris County, Texas

By _____

Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst Foreman        263rd

FOREMAN OF THE GRAND JURY

INDICTMENT

3311

would show the Court that he/she is financially unable to hire an attorney.

_____
Defendant/Witness

Sworn to and subscribed before me on this, the _18_ day of _Dec_____, 20_12_.

_____,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the _18_ day of _Dec_____, 20_12_ the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____        _____
Attorney/Assistant Public Defender Assigned by HCPD        E-Mail Address

                                          R.P. SKIP CORNELIUS
_____        SBN 04831500
Address                                   2028 Buffalo Terrace
                                          Houston, Texas  77019
_____        Phone 713 237 8547
City            State        Zip          Fax 713 528 0153
                                          Fax Number

_____        _____
SPN Number                                Bar Number

The Court further ORDERS the cause set for: _Non-trial_

On the _22_ day of _Jan_____, 20_13_ at _9:00_ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _18_ day of _Dec_____, 20_12_        _d. Brown_

                                          _____
                                          Judge Presiding

☐ The State has offered or        ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____    Prosecutor (Initials) _____

_____
## FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case    ☐ Disposition of Misc./OOC Case    ☐ Other _____

☐ D.A. to Reindict    ☐ File Unavailable    ☐ Refer to _____

☐ D.A. to file MRP/MAJ    ☐ MHMRA Evaluation    ☐ Restitution Info
                          ____ 21 Day ____ Full

☐ Defendant On Call    ☐ No Tape/Lab _____    ☐ To Hire Attorney

☐ Defendant to Consider Offer    ☐ No Offense Report

5/2/12

3312

**DISTRICT CLERK**

THE STATE OF TEXAS

VS.

02567350

D.A. LOG NUMBER:1905384

CJIS TRACKING NO.:

**KOREY DONNELL ANDERSON**

SPN:

DOB:

DATE PREPARED: 11/9/2012

BY: SC  DA NO: 002466685

AGENCY:HPD

O/R NO: 125901012Y

ARREST DATE: TO BE

NCIC CODE: 1314 21

RELATED CASES:

FELONY CHARGE:  Aggravated Assault- Family Member

CAUSE NO:

HARRIS COUNTY DISTRICT COURT NO:

FIRST SETTING DATE:

1367505

185

BAIL: SNO BOND

PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KOREY DONNELL ANDERSON**, hereafter styled the Defendant, heretofore on or about **OCTOBER 3, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to DOUGLAS ANDERSON, a MEMBER OF THE DEFENDANT'S FAMILY, hereafter styled the Complainant, by STRIKING THE COMPLAINANT WITH A FIREARM, and the Defendant used and exhibited a deadly weapon, namely a FIREARM, during the commission of the offense.

F I L E D

Chris Daniel
District Clerk

NOV 27 2012

Time: _____ By _____

Deputy

Foreman         248th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3313

would show the Court that he/she is financially unable to hire an attorney.

_____
**Defendant/Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____.

_____ ,
**Deputy District Clerk**
**Harris County, Texas**

## ORDER APPOINTING COUNSEL

On this, the ⟨12⟩ day of ⟨DEC⟩, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

⟨RP Skip Cornelius⟩
**Attorney/Assistant Public Defender Assigned by HCPD**

⟨2028 Buffalo Terr⟩
**Address**

⟨HTX 77019⟩
**City          State          Zip**

⟨0483150D⟩
**SPN Number**

⟨713-237-8547⟩
**E-Mail Address**

**Phone Number**

**Fax Number**

**Bar Number**

The Court further ORDERS the cause set for: _____

On the _____ day of _____, 20____ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ⟨12⟩ day of ⟨Dec⟩, 20⟨12⟩

⟨3 Days⟩
_____
**Judge Presiding**

☐ The State has offered or   ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

## FOR COURT STAFF ONLY

Reset by: ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:
☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness   ☐ Not Indicted
☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☐ Other _____
☐ D.A. to Reindict   ☐ File Unavailable   ☐ Refer to _____
☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation _____ 21 Day _____ Full   ☐ Restitution Info
☐ Defendant On Call   ☐ No Tape/Lab _____   ☐ To Hire Attorney
☐ Defendant to Consider Offer   ☐ No Offense Report

5/2/12

3314

THE STATE OF TEXAS
VS.

**LINDSEY RENE LINDQUIST**

SPN: 02167490
DOB:
DATE PREPARED: 11/21/2012

D.A. LOG NUMBER:1906260
CJIS TRACKING NO.:
BY: CM  DA NO: 002409430
AGENCY:HBD
O/R NO: 127214
ARREST DATE: **TO BE**

NCIC CODE: 2300 79            RELATED CASES:

FELONY CHARGE:  **THEFT - THIRD OFFENDER**
CAUSE NO: 1367796
HARRIS COUNTY DISTRICT COURT NO: 184
FIRST SETTING DATE:

BAIL: $5,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**LINDSEY RENE LINDQUIST**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 2, 2012**, did then and there unlawfully,
commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property,
namely, FOUR SHIRTS, ONE CANDY BAR, AND TWO PAIRS OF PANTS, owned by BARJOHN COLEMAN, hereafter styled the
Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

  Before the Commission of the primary offense, on AUGUST 3, 2005, in Cause Number 1319024, in the COUNTY CRIMINAL COURT AT
LAW NO. 2, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

  Before the commission of the primary offense, on MAY 27, 2011, in Cause Number 1307094, in the 185TH DISTRICT COURT, of HARRIS
County, Texas, the Defendant was convicted of the FELONY OF THEFT.

F I L E D
Chris Daniel
District Clerk
NOV 27 2012
Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman            248th

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

8315

would show the Court that he/she is financially unable to hire an attorney.

CHARLESMONS

**Defendant/Witness**

Sworn to and subscribed before me on this, the _____ day of _____, 20____

**F I L E D**

Chris Daniel
District Clerk

**Deputy District Clerk**   DEC 06 2012

Harris County, Texas

## ORDER APPOINTING COUNSEL

Harris County, Texas

By _____
Deputy

On this, the **6** day of **Dec**, 20____ the Court determined that the above

named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially

unable to hire an attorney.  The Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS

COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this

cause.

R. P. Skip Cornelius

**Attorney/Assistant Public Defender Assigned by HCPD**

2028 Buffalo Terr

**Address**

HTX 77019

**City**          **State**     **Zip**

0483/500

**SPN Number**

**E-Mail Address**

713-237-8547

**Phone Number**

713-520-0153

**Fax Number**

**Bar Number**

The Court further ORDERS the cause set for:

On the **15** day of **Jan**, 20____ at ____ a.m. at 1201 Franklin,

Houston, Harris County, Texas.

Signed this **6** day of **Dec**, 20____

**Judge Presiding**

1-15-13
8:30 AM

☐ The State has offered or   ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court    ☐ Defense       ☒ Operation of Law       ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☒ Defense to Contact Witness   ☒ Not Indicted   PAID

☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☒ Other

☐ D.A. to Reindict   ☐ File Unavilable   ☐ Refer to _____

☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation   ☐ Restitution Info
                          ____ 21 Day ____ Full

☐ Defendant On Call   ☐ No Tape/Lab _____   ☐ To Hire Attorney

☐ Defendant to Consider Offer   ☒ No Offense Report

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

5/2/12

3316

**DISTRICT CLERK**

Unofficial Copy Office of Marilyn Burgess District Court

THE STATE OF TEXAS
VS.       **01765726**

**CHARLES DIXON MOORE**      SPN:
DOB:
DATE PREPARED: 11/13/2012

D.A. LOG NUMBER:1908382
CJIS TRACKING NO.:916825914X-A001
BY: JL  DA NO: 065021651
AGENCY:HPD
O/R NO: 143826512J
ARREST DATE: 11/13/2012

NCIC CODE: 3599 23        RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:          BAIL: $20000
HARRIS COUNTY DISTRICT COURT NO:      **1367889**       PRIOR CAUSE NO:
FIRST SETTING DATE:        **228**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHARLES DIXON MOORE**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 13, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on JULY 21, 2011, in Cause Number 1303889 in the 177TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

**F I L E D**
Chris Daniel
District Clerk

DEC 31 2012

Time: _____ 11:20
Harris County, Texas
By _____

262nd

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman
*Nancy Brouard*

_____
FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3317

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the _____ day of _____, 20_____.

_____,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 15 day of DEC, 20___ the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney.  The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

_____   _____
Attorney/Assistant Public Defender Assigned by HCPD      E-Mail Address

Address                                      Phone Number      R.P. SKIP CORNELIUS
                                                               SBN 04831500
                                                               2028 Buffalo Terrace
City                State        Zip         Fax Number        Houston, Texas  77019
                                                               Phone 713 237 8547
                                                               Fax 713 528 0153
SPN Number    Needs IB tap      Bar Number  Viet.

The Court further ORDERS the cause set for:   12+ ARR

On the 20 day of DEC, 20___ at _____ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of DEC, 20___

_____
Judge Presiding

☐ The State has offered or      ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

_____

### FOR COURT STAFF ONLY

Reset by:  ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness   ☐ Not Indicted

☐ D.A. to Evaluate Case   ☐ Disposition of Misc./OOC Case   ☐ Other _____

☐ D.A. to Reindict   ☐ File Unavailable   ☐ Refer to _____

☐ D.A. to file MRP/MAJ   ☐ MHMRA Evaluation   ☐ Restitution Info
                          _____ 21 Day _____ Full

☐ Defendant On Call   ☐ No Tape/Lab _____   ☐ To Hire Attorney

☐ Defendant to Consider Offer   ☐ No Offense Report

5/2/12

3318

THE STATE OF TEXAS
VS.

**BINH LAM**

02451573

SPN:
DOB:
DATE PREPARED: 11/15/2012

D.A. LOG NUMBER:1908880
CJIS TRACKING NO.:9168264038-A001
BY: **JL** DA NO.: 001909356
AGENCY:HPD
O/R NO: 144635812Q
ARREST DATE: 11/15/2012

NCIC CODE: 5599 04

RELATED CASES:

FELONY CHARGE:  **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1368157**
FIRST SETTING DATE:                       **184**

BAIL: $15000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **BINH LAM**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 15, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on OCTOBER 1, 2010, in Cause Number 53189, in the 240TH District Court of FORT BEND County, Texas, the Defendant was convicted of the state jail felony offense of BURGLARY OF A BUILDING.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of BURGLARY OF A BUILDING and was convicted on OCTOBER 1, 2010, in Cause Number 53188 in the 240TH District Court of FORT BEND County, Texas.

*State moves to abandon enhancement*
*PSI + punish under 12.44a*

**FILED**
Chris Daniel
District Clerk
DEC 20 2012
Time:
By
Harris County, Texas
Deputy

*Interpreter used (JP)*

**AGAINST THE PEACE AND DIGNITY OF THE STATE**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**INFORMATION**

3319