would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 04 2012
Time: ______
Harris County, Texas
By ______
Deputy

Sworn to and subscribed before me on this, the 4 day of Dec, 20 12

______,
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 4 day of Dec, 20 12, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R.P. Skip Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terr
Address

713-237-8547
Phone Number

HTX 77019
City State Zip

713-528-0153
Fax Number

04831500
SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: ARRN

On the 23 day of JAN, 20 13 at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4 day of Dec, 20 12.

______
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS     **02523693**     D.A. LOG NUMBER:1908871
VS.     CJIS TRACKING NO.:

**NEIL JAY MUKHERJEE**     SPN:     BY: AC  DA NO: 001638714
█████████     DOB: ████     AGENCY:HCSO
    DATE PREPARED: 11/21/2012     O/R NO: HC12154516
    ARREST DATE: **TO BE**

NCIC CODE: 1204 04     RELATED CASES:

FELONY CHARGE:  Aggravated Robbery - Deadly Weapon
CAUSE NO:     BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:     **1368690**     PRIOR CAUSE NO:
FIRST SETTING DATE:     **184**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas,
**NEIL JAY MUKHERJEE**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 8, 2012**, did then and there unlawfully, while in
the course of committing theft of property owned by TERESA CRUZ, and with intent to obtain and maintain control of the property,
INTENTIONALLY AND KNOWINGLY threaten and place TERESA CRUZ in fear of imminent bodily injury and death, and the Defendant did
then and there use and exhibit a deadly weapon, namely, A FIREARM.

**F I L E D**
Chris Daniel
District Clerk

FEB 1 1 2013

Time: 11:10 AM
Harris County, Texas
By _____
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Asst. Foreman

Carolina Wolk    351st

FOREMAN OF THE GRAND JURY

INDICTMENT     **RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

3321

would show the Court that he/she is financially unable to hire an attorney.

Dennis Sharp
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

8:30AM OOC/call

## ORDER APPOINTING COUNSEL

On this, the 26 day of Nov, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that [X] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R. P. Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

713 237 8547
Phone Number

H T 77019
City State Zip

713 528 0153
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for OK
On the 19 day of December, 2012 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this 26 day of Nov, 2012

Judge Presiding

[ ] The State has offered or [ ] The State and Defense agree as follows:

12-19-12 8:30AM

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [X] Operation of Law [ ] Prosecution

Reason for Reset:

[X] D.A. to Contact Complainant/Witness
[ ] Defense to Contact Witness
[ ] Not Indicted
[ ] D.A. to Evaluate Case
[ ] Disposition of Misc./OOC Case
[X] Other O/C
[ ] D.A. to Reindict
[ ] File Unavilable
[ ] Refer to ________
[ ] D.A. to file MRP/MAJ
[ ] MHMRA Evaluation ____21 Day ____Full
[ ] Restitution Info
[ ] Defendant On Call
[ ] No Tape/Lab ________
[X] To Hire Attorney
[ ] Defendant to Consider Offer
[ ] No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

P2

THE STATE OF TEXAS
VS.
**DENNIS LEON SHARP**

**02612887**

SPN:
DOB:
DATE PREPARED: **11/22/2012**

D.A. LOG NUMBER:**1910688**
CJIS TRACKING NO.:**9168283229-A001**
BY: **ZAG** DA NO: **002409430**
AGENCY:**HPD**
O/R NO: **147543412Y**
ARREST DATE: **11/22/2012**

NCIC CODE: **1205 01**

RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1368810**
FIRST SETTING DATE: **228**

BAIL: **$10,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **DENNIS LEON SHARP**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 22, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by KIMBERLY JOSEPH and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to KIMBERLY JOSEPH, by STRIKING THE COMPLAINANT WITH HIS FIST.

State moves to reduce to class A Assault
NCIC 131302

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

[signature]
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24042140
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

would show the Court that he/she is financially unable to hire an attorney.

Wants to hire lawyer

Defendant/Witness

8:30AM Docket call

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 26 day of NOV, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that [X] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| R.P. Skip Cornelius | |
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| 2028 BuffaloTerr | 713-237-8547 |
| Address | Phone Number |
| H TX 77019 | 713-528-0153 |
| City / State / Zip | Fax Number |
| 04831500 | 04831500 |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for OK

On the 19 day of December, 2012 at 830 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 26 day of NOV, 2012.

[signature]
Judge Presiding

12-19-12
830Am

[ ] The State has offered or [ ] The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [X] Operation of Law [ ] Prosecution

Reason for Reset:

- [X] D.A. to Contact Complainant/Witness
- [ ] D.A. to Evaluate Case
- [ ] D.A. to Reindict
- [ ] D.A. to file MRP/MAJ
- [ ] Defendant On Call
- [ ] Defendant to Consider Offer
- [ ] Defense to Contact Witness
- [ ] Disposition of Misc./OOC Case
- [ ] File Unavilable
- [ ] MHMRA Evaluation ____21 Day ____Full
- [ ] No Tape/Lab ______________
- [ ] No Offense Report
- [X] Not Indicted
- [X] Other O/K
- [ ] Refer to ______________
- [ ] Restitution Info
- [X] To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
LEONEL MORILLO

02649199

SPN:
DOB:
DATE PREPARED: 11/23/2012

D.A. LOG NUMBER:1910791
CJIS TRACKING NO.:9168284179-A001
BY: MB DA NO: 002333844
AGENCY:HCSO
O/R NO: 12161440
ARREST DATE: 11-23-2012

NCIC CODE: 1301 19

RELATED CASES: CO-DEF C. MORILLO (F) AND C. CAMPOS-MORALES (F)

FELONY CHARGE: Aggravated Assault
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1368826
FIRST SETTING DATE: 228

BAIL: $70,000.00
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LEONEL MORILLO**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 23, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to JOSE GONZALEZ, hereinafter called the Complainant, by STRIKING THE COMPLAINANT WITH A FIREARM, and the Defendant used and exhibited a deadly weapon, namely a FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 05 2012
Time: 1300
Harris County, Texas
By ______ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman 263rd

John Wolfgang Apsel

FOREMAN OF THE GRAND JURY

INDICTMENT

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 20 day of Dec, 20 12.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

AAT

On this, the 20 day of Dec, 20 12, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that [X] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address

Address | Phone Number

City State Zip | Fax Number

SPN Number | Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Impact Docket

On the 25 day of January, 20 13 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 20 day of Dec, 20 12

Judge Presiding

[ ] The State has offered or [ ] The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [ ] Operation of Law [ ] Prosecution

Reason for Reset:

[ ] D.A. to Contact Complainant/Witness
[ ] D.A. to Evaluate Case
[ ] D.A. to Reindict
[ ] D.A. to file MRP/MAJ
[ ] Defendant On Call
[ ] Defendant to Consider Offer
[ ] Defense to Contact Witness
[ ] Disposition of Misc./OOC Case
[ ] File Unavilable
[ ] MHMRA Evaluation
____21 Day ____Full
[ ] No Tape/Lab ______________
[ ] No Offense Report
[ ] Not Indicted
[ ] Other ______________
[ ] Refer to ______________
[ ] Restitution Info
[ ] To Hire Attorney

5/2/12

3326

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS                                    D.A. LOG NUMBER:1764646
VS.                                                   CJIS TRACKING NO.:
**JOHN MORA III**          SPN: 00926335              BY: **JN** DA NO: 059197800
▓▓▓▓▓▓▓▓              DOB: ▓▓▓▓▓               AGENCY:**HCSO**
                           DATE PREPARED: 12/20/11    O/R NO: **HC1185453**
                                                      ARREST DATE:

NCIC CODE: **5533 09**          RELATED CASES:

FELONY CHARGE: **ILLEGAL DUMPING**
CAUSE NO: 1369162
HARRIS COUNTY DISTRICT COURT NO: 185          BAIL: $NO BOND
FIRST SETTING DATE:                           PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN MORA III**, hereafter styled the Defendant, heretofore on or about **JUNE 27, 2011**, did then and there unlawfully, transport litter or other solid waste, namely, **CONSTRUCTION WASTE**, having an aggregate weight of 200 pounds or more, or a volume of 200 cubic feet or more, to a place that was not an approved solid waste site for disposal at the site.

It is further presented that in Harris County, Texas, **JOHN MORA III**, hereafter styled the Defendant, heretofore on or about **JUNE 27, 2011**, did then and there unlawfully, for a commercial purpose, intentionally or knowingly dispose, allow, or permit the disposal of litter or other solid waste, namely, **CONSTRUCTION WASTE**, having an aggregate weight of 200 pounds or more, or a volume of 200 cubic feet or more, at a place that was not an approved solid waste site.

Before the commission of the offense alleged above,(hereinafter styled the primary offense), on **SEPTEMBER 27, 1990**, in Cause No.0565025, in the 177TH District Court of Harris County, Texas, the defendant was convicted of the Felony offense of **THEFT**.

Before the Commission of the Primary offense and after the conviction in Cause Number 0565025 was final, the Defendant committed the felony of **DELIVERY OF A CONTROLLED SUBSTANCE** and was convicted on **JULY 22, 1985**, in Cause No. 0411196, in the 177TH District Court of Harris County, Texas.

**FILED**
Chris Daniel
District Clerk

NOV 2 7 2012

Time_____
By_____

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman                    248th

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3327

would show the Court that he/she is financially unable to hire an attorney.

X Erik Sharp

Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ____________________, 20____.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21 day of March, 2013 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arry

On the 11th day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

MAR 21 2013

Signed this _____ day of 3/21/13, 20____.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ______________
☐ D.A. to Reindict
☐ File Unavilable
☐ Refer to ______________
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation _____21 Day _____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab ______________
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**ERIK LEE SHARP**

02601277

SPN:
DOB:
DATE PREPARED: 11/30/2012

D.A. LOG NUMBER:1912593
CJIS TRACKING NO.:9168302746-A001
BY: SP DA NO: 002197877
AGENCY:KPD
O/R NO: 20121980
ARREST DATE: 11-29-2012

NCIC CODE: 2202 05

RELATED CASES: **MARTINSON - 1F**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1369498
FIRST SETTING DATE: 339

BAIL: $10000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIK LEE SHARP**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 29, 2012**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by CRYSTAL DAWN STRELEC, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

DEC 07 2012

Time: 1400
Harris County, Texas
By: CG
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 248th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ________________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19th day of MARCH, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

2yrs DAJ $200 Fine

Attorney/Assistant Public Defender Assigned by HCPD ____ E-Mail Address R.P. SKIP CORNELIUS SBN 04831500 2028 Buffalo Terrace

Address ____ Phone Number Houston, Texas 77019 Phone 713 237 8547 Fax 713 528 0153

City ____ State ____ Zip ____ Fax Number ____

SPN Number ____ Bar Number ____

The Court further ORDERS the cause set for: ______________________

On the ________ day of ________________, 20____ at ________ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAR 19 2013, 20____.

______________________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**ANTONIO GONZALES**

**02650610**

SPN:
DOB: [redacted]
DATE PREPARED: **12/1/2012**

D.A. LOG NUMBER:**1913018**
CJIS TRACKING NO.:**9168307209-A001**
BY: **VF** DA NO: **002261149**
AGENCY:**LA PORTE**
O/R NO: **1203139**
ARREST DATE: **12 1 12**

NCIC CODE: **5599 04**
RELATED CASES: **SAME DEF. 1 OTHER CHG.**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1369694**
FIRST SETTING DATE: **339**

BAIL: **$2,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANTONIO GONZALES**, hereafter styled the Defendant, heretofore on or about **DECEMBER 1, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 23 2013
Time: ______ Harris County, Texas
By ______ Deputy

Asst. Foreman 351st
Carolina Wolk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ________________, 20____.

____________________________________,
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 12 day of Dec, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD — E-Mail Address

Address — Phone Number

City State Zip — Fax Number

SPN Number — Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARRG

On the 29 day of JAN, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 12 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted
☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________
☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________
☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info
☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney
☐ Defendant to Consider Offer ☐ No Offense Report

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

P2

THE STATE OF TEXAS
VS.
ANTONIO MANUEL FLORES

02464357

SPN:
DOB: [redacted]
DATE PREPARED: 12/1/2012

D.A. LOG NUMBER:1913082
CJIS TRACKING NO.:
BY: AH DA NO: 002268095
AGENCY:HCSO
O/R NO: 120165455
ARREST DATE: NO ARREST

NCIC CODE: 1314 14

RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1369719
FIRST SETTING DATE: 184

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **ANTONIO MANUEL FLORES**, hereafter styled the Defendant, heretofore on or about **DECEMBER 1, 2012,** did then and there unlawfully, intentionally and knowingly cause bodily injury to Jennie Vinroe, hereafter styled the Complainant, person with whom the Defendant had a dating relationship, by striking the Complain with his hand.

It is further presented that before the commission alleged above, the Defendant, on AUGUST 30, 2012, in the COUNTY CRIMINAL COURT AT LAW NO. 12 of HARRIS County, Texas, in Cause No. 1845866, was convicted of ASSAULT which was committed against a person with whom the Defendant had a dating relationship.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
FEB 05 2013
Time: ____________
Harris County, Texas
By ____________
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 11 day of Dec, 2012.

Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
DEC 11 2012
Time:
Harris County, Texas
By
Deputy

## ORDER APPOINTING COUNSEL

On this, the 11 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARRG

On the 18 day of ~~Dec~~ JAN, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 11 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK
Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**TYLER KENT WRIGHT**
**HOUSTON, TX**

SPN: 02201850
DOB: [redacted]
DATE PREPARED: 12/19/2012

D.A. LOG NUMBER:1913110
CJIS TRACKING NO.:9168308736-A001
BY: CM DA NO: 002334218
AGENCY:HCSO
O/R NO: HC12165585
ARREST DATE: 12 01 12

NCIC CODE: 2411 11

RELATED CASES:

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO: 1369735
HARRIS COUNTY DISTRICT COURT NO: 184
FIRST SETTING DATE:

BAIL: $15,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TYLER KENT WRIGHT**, hereafter styled the Defendant, heretofore on or about **DECEMBER 1, 2012**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by TERRI WRIGHT, hereafter styled the Complainant, without the effective consent of the Complainant.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on MARCH 17, 2011, in Cause Number 1277813, in the 179TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of BURGLARY OF A BUILDING and was convicted on AUGUST 1, 2012, in Cause Number 16141 in the District Court of CHAMBERS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 21 2012 1040
Time: Harris County, Texas
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst Foreman 263rd

FOREMAN OF THE GRAND JURY

**INDICTMENT**

and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

X in Custody - refused to sign

Defendant/Witness

Sworn to and subscribed before me on this, the 21 day of Dec, 2012.

_______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Non-trial

On the 31 day of January, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21 day of Dec, 2012

D. Brown
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**01267117**

D.A. LOG NUMBER: **1913382**
CJIS TRACKING NO.: **9168311532-A001**

**CARLA DENISE JACKSON**
**ADDRESS UNKNOWN**

SPN:
DOB: [redacted]
DATE PREPARED: 12/2/2012

BY: **BJE** DA NO: **050788538**
AGENCY: **HCSO**
O/R NO: **HC120166011**
ARREST DATE: **12-2-12**

NCIC CODE: **2300 75**

RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1369814**
FIRST SETTING DATE: **185**

BAIL: **$15,000.00**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CARLA DENISE JACKSON**, hereafter styled the Defendant, heretofore on or about **DECEMBER 2, 2012**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, SIXTY-FOUR CONTAINERS OF BABY FORMULA owned by CHERYL DICKEY, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on NOVEMBER 3, 2011, in Cause Number 1313437, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE LESS THAN 1 GRAM.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE LESS THAN 1 GRAM and was convicted on OCTOBER 2, 2001, in Cause Number 0870688 in the 337TH District Court of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 11 2012
Time: Harris County, Texas
By Deputy

Foreman 248th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ____________________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 12 day of Dec, 20 12, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARRG

On the 29 day of JAN, 20 13 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 12 day of Dec, 20 12

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation
_____21 Day _____Full
☐ No Tape/Lab ______________
☐ No Offense Report
☐ Not Indicted
☐ Other ______________
☐ Refer to ______________
☐ Restitution Info
☐ To Hire Attorney



THE STATE OF TEXAS
VS.
**WILLIE DARRIES**

SPN: 02270765
DOB:
DATE PREPARED: 2/12/2013

D.A. LOG NUMBER:1913891
CJIS TRACKING NO.:9168316283-A001
BY: CM DA NO: 001642011
AGENCY:HCSO
O/R NO: 12-158015
ARREST DATE: 12 04 12

NCIC CODE: 5599 19

RELATED CASES: SD: 2 FEL

FELONY CHARGE: **DELIVERY OF A CONTROLLED SUBSTANCE**
CAUSE NO: 1370032
HARRIS COUNTY DISTRICT COURT NO: 184
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIE DARRIES**, hereafter styled the Defendant, heretofore on or about **DECEMBER 4, 2012**, did then and there unlawfully, knowingly deliver by actual transfer to M. FLYNT, a controlled substance, namely, HEROIN, weighing by aggregate weight, including any adulterants and dilutants, more than 4 grams and less than 200 grams.

It is further presented that in Harris County, Texas, WILLIE DARRIES , hereafter styled the Defendant, heretofore on or about DECEMBER 4, 2012, did then and there unlawfully, knowingly deliver by constructive transfer to M. FLYNT, a controlled substance, namely, HEROIN, weighing by aggregate weight, including any adulterants and dilutants, more than 4 grams and less than 200 grams.

It is further presented that in Harris County, Texas, WILLIE DARRIES, hereafter styled the Defendant, heretofore on or about DECEMBER 4, 2012, did then and there unlawfully, knowingly deliver by offering to sell to M. FLYNT, a controlled substance, namely, HEROIN, weighing by aggregate weight, including any adulterants and dilutants, more than 4 grams and less than 200 grams.

Before the commission of the offense alleged above, on AUGUST 29, 1990, in Cause No. 336-229, in the CRIMINAL District Court for the PARISH OF ORLEANS, Louisiana, the Defendant was convicted of the felony offense of POSSESSION OF HEROIN.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
FEB 13 2013
Time: ____
Harris County, Texas
By ____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman 351st
Carolina Walk

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 10 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ______________________________

On the ______ day of ____________________, 20____ at ________ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012

Judge Presiding

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: ________ Harris County, Texas
By ________ Deputy

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ____________
☐ D.A. to Reindict
☐ File Unavilable
☐ Refer to ____________
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation ____21 Day ____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab ____________
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

5/2/12 3340

180 days Hcg

P2

THE STATE OF TEXAS
VS.
**WILLIE WALKER**

**01125886**

SPN:
DOB: [redacted]
DATE PREPARED: **12/5/2012**

D.A. LOG NUMBER: **1913981**
CJIS TRACKING NO.: **9168317204-A001**
BY: **SP** DA NO: **002126024**
AGENCY: **HPD**
O/R NO: **152812812**
ARREST DATE: **12-04-2012**

7 DAYS

NCIC CODE: **5599 04**

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370070**
FIRST SETTING DATE: **184**

BAIL: **$15000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIE WALKER**, hereafter styled the Defendant, heretofore on or about **DECEMBER 4, 2012,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on AUGUST 12, 1990, in Cause No. 0572322, in the 263RD DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause No. 0572322 was final, the Defendant committed the felony offense of MANUFACTURE / DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on MAY 8, 1991, in Cause No. 0597275, in the 183RD DISTRICT COURT of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: ______ Harris County, Texas
By ______ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24049317
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ____________, 20____.

____________________________________,

Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: Dec. 10. 12
Harris County, Texas
By Deputy

# ORDER APPOINTING COUNSEL

On this, the 12 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARR

On the 17 day of JAN, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 12 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation
____21 Day ____Full
☐ No Tape/Lab ____________
☐ No Offense Report
☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

5/2/12 3342

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**RICKY PITTMAN**

**02375582**

SPN:
DOB:
DATE PREPARED: **12/5/2012**

D.A. LOG NUMBER: **1913909**
CJIS TRACKING NO.: **9168316402-A001**
BY: **AZ** DA NO: **002260744**
AGENCY: **HPD**
O/R NO: **152584712X**
ARREST DATE: **12-04-12**

NCIC CODE: **2202 05**

RELATED CASES: **D. MURPHY FELONY**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370109**
FIRST SETTING DATE: **184**

BAIL: **$10,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RICKY PITTMAN**, hereafter styled the Defendant, heretofore on or about **DECEMBER 4, 2012,** did then and there unlawfully, with intent to commit theft, enter a habitation owned by JOSE SANTIAGO-RODRIGUEZ, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 20 2012
Time: 3:35
Harris County, Texas
By: Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

228th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20___.

FILED
Chris Daniel
District Clerk
DEC 10 2012

Time: ________ Harris County, Texas
By ________

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the ________ day of DEC 10 2012, 20__, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ________ E-Mail Address ________

Address ________ Phone Number ________

City State Zip ________ Fax Number ________

SPN Number ________ Bar Number ________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: NT

On the 18 day of January, 2013 at ________ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ________
☐ No Offense Report
☐ Not Indicted
☐ Other ________
☐ Refer to ________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

3344

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

B

THE STATE OF TEXAS
VS.
**LEONARD GREGORY**

**00941038**

SPN:
DOB:
DATE PREPARED: 12/5/2012

D.A. LOG NUMBER:1914204
CJIS TRACKING NO.:9168319088-A001
BY: GU DA NO: 002466685
AGENCY:HCSO
O/R NO: HC12167447
ARREST DATE: 12-5-2012

NCIC CODE: 5599 06

RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370164**
FIRST SETTING DATE: **182**

BAIL: $20,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **LEONARD GREGORY**, hereafter styled the Defendant, heretofore on or about **DECEMBER 5, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, METHAMPHETAMINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on FEBRUARY 16, 2006, in Cause No. 1057157, in the 339TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony offense of PROHIBITED SUBSTANCE IN CORRECTIONAL FACILITY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 17 2013
Time: Harris County, Texas
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 177th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: ____ Harris County, Texas
By ____ Deputy

Sworn to and subscribed before me on this, the ________ day of ________________, 20____.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 10 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ________ E-Mail Address ________

Address ________ Phone Number ________

City ____ State ____ Zip ____ Fax Number ________

SPN Number ________ Bar Number ________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arg

On the 17 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3346

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS      __01637601__      D A LOG NUMBER 1914425
VS      CJIS TRACKING NO 9168321678-A001

**RODNEY L. SMITH**      SPN      BY CS DA NO 002466685

DOB ▇▇▇▇▇      AGENCY HPD

DATE PREPARED 12/7/2012      O/R NO 153373012

ARREST DATE 12/06/2012

NCIC CODE 1314 21      RELATED CASES SAME-F

FELONY CHARGE    Aggravated Assault - Family Member

CAUSE NO      BAIL SNO BOND

HARRIS COUNTY DISTRICT COURT NO    __1370354__      PRIOR CAUSE NO

FIRST SETTING DATE      __184__

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RODNEY L. SMITH**, hereafter styled the Defendant, heretofore on or about **DECEMBER 6, 2012**, did then and there unlawfully, intentionally and knowingly threaten TAMMIE MORRIS, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A FIREARM.

FILED
Chris Daniel
District Clerk
JAN 23 2013
Harris County, Texas
Time ____ By ____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE

Asst. Foreman

Carolina W...   37.

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3347

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ________________, 20____.

Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: ____________
Harris County, Texas
By ____________
Deputy

# ORDER APPOINTING COUNSEL

On this, the 10 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ________________

On the 17 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ____________
☐ D.A. to Reindict
☐ File Unavilable
☐ Refer to ____________
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation _____21 Day _____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab ____________
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

D

THE STATE OF TEXAS
VS.
**RODNEY L. SMITH**

**01637601**

SPN:
DOB: [redacted]
DATE PREPARED: 12/7/2012

D.A. LOG NUMBER:1914425
CJIS TRACKING NO.:9168321678-A002
BY: CS DA NO: 002466685
AGENCY:HPD
O/R NO: 153373012
ARREST DATE: 12/06/2012

NCIC CODE: 2202 09
RELATED CASES: **SAME-F**

FELONY CHARGE: **BURGLARY - HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370355**
FIRST SETTING DATE: **184**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RODNEY L. SMITH**, hereafter styled the Defendant, heretofore on or about **DECEMBER 6, 2012**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally and knowingly enter a habitation owned by TAMMIE MORRIS, a person having possession of the habitation, and commit and attempt to commit the felony of AGGRAVATED ASSAULT.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 23 2013
Time: ______ Harris County, Texas
By: ______ Deputy

Asst. Foreman
351s

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Carolina Walk

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: ______
Harris County, Texas
By ______ Deputy

Sworn to and subscribed before me on this, the ______ day of ______, 20____.

______,
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

DEC 10 2012

On this, the ______ day of ______, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______

E-Mail Address ______

Address ______

Phone Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City ______ State ______ Zip ______

Fax Number ______

SPN Number ______

Bar Number ______

The Court further ORDERS the cause set for: NT

On the 2 day of January, 2013 at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012.

______
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ______
☐ D.A. to Reindict
☐ File Unavilable
☐ Refer to ______
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation ____21 Day ____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab ______
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

5/2/12

3350

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

β

THE STATE OF TEXAS
VS.

**JAMEISHA ELAINNE KENNON**

**02468840**

SPN:
DOB: [redacted]
DATE PREPARED: **12/7/2012**

D.A. LOG NUMBER:**1914709**
CJIS TRACKING NO.:**9168325037-A001**
BY: **EG** DA NO: **002333689**
AGENCY:**HPD**
O/R NO: **144188712R**
ARREST DATE: **12-07-2012**

NCIC CODE: **2300 75**

RELATED CASES:

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370428**
FIRST SETTING DATE: **182**

BAIL: **$2,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMEISHA ELAINNE KENNON**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 14, 2012**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, FIFTY PAIRS OF JEANS owned by ALBERTO HERRERA, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 17 2013
Time: 1225
Harris County, Texas
By: ______ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman
177th

Bridgett Schottle

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: Harris County, Texas
By Deputy

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the ______ day of DEC 10 2012, 20___, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

The Court further ORDERS the cause set for: IA

On the 18 day of January, 2013 at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012.

To State Jail Court

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3352

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**ANTHONY JOHN KACZMAREK**

**00484615**

SPN:
DOB:
DATE PREPARED: 12/7/2012

D.A. LOG NUMBER:1914767
CJIS TRACKING NO.:9168325614-A001
BY: GU DA NO: 001863827
AGENCY:HPD
O/R NO: 153904012I
ARREST DATE: 12-7-2012

NCIC CODE: 5599 04

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370446**
FIRST SETTING DATE: **182**

BAIL: $15,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANTHONY JOHN KACZMAREK**, hereafter styled the Defendant, heretofore on or about **DECEMBER 7, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 16, 2007, in Cause Number 1112275, in the 263RD District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of FALSE STATEMENT TO OBTAIN CREDIT and was convicted on JANUARY 27, 2010, in Cause Number 1248789 in the 262ND District Court of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk

JAN 25 2013

Time: 1215
Harris County, Texas
By CG
Deputy

Foreman 339th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Adam Castro
Defendant/Witness

Sworn to and subscribed before me on this, the 30 day of April, 2013

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 30 day of April, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500

Address

Phone Number

2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: ____________

On the ______ day of ____________, 20____ at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 30 day of April, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

- ☐ D.A. to Contact Complainant/Witness
- ☐ Defense to Contact Witness
- ☐ Not Indicted
- ☐ D.A. to Evaluate Case
- ☐ Disposition of Misc./OOC Case
- ☐ Other ____________
- ☐ D.A. to Reindict
- ☐ File Unavailable
- ☐ Refer to ____________
- ☐ D.A. to file MRP/MAJ
- ☐ MHMRA Evaluation _____21 Day _____Full
- ☐ Restitution Info
- ☐ Defendant On Call
- ☐ No Tape/Lab ____________
- ☐ To Hire Attorney
- ☐ Defendant to Consider Offer
- ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**02251928**

D.A. LOG NUMBER:**1914737**
CJIS TRACKING NO.:

**ADAM VALENTINE CASTRO**

SPN:
DOB: [redacted]
DATE PREPARED: **12/8/2012**

BY: **BJE** DA NO: **002467911**
AGENCY:**HCSO**
O/R NO: **HC12167951**
ARREST DATE: **TO BE**

NCIC CODE: **2202 05**

RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370501**
FIRST SETTING DATE: **174**

BAIL: **$10,000.00**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ADAM VALENTINE CASTRO**, hereafter styled the Defendant, heretofore on or about **DECEMBER 6, 2012**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by CARRIE VEGA, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: 11:00
Harris County, Texas
By: Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman

77046

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 10 2012
Time: Harris County, Texas
By Deputy

Sworn to and subscribed before me on this, the ________ day of ________, 20____.

________________________,
Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 10 day of Dec, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARRC

On the 15 day of JAN, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**DAVID YATES**

SPN: **02202618**
DOB: [redacted]
DATE PREPARED: **12/19/2012**

D.A. LOG NUMBER:**1915150**
CJIS TRACKING NO.:**9168329962-A001**
BY: **CM** DA NO: **002328022**
AGENCY:**HPD**
O/R NO: **1545702120**
ARREST DATE: **12 08 12**

NCIC CODE: **1314 14**

RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO: **1370530**
HARRIS COUNTY DISTRICT COURT NO: **184**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DAVID YATES**, hereafter styled the Defendant, heretofore on or about **DECEMBER 8, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to VENUS SHELLY, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by DRAGGING THE COMPLAINANT WITH HIS HAND.

It is further presented that in Harris County, Texas, DAVID YATES, hereafter styled the Defendant, heretofore on or about DECEMBER 8, 2012, did then and there unlawfully intentionally and knowingly cause bodily injury to VENUS SHELLY, hereafter styled the Complainant, A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by BENDING THE COMPLAINANT'S THUMB BACK WITH HIS HAND.

It is further presented that before the commission alleged above, the Defendant, on SEPTEMBER 15, 2011, in the 208TH DISTRICT COURT of HARRIS County, Texas, in Cause No. 1315755, was convicted of ASSAULT which was committed against a MEMBER OF THE DEFENDANT'S FAMILY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 20 2012
Time: 1305
Harris County, Texas
By: _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 228th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 11 2012
Time: ______ Harris County, Texas
By ______ Deputy

Sworn to and subscribed before me on this, the 11 day of Dec, 2012.

______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 11 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARR

On the 11 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 11 day of Dec, 2012

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other __________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to __________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab __________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3358

Unofficial Copy Office of Marilyn Burgess District Clerk

01294802

184

THE STATE OF TEXAS
VS.
**KENDRICK TAMARA MABLE**

**01294802**

SPN:
DOB: [redacted]
DATE PREPARED: **12/9/2012**

D.A. LOG NUMBER: **1915244**
CJIS TRACKING NO.: **9168330979-A001**
BY: **KES** DA NO: **001901698**
AGENCY: **HPD**
O/R NO: **154705412O**
ARREST DATE: **12/09/2012**

NCIC CODE: **1205 01**

RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370550**
FIRST SETTING DATE: **184**

BAIL: **$20,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **KENDRICK TAMARA MABLE,** hereafter styled the Defendant, heretofore on or about **DECEMBER 9, 2012,** did then and there unlawfully while in the course of committing theft of property owned by VERENICE CORTEZ-HERNANDEZ and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to JOSE RUBIO, by STRIKING THE COMPLAINANT WITH HIS HAND.

Before the commission of the offense alleged above, on MAY 25, 1995, in Cause Number 0652747 in the 230TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of UNAUTHORIZED USE OF A MOTOR VEHICLE.

**FILED**
Chris Daniel
District Clerk

DEC 09 2012

Time: 1200
Harris County, Texas
By dys
Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **December 9, 2012**

AFFIANT

ASSISTANT DISTRICT ATTORNEY OF HARRIS COUNTY, TEXAS.    BAR NO.

**COMPLAINT**

would show the Court that he/she is financially unable to hire an attorney.

Patricia Martinez
Defendant/Witness

1384794 01010 / Court: 337

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

FILED
Chris Daniel
District Clerk
DEC 11 2012
Time: ______
Harris County, Texas
By ______ Deputy

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ________ day of ______________, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: 1-11-13 ARRG

On the 11 day of JAN, 20 13 at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 11 day of Dec, 20 12.

[signature]
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ______ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to ______ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ______ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**PATRICIA MARTINEZ**

SPN: **02132870**
DOB: [redacted]
DATE PREPARED: **12/19/2012**

D.A. LOG NUMBER:**1915314**
CJIS TRACKING NO.:**9168331649-A001**
BY: **CM** DA NO: **002397165**
AGENCY:**DEER PARK PD**
O/R NO: **1205580**
ARREST DATE: **12 09 12**

NCIC CODE: **2300 79**

RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO: **1370569**
HARRIS COUNTY DISTRICT COURT NO: **184**
FIRST SETTING DATE:

BAIL: **$2,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **PATRICIA MARTINEZ**, hereafter styled the Defendant, heretofore on or about **DECEMBER 9, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, ONE SWEATER, TWELVE GAMES, TWO DIGITAL CAMERAS, AND FOUR DIGITAL VIDEO DISCS, owned by NOE GARZA, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on APRIL 8, 2010, in Cause Number 1645543, in the COUNTY CRIMINAL COURT AT LAW NO. 12, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Before the commission of the primary offense, on JUNE 10, 2008, in Cause Number 1525808, in the COUNTY CRIMINAL COURT AT LAW NO. 9, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OF THEFT.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
DEC 20 2012
1305
Time: Harris County, Texas
By: Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 228th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 17 day of Dec, 2012.

Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
Harris County, Texas
By Deputy

# ORDER APPOINTING COUNSEL

On this, the ___ day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Aug
On the 17 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of Dec, 2012.

D. Brown
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ____________
☐ No Offense Report
☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**NATHAN PATRICK CARLISLE**

**02290976**

SPN:
DOB: [redacted]
DATE PREPARED: **12/10/2012**

D.A. LOG NUMBER:**1915528**
CJIS TRACKING NO.:
BY: **TD** DA NO: **002467911**
AGENCY:**HPD**
O/R NO: **153050812-E**
ARREST DATE: **TO BE**

P2

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1370642**
**185**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **NATHAN PATRICK CARLISLE**, hereafter styled the Defendant, heretofore on or about **DECEMBER 5, 2012,** did then and there unlawfully, intentionally and knowingly cause serious bodily injury to JESSICA FLETCHER, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, hereafter styled the Complainant by STRIKING THE COMPLAINANT WITH HIS FIST.

Before the commission of the offense alleged above, on DECEMBER 1, 2010, in Cause No. 1710133, in the COUNTY CRIMINAL COURT AT LAW NO. 10 of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE of ASSAULT.

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

2405518
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk

FEB 04 2013

Time: ____________
Harris County, Texas
By ____________
Deputy

Sworn to and subscribed before me on this, the ________ day of FEB 04 2013, 20___.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 4 day of FEB, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

7132378047
Phone Number

H T 77019
City State Zip

7135280153
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: JTRL/ATRL

On the 5 day of Feb, 2012 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 4th day of Feb., 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☒ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ________ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to ________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

5/2/12

3364

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**JAMES SMITH**

**01344066**

SPN:
DOB: [redacted]
DATE PREPARED: **12/11/2012**

D.A. LOG NUMBER: **1915598**
CJIS TRACKING NO.:
BY: **CS** DA NO: **002425936**
AGENCY: **HCSO**
O/R NO: **120169983**
ARREST DATE: **12/10/2012**

NCIC CODE: **1399 07**

RELATED CASES:

FELONY CHARGE: **Assault - Contract Jail or Detention Facility Employee**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370677**
FIRST SETTING DATE: **177**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JAMES SMITH**, hereafter styled the Defendant, heretofore on or about **DECEMBER 10, 2012**, did then and there unlawfully, INTENTIONALLY and KNOWINGLY cause bodily injury to A. HAGER, hereinafter called the Complainant, who was A PERSON who contracted with government to perform a service in a CORRECTIONAL FACILITY, namely, HARRIS COUNTY JAIL, while the Complainant was engaged in performing a service within the scope of the contract, and the Defendant knew that the Complainant was authorized to provide the service and the Defendant STRUCK THE COMPLAINANT WITH HIS HAND.

Before the commission of the offense alleged above, on AUGUST 3, 1994, in Cause Number 9411011 in the 351ST District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ASSAULT WITH A DEADLY WEAPON.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 1 0 2013
Time: Harris County, Texas
By Deputy

FILED
Chris Daniel
District Clerk
JAN 1 0 2013
Time: Harris County, Texas
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 180th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

[signature] Christina McCardell
Defendant/Witness

DEC 13 2012

Sworn to and subscribed before me on this, the __________ day of ________________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 13 day of Dec, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| Address | Phone Number |
| City State Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARRG

On the 30 day of JAN, 2013 at 9:00 a.m. at 1201 Franklin, Judge

Houston, Harris County, Texas.

Signed this 13 day of Dec, 2012

[signature] Jan Krocker
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ____________ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to ____________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ____________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**CHRISTINA MCCARDELL**

**02033009**

SPN:
DOB: [redacted]
DATE PREPARED: **12/11/2012**

D.A. LOG NUMBER: **1915548**
CJIS TRACKING NO.:
BY: **SC** DA NO: **002397991**
AGENCY: **HCSO**
O/R NO: **12169846**
ARREST DATE: **12/10/12**

NCIC CODE: **1313 18**

RELATED CASES:

FELONY CHARGE: **ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370760**
FIRST SETTING DATE: **184**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CHRISTINA MCCARDELL**, hereafter styled the Defendant, heretofore on or about **DECEMBER 10, 2012**, did then and there unlawfully, INTENTIONALLY cause bodily injury to J. KOEN, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: JAILER by STRIKING THE COMPLAINANT WITH HIS HAND.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

JAN 18 2013

Time: 1295
Harris County, Texas
By CG
Deputy

Foreman 339th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Miguel Rios
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 15 day of Dec, 20 16, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

SPN Number

Bar Number

The Court further ORDERS the cause set for: ARRG

On the 29 day of JAN, 20 17 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of Dec, 20 16.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**MIGUEL ANGEL RIOS**

SPN: **02621890**
DOB: [redacted]
DATE PREPARED: **2/4/2013**

D.A. LOG NUMBER:**1916019**
CJIS TRACKING NO.:**9168338929-A001**
BY: **CM** DA NO: **069051500**
AGENCY:**HCCO 3**
O/R NO: **120170692**
ARREST DATE: **12 12 12**

NCIC CODE: **3599 23**
RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: **1370896**
HARRIS COUNTY DISTRICT COURT NO: **184**
FIRST SETTING DATE:

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MIGUEL ANGEL RIOS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 12, 2012**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE on or about DECEMBER 12, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIREARM, during the commission of said offense and during the immediate flight from said offense.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
FEB 05 2013
Time: ____
Harris County, Texas
By ____ Deputy

Foreman 339th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Derrell Bell
Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: Harris County, Texas
By Deputy

Sworn to and subscribed before me on this, the ______ day of DEC 17 2012 20____.

______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 17 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| RP Cornelius | |
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| 2028 Buffalo Terrace | 713 237 8547 |
| Address | Phone Number |
| H T 77019 | 713 528 0153 |
| City State Zip | Fax Number |
| | 04831500 |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for: Arrg

On the 29 day of Jan, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of Dec, 2012.

[signature]
Judge Presiding

CD: 1370923
1370924

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ____________ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to ____________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ____________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**JERRELL BELL**

**02372395**

SPN:
DOB: [redacted]
DATE PREPARED: 12/12/2012

D.A. LOG NUMBER:1916155
CJIS TRACKING NO.:9168340494-A001
BY: GU DA NO: 001827359
AGENCY:HPD
O/R NO: 155761912
ARREST DATE: 12-11-2012

NCIC CODE: 1204 04

RELATED CASES: **P. HAMPTON / D. HAMPTON - ALL FEL**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO: **1370925**
HARRIS COUNTY DISTRICT COURT NO: **338**
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JERRELL BELL**, hereafter styled the Defendant, heretofore on or about **DECEMBER 11, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by SELENA MARTINEZ, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place SELENA MARTINEZ in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, a FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 23 2013
Time: ____ Harris County, Texas
By ____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman 351st

Carolina Walk

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 14 day of Dec, 20 12 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address

Address | Phone Number

City | State | Zip | Fax Number

SPN Number | Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ARRG

On the 25 day of JAN, 20 13 at 900 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 14 day of Dec, 20 12.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted
☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________
☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ________
☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info
☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney
☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**ANTONIO BERMUDEZ**

SPN: 00418402
DOB:
DATE PREPARED: 2/5/2013

D.A. LOG NUMBER:1916187
CJIS TRACKING NO.:9168340923-A001
BY: CM DA NO: 001827359
AGENCY:HCSO
O/R NO: 120171015
ARREST DATE: 12 12 12

NCIC CODE: 1314 21

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO: 1370940
HARRIS COUNTY DISTRICT COURT NO: 184
FIRST SETTING DATE:

BAIL: $NO BOND
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANTONIO BERMUDEZ**, hereafter styled the Defendant, heretofore on or about **DECEMBER 12, 2012**, did then and there unlawfully, intentionally and knowingly threaten JUANA ZAPATA, a MEMBER OF THE DEFENDANT'S FAMILY, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on JULY 15, 1987, in Cause Number 0345365, in the 248TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of ~~THEFT~~ Unauthorized Use of a motor vehicle.

~~Before the commission of the primary offense, and after the conviction in Cause Number 0345365 was final, the Defendant committed the felony of CONSPIRACY TO POSSESS / INTENT TO DELIVER LESS THAN 100KG MARIJUANA and was finally convicted of that offense on JULY 12, 1989, in Cause Number 589CR00115-003, in the UNITED STATES DISTRICT COURT of the SOUTHERN DISTRICT of Texas.~~

abandoned by state 2-6-14 JK

A+S mtn to amend granted JKrocker

**FILED**
Chris Daniel
District Clerk
FEB 07 2013
Time: 1320
Harris County, Texas
By: Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman
180th

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: ______
Harris County, Texas
By ______
Deputy

Sworn to and subscribed before me on this, the 14 day of Dec, 2012.

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 14 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Aug

On the 14 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 14 day of Dec, 2012.

J. Brown

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**JOSE TERESO SALAZAR**

**02652438**

SPN:
DOB: [redacted]
DATE PREPARED: **12/11/2012**

D.A. LOG NUMBER:**1916264**
CJIS TRACKING NO.:
BY: **AZ** DA NO: **002327599**
AGENCY:**HPD**
O/R NO: **154342912D**
ARREST DATE: **TO BE**

P2

NCIC CODE: **1314 08**

RELATED CASES: **REFILE CCCL #5**

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1370972**
FIRST SETTING DATE: **185**

BAIL: **$NO BOND**
PRIOR CAUSE NO: **1867193**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **JOSE TERESO SALAZAR**, hereafter styled the Defendant, heretofore on or about **DECEMBER 8, 2012,** did then and there unlawfully, intentionally and knowingly cause bodily injury to MARIBEL HERNANDEZ , hereafter styled the Complainant, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK AND BLOCKING THE COMPLAINANT'S MOUTH.

State moves to reduce to misdemeanor Assault Family Member
NCIC 131420

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24055518
BAR CARD NO.

INFORMATION

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Clarence Hill
Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: ______
By ______ Harris County, Texas
Deputy

Sworn to and subscribed before me on this, the 17 day of Dec, 2012.

______,
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 17 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arg

On the 14 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of Dec, 2012.

D. Brown
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**CLARENCE ALVIN HILL**

**01736360**

SPN:
DOB: [redacted]
DATE PREPARED: **12/13/2012**

D.A. LOG NUMBER:**1916368**
CJIS TRACKING NO.:**9168342675-A001**
BY: **GU** DA NO: **002334218**
AGENCY:**HPD**
O/R NO: **156446912J**
ARREST DATE: **12-13-2012**

NCIC CODE: **5599 06**
RELATED CASES: **SAME DEF - 2 FEL**
FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1371051**
FIRST SETTING DATE: **185**
BAIL: **$30,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLARENCE ALVIN HILL**, hereafter styled the Defendant, heretofore on or about **DECEMBER 13, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE on or about DECEMBER 13, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a FIREARM, during the commission of said offense and during the immediate flight from said offense.

Before the commission of the offense alleged above, on MAY 23, 2008, in Cause Number 972905 in the 263RD District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

JAN 18 2013

Time: 1245
Harris County, Texas
By: CG
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 174th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Clarence Hill
Defendant/Witness

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: ______
Harris County, Texas
By ______ Deputy

Sworn to and subscribed before me on this, the 17 day of Dec, 2012.

______,
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 17 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arg

On the 14 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of Dec, 2012.

D. Brown
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ______ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to ______ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ______ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**CLARENCE ALVIN HILL**

SPN: **01736360**
DOB: [redacted]
DATE PREPARED: **1/17/2013**

D.A. LOG NUMBER:**1916368**
CJIS TRACKING NO.:**9168342675-A002**
BY: **SG** DA NO: **002334218**
AGENCY:**HPD**
O/R NO: **156446912J**
ARREST DATE: **12-13-12**

NCIC CODE: **5203 03**

RELATED CASES:

FELONY CHARGE: **FELON IN POSSESSION OF FIREARM**
CAUSE NO: **1371052**
HARRIS COUNTY DISTRICT COURT NO: **185**
FIRST SETTING DATE:

BAIL: **$5000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CLARENCE ALVIN HILL**, hereafter styled the Defendant, heretofore on or about **DECEMBER 13, 2012**, did then and there unlawfully, intentionally and knowingly possess a firearm after having been convicted of the felony offense of ROBBERY, in the District Court for the 263RD Judicial District, HARRIS County, Texas, in Cause Number 972905 on MAY 23, 2008, and said possession of the firearm occurred before the fifth anniversary of the Defendant's release from supervision under parole on MARCH 15, 2011.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

JAN 18 2013

Time: 1245
Harris County, Texas
By: CG
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 174th

Regina Smith

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

X John Imperial W/ Counsel DHOS BY ISSUES

Defendant/Witness

Sworn to and subscribed before me on this, the 21 day of Dec, 2012.

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 21 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arg

On the 12 day of Feb, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21 day of Dec, 2012.

D. Brown

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☒ MHMRA Evaluation ____21 Day X Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3380

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**JOHN ANDERSON**
**HOMELESS**
**HOUSTON, TX**

**00291849**

SPN:
DOB: [redacted]
DATE PREPARED: **12/15/2012**

D.A. LOG NUMBER:**1916991**
CJIS TRACKING NO.:**9168349807-A001**
BY: **TC** DA NO: **002268160**
AGENCY:**HPD**
O/R NO: **157371512**
ARREST DATE: **12-15-12**

NCIC CODE: **2300 79**
RELATED CASES:

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1371264**
FIRST SETTING DATE: **185**

BAIL: **$15,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOHN ANDERSON**, hereafter styled the Defendant, heretofore on or about **DECEMBER 15, 2012**, did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO PACKS OF BEER, owned by DAVID HUTCHINSON, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on JULY 12, 2012, in Cause Number 1316540, in the 351ST DISTRICT COURT, of HARRIS, County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Before the commission of the primary offense, on MARCH 3, 2010, in Cause Number 1247773, in the 351ST DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the FELONY OF THEFT.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 10 2013
Time: 1440
Harris County, Texas
By: Deputy

Foreman 177th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

show the Court that he / she is financially unable to hire an attorney.

_______________________,
Defendant

☐ _______________________ (name), a WITNESS in the above styled and numbered cause respectfully petitions the Court to appoint counsel to represent him / her in the interests of justice and would show the Court that he / she is financially unable to hire an attorney.

_______________________,
Witness

Sworn to and subscribed before me on this, the 17 day of Dec, 2012.

_______________________,
Deputy District Clerk
Harris County, Texas

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: Harris County, Texas
By Deputy

## ORDER APPOINTING COUNSEL

On this, the 17 day of Dec, 2012, the Court determined that the above named defendant / witness has executed an affidavit stating that he / she is without counsel and is financially unable to hire an attorney. The Court ORDERS that the attorney listed below is appointed to represent the defendant / witness named above in this cause.

Attorney

Address

City State Zip E-Mail Address

Bar Card/SPN Number

Phone Number

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for : Arg.
on the 14 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 17 day of Dec, 2012.

_______________________,
Judge Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**GRADY CLYDE NELSON**

SPN: 1958200
DOB: [redacted]
DATE PREPARED: 1/28/2013

D.A. LOG NUMBER:1917072
CJIS TRACKING NO.:9168350821-A001
BY: SG DA NO: 068910750
AGENCY:HPD
O/R NO: 157457512
ARREST DATE: 12-15-12

NCIC CODE: 1205 01

RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO: 1371291
HARRIS COUNTY DISTRICT COURT NO: 185
FIRST SETTING DATE:

BAIL: $20,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GRADY CLYDE NELSON**, hereafter styled the Defendant, heretofore on or about **DECEMBER 15, 2012**, did then and there unlawfully, while in the course of committing theft of property owned by OSWALD ROJAS and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to OSWALD ROJAS, by STRIKING THE COMPLAINANT WITH HIS HAND.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on FEBRUARY 11, 2003 , in Cause Number 0930580, in the 184TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of BURGLARY OF HABITATION.

Before the commission of the primary offense, and after the conviction in Cause Number 0930580 was final, the Defendant committed the felony of BURGLARY OF A HABITATION and was finally convicted of that offense on MARCH 11, 2005, in Cause Number 1005185, in the 185TH DISTRICT COURT of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 29 2013
Time: 1:30
By: [signature] Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman 180th

[signature]
FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 18 day of Dec, 2012.

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 18 day of Dec, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arg.

On the 22 day of Jan, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Dec, 2012

D. Brown
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other __________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to __________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab __________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

P2

THE STATE OF TEXAS
VS.

**KATRINA RASHAWN BEN**

[REDACTED]

**02333184**

SPN:
DOB: [REDACTED]
DATE PREPARED: **12/16/2012**

D.A. LOG NUMBER:**1917018**
CJIS TRACKING NO.:**9168350198-A001**
BY: **KV** DA NO: **002128914**
AGENCY:**HPD**
O/R NO: **157456612S**
ARREST DATE: **12/15/12**

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1371312**
FIRST SETTING DATE: **185**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **KATRINA RASHAWN BEN**, hereafter styled the Defendant, heretofore on or about **DECEMBER 15, 2012,** did then and there unlawfully, intentionally and knowingly threaten CHOVANE KIBBLE, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

RBG
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24045515
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 18 day of Dec, 20 12.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 18 day of Dec, 20 12, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD — E-Mail Address

Address — Phone Number

City State Zip — Fax Number

SPN Number — Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Impact Docket

On the 23 day of Jan, 20 13 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 18 day of Dec, 20 12.

D. Brown

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

- ☐ D.A. to Contact Complainant/Witness
- ☐ D.A. to Evaluate Case
- ☐ D.A. to Reindict
- ☐ D.A. to file MRP/MAJ
- ☐ Defendant On Call
- ☐ Defendant to Consider Offer
- ☐ Defense to Contact Witness
- ☐ Disposition of Misc./OOC Case
- ☐ File Unavilable
- ☐ MHMRA Evaluation _____21 Day _____Full
- ☐ No Tape/Lab _____
- ☐ No Offense Report
- ☐ Not Indicted
- ☐ Other _____
- ☐ Refer to _____
- ☐ Restitution Info
- ☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

P2

THE STATE OF TEXAS
VS.

**VANCE EDWARD VANHOWTEN**

**01743004**

SPN:
DOB: [redacted]
DATE PREPARED: **12/16/2012**

D.A. LOG NUMBER: **1917258**
CJIS TRACKING NO.: **916835276X-A002**
BY: **DB** DA NO: **002398018**
AGENCY: **HCSO**
O/R NO: **HC120172753**
ARREST DATE: **12-16-12**

NCIC CODE: **2300 79**

RELATED CASES: **SAME DEF MISD & E. BORCHERS - FEL**

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1371354**
FIRST SETTING DATE: **185**

BAIL: **$5000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **VANCE EDWARD VANHOWTEN,** hereafter styled the Defendant, heretofore on or about **DECEMBER 16, 2012,** did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, TWO PAIRS OF EARPHONES, owned by COREY PARTNEY, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on DECEMBER 1, 2008, in Cause Number 1564862, in the COUNTY CRIMINAL COURT AT LAW NO. 1, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT.

Before the commission of the primary offense, on APRIL 15, 2009, in Cause Number 1204899, in the 185TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the FELONY OFFENSE OF THEFT.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on NOVEMBER 12, 2009, in Cause Number 1240580, in the 262ND DISTRICT COURT District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of THEFT and was convicted on JULY 8, 2011, in Cause Number 1298170 in the 180TH District Court of HARRIS County, Texas.

Unofficial Copy Office of Chris Daniel District Clerk

**FILED**
Chris Daniel
District Clerk

DEC 20 2012

Time: ____ Harris County, Texas
By ____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24059518
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**INFORMATION**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 19 day of Dec, 20 12.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of Dec, 20 12 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

SPN Number

Bar Number

The Court further ORDERS the cause set for: Non-trial

On the 24 day of Jan, 20 13 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 19 day of Dec, 20 12

Judge Presiding

☑ The State has offered or ☐ The State and Defense agree as follows:

4 TDC

Defense Attorney (Initials) KK Prosecutor (Initials) ____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ____
☐ No Offense Report
☐ Not Indicted
☐ Other ____
☐ Refer to ____
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**Byron White**

SPN: **01717927**
DOB: [redacted]
DATE PREPARED: **12/17/2012**

D.A. LOG NUMBER: **1917377**
CJIS TRACKING NO.: **9168297505-A001**
BY: **FF** DA NO: AGENCY: **HPD**
O/R NO: **149954312F**
ARREST DATE: **11/28/12**

NCIC CODE: **131408**
RELATED CASES:

FELONY CHARGE: **Assault Family Member Impeding Breathing**
CAUSE NO: 1371404
HARRIS COUNTY DISTRICT COURT NO: 185
FIRST SETTING DATE:

BAIL: **$No Bond**
PRIOR CAUSE NO: **1864743 (refile)**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **Bryon White**, hereafter styled the Defendant, heretofore on or about **November 28, 2012**, did then and there unlawfully, intentionally and knowingly cause bodily injury to Naomi Walker, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's throat.

It is further presented that in Harris County, Texas, Byron White, hereafter styled the Defendant, heretofore on or about November 28, 2012, did then and there unlawfully intentionally and knowingly cause bodily injury to Naomi Walker, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

Before the Commission of the above listed offense alleged above, on December 15, 2004 in Cause No. 998357, in the 337th District Court of Harris County, Texas, the Defendant was convicted of the felonyof Burglary of a Habitation.

FILED
Chris Daniel
District Clerk
DEC 17 2012
Time: 11:40
Harris County, Texas
By
Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 262nd

Nancy C Brunard

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

(X) Brandon Garcia
Defendant/Witness

Sworn to and subscribed before me on this, the 20 day of Dec, 2012.

_______________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 20 day of Dec, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that [X] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Aug

On the 25 day of January, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 20 day of Dec, 2012.

_______________
Judge Presiding

[ ] The State has offered or [ ] The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [ ] Operation of Law [ ] Prosecution

Reason for Reset:

[ ] D.A. to Contact Complainant/Witness
[ ] D.A. to Evaluate Case
[ ] D.A. to Reindict
[ ] D.A. to file MRP/MAJ
[ ] Defendant On Call
[ ] Defendant to Consider Offer
[ ] Defense to Contact Witness
[ ] Disposition of Misc./OOC Case
[ ] File Unavilable
[ ] MHMRA Evaluation _____21 Day _____Full
[ ] No Tape/Lab _______________
[ ] No Offense Report
[ ] Not Indicted
[ ] Other _______________
[ ] Refer to _______________
[ ] Restitution Info
[ ] To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

2653609

THE STATE OF TEXAS
VS.
**BRANDON GARCIA**

**02653609**

SPN:
DOB:
DATE PREPARED: **12/18/2012**

D.A. LOG NUMBER: **1917659**
CJIS TRACKING NO.: **9168356730-A002**
BY: **SC** DA NO: **002273801**
AGENCY: **HPD**
O/R NO: **1584780120**
ARREST DATE: **12/18/12**

NCIC CODE: **4801 27**

RELATED CASES: **SAME DEF. - MISD.**

FELONY CHARGE: **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**
CAUSE NO.
HARRIS COUNTY DISTRICT COURT NO: **1371537**
FIRST SETTING DATE: **185**

BAIL: **$52,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **BRANDON GARCIA** hereafter styled the Defendant, heretofore on or about **DECEMBER 18, 2012**, did then and there unlawfully intentionally flee from K.D. TAYLOR, hereafter styled the Complainant, a PEACE OFFICER employed by THE HOUSTON POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

DEC 18 2012

Time: 1500
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **December 18, 2012**

AFFIANT

24043666

ASSISTANT DISTRICT ATTORNEY OF HARRIS COUNTY, TEXAS.    BAR NO.

**COMPLAINT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 20 day of Dec, 2012.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

AAT

On this, the 20 day of Dec, 2012 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that [X] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R.P. SKIP CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 BUFFALO TERRANCE
Address

713 528 ~~0153~~ 8547
Phone Number

HOUSTON, TX 77019
City State Zip

713 528 0153
Fax Number

~~0~~ 54831500
SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: ____________________

On the ______ day of ____________, 20____ at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 20 day of Dec, 2012

Judge Presiding

[ ] The State has offered or [ ] The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [ ] Operation of Law [ ] Prosecution

Reason for Reset:

- [ ] D.A. to Contact Complainant/Witness
- [ ] D.A. to Evaluate Case
- [ ] D.A. to Reindict
- [ ] D.A. to file MRP/MAJ
- [ ] Defendant On Call
- [ ] Defendant to Consider Offer
- [ ] Defense to Contact Witness
- [ ] Disposition of Misc./OOC Case
- [ ] File Unavilable
- [ ] MHMRA Evaluation _____21 Day _____Full
- [ ] No Tape/Lab ____________
- [ ] No Offense Report
- [ ] Not Indicted
- [ ] Other ____________
- [ ] Refer to ____________
- [ ] Restitution Info
- [ ] To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

P2

THE STATE OF TEXAS
VS.

**01743004**

D.A. LOG NUMBER:1917758
CJIS TRACKING NO.:

**VANCE EDWARD VANHOWTEN**

SPN:
DOB:
DATE PREPARED: **12/18/2012**

BY: **JL** DA NO: **002398018**
AGENCY:**HCSO**
O/R NO: **HC120172946**
ARREST DATE: **12/16/2012**

NCIC CODE: **2300 79**

RELATED CASES: **BORCHERS- FEL**

FELONY CHARGE: **THEFT - THIRD OFFENDER**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1371561**
FIRST SETTING DATE: **185**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

5x1

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **VANCE EDWARD VANHOWTEN,** hereafter styled the Defendant, heretofore on or about **DECEMBER 16, 2012,** did then and there unlawfully, commit an offense hereafter styled the primary offense in that he did appropriate by acquiring and otherwise exercising control over property, namely, FOUR PACKS OF MEAT AND THREE PACKS OF LAUNDRY DETERGENT, owned by MICHAEL OSTRMITRIS, hereafter styled the Complainant, of the value of under one thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the Commission of the primary offense, on DECEMBER 1, 2008, in Cause Number 1564862, in the COUNTY CRIMINAL COURT AT LAW NO. 1, of HARRIS, County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT.

Before the commission of the primary offense, on JUNE 11, 2007, in Cause Number 1120003, in the 179TH DISTRICT COURT, of HARRIS County, Texas, the Defendant was convicted of the MISDEMEANOR OFFENSE OF THEFT

Before the commission of the offense alleged above (hereinafter styled the primary offense), on APRIL 22, 2008, in Cause Number 1145165, in the 182ND District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of EVADING IN A MOTOR VEHICLE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on AUGUST 21, 2006, in Cause Number 1080973 in the 351ST District Court of HARRIS County, Texas.

Unofficial Copy Office of Chris Daniel District Clerk

**FILED**
Chris Daniel
District Clerk

DEC 20 2012

Time: ______
Harris County, Texas
By ______
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24004735
BAR CARD NO.

**INFORMATION**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

Judy Hanhale
Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ____________, 20____.

_________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21 day of DEC, 2012, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Ter
Address

713 237 8547
Phone Number

H T 77019
City State Zip

7135280153
Fax Number

04831500
SPN Number

04831000
Bar Number

The Court further ORDERS the cause set for: NT

On the 23 day of January, 2013 at ______ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 21 day of Dec, 2012.

D. Burg
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ____________
☐ No Offense Report
☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**JUDY LUCILLE HAMBRICK**

SPN: **01044494**
DOB:
DATE PREPARED: **12/19/2012**

D.A. LOG NUMBER:**1917996**
CJIS TRACKING NO.: **9166508838X-D001**
BY: **TB** DA NO: **068910750**
AGENCY:**HCDAO**
O/R NO: **45896111U**
ARREST DATE:

NCIC CODE: **2300 86**

RELATED CASES:

FELONY CHARGE: **THEFT OF FIREARM**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **182**
FIRST SETTING DATE:

**1371628**

BAIL: **$100,000**
PRIOR CAUSE NO: **REFILE FROM CAUSE #1302731-182ND**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JUUDY LUCILLE HAMBRICK**, hereafter styled the Defendant, heretofore on or about **APRIL 12, 2011**, did then and there unlawfully, appropriate by acquiring and otherwise exercising control over property, namely a firearm owned by RONNIE BREWER, hereafter styled the Complainant, with the intent to deprive the Complainant of the firearm.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk

DEC 19 2012

Time: 12:10 pm
Harris County, Texas
By MJO
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on DEC 19 2012

AFFIANT

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

X [signature]
Defendant/Witness

Sworn to and subscribed before me on this, the 21 day of Dec, 20 12.

_______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21 day of Dec, 20 12 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

SPN Number

Bar Number

The Court further ORDERS the cause set for: Impact Docket
On the 31 day of January, 20 13 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.
Signed this 21 day of Dec, 20 12.

D. Brown
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other _______ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to _______ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____21 Day _____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab _______ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**GREGORY ONEAL JENKINS**

**01343625**

SPN:
DOB: [redacted]
DATE PREPARED: **12/19/2012**

D.A. LOG NUMBER: **1918006**
CJIS TRACKING NO.: **9168360169-A001**
BY: **GU** DA NO: **069051500**
AGENCY: **HPD**
O/R NO: **159001012S**
ARREST DATE: **12-19-2012**

NCIC CODE: **5599 05**
RELATED CASES: **WALKER - M**

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1371686**
FIRST SETTING DATE: **185**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GREGORY ONEAL JENKINS**, hereafter styled the Defendant, heretofore on or about **DECEMBER 19, 2012**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on SEPTEMBER 28, 2001, in Cause Number 0804658, in the 178TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of DELIVERY OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0804658 was final, the Defendant committed the felony of DELIVERY OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on NOVEMBER 17, 2005, in Cause Number 1003583, in the 228TH DISTRICT COURT of HARRIS County, Texas.

Certified Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JAN 30 2013
Time: 1345
Harris County, Texas
By CG
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman 351st

Carolina Walk

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Johnathan Brooks
Defendant/Witness

Sworn to and subscribed before me on this, the 24 day of Jan, 20 13.

_______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 24 day of Jan, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Riddhi Desai
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

55656775
SPN Number

Bar Number

The Court further ORDERS the cause set for: AN

On the 15TH day of Feb., 20 13 at 9 a.m at 1201 Franklin, Houston, Harris County, Texas.

Signed this 24 day of Jan, 20 13

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☒ Other LSPN

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

DISTRICT CLERK



THE STATE OF TEXAS
VS.
**JONATHAN JEROME BROOKS**

**02612864**

SPN:
DOB:
DATE PREPARED: **1/22/2013**

D.A. LOG NUMBER:**1926253**
CJIS TRACKING NO.:**9168446586-A001**
BY: **JL** DA NO: **002327599**
AGENCY:**HCSO**
O/R NO: **HC130009984**
ARREST DATE: **1/22/2013**

NCIC CODE: **2411 11**

RELATED CASES: **GIBSON- M/ ISABELLE- M**

FELONY CHARGE: **UNAUTHORIZED USE OF A VEHICLE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1374729**
FIRST SETTING DATE: **174**

BAIL: **$2000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JONATHAN JEROME BROOKS**, hereafter styled the Defendant, heretofore on or about **JANUARY 22, 2013**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by CRYSTAL STARBUCK, hereafter styled the Complainant, without the effective consent of the Complainant.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk
FEB 14 2013
Time 1220
Harris County, Texas
By CR
Deputy

Asst. Foreman 351st

Carolina Wolk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Keith Winston
Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of APR 19 2013, 20___.

______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of Apr, 2013 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP Connelly
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

713 237 8547
Phone Number

H T 77019
City State Zip

713 528 0153
Fax Number

04831500
SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: NTRI

On the 15 day of May, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___ day of APR 19 2013, 20___.
4-19-13

David Mendoza
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☑ Other N/C 1st appear

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to __________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab __________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12 3400

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**KEITH WINSTON**

**02569410**

SPN:
DOB: [redacted]
DATE PREPARED: **2/7/2013**

D.A. LOG NUMBER: **1930864**
CJIS TRACKING NO.: **9168496621-A001**
BY: **BJE** DA NO: **002466729**
AGENCY: **HCSO**
O/R NO: **HC130017678**
ARREST DATE: **2-7-13**

NCIC CODE: **2202 05**
RELATED CASES: **DAVION HILL (F)**

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1376715**
FIRST SETTING DATE: **178**

BAIL: **$10,000.00**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KEITH WINSTON**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 7, 2013**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by STEVEN GRANT, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAR 25 2013
Time: ______ Harris County, Texas
By ______ Deputy

Foreman
177th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

[signature]
FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

[signature]
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ____________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19 day of Feb, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| RP Connelly | |
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| 2028 Buffalo Ter | 713 237 8547 |
| Address | Phone Number |
| H TX 77019 | 713 528 0153 |
| City State Zip | Fax Number |
| | 04831500 |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for: ARRG

On the 19 day of March, 20 13 at 900 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 19 day of Feb, 20 13

[signature]
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

| THE STATE OF TEXAS | **01109884** | D.A. LOG NUMBER:1933744 |
|---|---|---|
| VS. | | CJIS TRACKING NO.:9168527543-A001 |
| **ERRIC BERNARD BAILEY** | SPN: | BY: TC  DA NO: 002294141 |
| ▓▓▓▓▓▓▓▓▓▓ | DOB: ▓▓▓▓▓ | AGENCY:HPD |
| | DATE PREPARED: 2/17/2013 | O/R NO: 019959013 |
| | | ARREST DATE: 2-16-13 |

NCIC CODE: 5599 48          RELATED CASES:  K SPILLER-MISD

FELONY CHARGE:  **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**

CAUSE NO:                                                                          BAIL: $NO BOND

HARRIS COUNTY DISTRICT COURT NO:          **1377762**          PRIOR CAUSE NO:

FIRST SETTING DATE:          **184**

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERRIC BERNARD BAILEY**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 16, 2013**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely,  COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 4, 1992, in Cause Number 0614005, in the 182ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of  AGGRAVATED ASSAULT.

Before the commission of the primary offense, and after the conviction in Cause Number 0614005 was final, the Defendant committed the felony of TAMPERING WITH EVIDENCE and was finally convicted of that offense on MAY 13, 2002, in Cause Number 0909799, in the 176TH DISTRICT COURT of HARRIS County, Texas.

**F I L E D**
Chris Daniel
District Clerk

APR 0 5 2013

Time: _____
Harris County, Texas
By _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

D Wilson  338 TH
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3403

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of MAR 13 2013, 20____.

________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 13 day of MARCH, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD: R P Cornelius

E-Mail Address:

Address: 2028 Buffalo Terrace

Phone Number: 7132378547

City: H T  State:  Zip: 77019

Fax Number: 713 528 0153

SPN Number: 02483150

Bar Number:

The Court further ORDERS the cause set for: Arrs

On the 17 day of Apri, 2013 at 830 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 13 2013, 20____. MAR 13 2013

Judge Presiding

RECORDER'S MEMORANDUM This instrument is of poor quality at the time of imaging

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☑ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**MARQUIET A. DAVIS**

**02157309**

SPN:
DOB: [redacted]
DATE PREPARED: 3/4/2013

D.A. LOG NUMBER:1938003
CJIS TRACKING NO.:9168573715-A001
BY: JL DA NO: 050783722
AGENCY:HPD
O/R NO: 026716013X
ARREST DATE: 3/3/2013

NCIC CODE: 1204 04

RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1379542**
FIRST SETTING DATE: **178**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MARQUIET A. DAVIS**, hereafter styled the Defendant, heretofore on or about **MARCH 3, 2013**, did then and there unlawfully, while in the course of committing theft of property owned by JOSE BOLANOS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place JOSE BOLANOS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

MAY 28 2013

Time: _______ Harris County, Texas

By _______ Deputy

Foreman 337th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

8130 X Rickie Bendley
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 11 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| RP Cornelius | |
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| 2028 Buffalo Terrace | 713 237 8547 |
| Address | Phone Number |
| H TX 77019 | 713 528 0153 |
| City State Zip | Fax Number |
| 0483156 | |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for: Arr

On the 11 day of April, 2013 at 8130 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 11 day of MARCH, 20 13.

[signature]
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**RICKIE JAMES BRADLEY**

**01181975**

SPN:
DOB:
DATE PREPARED: 3/9/2013

D.A. LOG NUMBER: **1939454**
CJIS TRACKING NO.: **9168588550-A001**
BY: **KL** DA NO: **002268160**
AGENCY: **HPD**
O/R NO: **028873913W**
ARREST DATE: **3/8/13**

NCIC CODE: **1109 33**

RELATED CASES:

FELONY CHARGE: **ATTEMPTED AGGRAVATED SEXUAL ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1380147**
FIRST SETTING DATE: **262**

BAIL: **$30,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RICKIE JAMES BRADLEY**, hereafter styled the Defendant, heretofore on or about **MARCH 8, 2013**, did then and there unlawfully, intentionally, with the specific intent to commit the offense of AGGRAVATED SEXUAL ASSAULT of TIFFINAY BARRIE, hereafter styled the Complainant, do an act, to-wit: PULLING THE COMPLAINANT'S PANTS DOWN AND PLACING A KNIFE TOWARDS THE COMPLAINANT, which amounted to more than mere preparation that tended to but failed to effect the commission of the offense intended.

Before the commission of the offense alleged above, on AUGUST 14, 1992, in Cause No. 0596632, in the 174TH District Court, of HARRIS County, Texas, the Defendant was convicted of the felony offense of AUTO THEFT.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUN 05 2013
Time: 1045
Harris County, Texas
By
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman 179th

Donald E. Williams

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

8130

Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ______________, 20____.

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 11 day of MARCH, 2013 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| RP CORNELIUS<br>Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| 2028 Buffalo Terrace<br>Address | 713 2371847<br>Phone Number |
| H 77019<br>City State Zip | 713 528 0153<br>Fax Number |
| 0483152 W<br>SPN Number | Bar Number |

The Court further ORDERS the cause set for: Arg.

On the 4 day of April, 2013 at 8130 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAR 11 2013, 20____.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

21 DAY

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☑ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ____________ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to ____________ |
| ☐ D.A. to file MRP/MAJ | ☑ MHMRA Evaluation<br>✓ 21 Day ____ Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ____________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12 3408

THE STATE OF TEXAS
VS.

**MARCO IVAN PEREZ-DE LOS SANTOS**

02668092

SPN:
DOB: [redacted]
DATE PREPARED: 3/9/2013

D.A. LOG NUMBER: 1939678
CJIS TRACKING NO.: 9168591152-A001
BY: ACV DA NO: 002328322
AGENCY: HC FIRE MARSHAL
O/R NO: HC1332015
ARREST DATE: 03/09/2013

NCIC CODE: 2005 02

RELATED CASES:

FELONY CHARGE: ARSON
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1380193
FIRST SETTING DATE: 262

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MARCO IVAN PEREZ-DE LOS SANTOS**, hereafter styled the Defendant, heretofore on or about **MARCH 9, 2013**, did then and there unlawfully, START A FIRE by IGNITING ORDINARY COMBUSTIBLES with the intent to destroy and damage A HABITATION LOCATED AT [redacted] owned by TIFFANY PEREZ, and the Defendant KNEW THAT THE HABITATION HAD LOCATED WITHIN IT PROPERTY BELONGING TO ANOTHER.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 02 2013
Time: 1310
Harris County, Texas
By: Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman 337th

FOREMAN OF THE GRAND JURY

INDICTMENT

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ____________, 20___.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 13 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address

Address | Phone Number

City | State | Zip | Fax Number

SPN Number | Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arr

On the 16 day of April, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 18 2013, 20___.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted
☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other __________
☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to
☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info
☐ Defendant On Call ☐ No Tape/Lab __________ ☐ To Hire Attorney
☐ Defendant to Consider Offer ☐ No Offense Report

FILED
Chris Daniel
District Clerk
MAR 18 2013
Time: __________
Harris County, Texas
By __________

5/2012 3410

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**CINDY NAHIR BOGADO**

SPN: **02610947**
DOB: [redacted]
DATE PREPARED: **4/8/2013**

D.A. LOG NUMBER:**140217**
CJIS TRACKING NO.:
BY: **SG** DA NO: **002466729**
AGENCY:**HPD**
O/R NO: **27391613**
ARREST DATE: **TO BE**

NCIC CODE: **1314 14**

RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO: **1380441**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CINDY NAHIR BOGADO**, hereafter styled the Defendant, heretofore on or about **MARCH 5, 2013**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ADRIANA GOMEZ, hereafter styled the Complainant, a member of the Defendant's family, by STRIKING THE COMPLAINANT WITH HER HAND.

It is further presented that in Harris County, Texas, CINDY NAHIR BOGADO, hereafter styled the Defendant, heretofore on or about MARCH 5, 2013, did then and there unlawfully intentionally and knowingly cause bodily injury to ADRIANA GOMEZ, hereafter styled the Complainant, a member of the Defendant's family, by KICKING THE COMPLAINANT WITH HER FOOT.

It is further presented that in Harris County, Texas, CINDY NAHIR BOGADO, hereafter styled the Defendant, heretofore on or about MARCH 5, 2013, did then and there unlawfully intentionally and knowingly cause bodily injury to ADRIANA GOMEZ, hereafter styled the Complainant, a member of the Defendant's family, by CHOKING THE COMPLAINANT WITH HER HAND.

It is further presented that before the commission alleged above, the Defendant, on DECEMBER 4, 2012, in the COUNTY CRIMINAL COURT AT LAW NO. 3 of HARRIS County, Texas, in Cause No. 1865231, was convicted of ASSAULT which was committed against a member of the Defendant's family.

FILED
Chris Daniel
District Clerk
APR 08 2013
Time: Harris County, Texas
By Deputy

Foreman 179th

Donald E. Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

would show the Court that he/she is financially unable to hire an attorney.

X William Kaul

Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ______________, 20____.

STATE JAIL DOCKET
Project Court #2, 20th Floor
713-755-5021

______________________________,

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 22 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| Address | Phone Number R.P. SKIP CORNELIUS SBN 04831500 2028 Buffalo Terrace Houston, Texas 77019 Phone 713 237 8547 |
| City State Zip | Fax Number Fax 713 528 0153 |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for:

On the 24th day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAR 22 2013, 20____.

______________________________
Judge Presiding

☑ The State has offered or ☐ The State and Defense agree as follows:

9 mos SJ

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

SXA1
Admt

THE STATE OF TEXAS
VS.
**WILLIAM KAISER**

**00518323**

SPN:
DOB:
DATE PREPARED: 3/12/2013

D.A. LOG NUMBER: 1940466
CJIS TRACKING NO.: 9168598998-A001
BY: GU DA NO: 002334218
AGENCY: HPD
O/R NO: 030564413B
ARREST DATE: 3-12-2013

P2

NCIC CODE: 5599 04

RELATED CASES: THOMAS- MISD

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1380485**
**339**

BAIL: $15,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIAM KAISER,** hereafter styled the Defendant, heretofore on or about **MARCH 12, 2013,** did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

BAR CARD NO.

**INFORMATION**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Vicente Lopez.
Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ____________, 20____.

____________________,
Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 18 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ____________ E-Mail Address ____________

Address ____________ Phone Number ____________

City State Zip ____________ Fax Number ____________

SPN Number ____________ Bar Number ____________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arrg

On the 18 day of April, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 18 2013, 20____.

____________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ____________ |
| ☐ D.A. to Reindict | ☐ File Unavilable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ____________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

FILED
Chris Daniel
District Clerk
MAR 18 2013
Time: ____________ Harris County, Texas
By ____________ Deputy

5/2/12 3414

J

THE STATE OF TEXAS
VS.
**VICENTE RAUL LOPEZ**

**02668724**

SPN:
DOB
DATE PREPARED: 3/15/2013

D.A. LOG NUMBER:1940755
CJIS TRACKING NO.:
BY: KL DA NO: 002327599
AGENCY:BPD
O/R NO: 1303130918
ARREST DATE: 3/13/13

NCIC CODE: 2300 86
RELATED CASES:

FELONY CHARGE: **THEFT OF FIREARM**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1380810**
FIRST SETTING DATE: **339**

BAIL: $52,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **VICENTE RAUL LOPEZ**, hereafter styled the Defendant, heretofore on or about **MARCH 13, 2013**, did then and there unlawfully, appropriate by acquiring and otherwise exercising control over property, namely a firearm owned by BLAKE VANDUSEN, hereafter styled the Complainant, with the intent to deprive the Complainant of the firearm.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
APR 09 2013
Time: ______
Harris County, Texas
By ______ Deputy

Foreman 337th

Karyn Childs

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ______, 20___.

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 13 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______ E-Mail Address ______

Address ______ Phone Number ______

City ______ State ______ Zip ______ Fax Number ______

SPN Number ______ Bar Number ______

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arr

On the 16 day of April, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ___ day of MAR 18 2013, 20___.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

**FILED**
Chris Daniel
District Clerk
MAR 18 2013
Time: ______
Harris County, Texas
By ______

5/2012 3416

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**CINDY BOGADO**

**02610947**

SPN:
DOB:
DATE PREPARED: 3/16/2013

D.A. LOG NUMBER:1941462
CJIS TRACKING NO.:9168609221-A001
BY: DDB DA NO: 002466950
AGENCY:HPD
O/R NO: 031879313U
ARREST DATE: 3/15/2013

NCIC CODE: 1314 14

RELATED CASES:

FELONY CHARGE: **Assault - Family Violence - 2nd Offender**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1380858**
FIRST SETTING DATE: **339**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CINDY BOGADO**, hereafter styled the Defendant, heretofore on or about **MARCH 15, 2013**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ADRIANA GOMEZ, hereafter styled the Complainant, MEMBER OF THE DEFENDANT'S HOUSEHOLD, by STRIKING THE COMPLAINANT WITH HER HAND.

It is further presented that before the commission alleged above, the Defendant, on DECEMBER 14, 2012 , in the COUNTY CRIMINAL COURT AT LAW NUMBER 3 of HARRIS County, Texas, in Cause No. 1865231, was convicted of ASSAULT which was committed against a MEMBER OF OF THE DEFENDANT'S FAMILY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
APR 08 2013
Time: ___ Harris County, Texas
By ___ Deputy

Foreman 179th

Donald E Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

[signature]
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ____________, 20____.

________________________
Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 18 day of MARCH, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ____________ E-Mail Address ____________

Address ____________ Phone Number ____________

City ____ State ____ Zip ____ Fax Number ____________

SPN Number ____________ Bar Number ____________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arr

On the 18 day of April, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 1 8 2013, 20____.

[signature]
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

FILED
Chris Daniel
District Clerk
MAR 18 2013
Time: ____________
Harris County, Texas
By ____________
Deputy

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**RANDY DEWAYNE MASTERS**

**02669141**

SPN:
DOB:
DATE PREPARED: 3/16/2013

D.A. LOG NUMBER:1941537
CJIS TRACKING NO.:9168610157-A001
BY: PW DA NO: 050787163
AGENCY:**MISSOURI CITY PD**
O/R NO: 13000879
ARREST DATE: 03/15/13

NCIC CODE: 1204 04 RELATED CASES: **CO-DEF: KEVON CLARKSON-FELONY**

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1380877
FIRST SETTING DATE: 339

BAIL: $30,000.00
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RANDY DEWAYNE MASTERS**, hereafter styled the Defendant, heretofore on or about **MARCH 15, 2013**, did then and there unlawfully, while in the course of committing theft of property owned by WILLIAMS FUENTES-GRANADOS, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place WILLIAMS FUENTES-GRANADOS in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 01 2013
Time: ____ Harris County, Texas
By: ____ Deputy

Foreman 179th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Donald E. Williams

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

STJ-E

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 20 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arry

On the 9th day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 20 2013 3/20/13, 20____.

Judge Presiding

☑ The State has offered or ☐ The State and Defense agree as follows: 2y TDC - all STJ offers revoked after Δ rejected 8 mos.

Defense Attorney (Initials) ____ Prosecutor (Initials) MEM

FOR COURT STAFF ONLY

Reset by: ☐ Court ☑ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**BRIAN E. CROUCH**

SPN: **01422009**
DOB: [redacted]
DATE PREPARED: **4/2/2013**

D.A. LOG NUMBER:**1941783**
CJIS TRACKING NO.:**9168612672-A001**
BY: **SG** DA NO: **002594736**
AGENCY:**HPD**
O/R NO: **032678913**
ARREST DATE: **3-17-13**

NCIC CODE: **4801 26** RELATED CASES:

FELONY CHARGE: **Evading Arrest or Detention - Second Offender**
CAUSE NO: **1381003**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

BAIL: **$15,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BRIAN E. CROUCH**, hereafter styled the Defendant, heretofore on or about **MARCH 16, 2013**, did then and there unlawfully, intentionally flee from A. WALTMAN, hereafter styled the Complainant, a PEACE OFFICER employed by HARRIS COUNTY SHERIFF'S OFFICE, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and before the commission of the offense alleged herein, on JUNE 19, 1996, in Cause Number 9625885 in the COUNTY CRIMINAL COURT AT LAW NO. 5 of HARRIS County, Texas, the Defendant was finally convicted of the offense of evading DETENTION.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JUNE 29, 2009, in Cause Number 1207100, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE and was convicted on JANUARY 13, 2004, in Cause Number 962879 in the 177TH District Court of HARRIS County, Texas.

FILED
Chris Daniel
District Clerk
APR 04 2013
Time: Harris County, Texas
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

[signature] 337
FOREMAN OF THE GRAND JURY

**INDICTMENT**

Unofficial Copy Office of Marilyn Burgess District Clerk

would show the Court that he/she is financially unable to hire an attorney.

_______________________________
Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ________________, 20____.

_______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 19th day of MARCH, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arr

On the 17 day of April, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAR 19 2013, 20____. 3-19-13

_______________________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

* Case is going to the S.J. Crt

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3422

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**KEENAN SHAWN HOUSTON**

01419344

SPN:
DOB: [redacted]
DATE PREPARED: 3/18/2013

D.A. LOG NUMBER:1941987
CJIS TRACKING NO.:9168614861-A001
BY: CS DA NO: 002466738
AGENCY:HPD
O/R NO: 033070313
ARREST DATE: 03/17/2013

NCIC CODE: 5599 04
RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1381025
FIRST SETTING DATE: 339

BAIL: $2,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KEENAN SHAWN HOUSTON**, hereafter styled the Defendant, heretofore on or about **MARCH 17, 2013**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
APR 22 2013
Time:
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 179th

Donald E. Williams

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Frederick Addison
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 20th day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| Address | Phone Number |
| City State Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: Arry

On the 15th day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 20 2013, 20____.

______________________________
Judge Presiding

☐ The State has offered or ☑ The State and Defense agree as follows: OR

Defense Attorney (Initials) _____ Prosecutor (Initials) McM

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other __________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to __________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab __________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**FREDERICK ADDISON**
[REDACTED]

SPN: 02103316
DOB: [REDACTED]
DATE PREPARED: 4/23/2013

D.A. LOG NUMBER:1942280
CJIS TRACKING NO.:9168617860-A001
BY: SG DA NO: 052815600
AGENCY:HPD
O/R NO: 033478013
ARREST DATE: 3-18-13

NCIC CODE: 5599 48 RELATED CASES:

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: 1381092
HARRIS COUNTY DISTRICT COURT NO: 339
FIRST SETTING DATE:

BAIL: $30,000
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **FREDERICK ADDISON**, hereafter styled the Defendant, heretofore on or about **MARCH 18, 2013**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, COCAINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on NOVEMBER 15, 2007, in Cause No. 1047825, in the 174TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk
APR 24 2013
Time: 10:50
Harris County, Texas
By NCO
Deputy

Foreman 179th
Donald E. Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

X Erik Sharp
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20___.

______________________
Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 21 day of March, 2013 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______________ E-Mail Address ______________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address ______________ Phone Number ______________

City ______ State ______ Zip ______ Fax Number ______________

SPN Number ______________ Bar Number ______________

The Court further ORDERS the cause set for: Arry
On the 11th day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of 3/21/13, 20____.

MAR 2 1 2013

______________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ______________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

5/2/12

3426

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**ERIK LEE SHARP**

**02601277**

SPN:
DOB:
DATE PREPARED: 3/19/2013

D.A. LOG NUMBER:1942362
CJIS TRACKING NO.:9168618786-A001
BY: AZ DA NO: 052815600
AGENCY:**KATY PD**
O/R NO: 20130279
ARREST DATE: 03-19-13

NCIC CODE: 2202 05

RELATED CASES: **J. MARTINSON 339TH D.C.**

FELONY CHARGE: **BURGLARY OF HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1381171**
FIRST SETTING DATE: **339**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIK LEE SHARP**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 19, 2013**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally enter a habitation owned by ROGELIO ORDUNA, a person having a greater right to possession of the habitation than the Defendant, and commit theft of ONE GAME SYSTEM.

FILED
Chris Daniel
District Clerk
APR 18 2013
Time: ___ Harris County, Texas
By ___ Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

Foreman 337th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of 042413, 20____.

FILED
Chris Daniel
District Clerk
APR 24 2013
Time: ______
Harris County, Texas
By ______ Deputy

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 24 day of April, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP Connelly
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

7132378547
Phone Number

H TX 77019
City State Zip

713 5280153
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: NTRY/Arrg

On the 23rd day of May, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 24th day of Apr., 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☒ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ______
☐ No Offense Report
☐ Not Indicted
☐ Other ______
☐ Refer to ______
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**RANDY ALLEN SEGURA**

SPN: **02546896**
DOB: [redacted]
DATE PREPARED: **3/25/2013**

D.A. LOG NUMBER:**1942176**
CJIS TRACKING NO.:
BY: **CM** DA NO: **001902375**
AGENCY:**BAYTOWN PD**
O/R NO: **20139902**
ARREST DATE: **TO BE**

NCIC CODE: **1301 19**
RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO: **1381191**
HARRIS COUNTY DISTRICT COURT NO: **209**
FIRST SETTING DATE:

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RANDY ALLEN SEGURA**, hereafter styled the Defendant, heretofore on or about **MARCH 15, 2013**, did then and there unlawfully, intentionally and knowingly cause bodily injury to JUSTIN DELOACH, hereinafter called the Complainant, by SHOOTING THE COMPLAINANT WITH A FIREARM, and the Defendant used and exhibited a deadly weapon, namely a FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAR 26 2013
Time: 1:30
Harris County, Texas
By: Deputy

Foreman 180th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

______________________
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____

______________________
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 21 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ______________________

E-Mail Address ______________________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address ______________________

Phone Number ______________________

City ______ State ______ Zip ______

Fax Number ______________________

SPN Number ______________________

Bar Number ______________________

The Court further ORDERS the cause set for: Arrg
On the 8th day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ______ day of MAR 21 2013, 20____.

______________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

339 2669860

THE STATE OF TEXAS
VS.

**JOE ANTHONY FISHER**

**02669860**

SPN:
DOB
DATE PREPARED: **3/20/2013**

D.A. LOG NUMBER: **1942627**
CJIS TRACKING NO.: **9168621574-A001**
BY: **DB** DA NO: **002595291**
AGENCY: **SOUTH HPD**
O/R NO: **1303190063**
ARREST DATE: **3-19-13**

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault- Family Member**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1381250**
FIRST SETTING DATE: **339**

BAIL: **$30,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **JOE ANTHONY FISHER** hereafter styled the Defendant, heretofore on or about **MARCH 19, 2013**, did then and there unlawfully intentionally and knowingly cause bodily injury to APRIL MENDEZ, a PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, hereafter styled the Complainant, by STRIKING THE COMPLAINANT'S MOTOR VEHICLE WITH A MOTOR VEHICLE , and the Defendant used and exhibited a deadly weapon, namely a MOTOR VEHICLE, during the commission of the offense.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAR 20 2013
Time: 0910
Harris County, Texas
By: [signature]
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **March 20, 2013**

[signature]
AFFIANT

[signature] 24041117
ASSISTANT DISTRICT ATTORNEY OF HARRIS COUNTY, TEXAS. BAR NO.

**COMPLAINT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 22 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address | Phone Number

City | State | Zip | Fax Number

SPN Number | Bar Number

The Court further ORDERS the cause set for:

On the 23rd day of April, 20 13 at 1/9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

MAR 2 2 2013

Signed this _____ day of ______________, 20____.

Judge Presiding

☑ The State has offered or ☐ The State and Defense agree as follows:

4y TDCJ on 15 m STJ

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ______________
☐ D.A. to Reindict
☐ File Unavilable
☐ Refer to ______________
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation _____21 Day _____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab ______________
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

5/2/12

3432

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**SUSAN MARIE PERDOMO**

SPN: **00799570**
DOB: [redacted]
DATE PREPARED: **5/29/2013**

D.A. LOG NUMBER: **1942547**
CJIS TRACKING NO.: **9168621949-A001**
BY: **LA** DA NO: **033884013**
AGENCY: **HPD**
O/R NO: **033884013**
ARREST DATE: **03 19 13**

NCIC CODE: **2604 45**
RELATED CASES:

FELONY CHARGE: **Fraudulent use of identifying information**
CAUSE NO: **1381335**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

BAIL: **$15,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SUSAN MARIE PERDOMO**, hereafter styled the Defendant, heretofore on or about **MARCH 19, 2013**, did then and there unlawfully, with the intent to defraud and harm another, POSSESS LESS THAN FIVE ITEMS of identifying information, namely, THE NAME AND THE DATE OF BIRTH AND A GOVERNMENT-ISSUED IDENTIFICATION NUMBER of ZARAH BHADER, hereafter called the Complainant without the Complainant's consent.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on MAY 30, 2008, in Cause Number 961407, in the 331ST District Court of TRAVIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of BURGLARY OF A BUILDING and was convicted on JANUARY 29, 2009, in Cause Number D-1-DC-08207479 in the 299TH District Court of TRAVIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 30 2013
Time: ___ Harris County, Texas
By ___ Deputy

Foreman 337th

Karlyn Childers

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ____________, 20____.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 22 day of MARCH, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arry
On the 23rd day of April, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 2 2 2013, 20____.

Judge Presiding

☑ The State has offered or ☐ The State and Defense agree as follows:

9 mcc SJ

Defense Attorney (Initials) ✓ Prosecutor (Initials) MCem

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavilable
☐ MHMRA Evaluation
____21 Day ____Full
☐ No Tape/Lab ____________
☐ No Offense Report
☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**DEREK WAYNE HEMINGWAY**

**02455893**

SPN:
DOB: [redacted]
DATE PREPARED: 3/21/2013

D.A. LOG NUMBER:1941701
CJIS TRACKING NO.:
BY: DB DA NO: 001701766
AGENCY: HCCO #4
O/R NO: HC130018593
ARREST DATE: 3-20-13

NCIC CODE: 2501 18 RELATED CASES: SAME DEF FEL

FELONY CHARGE: **FORGERY-COMMERCIAL INSTRUMENT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1381376**
FIRST SETTING DATE: **339**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DEREK WAYNE HEMINGWAY**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 11, 2013**, did then and there unlawfully, and with intent to defraud and harm, forge the writing duplicated attached hereto as Exhibit A, which purported to be the act of another who did not authorize that act, by possessing it with intent to utter it and while knowing it was forged;

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAR 28 2013
Time: 3:10
Harris County, Texas
By ______ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 180th

FOREMAN OF THE GRAND JURY

INDICTMENT

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ______________, 20____.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 22 day of March, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS

Address

Phone Number SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019

City State Zip

Fax Number Phone 713 237 8547
Fax 713 528 0153

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arry

On the 23rd day of April, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAR 2 2 2013, 20____.

Judge Presiding

☑ The State has offered or ☐ The State and Defense agree as follows:

9 mcc SJ

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavilable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3436

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**DEREK WAYNE HEMINGWAY**

**02455893**

SPN:
DOB:
DATE PREPARED: **3/21/2013**

D.A. LOG NUMBER:**1941701**
CJIS TRACKING NO.:
BY: **DB** DA NO: **001701766**
AGENCY:**HCCO #4**
O/R NO: **HC130018593**
ARREST DATE: **3-20-13**

NCIC CODE: **2300 75**

RELATED CASES: **SAME DEF FEL**

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1381377**
FIRST SETTING DATE: **339**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **DEREK WAYNE HEMINGWAY**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 11, 2013**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, TWO RINGS AND ONE BASEBALL CARD owned by KAY HEMINGWAY, hereafter styled the Complainant , of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAR 28 2013
Time: 1310
Harris County, Texas
By ______ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 180th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

8:30 ✓ Gener J. Nicolas

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 8th day of APRIL, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 BUFFALO TERRACE
Address

713.237.8547
Phone Number

Hou TX 77019
City State Zip

713.528.1083
Fax Number

SPN Number

08431500
Bar Number

The Court further ORDERS the cause set for: Arr.

On the 2 day of May, 2013 at 8:30 ~~a.m. at 1201~~ Franklin, Houston, Harris County, Texas.

Signed this ____ day of APR 08 2013, 20____.

[signature]
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation
_____21 Day _____Full
☐ No Tape/Lab ____________
☐ No Offense Report
☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**GUNTER NICOLAI**

**02345977**

SPN:
DOB:
DATE PREPARED: **4/4/2013**

D.A. LOG NUMBER:**1946838**
CJIS TRACKING NO.:**9168666357-A001**
BY: **CS** DA NO: **066425100**
AGENCY:**HPD**
O/R NO: **40612113**
ARREST DATE: **04/03/2013**

NCIC CODE: **1314 08**

RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1382963**
FIRST SETTING DATE: **262**

BAIL: $**NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GUNTER NICOLAI**, hereafter styled the Defendant, heretofore on or about **APRIL 3, 2013**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ANA NICOLAI, hereafter styled the Complainant, a member of the Defendant's family, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
APR 12 2013
Time: 1348
Harris County, Texas
By
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 184th

Maria Lopez

FOREMAN OF THE GRAND JURY

**INDICTMENT**

and numbered cause respectfully petitions the Court to appoint counsel to represent him/her in this cause and would show the Court that he/she is financially unable to hire an attorney.

8:30

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 8 day of Apr, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

713 237 8547
Phone Number

H T 77019
City State Zip

713 528 0153
Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arg.

On the 2 day of May, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of APR 08 2013, 20____.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other __________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to __________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab __________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12 3440

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**JOSEPH WYATT**
[redacted]

**02672200**

SPN:
DOB: [redacted]
DATE PREPARED: 4/4/2013

D.A. LOG NUMBER: 1946880
CJIS TRACKING NO.: 9168666913-A001
BY: BJE DA NO: 002268160
AGENCY: HPD
O/R NO: 040674313 M
ARREST DATE: 4-3-13

NCIC CODE: 1314 08

RELATED CASES:

FELONY CHARGE: **Assault of Family Member -Impeding Breathing**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1383003**
FIRST SETTING DATE: **262**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **JOSEPH WYATT**, hereafter styled the Defendant, heretofore on or about **APRIL 3, 2013**, did then and there unlawfully, intentionally and knowingly cause bodily injury to EVELYN COOPER, hereafter styled the Complainant, a MEMBER OF THE DEFENDANT'S HOUSEHOLD AND A PERSON WITH WHOM THE DEFENDANT HAD A DATING RELATIONSHIP, by impeding the normal breathing and circulation of the blood of the Complainant by APPLYING PRESSURE TO THE COMPLAINANT'S NECK.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
APR 19 2013
4-19-13
1310
Time: Harris County, Texas
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 338th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Matthew Hurlock
Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ______.

FILED
Chris Daniel
District Clerk
APR 15 2013
Time: ______
Harris County, Texas
By ______
Deputy

8:30 AM
[signature]

______
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 15 day of Apr, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that [X] the ATTORNEY LISTED BELOW [ ] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| Address | Phone Number |
| City State Zip | Fax Number |
| SPN Number | Bar Number |

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: ______

On the 14 day of May, 20 13 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 15 day of April, 20 13

[signature]
Judge Presiding

5-14-13
8:30 AM

[ ] The State has offered or [ ] The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [X] Operation of Law [ ] Prosecution

Reason for Reset:

- [X] D.A. to Contact Complainant/Witness
- [ ] D.A. to Evaluate Case
- [ ] D.A. to Reindict
- [ ] D.A. to file MRP/MAJ
- [ ] Defendant On Call
- [ ] Defendant to Consider Offer
- [ ] Defense to Contact Witness
- [ ] Disposition of Misc./OOC Case
- [ ] File Unavailable
- [ ] MHMRA Evaluation ____ 21 Day ____ Full
- [ ] No Tape/Lab ______
- [X] No Offense Report
- [X] Not Indicted
- [ ] Other ______
- [ ] Refer to ______
- [ ] Restitution Info
- [ ] To Hire Attorney

5/2/12

3442

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**MATTHEW JAMES HURLOCK**

**02161752**

SPN:
DOB: [redacted]
DATE PREPARED: 4/14/2013

D.A. LOG NUMBER:1949775
CJIS TRACKING NO.:9168698755-A001
BY: CM DA NO: 001909356
AGENCY:JERSEY VILLAGE PD
O/R NO: 1300006187
ARREST DATE: 4/13/2013

NCIC CODE: 7099 63
RELATED CASES: 1 MISD.

FELONY CHARGE: **HARASSMENT OF PUBLIC SERVANT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1384132**
FIRST SETTING DATE: **228**

BAIL: $10000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW JAMES HURLOCK**, hereafter styled the Defendant, heretofore on or about **APRIL 13, 2013**, did then and there unlawfully, with the intent to ASSAULT, HARASS, AND ALARM, cause J. TAYLOR, hereafter styled the Complainant, whom the Defendant knew to be a public servant, to contact the SALIVA of THE DEFENDANT, WHILE THE COMPLAINANT WAS LAWFULLY DISCHARGING AN OFFICIAL DUTY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 16 2013
Time: 3:29
Harris County, Texas
By ______ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst Foreman 337th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Derrick Jones
Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of ____________, 20___.

______________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 25 day of APRIL, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 BUFFALO TERRACE
Address

713.237.8547
Phone Number

HOU TX 77019
City State Zip

713.528.1053
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: Arraign

On the 3rd day of June, 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 25th day of April, 2013

Renee Magee
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

02639618
337

THE STATE OF TEXAS
VS.
**DERRICK JONES**

**02639618**

SPN:
DOB:
DATE PREPARED: **4/23/2013**

D.A. LOG NUMBER:**1952**
CJIS TRACKING NO.:
BY: **SC** DA NO: **069051**
AGENCY:**HCSO**
O/R NO: **1347619**
ARREST DATE: **TO BE**

FILED
Chris Daniel
District Clerk
APR 23 2013
Time: 13:00
Harris County, Texas
By ______ Deputy

NCIC CODE: **1204 04**

RELATED CASES:

FELONY CHARGE: **Aggravated Robbery - Deadly Weapon**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385115**
FIRST SETTING DATE: **337**

BAIL: **$30,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DERRICK JONES** hereafter styled the Defendant, heretofore on or about **APRIL 9, 2013**, did then and there unlawfully while in the course of committing theft of property owned by BRIAN LE, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE BRIAN LE IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Probable Cause

Affiant is Sergeant R. W. Coleman, a licensed Texas peace officer employed with the Harris County Sheriff's Office. Affiant has reason to believe and does believe that on or about April 9, 2013, Derrick Jones, hereinafter known as the Defendant, committed the offense of Aggravated Robbery in Harris County, Texas. Affiant bases his belief on the following:

Affiant spoke with Complainant Brian Le who he found to be credible and reliable for his account of this robbery. Complainant Brian Le told the Affiant that he spoken to a classmate, the Defendant, who he knows by name and sight, at school about purchasing some marijuana. Later, after school the Defendant called Complainant Brian Le and a deal was struck for Le to purchase of seven grams for one hundred dollars. Brian Le took his brother, Nick Le, with him because he stated that he had never purchased from Jones before. Complainant stated that Jones called Complainant and directed him to a neighborhood for the meeting on April 9, 2013. This was discovered in the investigation to be at or near the 18800 block of South Lyford Drive in Harris County, Texas. As the Le brothers pulled up, Jones and another unknown male were sitting on the curb. Jones and the other male entered the back seat of the Complainant's car. As the two parties began to make the transaction the unknown male pulled out a firearm, namely a handgun, and placed it to Complainant Brian Le's head. Complainant stated that the unknown male took Complainant's money from Nick Le. Complainant stated he put his car into gear and began to drive through the neighborhood stating to the unknown male that if he shot him he would crash into a house. Complainant started to call 911. The unknown male discharged the gun twice in the car, striking the roof and dashboard. The unknown male then exited the car as it was moving. After a couple more turns Complainant slowed the car and was nearly to a stop when the Defendant jumped out of the car.

The Affiant met with the Defendant. The Affiant told the Defendant what the complaint was against him. The Defendant admitted to meeting with the Le brothers on April 9, 2013; however denied that he robbed them. The Defendant denied knowing who the unknown male is.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **April 23, 2013**

AFFIANT

1905/500
ASSISTANT DISTRICT ATTORNEY OF HARRIS COUNTY, TEXAS. BAR NO.

**COMPLAINT**

would show the Court that he/she is financially unable to hire an attorney.

Carl Bowman

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 2013.

_______________,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: ARR

On the 5 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other _______

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to _______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab _______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

p2

THE STATE OF TEXAS
VS.
**CARL ANTHONY BOWMAN**

**00335396**

SPN:
DOB: [redacted]
DATE PREPARED: **4/25/2013**

D.A. LOG NUMBER:**1952937**
CJIS TRACKING NO.:**9168732465-A001**
BY: **GU** DA NO: **002466950**
AGENCY:**DPS**
O/R NO: **RC2013B011070**
ARREST DATE: **4-25-2013**

NCIC CODE: **3500 58**

RELATED CASES: **ROBINSON-F**

FELONY CHARGE: **CONTROLLED SUBSTANCE FRAUD - PRESCRIPTION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385312**
FIRST SETTING DATE: **174**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CARL ANTHONY BOWMAN**, hereafter styled the Defendant, heretofore on or about **APRIL 25, 2013**, did then and there unlawfully, knowingly attempt to obtain a controlled substance, to-wit: HYDROCODONE by acquiring from LAMAR EDWARDS through the use of a fraudulent prescription form attached hereto as Exhibit A, made without the authority and falsely purporting to be the prescription of a doctor LAMAR EDWARDS.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 3, 1983, in Cause Number 0316116, in the 179TH DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of THEFT.

Before the commission of the primary offense, and after the conviction in Cause Number 0316116 was final, the Defendant committed the felony of POSSESSION OF A CONTROLLED SUBSTANCE and was finally convicted of that offense on JULY 7, 1986, in Cause Number 0443956, in the 262ND DISTRICT COURT of HARRIS County, Texas.

FILED
Chris Daniel
District Clerk
MAY 16 2013
Time: 12:29
By: Harris County, Texas
Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst Foreman 337th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# EXHIBFT A

LOCATION: 611
TIME STAMP: 11:33:16
DATE STAMP: 04/05/2013

RECEIPT NUMBER: 405DLA004208047

RESTRICTION TEXT:
NONE

MAILING ADDRESS:

TEXAS DEPARTMENT OF PUBLIC SAFETY
TEMPORARY PERMIT VALID UNTIL: 05/05/2013

DL/ID/UNL NUMBER: CLASS: C LICENSE TYPE: DL
RESTRICTION CODE: NONE ENDORSEMENT CODE: NONE

NAME: Mikey James Rodriguez

ADDRESS:

DATE OF BIRTH:
SEX: M HEIGHT: 6"0"

EXPIRATION DATE: 05-05-2013
ISSUANCE DATE: 04-05-2013

SIGNATURE:

Contact your local drivers license office if assistance is needed, or refer to the DPS website at www.txdps.state.tx.us
Your DL card will be processed and mailed within 30-45 days
You must continue to carry this temporary card until your new card is received.
For roadside assistance, please call 1800-525-5555

Courtesy-Serve-Protect

Unofficial Copy Office of Marilyn Burgess District Clerk



would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 2013.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: TBM

On the 5 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3449

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**RONALD WAYNE DEGRATE JR.**

SPN: **01072704**
DOB: [redacted]
DATE PREPARED: **5/15/2013**

D.A. LOG NUMBER:**1953156**
CJIS TRACKING NO.:**9168734646-A001**
BY: **SG** DA NO: **002467911**
AGENCY:**HPD**
O/R NO: **050683313C**
ARREST DATE: **4-26-13**

NCIC CODE: **1314 21**
RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO: **1385474**
HARRIS COUNTY DISTRICT COURT NO: **174**
FIRST SETTING DATE:

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RONALD WAYNE DEGRATE, JR.**, hereafter styled the Defendant, heretofore on or about **APRIL 26, 2013**, did then and there unlawfully, intentionally and knowingly threaten SEKETHA JACOBS, a member of the Defendant's household, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A PIECE OF WOOD WITH NAILS IN IT.

Before the commission of the offense alleged above, on FEBRUARY 7, 1994, in Cause No. 9403128, in the 248TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 16 2013
Time: 12:30
Harris County, Texas
By ________ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst Foreman 337th

[signature]
FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Hector Gonzalez

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the ________ day of APR 29 2013, 20____, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: 11AM

On the 4 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 2013

______________________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ________ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to ________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

3451

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**HECTOR MARIO GONZALEZ**

**02540413**

SPN:
DOB:
DATE PREPARED: 4/26/2013

D.A. LOG NUMBER:1953213
CJIS TRACKING NO.:9168735383-A001
BY: SC DA NO: 002467911
AGENCY: WEBSTER PD
O/R NO: 1301034
ARREST DATE: 4/26/13

NCIC CODE: 5599 48 RELATED CASES: N. WALKO - FELONY

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385493**
FIRST SETTING DATE: **174**

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **HECTOR MARIO GONZALEZ**, hereafter styled the Defendant, heretofore on or about **APRIL 26, 2013**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, METHAMPHETAMINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Before the commission of the offense alleged above, on SEPTEMBER 23, 2011, in Cause Number 1292654 in the 180TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of ROBBERY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUL 17 2013
Time: 12:00
Harris County, Texas
By: Deputy

Asst. Foreman 230th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 2013.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: AWJ

On the 3 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 2013

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ______ Prosecutor (Initials) ______

**FOR COURT STAFF ONLY**

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3453

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
NICOLE LYNN WALKO

02675662

SPN:
DOB: [redacted]
DATE PREPARED: 4/26/2013

D.A. LOG NUMBER:1953218
CJIS TRACKING NO.:916873543X-A001
BY: SC DA NO: 002467911
AGENCY:WEBSTER PD
O/R NO: 1301034
ARREST DATE: 4/26/13

NCIC CODE: 5599 48

RELATED CASES: H. GONZALEZ - FELONY

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1385494
FIRST SETTING DATE: 174

BAIL: $20,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **NICOLE LYNN WALKO**, hereafter styled the Defendant, heretofore on or about **APRIL 26, 2013**, did then and there unlawfully, knowingly possess with intent to deliver a controlled substance, namely, METHAMPHETAMINE, weighing more than 4 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUL 17 2013
Time: 12:30
Harris County, Texas
By Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Asst. Foreman 230th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Bernard Serrano

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 2013

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 2013 the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: TMJ
On the 6 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3455

DISTRICT CLERK

THE STATE OF TEXAS
VS.

**BERNARDO ALVAREZ SERRANO**

02350526

SPN:
DOB:
DATE PREPARED: 4/26/2013

D.A. LOG NUMBER:1953330
CJIS TRACKING NO.:9168736932-A001
BY: GU DA NO: 002589279
AGENCY:SHF
O/R NO: HC130055526
ARREST DATE: 4-26-2013

NCIC CODE: 2202 05

RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1385567
FIRST SETTING DATE: 174

BAIL: $20,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BERNARDO ALVAREZ SERRANO**, hereafter styled the Defendant, heretofore on or about **APRIL 26, 2013**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by MEGAN POLIS, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, on SEPTEMBER 18, 2012, in Cause Number 1343899 in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 06 2013
Time: 
Harris County, Texas
By: Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 179th

Donald E Williams

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Bernard Serrano

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 2013

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

The Court further ORDERS the cause set for: TMJ

On the 6 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation _____21 Day _____Full
☐ No Tape/Lab __________
☐ No Offense Report
☐ Not Indicted
☐ Other __________
☐ Refer to __________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

3457

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**BERNARD J. SERRANO**

**02350526**

SPN:
DOB:
DATE PREPARED: **4/27/2013**

D.A. LOG NUMBER:**1953419**
CJIS TRACKING NO.:
BY: **BJE** DA NO: **002594735**
AGENCY:**HCSO**
O/R NO: **HC130055526**
ARREST DATE: **4-26-13**

NCIC CODE: **5004 30**

RELATED CASES:

FELONY CHARGE: **RETALIATION**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385612**
FIRST SETTING DATE: **174**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **BERNARD J. SERRANO**, hereafter styled the Defendant, heretofore on or about **APRIL 26, 2013**, did then and there unlawfully, intentionally and knowingly harm and threaten to harm R. DEALEJANDRO, JR. by an unlawful act, namely A MURDER , in retaliation for and on account of the service and status of R. DEALEJANDRO, JR. as a PUBLIC SERVANT.

Before the commission of the offense alleged above, on SEPTEMBER 18, 2012, in Cause No. 1343899, in the 184TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 06 2013
Time: Harris County, Texas
By: Deputy

Foreman 170th

Donald E. Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Erick Lee

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 20 13.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

R.P. SKIP CORNELIUS

Phone Number SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: ANJ

On the 22 day of May, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 20 13

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**ERICK DEWAYNE LEE**

**02191738**

SPN:
DOB:
DATE PREPARED: **4/28/2013**

D.A. LOG NUMBER:**1953739**
CJIS TRACKING NO.:**9168741189-A001**
BY: **HLS** DA NO: **1707093**
AGENCY:**HPD**
O/R NO: **051837113W**
ARREST DATE: **04 28 13**

NCIC CODE: **2300 75**

RELATED CASES: **OTHER FELONY CHARGE**

FELONY CHARGE: **THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385712**
FIRST SETTING DATE: **174**

BAIL: **$15,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERICK DEWAYNE LEE**, hereafter styled the Defendant, heretofore on or about **APRIL 28, 2013**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, A FORD TRUCK owned by ANTONIO LUNA-DIAZ, hereafter styled the Complainant, of the value of over one thousand five hundred dollars and under twenty thousand dollars, with the intent to deprive the Complainant of the property.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JANUARY 29, 2009, in Cause Number 1200579, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of EVADING ARREST and was convicted on APRIL 15, 2008, in Cause Number 1161819 in the 184TH District Court of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 07 2013
Time: ______ Harris County, Texas
By ______ Deputy

Foreman 337th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Erick Lee
Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 20 13.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address | Phone Number

City | State | Zip | Fax Number

SPN Number | Bar Number

The Court further ORDERS the cause set for: AMJ

On the 22 day of May, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 20 13

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**ERICK DEWAYNE LEE**

**02191738**

SPN:
DOB:
DATE PREPARED: **4/28/2013**

D.A. LOG NUMBER:**1953739**
CJIS TRACKING NO.:**9168741189-A002**
BY: **HLS** DA NO: **1707093**
AGENCY:**HPD**
O/R NO: **051837113W**
ARREST DATE: **04 28 13**

NCIC CODE: **4801 27**

RELATED CASES: **OTHER FELONY CHARGE**

FELONY CHARGE: **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385713**
FIRST SETTING DATE: **174**

BAIL: **$10,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERICK DEWAYNE LEE**, hereafter styled the Defendant, heretofore on or about **APRIL 28, 2013**, did then and there unlawfully, intentionally flee from R. MYERS, hereafter styled the Complainant, a PEACE OFFICER employed by HOUSTON POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on JANUARY 29, 2009, in Cause Number 1200579, in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of EVADING ARREST and was convicted on APRIL 15, 2008, in Cause Number 1161819 in the 184TH District Court of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 07 2013
Time: 2:30
By: Harris County, Texas
Deputy

Foreman
337th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 29 day of April, 20 13.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 29 day of April, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: ARRG

On the 23 day of May, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 29 day of April, 20 13.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ______________
☐ D.A. to Reindict
☐ File Unavailable
☐ Refer to ______________
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation _____21 Day _____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab ______________
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**TRISTIN TERRIL WILLIAMS**

**02084130**

SPN:
DOB: [redacted]
DATE PREPARED: 4/29/2013

D.A. LOG NUMBER:1953877
CJIS TRACKING NO.:9168742592-A001
BY: VF DA NO: 065021651
AGENCY:HPD
O/R NO: 052145913Q
ARREST DATE: 4 29 13

NCIC CODE: 5203 03

RELATED CASES:

FELONY CHARGE: **FELON IN POSSESSION OF FIREARM**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385755**
FIRST SETTING DATE: **174**

BAIL: $5000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TRISTIN TERRIL WILLIAMS**, hereafter styled the Defendant, heretofore on or about **APRIL 29, 2013**, did then and there unlawfully, intentionally and knowingly possess a firearm at a location other than the premises at which the Defendant lived, after being convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE in the District Court of the 338TH Judicial District, HARRIS County, Texas, in Cause Number 1225555, on OCTOBER 15, 2010.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 06 2013
Time: ____
By: ____ Harris County, Texas Deputy

Foreman 179th

Donald E. Williams

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of May, 2013.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 1st day of May, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| Attorney/Assistant Public Defender Assigned by HCPD: | P. SKIP CORNELIUS |
| E-Mail Address: | SBN 04831500 |
| Address: | 2028 Buffalo Terrace |
| City, State, Zip: | Houston, Texas 77019 |
| Phone Number: | Phone 713 237 8547 |
| Fax Number: | Fax 713 528 0153 |
| SPN Number: | |
| Bar Number: | |

The Court further ORDERS the cause set for: Arrg

On the 29th day of May, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 1st day of May, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ____________
☐ No Offense Report
☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

J

THE STATE OF TEXAS
VS.

**KEVIN MARK ARVAY**

SPN: 02016627
DOB:
DATE PREPARED: 7/15/2013

D.A. LOG NUMBER: 1953883
CJIS TRACKING NO.: 9168742649-A001
BY: LA DA NO: 065021651
AGENCY: HPD
O/R NO: 052177613V
ARREST DATE: 04 29 13

NCIC CODE: 5404 23

RELATED CASES:

FELONY CHARGE: **DRIVING WHILE INTOXICATED**
CAUSE NO: 1385785
HARRIS COUNTY DISTRICT COURT NO: 174
FIRST SETTING DATE:

BAIL: $10,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KEVIN MARK ARVAY**, hereafter styled the Defendant, heretofore on or about **APRIL 29, 2013**, did then and there unlawfully, operate a motor vehicle in a public place while intoxicated.

It is further presented that before the commission of the offense alleged above, on JUNE 20, 2007, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED in Cause No. 07-226438 in THE COUNTY CRIMINAL COURT AT LAW NO. 3, MONTGOMERY County, Texas.

It is further presented that before the commission of the offense alleged above, on FEBRUARY 9, 2009, the Defendant was convicted of the offense of DRIVING WHILE INTOXICATED n Cause No. 07-232562 in THE COUNTY CRIMINAL COURT AT LAW NO. 4, County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

JUL 16 2013

Time: 1245
Harris County, Texas
By bm
Deputy

Foreman 178th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of May, 2013.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 1st day of May, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ________ P. SKIP CORNELIUS
E-Mail Address SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Address ________ Phone Number Phone 713 237 8547
Fax 713 528 0153

City State Zip ________ Fax Number

SPN Number ________ Bar Number

The Court further ORDERS the cause set for: Arrg

On the 29th day of May, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 1st day of May, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**KEVIN MARK ARVAY**

**02016627**

SPN:
DOB: [redacted]
DATE PREPARED: **4/29/2013**

D.A. LOG NUMBER:**1953883**
CJIS TRACKING NO.:**9168742649-A002**
BY: **KL** DA NO: **065021651**
AGENCY:**HPD**
O/R NO: **052177613V**
ARREST DATE: **4/29/13**

NCIC CODE: **5599 04**

RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385786**
FIRST SETTING DATE: **174**

BAIL: **$2,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KEVIN MARK ARVAY**, hereafter styled the Defendant, heretofore on or about **APRIL 29, 2013**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, HEROIN, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk
JUL 16 2013
Time: 1245
Harris County, Texas
By [signature]
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 178th
[signature]

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 1st day of May, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500

Address

Phone Number 2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Arrg

On the 29th ~~30th~~ day of May, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 1st day of May, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation
_____21 Day _____Full
☐ No Tape/Lab ______________
☐ No Offense Report
☐ Not Indicted
☐ Other ______________
☐ Refer to ______________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**GREGORY STEVENSON**

02564020

SPN:
DOB: [redacted]
DATE PREPARED: 4/29/2013

D.A. LOG NUMBER:1953892
CJIS TRACKING NO.:9168742746-A001
BY: KL DA NO: 002359851
AGENCY:HCSO
O/R NO: 130056683
ARREST DATE: 4/29/13

NCIC CODE: 2200 96

RELATED CASES:

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1385820
FIRST SETTING DATE: 174

BAIL: $15,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GREGORY STEVENSON**, hereafter styled the Defendant, heretofore on or about **APRIL 29, 2013**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by JOSE CORVERA, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on MAY 23, 2012, in Cause Number 1345606, in the 228TH District Court of HARRIS County, Texas, the Defendant was convicted of the state jail felony offense of THEFT.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of THEFT and was convicted on MAY 23, 2012, in Cause Number 1332930 in the 228TH District Court of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUL 19 2013
Time: 13:20
Harris County, Texas
By NLO
Deputy

Foreman 178th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

(X) Randy Lindsey
Defendant/Witness

Sworn to and subscribed before me on this, the 2 day of May, 20 13.

________________________,
Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 2 day of May, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD ________ E-Mail Address ________

Address ________ Phone Number ________

City State Zip ________ Fax Number ________

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

SPN Number ________ Bar Number ________

The Court further ORDERS the cause set for AMRS

On the 7 day of June, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 2 day of May, 20 13.

Stacey W Bond
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) ______

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**RANDY DESHUN LINDSEY**

**02676272**

SPN:
DOB: [redacted]
DATE PREPARED: **4/30/2013**

D.A. LOG NUMBER: **1954353**
CJIS TRACKING NO.: **9168747500-A001**
BY: **JL** DA NO: **002261480**
AGENCY: **HPD**
O/R NO: **052898913G**
ARREST DATE: **4/30/2013**

NCIC CODE: **1314 21**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1385960**
FIRST SETTING DATE: **174**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RANDY DESHUN LINDSEY**, hereafter styled the Defendant, heretofore on or about **APRIL 30, 2013**, did then and there unlawfully, intentionally and knowingly threaten ASHLEY HUMPHREY, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, A KNIFE.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
MAY 09 2013
Time: ________ Harris County, Texas
By ________ Deputy

Foreman 337th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 2 day of May, 20 13

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 2 day of May, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

Address

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: AM
On the 11 day of June, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 2 day of May, 20 13.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3473

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

7

THE STATE OF TEXAS
VS.
**TREON RASHARD PRUITT**

**02417640**

SPN:
DOB:
DATE PREPARED: 5/1/2013

D.A. LOG NUMBER:1954390
CJIS TRACKING NO.:916874790X-A001
BY: **DB** DA NO: 002534510
AGENCY:**HPD**
O/R NO: 052978713Y
ARREST DATE: 4-30-13

NCIC CODE: 4801 27

RELATED CASES: **SAME DEF 2 OTHER** ~~**MISDS**~~ FELS

FELONY CHARGE: **Evading Arrest or Detention - Motor vehicle**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1386001**
FIRST SETTING DATE: **174**

BAIL: $10,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TREON RASHARD PRUITT**, hereafter styled the Defendant, heretofore on or about **APRIL 30, 2013**, did then and there unlawfully, intentionally flee from C. BENSON, hereafter styled the Complainant, a PEACE OFFICER employed by HOUSTON POLICE DEPARTMENT, lawfully attempting to DETAIN the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to DETAIN the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

Before the commission of the offense alleged above, on SEPTEMBER 1, 2009, in Cause Number 1210011 in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk
JUN 05 2013
Time 1045
Harris County, Texas
By
Deputy

Foreman 179th

Donald E. Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 2 day of May, 20 13

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 2 day of May, 20 13, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: AMS

On the 11 day of June, 20 13 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 2 day of May, 20 13.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other _____

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to _____

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____ 21 Day _____ Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab _____ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

3475

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

5

THE STATE OF TEXAS
VS.
**TREON RASHARD PRUITT**

**02417640**

SPN:
DOB: [redacted]
DATE PREPARED: **5/1/2013**

D.A. LOG NUMBER:**1954390**
CJIS TRACKING NO.:**916874790X-A002**
BY: **DB** DA NO: **002534510**
AGENCY:**HPD**
O/R NO: **052978713Y**
ARREST DATE: **4-30-13**

NCIC CODE: **4802 21**

RELATED CASES: **SAME DEF 2 OTHER ~~MISDS~~** FELS

FELONY CHARGE: **TAMPERING/FABRICATING PHYSICAL EVIDENCE**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1386002**
FIRST SETTING DATE: **174**

BAIL: **$10,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TREON RASHARD PRUITT**, hereafter styled the Defendant, heretofore on or about **APRIL 30, 2013**, did then and there unlawfully, knowing that an INVESTIGATION was IN PROGRESS, CONCEAL A THING, NAMELY, COCAINE with intent to impair its AVAILABILITY as evidence in the INVESTIGATION.

Before the commission of the offense alleged above, on SEPTEMBER 1, 2009, in Cause Number 1210011 in the 262ND District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUN 05 2013 1045
Time: Harris County, Texas
By Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman 179th

Donald E. Williams

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the 2 day of May, 2013

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 2 day of May, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address

Phone Number

R.P. SKIP CORNELIUS
SBN 04831500
2028 Buffalo Terrace
Houston, Texas 77019
Phone 713 237 8547
Fax 713 528 0153

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: AM
On the 11 day of June, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 2 day of May, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer
☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation
_____21 Day _____Full
☐ No Tape/Lab _____
☐ No Offense Report
☐ Not Indicted
☐ Other _____
☐ Refer to _____
☐ Restitution Info
☐ To Hire Attorney

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.
**TREON RASHARD PRUITT**

SPN: **02417640**
DOB: [redacted]
DATE PREPARED: **6/4/2013**

D.A. LOG NUMBER:**1954390**
CJIS TRACKING NO.:**916874790X-A003**
BY: **LA** DA NO: **002534510**
AGENCY:**HPD**
O/R NO: **052978713Y**
ARREST DATE: **04 30 13**

NCIC CODE: **5599 04**
RELATED CASES: **SAME DEF 2 OTHER FELS**

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO: **1386003**
HARRIS COUNTY DISTRICT COURT NO: **174**
FIRST SETTING DATE:

BAIL: **$10,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **TREON RASHARD PRUITT**, hereafter styled the Defendant, heretofore on or about **APRIL 30, 2013**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUN 05 2013 1045
Time: Harris County, Texas
By Deputy

Foreman 179th

Donald E. Williams

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of MAY 22 2013, 20___.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 22 day of MAY, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP CONNELLY
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

713 237 8547
Phone Number

H T 77019
City State Zip

713 528 0153
Fax Number

0483152
SPN Number

0483152
Bar Number

The Court further ORDERS the cause set for: ARRN

On the 20 day of JUNE, 2013 at ________ a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this ____ day of MAY 22 2013, 20___.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer

☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab ____________
☐ No Offense Report

☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



| | | |
|---|---|---|
| THE STATE OF TEXAS | **02564020** | D.A. LOG NUMBER:1954258 |
| VS. | | CJIS TRACKING NO.: |
| **GREGORY LYNN STEVENSON** | SPN: | BY: KL DA NO: 002311840 |
| ████████████████ | DOB: ███████ | AGENCY:HPD |
| | DATE PREPARED: 5/1/2013 | O/R NO: 034771013Z |
| | | ARREST DATE: 4/29/13 |

NCIC CODE: 1204 04      RELATED CASES: J. THOMAS; R. BAREFIELD-178TH DC

FELONY CHARGE: Aggravated Robbery - Deadly Weapon
CAUSE NO:                                         BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:    **1386049**    PRIOR CAUSE NO:
FIRST SETTING DATE:          **174**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **GREGORY LYNN STEVENSON**, hereafter styled the Defendant, heretofore on or about **MARCH 21, 2013**, did then and there unlawfully, while in the course of committing theft of property owned by PEDRO DIAZ, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY THREATEN AND PLACE PEDRO DIAZ IN FEAR OF IMMINENT BODILY INJURY AND DEATH, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

**FILED**
Chris Daniel
District Clerk

JUL 1 9 2013

Time: _1_3:20_
Harris County, Texas
By _____ _NLO_
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman _[signature]_    178th

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

3480

would show the Court that he/she is financially unable to hire an attorney.

Michael Cease
Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 10 day of MAY, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 BUFFALO TERRACE
Address

713.237.8547
Phone Number

HOU TX 77019
City State Zip

713.528.1053
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: ______________
On the 12 day of June, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas

Signed this _____ day of MAY 10 2013, 20____.

[signature]
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

CO D.
6922

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ D.A. to Evaluate Case
☐ D.A. to Reindict
☐ D.A. to file MRP/MAJ
☐ Defendant On Call
☐ Defendant to Consider Offer

☐ Defense to Contact Witness
☐ Disposition of Misc./OOC Case
☐ File Unavailable
☐ MHMRA Evaluation ____21 Day ____Full
☐ No Tape/Lab______________
☐ No Offense Report

☐ Not Indicted
☐ Other ____________
☐ Refer to ____________
☐ Restitution Info
☐ To Hire Attorney

Unofficial Copy Office of Marilyn Burgess District Clerk

262 02677709

P3

THE STATE OF TEXAS
VS.
MICHAEL GREGORY CEASER, SR.

02677709

SPN:
DOB: [redacted]
DATE PREPARED: 5/8/2013

D.A. LOG NUMBER:1956508
CJIS TRACKING NO.:
BY: KL DA NO: 002260722
AGENCY:HCCP4
O/R NO: HC130053361
ARREST DATE: TO BE

FILED
Chris Daniel
District Clerk
MAY 08 2013
Time: 13 25
Harris County, Texas
By ______ Deputy

NCIC CODE: 2101 25

RELATED CASES: J. GUEVARA-F; A. YOUNG-F

1386924

FELONY CHARGE: Engaging in Organized Criminal Activity - Participate in Combination
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 262
FIRST SETTING DATE:

BAIL: $800,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **MICHAEL GREGORY CEASER, SR.** hereafter styled the Defendant, heretofore on or about **NOVEMBER 20, 2011 AND CONTINUING THROUGH APRIL 30, 2013,** did then and there unlawfully with intent to establish, maintain and participate in a combination and in the profits of a combination, said combination consisting of MICHAEL GREGORY CEASER SR., JULIO MARTINEZ GUEVARA, AND AARON CARL YOUNG, COMMIT the offense of AGGRAVATED THEFT, namely, in that he did unlawfully, pursuant to one scheme and continuing course of conduct, appropriate, by acquiring and otherwise exercising control over property, namely, THREE HUNDRED EIGHTEEN PIECES OF METAL, owned by CHRISTOPHER SHELL, hereafter styled the Complainant, with the intent to deprive the Complainant of the property and the total value of the property appropriated was over two hundred thousand dollars.

Before the commission of the offense alleged above, on JANUARY 26, 1994, in JEFFERSON County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

PROBABLE CAUSE STATEMENT

The Affiant, J.M. Lacher, is a credible and reliable person who is employed as a peace officer with the Harris County Constable Pct. 4 Department. The Affiant has reason to believe and does believe that between November 20, 2011 and April 30, 2013 the following defendants Julio Martinez Guevara, Michael Gregory Ceaser, Sr., and Aaron Carl Young committed the Felony offense of Engaging in Organized Crime in Harris County, Texas. The Affiant's belief is based upon the following facts:

On April 19, 2013 complainant Christopher Shell made a report to Harris County Sheriff patrol Deputy S. Alderete that over 162 pieces of Nickel, Aluminum and Bronze equipment items were missing from complainant Shell's company inventory at 6305 Cunningham Road, Houston, Harris County, Texas. Complainant Shell told deputy Alderete that the estimated value of missing parts is in excess of $350,000 and weighs 8,019 pounds.

On April 30, 2013 Affiant Corporal Joseph Lacher, who is a Theft investigator for Harris County Constable Pct. 4, was assigned to investigate complainant Shell's missing property. Affiant enlisted the assistance of Constable Investigator J. Moritz. Deputy Moritz told Affiant that he met with complainant Shell who told deputy Moritz that he suspected employees might be involved in the theft. Deputy Moritz told Affiant that he obtained a list of employees from complainant Shell's company, Fluid-Power Equipment, Inc. Deputy Moritz told affiant that he checked a few names in the Leads Online Scrap Yard search program and found 30 transactions for sales to metal recycling companies made by employee/defendant Julio Guevara. Deputy Moritz told affiant that the transactions by defendant Julio Guevara were made between March 02, 2013 thru April 15, 2013 at two separate metal scrap yards in Pasadena, Harris County, Texas.

Affiant found that the 30 transactions made by defendant Julio Guevara were made at L&F Metals and Brothers Recycling. Affiant found that the metal items defendant Julio Guevara sold to the metal recyclers are identified on the Leads Online Ticket Details form as YELLOW BRASS, REGULATED METALS 304 SS PREP, IRON METAL, STAINLESS STEEL, AL BRONZE and COPPER.

Unofficial Copy Office of Marilyn Burgess District Clerk

Recycling, L&F Metals, Brothers Recycling and Bayou City Metal Recycling. Affiant found that the metal items defendant Michael Ceaser sold to the metal recyclers are identified on the Leads Online Ticket Details form as YELLOW BRASS, REGULATED METALS 304 SS PREP, IRON METAL, STAINLESS STEEL, AL BRONZE and COPPER..

Affiant identified complainant employee/defendant Aaron Young as having made 46 metal sale transactions between April 16, 2012 thru April 01, 2013 at Brothers Recycling and South Post Oak Recycling. Affiant found that the metal items defendant Aaron Young sold to the metal recyclers are identified on the Leads Online Ticket Details form as YELLOW BRASS, REGULATED METALS 304 SS PREP, IRON METAL, STAINLESS STEEL, AL BRONZE and COPPER.

Affiant met with complainant Christopher Shell and showed complainant the photos obtained from the Leads Online Scrap Yard Ticket Detail for transactions made by defendant Julio Guevara, Michael Ceaser and Aaron Young. Complainant Shell identified each item in the photos as his property, items uniquely and specifically manufactured for his company to build fluid pumping equipment for his customers. Affiant reported that complainant Shell identified the items in the metal sale transaction photos as Spiders, Bearing Retainers, Bars, Nickel Bowls, Aluminum Bowls, Bronze Bowls, Packing Containers, Stainless Drops, Bearings, Regulator Castings, Elbows, Raw Bronze, Wear Rings, Shaft Nuts, Strainers, Flow Indicators, Metal Bells, Stainless Plates and Copper Wire.

Affiant obtained a brochure from complainant Shell that shows the specific items that are identical to items sold by the defendants to the metal recyclers. Affiant also obtained photos of Pump Equipment built at complainant's business that details the stolen items sold by the defendants.

Affiant obtained photos of complainant Shell's warehouse inventory bins and shelves that show the same items still in stock that match the metal items sold by the defendants to the metal recyclers.

Affiant obtained copies of metal sales transactions for each defendant showing each defendants driver license, metal item sold, weight of items sold and personal photo taken at each sale at each metal recycler facility.

Affiant received an inventory list from complainant Shell detailing the inventory loss of metal items from complainant Shell's warehouse that total 318 metal items for a total weight of 10,838 lbs., and a dollar loss of $423,064.20.

Affiant reviewed the Leads Online Ticket Details for the metal transactions made by each defendant and found that items sold by defendant Julio Guevara weighed 3,120 lbs; defendant Michael Ceasers sales weighed 5,630 lbs; and defendant Aaron Youngs sales weighed 2,814 lbs. The combined total weight is 11,564 lbs.

Affiant met with witness Nubia Osorio who is employed at Brothers Recycling, who viewed three Photo Spreads and identified defendant Aaron Young, defendant Michael Ceaser and defendant Julio Guevara as persons who she considered customers selling metal items shown in photos as complainant's property. Witness Osorio told affiant that Defendants Young, Ceaser, and Guevara had come to her place of business together as a group and scrapped metal as described herein on multiple occasions and she has likewise observed them to come in various combinations to scrap metal together. Witness Osorio stated that it appeared to her that the three defendants were working together to scrap the metal.

Affiant met with witness Maria Sandoval who is employed at Holmes Road Recycling, who viewed one Photo Spread and identified defendant Michael Ceaser as a person who she considers as a customer selling metal items shown in photos as complainant's property.

Affiant met with witness Nolan Chatman who is employed at South Post Oak Recycling #2, who viewed two Photo Spreads and identified defendant Michael Ceaser and defendant Aaron Young as persons he has considered as customers selling metal items shown in photos as complainant's property. Witness Chatman told affiant he knows defendants Ceaser and Young by face and name because of the many transactions they have made together selling metal items on numerous occasions.

Complainant Christopher Shell told affiant that none of his employees are authorized to remove equipment, material, metal parts or items purchased by his company and stored in inventory in his warehouse or in his recycling bins to be sold for the personal gain of the employee.

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **May 8, 2013**

AFFIANT

24049073

ASSISTANT DISTRICT ATTORNEY BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ______________, 20____.

______________________________,
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 10 day of MAY, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

RP CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 BUFFALO TERRACE
Address

713.237.8547
Phone Number

HOU TX 77019
City State Zip

713.528.1053
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: ______________________

On the 12 day of June, 2013 at 8:30 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of MAY 10 2013, 20____.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

CO D.
6922

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness
☐ Defense to Contact Witness
☐ Not Indicted
☐ D.A. to Evaluate Case
☐ Disposition of Misc./OOC Case
☐ Other ______________
☐ D.A. to Reindict
☐ File Unavailable
☐ Refer to ______________
☐ D.A. to file MRP/MAJ
☐ MHMRA Evaluation
_____21 Day _____Full
☐ Restitution Info
☐ Defendant On Call
☐ No Tape/Lab______________
☐ To Hire Attorney
☐ Defendant to Consider Offer
☐ No Offense Report

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**MICHAEL GREGORY CEASER, SR.**

**02677709**

SPN:
DOB:
DATE PREPARED: **5/8/2013**

D.A. LOG NUMBER:**1956793**
CJIS TRACKING NO.:
BY: **KL** DA NO: **002260722**
AGENCY:**HCCP4**
O/R NO: **HC130053361**
ARREST DATE: **TO BE**

NCIC CODE: **2101 25**

RELATED CASES: **REFILE OF CAUSE NO. 1386924 / 262ND DC**

FELONY CHARGE: **Engaging in Organized Criminal Activity - Participate in Combination**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1386930**
FIRST SETTING DATE: **262**

BAIL: **$800,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL GREGORY CEASER, SR.**, hereafter styled the Defendant, heretofore on or about **NOVEMBER 20, 2011 AND CONTINUING THROUGH APRIL 30, 2013**, did then and there unlawfully, with intent to establish, maintain and participate in a combination and in the profits of a combination, said combination consisting of MICHAEL GREGORY CEASER SR., JULIO MARTINEZ GUEVARA, AND AARON CARL YOUNG, COMMIT the offense of AGGREGATE THEFT, namely, in that he did unlawfully, pursuant to one scheme and continuing course of conduct, appropriate, by acquiring and otherwise exercising control over property, namely, THREE HUNDRED EIGHTEEN PIECES OF METAL, owned by CHRISTOPHER SHELL, hereafter styled the Complainant, with the intent to deprive the Complainant of the property and the total value of the property appropriated was over two hundred thousand dollars.

Before the commission of the offense alleged above, on JANUARY 26, 1994, in JEFFERSON County, Texas, the Defendant was convicted of the felony offense of AGGRAVATED ROBBERY.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUN 06 2013
Time:
By
Harris County, Texas
Deputy

Asst. Foreman 176th

Rodolfo E Villalobos

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
JUL 11 2013
County, Texas
Deputy

Sworn to and subscribed before me on this, the ______ day of 07-11-13, 20___.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 11 day of July, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

713 2378547
Phone Number

HA T 77019
City State Zip

713 528 0153
Fax Number

04831500
SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: ARRN / DISP / NI

On the 12 day of AUG, 2013 at ______ a.m. at ~~1201 Franklin~~,

Houston, Harris County, Texas.

Signed this ____ day of 07-11-13, 20____.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation _____21 Day _____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

Pend

THE STATE OF TEXAS
VS.
**MUNTASER HAZEM JUDEH**

SPN: **02588624**
DOB:
DATE PREPARED: **5/9/2013**

D.A. LOG NUMBER: **1828045**
CJIS TRACKING NO.: **9167419984-A001**
BY: **D.C** DA NO: **001642011**
AGENCY: **HARRIS COUNTY SHERRIF**
O/R NO: **HC1218061**
ARREST DATE:

NCIC CODE: **5599 27**

RELATED CASES: **DIRECT**

FELONY CHARGE: **POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE**
CAUSE NO: 1387261
HARRIS COUNTY DISTRICT COURT NO: 177
FIRST SETTING DATE:

BAIL: **$10,000.00**
PRIOR CAUSE NO: **DIRECT**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about **FEBRUARY 7, 2012**, did then and there unlawfully, knowing possess with intent to deliver a controlled substance, namely ALPRAZOLAM, weighing more than 28 grams and less than 200 grams by aggregate weight, including any adulterants and dilutants.

It is further presented that, at the time that the Defendant committed the felony offense of POSSESSION WITH INTENT TO DELIVER on or about FEBRUARY 7, 2012, as hereinabove alleged, he used and exhibited a deadly weapon, namely, a PISTOL, during the commission of said offense and during the immediate flight from said offense.

**FILED**
Chris Daniel
District Clerk

MAY 10 2013

Time: 1315
Harris County, Texas
By: ____ Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman
338th

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

R Segura
Defendant/Witness

FILED
Chris Daniel
District Clerk
MAY 23 2013
Time: ______ Harris County, Texas
By ______ Deputy

Sworn to and subscribed before me on this, the ______ day of 052313, 20____.

JAG
Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 23 day of May, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

PP Connell
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terra
Address

713 237 8547
Phone Number

H T 77019
City State Zip

713 528 0153
Fax Number

SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: NTM/Arrg./Comp-San.

On the 26th day of ~~June~~ July 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 23rd day of May, 2013.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☒ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ____________

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ____________

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ____________ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

5

THE STATE OF TEXAS
VS.
**RANDY ALLEN SEGURA**

**02546896**

SPN:
DOB: [redacted]
DATE PREPARED: **5/12/2013**

D.A. LOG NUMBER:**1958094**
CJIS TRACKING NO.:**9168786719-A001**
BY: **BLC** DA NO: **053316875**
AGENCY:**HCSO**
O/R NO: **HC1363885**
ARREST DATE: **5/12/13**

NCIC CODE: **1313 18**

RELATED CASES:

FELONY CHARGE: **ASSAULT**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1387502**
FIRST SETTING DATE: **177**

BAIL: **$NO BOND**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **RANDY ALLEN SEGURA**, hereafter styled the Defendant, heretofore on or about **MAY 12, 2013**, did then and there unlawfully, INTENTIONALLY AND KNOWINGLY cause bodily injury to J. SAMUEL, hereinafter called the Complainant, A PERSON THE DEFENDANT KNEW WAS A PUBLIC SERVANT WHILE THE COMPLAINANT WAS LAWFULLY DISCHARGING AN OFFICIAL DUTY, TO-WIT: ESCORTING THE DEFENDANT TO A JAIL CELL by STRIKING THE COMPLAINANT IN THE HEAD WITH HIS HAND.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUN 27 2013
Time: ________
Harris County, Texas
By ________ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 337th

Karryn Childers

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

V Keith W

Defendant/Witness

Sworn to and subscribed before me on this, the __________ day of ________________, 20____.

________________________________,

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 25 day of JUNE, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☑ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P CORNELIUS — Attorney/Assistant Public Defender Assigned by HCPD

rpcornelius@hotmail — E-Mail Address

2028 Buffalo Terrace — Address

713 237 8547 — Phone Number

H T 77019 — City, State, Zip

713 528 0153 — Fax Number

04831500 — SPN Number

04831500 — Bar Number

The Court further ORDERS the cause set for: Aug

On the 12th day of Aug, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this _____ day of JUN 25 2013, 20____.

________________________________

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ____________ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to ____________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____21 Day _____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ____________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

Unofficial Copy Office of Marilyn Burgess District Clerk

h

THE STATE OF TEXAS
VS.
**KEITH AUNDRE WRIGHT**

SPN: **02653314**
DOB: [redacted]
DATE PREPARED: **6/14/2013**

D.A. LOG NUMBER:**1963627**
CJIS TRACKING NO.:**9168845677-A001**
BY: **SG** DA NO: **002397278**
AGENCY:**HPD**
O/R NO: **66759213**
ARREST DATE: **5-30-13**

NCIC CODE: **1205 02**

RELATED CASES:

FELONY CHARGE: **ROBBERY**
CAUSE NO: **1389758**
HARRIS COUNTY DISTRICT COURT NO: **209**
FIRST SETTING DATE:

BAIL: **$20000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **KEITH AUNDRE WRIGHT**, hereafter styled the Defendant, heretofore on or about **MAY 30, 2013**, did then and there unlawfully, while in the course of committing theft of property owned by FRANCISCO RODRIGUEZ, hereafter styled the Complainant, and with intent to obtain and maintain control of the property, intentionally and knowingly threaten and place the Complainant in fear of imminent bodily injury and death, by THREATENING TO ASSAULT THE COMPLAINANT AND SLIT THE COMPLAINANT'S THROAT.

Before the commission of the offense alleged above, on NOVEMBER 6, 2002, in Cause No. 2002CR7279W, in the 175TH District Court of BEXAR County, Texas, the Defendant was convicted of the felony offense of POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

JUN 20 2013

Time: 1310
Harris County, Texas
By
Deputy

Foreman 337th

Karlyn Childers

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ____________, 20___.

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 26 day of JUNE, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P Cornelius
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2028 Buffalo Terrace
Address

7132378847
Phone Number

H T 77019
City State Zip

7135280153
Fax Number

04831500
SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: Arran

On the 25 day of July, 2013 at ________ a.m. at 1201 Franklin, Houston, Harris County, Texas.

JUN 26 2013

Signed this ____ day of ____________, 20___.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) ____ Prosecutor (Initials) ____

FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ________ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to ________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

FILED
Chris Daniel
District Clerk
JUN 26 2013
Time:
Harris County, Texas
By ________
Deputy

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk



THE STATE OF TEXAS
VS.
**CINDY NAHIR BOGADO**

SPN: **02610947**
DOB: [redacted]
DATE PREPARED: **7/16/2013**

D.A. LOG NUMBER: **1965355**
CJIS TRACKING NO.:
BY: **LA** DA NO: **068910750**
AGENCY: **HCSO**
O/R NO: **1376261**
ARREST DATE: **06 05 13**

NCIC CODE: **1399 07**
RELATED CASES:

FELONY CHARGE: **Assault - Contract Jail or Detention Facility Employee**
CAUSE NO: **1390561**
HARRIS COUNTY DISTRICT COURT NO: **339**
FIRST SETTING DATE:

BAIL: **$5,000**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **CINDY NAHIR BOGADO**, hereafter styled the Defendant, heretofore on or about **JUNE 5, 2013**, did then and there unlawfully, INTENTIONALLY AND KNOWINGLY cause bodily injury to B. LEIBHAM, hereinafter called the Complainant, who was A PERSON who contracted with government to perform a service in a CORRECTIONAL FACILITY, namely, HARRIS COUNTY JAIL, while the Complainant was engaged in performing a service within the scope of the contract, and the Defendant knew that the Complainant was authorized to provide the service, and the Defendant STRUCK THE COMPLAINANT WITH HER HAND.

Unofficial Copy Office of Marilyn Burgess District Clerk

**FILED**
Chris Daniel
District Clerk

JUL 17 2013

Time: 1205
Harris County, Texas
By bm
Deputy

Foreman 208th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

FILED
Chris Daniel
District Clerk
JUL 11 2013
County, Texas
Deputy

Sworn to and subscribed before me on this, the ________ day of 07-11-13, 20____.

Deputy District Clerk
Harris County, Texas

# ORDER APPOINTING COUNSEL

On this, the 11 day of July, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P CORNELIUS
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

2018 Buffalo Terrace
Address

713 2378547
Phone Number

HA T 77019
City State Zip

713 528 0153
Fax Number

04831500
SPN Number

04831500
Bar Number

The Court further ORDERS the cause set for: ARRN / DISP / NI

On the 12 day of AUG, 2013 at ______ a.m. at ~~1201 Franklin~~, Houston, Harris County, Texas.

Signed this ____ day of 07-11-13, 20____.

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

## FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness ☐ Defense to Contact Witness ☐ Not Indicted

☐ D.A. to Evaluate Case ☐ Disposition of Misc./OOC Case ☐ Other ______

☐ D.A. to Reindict ☐ File Unavailable ☐ Refer to ______

☐ D.A. to file MRP/MAJ ☐ MHMRA Evaluation ____21 Day ____Full ☐ Restitution Info

☐ Defendant On Call ☐ No Tape/Lab ______ ☐ To Hire Attorney

☐ Defendant to Consider Offer ☐ No Offense Report

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

Unofficial copy Office of Marilyn Burgess District Clerk

THE STATE OF TEXAS
VS.

**MUNTASER HAZEM JUDEH**

02588624

SPN:
DOB:
DATE PREPARED: 7/9/2013

D.A. LOG NUMBER: 1974736
CJIS TRACKING NO.:
BY: GU DA NO: 069051500
AGENCY: HPD
O/R NO: 080058913K
ARREST DATE: 7-9-2013

NCIC CODE: 1314 21

RELATED CASES:

FELONY CHARGE: **Aggravated Assault - Family Member**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: 1394065
FIRST SETTING DATE: 177

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MUNTASER HAZEM JUDEH**, hereafter styled the Defendant, heretofore on or about **JUNE 27, 2013**, did then and there unlawfully, intentionally and knowingly threaten MICHELLE CABALLERO, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant, with imminent bodily injury by using and exhibiting a deadly weapon, namely, a FIREARM.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

SEP 27 2013

Time: 1300

By

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Foreman 208

FOREMAN OF THE GRAND JURY

**INDICTMENT**

would show the Court that he/she is financially unable to hire an attorney.

Defendant/Witness

Sworn to and subscribed before me on this, the ______ day of JUL 22 2013, 20____.

STATE JAIL DOCKET
Project Court #2, 20th Floor
713-755-5021

Deputy District Clerk
Harris County, Texas

## ORDER APPOINTING COUNSEL

On this, the 22 day of JULY, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

R P CORNELIUS

Attorney/Assistant Public Defender Assigned by HCPD — E-Mail Address

2028 Buffalo Terrace — 7132378547

Address — Phone Number

H T 77019 — 7135280153

City State Zip — Fax Number

04831500 — 04831500

SPN Number — Bar Number

The Court further ORDERS the cause set for: Arraignment

On the 8 day of August, 2013 at 9 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 22 day of July, 2013.

STATE JAIL DOCKET
Project Court #2, 20th Floor
713-755-5021

Renee Magee

Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ________ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to ________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

01512780
337
1395226

THE STATE OF TEXAS
VS.
**ADRIAN ROSHARD JONES**

**01512780**

SPN:
DOB: [redacted]
DATE PREPARED: 7/20/2013

D.A. LOG NUMBER:1977798
CJIS TRACKING NO.:9168989245-A001
BY: PW DA NO: 002467997
AGENCY:HPD
O/R NO: 090445213D
ARREST DATE: 07/20/13

NCIC CODE: 5599 04 RELATED CASES:

FELONY CHARGE: **Possession of a Controlled Substance**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1395226**
FIRST SETTING DATE: **337**

BAIL: $15,000.00
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ADRIAN ROSHARD JONES**, hereafter styled the Defendant, heretofore on or about **JULY 20, 2013**, did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, COCAINE, weighing less than one gram by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
JUL 20 2013
Time: 2306
Harris County, Texas
By [signature]
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on **July 20, 2013**

[signature]
AFFIANT

[signature] 24070515
ASSISTANT DISTRICT ATTORNEY BAR NO.
OF HARRIS COUNTY, TEXAS.

**COMPLAINT**

would show the Court that he/she is financially unable to hire an attorney.

in custody

Defendant/Witness

Sworn to and subscribed before me on this, the ________ day of ____________, 20____.

______________________________,

Deputy District Clerk
Harris County, Texas

Unofficial Copy Office of Marilyn Burgess District Clerk

## ORDER APPOINTING COUNSEL

On this, the 26 day of July, 2013, the Court determined that the above named defendant/witness has executed an affidavit stating that he/she is without counsel and is financially unable to hire an attorney. The Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

| | |
|---|---|
| R P Cornelius | |
| Attorney/Assistant Public Defender Assigned by HCPD | E-Mail Address |
| 2028 Buffalo Tl | 713 2378547 |
| Address | Phone Number |
| H TX 77019 | 7135280153 |
| City State Zip | Fax Number |
| 0483130 | 04831500 |
| SPN Number | Bar Number |

The Court further ORDERS the cause set for: Arr

On the 4 day of Sept., 2013 at 9:00 a.m. at 1201 Franklin, Houston, Harris County, Texas.

Signed this 26 day of July, 2013.

______________________________
Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____ Prosecutor (Initials) _____

### FOR COURT STAFF ONLY

Reset by: ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☐ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misc./OOC Case | ☐ Other ____________ |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to ____________ |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation _____21 Day _____Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab ____________ | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

5/2/12

DISTRICT CLERK

THE STATE OF TEXAS
VS.
**SUSAN MORRIS**

**00726695**

SPN:
DOB: [redacted]
DATE PREPARED: 7/23/2013

D.A. LOG NUMBER:1978374
CJIS TRACKING NO.:9168994915-A001
BY: KZ DA NO: 001576522
AGENCY:HPD
O/R NO: 0914467131
ARREST DATE: 07/22/2013

NCIC CODE: 1301 19

RELATED CASES:

FELONY CHARGE: **Aggravated Assault**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1395476**
FIRST SETTING DATE: **338**

BAIL: $NO BOND
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SUSAN MORRIS**, hereafter styled the Defendant, heretofore on or about **JULY 22, 2013**, did then and there unlawfully, intentionally and knowingly threaten MOISES RIVERA with imminent bodily injury by using and exhibiting a deadly weapon, namely, A MOTOR VEHICLE.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on NOVEMBER 3, 1988, in Cause Number 0507966, in the 262ND DISTRICT COURT of HARRIS County, Texas, the Defendant was convicted of the felony of POSSESSION OF A CONTROLLED SUBSTANCE.

Before the commission of the primary offense, and after the conviction in Cause Number 0507966 was final, the Defendant committed the felony of RETALIATION and was finally convicted of that offense on APRIL 15, 1999, in Cause Number 0805871, in the 183RD DISTRICT COURT of HARRIS County, Texas.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

OCT 10 2013

Time: 1345
Harris County, Texas
By bm
Deputy

Foreman 209th

A. Bruce Harrison

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**Atty of Record**

CAUSE NO. 1832776

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| vs. | § | COURT AT LAW NUMBER 7 |
| MICHAEL RESNICK | § | HARRIS COUNTY, TEXAS |

FILED
Chris Daniel
District Clerk
JUN 11 2012
By ______ Deputy

## ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney assumes all of the privileges, duties and responsibilities of representing and counseling with the Defendant in the above numbered and entitled cause until relieved therefrom by due course of law or leave of Court granted.

EXECUTED this day 6/11/12

RP CORNELIUS
Attorney (Please Print) ☐ Retained ☐ Appointed

[signature]
Attorney (Signature)

04831500
State Bar Number

04831500
SPN

2028 Buffalo Terr
Street Address

Suite / Office Number

H TX 77019
City/State/Zip

rpcornelius@hotmail
Email Address

7132378547
Phone Number

7135280153
Fax Number

Revised 11/1/07

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CASE FILE

Unofficial Copy Office of Marilyn Burgess District Clerk

02622707
7
1832776

THE STATE OF TEXAS
VS.
**MICHAEL WILLIAM RESNICK**

**02622707**

SPN:
DOB:
DATE PREPARED: 6/9/2012

D.A. LOG NUMBER: 1864071
CJIS TRACKING NO.: 9167801692-A001
BY: JN DA NO: 002397278
AGENCY: SOUTHSIDE P.D.
O/R NO: 20120644
ARREST DATE: 06/09/12

NCIC CODE: 5599 11

RELATED CASES:

MISDEMEANOR CHARGE: **Possession of a Controlled Substance**

CAUSE NO: 1832776 ~~1932776~~

BAIL: $500.00
PRIOR CAUSE NO:

HARRIS COUNTY CRIMINAL COURT AT LAW NO: 7
FIRST SETTING DATE: 06/15/12

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas on behalf of the State of Texas, and presents in and to the County Criminal Court at Law No. ________________ of Harris County, Texas, that in Harris County, Texas, **MICHAEL WILLIAM RESNICK,** hereafter styled the Defendant, heretofore on or about **JUNE 9, 2012,** did then and there unlawfully intentionally and knowingly possess a controlled substance, namely, ALPRAZOLAM, weighing less than 28 grams by aggregate weight, including any adulterants and dilutants.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk

JUN 10 2012

Time: 0012
Harris County, Texas
By ________
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS.

BAR CARD NO. 24068849

**INFORMATION**

82

THE STATE OF TEXAS
VS.
**MATTHEW WADSWORTH**

**02320092**

SPN:
DOB: [redacted]
DATE PREPARED: **9/15/2012**

D.A. LOG NUMBER:**1891723**
CJIS TRACKING NO.:**9168082444-A002**
BY: **ACV** DA NO: **062187900**
AGENCY:**HCSO**
O/R NO: **120127375**
ARREST DATE: **09/15/2012**

NCIC CODE: **4801 27**

RELATED CASES: **2 OTHER FEL**

FELONY CHARGE: **Evading Arrest or Detention - Motor vehicle, Watercraft, or Tire Deflation Device**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1361250**
FIRST SETTING DATE: **351**

BAIL: **$5,000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the District Court of Harris County, Texas, that in Harris County, Texas, **MATTHEW WADSWORTH**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 15, 2012**, did then and there unlawfully, intentionally flee from C. WELLS, hereafter styled the Complainant, a PEACE OFFICER employed by HARRIS COUNTY SHERIFF'S DEPARTMENT, lawfully attempting to ARREST the Defendant, and the Defendant knew that the Complainant was a PEACE OFFICER attempting to ARREST the Defendant, and the Defendant used a MOTOR VEHICLE while he was in flight.

Unofficial Copy Office of Marilyn Burgess District Clerk

FILED
Chris Daniel
District Clerk
OCT 25 2012
Time: _______ Harris County, Texas
By _______ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS

24045875
BAR CARD NO.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

INFORMATION