United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OBEL CRUZ-GARCIA, | § § § | |
| Petitioner, | § | |
| v. | § § | CIVIL ACTION NO. 17-cv-3621 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division | § § § § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

The court denies Obel Cruz-Garcia's petition for a writ of habeas corpus and dismisses this case with prejudice. No certificate of appealability will issue.

This is a final judgment.

SIGNED on September 25, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge